# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| AHMAD POOLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 20 C 0014 |
| | ) | |
| EVARISTO AGUINALDO, et al., | ) | Hon. Judge Charles R. Norgle, Sr. |
| | ) | |
| Defendants. | ) | |

### PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE A COMBINED RESPONSE TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Plaintiff respectfully moves the Court for leave to file a combined response to Defendants' Motions for Summary Judgment.

In support of this motion, Plaintiff states:

1. On August 28, 2023, Defendant Tomaras filed her Motion for Summary Judgment as to Plaintiff's Fourth Amended Complaint. ECF 129.

2. On September 5, 2023, Defendant Dr. Aguinaldo filed his Motion for Summary Judgment as to Plaintiff's Fourth Amended Complaint. ECF 133.

3. On September 9, 2023, Defendants Jaburek and Norman filed their Motion for Summary Judgment. ECF 138.

4. On October 17, 2023, Plaintiff filed an Unopposed Motion for Extension of Time to file his opposition to Defendants' Motions for Summary Judgment and to extend Defendants' deadline to file their replies. ECF 141.

5. On October 18, 2023, the Court granted Plaintiff's Unopposed Motion for Extension of Time, extending the deadline for Plaintiff to respond to October 30, 2023. ECF 142.

6. Plaintiff seeks to file a combined response to all dispositive motions, not to exceed 35 pages in length.

7. Filing a combined response to all dispositive motions will allow Plaintiff to streamline the issues before the Court as much as possible.

8. Counsel for all Defendants have stated that they do not object to Plaintiff's request to file a combined response.

**WHEREFORE**, Plaintiff respectfully requests that it be allowed to file a combined response to all dispositive motions on October 30, 2023.

RESPECTFULLY SUBMITTED,

/s/ Maria Makar
*One of Plaintiff's Attorneys*

Jon Loevy
Stephen Weil
Maria Makar
LOEVY & LOEVY
311 North Aberdeen Street
Chicago, IL 60607
*Attorneys for Plaintiff*