# THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| AHMAD POOLE (K95348), | ) |
| Plaintiff, | ) |
| | ) Case No. 20-CV-0014 |
| v. | ) |
| | ) Honorable Manish S. Shah |
| DR. E. AGUINALDO, *et al.*, | ) |
| Defendants. | ) |

## EXHIBIT LIST FOR PLAINTIFF'S COMBINED RESPONSE IN OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

| Exhibit | Description |
|---|---|
| 1 | Poole Dep. |
| 2 | Tomaras Dep. |
| 3 | Poole 2037-2044 (Poole Grievance) |
| 4 | Dr. Aguinaldo Dep., Vol II |
| 5 | Hernadez Dep. |
| 6 | Norman Dep. |
| 7 | St. Joseph Medical Records Doctor A RTP 0954 |
| 8 | St. Joseph Medical Records Doctor A RTP 0933 |
| 9 | University of Illinois Admitting History/Physical Note Poole 127 |
| 10 | University of Illinois Medical Note Poole 172 |
| 11 | Operative Report Doctor A RTP 1025 |
| 12 | Surgery-Procedure Documentation 78000-019 1394 43 |
| 13 | Dr. Mehta Dep. |
| 14 | Outpatient Progress Note Doctor A. RTP 1182 |
| 15 | Dr. Aguinaldo Dep., Vol I |
| 16 | Dr. Leef Dep. |
| 17 | Dr. David Dep |
| 18 | Dr. Davis's Final Expert Report |
| 19 | Emergency Hospitalization Notification From Poole 077 |