**THE UNITED STATES DISTRICT COURT FOR**
**THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| AHMAD POOLE (K95348), | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 20-CV-0014 |
| | ) |
| v. | ) |
| | ) Honorable Manish S. Shah |
| DR. E. AGUINALDO, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# Exhibit 1

AHMAD  POOLE
March 04, 2022

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

AHMAD POOLE (K-95348),          )

               Plaintiff,     )

           vs.               ) Case No.: 20 CV 14

DR. EVARISTO AGUINALDO,        )

et al.,                        ) Hon. Charles R.

         Defendants.     ) Norgle, Sr.


DEPOSITION OF AHMAD POOLE

APPEARING REMOTELY FROM

CREST HILL, ILLINOIS


March 4th, 2022

8:30 a.m.


REPORTED BY:

Kathleen A. Marthaler

CSR No. 84-4036, CSR

APPEARING REMOTELY FROM WILL COUNTY, ILLINOIS

AHMAD  POOLE
March 04, 2022

Page 2

```
 1   REMOTE APPEARANCES:
 2
 3        LOEVY & LOEVY,
 4        (312 North Aberdeen Street, Third Floor,
 5        Chicago, Illinois 60607,
 6        312-243-5900), by:
 7        MS. ISABELLA AGUILAR,
 8        iaguilar@loevy.com,
 9            appeared on behalf of the Plaintiff;
10
11        CONNOLLY KRAUSE, LLC,
12        (500 West Madison Street, Suite 3900,
13        Chicago, Illinois 60661,
14        312-253-6200), by:
15        MR. LOGAN N. GIAQUINTA,
16        lgiaquinta@cktrials.com,
17            appeared on behalf of Defendants
18            Evaristo Aguinaldo and Tina Tomaras;
19
20
21
22
23
24
```

Page 4

```
 1              I N D E X
 2   AHMAD POOLE                         EXAMINATION
 3        By Mr. Giaquinta                    6
 4        By Mr. Lindemann                  133
 5        By Ms. Aguilar                    172
 6
 7
 8              E X H I B I T S
 9   POOLE DEPOSITION EXHIBIT          MARKED FOR ID
10        No. 1                             24
11        No. 2                             44
12        No. 3                            105
13        No. 4                            147
14        No. 5                            148
15        No. 6                            175
16   (Exhibits 1-3 were retained by Mr. Giaquinta.)
17
18
19
20
21
22
23
24
```

Page 3

```
 1   REMOTE APPEARANCES (Continued):
 2
 3        OFFICE OF THE ATTORNEY GENERAL,
 4        (100 West Randolph Street, 13th Floor,
 5        Chicago, Illinois  60601,
 6        312-814-5179), by:
 7        MS. KRISTIN K. LINDEMANN,
 8        kristin.lindemann@ilag.gov,
 9            appeared on behalf of Defendants
10            Lt. Jaburek and Lt. Norman.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

Page 5

```
 1        THE COURT REPORTER:  I need to read this into
 2   the record before we start.
 3            "The attorneys participating in this
 4   deposition acknowledge that I am not physically
 5   present in the room and that I will be reporting
 6   this hearing remotely.
 7            They further acknowledge that in lieu of
 8   an oath administered in person, the witness will
 9   verbally declare his testimony in this matter is
10   under penalty of perjury.
11            The parties and their counsel consent to
12   this arrangement and waive any objections to this
13   manner of reporting.
14            Please indicate your agreement by stating
15   your name and your agreement on the record.
16        MS. AGUILAR:  Should I start as the Plaintiff?
17        MR. GIAQUINTA:  Yes.
18        MS. AGUILAR:  Isabella Aguilar; I approve or I
19   agree.
20        MR. GIAQUINTA:  Logan Giaquinta on behalf of
21   Defendants Aquinaldo and Tomaras; I also agree.
22        MS. LINDEMENN:  Kristen Lindemann, Assistant
23   Attorney General of the State of Illinois; on behalf
24   of Defendants Jaburek and Norman; and I agree with
```

AHMAD   POOLE
March 04, 2022

Page 6

1  this procedure.
2                (WHEREUPON, the witness was duly
3            sworn.)
4                 AHMAD POOLE,
5  called as a witness herein, having been first duly
6  sworn, was examined and testified as follows:
7                EXAMINATION
8  BY MR. GIAQUINTA:
9      Q.   All right.  Good morning, Mr. Poole.  How
10  are you doing today?
11     A.   I'm all right.
12          How about you?
13     Q.   Can you hear me okay, sir?
14     A.   Yes.
15     Q.   Okay.  Mr. Poole, we are here today to
16  take your deposition as it relates to the lawsuit
17  that you filed.
18          Can you please state and spell your full
19  name for the record.
20     A.   Ahmad Poole, A-h-m-a-d, P-o-o-l-e.
21     Q.   Okay.  Mr. Poole, have you ever given a
22  deposition before?
23     A.   No.
24     Q.   This is your first deposition?

Page 7

1      A.   Yes.
2      Q.   Okay.  Have you ever testified before in
3  like a hearing or a trial?
4      A.   No.
5      Q.   I'm sure Isabella went over this with
6  you, but I'm going to go very briefly over some
7  rules for you for your deposition today just so that
8  we can make sure that we have a good record and get
9  out of here as quickly as possible.  Okay?
10     A.   Okay.
11     Q.   All right.  Number one, we need to make
12  sure that we don't speak over one another, so I
13  would appreciate it if you would let me finish
14  asking my question before you start answering and
15  I'll do my best to make sure that I don't interrupt
16  you.  Okay?
17     A.   I gotcha.
18     Q.   Okay.  Your attorney may make some
19  objections to the questions, but even if she
20  objects, you can still answer the question after
21  she's done making her objection unless she
22  specifically instructs you not to answer.  Okay?
23     A.   Okay.
24     Q.   And, finally, if you don't understand one

Page 8

1  of the questions I ask you, if you don't hear me, if
2  you need clarification or if you need for me to
3  rephrase it, I ask that you please ask me to do so
4  because if you answer the question, we're all going
5  to assume that you understood what I asked.  Okay?
6      A.   Fine.
7      Q.   Okay.  Did you review any documents prior
8  to your deposition today, Mr. Poole?
9      THE WITNESS:  Can you repeat that?
10          They got this door open and it's loud.
11     MR. GIAQUINTA:  Sure.
12  BY MR. GIAQUINTA:
13     Q.   Did you review any documents today prior
14  to your deposition, sir?
15     A.   No.
16          I didn't even know I had a deposition
17  today.  They came and told me I have a video
18  visit.
19     Q.   Okay.  Well, sorry to visit you this way,
20  Mr. Poole.
21     A.   Yeah, they said a video visit down in the
22  cell house.
23     Q.   Well, I'm sure this is a bit of a
24  surprise then.

Page 9

1      A.   All super surprise.
2      Q.   When was the last time you looked at any
3  of your medical records then?
4      A.   Maybe about a week or two ago.
5      Q.   Okay.  And what was the context of that?
6      A.   It was the last date my last attorney had
7  filed to the court.
8      Q.   Okay.  Were those your medical records or
9  was it a motion or a pleading?
10     A.   It was documents filed with the court
11  with my grievances, things of that nature.
12     Q.   Okay.  Other than your attorneys, did you
13  speak to anyone in preparation for your deposition
14  today?
15     A.   No.
16     Q.   When was the last time you reviewed your
17  complaint in this case?
18     A.   About two weeks ago.
19     Q.   And is that the same time that you
20  reviewed your medical records and your grievances?
21     A.   Yeah, but I don't need to review it
22  because it's my reality.  It's what happened.  It's
23  my experience, so I don't have to really rehearse
24  that.

AHMAD   POOLE
March 04, 2022

Page 10

1       Q.    Okay.  Now, the very initial complaint
2   that you filed in this case, did you file that on
3   your own?
4       A.    No, I filed the grievance on my own, but
5   I had help putting the documentation together.
6       Q.    Okay.  Who helped you do that?
7       A.    It was a new guy in the cell house.
8       Q.    Was that another inmate or was it an
9   employee?
10      A.    It's another inmate.
11      Q.    Do you remember his name?
12      A.    I have his name written down on a piece
13  of paper, I think, in here, my wallet, my address
14  book, but -- Thomas Humphrey.
15      Q.    Okay.  Is Thomas still at Stateville?
16      A.    Yes.
17      Q.    What's your relationship with Thomas?
18      A.    He's a inmate, and by me fighting for my
19  life, you know, those are guys that I associate
20  myself with.
21            We have a mutual respect and
22  understanding like with one another because we want
23  to be free.
24      Q.    Sure.

Page 11

1             Does he help a lot of guys in the cell
2   house?
3       A.    Yeah, he's a very knowledgeable guy.
4       Q.    Okay.  Have you spoken to him at all
5   recently?
6       A.    No, he's in a different cell house and
7   I'm in another cell house.
8       Q.    Okay.  When you filed that initial
9   complaint, did you rely on documents in preparing
10  your lawsuit?
11      A.    No.
12      Q.    You didn't rely on your grievances or
13  your medical records prior to filing your initial
14  complaint?
15      A.    He done it.  The only thing -- he done it
16  all except for my grievance.  He's in a different
17  cell house than I was, so whatever document that he
18  relied upon, I'm not familiar with.
19      Q.    Okay.  Did you provide those documents
20  to Thomas and he just kind of put it together for
21  you?
22      A.    Absolutely.
23      Q.    Okay.  How exactly did you prepare for
24  your deposition?

Page 12

1       THE WITNESS:  Can you repeat that?
2       MR. GIAQUINTA:  Strike that.  I just remembered
3   that you said you didn't know you had a deposition
4   today.
5   BY MR. GIAQUINTA:
6       Q.    All right.  I want to ask you a little
7   about your background, sir.
8             How old are you?
9       A.    Thirty-nine.
10      Q.    And what is your date of birth?
11      A.    12/18/82.
12      Q.    And where were you born, Mr. Poole?
13      A.    I was born at 2822 South Calumet.
14  Michael Reese Hospital.
15      Q.    Okay.  Mr. Poole, what is your highest
16  level of education?
17      A.    I got to ten, the tenth grade.
18      Q.    That's high school, correct, sir?
19      A.    That's high school.
20      Q.    Which high school was that?
21      A.    Dunbar Vocational.
22      Q.    And which year was that that you achieved
23  your tenth grade?
24      A.    '98.

Page 13

1       Q.    Have you taken any courses since then,
2   any kind of continuing education classes, on-the-job
3   training, anything like that?
4       A.    Due to the time that the Court gave me,
5   they hindered me from getting further education
6   because I have life in jail, so lifers is not
7   eligible to get a GED, mandatory school and things
8   of that nature.
9             I've put in grievances, but I lost
10  because per AD Rule 5-such-and-such-and-such, lifers
11  is not mandatory for school, so they won't allow me
12  to go to school at Joliet.
13      Q.    Okay.  Were you incarcerated in or around
14  '98?
15      A.    No.
16      Q.    Okay.  A related question:  Have you ever
17  taken any courses that could be considered medical
18  training, such as paramedic courses or EMT or
19  anatomy or anything like that?
20      A.    No, but I used to watch Gray's Anatomy a
21  lot, though.
22      MR. GIAQUINTA:  I've never watched that, but my
23  girlfriend loves that show.
24  BY MR. GIAQUINTA:

AHMAD POOLE
March 04, 2022

Page 14

1    Q.   In preparing for your deposition today,
2  have you read any medical literature relevant to the
3  claims that you're making?
4    A.   No.
5    Q.   So we kind of covered this a little
6  briefly, but I want to ask you a little bit about
7  your incarceration history, sir.
8         Can you please tell me the first time
9  that you were incarcerated?
10   A.   The first time at IDOC?
11   Q.   Anyplace, sir.
12   A.   The first time that I was incarcerated
13 was '97 -- I was a juvenile. I was fourteen years
14 old -- for a controlled substance.
15        My mother came and signed me out, so I
16 wasn't in the police station too long due to the
17 fact that the police station was right behind our
18 project building. So I was in there maybe an hour.
19 That's the first time.
20   Q.   Okay. When was the next time after '97?
21   A.   The next time I was locked up after that
22 was 2001. I had some cannibis on me.
23        The police charged me with attempt to
24 deliver for a bag of weed and pushed more weed on me

Page 15

1  and I went to county jail.
2    Q.   Which county was that?
3    A.   Cook County.
4    Q.   How long were you in Cook County?
5    A.   Maybe like forty-eight hours or
6  seventy-two hours.
7    Q.   All right. And after 2001, when was the
8  next time you were incarcerated?
9    A.   I ended up missing court, so the next
10 time we was riding around on the west side and the
11 police pulled over and they found a bag of cannibis
12 on me and I went to the police station.
13        I had court that day for the case of
14 cannibis weed that I caught earlier that year. I
15 didn't know. I forget the court date.
16        After my arrest, they let me bond out at
17 the police station, and the next day, they called
18 me -- well, the police locked me up for something
19 like trespassing, and so when I went to the police
20 station the next day, the warrant popped up.
21        I went to Cook County Jail.
22   Q.   That was also 2001?
23   A.   Yes.
24   Q.   How long were you in Cook County that

Page 16

1  time?
2    A.   Maybe like a week or two until I seen my
3  judge.
4    Q.   Okay. What about the next time after
5  that?
6    A.   The next time after that, I ended up --
7  after I seen my judge, I took probation, one year of
8  probation.
9         I went home. I ended up in an apartment
10 in the projects and the apartment got raided.
11        When the apartment got raided, they found
12 some marijuana, a BB gun and some controlled
13 substance, and so they put the controlled substance
14 on me.
15        I went to county jail and I took a plea
16 bargain.
17   Q.   Okay. When was that?
18   A.   That was in '01.
19   Q.   What was your plea bargain again?
20   THE WITNESS: Excuse me. This door is open in
21 the hallway going past and they're talking, so
22 excuse me.
23        Can you repeat that?
24   MR. GIAQUINTA: Sure.

Page 17

1  BY MR. GIAQUINTA:
2    Q.   What was your plea bargain?
3    A.   My plea bargain, he gave me either/or,
4  would I take the probation -- I mean, not
5  probation -- would I take the one year for
6  controlled substance or the marijuana.
7         I took the one year for -- which one, I
8  don't know. It's a Class 4 felony, so I did six
9  months at the IDOC.
10   Q.   Which IDOC facility was that?
11   A.   They took me to the Graham holding
12 facility, and from Graham, I got shipped to East
13 Moline.
14   Q.   All right. When was the next time after
15 that?
16   A.   The next time after that is when the
17 police put this case on me, 2003.
18   Q.   And what charge was that on?
19   A.   Murder.
20   Q.   And where did you serve for that? Where
21 were you incarcerated first?
22   A.   Cook County Jail.
23   Q.   Where did they take you after Cook
24 County?

AHMAD  POOLE
March 04, 2022

Page 18

1     A.    IDOC, Stateville.
2     Q.    Have you been at Stateville ever since?
3     A.    Yes.
4     Q.    So is Stateville the only IDOC facility
5  that you've been at?
6     A.    Yes.
7     Q.    Okay.  Other then the convictions and the
8  jail time that we've just discussed, have you ever
9  been convicted for anything else?
10    A.    No.
11    Q.    After finishing the tenth grade, did you
12 ever have any occupations?
13    A.    I had one assignment down here.
14    Q.    What do you mean by "one assignment down
15 here"?
16    A.    An "assignment" is considered to have a
17 job working in the facility.
18    Q.    You mean a job there at the facility?
19    A.    Absolutely.
20    Q.    Have you ever had any jobs outside the
21 correctional system?
22    A.    No.
23    Q.    Okay.  And what was that job or that
24 assignment that you have there at Stateville or that

Page 19

1  you had there a Stateville I should say?
2     A.    Dietary.
3     Q.    Did you say "dietary"?
4     A.    Yes.
5     Q.    Okay.  What did you do for that?
6     A.    Busboy.
7     Q.    When did you start doing that?
8     A.    2015.
9     Q.    Are you still doing that?
10    A.    No, they had changed the rules.  You only
11 get "X" amount time for your work assignment, so I
12 worked like six months and then they sit you down or
13 they move you to another assignment.
14    Q.    Okay.  Did you get moved to another
15 assignment?
16    A.    No.
17    Q.    Why not?
18    A.    You'd have to ask the administration for
19 that.
20    Q.    Okay.  Have you tried getting another
21 job?
22    A.    Yes.
23    Q.    And what happened?
24    A.    Waiting list.

Page 20

1        You to be an informant and give
2  information to have an assignment.
3     Q.    So other than that busboy job which you
4  held for six months in 2015, have you worked any
5  other jobs at the facility?
6     A.    No.
7     Q.    So the only occupation that you've held
8  is the dietary job at Stateville, correct?
9     A.    Yes.
10       I had a paper route when I was young, but
11 I didn't bring that up because I wasn't on the
12 clock.
13    Q.    I may have asked you this already, but
14 have you taken any classes at Stateville?
15    A.    Yes.
16    Q.    What sorts of classes have you taken?
17    A.    Creative arts, dance, poetry, bible
18 studies.
19       I have many certificates that the
20 administration allows us to participate in as far as
21 activities.  I have many certificates, things
22 outside of the basic education that they allow us to
23 have.
24    Q.    Mr. Poole, are you currently on any

Page 21

1  medication?
2     A.    Yes.
3     Q.    Do you know the names of the medications
4  that you're currently on?
5     A.    The medications I take is Neurontin and
6  Robaxin.
7     Q.    Neurontin?
8     A.    Yes, sir.
9     Q.    And what was the second one?
10    A.    Robaxin.
11    Q.    Robaxin?
12    A.    Yeah, Robaxin.
13    Q.    What is the Neurontin for, Mr. Poole?
14    A.    Nerves and pain in my neck.
15    Q.    When were you prescribed that?
16    A.    Maybe like 2022 -- 2019, 2020.
17    Q.    Do you remember who prescribed you that?
18    A.    I think they called him Dr. B.
19    Q.    If I said the name "Dr. Batista," would
20 that that ring any bells?
21    A.    That may be it.
22    Q.    Okay.  What about the Robaxin; when were
23 you given that?
24    A.    The same time, around the same time.

AHMAD POOLE
March 04, 2022

Page 22

1    Q.    Was it for the same reasons that the
2  Neurontin was for?
3    A.    Yeah, it's a muscle relaxer.
4    Q.    Was that also given to you by Dr. B?
5    A.    I believe so.
6    Q.    And how are those medications helping
7  you?
8    A.    They do fine in spurts.
9    Q.    Say that again.
10   A.    They do fine in spurts, but they wear
11 off.
12   Q.    Have you ever tried asking for different
13 medication?
14   A.    They switched me from Tramadol to
15 Robaxin.  I was getting Tramadol at first and Dr. B
16 took me off Tramadol and put me on Robaxin -- I
17 mean, Neurontin and Robaxin.
18   Q.    Is that because the Tramadol wasn't
19 helping in the way that you wanted?
20   A.    No, they was calling everyone to switch
21 medications out because they didn't want individuals
22 to have this specific medication.
23         They said they was running out or
24 whatever the case may be, but there's a lot of scams

Page 23

1  and things that go on with the healthcare system
2  here that you may not be knowledgeable of.
3         So they called many guys up there that
4  was on Tramadol and transferred them or switched
5  them over to Robaxin, too, or any other prescription
6  drug sides Tramadol.
7    Q.    Okay.  How often do you take the
8  Neurontin?
9    A.    I take it twice a day.
10   Q.    What about the Robaxin; how often do you
11 take that?
12   A.    Twice a day.
13   Q.    In the last twenty-four hours, have you
14 taken any other medication other than Neurontin or
15 Robaxin?
16   A.    No.
17   Q.    Any medications that you've taken in the
18 last twenty-four hours that you might not know the
19 name of?
20   A.    No.
21   Q.    Any side effects of those two
22 medications, the Neurontin or the Robaxin?
23   A.    Sometimes my blood pressure gets high.
24   Q.    Any side effects that might impair your

Page 24

1  ability to give deposition testimony today?
2    A.    No.
3         I haven't even took any medications
4  today.
5    Q.    Okay.  Can you think of any reason why
6  you would not be able to answer my questions
7  truthfully, fully and accurately today?
8    A.    No.
9    Q.    I'm going to pull up on my screen a
10 document for you to look at with me.
11        All right, Mr. Poole.  Can you see this
12 okay?
13   A.    Yeah.
14   MR. GIAQUINTA:  I'll zoom in a little bit for
15 you.
16        All right.  Let's go ahead and mark this
17 as Defendant's Exhibit 1, Mr. Poole.
18        (WHEREUPON, a certain document was
19        marked Poole Deposition Exhibit
20        No. 1, for identification, as of
21        03/04/2022.)
22 BY MR. GIAQUINTA:
23   Q.    Mr. Poole, do you recognize this
24 document?

Page 25

1    A.    Yes.
2    Q.    What is it?
3    A.    A grievance.
4    Q.    At the top there in the middle section,
5  is that your name?
6    A.    Where it says "Offender"?
7    Q.    Correct.
8    A.    Yes.
9    Q.    Is that your handwriting?
10   A.    Yes.
11   Q.    Did you write this grievance?
12   A.    Yes.
13   Q.    Okay.  And to the left there of your
14 name, is there a date?
15   A.    Yes.
16   Q.    And what is that date?
17   A.    It says 9/22.
18   Q.    September 22nd, 2017, is that the date
19 that you wrote this grievance?
20   A.    Yes.
21   Q.    Scrolling down a little bit, do you see
22 here in the middle -- I'm going to put my cursor
23 next to it.  Do you see where I'm at?
24   A.    Yes.

AHMAD   POOLE
March 04, 2022

Page 26

1     Q.    Is that your signature?
2     A.    Yes.
3     Q.    Can we agree then that this is your
4  grievance that you wrote and submitted on
5  September 22nd, 2017?
6     A.    Yes, that's the grievance I submitted
7  after I came back from UIC Hospital for when I was
8  in the healthcare unit.
9     Q.    Did you review any documents to help you
10 in writing this grievance?
11    A.    No.
12    Q.    You just kind of wrote it from your
13 memory?
14    A.    Yes.
15    Q.    Who is this grievance directed at?
16    A.    It not directed at anyone per se, but I
17 was speaking about the events that transpired in
18 regards to my injury and the things that happened
19 that day.
20    Q.    Sure.
21          But were there any specific people that
22 you were grieving against?
23    A.    All the people that I had contact with
24 that day.

Page 27

1     Q.    Okay.  So would it be fair to say that
2  this grievance is a full and complete recitation of
3  the people who you identify in your grievance?
4     A.    Yes.
5     Q.    Can you explain to me why you decided to
6  file a complaint in this case, Mr. Poole?
7     THE WITNESS:  Can you repeat that again?
8  BY MR. GIAQUINTA:
9     Q.    Can you explain to me why you decided to
10 file a complaint in this case?
11    A.    I decided to file a complaint because it
12 took many days for me to get any medical assistance
13 in regards to the injury and the pain that I was
14 experiencing.
15    Q.    And who did you name as defendants in
16 this case, Mr. Poole?
17    A.    I named Dr. A, Tina Tomaras, I mentioned
18 Lt. Jaburek -- he's the cell house lieutenant --
19 Officer Norman, and I can't remember the other
20 officer's name right now.
21          Those are the officers that escorted me
22 outside of the IDOC facility to go to the outside
23 hospital.
24          I was just generally speaking about

Page 28

1  everyone that had contact with me in regard to me
2  getting medical assistance.
3     Q.    Okay.  So "Dr. A," is that
4  Dr. Aguinaldo?
5     A.    Yes.
6     Q.    So let's talk about some of those people
7  that you just listed.
8          Tina Tomaras, why did you file a
9  complaint against Tina Tomaras?
10    A.    I filed a complaint against her because
11 they had called me up there to have my eye checked
12 to see if there was any infection or things of that
13 nature.
14          And when I went in and had contact with
15 her, I was explaining to her about the continued
16 pain that I was experiencing with my neck because I
17 felt she would assist me, and instead of her
18 listening to me, she shooed me away like I was a
19 dog.
20    Q.    Any other reason why you filed a
21 complaint against Tina Tomaras?
22    A.    She was one of the doctors (sic) that
23 came out there to talk to me the day the incident
24 happened.

Page 29

1     Q.    Okay.  So she came and talked to you.  Is
2  that why you're complaining about her or is there
3  another reason?
4     A.    No, there's no other reason.  She's the
5  first doctor that came to see me while I was in the
6  bullpen about what is happening, and she -- the next
7  time I had any contact with her is when I was there
8  for the check, so I felt she should be mentioned
9  because she was in a position to help me.
10    Q.    Okay.  I understand that you wanted to
11 mention her, but how exactly did she wrong you, I
12 guess is what I'm asking?
13    MS. AGUILAR:  Objection, seeks a legal
14 conclusion.
15          Mr. Poole, you can answer if you know.
16    THE WITNESS:  Can you repeat that again?
17    MR. GIAQUINTA:  Kathy, can you please repeat
18 the question?
19          (WHEREUPON, the record was read
20          as requested.)
21 BY THE WITNESS:
22    A.    She denied me medical attention.
23 BY MR. GIAQUINTA:
24    Q.    Okay.  And was that on the date that you

AHMAD   POOLE
March 04, 2022

Page 30

1  came to see her and you claim that she shooed you
2  away?
3      A.    Yes.
4      Q.    Okay.  Any other date other than that
5  date?
6      A.    No.
7      Q.    Okay.  So it's just that singular date
8  that you say she shooed you away, correct?
9      A.    Yes.
10     Q.    Do you have any understanding about what
11 she should have done on that date?
12     A.    That day --
13     MS. AGUILAR:  Objection.
14         Sorry, Mr. Poole, just let me -- like
15 just let me object real quickly before you answer or
16 if I -- just give a little space so that I can make
17 an objection if it's necessary.
18         Objection, form.
19         You can answer if you know.
20 BY THE WITNESS:
21     A.    She was the only nurse up there and so I
22 wasn't in contact with anybody else but her, and by
23 her being a nurse --
24 BY MR. GIAQUINTA:

Page 31

1      Q.    So -- sorry, Mr. Poole.  Go ahead and
2  finish.
3      A.    She was the only nurse that I seen that
4  day and I felt it was important to let her know the
5  pain that I was experiencing, the things that I was
6  going through, and so it was my job, my duty and my
7  livelihood and my life on the line because I never
8  experienced anything like that before.
9          So if I didn't tell her, that would be
10 that I'm okay with what was going through my body.
11     Q.    Okay.  What should she have done?
12     MS. AGUILAR:  Objection.
13         He's not a medical professional.
14     MR. GIAQUINTA:  It's his complaint, Isabella.
15 BY MR. GIAQUINTA:
16     Q.    What should she have done?
17     A.    I don't know.  I'm not a doctor.
18     Q.    Okay.  But you brought a complaint
19 against her, so, obviously, you think she should
20 have done something different.
21         What should she have done?
22     A.    I don't know.  You tell me.  I'm not a
23 doctor.  I'm not professionalized in that field, so
24 I only can claim like if I'm having pain right now

Page 32

1  or if I have a heart attack.  I don't know.
2          The medical people have to come and give
3  me assistance.  That's their field.  I don't know
4  what she should have done.
5      Q.    Okay.  And you don't have any medical
6  training; is that correct, Mr. Poole?
7      A.    No.
8      Q.    All right.  Let's move onto the other
9  defendants that you've listed.
10         Dr. Aguinaldo, why did you file a
11 complaint against Dr. Aguinaldo?
12     A.    He was the main doctor that I was seeing.
13 The's the head doctor when you have an injury or
14 when you have a problem that they call in, and he's
15 the main doctor that you talk to.
16         Tina Tomaras, they're assistants.  They
17 give him the documentation, the paperwork, and the
18 doctor, you go in and see the doctor.
19         And he's one of the doctors that you go
20 and see once Tomaras and them take your vitals and
21 everything and you talk to him about your injury.
22     Q.    Okay.  How exactly did Dr Aguinaldo wrong
23 you?
24     MS. AGUILAR:  Objection, seeks a legal

Page 33

1  conclusion.
2          You can answer if you know.
3  BY THE WITNESS:
4      A.    He wronged me because he didn't take what
5  I was saying to him serious.  He didn't give me a
6  neck brace.  He didn't -- he saw the X- rays.  He
7  was laughing at me.
8          He said:  "Ain't nothing wrong with you.
9  Stop faking.  You'll be out of seg soon.  You's a
10 big baby."
11         And there wasn't -- anything I was saying
12 to him, he wasn't taking seriously.
13 BY MR. GIAQUINTA:
14     Q.    Okay.  Any other healthcare professionals
15 that you met with other than Dr. A and Tina Tomaras?
16     A.    They kept sending me to Dr. A.
17     Q.    Okay.  Lt. Jaburek, why did you file
18 against him?
19     A.    I mentioned Lt. Jaburek because I was
20 giving the general idea of what transpired that day,
21 so I felt it was important for me to mention his
22 name because he's the lieutenant that has to escort
23 you from the cell house.
24         You can't walk to segregation and walk

AHMAD   POOLE
March 04, 2022

Page 34

1  out of the cell house unless a lieutenant does it,
2  so he's the lieutenant that walked me to the
3  healthcare unit.
4      Q.    Okay.  So what exactly did Lt. Jaburek do
5  wrong that made you file a complaint against him?
6      MS. AGUILAR:  Objection, form.
7      You can answer.
8  BY THE WITNESS:
9      A.    I explained to him about the pain that I
10  was feeling that was going on in my neck, and he was
11  the first -- the second one outside of the officer
12  that I told about this injury.
13      And by him being a lieutenant, he's the
14  one that went into the healthcare unit to let them
15  know that we have an inmate in the bullpen.
16      And so if I'm telling him about this pain
17  I'm experiencing as far as I feel my neck popping
18  with every step I take -- I feel that's recurrent
19  going up and down my spine -- and for him not to go
20  in there, I feel, and speak about the things that I
21  told him about, I feel he's wrong.
22      Q.    Okay.  So what about -- you mentioned an
23  Officer Norman who you have also named as a
24  defendant.

Page 35

1      Why did you name him as a defendant in
2  your complaint?
3      A.    The day that I went to the outside
4  hospital, he was the escort officer to take me to
5  the outside hospital.
6      And when the medical director told him to
7  give me a wheelchair, he said:  "No, he don't need a
8  wheelchair."
9      And when the medical director said:
10  "We're going to call the ambulance," he said:  "We
11  don't need the ambulance."
12      And as he was in the parking lot to go to
13  the outside hospital, the officer that was with him
14  said:  "I'm going to bring the van up," and he said:
15  "No, he can walk."
16      And so that was just further pain that I
17  constantly experienced from healthcare all the way
18  until I got into the van and even further because
19  they was speeding and driving erratically on the way
20  to the hospital.
21      Q.    Okay.  In this grievance that I have here
22  up on the screen dated September 22nd, 2017, you
23  referenced someone named Nurse Tina.
24      Does that sound familiar?

Page 36

1      A.    Yes.
2      Q.    And this person, Nurse Tina, is that the
3  same the person as Tina Tomaras?
4      A.    Yes.
5      Q.    On the date that you wrote this
6  grievance, did you know Nurse Tina's last name?
7      A.    No.
8      Q.    Are there other employees at Stateville,
9  healthcare or otherwise, named Tina?
10      A.    Not that I'm familiar with.
11      You have certain nurses that give you
12  their first name and you have certain nurses that
13  give you their last name, so I know certain nurse by
14  their last names and I know some by their first
15  names.
16      As far as the ones I know by their first
17  names, she's the only nurse with that same name.
18      Q.    How did you figure out her last name?
19      A.    You have documentation that gives a list
20  of the nurses and individuals that work in IDOC, so
21  when I inquired about what's Tina's last name,
22  someone told me.
23      Q.    Who did you inquire of?
24      A.    Inmates.

Page 37

1      Q.    And this employee list, who gave you the
2  employee list?
3      A.    I didn't have any employee list.  Thomas
4  had it, Thomas Humphrey.
5      Q.    Okay.  Did you ever see the employee list
6  that Thomas had?
7      A.    Not the one that he had, but there's
8  plenty of employee lists that's floating around.
9      Q.    Okay.  So how can you be sure that the
10  Nurse Tina that you saw was actually Tina Tomaras?
11      A.    How sure am I?
12      Because she's the only Tina Tomaras that
13  I seen on the list that I seen.
14      Q.    So you have seen the list?
15      A.    She is the only nurse that I was familiar
16  with that has the name "Tina."
17      Q.    Okay.  But you can't be sure?
18      A.    You can say that.
19      Q.    Okay.  Is it possible that you might have
20  met with another nurse named Tina?
21      A.    You can say that.
22      Q.    So in the "Relief Requested" section of
23  this grievance that's here in the middle of the
24  page -- I could highlight it for you, but it's kind

AHMAD   POOLE
March 04, 2022

Page 38

1  of by my cursor here.
2       Can you see that?
3    A.   Yes.
4    Q.   All right.  It says:  "Relief Requested:
5  To have Dr. Aguinaldo reprimanded, suspended with
6  for one month with no pay and Correctional Officer
7  Norman reprimanded and suspended for two weeks with
8  no pay."
9       Do you agree that that's what you wrote?
10   A.   Yes.
11   Q.   The reprimanding and the suspension of
12  Dr. Aguinaldo and Officer Norman, is that what you
13  were hoping would be the result of your grievance?
14   A.   At that time, yes.
15   Q.   Is that the only relief that you were
16  requesting in your grievance?
17   A.   No.
18   Q.   Well, I read for you the complete relief.
19       What other relief were you requesting in
20  your grievance?
21   MS. AGUILAR:  Objection.
22       Logan, it might help if he was able to
23  read the grievance before he answers questions about
24  it.  He said he hasn't reviewed the documents for

Page 39

1  two weeks.
2   MR. GIAQUINTA:  Sure, but I just read the
3  "Relief Requested" section for him.
4   MS. AGUILAR:  I think it would help if he read
5  it.
6  BY MR. GIAQUINTA:
7    Q.   I just read it to you, Mr. Poole.
8       Is that the extent of the relief
9  requested that you wrote in this grievance?
10       I have it up on the screen for you if you
11  would like to read it yourself.
12   A.   Yeah, I would like to read it myself.
13   Q.   You would like to read the entire
14  grievance yourself or just the "Relief Requested"
15  section?
16   A.   I would like to read the entire
17  grievance.
18   MR. GIAQUINTA:  You can certainly do that.
19       Are you able to read this okay on the
20  screen as I have it for you, Mr. Poole?
21   THE WITNESS:  I can see it as best as possible.
22   MR. GIAQUINTA:  Okay.  So your grievance starts
23  right here (indicating).
24       Let me know when you're done reading this

Page 40

1  page and I'll go to the next page.  Okay?
2   THE WITNESS:  Okay.
3       (Short pause.)
4   THE WITNESS:  You can turn to the next page.
5   MR. GIAQUINTA:  Let me know when you get to the
6  bottom and then I'll scroll down for you.
7       (Short pause.)
8   THE WITNESS:  You can scroll down.
9       (Short pause.)
10   THE WITNESS:  Okay.
11   MR. GIAQUINTA:  All right.  And here is the
12  last page.
13       (Short pause.)
14   THE WITNESS:  Okay.
15  BY MR. GIAQUINTA:
16   Q.   That's the entirety of your grievance,
17  correct, sir?
18   A.   Yes.
19   Q.   Okay.  So scrolling back up to the
20  "Relief Requested" section, it states that the only
21  relief you're requesting from this grievance is the
22  reprimanding and suspension of Dr. Aguinaldo and CO
23  Norman, correct?
24   A.   Yes.

Page 41

1    Q.   Is that the extent of the relief that you
2  were seeking through this grievance?
3    A.   No.
4    Q.   What other relief were you seeking?
5    A.   At the present time, I have no idea of
6  what it could lead to, which is right now.
7       So in the hopes, I was looking to be
8  compensated for the injuries that I sustained and
9  the pain that these individuals inflicted upon me.
10   Q.   Okay.  And in this "Relief Requested"
11  section, is there a reason why you didn't request
12  any relief against Nurse Tina?
13   A.   Yes.
14   Q.   And what reason is that?
15   A.   Because I'm not good at any of these
16  things.  This was my first time ever filling out a
17  grievance in general, especially of this nature, and
18  so I only went off of what I know in my head and my
19  heart was the right thing to do at that present
20  time.
21   Q.   How is anyone supposed to know that you
22  had a grievance against Nurse Tina or Lt. Jaburek if
23  you didn't identify that relief here in your relief
24  section of the grievance?

AHMAD POOLE
March 04, 2022

Page 42

1    MS. AGUILAR: Objection, speculation.
2        You can answer if you know.
3 BY THE WITNESS:
4    A.    I don't understand that.
5 BY MR. GIAQUINTA:
6    Q.    In your "Relief Requested" section here,
7 you specifically identify the relief that you wanted
8 from Dr. Aguinaldo and Correctional Officer Norman,
9 correct?
10   A.    Yes.
11   Q.    So my question is to you: When you
12 submitted this to your counselor or a grievance
13 officer, how were they supposed to know that you
14 also wanted relief from Nurse Tina and Lt. Jaburek?
15   MS. AGUILAR: Same objection.
16       You can answer if you know.
17 BY THE WITNESS:
18   A.    I still don't know. I listed their names
19 in the grievance.
20       Like I say, this is my first time ever
21 doing a grievance and I just did it the best way I
22 know how, that I had an understanding of.
23 BY MR. GIAQUINTA:
24   Q.    How were Nurse Tina and Lt. Jaburek

Page 43

1 supposed to know that you were grieving against them
2 if you weren't requesting any relief from them?
3    A.    Because their names is on my grievance
4 from my understanding at that present time.
5    Q.    Okay. You list a lot of people here --
6    MS. AGUILAR: Sorry. You answered real quick
7 and I wasn't able to get an objection in.
8        I wanted to put in an objection to form
9 for the last question.
10       Sorry, Logan.
11 BY MR. GIAQUINTA:
12   Q.    You list some other people here in your
13 grievance. I think there was a Nurse Stephanie and
14 possibly another nurse.
15       Are you also seeking relief from them?
16   A.    No, Nurse Stephanie helped me. She's the
17 only nurse that really cared about the things that I
18 was saying and was trying to get the adequate
19 attention that was needed.
20   Q.    Sure, but you just mentioned to me that
21 Lt. Jaburek and Nurse Tina should have known that
22 you were grieving against them merely because you
23 mentioned them here in the grievance; isn't that
24 correct?

Page 44

1    MS. AGUILAR: Object, form.
2    MR. GIAQUINTA: You can answer.
3 BY THE WITNESS:
4    A.    From reading the grievance, you can tell
5 who was wrong and who was right and who I felt
6 needed to be talked to or whatever you want to call
7 it because -- that's why I detailed it the way I did
8 because I didn't want to leave anyone out.
9    MR. GIAQUINTA: Okay. So let's take a look at
10 another document, Mr. Poole.
11       Let's go ahead and mark this as Exhibit
12 No. 2.
13       (WHEREUPON, a certain document was
14       marked Poole Deposition Exhibit
15       No. 2, for identification, as of
16       03/04/2022.)
17 BY MR. GIAQUINTA:
18   Q.    Mr. Poole, do you recognize this
19 document?
20       I'll scroll down a little bit for you to
21 take a look here at the first page.
22       Do you recognize this?
23   A.    Yes.
24   Q.    What is it, sir?

Page 45

1    A.    That's the petition that that I believe
2 Thomas Humphrey put together.
3    Q.    Okay. Is this the initial complaint that
4 you filed in this case?
5    A.    Yes.
6    Q.    So bear with me here.
7        Turning all the way to the last page,
8 here in the section labeled "Certification."
9        Is that your signature there?
10   A.    Yes.
11   Q.    Okay. And just kind of generally
12 flipping through here, the handwriting here, is this
13 Thomas' handwriting or is this your handwriting?
14   A.    On this page?
15   Q.    Sure.
16       On this page, which is Page 18, is that
17 your handwriting?
18   A.    No.
19   Q.    This is Thomas' handwriting?
20   A.    Yes.
21   Q.    Did Thomas write the entirety of this
22 complaint for you?
23   A.    Yes.
24   Q.    What about here in the caption where it

AHMAD   POOLE
March 04, 2022

Page 46

1  says "Ahmad Poole," is that also Thomas'
2  handwriting?
3      A.    Yes.
4      Q.    So other than your signature on the final
5  page, everything else is something that Thomas
6  wrote?
7      THE WITNESS:  Can you repeat that?
8  BY MR. GIAQUINTA:
9      Q.    Other than your signature on the final
10  page, everything else in here is something that
11  Thomas wrote?
12      A.    No.
13      Q.    Did you help Thomas write this?
14      A.    That's my handwriting.  I signed my name
15  and ID number on all the pages.  I initialed it.
16          You're moving too fast.  I didn't hear
17  everything that you said.  That's my fault.
18      Q.    So what about the handwriting here
19  (indicating), is this your handwriting?
20      A.    Yes.
21      Q.    What about here (indicating), is this
22  your handwriting?
23      A.    No.
24      MS. AGUILAR:  Logan, can you just say the pages

Page 47

1  as you ask, just for the record, please.
2      THE WITNESS:  You know, they've got this
3  hallway door open and people are constantly walking
4  back and forth, so everything you're saying, I
5  really can't make it out either.
6  BY MR. GIAQUINTA:
7      Q.    Is there anyone there in the room with
8  you?
9      A.    No, but the door is right here and it's
10  open and you constantly have traffic, inmates and
11  staff going in and out.
12      MR. GIAQUINTA:  And if you can't hear me, just
13  ask me to ask you the question again.  I don't have
14  a problem with that.
15      THE WITNESS:  Okay.
16      MS. AGUILAR:  Can you ask someone to come in
17  the room and possibly close the door for you?
18          Is anyone able to hear you right now,
19  Mr. Poole?
20      THE WITNESS:  No.
21      MS. AGUILAR:  Okay.
22  BY MR. GIAQUINTA:
23      Q.    Did Thomas explain to you the importance
24  of certifying a document like a complaint?

Page 48

1          Did he did explain to you why you were
2  signing the last page of the complaint here?
3      A.    No, but I've been in different cell
4  houses and he just told me I need to sign my
5  signature in all these places.
6      Q.    Okay.  Do you understand when you sign a
7  complaint that you're certifying that the facts
8  stated in the complaint are true to the best of your
9  knowledge?
10      A.    Yes, sir.
11      Q.    So this complaint, this initial complaint
12  that I have here in front of you, unlike the
13  complaint that you currently have on file, it names
14  Warden Randy Pfister as defendant.
15          Do you see that?
16      A.    Yes.
17      Q.    So why is the warden no longer a
18  defendant in this case?
19      MS. AGUILAR:  Objection, calls for a legal
20  conclusion.
21      MR. GIAQUINTA:  You can answer the question,
22  Mr. Poole.
23  BY THE WITNESS:
24      A.    I don't know.  I have no idea.  I assume

Page 49

1  he's not the warden no more.
2  BY MR. GIAQUINTA:
3      Q.    Why did you name him as a defendant in
4  your complaint in the first place?
5      MS. AGUILAR:  Same objection.
6          You can answer, Mr. Poole, unless I
7  direct you not to.
8          Same objection.
9  BY THE WITNESS:
10      A.    Thomas put it together, so he has more
11  expertise in this field for why he listed Randy
12  Pfister.
13          I don't know, but in anything that I've
14  ever read, the warden is always listed in the
15  complaint.  I guess that's the reason.
16  BY MR. GIAQUINTA:
17      Q.    So would it be fair to say that you don't
18  exactly know why some of these people are named as
19  defendants?
20      MS. AGUILAR:  Objection, argumentative, form
21  and foundation.
22      MR. GIAQUINTA:  You can answer, Mr. Poole.
23          (No response.)
24      MS. AGUILAR:  You can answer if you know,

AHMAD   POOLE
March 04, 2022

Page 50

1  Mr. Poole.
2  BY THE WITNESS:
3      A.    I don't know.
4  BY MR. GIAQUINTA:
5      Q.    Okay.  I want to flip ahead here a little
6  bit.  We're going to be looking at Page 8,
7  Paragraph 13.
8            Are you able to read that, Mr. Poole?
9      A.    Yes.
10     Q.    Okay.  So on Page 8, Paragraph 13, you
11 write on August 18th, 2017:  "I wrote an emergency
12 grievance to Warden Randy Pfister explaining that I
13 believe that my neck was broken during a physical
14 altercation with my cellmate on August 17th, 2017;
15 however, Dr. A refused to send me out for an X-ray
16 or to otherwise provide medical treatment for my
17 neck and said I was faking it."
18           Did I read that back to you correctly?
19     A.    Yes.
20     Q.    And considering the certification of your
21 complaint, this paragraph is true and correct,
22 right?
23     A.    Yes.
24     Q.    Let's move on a little bit more to

Page 51

1  Page 9, Paragraph 14.  Can you see that?
2            That's at the top of the page.
3      A.    Yes.
4      Q.    You wrote here:  "Warden Randy Pfister
5  never responded to the emergency grievance;" is that
6  correct?
7      A.    Yes.
8      Q.    Do you know why he didn't respond to your
9  emergency grievance?
10     MS. AGUILAR:  Objection, speculation, form,
11 foundation and seeks a legal conclusion.
12     MR. GIAQUINTA:  You can answer if you know,
13 Mr. Poole.
14 BY THE WITNESS:
15     A.    No, I don't know.
16 BY MR. GIAQUINTA:
17     Q.    Well, fortunately, if we flip ahead here
18 to Page 16, Paragraph 39, it reads -- first, can you
19 see that Paragraph 39, Mr. Poole?
20     A.    Yes.
21     Q.    -- "during the month of October 2017,
22 plaintiff spoke to Randy Pfister."
23           You're the plaintiff identified in this
24 paragraph, correct,

Page 52

1  Mr. Poole?
2      A.    Yes.
3      Q.    -- "and inquired about whether he
4  responded to plaintiff's emergency grievance, and
5  after explaining what had occurred, Warden Pfister
6  stated he was aware of the incident but said he does
7  not respond to emergency grievances, that's why he
8  has three secretaries, and walked away."
9            Did I read that back to you correctly?
10     A.    Yes.
11     Q.    Do you recall that now, Mr. Poole?
12     A.    Yes.
13     Q.    Do you believe that to be the reason why
14 the warden didn't respond to your emergency
15 grievance?
16     A.    Yes.
17     MS. AGUILAR:  Objection, speculation,
18 foundation, seeks a legal conclusion and form.
19 BY MR. GIAQUINTA:
20     Q.    It's written here in the complaint,
21 though, correct, Mr. Poole, that this is the reason
22 why you believe he didn't respond?
23     MS. AGUILAR:  Same objections.
24           Mr. Poole, you can answer if you know.

Page 53

1  BY THE WITNESS:
2      A.    Outside of what he told me, I don't know.
3  BY MR. GIAQUINTA:
4      Q.    Okay.  Would you consider the warden
5  telling you that to be him essentially rejecting
6  your emergency grievance?
7      MS. AGUILAR:  Objection, form.
8            You can answer if you know.
9  BY THE WITNESS:
10     A.    I don't know what's the conclusion to it,
11 but, you know, that's the general conversations
12 around Stateville, that everything is dismissive.
13 BY MR. GIAQUINTA:
14     Q.    Okay.  But when he said that to you, did
15 it feel like he was ignoring your emergency
16 grievance?
17     MS. AGUILAR:  Same objections.
18           Mr. Poole, you can answer.
19 BY THE WITNESS:
20     A.    I guess he was pushing me off to someone
21 else.  As he said, he had secretaries for that.
22           So I don't know if he read it, did he get
23 it or what, you know, but I did my part in making
24 sure that it got to him.

AHMAD   POOLE
March 04, 2022

Page 54

1            And when I had the opportunity to say
2 something to him, that's what he told me.
3        Q.    Okay.  And when you spoke to him, he
4 acknowledged that he was aware of the situation,
5 correct?
6        A.    He didn't say that.  He told me what he
7 said.
8        Q.    Here in the paragraph, you write:  "He
9 was aware of the incident;" is that true?
10        MS. AGUILAR:  Well, are you asking him based on
11 the document or based on his recollection?
12        MR. GIAQUINTA:  Based on the document.
13 BY THE WITNESS:
14        A.    I don't remember all that well in that
15 regards everything that was said, but that's what he
16 told me at that time.
17 BY MR. GIAQUINTA:
18        Q.    Okay.  And because it's written here in
19 the complaint, it's what you recall at the time you
20 wrote the complaint, correct?
21        A.    Yes.
22        Q.    And we can assume the that fact that you
23 certified the complaint that it's true and correct,
24 right?

Page 55

1        A.    Yes.
2        Q.    Okay.  So the warden told you that he was
3 aware of the incident; isn't that correct?
4        A.    Yes.
5        Q.    But that he wasn't going to respond to
6 your emergency grievance; is that correct?
7        A.    Yes.
8        Q.    So, in essence, he was rejecting your
9 emergency grievance and not wanting to deal with it;
10 is that correct?
11        MS. AGUILAR:  Objection, form, foundation,
12 seeks a legal conclusion and speculation.
13            You can answer if you know.
14 BY THE WITNESS:
15        A.    I don't know.
16 BY MR. GIAQUINTA:
17        Q.    Did you name the warden because you felt
18 as though he was ignoring your complaint?
19            Did you name the warden as a defendant I
20 should say?
21        MS. AGUILAR:  Objection, form.
22            You can answer.
23 BY THE WITNESS:
24        A.    In the petition, if his name is listed,

Page 56

1 yes.
2 BY MR. GIAQUINTA:
3        Q.    Okay.  So why did you remove him as a
4 defendant later?
5        MS. AGUILAR:  Objection, seeks a legal
6 conclusion, form.
7            You can answer if you know.
8 BY THE WITNESS:
9        A.    I don't know.
10 BY MR. GIAQUINTA:
11        Q.    Did you speak to your attorneys when he
12 was removed as a defendant?
13        MS. AGUILAR:  Objection, form.
14            You can answer if you know.
15 BY THE WITNESS:
16        A.    I don't recall.
17 BY MR. GIAQUINTA:
18        Q.    Were you aware that he was removed as a
19 defendant?
20        A.    I had -- before Isabella got signed on, I
21 had an attorney before this, so it may be
22 discussions that we had and I don't recall.
23        MS. AGUILAR:  Mr. Poole, do not discuss any
24 discussions that you had with any attorneys.  That's

Page 57

1 privileged information.
2 BY MR. GIAQUINTA:
3        Q.    So, Mr. Poole, August 17th, 2017, why is
4 that date significant?
5        A.    That's the date that I had this incident.
6        Q.    And when you say "this incident," what
7 does that mean?
8            Can you describe that for me?
9        A.    The physical altercation with my
10 cellmate.
11        Q.    Who started that physical altercation?
12        A.    He did.
13        Q.    And what was the reason, if you know, why
14 he started that fight?
15        A.    I can't even really tell you.
16        Q.    Why can't you tell me?
17        A.    Many, many reasons.
18            I don't know what was going on inside his
19 head, but many, many.
20        Q.    Do you recall the time of day that you
21 had that fight?
22        A.    It was around 2:40-something, 2:50,
23 somewhere around that time.
24        Q.    In the afternoon, correct?

AHMAD   POOLE
March 04, 2022

Page 58

1     A.    Yes.
2     Q.    What were you two doing before that?
3     A.    He was asleep before that.
4     Q.    Okay.  And what were you doing?
5     A.    I was on the phone.
6     Q.    Okay.  Were you still on the phone when
7  he started the fight?
8     A.    No.
9     Q.    Okay.  And what were you doing around the
10 time that he started the fight?
11    A.    In my bunk.
12    Q.    Okay.  What was he doing immediately
13 before the fight started?
14    A.    He got out of the bunk to use the phone.
15    Q.    Do you think the fight had anything to do
16 with the phone?
17    A.    Somewhat.
18    Q.    What makes you think that?
19    A.    He asked me:  "Where does the phone go?"
20    Q.    Okay.  Had you ever gotten into any other
21 fights with him prior to that?
22    A.    No, he was actually cordial and somewhat
23 friendly.
24    Q.    Do you know his name?

Page 59

1     A.    I know his nickname by Killa B, but think
2  McCartin or McCarthy (phonetic) is the last name.  I
3  don't know his first time.
4     Q.    But his cell house name, that was
5  Killa B?
6     A.    Yeah, yeah.
7     Q.    Why do people call him Killa B?
8     MS. AGUILAR:  Objection, speculation.
9          You can answer if you know.
10 BY THE WITNESS:
11    A.    I don't know.  That was his nickname.
12 BY MR. GIAQUINTA:
13    Q.    Okay.  Did you have a cell house name?
14    A.    Yeah.
15          I guess so, I should say.
16    Q.    What's your cell house nickname?
17    A.    Hot Dog.
18    Q.    Sorry.  Say that again?
19    A.    Hot Dog.
20    Q.    Why do people call you Hot Dog?
21    A.    That's the nickname that I had since I
22 was a little kid in the neighborhood.
23    Q.    Okay.  So other than your fight with
24 Killa B on August 17th, 2017, have you gotten into

Page 60

1  any other fights in Stateville prior to that?
2          Let's stick to 2017.  In 2017 prior to
3  the fight with your cellmate on August 17th, any
4  other fights that year?
5     A.    No.
6     Q.    Okay.  What about prior to 2017; any
7  fights while at Stateville?
8     A.    Yes.
9     Q.    Do you recall when those fights occurred?
10    A.    No, I don't recall.
11    Q.    Prior to 2017, how many fights would you
12 say that you've gotten into at Stateville?
13    A.    Several.
14    Q.    How often do those fights happen?
15    A.    Not often.
16    Q.    What are those fights usually about?
17    MS. AGUILAR:  Objection, form.
18          You can answer, Mr. Poole.
19 BY THE WITNESS:
20    A.    In jail, they can be as small as the
21 phone.
22 BY MR. GIAQUINTA:
23    Q.    All right.  Since August 17th, 2017, have
24 you gotten into any fights?

Page 61

1     A.    Yes.
2     Q.    How many fights if you can remember
3  exactly?
4     A.    One.
5     Q.    And when was that fight?
6     A.    I believe in 2019.
7     Q.    Do you have a better idea of the time
8  frame of when in 2019 that happened?
9     A.    Maybe in the fall, 2019.
10    Q.    Where did that fight occur in Stateville?
11    A.    I believe in the chow hall.
12    Q.    And what was that fight about?
13    A.    A phone.
14    Q.    Who was that fight with?
15    A.    I don't remember his name.  You know, for
16 a lot of guys, you don't know them by their full
17 first and last name first.
18          He's a Latino.  I know him by Bunk.
19    Q.    You said "Bunk"?
20    A.    Yeah.
21    Q.    Have you seen Bunk since then?
22    A.    Yeah, I see him a lot.
23    Q.    So is he still at Stateville?
24    A.    Yeah.

AHMAD   POOLE
March 04, 2022

**Page 62**

1    Q.    Are you guys in the same cell house?
2    A.    No.
3    Q.    Have you guys gotten into any fights
4    since then?
5    A.    No, we're actually cool.
6    Q.    Okay.  So that one night you said in the
7    fall of 2019, is that the only fight that you've
8    gotten into since August of 2017?
9    A.    Yes.
10    Q.    If I represented to you that we took the
11    deposition of Killa B previously and he testified to
12    us that you started the fight, you would disagree
13    with him then?
14    A.    Absolutely.
15    Q.    Why would Killa B tell us that you
16    started the fight?
17    MS. AGUILAR:  Objection, speculation, form.
18            You can answer if you know.
19    BY THE WITNESS:
20    A.    I guess because he lies a lot.
21    BY MR. GIAQUINTA:
22    Q.    Can you describe Killa B for me
23    physically?  Was he a big guy?
24    A.    He was maybe like five-nine, 250 pounds.

**Page 63**

1    Q.    Okay.  How tall are you, Mr. Poole?
2    A.    Five-seven.
3    Q.    Okay.  How much do you weigh, Mr. Poole?
4    A.    I weigh 198.
5    Q.    Is it fair to say that Killa B was a lot
6    bigger than you?
7    A.    Yeah.
8    Q.    So tell me about the fight.  How did the
9    fight happen?  Describe it for me.
10    A.    He was aggravated because he couldn't use
11    the phone.  Each shift, the 7:00 to 3:00 shift and
12    the 3:00 to 11:00 shift, we share the phones.
13            You have seven cells on each end that the
14    phone is supposed to be passed to.
15            So once I finish using the phone, I had
16    to wait for the worker to come out to unplug it to
17    put it on the other end.
18            I took a meditation time to lay down on
19    the bunk, and he got down and used it.
20            He couldn't get through, so he inquired
21    to me:  "Where does the phone go?  Does it go on
22    other end?"
23            I shook my head yes and he got
24    aggravated.

**Page 64**

1    Q.    Okay.  What happened next?
2    A.    His aggravation towards me turned verbal
3    to us having a heated exchange of words.
4    Q.    In the heated exchange of words, what did
5    you two say to each other?
6    A.    He was disappointed or angry in the way
7    that I responded to his question.  He wasn't looking
8    for me to shake my head.  He wanted me to say some
9    words, I guess.
10    Q.    Okay.  And what did you say back to him?
11    A.    What's wrong with him.
12    Q.    Okay.  And what happened after that?
13    A.    Those words went back and forth.
14            By me laying down and he was angry and
15    hostile, I stood up, and once I stood up, he put on
16    his shoes.
17            I sat on the sink.  We continued to
18    exchange words.
19            I laid back down, and then he came over
20    me and stood over me hostile and the fight ensued
21    from there.
22    Q.    When you say "the fight ensued," it
23    changed from, I guess, a verbal exchange to a
24    physical exchange?

**Page 65**

1    A.    Yes.
2    Q.    Okay.  Describe that physical exchange to
3    me.
4    A.    It's hard to describe a fight.  It's a
5    fight.
6    Q.    Did you two exchange blows, punches?
7    A.    Yes.
8    Q.    Did you punch him?
9    A.    I didn't really get the opportunity to
10    because earlier in the day I twisted my hair and it
11    was wet, so I had them in pigtails.
12            He grabbed my pigtails and was thrashing
13    me around.
14            That led to me being in a headlock where
15    I felt like I was going to die, and then it was
16    either fight or flight.
17            I grabbed the next best thing I could,
18    which was his testicles, and wrung them out like a
19    towel, and he loosened up the grip a little bit.
20            But it was happening so fast that I
21    almost passed out from him choking me and thrashing
22    me.
23            And he got tired, and once he got tired
24    from the squeezing and I didn't go to go sleep,

AHMAD   POOLE
March 04, 2022

Page 66

1   which I also did, it gave me enough air to recover,
2   and that's when -- the next best thing was I gotta
3   do whatever to get out of the situation because once
4   I said "Let me go," he had enough wind -- he
5   recovered as well, too, and he got to thrashing like
6   a pit bull, swinging me with his weight in a
7   headlock.
8           That was the most vulnerable that I ever
9   felt, and I felt like I was going to die if I didn't
10  do something, that he was going to break my neck.
11          I felt he was trying to kill me, and so I
12  grabbed his testicles ands squeezed them.
13          He let me go a little bit, and that's all
14  the room that I needed because some strength came
15  out of nowhere and I was able to pick him up and get
16  advantage over him now.
17      Q.   All right.  So how did your fight
18  conclude other than that?
19      A.   As soon as I got the advantage over him,
20  I started punching him, but I couldn't -- I was so
21  angry that I was just throwing wild fists and I
22  wasn't able to hit him physically anywhere because
23  the position that he was in, he was able to see me
24  throw my punch and so he was able to catch and block

Page 67

1   my punches as I was throwing them.
2           I swung like three, four times, and the
3   police came to the door ringing the bars and told me
4   to stop.
5       Q.   All right.  So after the police showed up
6   and they, you know, rung on the bars, what happened
7   next?
8       A.   They rushed -- they called a 10-10.
9           The police came into the cell, pushed us
10  to the ground.
11          I was towards the back by the toilet.  He
12  was towards the door.  They're escorting him out.
13          The police put me in handcuffs, and as
14  soon as he picked me up, that's when I felt the pain
15  in my neck.
16      Q.   The people that you're calling "the
17  police," these are correctional officers, right?
18      A.   Yes.
19      Q.   How many correctional officers showed up?
20      A.   The officer that was ringing the bars and
21  maybe two to three more officers.
22      Q.   Okay.  So maybe three officers total,
23  three to four?
24      A.   Yes.

Page 68

1       Q.   Okay.  Do you remember the names of any
2   of the officers?
3       A.   Officer Smith -- he's a sergeant,
4   Sgt. Smith -- and Officer Anastazio (phonetic).
5   He's a sergeant now.
6       Q.   Do you remember any of the other names of
7   the correctional officers who responded?
8       A.   Lt. Jaburek.
9       Q.   Are those all the names that you recall?
10      A.   Yes.
11      Q.   How long would you say that Killa B had
12  you in a headlock during the fight?
13      A.   Maybe like three minutes.
14      Q.   And you didn't pass out or lose
15  consciousness that entire time?
16      A.   I was on the verge.
17      Q.   How did your neck feel while he had you
18  in the headlock?
19      A.   I didn't feel anything.  My adrenaline
20  was running.
21      Q.   Okay.  Did you feel any kinds of pops or
22  cracks or anything like that while he had you in the
23  headlock?
24      A.   No.

Page 69

1           No, it was a lot of wrestling and things
2   of that nature, so I didn't feel anything during the
3   altercation.
4       Q.   The injury that you're claiming in this
5   case, it's a fractured neck, correct?
6       A.   Yes.
7       Q.   Was your neck fractured during the fight?
8       MS. AGUILAR:  Objection, speculation and form.
9           You can answer if you know.
10  BY THE WITNESS:
11      A.   I believe so.
12  BY MR. GIAQUINTA:
13      Q.   Do you believe it was the actions of
14  Killa B during the fight which caused the fracture
15  in your neck?
16      A.   Yes.
17      Q.   So it's your belief that Killa B is the
18  person that fractured your neck, correct, just to be
19  clear, correct?
20      A.   Yes.
21      Q.   Okay.  It kind of seems to me that none
22  of this stuff that you've described in this
23  complaint would have happened if Killa B hadn't
24  fractured your neck; isn't that correct?

AHMAD   POOLE
March 04, 2022

Page 70

1     A.    Yes.
2     Q.    I listed a number defendants to you
3  earlier, but Killa B isn't listed as a defendant in
4  this case.
5           Is there a reason why you haven't listed
6  Killa B as a defendant?
7     MS. AGUILAR:  Objection, form, seeks a legal
8  conclusion.
9           You can answer if you know.
10  BY THE WITNESS:
11     A.    No, I don't know.
12  BY MR. GIAQUINTA:
13     Q.    Have you talked to your attorneys about
14  possibly naming him as a defendant?
15     MS. AGUILAR:  Objection, attorney-client
16  privilege regarding discussions and the confidence
17  of the discussions.
18           I'm going to ask you not to answer that,
19  Mr. Poole.
20     THE WITNESS:  Okay.
21  BY MR. GIAQUINTA:
22     Q.    Okay.  So the correctional officers show
23  up.  They separate you guys.  They place both of you
24  in cuffs.

Page 71

1           Is that an accurate description of what
2  happened?
3     A.    Yes.
4     Q.    What happened after that?
5     A.    I was escorted to the healthcare unit.
6     Q.    Do you know what happened to Killa B?
7     MS. AGUILAR:  Objection, speculation and form.
8           You can answer if you know.
9  BY THE WITNESS:
10     A.    Yeah, when I got to the -- I found out
11  what happened to him after the fact.
12           After I got close to the healthcare unit,
13  they put me in the outside bullpen, and as I was
14  reaching the outside bullpen, he was coming out of
15  healthcare.
16  BY MR. GIAQUINTA:
17     Q.    Did you say anything to him at that time?
18     A.    No, I didn't say nothing to him.  He said
19  something to me, though.
20     Q.    Sure.
21           What did he say to you?
22     A.    "We gonna do it again.  That was fun."
23     Q.    Did you ever see him again after that?
24     A.    Many times.

Page 72

1     Q.    Were you guys cellmates after that or did
2  they place you in separate cells?
3     A.    Separate cells.
4     Q.    Was his cell in the same cell house as
5  yours?
6     A.    No, different.
7     Q.    Okay.  Did you guys remain cordial after
8  the fight?
9     A.    I did.
10     Q.    Did he try and fight with you again after
11  that?
12     A.    No, he wanted to be my friend.
13     Q.    So did you guys become friends again
14  after the fight?
15     A.    I was cordial.
16     Q.    Okay.  Now, you mentioned feeling some
17  adrenalin and that you weren't really in pain during
18  this fight; is that correct?
19     THE WITNESS:  Can you repeat that?
20  BY MR. GIAQUINTA:
21     Q.    You mentioned feeling adrenaline, a rush
22  during the fight, and that you didn't really feel
23  pain during the fight; is that correct?
24     A.    I felt pain from the choking and the

Page 73

1  thrashing, but when you're in a fight, that comes
2  with it.  So, you know, I was able to sustain it,
3  the pain that I was feeling.
4     Q.    When did you first start having concerns
5  that your neck may be broken?
6     A.    When the police came -- when the COs came
7  into the cell, they told me to get down on the
8  floor, to get up off him and get down on the floor.
9           I went and laid down towards the back.
10           They handcuffed him and took him out.
11           They came and handcuffed me, and as soon
12  as I stood up, it felt like a building fell on my
13  neck.
14     Q.    Did you relay that to the correctional
15  officers who were with you?
16     A.    Immediately.
17     Q.    And what did they say to you?
18     A.    Nothing.
19     Q.    Okay.  You mentioned that when you were
20  taken to healthcare, when you got there, you were
21  placed in the -- I believe you called it the outside
22  bullpen; is that correct?
23     A.    Yes.
24     Q.    Can you describe the outside bullpen for

AHMAD   POOLE
March 04, 2022

Page 74

1  me, please?
2      A.    It's a dog cage.
3      Q.    How big is it?
4      A.    I really can't give you measurements, but
5  it's enough to fit -- it's broke down into two
6  sections, so it's like the size of a cell, whatever
7  size these cells are.  It's a cell broke down into
8  two sections.
9      Q.    Similar in size to the cell that you live
10  in then?
11      A.    Yeah.
12      Q.    Okay.
13      A.    A little bit smaller, just a little bit
14  smaller.
15      Q.    Okay.  When you were placed in there
16  after the fight, were there any other inmates in the
17  bullpen with you or were you by yourself?
18      A.    By myself.
19      Q.    Okay.  What about on the other section of
20  the bullpen; were there any inmates in there?
21      A.    No.
22      Q.    Okay.  So there were no other inmates
23  outside of the healthcare unit in the bullpen?
24      A.    No.

Page 75

1      Q.    Were there any inmates in the hallway?
2      A.    No.
3      Q.    What about correctional officers; were
4  there correctional officers in the hallway?
5      A.    Yes.
6            When I first got there, that's all there
7  was was correctional officers.  It was shift change.
8      Q.    Do you remember any of the names of the
9  correctional officers that were out there?
10      A.    Major Sawyer; I talked to him.
11            I saw CO Davis; I talked to him.
12            And any other officers that I don't know
13  them by their name, I asked them to go to the
14  healthcare unit to get me some medical attention.
15      Q.    Prior to August 17th, have you ever been
16  in that bullpen before?
17      A.    Yes.
18      Q.    Do you remember the date of that?
19      A.    No.
20      Q.    Do you remember the context of why you
21  were there?
22      A.    When you have a healthcare pass, at times
23  the healthcare unit will be at full capacity.
24            They only allow so many inmates in the

Page 76

1  healthcare at one time, so they would use the
2  outside bullpen as a holding tank.
3      Q.    Do you remember how long you were in the
4  bullpen on that day before you were seen by the
5  healthcare provider?
6      A.    The day of the fight?
7      Q.    No, the prior occasion that we're talking
8  about right now.
9      A.    It varies.  It varies.
10            You can be there for five minutes or you
11  can be there twenty.  You can be there an hour.  You
12  can be there two hours.  It varies.
13      Q.    Okay.  And in these instances where
14  you're in the outside bullpen, is it a correctional
15  officer that takes you out of the bullpen and
16  escorts you into the healthcare unit?
17      A.    Yes.
18      Q.    Is there ever an instance where a nurse
19  actually comes out to the bullpen?
20      A.    No.
21            It's always the correctional officers
22  that kind of relay you back and forth; is that
23  correct?
24      A.    Correct.

Page 77

1      Q.    What about -- other than the nurses, do
2  the doctors ever come out to the bullpen?
3      A.    No, but the healthcare unit and the
4  bullpen is -- coming from Gate 5 up front, you reach
5  the outside bullpen to the healthcare first, and so
6  if you're coming from the quarter units, you would
7  reach the healthcare before you reach the outside
8  bullpen.
9            So there's a hallway where you're going
10  to see nurses go past, you're going to see COs go
11  past and you're going to see staff go past.
12            So you're able to see nurses go past, but
13  they don't never come out there to interview you or
14  anything of that nature.
15      Q.    Okay.  So it's fair then to say that the
16  healthcare providers don't come out to the bullpen
17  to meet and examine inmates, correct?
18      A.    No.
19      Q.    It's just the correctional officers that
20  interact with you while you're in the bullpen?
21      A.    Yes.
22      Q.    The door to the healthcare unit, is that
23  a bar door similar to the cell doors?
24      A.    No, it not a bar door.  It's a door with

AHMAD   POOLE
March 04, 2022

Page 78

1  a lock on it and they key in and out.
2         It's like a cell door because they use
3  the same cell keys, but it's not an actual bar.
4  It's a door.
5         Q.   Okay.  Now, coming back to August 17th,
6  2017, you were placed in the outside bullpen.  How
7  long were you there before a correctional officer
8  took you into the healthcare unit?
9         A.   They have diabetics.  Each cell house has
10  diabetics in their unit and the diabetics can vary
11  from five to ten to fifteen inmates at a time, and
12  so each line has to go in there and get their
13  insulin shot.
14         So I had to wait from the time that my
15  cellmate came out until they ran every last single
16  cell house diabetic line to see the doctor.
17         And that was a lot of time because they
18  get escorted by the correctional officer and the
19  correctional officer don't sit and stay with them.
20         They would leave and go like on a lunch
21  break or snack break, whatever the case may be.
22         So the diabetics have to wait until those
23  relief officers come back and escort and take them
24  back to the quarter unit.

Page 79

1         So if I had to say how much time, it was
2  maybe like two-and-a-half hours.
3         Q.   So eventually a correctional officer
4  takes you into the healthcare unit from the outside
5  bullpen, correct?
6         A.   Yeah.
7         Q.   Do you remember which correctional
8  officer that was?
9         A.   I believe it was the sergeant, if I'm
10  correct, Sgt. Montez.
11         No, as a matter of fact, it was
12  Lt. Jaburek.  Lt. Jaburek came and got me and took
13  me into the healthcare because he was the lieutenant
14  that took me up there, so he came to the bullpen to
15  get me to escort me to the healthcare unit.
16         Q.   Okay.  So Lt. Jaburek comes to the
17  outside bullpen, takes you out and escorts you into
18  the healthcare unit.
19         What happens next?
20         A.   That was my first interaction with
21  Dr. Aguinaldo.
22         Q.   Okay.  So you walk into the healthcare
23  unit.  Who did you see first?
24         I guess, who did you present to first?

Page 80

1         A.   There was many nurses and doctors in
2  there because shift had just changed.
3         So Dr. Aquinaldo was the head doctor that
4  was still on shift, and that is who I had
5  interactions with, and his assistants.
6         Q.   Did you meet with a nurse at all or did
7  you just meet straight with Dr. Aquinaldo?
8         A.   No, Ms. Tomaras came out to the outside
9  bullpen.
10         Q.   I thought you told me that nurses don't
11  come to the outside bullpen?
12         A.   They don't.
13         Q.   Okay.  Well, tell me about that.
14         A.   She came to the outside bullpen after I
15  sent countless officers to try to get medical
16  attention.
17         Q.   Okay.  Describe that interaction for me.
18         A.   She came out, looked in my eye and went
19  back in.
20         Q.   Was that the extent of the interaction?
21         A.   From her perspective.
22         Q.   What about your perspective, Mr. Poole?
23  That's why we're doing the deposition today.
24         A.   Right.

Page 81

1         She didn't listen to anything that I said
2  to her in regards to my neck.  She was just: "Okay.
3  Yeah, you gotta have stitches.  You need stitches,"
4  and that was it.
5         There was no back and forth.  It was only
6  me talking to her, and she didn't respond anything
7  back to me.
8         Q.   Was that the only interaction that you
9  had with Tina Tomaras on that day?
10         A.   Yes.
11         Q.   So after that, the correctional officer
12  takes you in and you see Dr. Aguinaldo directly,
13  correct?
14         A.   Yes.
15         Q.   Have you reviewed your medical record at
16  all for that date, August 17th, 2017?
17         A.   I don't really study it like I study my
18  case legally.
19         So I read it.  I went over it, but I
20  haven't -- I don't know it back and forth like I
21  know my case.
22         Q.   Okay.  But you've had the opportunity to
23  see those records and at least read them over and
24  look at them, right?

AHMAD   POOLE
March 04, 2022

Page 82

1       A.      Yes.
2       Q.      So you're escorted in and you see
3   Dr. Aquinaldo directly, correct?
4       A.      Yes.
5       Q.      Did he examine you?
6       A.      No, he asked me some questions.
7       Q.      What sort of questions did he ask you?
8       A.      After I complained to him about the pain
9   that I was experiencing in my neck, he said:  "Ain't
10  nothing wrong with you.  Stop faking."
11              And then he said:  "Can you move your
12  legs?  Move your fingers," and that was it.
13      Q.      What else happened during that that
14  appointment?
15      A.      He stitched my eye up.
16      Q.      Anything else?
17      A.      I inquired about X-rays or seeing someone
18  in regards to my neck because of the pain I was
19  experiencing and he continued to tell me:  "Stop
20  being a baby."
21      Q.      Did he order X-rays for you?
22      MS. AGUILAR:  Objection, speculation.
23              You can answer if you know.
24  BY THE WITNESS:

Page 83

1       A.      He told me that they put me in.
2   BY MR. GIAQUINTA:
3       Q.      Okay.  So to your knowledge based on what
4   he told you, they did put you in for an X-ray?
5       A.      Yes.
6       Q.      Okay.  If I told you that the medical
7   records from August 17th indicated that X-rays were
8   ordered for you, would you have any reason to
9   disagree with that?
10      THE WITNESS:  Can you repeat that?
11  BY MR. GIAQUINTA:
12      Q.      If I told you that the chart from
13  August 17th, 2017, indicates that Dr. A did order
14  X-rays for you, would you have any reason to
15  disagree with that?
16      A.      No.
17      Q.      Did Dr. A give you any pain medication on
18  that date or did he prescribe you any pain
19  medication, I guess I should say?
20      A.      Dr. Aquinaldo did nothing besides just
21  my -- he didn't give me anything, no neck brace, no
22  pain medication.  He was very joking about what I
23  was telling him.
24      Q.      All right.  What about any assistants or

Page 84

1   other sort of providers that were present that day,
2   whether they be nurses or someone else; did they
3   give you pain medication?
4       A.      No.
5       Q.      If I represent to you that the notes from
6   that day state that you received Tylenol 500, would
7   you have any reason to disagree with that then?
8       A.      No.
9       Q.      You wouldn't disagree with that?
10      A.      No.
11      Q.      So you did receive Tylenol 500?
12      A.      I believe so.
13              In the heat of the moment, I never took
14  any of them pills.  They put them in my pocket or
15  something like that.
16              But I ain't never get them in my hand
17  because we're in handcuffs, so there's no way that I
18  can get them.
19              But since you're reading the
20  record/reports, they did give me medication for
21  that.
22      Q.      And you never took that medication?
23      A.      When we get to segregation, they take off
24  our clothes.

Page 85

1       Q.      Okay.  So the pills or -- sorry.  Did you
2   say it was a bottle or pills that they put in your
3   pocket?
4       A.      They put some pills in a white packet in
5   my pocket.
6       Q.      Okay.  So when they put those in your
7   pocket and you were escorted to segregation, do you
8   know what happened to those?
9       A.      When they took my clothes, it
10  completely -- my mind wasn't on medication.  It was
11  just about the pain I was experiencing.  I wasn't
12  even thinking about those pills.
13      Q.      Okay.  Do you know if you still had those
14  pills with you when you ended up in segregation?
15      A.      No, they was the state blues that I have,
16  so when you go to segregation, they take these blues
17  and put you in a jumpsuit.
18              So when they took these, the medication
19  was in these clothes and I never got them.
20      Q.      Did you ever complain about that to
21  anyone, that, you know, you were given pills but
22  they were taken away?
23      A.      It completely slipped my mind.
24      Q.      Did you ever complain about getting pain

AHMAD POOLE
March 04, 2022

Page 86

1  medication, like your Tylenol 500?
2      A.    I complained about medication, but I
3  never received any.
4      Q.    Who did you complain about not having
5  medication to?
6      A.    There's nurses that come and pass out
7  medication in the morning and at night and so I had
8  to wait for the night shift nurse to come through to
9  inquire to them about pain medication.
10     Q.    Would that be the night of August 17th?
11     A.    Yes.
12     Q.    Okay.  Did you ask whoever the nurse was
13 for pain medication?
14     A.    Yes.
15     Q.    And what did that nurse say to you?
16     A.    They just write down what you asked.
17     Q.    Okay.  And what happened after that?
18     A.    Nothing.
19     Q.    When was the next time that a nurse came
20 by your cell?
21     A.    They made their rounds the next morning.
22     Q.    Did you ask again for pain medication?
23     A.    Yes.
24     Q.    What did they say to you?

Page 87

1      A.    They just wrote it down.
2      Q.    Okay.  Do you know what they were writing
3  that down on?
4      A.    It depends.  They didn't write it down on
5  anything.
6            Sometimes they'll pull a piece of paper
7  out of their pocket or they'll tell you to write it
8  down.
9            They don't really have a pad and pen on
10 standby when they make their rounds there, so if you
11 can write it down on a piece of paper and give it to
12 them, they'll take that.
13           And sometimes they have a piece of paper
14 in their pocket that they find and they'll write it
15 down on that.
16     Q.    Did you ever ask a correctional officer
17 to help you out with that?
18     A.    Yeah, I inquired to them.
19     Q.    And what did the correctional officers
20 say to you?
21     A.    "The med tech will be through."
22     Q.    Did you ever try to submit a healthcare
23 slip or an emergency slip to get your pain
24 medication?

Page 88

1      A.    The only paperwork that I did was an
2  emergency grievance.  That's the only thing that I
3  wrote outside of inquiring to the officers and to
4  the nurses about I need some pain medication for my
5  neck.
6      Q.    Okay.  So talking specifically from
7  August 17th on when you were placed back in
8  segregation, you didn't try to submit any sort of
9  emergency slips or healthcare slips or anything like
10 that to get your pain medication?
11     A.    When you're in segregation, it's
12 different.  It's very different.
13           You have to -- it's not like you have
14 officers always around you, so you can only talk to
15 the officers when they come through or when the
16 nurse comes trough.
17     Q.    And when the officers and the nurses came
18 through, you asked them for pain medication?
19     A.    Yes.
20     Q.    And those were the interactions we just
21 talked about, right?
22     A.    Yes.
23     Q.    So after 8/17/2017, when was your next
24 appointment?

Page 89

1      A.    I went to see them the next day.
2      Q.    August 18th?
3      A.    Yes.
4      Q.    Okay.  What happened on August 18th?
5      A.    It's just the procedure that they do when
6  you're in an altercation to check and see if you're
7  okay.
8      Q.    Who did you meet with on the 18th?
9      A.    I believe I saw Dr. Aquinaldo.
10     Q.    Okay.  And what happened on that day?
11     A.    Nothing.
12     Q.    When you presented in front of him, what
13 happened during the appointment?
14     A.    Nothing.
15     Q.    Okay.  When was your next appointment
16 after that?
17     A.    I don't know if it was the next day after
18 that again because they kept calling me over and
19 over but not doing anything for me.
20           So from the time that I went to
21 segregation on the 17th, I saw Dr. Aquinaldo like
22 four or five times after that.
23     Q.    After that initial appointment on the
24 17th, was Dr. Aquinaldo the only provider that you

AHMAD  POOLE
March 04, 2022

Page 90

1  met with?

2      A.   Yes.

3      Q.   Were those meetings or those appointments

4  all in the healthcare unit at Stateville?

5      A.   Yes.

6      Q.   Just to be clear, do you have any

7  independent recollection of any appointments after

8  the 17th or you just know generally that you

9  probably saw him four or five times?

10     A.   I have a recollection of the

11 appointments.  I don't remember all dates of the

12 appointments.

13     Q.   All right.  Let's move past the dates

14 then.

15          The first appointment that you had with

16 Dr. Aquinaldo after the 18th, regardless of the

17 date, do you remember what happened during that

18 appointment?

19     A.   Yeah, I told him about the pain and the

20 things that I was experiencing in my neck and I got

21 the same answers: "Stop playing.  Stop joking.

22 You're faking.  You're a baby.  You'll be all

23 right," things of that nature.

24     Q.   How long did that appointment last?

Page 91

1      A.   0.2 seconds.

2      Q.   Did you ask him for pain medication?

3      A.   Yes.

4      Q.   Was anyone else present that day, like

5  his assistants?

6      A.   Yeah, they was in the healthcare unit.

7          You've got the nurses station that's

8  right there, but when you go in the room and talk to

9  the head doctor, it would just be you and him.

10     Q.   Okay.  Did anyone give you pain

11 medication on that date, whether it be Dr. A or one

12 of his assistants or someone else?

13     A.   I don't know.

14     Q.   Okay.  What about next appointment after

15 that?  Tell me about that.

16     A.   The same conversation, the same joking

17 behavior; no assistance, no help of any kind and

18 back to segregation.

19     Q.   Okay.  Did you request any pain

20 medication on that date?

21     A.   Yes.

22     Q.   And do you recall if you received pain

23 medication or no?

24     A.   I don't recall.

Page 92

1      Q.   Eventually you ended up seeing

2  Dr. Obaisi; is that correct?

3      A.   Yes.

4      Q.   How did you come about meeting with

5  Dr. Obasi?

6      A.   Before I saw Obaisi, I had an X-ray.  I

7  received the X-ray maybe a day or two before I saw

8  Dr. Aquinaldo again.

9          And on this day that I saw Dr. Aquinaldo,

10 he checked my X-rays to see what was wrong, and he

11 told me that I have a fracture in my neck.

12          I asked him: "Would I need surgery?  I'm

13 still in pain.  I feel electricity going up and down

14 my spine," and he said: "No, you won't need

15 surgery.  You're a baby.  It's nothing."

16          So I'm saying to myself like: "You said

17 a fracture in my neck, and with the pain that I'm

18 experiencing, something ain't right."

19          So he's still joking.

20          So what happened is I believe Stephanie

21 heard parts of the conversation and seen what was

22 going on in regards to the exchange that we was

23 having.

24          I left that meeting with him still with

Page 93

1  no neck brace, back to segregation, and couple days

2  later, I saw Dr. Obaisi.

3          Now, normally, it takes to see the

4  medical director about a month or a month and a half

5  to see the medical director.

6          I saw Dr. Obaisi within a couple days.

7      Q.   Did Dr. Aguinaldo tell you that he was

8  going to put you in or refer you to see the medical

9  director?

10     A.   No.

11     Q.   Okay.  If I told you that the notes from

12 the appointment that you're telling me about

13 indicated that Dr. A did refer you to Dr. Obaisi,

14 would you have any reason to disagree with that?

15     A.   No.

16     Q.   Okay.  So you go in to see Dr. Obaisi.

17 You don't remember the exact date, correct?

18     A.   No.

19     Q.   Tell me about this appointment that you

20 had with Dr. Obaisi.

21     A.   When I come in to see Obaisi, he don't

22 even have my paperwork there.  He only have my

23 medical report book, and he asked me what I am here

24 for.

AHMAD   POOLE
March 04, 2022

Page 94

1      I said:  "I'm here to review the X-rays
2  that I just had and talk about my injury."
3      And so he didn't have the X-rays on
4  standby.  He didn't have anything on standby, and he
5  sent the nurse to get my X-rays.
6      Once he retrieved my X-rays -- say for
7  instance, where you're sitting at, maybe the X-ray
8  board is five steps from where you're at -- he went
9  and turned on the light and looked at the X-rays.
10      The phone is right there as well.
11      He's maybe three steps away from where
12  I'm sitting at now, and he called outside hospital.
13  He told them he's got one patient that needed to be
14  sent to the outside hospital.
15      He hung up the phone.  He came back to
16  the desk and sat down.
17      He sent the nurse to get a neck brace,
18  and he informed me that I was being sent to the
19  outside hospital immediately.
20      Q.    Okay.  So do you think what Dr. Obasi did
21  was correct?
22      MS. AGUILAR:  Objection, speculation, form.
23      You can answer if you know.
24  BY THE WITNESS:

Page 95

1      A.    I don't know.  I'm not a doctor.  He was
2  doing something that most doctors didn't do, give me
3  help.
4  BY MR. GIAQUINTA:
5      Q.    Were you pleased with what Dr. Obaisi did
6  for you?
7      A.    Yes.
8      Q.    Okay.  So what happened next?  He sent
9  you out immediately, correct?
10      A.    Yeah.
11      Q.    Okay.  So what happened next after he got
12  off the phone and gave you the neck brace and, you
13  know, started the process of sending you out?
14      A.    I had to wait on the escort officer to
15  come to escort me to the outside hospital.
16      Q.    And which officer was that?
17      A.    Officer Norman and the other officer that
18  was his partner that day.
19      Q.    Okay.  Do you recall the name of that
20  other officer?
21      A.    I don't recall, but if you said it, I
22  could remember it.
23      Q.    How long did you have to wait for them?
24      A.    It wasn't long, maybe like fifteen

Page 96

1  minutes.
2      Q.    So you waited for them and they showed
3  up.
4      What happened next?
5      A.    Obaisi said:  "We're going to call for an
6  ambulance."
7      Q.    Okay.  What happened next?
8      A.    He told Officer Norman -- well, he didn't
9  tell Officer Norman.  He told the nurses to get a
10  wheelchair.
11      Q.    And did the nurses get you a wheelchair?
12      A.    No, Officer Norman said I don't need a
13  wheelchair or an ambulance.
14      Q.    Who did he say that to?
15      A.    Obaisi.
16      Q.    And what did Obaisi say?
17      A.    Nothing.
18      Q.    Okay.  So what happened next?
19      A.    After I got the neck brace, they went to
20  go get the chains so that I could be escorted to the
21  outside hospital because you just can't leave
22  outside the facility in regular handcuffs.  They
23  have to get waist chains, ankle chains and things of
24  that nature.

Page 97

1      Q.    Okay.  So they get your chains for you.
2  What happened after that?
3      A.    I was escorted outside of the facility.
4      Q.    Where did they escort you to?
5      A.    Where did they escort me?
6      Q.    Correct.
7      A.    To the hospital.
8      Q.    Did they take you to a car?  Did they
9  take you to an ambulance?  How did you get to the
10  hospital?
11      A.    They took me to a van.
12      Q.    Okay.  And they placed you in the back of
13  the van?
14      A.    It's a big van, so -- yeah, you can stay
15  in the back.
16      Q.    Okay.  Which hospital did they take you
17  to?
18      A.    St. Joseph's.
19      Q.    So if I represented to you that your
20  notes indicate that you arrived at St. Joe's on
21  roughly -- well, not roughly -- exactly on
22  August 30th, 2017, does that sound correct to you?
23      (No response.)
24      MR. GIAQUINTA:  Can you hear me, Mr. Poole?

AHMAD   POOLE
March 04, 2022

Page 98

1          THE WITNESS:  No, can you repeat that?
2     BY MR. GIAQUINTA:
3          Q.   If I represent to you that your notes
4     from that date indicate that you meet with Obaisi
5     and were referred out to St. Joseph's on
6     August 30th, 2017, does hat sound correct to you?
7          A.   Yes.
8          Q.   Okay.  So running through all these dates
9     and these appointments that we just discussed, the
10    onset of your complaints, that started on
11    August 17th; is that correct?
12         A.   Yes.
13         Q.   And that's the date of your fight with
14    Killa B?
15         A.   Yes, August 17th.
16         Q.   And it's your allegation in this case
17    that you didn't receive proper treatment for your
18    alleged injuries until August 30th when you were
19    referred out; is that correct?
20         MS. AGUILAR:  Objection, calls for a legal
21    conclusion and form.
22              You can answer if you know.
23    BY THE WITNESS:
24         A.   In my mind, that was the first step to

Page 99

1     getting some serious help, the first time that I
2     ever had been put in a neck brace, which it felt
3     wonderful to stabilize my neck.
4          Q.   Did you feel as though you were receiving
5     proper treatment after that?
6          A.   From who?
7          Q.   From anyone.
8          A.   Outside of IDOC from St. Joseph's, yes.
9          Q.   Okay.  The outside treaters that you're
10    talking about, is that St. Joseph's and UIC?
11         A.   Yes.
12         Q.   Any other outside treater that you saw?
13         A.   No.
14         Q.   Would it be fair to say that you're
15    pleased with the treatment that you received from
16    St. Joseph's and UIC?
17         A.   I'm pleased with it because I don't feel
18    those same feelings that I felt with the initial
19    injury, but I'm in pain every day.
20         Q.   What sort of pain are you in every day?
21         A.   There's times where I can't write a
22    letter for long periods of time.  I can't -- I have
23    pain in my neck for long periods of time.  I can't
24    turn my neck to the right all the way.

Page 100

1     I can't sleep at night at times.  If I
2     sleep in the wrong position, my whole day is ruined.
3          I have constant nerves that would be
4     twitching.  I feel achy and throbbing all day at
5     times.
6          It depends on what activities that I'm
7     participating in and how much pain that I can endure
8     with that activity.
9          Q.   Okay.  Did you relate any of these
10    complaints to a provider?
11         A.   I do, but what they tell me is it's
12    something that that I'm going to have to learn to
13    live with.
14         Q.   Have they provided you any medication for
15    that?
16         A.   Yes.
17         Q.   What sort of medication?
18              (No response.)
19         MR. GIAQUINTA:  Did you hear me, Mr. Poole?
20         THE WITNESS:  You asked did they provide me any
21    medication?
22         MR. GIAQUINTA:  Correct.
23    BY THE WITNESS:
24         A.   Yes.

Page 101

1     BY MR. GIAQUINTA:
2          Q.   Which medication was that?
3          A.   Neurontin and Robaxin.
4          Q.   And prior to that, they provided you with
5     Tramadol, right?
6          A.   Yes.
7          Q.   Anything other then the Robaxin, the
8     Tramadol and the Neurontin?
9          A.   Other than Neurontin, Robaxin and
10    Tramadol, no.
11         Q.   So going back to August 30th of 2017, did
12    Dr. Obasi tell you why he was referring you out to
13    St. Joseph's?
14         A.   No.
15         Q.   He didn't give you any kind of
16    explanation whatsoever for why he was referring you
17    to an outside treater?
18         A.   Outside of the conversation that I heard
19    of him on the phone, no.
20         Q.   Did you have an understanding as to why
21    you were being referred to an outside treater?
22         A.   Yes.
23         Q.   And what was your understanding?
24         A.   A fracture in my neck.

AHMAD   POOLE
March 04, 2022

Page 102

1     Q.   Have you reviewed your charts and medical
2 records from St. Joseph's?
3     A.   Some.
4     Q.   So you've had a chance to look those
5 over?
6     A.   What's in my possession.
7         I don't have a lot of that documentation,
8 but what they gave me, yes.
9     Q.   Okay.  Were you pleased with the
10 treatment that you received at St. Joseph's?
11     A.   They didn't treat me.
12     Q.   Were you pleased with the conduct of the
13 treaters at St. Joseph's?
14     A.   I really had no interaction with them
15 like that.
16     Q.   Did they examine you at all?
17     A.   I believe they said they don't have the
18 equipment to do what needed to be done for me, so I
19 was transferred to UIC.
20     Q.   Do you recall if they conducted any
21 testing or if they did any CTs or X-rays of you
22 while you were at St. Joseph's?
23     A.   I don't recall.
24     Q.   If I represented to you that your notes

Page 103

1 from St. Joseph's indicate that they did do an exam
2 and gave you a CT, would you have reason to disagree
3 with that?
4     A.   No.
5     Q.   Does that refresh your memory at all?
6     A.   Yes.
7     Q.   Do you recall why they gave you a CT at
8 St. Joseph's?
9     A.   My understanding is because of my neck
10 injury.
11     Q.   Did you have any discussions with the
12 providers while you were at St. Joseph's about your
13 alleged injuries?
14     A.   I just explained to them the pain that I
15 was experiencing.
16     Q.   And what did they say to you?
17     A.   Nothing.
18     Q.   What were your pain levels like when you
19 arrived St. Joseph's Hospital?
20         Let's just do one to ten.
21     A.   It was always a ten.
22         From the date that the injury happened
23 until the day that I had surgery and after the
24 surgery, it was a twenty.

Page 104

1     Q.   Did the providers at St. Joseph's go over
2 the results of your CT with you?
3     A.   No.
4     Q.   Did you ever see the results of your CT
5 from St. Joseph's?
6     A.   No.
7     Q.   Can we agree that you told your providers
8 at St. Joseph's the same complaints you were telling
9 the providers at Stateville?
10     A.   You could say so.
11     Q.   Would you disagree with that?
12     THE WITNESS:  Can you say that again?
13 BY MR. GIAQUINTA:
14     Q.   Would you disagree with that?
15     A.   You could say so.
16         I always told them the same thing I was
17 telling here about the pain and what I was
18 experiencing.  I told St. Joseph that.
19     Q.   Okay.  So the treaters at St. Joseph were
20 aware then that you had a fracture, correct?
21     A.   I believe so.
22     Q.   Did you recall if your treaters at
23 St. Joseph's provided you any sort of pain
24 management or pain medication?

Page 105

1     A.   I don't recall, but I --
2     Q.   Do you recall if they offered you pain
3 medication?
4     A.   No.
5     Q.   If they had offered you pain medication,
6 would you have accepted it?
7     A.   Yeah.
8     Q.   If I noted to you that your records from
9 St. Joseph's specifically indicate that you declined
10 pain medication, would you have any reason to
11 disagree with that?
12     A.   Yes.
13     Q.   And what would that reason be?
14     A.   Because I would have took it.
15     MR. GIAQUINTA:  I'm going to share something
16 with you here.  I'm going to go ahead and mark this
17 as Defendants' Exhibit 3.
18         (WHEREUPON, a certain document was
19         marked Defendants' Deposition
20         Exhibit No. 3, for identification,
21         as of 03/04/2022.)
22 BY MR. GIAQUINTA:
23     Q.   Looking at the top of the page here, can
24 you read the first line for me there, Mr. Poole?

AHMAD   POOLE
March 04, 2022

Page 106

1    A.    Presence St. Joseph Medical Center.
2    Q.    And looking down a little bit more for
3  the name section, is that your name there?
4    A.    Yes.
5    Q.    And is that your inmate number?
6    A.    Yes.
7    Q.    And going down a little more to where it
8  says the date -- do you see that?
9    A.    Yes.
10    Q.    What date does it say there?
11    A.    8/30/17.
12    Q.    Can we agree that these are your records
13  from August 30th, 2017, for Presence St. Joseph
14  Medical Center?
15    A.    Yeah, but I never seen this before,
16  though.
17    Q.    Okay.  So scrolling down a little bit,
18  here -- I'm going to go to Page 2 -- do you see this
19  paragraph here in the middle of the page that says
20  "Medical Decision-Making"?
21    A.    Yes.
22    Q.    Can you read that to yourself, please,
23  that paragraph?
24    A.    Yes.

Page 107

1            (Short pause.)
2    MR. GIAQUINTA:  Are you finished reading?
3    THE WITNESS:  Yeah.
4  BY MR. GIAQUINTA:
5    Q.    There's a sentence in here which states:
6  "Patient is declining offer of pain medication."
7          You would disagree with that?
8    A.    Yes.
9    Q.    Do you know why your providers at
10  St.  Joseph's would have written that?
11    MS. AGUILAR:  Objection, speculation, form.
12          You can answer if you know.
13  BY THE WITNESS:
14    A.    No, I don't know.
15  BY MR. GIAQUINTA:
16    Q.    Do you think that your providers at
17  St. Joseph's were creating false records?
18    MS. AGUILAR:  Objection, argumentative, form,
19  foundation, speculation.
20          You can answer if you know.
21    THE WITNESS:  Can you repeat that question?
22  BY MR. GIAQUINTA:
23    Q.    Do you think that your providers at
24  St. Joseph's were creating false records?

Page 108

1    MS. AGUILAR:  Same objections.
2          You can answer if you know.
3  BY THE WITNESS:
4    A.    I don't know, but that's not true right
5  there.
6  BY MR. GIAQUINTA:
7    Q.    So you're saying it's false that they
8  recorded that you declined pain medication; is that
9  correct?
10    A.    Yes.
11    MS. AGUILAR:  Same objections.
12          You can answer.
13  BY THE WITNESS:
14    A.    Yes.
15  BY MR. GIAQUINTA:
16    Q.    Okay.  You noted earlier that the
17  providers at St. Joseph's told you that they didn't
18  really have the proper equipment to treat you there,
19  correct?
20    A.    Yes.
21    Q.    So they were going to send you out to
22  another hospital?
23    A.    Yeah, I was told I was being transferred
24  to UIC.

Page 109

1    Q.    Okay.  And that was on the same day,
2  right?
3    A.    Yes.
4    Q.    That day being August 30th, 2017?
5    A.    Yes.
6    Q.    So the note here that you just read for
7  me states that they talked with you and explained
8  with you the risks and benefits of transferring
9  between hospitals.
10          Do you recall that at all?
11    A.    I don't recall, no.
12    Q.    Okay.  This note also states that you
13  declined ambulance transport so that you could be
14  transported by a state vehicle.
15          Do you recall that interaction?
16    A.    The officers told me that they were going
17  to take me.
18    Q.    Okay.  But we can agree that the note
19  here states that "the patient will be transported by
20  state vehicle, he is declining ambulance and
21  transport," the "he" being you?
22    A.    I think didn't decline.  They declined.
23    Q.    Okay.  So you disagree with how this note
24  is written?

AHMAD POOLE
March 04, 2022

Page 110

1     A.    Absolutely.
2     Q.    You don't believe that you declined an
3  ambulance, right?
4     A.    I didn't decline.
5     Q.    You did not decline or did you decline?
6     A.    That conversation wasn't had with me.
7     Q.    Okay.  So you don't recall that
8  conversation whatsoever?
9     A.    It was never had.
10    Q.    Have you reviewed your charts and records
11 from UIC?
12    A.    What's in my possession, some, yes.
13    Q.    Were you pleased with the treatment that
14 you received from your providers at UIC?
15    A.    They fixed the injury, yes.
16    Q.    When you say "they fixed the injury,"
17 what does that mean?
18    A.    I had surgery for the injury that was
19 sustained during the altercation.
20    Q.    Okay.  So after that, your injury was
21 fixed?
22    MS. AGUILAR:  Objection --
23 BY THE WITNESS:
24    A.    I thought it was.

Page 111

1     MS. AGUILAR:  Yeah, objection to form, calls
2  for a medical conclusion.
3     MR. GIAQUINTA:  It's his testimony.  That's
4  what he said.
5           You can answer, Mr. Poole.
6  BY THE WITNESS:
7     A.    I don't know if it was fixed or not.
8  BY MR. GIAQUINTA:
9     Q.    Would you have any reason to disagree
10 with the notes and medical records from UIC that
11 you've seen?
12    A.    Maybe, depending on what was said because
13 St. Joseph's said something that wasn't true, so I
14 don't know what these medical records reveal.
15    Q.    Okay.  You arrived at UIC the same day
16 you left St. Joseph's, and that would be
17 August 30th, 2017?
18    A.    Yes.
19    Q.    When you arrived at UIC, did you have a
20 discussion with the provider as to why you were
21 there?
22    A.    No.
23    Q.    Did anyone explain to you why you were
24 there?

Page 112

1     A.    Later on that night, yes.
2     Q.    Okay.  Who did you talk with later on
3  that night?
4     A.    Some doctors.
5     Q.    Do you remember the names of any of those
6  doctors?
7     A.    No.
8     Q.    Okay.
9     A.    I think it was the doctors that came in
10 at shift change, but then the next morning, a whole
11 team of doctors came and talked to me.
12    Q.    Do you remember what that they talked to
13 you about?
14    A.    My injury and that they would be running
15 tests to see what they need to do to give me the
16 attention that I needed.
17    Q.    All right.  You mentioned earlier that
18 your pain level at St. Joseph's was a ten out of
19 ten; do you recall that?
20    A.    Yes.
21    Q.    Was your pain level still a ten out of
22 ten when you arrived at UIC?
23    A.    Yes.
24    Q.    Did you request pain medication when you

Page 113

1  arrived at UIC?
2     A.    I didn't request it.  I believe they gave
3  it to me.
4     Q.    Okay.  What did they give you?  Do you
5  recall?
6     A.    No.
7     Q.    Do you recall whether or not that pain
8  medication helped you?
9     A.    Maybe it was Tylenol or something.
10          No, it didn't really help.
11    Q.    Okay.  Since the pain medication wasn't
12 helping you, did you request an increase in dosage
13 or some sort of change to be made so that it could
14 help you?
15    MS. AGUILAR:  Objection to form.
16          You can answer the question if you know.
17 BY THE WITNESS:
18    A.    I was only taking what they was giving
19 me, so by them being the professionals, I took what
20 they gave me.
21    Q.    Okay.  But you never asked for different
22 medication?
23    MS. AGUILAR:  Objection, form.
24 BY THE WITNESS:

AHMAD   POOLE
March 04, 2022

Page 114

1    A.    I continued to tell them about the pain.
2  BY MR. GIAQUINTA:
3    Q.    Sorry.  Could you say that again,
4  Mr. Poole.  I didn't hear you.
5    A.    I continued to tell them about the pain.
6    Q.    How did they respond to that?
7    A.    No response.
8          I just took the medication that they gave
9  me.
10   Q.    Okay.  Can we agree that you were telling
11 your providers at UIC the same exact things that you
12 were telling your providers at Stateville, the same
13 exact complaints?
14   A.    Yes.
15   Q.    So your providers at UIC were aware then
16 that you had a fractured neck?
17   A.    I believe so.
18   Q.    Did you note to your providers at UIC
19 your complaints about -- I believe you called it a
20 current going up and down your spine?
21   A.    I believe so.
22   Q.    Do you know why your notes from UIC
23 wouldn't have anything about that?
24   MS. AGUILAR:  Objection, speculation, form.

Page 115

1          You can answer if you know.
2  BY THE WITNESS:
3    A.    I don't know.
4  BY MR. GIAQUINTA:
5    Q.    Might it be because you never told your
6  providers at UIC about that?
7    MS. AGUILAR:  Objection, argumentative.
8          You can answer.
9  BY THE WITNESS:
10   A.    That's not true.
11   MR. GIAQUINTA:  I didn't hear you, Mr. Poole.
12 BY THE WITNESS:
13   A.    That's not true.
14 BY MR. GIAQUINTA:
15   Q.    What's not true?
16   A.    I did tell them.  I told every doctor
17 that came and talked to me.
18   Q.    Would you disagree with the fact that
19 they didn't note that then?
20   MS. AGUILAR:  Objection, same objection, form.
21          You can answer.
22 BY THE WITNESS:
23   A.    Yeah, I disagree.
24 BY MR. GIAQUINTA:

Page 116

1    Q.    Okay.  What sorts of tests did they give
2  you at UIC?
3    A.    An MRI, I believe.
4    Q.    Did they ever discuss the results of your
5  MRI with you?
6    A.    I don't recall.
7    Q.    What did your providers at UIC tell you
8  that they were going to do for you to help fix your
9  complaints?
10   A.    A whole lot of medical terminology that I
11 don't understand.
12   Q.    Did they boil it down for you to the
13 basics so that you could understand?
14   A.    The only thing that I understood was that
15 I may end up paralyzed.  That's the only thing I was
16 thinking about and worried about.
17   Q.    Did you ever ask them to explain it to
18 you in a way that you could understand?
19   A.    No.
20   Q.    Did they ever tell you that you were
21 going to be eventually undergoing a surgery?
22   A.    Yes.
23   Q.    And what did they tell you about that?
24   A.    A whole lot of medical words that I can't

Page 117

1  and don't understand.
2    Q.    Did you ever ask them to explain it to
3  you in a way that you could understand?
4    A.    No, I just knew that --
5    Q.    You just understood that eventually you
6  were going to have surgery?
7    A.    Absolutely.
8    Q.    Did you know what the surgery was for?
9    A.    My neck.
10   Q.    Do you remember the date of your surgery?
11   A.    No, it was -- it was about a week after I
12 got there because the doctor that was going to
13 perform the surgery, they was going on vacation
14 because Memorial Day or something like that was
15 coming up, and so I stayed out there for, I believe,
16 like nine days.
17          I had surgery on like the eighth day and
18 came back to IDOC on like the ninth day.
19   Q.    So you were at UIC for approximately a
20 week?
21   A.    A little over a week.
22   Q.    So if you arrived on August 30th, you
23 didn't undergo your operation until about a week
24 later; is that your recollection?

AHMAD   POOLE
March 04, 2022

Page 118

1    A.    Yes.
2    Q.    And if I represent to you that your notes
3  do, in fact, indicate that it was about a week until
4  you underwent your surgery, you have no reason to
5  disagree with that then?
6    A.    No.
7    Q.    And as we went over earlier, all of your
8  providers at UIC were aware of all of these
9  complaints that you were making, of your neck
10  hurting, that you believe it's broken, that you had
11  a fracture and that you had currents running up and
12  down your spine, correct?
13          (No response.)
14    MR. GIAQUINTA:  Sorry, Mr. Poole.  Did you hear
15  my question?  You kind of froze out there.
16  BY THE WITNESS:
17    A.    Yes, I told every doctor that I had an
18  encounter with about what I was experiencing, what
19  I've been through.
20  BY MR. GIAQUINTA:
21    Q.    So your providers at UIC knew and were
22  being told the same exact complaints that you were
23  telling your providers at Stateville?
24    A.    Yes.

Page 119

1    Q.    Would you agree that even though your
2  providers at UIC were aware of all that, they still
3  waited a week until you had your surgery?
4    A.    Yes.
5    MS. AGUILAR:  Objection, form.
6          You can answer.
7  BY THE WITNESS:
8    A.    Yes.
9  BY MR. GIAQUINTA:
10    Q.    If it was so urgent for you to have your
11  surgery, why did you wait a week?
12    MS. AGUILAR:  Objection, not a medical
13  professional, argumentative, form and foundation.
14          You can answer if you know.
15  BY THE WITNESS:
16    A.    I don't know.
17  BY MR. GIAQUINTA:
18    Q.    It was never explained to you?
19    A.    No.
20    Q.    Did you ever ask?
21    A.    No.
22    Q.    Why didn't you ask?
23    MS. AGUILAR:  Objection, form.
24          You can answer if you know.

Page 120

1  BY THE WITNESS:
2    A.    What was I supposed to do?  They're the
3  professionals.  I was just listening to what was
4  being told to me.
5          If they say that you're going to have
6  surgery today, I would have went to surgery.
7          If they said you're going to have surgery
8  three days later, I would have went to surgery.
9          It wasn't up to me to make no decisions.
10  I'm an inmate.
11  BY MR. GIAQUINTA:
12    Q.    Okay.  What did you do for that time
13  period, that week long time period at UIC?
14    A.    Sat handcuffed to a bunk, laid and slept
15  and looked out the window.
16    Q.    Okay.  Do you know what type of surgery
17  was performed on your neck?
18    A.    No.
19    Q.    Did you have a discussion with the
20  providers after the surgery?
21    A.    They had discussed with me in regards to
22  the things that they did, but I don't know nothing
23  they -- I'm not a doctor, so whatever they was
24  telling me with regards to the things they did, I

Page 121

1  was still clueless.
2    Q.    Okay.  Did you ever think to ask them to
3  explain it in a way that you could understand?
4    MS. AGUILAR:  Objection, form.
5          You can answer.
6  BY THE WITNESS:
7    A.    I understood that I had some screws and a
8  plate in my neck.  That's all I knew.
9  BY MR. GIAQUINTA:
10    Q.    Did they explain the purpose of the
11  screws and the plate in your neck?
12    A.    To fix the T3 and the T4, I believe,
13  because of the fracture in my neck.
14    Q.    Okay.  How did your neck feel after the
15  surgery?
16    A.    It still hurt.
17    Q.    Could you describe that pain for me?
18    A.    It's hard to describe pain after a
19  surgery.  Have you ever had a surgery before?
20    Q.    I have.
21    A.    Have you ever been on anesthesia?
22    Q.    I have.
23    A.    I've had three surgeries.  I had my
24  finger bone broke before.  It's a pain that is out

AHMAD   POOLE
March 04, 2022

Page 122

1  of this world, so that's all I can say.
2         It's a crazy pain.
3    Q.   All right.  So let's fast forward a bit
4  then to after the anesthesia wore off along with all
5  the pain associated with that.
6         How did your neck feel post-op,
7  post-surgery?
8    THE WITNESS:  How long after?
9    MR. GIAQUINTA:  I'm sorry.  Say that again.
10   THE WITNESS:  How long after?
11 BY MR. GIAQUINTA:
12   Q.   Let's fast forward a week.  How did your
13 neck feel?
14   A.   Pain.
15   Q.   Was it the same kind of pain as
16 immediately after the surgery?
17   A.   No.
18   Q.   Okay.  So are you able to describe that
19 pain for me a week later?
20   A.   Stiffness and soreness-type pain.
21   Q.   Okay.  Did that sort of pain, the aching,
22 the throbbing and the stiffness, did that eventually
23 go away?
24   A.   Only when I was provided medication.

Page 123

1    Q.   Okay.  What sort of medication were you
2  provided?
3    A.   They gave me, I believe, Tylenol 3, but
4  it made me constipated to where I couldn't use the
5  bathroom.
6         So I talked to Dr. Obaisi and I explained
7  to him what the medication was doing and he switched
8  me over to Tylenol.
9    Q.   Okay.  The Tylenol, that was given to you
10 by providers at Stateville?
11   A.   Yes.
12   Q.   Do you recall if UIC gave you any pain
13 medication?
14   A.   Yes, they gave me -- what's that --
15 morphine.
16   Q.   How did that make you feel?
17   A.   Wonderful.
18   Q.   And that was after the surgery, correct?
19   A.   Yes.
20   Q.   How long did you remain at UIC after the
21 surgery?
22   A.   That morning -- the next morning, I was
23 transferred back to IDOC.
24   Q.   You cut out.

Page 124

1         The morning after the surgery you were
2  transported back?
3    A.   Yes.
4    Q.   How is your neck feeling today?
5    A.   Sore.
6    Q.   The same sort of soreness and stiffness
7  that you described earlier?
8    A.   Yes.
9    Q.   Is it less painful?
10   A.   From pain that I was experiencing after
11 surgery, yes, but there's always discomfort, though.
12   Q.   If you had to describe your pain in your
13 neck today, one to ten, what would you say?
14   A.   Without having no medication right now,
15 it's like a seven.
16   Q.   Without medication?
17   A.   Without medication.
18   Q.   What about when you're on medication?
19   THE WITNESS:  Say that again.
20 BY MR. GIAQUINTA:
21   Q.   I said:  What about when you're on
22 medication?
23   A.   I still feel it, but it goes down to
24 maybe a four.

Page 125

1    Q.   Do you think that the surgery at UIC
2  helped fix your neck?
3    MS. AGUILAR:  Objection, form.  Objection,
4  medical conclusion.
5         You can answer if you know.
6  BY THE WITNESS
7    A.   I don't feel the electric current no
8  more.  That's it.
9  BY MR. GIAQUINTA:
10   Q.   You no longer feel the electric current
11 running up and down your spine?
12   A.   Yes.
13   Q.   You still look like a pretty active guy.
14 What kinds of activities did you do at the prison
15 prior to your fight with Killa B?
16   A.   Before or after?
17   Q.   Before.
18   A.   I did everything that they allowed me to
19 do.  I played basketball, lift weights, run.
20   Q.   Anything else?
21   A.   No, that's the only activities that we're
22 allowed to do.
23   Q.   I know a lot of inmates like to do
24 pushups and situps in their cells.  Do you do that?

AHMAD  POOLE
March 04, 2022

Page 126

1    A.    Yes.
2    Q.    Do you do that now?
3    A.    When I can.
4    Q.    Okay.  And you did that prior to the
5 fight with Killa B, too, correct?
6    A.    Yes.
7    Q.    How many pushups do you think you can do
8 in a row right now?
9    A.    I don't do as much as I used to do, so I
10 only do maybe sets of twenty-five to thirty now.
11    Q.    How many could you do prior to the fight?
12    A.    Maybe like seventy-five to a hundred.
13    Q.    Sets of seventy-five to a hundred?
14    A.    Yes.
15    Q.    Do you play basketball now?
16    A.    No.
17    Q.    What about lifting weights; do you lift
18 weights now?
19    A.    When I'm able to.
20    Q.    What does that mean, when you're able to?
21    A.    Sometimes the pain is -- I have to rest,
22 so I'm to the stage now where I listen to my body.
23 On days that I feel good, I go work out.
24         On days where it's hurting or it's stiff

Page 127

1 and sore, I rest.
2    Q.    Do you still run now?
3    A.    When I can.
4    Q.    Okay.  Are there any activities that you
5 could do prior to the fight that you definitely
6 can't do anymore after the fight?
7    A.    I can't really do pull-ups from the back
8 because they cause discomfort in my neck.
9         I can't do like rolls because that causes
10 popping in my neck.
11         I can't do a lot of pushups anymore
12 because that causes popping in my neck.
13         I can't turn all this way (indicating)
14 because I'm limited to how far I can go.
15         So there's a lot of things that I'm
16 learning to adjust to and live with.
17    Q.    Has a healthcare provider ever told you
18 that you couldn't do those things or is it just your
19 own experience that tells you can't?
20    MS. AGUILAR:  Objection, form.
21         You can answer, Mr. Poole.
22 BY THE WITNESS:
23    A.    Both.
24 BY MR. GIAQUINTA:

Page 128

1    Q.    Okay.  Which healthcare provider told you
2 that you couldn't do those things?
3    A.    I don't know their name.
4    Q.    Was it a doctor or a nurse?
5    A.    It was the physical therapist guy.  I
6 don't know his name.
7    Q.    Was that a physical therapist guy at
8 Stateville or was it one of your outside providers?
9    A.    Stateville.
10    Q.    How long did you do physical therapy at
11 Stateville?
12    A.    Maybe like six weeks, but I had to
13 complain, complain, complain.
14         He gave me a few exercises to do when my
15 neck gets stiff or it starts hurting to loosen it
16 up.
17    Q.    In the six-week period of time that you
18 were meeting with this guy or he was giving you
19 instructions or whatever it was, was that after your
20 surgery at UIC?
21    A.    Yes.
22    Q.    How long after your surgery at UIC did
23 you begin PT, physical therapy?
24    A.    It was a while.  I don't know how much

Page 129

1 time specifically, but it was a minute.
2    Q.    If you had to guess.
3    A.    I don't want to guess.
4    Q.    Days?  Weeks?  Months?
5    A.    Months.
6    Q.    What sort of exercises did this physical
7 therapist have you do?
8    A.    Resistance bands.
9         It wasn't really nothing per se targeting
10 the neck.  He gave me other exercises that would
11 loosen the tension directly to the neck.
12         Some of them worked and some of them
13 didn't.
14    Q.    Did you feel as though the physical
15 therapy was helping the tension and the stiffness in
16 your neck?
17    A.    No.
18    Q.    Did you ever tell anyone that you didn't
19 feel as though the physical therapy was helping you?
20    A.    I told him.
21    Q.    And what did he say to you?
22    A.    Nothing.
23    Q.    Why did the physical therapy stop?
24    MS. AGUILAR:  Objection, speculation.

AHMAD   POOLE
March 04, 2022

Page 130

1       You can answer if you know.
2  BY THE WITNESS:
3       A.    Because you only get so much time:  Three
4  weeks, four weeks, five weeks, six weeks, eight
5  weeks.  It's all up to the doctors.
6  BY MR. GIAQUINTA:
7       Q.    Okay.  And your physical therapy went on
8  for approximately six weeks; is that correct?
9       A.    If you say so.
10      MR. GIAQUINTA:  Do you guys want to take a
11  short break?
12            I have to use the bathroom, but I don't
13  have much more.
14            Let me just look over my notes while
15  we're on break and let me use the bathroom.  I think
16  ten minutes is probably fine.
17      MS. AGUILAR:  That's fine.
18      MR. GIAQUINTA:  We'll come back at --
19      MS. LINDEMANN:  Yeah, if we could do ten or
20  fifteen because then I'll make sure I'm prepared so
21  we don't have to take another break --
22      MR. GIAQUINTA:  Okay.
23      MS. LINDEMANN:  -- when Logan is done; is that
24  cool?

Page 131

1       MR. GIAQUINTA:  Okay.
2       MS. LINDEMANN:  So if we come back at like
3  11:15, is that good?
4       MR. GIAQUINTA:  Let's do 11:20 just so we
5  can -- that way we'll make sure that you're prepared
6  and don't need to take another break; how about
7  that?
8       MS. LINDEMANN:  Okay.
9            Mr. Poole, does that work for you?
10      THE WITNESS:  Yeah, I've gotta take a leak,
11  too.
12      MR. GIAQUINTA:  Yeah, I feel you, Mr. Poole.
13            All right.  We'll come back at 11:20
14  then.
15      THE WITNESS:  Okay.  Thank you.
16            (WHEREUPON, a recess was had.)
17      MR. GIAQUINTA:  Are you ready?
18      THE WITNESS:  Yeah, I'm ready.
19      MR. GIAQUINTA:  Okay.  Kathy, we're going back
20  on the record.
21            Do you need to say anything?
22      THE COURT REPORTER:  No.
23  BY MR. GIAQUINTA:
24      Q.    Mr. Poole, what kind of sentence are you

Page 132

1  serving now?
2       A.    Natural life without the possibility of
3  parol.
4       Q.    Did you say "without the possibility"?
5       A.    Yes.
6       Q.    All right.  And the final question,
7  Mr. Poole:  What are you seeking in damages in this
8  case?
9       MS. AGUILAR:  Objection, calls for a legal
10  conclusion.
11            You can answer.
12  BY THE WITNESS:
13      A.    What is stated in the petition and
14  beyond.
15      MR. GIAQUINTA:  Sorry.  Say that again.
16  BY THE WITNESS:
17      A.    What is stated in the petition and
18  beyond.
19  BY MR. GIAQUINTA:
20      Q.    I mean, if you had to make a demand today
21  for what you wanted as relief in this case, what
22  would that be?
23      MS. AGUILAR:  Objection, legal conclusion.
24            You can answer if you know.

Page 133

1  BY THE WITNESS:
2       A.    I don't know at this present time.
3       MR. GIAQUINTA:  Okay.  All right.
4            Kristin, that's all I have for now.
5       MS. LINDEMANN:  Okay.  All right.
6            Thank you so much.
7                  EXAMINATION
8  BY MS. LINDEMANN:
9       Q.    Mr. Poole, my name is Kristen Lindemann.
10  I represent Lt. Jaburek and Lt. Norman in this
11  case.
12            I'm going to ask some questions that --
13  I'm going to go back in time a little bit from where
14  we left off with the other attorney.
15            If you can't hear me or if you don't
16  understand a question that I'm asking, just let me
17  know and I'll try to rephrase.  Okay?
18      A.    All right.
19            I just want to say this.  A lot of times
20  I can't hear.  You know, this is a maximum
21  institution.  They won't allow the door to be all
22  the way closed, so this door is open.
23            And we have the front gate, so you've got
24  officers and inmates going back and forth

AHMAD   POOLE
March 04, 2022

Page 134

1    constantly.  They're constantly moving people during
2    visits and they're making phone calls right there,
3    but I gotcha.
4         Q.    Yeah, I'll speak up and if you can't hear
5    me, just let me know.  It's no problem for me to
6    repeat a question.
7         A.    Okay.  Thank you.
8         Q.    You're welcome.  No problem.
9              You talked a little bit before with Logan
10   about who the defendants are in your case.  I'm
11   primarily interested in asking you questions about
12   Lt. Jaburek and Lt. Norman, so I would like to start
13   with Lt. Jaburek.
14             Can you tell me who he is?
15        A.    He's a lieutenant.
16        Q.    A lieutenant at Stateville?
17        A.    Yes.
18        Q.    Okay.  Do you know where he's assigned or
19   stationed currently?
20        A.    No, it varies.  It varies.
21             He can be at NRC one day and he can be
22   behind the wall here at Stateville another day.  He
23   can be in one cell house one day or he can transfer
24   to work in another cell house another day, so it

Page 135

1    varies on where these lieutenants go and where they
2    be at.
3         Q.    Okay.  Was that the same case back in
4    August of 2017?
5         MS. AGUILAR:  Objection, speculation.
6              You can answer if you know.
7    BY THE WITNESS:
8         A.    No, I don't believe so.  I believe he was
9    our five-day lieutenant at that time.
10   BY MS. LINDEMANN:
11        Q.    When you say yours, do you mean the cell
12   house lieutenant?
13        A.    Exactly.
14        Q.    And what cell house were you in back
15   then?
16        A.    Bravo.
17        Q.    Bravo.  Okay.
18             Is that also known at Cell House B?
19        A.    Yes.
20        Q.    Do you remember when you first met
21   Lt. Jaburek?
22        A.    I met him years ago when he was a regular
23   CO.
24        Q.    Okay.  Was that around when you first

Page 136

1    arrived at Stateville?
2         A.    No, I think I was here before him.
3         Q.    Okay.  So you probably met him when he
4    was brand new and first on the job?
5         A.    Yes.
6         Q.    Okay.  Do you remember if he was working
7    in your cell house at that time as well?
8         A.    Yeah, but it was a different cell house.
9         Q.    Do you remember which one?
10        A.    E.
11        Q.    Okay.  And so he was just a regular
12   five-day correctional officer in E House when you
13   first met him?
14        A.    He probably -- no, they put them in and
15   they pull them out, but I remember him on the walk.
16             You've got walk officers.  When we get
17   escorted to chow, you have certain officers that be
18   out there that escort us back and forth.
19             So that was my first time ever having
20   interactions with Jaburek.
21        Q.    Okay.  Can you describe what Lt. Jaburek
22   looks like?
23        A.    Caucasian, bald head.
24             If I seen him, I can recognize him.

Page 137

1         Q.    Okay.  How tall is he?
2         A.    Maybe like five-nine.
3         Q.    Okay.  All right.
4         A.    Five-ten.
5         Q.    Okay.  Thank you.
6              So around the time of this incident in
7    2017, was Lt. Jaburek around frequently in your cell
8    house?
9         A.    Yes.
10        Q.    How often would you see him?
11        A.    He would make rounds through the cell
12   house, walk the gallery.
13             You would see him at least once a day
14   when we go out to chow.  It's mandatory that a
15   lieutenant be on location when they run chow.
16        Q.    Okay.  What were your interactions with
17   Lt. Jaburek like in 2017 when he was a lieutenant
18   there?
19        A.    It was always respectful, cordial,
20   somewhat of a lightness, mutual, so it was always
21   good.
22        Q.    That's good.  I'm glad to hear it.
23             Do you know anything about the training
24   that correctional officers received before they

AHMAD POOLE
March 04, 2022

Page 138

1  start working at Stateville?
2      A.    No.
3      Q.    Do you know anything about if they get
4  any additional training when they're promoted to
5  lieutenant?
6      A.    Only what I hear.
7      Q.    Okay.  Can you tell me what you've heard?
8      A.    They have to pass certain tests and
9  things of that nature for them to step up from CO to
10 sergeant, from sergeant to lieutenant, from
11 lieutenant to major.
12           And that's only from the COs talking
13 about when they want to advance their career.
14     Q.    Okay.  That makes sense.
15           Do you know if Lt. Jaburek has any
16 medical training?
17     A.    No.
18     Q.    I'm sorry.  No, you don't know or, no, he
19 doesn't have any?
20     A.    No, I don't know.
21     Q.    Thank you.
22           Okay.  So we talked a little bit about
23 the timing of the fight that you had with your
24 cellmate on August 17th, 2017, but I wanted to

Page 139

1  clarify.
2           You said that you thought -- you said
3  earlier that you thought it was a little before
4  3:00 o'clock, right?
5  THE WITNESS:  This hallway again.
6  MS. LINDEMANN:  That's okay.  I can repeat it.
7  BY MS. LINDEMANN:
8      Q.    You said earlier that you thought the
9  fight happened a little bit before 3:00 o'clock; is
10 that right?
11     A.    Yes.
12     Q.    Okay.  And --
13     A.    Excuse me.  Let me clarify that.
14           It was between shift change.  It's like
15 2:45, 2:50.
16           The officers kind of arrive earlier at
17 times.  They'll come in ten minutes before the shift
18 change, and the officers -- like it can be 2:55 or
19 2:50 and they ring the bell, ring the bar, because
20 they may want to get the assignment out of the way,
21 things of that nature.
22           So I can't say exactly what time the
23 fight occurred, but it was around that time, around
24 shift change.

Page 140

1      Q.    Okay.  And what time was the shift
2  change?
3      A.    3:00 o'clock.
4      Q.    Okay.  You also said earlier that there
5  were a couple correctional officers that broke up
6  the fight between you and your cellmate, correct?
7      A.    Yes.
8      Q.    And it was Lt. Jaburek who escorted you
9  to healthcare after the fight, correct?
10     A.    Yes.
11     Q.    Okay.  How long would you say it was
12 between time that the fight was broken up and the
13 time that Lt. Jaburek took you to healthcare?
14     A.    It was once they came into the cell.
15           They didn't really break up the fight.  I
16 stopped fighting.
17           Once the police came to the door and said
18 stop fighting, it was -- I stopped fighting, but I
19 wasn't going to allow him to stand up and do
20 anything else like what he did the first time.
21           So I continued to hold him down until the
22 police came to open the door, which was fast.
23           And so once the sergeant and them came
24 in, they escorted him out first because he was by

Page 141

1  the door, and I came out second.
2           So in time, it was less than five minutes
3  that I was escorted to healthcare.
4      Q.    And so from Cell House B, how far away is
5  the healthcare unit?
6      A.    A good city block.
7      Q.    Okay.  So how long do you think it took
8  to walk from your cell to healthcare?
9      A.    It's fast.  It ain't -- it's a block, but
10 it's in twists and turns.  You know, it don't take
11 long.
12     Q.    Okay.  And then you said earlier that
13 once you got to the healthcare unit, you were placed
14 in the bullpen outside the door to healthcare,
15 correct?
16     A.    Yes.
17     Q.    And you said earlier that you thought it
18 was about two-and-a-half hours before you were seen;
19 is that correct?
20     A.    It felt like it.
21 MS. LINDEMANN:  Okay.  I'm going to share my
22 screen with you for just a second here.
23           Where did it go?
24           (Short pause.)

AHMAD  POOLE
March 04, 2022

Page 142

1  BY MS. LINDEMANN:
2      Q.    All right.  I'm not seeing what you're
3  seeing, so...
4          I am trying to show you a document that
5  has some handwriting up on the top, and then in the
6  middle of the top, it says:  "Illinois Department of
7  Corrections Offender Disciplinary Report."
8          Is that what you're seeing?
9      A.    Yes, sir.
10     Q.    Do you need it to be bigger, sir?
11     A.    Yes.
12     Q.    Okay.  How is that?  Did that help?
13     A.    That helped more.
14     Q.    Okay.  Here we go.  How's that?
15     A.    That's good.
16     Q.    Okay.  So are you seeing where it says
17  Offender Disciplinary Report on the top?
18     A.    In the middle?
19     Q.    Yep, in the middle on the top.
20     A.    Yeah, with an X there, right?
21     Q.    Yes.
22     A.    Yes.
23          "Type of Report:  Disciplinary," yes.
24     Q.    And does it say your name there next

Page 143

1  to "Offender Name"?
2      A.    Yes.
3      Q.    And is that your ID number there
4  following your name?
5      A.    Yes.
6      Q.    Is there a date above "offender name" --
7  I'm sorry -- your "offender number."
8      A.    Offender number?
9      Q.    Your ID number.
10     A.    Oh, yeah.
11          Above my ID number is a date.
12     Q.    What date does it say there?
13     A.    8/17.
14     Q.    Okay.  So under your name back on the
15  other side of the page, does it also say 8/17/17
16  there next to "Observation Date"?
17     THE WITNESS:  Can you repeat that?
18     MS. LINDEMANN:  Sure.
19     THE WITNESS:  It's this hallway, the hallway.
20     MS. LINDEMANN:  That's okay.
21  BY MS. LINDEMANN:
22     Q.    So under your name, does it say
23  "Observation Date"?
24     A.    Yes.

Page 144

1      Q.    And then it does it say 8/17/17?
2      A.    Yes.
3      Q.    Okay.  And then is there an approximate
4  time after the date?
5      A.    Yes.
6      Q.    What time does it say there?
7      A.    3:30.
8      Q.    So I'm not going into the details of what
9  it also says on this page because it's really not
10  important for our conversation, but I just want to
11  have you see that and represent to you that this is
12  a disciplinary report, one of the disciplinary
13  reports that was filed after the incident between
14  you and your cellmate on August 17th, 2017; would
15  you agree?
16     A.    Yes.
17     Q.    Okay.  So basically what this report is
18  saying is it's basically agreeing with you that the
19  fight happened around 3:00, 3:30, on August 17th,
20  2017; would you agree with that?
21     A.    Yes.
22     MS. LINDEMANN:  Okay.  Great.
23          So I'm going to show you one other thing
24  here.  Let me see if I can make this bigger.

Page 145

1  BY MS. LINDEMANN:
2      Q.    Are you able to see that it says
3  "Illinois Department of Corrections Offender
4  Outpatient Progress Notes" at the top in the middle?
5      Q.    And then below that, it says "Stateville
6  Correctional Center;" is that right?
7      A.    Yes.
8      Q.    And is your name below Stateville
9  Correctional Center?
10     A.    Yes.
11     Q.    And is that your ID number following your
12  name?
13     A.    Yes.
14     Q.    All right.  So below your name and
15  ID number, there is a table, and the top line says
16  Date and Time and then after that, it says:
17  Subjective/Objective Assessments and then Plans.
18          Is that you're seeing as well, sir?
19     A.    I can't read that.
20     MS. LINDEMANN:  Oh, is it too small?
21          Let me see if I can make it bigger.
22          (Short pause.)
23     THE WITNESS:  Subjective/Objective and

AHMAD   POOLE
March 04, 2022

Page 146

1  Assessment, right?
2       MS. LINDEMANN:  Right.
3       THE WITNESS:  Yes, I can read that.
4  BY MS. LINDEMANN:
5       Q.   So below Date and Time, I'm reading this
6  to say:  "08/" -- it looks like they initially wrote
7  "16" and then "17" over it and then "17."
8            How would you interpret that date?
9       A.   I don't know what that date says.
10      Q.   Do you agree it says "08" first?
11      A.   Yeah, I see that, just "08."
12      Q.   Okay.  And then there is a slash?
13      A.   Yes.
14      Q.   And then a 1?
15      A.   No, that "1" can be anything.
16           It looks like "11," like two 1s and then
17  a "6" is crossed out and then a slash.
18           It's all scribble-scrabble, but I don't
19  know what that date says.
20      Q.   All right.  Below the date, it says "3"
21  and then there is like a dot and then "five, zero,
22  p."
23           Do you see that?
24      A.   Yeah, I see it.

Page 147

1       MS. LINDEMANN:  All right.  I'm going to make
2  this a little smaller.
3  BY MS. LINDEMANN:
4       Q.   What this is is this is your medical
5  records from your visit with Dr. Aguinaldo on the
6  date of your fight with your cellmate?
7       A.   Right.
8       MS. LINDEMANN:  Okay.  And just for the record,
9  this document is bates stamped IDOC00116, and the
10 document that I showed you previously is bates
11 stamped IDOC 000023.
12           And I'll submit these to the court
13 reporter after the deposition and request that IDOC
14 23 be marked as Exhibit 5.
15      THE COURT REPORTER:  4.
16      MS. LINDEMANN:  Exhibit 5, and then --
17      MR. GIAQUINTA:  4.
18      MS. LINDEMANN:  So 4.
19           (WHEREUPON, a certain document was
20           marked Poole Deposition Exhibit
21           No. 4, for identification, as of
22           03/04/2022.)
23      MS. LINDEMANN:  And then this will be 5.  Just
24 this one page, IDOC 000116, will be Exhibit 5.

Page 148

1           (WHEREUPON, a certain document was
2           marked Poole Deposition Exhibit
3           No. 5, for identification, as of
4           03/04/2022.)
5  BY MS. LINDEMANN:
6       Q.   So, Mr. Poole, what this says is that
7  Dr. Aguinaldo saw you on August 17th, 2017, at
8  3:50 p.m.
9       Q.   Do you disagree with that time?
10      A.   Yes.
11      Q.   Okay.  Do you have any idea why this
12 record would be incorrect?
13      MS. AGUILAR:  Objection, speculation, form and
14 foundation.
15           You can answer if you know.
16 BY THE WITNESS:
17      A.   I don't know why it could be incorrect,
18 but the time I sat in the bullpen was way longer
19 than that.
20      MS. LINDEMANN:  Okay.  So I am going to stop
21 sharing my screen now.
22 BY MS. LINDEMANN:
23      Q.   You mentioned before that you've been in
24 other fights with inmates during your time at

Page 149

1  Stateville, correct?
2       MS. AGUILAR:  Objection, form.
3            You can answer.
4  BY THE WITNESS:
5       A.   Yes.
6  BY MS. LINDEMANN:
7       Q.   Okay.  So after the other fights that you
8  had, were you taken to healthcare afterwards to get
9  checked out?
10      A.   That's protocol, I believe.
11      Q.   Okay.  That's what I was wondering.
12           So when you were waiting in the bullpen
13 outside of the healthcare unit, where was
14 Lt. Jaburek?
15      A.   In the healthcare unit.
16      Q.   He was behind the door that you said had
17 a lock?
18      A.   Yes.
19      Q.   Okay.  Is Lt. Jaburek the officer who
20 escorted you to segregation after you got checked
21 out by healthcare?
22      A.   Yes.
23      Q.   So how far is it from the healthcare unit
24 to segregation?

AHMAD   POOLE
March 04, 2022

Page 150

1    A.   Another block.
2    Q.   And is there a specific cell house that's
3  considered seg?
4    A.   Yes, X House.  It used to be S House, but
5  now it's X house.
6    Q.   Okay.  During the time that Lt. Jaburek
7  was walking you to the healthcare unit before you
8  were placed in the bullpen, did you have a
9  conversation with him?
10   A.   Yes.
11   Q.   What did you say to him?
12   A.   I was describing to him the pain that I
13  was experiencing as he was escorting me to
14  healthcare.
15   Q.   Okay.  Did he say anything to you?
16   A.   No.
17   Q.   When you were being escorted to seg after
18  you got checked out by healthcare, did Lt. Jaburek
19  say anything to you?
20   A.   No.
21   Q.   Did you say anything to him?
22   A.   I just kept complaining about the pain.
23   Q.   Okay.  And I believe you mentioned before
24  that you had stitches on your cheek after the fight;

Page 151

1  is that correct?
2    A.   Yes.
3    Q.   How many stitches did you get?
4    A.   Maybe like six to eight.
5    Q.   Okay.  Did you have any other injuries
6  that were visible, like where were you bleeding or
7  cut after the fight with your cellmate that day?
8    A.   Scratches.
9    Q.   Did you have any pain in your chest?
10   A.   No.
11   Q.   Were you having difficulty breathing?
12   A.   No.
13   Q.   Did you see Lt. Jaburek at all while you
14  were in segregation related to the fight?
15   A.   No.
16   Q.   Did you see Lt. Jaburek again -- so you
17  didn't -- I'm sorry.
18       You didn't see him at all in segregation
19  while you were --
20   A.   If I can remember -- if I'm correct, he
21  probably served on the justice committee after that.
22       That's how crazy the assignments are.  He
23  probably was on the justice committee, but I really
24  can't say.

Page 152

1        I seen him many times, but while in
2  segregation, I don't recall seeing him.
3    Q.   Okay.  Do you remember seeing him at all
4  after you returned from UIC after your surgery?
5    A.   Yeah, I seen him.
6    Q.   Did you go back to Cell House B when you
7  came back from your surgery?
8    A.   No, they moved me to Edward House for
9  three days and then they moved me back to B for
10  three months.
11       And then they moved me back to E for
12  another three months and then they moved me back to
13  B House.
14   Q.   Is that where you are currently?
15   A.   No, I'm in Charlie House, C.
16   Q.   You're in C.  Okay.
17       Okay.  What have your interactions with
18  Lt. Jaburek been like since you returned from your
19  surgery?
20   A.   We don't speak no more.  I don't say
21  nothing to him because I know he's listed in the
22  complaint.
23       I'm respectful.  I follow the rules and
24  we don't conversate at all, period.

Page 153

1    Q.   Okay.  He doesn't -- does he treat you
2  any differently now than he did before?
3    A.   No, we just don't speak to each other.
4    Q.   All right.
5        Okay.  So I want to ask you about
6  Lt. Norman.  Can you tell me who he is?
7    A.   He was a CO at the time, and he escorted
8  me to the outside hospital.
9    Q.   Okay.  Had you ever met him before the
10  day that you were taken to St. Joe's?
11   A.   Yeah.
12   Q.   Do you remember the first time that you
13  met Officer Norman?
14   A.   No, I don't remember the first time.
15   Q.   Did you see him around very much when you
16  were in B House in 2017?
17   A.   No -- I seen him around, yeah.
18   Q.   Okay.  Did you ever speak to him before
19  the date that he escorted you to St. Joseph's?
20   A.   No.
21   Q.   Can you describe what he looked like
22  physically?
23   A.   Tall, dark skinned, low haircut, black
24  guy, slim.

AHMAD   POOLE
March 04, 2022

Page 154

1    Q.    Okay.  Do you know if -- did you know
2    that he is a lieutenant now?
3    A.    Yes.
4    Q.    Do you know if Lt. Norman has any medical
5    training?
6    A.    No.
7    Q.    You don't know or, no, he doesn't have
8    any?
9    A.    No, I don't know.
10   Q.    You were telling Logan a little earlier
11   about how Dr. Obaisi had ordered you to be taken to
12   St. Joseph's and that the date was August 30th,
13   2017; is that correct?
14   A.    I don't remember the exact date, but
15   August 30th sounds correct.
16   Q.    Okay.  And you were going to St. Joseph's
17   to have your neck evaluated; is that right?
18   A.    Yes.
19   Q.    Do you remember what time of day it was
20   when Dr. Obaisi said that you were going to go to
21   St. Joe's for testing?
22   A.    Morning time.
23   Q.    So it would have been the first shift for
24   the officers?

Page 155

1    A.    Yes.
2    Q.    And do you know what the times are for
3    the different shifts for the officers at Stateville?
4    A.    You have -- the 7:00 to 3:00 shift was
5    the first shift, 3:00 to 11:00 was the second shift
6    and you have 11:00 to 7:00, which is the third
7    shift.
8    Q.    Okay.  You said it was during the first
9    shift that you had your appointment with Dr. Obaisi;
10   is that right?
11   A.    Yes.
12   Q.    Okay.  I don't remember how you had
13   explained it before, but do you know how the
14   officers were notified to come to healthcare to
15   escort you to where you needed to go?
16   A.    I believe Obaisi may have called them
17   because every unit has escort officers:  Healthcare,
18   the cell houses, segregation.
19         Everywhere there's inmates housed, you
20   have officers to escort them.
21         So in healthcare, you have escort
22   officers as well that take inmates in and out to
23   outside hospitals and to NRC to get X-rays.
24   Q.    Okay.  So it was basically their

Page 156

1    assignment to escort inmates from healthcare to
2    anywhere else that they might have needed to go?
3    A.    Yes, or be a chaperone.
4    Q.    Thank you.
5          Okay.  I want to understand a little
6    better how you got from healthcare to the vehicle
7    that you were transported in.
8          Can you describe -- I mean, I know you
9    mentioned that you walked, but can you describe the
10   walk from healthcare to where that vehicle was that
11   you were taken in?
12   A.    There's a long corridor, a long hallway,
13   and you have to -- there's checkpoints along the
14   way.
15         So from healthcare to the van, there's
16   three checkpoints that I have to pass.
17         Once I get past these three checkpoints,
18   I have to either take the elevator down or walk down
19   the stairs.
20         I walked down the stairs.
21   Q.    Okay.  So what floor is the healthcare
22   unit on?
23   A.    It's the first floor, but to get out of
24   the facility, there's another level that you have to

Page 157

1    go down to get out the front door.
2    Q.    So they took you out the front door?
3    A.    Yeah, that's where we go out through.
4    That's the only way in and out.  To go to NRC or to
5    the outside hospital, you go out the front door.
6          The same place that you all come in at,
7    that's the same place we leave out at.
8    Q.    Okay.  All right.
9          Did you testify earlier that it was a van
10   that you were transported in?
11   A.    Yes.
12   Q.    Okay.  Can you describe the back of the
13   van?
14         Are there bench seats or are they along
15   the wall or are they across the interior of the
16   van?
17   A.    They're across the interior of the van.
18   Q.    And is it like a bench seat?
19   A.    Yeah, there's three rows.  There's like
20   one right behind the driver and then there's the
21   middle and there's one in the back.
22   Q.    And then was there anybody else on that
23   transport that day with you?
24   A.    No.

AHMAD   POOLE
March 04, 2022

Page 158

1    Q.   Where were you seated in the van?  Were
2  you behind the driver or the passenger?
3    A.   I was behind the driver because I didn't
4  want to be constantly moving, so I sat behind the
5  driver's seat.
6    Q.   Okay.  And they buckled you in with a
7  seatbelt, right?
8    A.   No.
9    Q.   They did not?
10    A.   No.
11    Q.   Okay.  Could you have buckled yourself
12  in?
13    A.   No.
14    Q.   Why not?
15    A.   I was restrained from my ankles and my
16  wrists.  I was unable to do any of that.  You can
17  barely move in those restraints.
18    Q.   Okay.  Do you know -- had you ever been
19  to St. Joseph's before the day that you went there
20  for your testing on your neck?
21    THE WITNESS:  Can you repeat that question?
22    MS. LINDEMANN:  Sure.
23  BY MS. LINDEMANN:
24    Q.   Had you ever been to St. Joe's before the

Page 159

1  day that you went there for testing on your neck?
2    A.   No.
3    Q.   Had you ever heard in anybody else being
4  taken to St. Joe's?
5    A.   Yes.
6    Q.   Okay.  Did you know beforehand where it
7  was located?
8    A.   Only in Joliet.
9    Q.   Okay.  Stateville is -- the mailing
10  address for Stateville is Joliet, right?
11    A.   Yes.
12    Q.   So how far was it from -- how far was the
13  drive from Stateville to St. Joe's?
14    A.   Maybe like twenty, thirty minutes.
15    Q.   Okay.  I'm trying to create a timeline.
16  Do you remember what time it was when you arrived at
17  St. Joe's?
18    A.   It was maybe like 11:00-something.
19    Q.   Okay.
20    A.   Almost 12:00 o'clock.
21    Q.   Did the officers take you to the
22  emergency room at the hospital?
23    Do you remember?
24    A.   We went in through where they bring

Page 160

1  people in ambulances at.
2    I've never been out here before.  This
3  was my first time seeing this, and I remember there
4  was a lot of ambulances, three ambulances in the
5  parking lot.
6    We went through some sliding doors and
7  there was like -- the back area was like a triage
8  area somewhat.
9    Q.   All right.  Do you know -- so what
10  happened when you walked in?
11    Did you go to the front desk?  Did you
12  sit and wait for someone to come and talk to you?
13    Do you remember what happened?
14    A.   We walked towards the front.
15    They notified them that I was there
16  because Dr. Obaisi had called beforehand, so they
17  knew I was coming.
18    A doctor came and told us go to a room
19  and wait for a second.
20    A little time passed by and they came and
21  got me, put me in a wheelchair, took me to get the
22  CT scan and then took me back to the room.
23    Q.   Okay.  Were the officers with you that
24  whole time?

Page 161

1    A.   Yes, once they -- the one came with me.
2    Q.   So do remember how long you had to wait
3  before they took you back for the CT scan?
4    A.   It wasn't long.  I sat more waiting for
5  the other escort officer to come pick me up and take
6  me to UIC then I did waiting for the CT scan.
7    I waited in there, in the holding room,
8  for about -- from the time we got there, they didn't
9  come get me until like 7:00 o'clock at night.
10    Q.   Okay.  You said that the other officers
11  came and got you, so it was different officers who
12  took you to UIC than the officer who brought you to
13  St. Joseph's, right?
14    A.   Right.
15    Q.   Okay.  Do you remember the names of those
16  officers that took you to UIC?
17    A.   Officer Ali, and the other officer, he's
18  a lieutenant now.  I think Sensimic or Sinsemic or
19  something like that.
20    Q.   Okay.  At what point did Lt. Norman and
21  the other officer an other officer leave St. Joes?
22    A.   Once Ali and Sinsemic (phonetic) came to
23  relieve them.
24    Q.   Okay.  All right.

AHMAD POOLE
March 04, 2022

Page 162

1    I think you said earlier that you weren't
2  sure of the name of other officer that was with
3  Lt. Norman to escort you to St. Joe's; am I
4  remembering that correctly?
5       A.   Yes.
6            If you all said it, I could say if it's
7  him or not.
8       Q.   Does Officer Hackett ring a bell?
9       A.   Absolutely.
10      Q.   Can you describe Officer Hackett for me?
11  What does he look like?
12      A.   Kind of husky, broad shoulders, a black
13  guy.
14      Q.   Does he still work at Stateville?
15      A.   I think so.
16      Q.   Is there a reason why you didn't name him
17  in your lawsuit?
18      MS. AGUILAR:  Objection, calls for a legal
19  conclusion.
20           You can answer if you know.
21  BY THE WITNESS:
22      A.   Yeah, because he was only following what
23  Officer Norman told him to do.
24           Officer Norman was like the senior

Page 163

1  officer and Hackett seemed like he was new, so
2  whatever Norman said, Hackett did.
3            He was telling him how to get extra time
4  in regards to manipulating the system, how to drive
5  slow or drive fast or go to UIC, how to milk the
6  clock to get extra money for overtime.
7       Q.   Okay.  This conversation that you're
8  describing, did this happen while you were driving
9  from Stateville to St. Joe's?
10      A.   While they was driving and especially
11  when we got into the triage area where they had to
12  sit and wait for the relief officers to come get
13  them.  It was just us three sitting in the room.
14      Q.   Okay.  All right.
15           Which of the officers was driving the van
16  that transported you from Stateville to St. Joe's?
17      A.   Hackett.
18      Q.   Did Lt. Norman -- I'm sorry.  Did Officer
19  Norman tell Hackett how to drive the vehicle at that
20  time?
21      A.   I don't recall.
22      Q.   I want to make sure I'm understanding you
23  correctly.  So you decided not to include Officer
24  Hackett because you felt like he was new and -- did

Page 164

1  you not feel like he harmed you in any way?
2       MS. AGUILAR:  Objection, form.  Objection,
3  legal conclusion.
4            You can answer.
5  BY THE WITNESS:
6       A.   No, it seemed like -- it's like being
7  with a child, right?
8            You tell the child what to do, so he was
9  only following the lead of what Norman said to him.
10           I didn't list him because it wasn't his
11  ideas that he was following.  He was following
12  everything that Norman told him to do.
13      Q.   Okay.  And why did you decide to include
14  Officer Norman in your lawsuit?
15      MS. AGUILAR:  Objection, calls for a legal
16  conclusion.
17           You can answer.
18  BY THE WITNESS:
19      A.   I felt he had something against me in
20  regard to telling Dr. Obaisi that I don't need a
21  wheelchair.
22           And then when Dr. Obaisi said:  "We're
23  going to call an ambulance," he said:  "No, we're
24  going to drive him."

Page 165

1            And then when we get to the parking lot
2  outside the building, Hackett said:  "We'll pull the
3  van around," so that I won't have to walk through
4  the parking lot, he said:  "No, he can walk."
5            And so I'm like:  "That's crazy.  What if
6  I" -- "you're denying me everything that people are
7  trying to give me that may be beneficial to my
8  injury and you're saying no, no, no, no, all the way
9  through."
10           It felt like there was some kind of
11  animosity or tension there towards me, some negative
12  energy, and I was just following the lead, like
13  okay.
14           So when it came down to the time to do my
15  grievance, I spoke about the things that he said and
16  the things that he did and the things that he told
17  his fellow officer.
18      Q.   Okay.  I'm going to ask the same question
19  about Lt. Jaburek.  Why did you include Lt. Jaburek
20  in your lawsuit?
21      MS. AGUILAR:  Same objections.
22           You can answer.
23  BY MR. GIAQUINTA:
24      A.   Because I complained to him over and over

AHMAD   POOLE
March 04, 2022

Page 166

1  again right after the injury just happened and I
2  only can give you the gist about the pain walking
3  from -- I lived on A Gallery.
4          I was housed on A Gallery, so I gotta
5  walk.  That's three flights of stairs, long stairs,
6  thirteen stairs each one.
7          So I gotta walk down all these stairs,
8  and it's a small narrow space to walk through.
9          Not only that, I'm handcuffed behind my
10  back and he's behind me, and so it's like being
11  shoved into a narrow space with an injury.
12          I'm not saying that he was shoving me
13  intentionally, but in the space that we was in,
14  every time that I had to step -- when I say
15  "electricity," if you've ever been shocked before,
16  this was a whole different level of electricity with
17  my spinal column.
18          And I felt like this is crazy.  I'm like
19  I'm going to die or be paralyzed.
20          And as I walked, my neck was popping, so
21  every time I take a step, this really hurt.
22          And I'm loud.  I'm going crazy, hollering
23  at everybody through the hallway, hollering.
24          I'm telling them that I need some medical

Page 167

1  attention ASAP because this ain't right.  Something
2  is seriously wrong with my neck.
3          And he goes into the healthcare and tells
4  the doctor whatever he told them and they're so
5  willy-nilly about whatever I was going through.
6          For instance, if I had a broken arm and
7  my arm was broken and they see the thing, they
8  wouldn't have sent me to segregation.
9          They would have sent me straight to the
10  outside hospital to get that evaluated, but because
11  they can't see no physical injuries and I'm still
12  walking and talking and I can move my limbs, they
13  just did dismissed me like I was a nobody despite me
14  going irate, losing my mind.
15          And I just felt that that was an
16  injustice.
17          He could have helped me.
18          And the relationship we had as far as
19  being respectful towards one another, I was hurt by
20  him not giving me the assistance that I really
21  needed.
22      Q.    Okay.  I have a couple more questions
23  because you just triggered some thoughts in my head.
24          You mentioned that you were on a higher

Page 168

1  gallery in B House; is that correct?
2      A.    Yes.
3      Q.    Is there any other way down besides the
4  stairs?
5      A.    No.
6          You've got another set of stairs that
7  they use, the exit ramp, which is wider, when we go
8  out to chow or we go to the yard and stuff with.
9          Now, the front stairs is only used when
10  we're going to healthcare or on a visit of any
11  kind.
12      Q.    Okay.  The front stairs, they're the
13  most -- they're the fastest way to get to
14  healthcare?
15      A.    They closer to healthcare.
16      Q.    Okay.  And then I also was wondering
17  because you said just a minute ago -- and you
18  testified earlier as well, I believe, that
19  Lt. Jaburek waited inside healthcare while you were
20  waiting in the bullpen outside; is that correct?
21      A.    Yeah, he was there the whole time.
22      Q.    And you mentioned that the door -- is it
23  a solid door?
24      A.    Yes.

Page 169

1      Q.    Is there a window?
2      A.    There's a window, but it's not -- where
3  the bullpen is at, you can't see inside the
4  healthcare.
5          Where the bullpen and healthcare is at,
6  it's like this (indicating), so this is healthcare
7  (indicating) and this is the bullpen (indicating).
8          There is no way you can see inside
9  healthcare because of the angle.  It's not directly
10  across from the bullpen.
11          So there's a window, a small square
12  window, and a chuckhole slot like you can pass a
13  tray through.
14      Q.    Can you hear through the door?  If you're
15  in the bullpen, can you hear what's happening inside
16  the healthcare unit?
17      A.    No.
18      Q.    Okay.
19      A.    And you can't see.
20      Q.    So you would have had no way of knowing
21  what Lt. Jaburek said to anybody in healthcare when
22  you were in the bullpen?
23      A.    No, not while I was in the bullpen.
24      Q.    So you don't really know if he said

AHMAD POOLE
March 04, 2022

Page 170

1   anything to anybody in healthcare while you were
2   waiting out in the bullpen?
3       A.   No.
4       Q.   Oh, I know what else I wanted to you ask
5   you about.
6            Earlier you mentioned that when the
7   correctional officers observed that you and your
8   cellmate were fighting, you said something about a
9   10-10.  Can you tell us what that is?
10      A.   That's a code for when they fight.  It's
11  a fight, two inmates fighting each other.
12      Q.   Okay.  And how did they call it?
13      A.   There's a button on their walky-talky.
14  You just press it, an emergency button.
15      Q.   Okay.  So they press the emergency button
16  and say 10-10?
17      A.   And I believe he yelled it through his
18  CB, his walky-talky.
19      Q.   Okay.  So do you know who would have
20  heard that there was a 10-10.
21      A.   The whole building can hear it because
22  there would be beeps over the walky-talkies.
23  There's like an alarm, right?
24           And so they say:  "10-10, A Gallery," and

Page 171

1   and everybody goes up.
2            It's like the time for shift change.  You
3   know, everybody's been loud this shift and now the
4   shift has changed, and Pee Wee will take a nap.
5            It's a little more peaceful at shift
6   change.  Every shift change is peaceful.  It's very
7   quiet in the cell houses between 11:00, 11:00 to
8   7:00 and 7:00 to 3:00.
9       Q.   Okay.  So just to get back to the 10-10,
10  am I right in believing that anybody that would have
11  a walky-talky or a CB would hear an emergency call
12  for a 10-10?
13      A.   Yes.
14      MS. LINDEMANN:  Okay.  All right.  I don't
15  think I have any other questions for you at the
16  moment, sir.
17           Thank you very much for your time.  I
18  really appreciate it.
19      THE WITNESS:  Thank you.
20      MS. LINDEMANN:  You're welcome.
21      MS. AGUILAR:  Hi, Mr. Poole, I just have a
22  couple questions for you.
23      THE WITNESS:  How are you doing?
24      MS. AGUILAR:  I'm good.  How are you?

Page 172

1       THE WITNESS:  I'm holding on.
2                    EXAMINATION
3   BY MS. AGUILAR:
4       Q.   I want to talk to you a little bit about
5   the prep for the deposition.
6            Logan asked you about the deposition prep
7   and if we had done any.  We did do some dep prep,
8   didn't we?
9       A.   Yes.
10      Q.   And you didn't know why you are being
11  deposed today because it was rescheduled, right?
12      A.   Yes.
13      Q.   Okay.  And I want to talk to you about
14  Nurse Tina, which she was referred to on Exhibit 1
15  for the grievance.
16           Do you remember when Logan was talking to
17  you about that?
18      A.   Yes.
19      Q.   And I believe you stated that you had
20  seen her name on Thomas' list, right?
21      A.   Not Thomas' list; a list from other
22  individuals.
23      Q.   Okay.  And this was an employee list,
24  right?

Page 173

1       A.   Yes.
2       Q.   Were there any other nurses named Tina on
3   this list?
4       A.   No.
5       Q.   And so that's how come you're sure that
6   it's Tina Tomaras, correct?
7       A.   Yes.
8            And I asked questions.  I asked questions
9   of last names of many guys who have filed complaints
10  and lawsuits in regards it her, and so they just
11  told me her last was Tomaras as well.
12      Q.   Okay.  Do you have any knowledge of why
13  other prisoners were filing grievances against her?
14      A.   Yeah.
15      Q.   And what were they saying?
16      A.   She's rude.  She doesn't listen to
17  anything that you have to say.  She's disrespectful
18  at times and she's just not -- her disposition is
19  very off putting.
20      Q.   Do you know if anyone has ever complained
21  of her being dismissive before?
22      A.   At lot, a lot of people.
23      Q.   Logan asked you what else you were
24  seeking when you filed the grievance.

AHMAD   POOLE
March 04, 2022

Page 174

1          Do you remember that?
2     A.   Yes.
3     Q.   Were you looking to put the Illinois
4  Department of Corrections on notice of any
5  deficiencies in healthcare?
6     A.   Yeah, I want to try to make the
7  healthcare system better so that if guys have an
8  injury of my kind, something that they can't
9  physically see, that they still will send them out
10 to get the attention that they're seeking.
11         They don't really give us the adequate
12 attention that we may deserve because they feel that
13 everybody is trying to file a lawsuit and scam for
14 money.
15         They don't believe us.  They think we're
16 chasing prescription meds, which I'm not knocking
17 anybody else's story, but that wasn't mine.
18         But that's the general perception of when
19 an inmate comes to talk to them and how they treat
20 us.
21     Q.   And I'm sorry if I'm repeating a
22 question, but how many lawsuits have you filed?
23     A.   None.
24     Q.   So this is your first one, correct?

Page 175

1     A.   Yes.
2     Q.   Thank you.
3          And as a prisoner in the custody and care
4  of the Illinois Department of Corrections, do you
5  have the power to decide if you'll be transported
6  outside via ambulance or car?
7     A.   No power.
8     Q.   And do you have any power to decide if
9  you're going to walk versus take a wheelchair?
10    A.   No power.
11    MS. AGUILAR:  I'm going to share my screen now
12 with you and I'm going to mark this as Exhibit 6.
13         And just for the record, this is bates
14 stamped Dr. A RPT 9333.
15         (WHEREUPON, a certain document was
16         marked Poole Deposition Exhibit
17         No. 6, for identification, as of
18         03/04/2022.)
19    MS. AGUILAR:  I'm going to start sharing my
20 screen now, so, Mr. Poole, let me know when you can
21 see my screen.
22    THE WITNESS:  Yes, but it's very small.
23    MS. AGUILAR:  Okay.  I'll zoom in, but you can
24 see the screen?

Page 176

1     THE WITNESS:  Yeah.
2  BY MS. AGUILAR:
3     Q.   Do you see your name anywhere on this
4  document, specifically where my mouse is?
5     A.   Yes.
6     Q.   And do you see when this is dated?
7     A.   Yes.
8     Q.   Okay.  And what's the date?
9     A.   8/30/17.
10    Q.   So do you see where it says:  "Stated
11 Complaint"?
12    THE WITNESS:  Can you blow it up some?
13    MS. AGUILAR:  Sure.  I can make it bigger.
14 BY MS. AGUILAR:
15    Q.   Do you see where it says "Stated
16 Complaint"?
17    A.   Yes.
18    Q.   Okay.  And what does it say is the stated
19 complaint?
20    A.   "Neck pain."
21    Q.   And do see where it says "Pain Score"?
22    A.   Yes.
23    Q.   What does that say?
24    A.   "Ten."

Page 177

1     Q.   Out of what?
2     A.   Ten.
3     Q.   So that's a ten out of ten on the pain
4  scale that you reported to St. Joseph's correct?
5     A.   Yes.
6     MS. AGUILAR:  Okay.  I'm going to stop sharing
7  my screen with you now.
8          At this time, Mr. Poole, I don't have any
9  other questions.
10         I want to thank you again for the time
11 you took to speak to us, and I'll just really
12 quickly explain waiving signature to you.
13         You have the opportunity to have the
14 transcript and go over it to see if the court
15 reporter made any errors and then sign it or you can
16 waive signature and essentially say that, you know,
17 the court reporter took down everything correctly.
18         So what would you like to do at this
19 time?
20    THE WITNESS:  Can you repeat the last part?
21         You said I can get a copy from the court
22 reporter to look over everything to see if
23 everything was taken down correctly?
24         Yeah, I would like to have a copy so I

AHMAD POOLE
March 04, 2022

Page 178

1  can make sure everything is correct.
2      MS. AGUILAR:  Okay.  So you will not be waiving
3  signature today then?
4      THE WITNESS:  No.
5      MS. AGUILAR:  Okay.  I have nothing further,
6  but, yes, I guess plaintiff will be ordering the
7  transcript.
8      MR. GIAQUINTA:  Kathy, we'll take a copy as
9  well.
10     THE COURT REPORTER:  Okay.
11     MR. GIAQUINTA:  And also, Kathy, can we have
12 your email address so we can make sure you get the
13 exhibit?
14     THE COURT REPORTER:  Yes.
15         I just want to make it clear.  I'm
16 sending the original to you, right, Logan, and then
17 she gets the copy because you took the dep?
18         Is that how it is or is it going to be
19 reversed?
20         Who's getting the original?
21     MR. GIAQUINTA:  Do you want the original?
22     MS. AGUILAR:  Well, because he's not waiving
23 signature, maybe that might be better if the
24 plaintiff gets the original and everybody else gets

Page 179

1  the copy.
2      THE COURT REPORTER:  Perfect.
3      MR. GIAQUINTA:  Kathy, we'll just take an etran
4  copy.
5      MS. LINDEMANN:  The same for me, please.  An
6  etran is fine.
7          FURTHER DEPONENT SAITH NOT.
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 180

1
2         UNITED STATES DISTRICT COURT
3         NORTHERN DISTRICT OF ILLINOIS
4             EASTERN DIVISION
5  AHMAD POOLE (K-95348),      )
6            Plaintiff,    )
7        vs.              ) case No.: 20 CV 14
8  DR. EVARISTO AGUINALDO,     )
9  et al.,                     ) Hon. Charles R.
10           Defendants.   ) Norgle, Sr.
11
12
13         I hereby certify that I have read the
14 foregoing transcript of my deposition given at the
15 time and place aforesaid, consisting of Pages 1 to
16 179, inclusive, and I do again subscribe and make
17 oath that the same is a true, correct and complete
18 transcript of my deposition so given as aforesaid,
19 and includes changes, if any, so made by me.
20
21                  AHMAD POOLE
   SUBSCRIBED AND SWORN TO
22 Before me this     day
   of          , A.D., 2022.
23
24      Notary Public

Page 181

1  STATE OF ILLINOIS   )
2                      ) SS:
3  COUNTY OF C O O K   )
4
5      I, KATHLEEN A. MARTHALER, CSR No.
6  84-4036, a Certified Shorthand Reporter of State of
7  Illinois, do hereby certify:
8         That previous to the commencement of the
9  examination of the witness, the witness was duly
10 sworn to testify the whole truth concerning the
11 matters herein;
12        That the foregoing deposition transcript
13 was reported stenographically by me, was thereafter
14 reduced to typewriting under my personal direction
15 and constitutes a true record of the testimony given
16 and the proceedings had;
17        That the said deposition was taken before
18 me at the time and place specified;
19        That I am not a relative or employee or
20 attorney or counsel, nor a relative or employee of
21 such attorney or counsel for any of the parties
22 hereto, nor interested directly or indirectly in the
23 outcome of this action.
24

AHMAD   POOLE
March 04, 2022

Page 182

1          IN WITNESS WHEREOF, I do hereunto set my

2     hand and affix my seal of office at Chicago,

3     Illinois, this 28th day of March, 2022.

4

5

6

7          _Kathleen A. Marthaler_

8          KATHLEEN A. MARTHALER,

9            CSR No. 84-4036

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

AHMAD    POOLE
March 04, 2022

**Exhibits**

**EX 0004 Ahmad Poole 030422**
4:13 147:20,21

**EX 0005 Ahmad Poole 030422**
4:14 147:14, 16,24 148:2,3

**EX 0006 Ahmad Poole 030422**
4:15 175:12, 16,17

---

**0**

**0.2**
91:1

**000023**
147:11

**000116**
147:24

**01**
16:18

**03/04/2022**
24:21 44:16 105:21 147:22 148:4 175:18

**08**
146:6,10,11

---

**1**

**1**
24:17,20 146:14,15 172:14

**10-10**
67:8 170:9,16, 20,24 171:9,12

**11**
146:16

**11:00**
63:12 155:5,6 171:7

**11:00-something**
159:18

**11:15**
131:3

**11:20**
131:4,13

**12/18/82**
12:11

**12:00**
159:20

**13**
50:7,10

**14**
51:1

**16**
51:18 146:7

**17**
146:7

**17th**
50:14 57:3 59:24 60:3,23 75:15 78:5 81:16 83:7,13 86:10 88:7 89:21,24 90:8 98:11,15 138:24 144:14, 19 148:7

**18**
45:16

**18th**
50:11 89:2,4,8 90:16

**198**
63:4

**1s**
146:16

---

**2**

**2**
44:12,15 106:18

**2001**
14:22 15:7,22

**2003**
17:17

**2015**
19:8 20:4

**2017**
25:18 26:5 35:22 50:11,14 51:21 57:3 59:24 60:2,6, 11,23 62:8 78:6 81:16 83:13 97:22 98:6 101:11 106:13 109:4 111:17 135:4 137:7,17 138:24 144:14, 20 148:7 153:16 154:13

**2019**
21:16 61:6,8,9 62:7

**2020**
21:16

**2022**
21:16

**22nd**
25:18 26:5 35:22

**23**
147:14

**250**
62:24

**2822**
12:13

**2:40-something**
57:22

**2:45**
139:15

**2:50**
57:22 139:15, 19

**2:55**
139:18

---

**3**

**3**
105:17,20 123:3 146:20

**30th**
97:22 98:6,18 101:11 106:13 109:4 111:17 117:22 154:12, 15

**39**
51:18,19

**3:00**
63:11,12 139:4,9 140:3 144:19 155:4,5 171:8

**3:30**
144:7,19

**3:50**
148:8

---

**4**

**4**
17:8 147:15,

AHMAD POOLE
March 04, 2022

17,18,21

---

**5**

**5**
  77:4 147:14,
  16,23,24 148:3
**5-such-and-such-
and-such**
  13:10
**500**
  84:6,11 86:1

---

**6**

**6**
  146:17 175:12,
  17

---

**7**

**7:00**
  63:11 155:4,6
  161:9 171:8

---

**8**

**8**
  50:6,10
**8/17**
  143:13
**8/17/17**
  143:15 144:1
**8/17/2017**
  88:23
**8/30/17**
  106:11 176:9

---

**9**

**9**

**51:1**
**9/22**
  25:17
**9333**
  175:14
**97**
  14:13,20
**98**
  12:24 13:14

---

**A**

**A-H-M-A-D**
  6:20
**ability**
  24:1
**Absolutely**
  11:22 18:19
  62:14 110:1
  117:7 162:9
**accepted**
  105:6
**accurate**
  71:1
**accurately**
  24:7
**achieved**
  12:22
**aching**
  122:21
**achy**
  100:4
**acknowledged**
  54:4
**actions**
  69:13
**active**
  125:13

**activities**
  20:21 100:6
  125:14,21
  127:4
**activity**
  100:8
**actual**
  78:3
**AD**
  13:10
**additional**
  138:4
**address**
  10:13 159:10
  178:12
**adequate**
  43:18 174:11
**adjust**
  127:16
**administration**
  19:18 20:20
**adrenalin**
  72:17
**adrenaline**
  68:19 72:21
**advance**
  138:13
**advantage**
  66:16,19
**afternoon**
  57:24
**aggravated**
  63:10,24
**aggravation**
  64:2
**agree**
  26:3 38:9
  104:7 106:12
  109:18 114:10

**119:1 144:15,
  20 146:10
**agreeing**
  144:18
**AGUILAR**
  29:13 30:13
  31:12 32:24
  34:6 38:21
  39:4 42:1,15
  43:6 44:1
  46:24 47:16,21
  48:19 49:5,20,
  24 51:10
  52:17,23 53:7,
  17 54:10
  55:11,21 56:5,
  13,23 59:8
  60:17 62:17
  69:8 70:7,15
  71:7 82:22
  94:22 98:20
  107:11,18
  108:1,11
  110:22 111:1
  113:15,23
  114:24 115:7,
  20 119:5,12,23
  121:4 125:3
  127:20 129:24
  130:17 132:9,
  23 135:5
  148:13 149:2
  162:18 164:2,
  15 165:21
  171:21,24
  172:3 175:11,
  19,23 176:2,
  13,14 177:6
  178:2,5,22
**Aguinaldo**
  28:4 32:10,11,
  22 38:5,12
  40:22 42:8
  79:21 81:12

AHMAD POOLE
March 04, 2022

93:7 147:5
148:7

**ahead**
24:16 31:1
44:11 50:5
51:17 105:16

**Ahmad**
6:4,20 46:1

**air**
66:1

**alarm**
170:23

**Ali**
161:17,22

**allegation**
98:16

**alleged**
98:18 103:13

**allowed**
125:18,22

**altercation**
50:14 57:9,11
69:3 89:6
110:19

**ambulance**
35:10,11 96:6,
13 97:9
109:13,20
110:3 164:23
175:6

**ambulances**
160:1,4

**amount**
19:11

**Anastazio**
68:4

**anatomy**
13:19,20

**ands**

66:12

**anesthesia**
121:21 122:4

**angle**
169:9

**angry**
64:6,14 66:21

**animosity**
165:11

**ankle**
96:23

**ankles**
158:15

**answering**
7:14

**answers**
38:23 90:21

**anymore**
127:6,11

**Anyplace**
14:11

**apartment**
16:9,10,11

**appointment**
82:14 88:24
89:13,15,23
90:15,18,24
91:14 93:12,19
155:9

**appointments**
90:3,7,11,12
98:9

**approximate**
144:3

**approximately**
117:19 130:8

**Aquinaldo**
80:3,7 82:3
83:20 89:9,21,

24 90:16 92:8,
9

**area**
160:7,8 163:11

**argumentative**
49:20 107:18
115:7 119:13

**arm**
167:6,7

**arrest**
15:16

**arrive**
139:16

**arrived**
97:20 103:19
111:15,19
112:22 113:1
117:22 136:1
159:16

**arts**
20:17

**ASAP**
167:1

**asleep**
58:3

**Assessment**
146:1

**Assessments**
145:18

**assigned**
134:18

**assignment**
18:13,14,16,24
19:11,13,15
20:2 139:20
156:1

**assignments**
151:22

**assist**

28:17

**assistance**
27:12 28:2
32:3 91:17
167:20

**assistants**
32:16 80:5
83:24 91:5,12

**associate**
10:19

**assume**
8:5 48:24
54:22

**attack**
32:1

**attempt**
14:23

**attention**
29:22 43:19
75:14 80:16
112:16 167:1
174:10,12

**attorney**
7:18 9:6 56:21
133:14

**attorney-client**
70:15

**attorneys**
9:12 56:11,24
70:13

**August**
50:11,14 57:3
59:24 60:3,23
62:8 75:15
78:5 81:16
83:7,13 86:10
88:7 89:2,4
97:22 98:6,11,
15,18 101:11
106:13 109:4
111:17 117:22

AHMAD POOLE

March 04, 2022

135:4 138:24
144:14,19
148:7 154:12,
15

**aware**
52:6 54:4,9
55:3 56:18
104:20 114:15
118:8 119:2

---

**B**

**baby**
33:10 82:20
90:22 92:15

**back**
26:7 40:19
47:4 50:18
52:9 64:10,13,
19 67:11 73:9
76:22 78:5,23,
24 80:19 81:5,
7,20 88:7
91:18 93:1
94:15 97:12,15
101:11 117:18
123:23 124:2
127:7 130:18
131:2,13,19
133:13,24
135:3,14
136:18 143:14
152:6,7,9,11,
12 157:12,21
160:7,22 161:3
166:10 171:9

**background**
12:7

**bag**
14:24 15:11

**bald**
136:23

**bands**
129:8

**bar**
77:23,24 78:3
139:19

**barely**
158:17

**bargain**
16:16,19 17:2,
3

**bars**
67:3,6,20

**based**
54:10,11,12
83:3

**basic**
20:22

**basically**
144:17,18
155:24

**basics**
116:13

**basketball**
125:19 126:15

**bates**
147:9,10
175:13

**bathroom**
123:5 130:12,
15

**Batista**
21:19

**BB**
16:12

**bear**
45:6

**beeps**
170:22

**begin**
128:23

**behavior**
91:17

**belief**
69:17

**believing**
171:10

**bell**
139:19 162:8

**bells**
21:20

**bench**
157:14,18

**beneficial**
165:7

**benefits**
109:8

**bible**
20:17

**big**
33:10 62:23
74:3 97:14

**bigger**
63:6 142:10
144:24 145:22
176:13

**birth**
12:10

**bit**
8:23 14:6
24:14 25:21
44:20 50:6,24
65:19 66:13
74:13 106:2,17
122:3 133:13
134:9 138:22
139:9 172:4

**black**
153:23 162:12

**bleeding**
151:6

**block**
66:24 141:6,9
150:1

**blood**
23:23

**blow**
176:12

**blows**
65:6

**blues**
85:15,16

**board**
94:8

**body**
31:10 126:22

**boil**
116:12

**bond**
15:16

**bone**
121:24

**book**
10:14 93:23

**born**
12:12,13

**bottle**
85:2

**bottom**
40:6

**brace**
33:6 83:21
93:1 94:17
95:12 96:19
99:2

**brand**
136:4

AHMAD POOLE
March 04, 2022

Bravo
135:16,17

break
66:10 78:21
130:11,15,21
131:6 140:15

breathing
151:11

briefly
7:6 14:6

bring
20:11 35:14
159:24

broad
162:12

broke
74:5,7 121:24
140:5

broken
50:13 73:5
118:10 140:12
167:6,7

brought
31:18 161:12

buckled
158:6,11

building
14:18 73:12
165:2 170:21

bull
66:6

bullpen
29:6 34:15
71:13,14
73:22,24
74:17,20,23
75:16 76:2,4,
14,15,19 77:2,
4,5,8,16,20
78:6 79:5,14,

17 80:9,11,14
141:14 148:18
149:12 150:8
168:20 169:3,
5,7,10,15,22,
23 170:2

bunk
58:11,14
61:18,19,21
63:19 120:14

busboy
19:6 20:3

button
170:13,14,15

─────────────

C

cage
74:2

call
32:14 35:10
44:6 59:7,20
96:5 164:23
170:12 171:11

called
6:5 15:17
21:18 23:3
28:11 67:8
73:21 94:12
114:19 155:16
160:16

calling
22:20 67:16
89:18

calls
48:19 98:20
111:1 132:9
134:2 162:18
164:15

Calumet
12:13

cannibis
14:22 15:11,14

capacity
75:23

caption
45:24

car
97:8 175:6

care
175:3

cared
43:17

career
138:13

case
9:17 10:2
15:13 17:17
22:24 27:6,10,
16 45:4 48:18
69:5 70:4
78:21 81:18,21
98:16 132:8,21
133:11 134:10
135:3

catch
66:24

Caucasian
136:23

caught
15:14

caused
69:14

CB
170:18 171:11

cell
8:22 10:7
11:1,6,7,17
27:18 33:23
34:1 48:3
59:4,13,16

62:1 67:9 72:4
73:7 74:6,7,9
77:23 78:2,3,
9,16 86:20
134:23,24
135:11,14,18
136:7,8 137:7,
11 140:14
141:4,8 150:2
152:6 155:18
171:7

cellmate
50:14 57:10
60:3 78:15
138:24 140:6
144:14 147:6
151:7 170:8

cellmates
72:1

cells
63:13 72:2,3
74:7 125:24

Center
106:1,14
145:7,10

certificates
20:19,21

certification
45:8 50:20

certified
54:23

certifying
47:24 48:7

chains
96:20,23 97:1

chance
102:4

change
75:7 112:10
113:13 139:14,
18,24 140:2

AHMAD POOLE
March 04, 2022

171:2,6

**changed**
19:10 64:23
80:2 171:4

**chaperone**
156:3

**charge**
17:18

**charged**
14:23

**Charlie**
152:15

**chart**
83:12

**charts**
102:1 110:10

**chasing**
174:16

**check**
29:8 89:6

**checked**
28:11 92:10
149:9,20
150:18

**checkpoints**
156:13,16,17

**cheek**
150:24

**chest**
151:9

**child**
164:7,8

**choking**
65:21 72:24

**chow**
61:11 136:17
137:14,15
168:8

**chuckhole**
169:12

**city**
141:6

**claim**
30:1 31:24

**claiming**
69:4

**claims**
14:3

**clarification**
8:2

**clarify**
139:1,13

**Class**
17:8

**classes**
13:2 20:14,16

**clear**
69:19 90:6
178:15

**clock**
20:12 163:6

**close**
47:17 71:12

**closed**
133:22

**closer**
168:15

**clothes**
84:24 85:9,19

**clueless**
121:1

**code**
170:10

**column**
166:17

**committee**
151:21,23

**compensated**
41:8

**complain**
85:20,24 86:4
128:13

**complained**
82:8 86:2
165:24 173:20

**complaining**
29:2 150:22

**complaint**
9:17 10:1
11:9,14 27:6,
10,11 28:9,10,
21 31:14,18
32:11 34:5
35:2 45:3,22
47:24 48:2,7,
8,11,13 49:4,
15 50:21 52:20
54:19,20,23
55:18 69:23
152:22 176:11,
16,19

**complaints**
98:10 100:10
104:8 114:13,
19 116:9
118:9,22 173:9

**complete**
27:2 38:18

**completely**
85:10,23

**concerns**
73:4

**conclude**
66:18

**conclusion**
29:14 33:1

48:20 51:11
52:18 53:10
55:12 56:6
70:8 98:21
111:2 125:4
132:10,23
162:19 164:3,
16

**conduct**
102:12

**conducted**
102:20

**confidence**
70:16

**consciousness**
68:15

**considered**
13:17 18:16
150:3

**constant**
100:3

**constantly**
35:17 47:3,10
134:1 158:4

**constipated**
123:4

**contact**
26:23 28:1,14
29:7 30:22

**context**
9:5 75:20

**continued**
28:15 64:17
82:19 114:1,5
140:21

**continuing**
13:2

**controlled**
14:14 16:12,13
17:6

conversate
152:24

conversation
91:16 92:21
101:18 110:6,8
144:10 150:9
163:7

conversations
53:11

convicted
18:9

convictions
18:7

Cook
15:3,4,21,24
17:22,23

cool
62:5 130:24

copy
177:21,24
178:8,17
179:1,4

cordial
58:22 72:7,15
137:19

correct
12:18 20:8
25:7 30:8 32:6
40:17,23 42:9
43:24 50:21
51:6,24 52:21
54:5,20,23
55:3,6,10
57:24 69:5,18,
19,24 72:18,23
73:22 76:23,24
77:17 79:5,10
81:13 82:3
92:2 93:17
94:21 95:9
97:6,22 98:6,
11,19 100:22

104:20 108:9,
19 118:12
123:18 126:5
130:8 140:6,9
141:15,19
149:1 151:1,20
154:13,15
168:1,20 173:6
174:24 177:4
178:1

correctional
18:21 38:6
42:8 67:17,19
68:7 70:22
73:14 75:3,4,
7,9 76:14,21
77:19 78:7,18,
19 79:3,7
81:11 87:16,19
136:12 137:24
140:5 145:7,10
170:7

Corrections
142:7 145:3
174:4 175:4

correctly
50:18 52:9
162:4 163:23
177:17,23

corridor
156:12

COS
73:6 77:10
138:12

counselor
42:12

countless
80:15

county
15:1,2,3,4,21,
24 16:15
17:22,24

couple
93:1,6 140:5
167:22 171:22

courses
13:1,17,18

court
9:7,10 13:4
15:9,13,15
131:22 147:12,
15 177:14,17,
21 178:10,14
179:2

covered
14:5

cracks
68:22

crazy
122:2 151:22
165:5 166:18,
22

create
159:15

creating
107:17,24

Creative
20:17

crossed
146:17

CT
103:2,7 104:2,
4 160:22
161:3,6

CTS
102:21

cuffs
70:24

current
114:20 125:7,
10

currents
118:11

cursor
25:22 38:1

custody
175:3

cut
123:24 151:7

_____

D

damages
132:7

dance
20:17

dark
153:23

date
9:6 12:10
15:15 25:14,
16,18 29:24
30:4,5,7,11
36:5 57:4,5
75:18 81:16
83:18 90:17
91:11,20 93:17
98:4,13 103:22
106:8,10
117:10 143:6,
11,12,16,23
144:4 145:17
146:5,8,9,19,
20 147:6
153:19 154:12,
14 176:8

dated
35:22 176:6

dates
90:11,13 98:8

Davis
75:11

AHMAD   POOLE
March 04, 2022

**day**
  15:13,17,20
  23:9,12 26:19,
  24 28:23 30:12
  31:4 33:20
  35:3 57:20
  65:10 76:4,6
  81:9 84:1,6
  89:1,10,17
  91:4 92:7,9
  95:18 99:19,20
  100:2,4 103:23
  109:1,4 111:15
  117:14,17,18
  134:21,22,23,
  24 137:13
  151:7 153:10
  154:19 157:23
  158:19 159:1

**days**
  27:12 93:1,6
  117:16 120:8
  126:23,24
  129:4 152:9

**deal**
  55:9

**decide**
  164:13 175:5,8

**decided**
  27:5,9,11
  163:23

**Decision-making**
  106:20

**decisions**
  120:9

**decline**
  109:22 110:4,5

**declined**
  105:9 108:8
  109:13,22
  110:2

**declining**
  107:6 109:20

**defendant**
  34:24 35:1
  48:14,18 49:3
  55:19 56:4,12,
  19 70:3,6,14

**Defendant's**
  24:17

**defendants**
  27:15 32:9
  49:19 70:2
  134:10

**Defendants'**
  105:17,19

**deficiencies**
  174:5

**deliver**
  14:24

**demand**
  132:20

**denied**
  29:22

**denying**
  165:6

**dep**
  172:7 178:17

**Department**
  142:6 145:3
  174:4 175:4

**depending**
  111:12

**depends**
  87:4 100:6

**DEPONENT**
  179:7

**deposed**
  172:11

**deposition**
  6:16,22,24 7:7
  8:8,14,16 9:13
  11:24 12:3
  14:1 24:1,19
  44:14 62:11
  80:23 105:19
  147:13,20
  148:2 172:5,6
  175:16

**describe**
  57:8 62:22
  63:9 65:2,4
  73:24 80:17
  121:17,18
  122:18 124:12
  136:21 153:21
  156:8,9 157:12
  162:10

**describing**
  150:12 163:8

**description**
  71:1

**deserve**
  174:12

**desk**
  94:16 160:11

**detailed**
  44:7

**details**
  144:8

**diabetic**
  78:16

**diabetics**
  78:9,10,22

**die**
  65:15 66:9
  166:19

**dietary**
  19:2,3 20:8

**differently**
  153:2

**difficulty**
  151:11

**direct**
  49:7

**directed**
  26:15,16

**directly**
  81:12 82:3
  129:11 169:9

**director**
  35:6,9 93:4,5,
  9

**disagree**
  62:12 83:9,15
  84:7,9 93:14
  103:2 104:11,
  14 105:11
  107:7 109:23
  111:9 115:18,
  23 118:5 148:9

**disappointed**
  64:6

**disciplinary**
  142:7,17,23
  144:12

**discomfort**
  124:11 127:8

**discuss**
  56:23 116:4

**discussed**
  18:8 98:9
  120:21

**discussion**
  111:20 120:19

**discussions**
  56:22,24
  70:16,17
  103:11

AHMAD   POOLE
March 04, 2022

dismissed
  167:13

dismissive
  53:12 173:21

disposition
  173:18

disrespectful
  173:17

doctor
  29:5 31:17,23
  32:12,13,15,18
  78:16 80:3
  91:9 95:1
  115:16 117:12
  118:17 120:23
  128:4 160:18
  167:4

doctors
  28:22 32:19
  77:2 80:1 95:2
  112:4,6,9,11
  130:5

document
  11:17 24:10,
  18,24 44:10,
  13,19 47:24
  54:11,12
  105:18 142:4
  147:9,10,19
  148:1 175:15
  176:4

documentation
  10:5 32:17
  36:19 102:7

documents
  8:7,13 9:10
  11:9,19 26:9
  38:24

dog
  28:19 59:17,
  19,20 74:2

door
  8:10 16:20
  47:3,9,17
  67:3,12 77:22,
  23,24 78:2,4
  133:21,22
  140:17,22
  141:1,14
  149:16 157:1,
  2,5 168:22,23
  169:14

doors
  77:23 160:6

dosage
  113:12

dot
  146:21

drive
  159:13 163:4,
  5,19 164:24

driver
  157:20 158:2,3

driver's
  158:5

driving
  35:19 163:8,
  10,15

drug
  23:6

due
  13:4 14:16

duly
  6:2,5

Dunbar
  12:21

duty
  31:6

—————————
           E
—————————

earlier
  15:14 65:10
  70:3 108:16
  112:17 118:7
  124:7 139:3,8,
  16 140:4
  141:12,17
  154:10 157:9
  162:1 168:18
  170:6

East
  17:12

education
  12:16 13:2,5
  20:22

Edward
  152:8

effects
  23:21,24

eighth
  117:17

either/or
  17:3

electric
  125:7,10

electricity
  92:13 166:15,
  16

elevator
  156:18

eligible
  13:7

else's
  174:17

email
  178:12

emergency

  50:11 51:5,9
  52:4,7,14
  53:6,15 55:6,9
  87:23 88:2,9
  159:22 170:14,
  15 171:11

employee
  10:9 37:1,2,3,
  5,8 172:23

employees
  36:8

EMT
  13:18

encounter
  118:18

end
  63:13,17,22
  116:15

ended
  15:9 16:6,9
  85:14 92:1

endure
  100:7

energy
  165:12

ensued
  64:20,22

entire
  39:13,16 68:15

entirety
  40:16 45:21

equipment
  102:18 108:18

erratically
  35:19

errors
  177:15

escort
  33:22 35:4

AHMAD  POOLE

March 04, 2022

78:23 79:15
95:14,15 97:4,
5 136:18
155:15,17,20,
21 156:1 161:5
162:3

**escorted**
27:21 71:5
78:18 82:2
85:7 96:20
97:3 136:17
140:8,24 141:3
149:20 150:17
153:7,19

**escorting**
67:12 150:13

**escorts**
76:16 79:17

**essence**
55:8

**essentially**
53:5 177:16

**etran**
179:3,6

**evaluated**
154:17 167:10

**events**
26:17

**eventually**
79:3 92:1
116:21 117:5
122:22

**everybody's**
171:3

**exact**
93:17 114:11,
13 118:22
154:14

**exam**
103:1

**EXAMINATION**
6:7 133:7
172:2

**examine**
77:17 82:5
102:16

**examined**
6:6

**exchange**
64:3,4,18,23,
24 65:2,6
92:22

**excuse**
16:20,22
139:13

**exercises**
128:14 129:6,
10

**exhibit**
24:17,19
44:11,14
105:17,20
147:14,16,20,
24 148:2
172:14 175:12,
16 178:13

**exit**
168:7

**experience**
9:23 127:19

**experienced**
31:8 35:17

**experiencing**
27:14 28:16
31:5 34:17
82:9,19 85:11
90:20 92:18
103:15 104:18
118:18 124:10
150:13

**expertise**
49:11

**explain**
27:5,9 47:23
48:1 111:23
116:17 117:2
121:3,10
177:12

**explained**
34:9 103:14
109:7 119:18
123:6 155:13

**explaining**
28:15 50:12
52:5

**explanation**
101:16

**extent**
39:8 41:1
80:20

**extra**
163:3,6

**eye**
28:11 80:18
82:15

---

**F**

---

**facility**
17:10,12 18:4,
17,18 20:5
27:22 96:22
97:3 156:24

**fact**
14:17 54:22
71:11 79:11
115:18 118:3

**facts**
48:7

**fair**
27:1 49:17

63:5 77:15
99:14

**faking**
33:9 50:17
82:10 90:22

**fall**
61:9 62:7

**false**
107:17,24
108:7

**familiar**
11:18 35:24
36:10 37:15

**fast**
46:16 65:20
122:3,12
140:22 141:9
163:5

**fastest**
168:13

**fault**
46:17

**feel**
34:17,18,20,21
53:15 68:17,
19,21 69:2
72:22 92:13
99:4,17 100:4
121:14 122:6,
13 123:16
124:23 125:7,
10 126:23
129:14,19
131:12 164:1
174:12

**feeling**
34:10 72:16,21
73:3 124:4

**feelings**
99:18

AHMAD POOLE

March 04, 2022

fell
  73:12

fellow
  165:17

felony
  17:8

felt
  28:17 29:8
  31:4 33:21
  44:5 55:17
  65:15 66:9,11
  67:14 72:24
  73:12 99:2,18
  141:20 163:24
  164:19 165:10
  166:18 167:15

field
  31:23 32:3
  49:11

fifteen
  78:11 95:24
  130:20

fight
  57:14,21 58:7,
  10,13,15 59:23
  60:3 61:5,10,
  12,14 62:7,12,
  16 63:8,9
  64:20,22 65:4,
  5,16 66:17
  68:12 69:7,14
  72:8,10,14,18,
  22,23 73:1
  74:16 76:6
  98:13 125:15
  126:5,11
  127:5,6 138:23
  139:9,23
  140:6,9,12,15
  144:19 147:6
  150:24 151:7,
  14 170:10,11

fighting
  10:18 140:16,
  18 170:8,11

fights
  58:21 60:1,4,
  7,9,11,14,16,
  24 61:2 62:3
  148:24 149:7

figure
  36:18

file
  10:2 27:6,10,
  11 28:8 32:10
  33:17 34:5
  48:13 174:13

filed
  6:17 9:7,10
  10:2,4 11:8
  28:10,20 45:4
  144:13 173:9,
  24 174:22

filing
  11:13 173:13

filling
  41:16

final
  46:4,9 132:6

finally
  7:24

find
  87:14

fine
  8:6 22:8,10
  130:16,17
  179:6

finger
  121:24

fingers
  82:12

finish
  7:13 31:2
  63:15

finished
  107:2

finishing
  18:11

fists
  66:21

fit
  74:5

five-day
  135:9 136:12

five-nine
  62:24 137:2

Five-seven
  63:2

Five-ten
  137:4

fix
  116:8 121:12
  125:2

fixed
  110:15,16,21
  111:7

flight
  65:16

flights
  166:5

flip
  50:5 51:17

flipping
  45:12

floating
  37:8

floor
  73:8 156:21,23

follow

152:23

forget
  15:15

form
  30:18 34:6
  43:8 44:1
  49:20 51:10
  52:18 53:7
  55:11,21 56:6,
  13 60:17 62:17
  69:8 70:7 71:7
  94:22 98:21
  107:11,18
  111:1 113:15,
  23 114:24
  115:20 119:5,
  13,23 121:4
  125:3 127:20
  148:13 149:2
  164:2

fortunately
  51:17

forty-eight
  15:5

forward
  122:3,12

found
  15:11 16:11
  71:10

foundation
  49:21 51:11
  52:18 55:11
  107:19 119:13
  148:14

fourteen
  14:13

fracture
  69:14 92:11,17
  101:24 104:20
  118:11 121:13

fractured

AHMAD   POOLE
March 04, 2022

69:5,7,18,24
114:16

**frame**
61:8

**free**
10:23

**frequently**
137:7

**friend**
72:12

**friendly**
58:23

**friends**
72:13

**front**
48:12 77:4
89:12 133:23
157:1,2,5
160:11,14
168:9,12

**froze**
118:15

**full**
6:18 27:2
61:16 75:23

**fully**
24:7

**fun**
71:22

---

G

---

**gallery**
137:12 166:3,4
168:1 170:24

**gate**
77:4 133:23

**gave**
13:4 17:3 37:1
66:1 95:12

102:8 103:2,7
113:2,20 114:8
123:3,12,14
128:14 129:10

**GED**
13:7

**general**
33:20 41:17
53:11 174:18

**generally**
27:24 45:11
90:8

**GIAQUINTA**
6:8 8:11,12
12:2,5 13:22,
24 16:24 17:1
24:14,22 27:8
29:17,23 30:24
31:14,15 33:13
39:2,6,18,22
40:5,11,15
42:5,23 43:11
44:2,9,17 46:8
47:6,12,22
48:21 49:2,16,
22 50:4 51:12,
16 52:19 53:3,
13 54:12,17
55:16 56:2,10,
17 57:2 59:12
60:22 62:21
69:12 70:12,21
71:16 72:20
83:2,11 95:4
97:24 98:2
100:19,22
101:1 104:13
105:15,22
107:2,4,15,22
108:6,15
111:3,8 114:2
115:4,11,14,24
118:14,20
119:9,17

120:11 121:9
122:9,11
124:20 125:9
127:24 130:6,
10,18,22
131:1,4,12,17,
19,23 132:15,
19 133:3
147:17 165:23
178:8,11,21
179:3

**girlfriend**
13:23

**gist**
166:2

**give**
20:1 24:1
30:16 32:2,17
33:5 35:7
36:11,13 74:4
83:17,21 84:3,
20 87:11 91:10
95:2 101:15
112:15 113:4
116:1 165:7
166:2 174:11

**giving**
33:20 113:18
128:18 167:20

**glad**
137:22

**good**
6:9 7:8 41:15
126:23 131:3
137:21,22
141:6 142:15
171:24

**gotcha**
7:17 134:3

**gotta**
66:2 81:3
131:10 166:4,7

**grabbed**
65:12,17 66:12

**grade**
12:17,23 18:11

**Graham**
17:11,12

**Gray's**
13:20

**Great**
144:22

**grievance**
10:4 11:16
25:3,11,19
26:4,6,10,15
27:2,3 35:21
36:6 37:23
38:13,16,20,23
39:9,14,17,22
40:16,21 41:2,
17,22,24
42:12,19,21
43:3,13,23
44:4 50:12
51:5,9 52:4,15
53:6,16 55:6,9
88:2 165:15
172:15 173:24

**grievances**
9:11,20 11:12
13:9 52:7
173:13

**grieving**
26:22 43:1,22

**grip**
65:19

**ground**
67:10

**guess**
29:12 49:15
53:20 59:15
62:20 64:9,23

AHMAD POOLE
March 04, 2022

79:24 83:19
129:2,3 178:6

**gun**
16:12

**guy**
10:7 11:3
62:23 125:13
128:5,7,18
153:24 162:13

**guys**
10:19 11:1
23:3 61:16
62:1,3 70:23
72:1,7,13
130:10 173:9
174:7

---

**H**

**Hackett**
162:8,10
163:1,2,17,19,
24 165:2

**hair**
65:10

**haircut**
153:23

**half**
93:4

**hall**
61:11

**hallway**
16:21 47:3
75:1,4 77:9
139:5 143:19
156:12 166:23

**hand**
84:16

**handcuffed**
73:10,11
120:14 166:9

**handcuffs**
67:13 84:17
96:22

**handwriting**
25:9 45:12,13,
17,19 46:2,14,
18,19,22 142:5

**happen**
60:14 63:9
163:8

**happened**
9:22 19:23
26:18 28:24
61:8 64:1,12
67:6 69:23
71:2,4,6,11
82:13 85:8
86:17 89:4,10,
13 90:17 92:20
95:8,11 96:4,
7,18 97:2
103:22 139:9
144:19 160:10,
13 166:1

**happening**
29:6 65:20
169:15

**hard**
65:4 121:18

**harmed**
164:1

**hat**
98:6

**head**
32:13 41:18
57:19 63:23
64:8 80:3 91:9
136:23 167:23

**headlock**
65:14 66:7
68:12,18,23

**healthcare**
23:1 26:8
33:14 34:3,14
35:17 36:9
71:5,12,15
73:20 74:23
75:14,22,23
76:1,5,16
77:3,5,7,16,22
78:8 79:4,13,
15,18,22 87:22
88:9 90:4 91:6
127:17 128:1
140:9,13
141:3,5,8,13,
14 149:8,13,
15,21,23
150:7,14,18
155:14,17,21
156:1,6,10,15,
21 167:3
168:10,14,15,
19 169:4,5,6,
9,16,21 170:1
174:5,7

**hear**
6:13 8:1 46:16
47:12,18 97:24
100:19 114:4
115:11 118:14
133:15,20
134:4 137:22
138:6 169:14,
15 170:21
171:11

**heard**
92:21 101:18
138:7 159:3
170:20

**hearing**
7:3

**heart**
32:1 41:19

**heat**
84:13

**heated**
64:3,4

**held**
20:4,7

**helped**
10:6 43:16
113:8 125:2
142:13 167:17

**helping**
22:6,19 113:12
129:15,19

**high**
12:18,19,20
23:23

**higher**
167:24

**highest**
12:15

**highlight**
37:24

**hindered**
13:5

**history**
14:7

**hit**
66:22

**hold**
140:21

**holding**
17:11 76:2
161:7 172:1

**hollering**
166:22,23

**home**
16:9

**hopes**
41:7

AHMAD   POOLE
March 04, 2022

hoping
  38:13

hospital
  12:14 26:7
  27:23 35:4,5,
  13,20 94:12,
  14,19 95:15
  96:21 97:7,10,
  16 103:19
  108:22 153:8
  157:5 159:22
  167:10

hospitals
  109:9 155:23

hostile
  64:15,20

Hot
  59:17,19,20

hour
  14:18 76:11

hours
  15:5,6 23:13,
  18 76:12 79:2
  141:18

house
  8:22 10:7
  11:2,6,7,17
  27:18 33:23
  34:1 59:4,13,
  16 62:1 72:4
  78:9,16
  134:23,24
  135:12,14,18
  136:7,8,12
  137:8,12 141:4
  150:2,4,5
  152:6,8,13,15
  153:16 168:1

housed
  155:19 166:4

houses
  48:4 155:18

171:7

How's
  142:14

Humphrey
  10:14 37:4
  45:2

hundred
  126:12,13

hung
  94:15

hurt
  121:16 166:21
  167:19

hurting
  118:10 126:24
  128:15

husky
  162:12

───────────

**I**

ID
  46:15 143:3,9,
  11 145:12,16

idea
  33:20 41:5
  48:24 61:7
  148:11

ideas
  164:11

identification
  24:20 44:15
  105:20 147:21
  148:3 175:17

identified
  51:23

identify
  27:3 41:23
  42:7

IDOC
  14:10 17:9,10
  18:1,4 27:22
  36:20 99:8
  117:18 123:23
  147:11,13,24

IDOC00116
  147:9

ignoring
  53:15 55:18

Illinois
  142:6 145:3
  174:3 175:4

immediately
  58:12 73:16
  94:19 95:9
  122:16

impair
  23:24

importance
  47:23

important
  31:4 33:21
  144:10

incarcerated
  13:13 14:9,12
  15:8 17:21

incarceration
  14:7

incident
  28:23 52:6
  54:9 55:3
  57:5,6 137:6
  144:13

include
  163:23 164:13
  165:19

incorrect
  148:12,17

increase
  113:12

independent
  90:7

indicating
  39:23 46:19,21
  127:13 169:6,7

individuals
  22:21 36:20
  41:9 172:22

infection
  28:12

inflicted
  41:9

informant
  20:1

information
  20:2 57:1

informed
  94:18

initial
  10:1 11:8,13
  45:3 48:11
  89:23 99:18

initialed
  46:15

initially
  146:6

injuries
  41:8 98:18
  103:13 151:5
  167:11

injury
  26:18 27:13
  32:13,21 34:12
  69:4 94:2
  99:19 103:10,
  22 110:15,16,
  18,20 112:14
  165:8 166:1,11

AHMAD   POOLE
March 04, 2022

174:8

injustice
167:16

inmate
10:8,10,18
34:15 106:5
120:10 174:19

inmates
36:24 47:10
74:16,20,22
75:1,24 77:17
78:11 125:23
133:24 148:24
155:19,22
156:1 170:11

inquire
36:23 86:9

inquired
36:21 52:3
63:20 82:17
87:18

inquiring
88:3

inside
57:18 168:19
169:3,8,15

instance
76:18 94:7
167:6

instances
76:13

institution
133:21

instructions
128:19

instructs
7:22

insulin
78:13

intentionally
166:13

interact
77:20

interaction
79:20 80:17,20
81:8 102:14
109:15

interactions
80:5 88:20
136:20 137:16
152:17

interested
134:11

interior
157:15,17

interpret
146:8

interrupt
7:15

interview
77:13

irate
167:14

Isabella
7:5 31:14
56:20

---

J

Jaburek
27:18 33:17,19
34:4 41:22
42:14,24 43:21
68:8 79:12,16
133:10 134:12,
13 135:21
136:20,21
137:7,17
138:15 140:8,
13 149:14,19

150:6,18
151:13,16
152:18 165:19
168:19 169:21

jail
13:6 15:1,21
16:15 17:22
18:8 60:20

job
18:17,18,23
19:21 20:3,8
31:6 136:4

jobs
18:20 20:5

Joe's
97:20 153:10
154:21 158:24
159:4,13,17
162:3 163:9,16

Joes
161:21

joking
83:22 90:21
91:16 92:19

Joliet
13:12 159:8,10

Joseph
104:18,19
106:1,13

Joseph's
97:18 98:5
99:8,10,16
101:13 102:2,
10,13,22
103:1,8,12,19
104:1,5,8,23
105:9 107:10,
17,24 108:17
111:13,16
112:18 153:19
154:12,16
158:19 161:13

177:4

judge
16:3,7

jumpsuit
85:17

justice
151:21,23

juvenile
14:13

---

K

Kathy
29:17 131:19
178:8,11 179:3

key
78:1

keys
78:3

kid
59:22

kill
66:11

Killa
59:1,5,7,24
62:11,15,22
63:5 68:11
69:14,17,23
70:3,6 71:6
98:14 125:15
126:5

kind
11:20 13:2
14:5 26:12
37:24 45:11
69:21 76:22
91:17 101:15
118:15 122:15
131:24 139:16
162:12 165:10
168:11 174:8

AHMAD   POOLE
March 04, 2022

**kinds**
  68:21 125:14

**knew**
  117:4 118:21
  121:8 160:17

**knocking**
  174:16

**knowing**
  169:20

**knowledge**
  48:9 83:3
  173:12

**knowledgeable**
  11:3 23:2

**Kristen**
  133:9

**Kristin**
  133:4

───────────

**L**

**labeled**
  45:8

**laid**
  64:19 73:9
  120:14

**Latino**
  61:18

**laughing**
  33:7

**lawsuit**
  6:16 11:10
  162:17 164:14
  165:20 174:13

**lawsuits**
  173:10 174:22

**lay**
  63:18

**laying**

  64:14

**lead**
  41:6 164:9
  165:12

**leak**
  131:10

**learn**
  100:12

**learning**
  127:16

**leave**
  44:8 78:20
  96:21 157:7
  161:21

**led**
  65:14

**left**
  25:13 92:24
  111:16 133:14

**legal**
  29:13 32:24
  48:19 51:11
  52:18 55:12
  56:5 70:7
  98:20 132:9,23
  162:18 164:3,
  15

**legally**
  81:18

**legs**
  82:12

**letter**
  99:22

**level**
  12:16 112:18,
  21 156:24
  166:16

**levels**
  103:18

**lies**
  62:20

**lieutenant**
  27:18 33:22
  34:1,2,13
  79:13 134:15,
  16 135:9,12
  137:15,17
  138:5,10,11
  154:2 161:18

**lieutenants**
  135:1

**life**
  10:19 13:6
  31:7 132:2

**lifers**
  13:6,10

**lift**
  125:19 126:17

**lifting**
  126:17

**light**
  94:9

**lightness**
  137:20

**limbs**
  167:12

**limited**
  127:14

**Lindemann**
  130:19,23
  131:2,8 133:5,
  8,9 135:10
  139:6,7 141:21
  142:1 143:18,
  20,21 144:22
  145:1,21
  146:2,4 147:1,
  3,8,16,18,23
  148:5,20,22
  149:6 158:22,

  23 171:14,20
  179:5

**list**
  19:24 36:19
  37:1,2,3,5,13,
  14 43:5,12
  164:10 172:20,
  21,23 173:3

**listed**
  28:7 32:9
  42:18 49:11,14
  55:24 70:2,3,5
  152:21

**listen**
  81:1 126:22
  173:16

**listening**
  28:18 120:3

**lists**
  37:8

**literature**
  14:2

**live**
  74:9 100:13
  127:16

**lived**
  166:3

**livelihood**
  31:7

**located**
  159:7

**location**
  137:15

**lock**
  78:1 149:17

**locked**
  14:21 15:18

**Logan**
  38:22 43:10
  46:24 130:23

AHMAD   POOLE
March 04, 2022

134:9 154:10
172:6,16
173:23 178:16

**long**
14:16 15:4,24
68:11 76:3
78:7 90:24
95:23,24
99:22,23
120:13 122:8,
10 123:20
128:10,22
140:11 141:7,
11 156:12
161:2,4 166:5

**longer**
48:17 125:10
148:18

**looked**
9:2 80:18 94:9
120:15 153:21

**loosen**
128:15 129:11

**loosened**
65:19

**lose**
68:14

**losing**
167:14

**lost**
13:9

**lot**
11:1 13:21
22:24 35:12
43:5 61:16,22
62:20 63:5
69:1 78:17
102:7 116:10,
24 125:23
127:11,15
133:19 160:4,5
165:1,4 173:22

**loud**
8:10 166:22
171:3

**loves**
13:23

**low**
153:23

**Lt**
27:18 33:17,19
34:4 41:22
42:14,24 43:21
68:8 79:12,16
133:10 134:12,
13 135:21
136:21 137:7,
17 138:15
140:8,13
149:14,19
150:6,18
151:13,16
152:18 153:6
154:4 161:20
162:3 163:18
165:19 168:19
169:21

**lunch**
78:20

---

**M**

**made**
34:5 86:21
113:13 123:4
177:15

**mailing**
159:9

**main**
32:12,15

**major**
75:10 138:11

**make**
7:8,11,15,18

30:16 47:5
87:10 120:9
123:16 130:20
131:5 132:20
137:11 144:24
145:22 147:1
163:22 174:6
176:13 178:1,
12,15

**makes**
58:18 138:14

**making**
7:21 14:3
53:23 118:9
134:2

**management**
104:24

**mandatory**
13:7,11 137:14

**manipulating**
163:4

**marijuana**
16:12 17:6

**mark**
24:16 44:11
105:16 175:12

**marked**
24:19 44:14
105:19 147:14,
20 148:2
175:16

**matter**
79:11

**maximum**
133:20

**Mccarthy**
59:2

**Mccartin**
59:2

**measurements**
74:4

**med**
87:21

**medical**
9:3,8,20 11:13
13:17 14:2
27:12 28:2
29:22 31:13
32:2,5 35:6,9
50:16 75:14
80:15 81:15
83:6 93:4,5,8,
23 102:1
106:1,14,20
111:2,10,14
116:10,24
119:12 125:4
138:16 147:4
154:4 166:24

**medication**
21:1 22:13,22
23:14 83:17,
19,22 84:3,20,
22 85:10,18
86:1,2,5,7,9,
13,22 87:24
88:4,10,18
91:2,11,20,23
100:14,17,21
101:2 104:24
105:3,5,10
107:6 108:8
112:24 113:8,
11,22 114:8
122:24 123:1,
7,13 124:14,
16,17,18,22

**medications**
21:3,5 22:6,21
23:17,22 24:3

**meditation**
63:18

AHMAD POOLE

March 04, 2022

meds
174:16

meet
77:17 80:6,7
89:8 98:4

meeting
92:4,24 128:18

meetings
90:3

Memorial
117:14

memory
26:13 103:5

mention
29:11 33:21

mentioned
27:17 29:8
33:19 34:22
43:20,23
72:16,21 73:19
112:17 148:23
150:23 156:9
167:24 168:22
170:6

met
33:15 37:20
90:1 135:20,22
136:3,13
153:9,13

Michael
12:14

middle
25:4,22 37:23
106:19 142:6,
18,19 145:4
157:21

milk
163:5

mind
85:10,23 98:24

167:14

mine
174:17

minute
129:1 168:17

minutes
68:13 76:10
96:1 130:16
139:17 141:2
159:14

missing
15:9

Moline
17:13

moment
84:13 171:16

money
163:6 174:14

Montez
79:10

month
38:6 51:21
93:4

months
17:9 19:12
20:4 129:4,5
152:10,12

morning
6:9 86:7,21
112:10 123:22
124:1 154:22

morphine
123:15

mother
14:15

motion
9:9

mouse
176:4

move
19:13 32:8
50:24 82:11,12
90:13 158:17
167:12

moved
19:14 152:8,9,
11,12

moving
46:16 134:1
158:4

MRI
116:3,5

Murder
17:19

muscle
22:3

mutual
10:21 137:20

—————————

**N**

named
27:17 34:23
35:23 36:9
37:20 49:18
173:2

names
21:3 36:14,15,
17 42:18 43:3
48:13 68:1,6,9
75:8 112:5
161:15 173:9

naming
70:14

nap
171:4

narrow
166:8,11

Natural

132:2

nature
9:11 13:8
28:13 41:17
69:2 77:14
90:23 96:24
138:9 139:21

neck
21:14 28:16
33:6 34:10,17
50:13,17 66:10
67:15 68:17
69:5,7,15,18,
24 73:5,13
81:2 82:9,18
83:21 88:5
90:20 92:11,17
93:1 94:17
95:12 96:19
99:2,3,23,24
101:24 103:9
114:16 117:9
118:9 120:17
121:8,11,13,14
122:6,13
124:4,13 125:2
127:8,10,12
128:15 129:10,
11,16 154:17
158:20 159:1
166:20 167:2
176:20

needed
43:19 44:6
66:14 94:13
102:18 112:16
155:15 156:2
167:21

negative
165:11

neighborhood
59:22

**nerves**
  21:14 100:3

**Neurontin**
  21:5,7,13
  22:2,17 23:8,
  14,22 101:3,8,
  9

**nickname**
  59:1,11,16,21

**night**
  62:6 86:7,8,10
  100:1 112:1,3
  161:9

**ninth**
  117:18

**Norman**
  27:19 34:23
  38:7,12 40:23
  42:8 95:17
  96:8,9,12
  133:10 134:12
  153:6,13 154:4
  161:20 162:3,
  23,24 163:2,
  18,19 164:9,
  12,14

**note**
  109:6,12,18,23
  114:18 115:19

**noted**
  105:8 108:16

**notes**
  84:5 93:11
  97:20 98:3
  102:24 111:10
  114:22 118:2
  130:14 145:4

**notice**
  174:4

**notified**
  155:14 160:15

**NRC**
  134:21 155:23
  157:4

**number**
  7:11 46:15
  70:2 106:5
  143:3,7,8,9,11
  145:12,16

**nurse**
  30:21,23 31:3
  35:23 36:2,6,
  13,17 37:10,
  15,20 41:12,22
  42:14,24
  43:13,14,16,
  17,21 76:18
  80:6 86:8,12,
  15,19 88:16
  94:5,17 128:4
  172:14

**nurses**
  36:11,12,20
  77:1,10,12
  80:1,10 84:2
  86:6 88:4,17
  91:7 96:9,11
  173:2

---

O

**Obaisi**
  92:2,6 93:2,6,
  13,16,20,21
  95:5 96:5,15,
  16 98:4 123:6
  154:11,20
  155:9,16
  160:16 164:20,
  22

**Obasi**
  92:5 94:20
  101:12

**object**
  30:15 44:1

**objection**
  7:21 29:13
  30:13,17,18
  31:12 32:24
  34:6 38:21
  42:1,15 43:7,8
  48:19 49:5,8,
  20 51:10 52:17
  53:7 55:11,21
  56:5,13 59:8
  60:17 62:17
  69:8 70:7,15
  71:7 82:22
  94:22 98:20
  107:11,18
  110:22 111:1
  113:15,23
  114:24 115:7,
  20 119:5,12,23
  121:4 125:3
  127:20 129:24
  132:9,23 135:5
  148:13 149:2
  162:18 164:2,
  15

**objections**
  7:19 52:23
  53:17 108:1,11
  165:21

**objects**
  7:20

**Observation**
  143:16,23

**observed**
  170:7

**occasion**
  76:7

**occupation**
  20:7

**occupations**

  18:12

**occur**
  61:10

**occurred**
  52:5 60:9
  139:23

**October**
  51:21

**offender**
  25:6 142:7,17
  143:1,6,7,8
  145:3

**offer**
  107:6

**offered**
  105:2,5

**officer**
  27:19 34:11,23
  35:4,13 38:6,
  12 42:8,13
  67:20 68:3,4
  76:15 78:7,18,
  19 79:3,8
  81:11 87:16
  95:14,16,17,20
  96:8,9,12
  136:12 149:19
  153:13 161:5,
  12,17,21
  162:2,8,10,23,
  24 163:1,18,23
  164:14 165:17

**officer's**
  27:20

**officers**
  27:21 67:17,
  19,21,22 68:2,
  7 70:22 73:15
  75:3,4,7,9,12
  76:21 77:19
  78:23 80:15
  87:19 88:3,14,

AHMAD    POOLE
March 04, 2022

15,17 109:16
133:24 136:16,
17 137:24
139:16,18
140:5 154:24
155:3,14,17,
20,22 159:21
160:23 161:10,
11,16 163:12,
15 170:7

**on-the-job**
13:2

**onset**
98:10

**open**
8:10 16:20
47:3,10 133:22
140:22

**operation**
117:23

**opportunity**
54:1 65:9
81:22 177:13

**order**
82:21 83:13

**ordered**
83:8 154:11

**ordering**
178:6

**original**
178:16,20,21,
24

**Outpatient**
145:4

**overtime**
163:6

———————————

**P**

**P-O-O-L-E**

6:20

**p.m.**
148:8

**packet**
85:4

**pad**
87:9

**pages**
46:15,24

**pain**
21:14 27:13
28:16 31:5,24
34:9,16 35:16
41:9 67:14
72:17,23,24
73:3 82:8,18
83:17,18,22
84:3 85:11,24
86:9,13,22
87:23 88:4,10,
18 90:19 91:2,
10,19,22
92:13,17
99:19,20,23
100:7 103:14,
18 104:17,23,
24 105:2,5,10
107:6 108:8
112:18,21,24
113:7,11
114:1,5
121:17,18,24
122:2,5,14,15,
19,20,21
123:12 124:10,
12 126:21
150:12,22
151:9 166:2
176:20,21
177:3

**painful**
124:9

**paper**
10:13 20:10
87:6,11,13

**paperwork**
32:17 88:1
93:22

**paragraph**
50:7,10,21
51:1,18,19,24
54:8 106:19,23

**paralyzed**
116:15 166:19

**paramedic**
13:18

**parking**
35:12 160:5
165:1,4

**parol**
132:3

**part**
53:23 177:20

**participate**
20:20

**participating**
100:7

**partner**
95:18

**parts**
92:21

**pass**
68:14 75:22
86:6 138:8
156:16 169:12

**passed**
63:14 65:21
160:20

**passenger**
158:2

**past**

16:21 77:10,
11,12 90:13
156:17

**patient**
94:13 107:6
109:19

**pause**
40:3,7,9,13
107:1 141:24
145:23

**pay**
38:6,8

**peaceful**
171:5,6

**Pee**
171:4

**pen**
87:9

**people**
26:21,23 27:3
28:6 32:2
43:5,12 47:3
49:18 59:7,20
67:16 134:1
160:1 165:6
173:22

**perception**
174:18

**Perfect**
179:2

**perform**
117:13

**performed**
120:17

**period**
120:13 128:17
152:24

**periods**
99:22,23

AHMAD POOLE
March 04, 2022

person
36:2,3 69:18

perspective
80:21,22

petition
45:1 55:24
132:13,17

Pfister
48:14 49:12
50:12 51:4,22
52:5

phone
58:5,6,14,16,
19 60:21 61:13
63:11,14,15,21
94:10,15 95:12
101:19 134:2

phones
63:12

phonetic
59:2 68:4
161:22

physical
50:13 57:9,11
64:24 65:2
128:5,7,10,23
129:6,14,19,23
130:7 167:11

physically
62:23 66:22
153:22 174:9

pick
66:15 161:5

picked
67:14

piece
10:12 87:6,11,
13

pigtails
65:11,12

pills
84:14 85:1,2,
4,12,14,21

pit
66:6

place
49:4 70:23
72:2 157:6,7

places
48:5

plaintiff
51:22,23
178:6,24

plaintiff's
52:4

Plans
145:18

plate
121:8,11

play
126:15

played
125:19

playing
90:21

plea
16:15,19 17:2,
3

pleading
9:9

pleased
95:5 99:15,17
102:9,12
110:13

plenty
37:8

pocket
84:14 85:3,5,7
87:7,14

poetry
20:17

point
161:20

police
14:16,17,23
15:11,12,17,
18,19 17:17
67:3,5,9,13,17
73:6 140:17,22

Poole
6:4,9,15,20,21
8:8,20 12:12,
15 20:24 21:13
24:11,17,19,23
27:6,16 29:15
30:14 31:1
32:6 39:7,20
44:10,14,18
46:1 47:19
48:22 49:6,22
50:1,8 51:13,
19 52:1,11,21,
24 53:18 56:23
57:3 60:18
63:1,3 70:19
80:22 97:24
100:19 105:24
111:5 114:4
115:11 118:14
127:21 131:9,
12,24 132:7
133:9 147:20
148:2,6 171:21
175:16,20
177:8

popped
15:20

popping
34:17 127:10,
12 166:20

pops
68:21

position
29:9 66:23
100:2

possession
102:6 110:12

possibility
132:2,4

possibly
43:14 47:17
70:14

post-op
122:6

post-surgery
122:7

pounds
62:24

power
175:5,7,8,10

prep
172:5,6,7

preparation
9:13

prepare
11:23

prepared
130:20 131:5

preparing
11:9 14:1

prescribe
83:18

prescribed
21:15,17

prescription
23:5 174:16

Presence
106:1,13

present
41:5,19 43:4

AHMAD POOLE
March 04, 2022

79:24 84:1
91:4 133:2

**presented**
89:12

**press**
170:14,15

**pressure**
23:23

**pretty**
125:13

**previously**
62:11 147:10

**primarily**
134:11

**prior**
8:7,13 11:13
58:21 60:1,2,
6,11 75:15
76:7 101:4
125:15 126:4,
11 127:5

**prison**
125:14

**prisoner**
175:3

**prisoners**
173:13

**privilege**
70:16

**privileged**
57:1

**probation**
16:7,8 17:4,5

**problem**
32:14 47:14
134:5,8

**procedure**
6:1 89:5

**process**
95:13

**professional**
31:13 119:13

**professionalized**
31:23

**professionals**
33:14 113:19
120:3

**Progress**
145:4

**project**
14:18

**projects**
16:10

**promoted**
138:4

**proper**
98:17 99:5
108:18

**protocol**
149:10

**provide**
11:19 50:16
100:20

**provided**
100:14 101:4
104:23 122:24
123:2

**provider**
76:5 89:24
100:10 111:20
127:17 128:1

**providers**
77:16 84:1
103:12 104:1,
7,9 107:9,16,
23 108:17
110:14 114:11,
12,15,18 115:6

116:7 118:8,
21,23 119:2
120:20 123:10
128:8

**PT**
128:23

**pull**
24:9 87:6
136:15 165:2

**pull-ups**
127:7

**pulled**
15:11

**punch**
65:8 66:24

**punches**
65:6 67:1

**punching**
66:20

**purpose**
121:10

**pushed**
14:24 67:9

**pushing**
53:20

**pushups**
125:24 126:7
127:11

**put**
11:20 13:9
16:13 17:17
22:16 25:22
43:8 45:2
49:10 63:17
64:15 67:13
71:13 83:1,4
84:14 85:2,4,
6,17 93:8 99:2
136:14 160:21
174:3

**putting**
10:5 173:19

---

**Q**

**quarter**
77:6 78:24

**question**
7:14,20 8:4
13:16 29:18
42:11 43:9
47:13 48:21
64:7 107:21
113:16 118:15
132:6 133:16
134:6 158:21
165:18 174:22

**questions**
7:19 8:1 24:6
38:23 82:6,7
133:12 134:11
167:22 171:15,
22 173:8 177:9

**quick**
43:6

**quickly**
7:9 30:15
177:12

**quiet**
171:7

---

**R**

**raided**
16:10,11

**ramp**
168:7

**ran**
78:15

**Randy**
48:14 49:11

AHMAD   POOLE
March 04, 2022

50:12 51:4,22

**rays**
33:6

**reach**
77:4,7

**reaching**
71:14

**read**
14:2 29:19
38:18,23 39:2,
4,7,11,12,13,
16,19 49:14
50:8,18 52:9
53:22 81:19,23
105:24 106:22
109:6 145:20
146:3

**reading**
39:24 44:4
84:19 107:2
146:5

**reads**
51:18

**ready**
131:17,18

**real**
30:15 43:6

**reality**
9:22

**reason**
24:5 28:20
29:3,4 41:11,
14 49:15
52:13,21 57:13
70:5 83:8,14
84:7 93:14
103:2 105:10,
13 111:9 118:4
162:16

**reasons**
22:1 57:17

**recall**
52:11 54:19
56:16,22 57:20
60:9,10 68:9
91:22,24
95:19,21
102:20,23
103:7 104:22
105:1,2
109:10,11,15
110:7 112:19
113:5,7 116:6
123:12 152:2
163:21

**receive**
84:11 98:17

**received**
84:6 86:3
91:22 92:7
99:15 102:10
110:14 137:24

**receiving**
99:4

**recently**
11:5

**recess**
131:16

**recitation**
27:2

**recognize**
24:23 44:18,22
136:24

**recollection**
54:11 90:7,10
117:24

**record**
6:19 7:8 29:19
47:1 81:15
131:20 147:8
148:12 175:13

**record/reports**

84:20

**recorded**
108:8

**records**
9:3,8,20 11:13
81:23 83:7
102:2 105:8
106:12 107:17,
24 110:10
111:10,14
147:5

**recover**
66:1

**recovered**
66:5

**recurrent**
34:18

**Reese**
12:14

**refer**
93:8,13

**referenced**
35:23

**referred**
98:5,19 101:21
172:14

**referring**
101:12,16

**refresh**
103:5

**refused**
50:15

**regard**
28:1 164:20

**regular**
96:22 135:22
136:11

**rehearse**
9:23

**rejecting**
53:5 55:8

**relate**
100:9

**related**
13:16 151:14

**relates**
6:16

**relationship**
10:17 167:18

**relaxer**
22:3

**relay**
73:14 76:22

**relevant**
14:2

**relied**
11:18

**relief**
37:22 38:4,15,
18,19 39:3,8,
14 40:20,21
41:1,4,10,12,
23 42:6,7,14
43:2,15 78:23
132:21 163:12

**relieve**
161:23

**rely**
11:9,12

**remain**
72:7 123:20

**remember**
10:11 21:17
27:19 54:14
61:2,15 68:1,6
75:8,18,20
76:3 79:7
90:11,17 93:17
95:22 112:5,12

AHMAD    POOLE

March 04, 2022

117:10 135:20
136:6,9,15
151:20 152:3
153:12,14
154:14,19
155:12 159:16,
23 160:3,13
161:2,15
172:16 174:1

**remembered**
12:2

**remembering**
162:4

**remove**
56:3

**removed**
56:12,18

**repeat**
8:9 12:1 16:23
27:7 29:16,17
46:7 72:19
83:10 98:1
107:21 134:6
139:6 143:17
158:21 177:20

**repeating**
174:21

**rephrase**
8:3 133:17

**report**
93:23 142:7,
17,23 144:12,
17

**reported**
177:4

**reporter**
131:22 147:13,
15 177:15,17,
22 178:10,14
179:2

**reports**
144:13

**represent**
84:5 98:3
118:2 133:10
144:11

**represented**
62:10 97:19
102:24

**reprimanded**
38:5,7

**reprimanding**
38:11 40:22

**request**
41:11 91:19
112:24 113:2,
12 147:13

**requested**
29:20 37:22
38:4 39:3,9,14
40:20 41:10
42:6

**requesting**
38:16,19 40:21
43:2

**rescheduled**
172:11

**Resistance**
129:8

**respect**
10:21

**respectful**
137:19 152:23
167:19

**respond**
51:8 52:7,14,
22 55:5 81:6
114:6

**responded**
51:5 52:4 64:7

68:7

**response**
49:23 97:23
100:18 114:7
118:13

**rest**
126:21 127:1

**restrained**
158:15

**restraints**
158:17

**result**
38:13

**results**
104:2,4 116:4

**retrieved**
94:6

**returned**
152:4,18

**reveal**
111:14

**reversed**
178:19

**review**
8:7,13 9:21
26:9 94:1

**reviewed**
9:16,20 38:24
81:15 102:1
110:10

**riding**
15:10

**ring**
21:20 139:19
162:8

**ringing**
67:3,20

**risks**
109:8

**Robaxin**
21:6,10,11,12,
22 22:15,16,17
23:5,10,15,22
101:3,7,9

**rolls**
127:9

**room**
47:7,17 66:14
91:8 159:22
160:18,22
161:7 163:13

**roughly**
97:21

**rounds**
86:21 87:10
137:11

**route**
20:10

**row**
126:8

**rows**
157:19

**RPT**
175:14

**rude**
173:16

**ruined**
100:2

**Rule**
13:10

**rules**
7:7 19:10
152:23

**run**
125:19 127:2
137:15

**rung**
67:6

AHMAD  POOLE
March 04, 2022

running
  22:23 68:20
  98:8 112:14
  118:11 125:11
rush
  72:21
rushed
  67:8

———————————

                S

SAITH
  179:7
sat
  64:17 94:16
  120:14 148:18
  158:4 161:4
Sawyer
  75:10
scale
  177:4
scam
  174:13
scams
  22:24
scan
  160:22 161:3,6
school
  12:18,19,20
  13:7,11,12
Score
  176:21
Scratches
  151:8
screen
  24:9 35:22
  39:10,20
  141:22 148:21
  175:11,20,21,
  24 177:7

screws
  121:7,11
scribble-
scrabble
  146:18
scroll
  40:6,8 44:20
scrolling
  25:21 40:19
  106:17
seat
  157:18 158:5
seatbelt
  158:7
seated
  158:1
seats
  157:14
seconds
  91:1
secretaries
  52:8 53:21
section
  25:4 37:22
  39:3,15 40:20
  41:11,24 42:6
  45:8 74:19
  106:3
sections
  74:6,8
seeking
  41:2,4 43:15
  132:7 173:24
  174:10
seeks
  29:13 32:24
  51:11 52:18
  55:12 56:5
  70:7

seg
  33:9 150:3,17
segregation
  33:24 84:23
  85:7,14,16
  88:8,11 89:21
  91:18 93:1
  149:20,24
  151:14,18
  152:2 155:18
  167:8
send
  50:15 108:21
  174:9
sending
  33:16 95:13
  178:16
senior
  162:24
sense
  138:14
Sensimic
  161:18
sentence
  107:5 131:24
separate
  70:23 72:2,3
September
  25:18 26:5
  35:22
sergeant
  68:3,5 79:9
  138:10 140:23
serve
  17:20
served
  151:21
serving
  132:1

set
  168:6
sets
  126:10,13
seventy-five
  126:12,13
seventy-two
  15:6
Sgt
  68:4 79:10
shake
  64:8
share
  63:12 105:15
  141:21 175:11
sharing
  148:21 175:19
  177:6
shift
  63:11,12 75:7
  80:2,4 86:8
  112:10 139:14,
  17,24 140:1
  154:23 155:4,
  5,7,9 171:2,3,
  4,5,6
shifts
  155:3
shipped
  17:12
shocked
  166:15
shoes
  64:16
shooed
  28:18 30:1,8
shook
  63:23
short

AHMAD POOLE
March 04, 2022

40:3,7,9,13
107:1 130:11
141:24 145:23

**shot**
78:13

**shoulders**
162:12

**shoved**
166:11

**shoving**
166:12

**show**
13:23 70:22
142:4 144:23

**showed**
67:5,19 96:2
147:10

**sic**
28:22

**side**
15:10 23:21,24
143:15

**sides**
23:6

**sign**
48:4,6 177:15

**signature**
26:1 45:9
46:4,9 48:5
177:12,16
178:3,23

**signed**
14:15 46:14
56:20

**significant**
57:4

**signing**
48:2

**similar**

74:9 77:23

**single**
78:15

**singular**
30:7

**sink**
64:17

**Sinsemic**
161:18,22

**sir**
6:13 8:14
12:7,18 14:7,
11 21:8 40:17
44:24 48:10
142:9,10
145:19 171:16

**sit**
19:12 78:19
160:12 163:12

**sitting**
94:7,12 163:13

**situation**
54:4 66:3

**situps**
125:24

**six-week**
128:17

**size**
74:6,7,9

**skinned**
153:23

**slash**
146:12,17

**sleep**
65:24 100:1,2

**slept**
120:14

**sliding**
160:6

**slim**
153:24

**slip**
87:23

**slipped**
85:23

**slips**
88:9

**slot**
169:12

**slow**
163:5

**small**
60:20 145:21
166:8 169:11
175:22

**smaller**
74:13,14 147:2

**Smith**
68:3,4

**snack**
78:21

**solid**
168:23

**sore**
124:5 127:1

**soreness**
124:6

**soreness-type**
122:20

**sort**
82:7 84:1 88:8
99:20 100:17
104:23 113:13
122:21 123:1
124:6 129:6

**sorts**
20:16 116:1

**sound**
35:24 97:22
98:6

**sounds**
154:15

**South**
12:13

**space**
30:16 166:8,
11,13

**speak**
7:12 9:13
34:20 56:11
134:4 152:20
153:3,18
177:11

**speaking**
26:17 27:24

**specific**
22:22 26:21
150:2

**specifically**
7:22 42:7 88:6
105:9 129:1
176:4

**speculation**
42:1 51:10
52:17 55:12
59:8 62:17
69:8 71:7
82:22 94:22
107:11,19
114:24 129:24
135:5 148:13

**speeding**
35:19

**spell**
6:18

**spinal**
166:17

AHMAD POOLE
March 04, 2022

spine
  34:19 92:14
  114:20 118:12
  125:11

spoke
  51:22 54:3
  165:15

spoken
  11:4

spurts
  22:8,10

square
  169:11

squeezed
  66:12

squeezing
  65:24

St
  97:18,20 98:5
  99:8,10,16
  101:13 102:2,
  10,13,22
  103:1,8,12,19
  104:1,5,8,18,
  19,23 105:9
  106:1,13
  107:10,17,24
  108:17 111:13,
  16 112:18
  153:10,19
  154:12,16,21
  158:19,24
  159:4,13,17
  161:13,21
  162:3 163:9,16
  177:4

stabilize
  99:3

staff
  47:11 77:11

stage

126:22

stairs
  156:19,20
  166:5,6,7
  168:4,6,9,12

stamped
  147:9,11
  175:14

stand
  140:19

standby
  87:10 94:4

start
  7:14 19:7 73:4
  134:12 138:1
  175:19

started
  57:11,14 58:7,
  10,13 62:12,16
  66:20 95:13
  98:10

starts
  39:22 128:15

state
  6:18 84:6
  85:15 109:14,
  20

stated
  48:8 52:6
  132:13,17
  172:19 176:10,
  15,18

states
  40:20 107:5
  109:7,12,19

Stateville
  10:15 18:1,2,
  4,24 19:1
  20:8,14 36:8
  53:12 60:1,7,
  12 61:10,23

90:4 104:9
114:12 118:23
123:10 128:8,
9,11 134:16,22
136:1 138:1
145:6,9 149:1
155:3 159:9,
10,13 162:14
163:9,16

station
  14:16,17
  15:12,17,20
  91:7

stationed
  134:19

stay
  78:19 97:14

stayed
  117:15

step
  34:18 98:24
  138:9 166:14,
  21

Stephanie
  43:13,16 92:20

steps
  94:8,11

stick
  60:2

stiff
  126:24 128:15

stiffness
  122:20,22
  124:6 129:15

stitched
  82:15

stitches
  81:3 150:24
  151:3

stood
  64:15,20 73:12

stop
  33:9 67:4
  82:10,19 90:21
  129:23 140:18
  148:20 177:6

stopped
  140:16,18

story
  174:17

straight
  80:7 167:9

strength
  66:14

Strike
  12:2

studies
  20:18

study
  81:17

stuff
  69:22 168:8

Subjective/
objective
  145:18,24

submit
  87:22 88:8
  147:12

submitted
  26:4,6 42:12

substance
  14:14 16:13
  17:6

super
  9:1

supposed
  41:21 42:13
  43:1 63:14

120:2

**surgeries**
121:23

**surgery**
92:12,15
103:23,24
110:18 116:21
117:6,8,10,13,
17 118:4
119:3,11
120:6,7,8,16,
20 121:15,19
122:16 123:18,
21 124:1,11
125:1 128:20,
22 152:4,7,19

**surprise**
8:24 9:1

**suspended**
38:5,7

**suspension**
38:11 40:22

**sustain**
73:2

**sustained**
41:8 110:19

**swinging**
66:6

**switch**
22:20

**switched**
22:14 23:4
123:7

**sworn**
6:3,6

**swung**
67:2

**system**
18:21 23:1
163:4 174:7

---

**T**

**T3**
121:12

**T4**
121:12

**table**
145:16

**takes**
76:15 79:4,17
81:12 93:3

**taking**
33:12 113:18

**talk**
28:6,23 32:15,
21 88:14 91:8
94:2 112:2
160:12 172:4,
13 174:19

**talked**
29:1 44:6
70:13 75:10,11
88:21 109:7
112:11,12
115:17 123:6
134:9 138:22

**talking**
16:21 76:7
81:6 88:6
99:10 138:12
167:12 172:16

**tall**
63:1 137:1
153:23

**tank**
76:2

**targeting**
129:9

**team**
112:11

**tech**
87:21

**telling**
34:16 53:5
83:23 93:12
104:8,17
114:10,12
118:23 120:24
154:10 163:3
164:20 166:24

**tells**
127:19 167:3

**ten**
12:17 78:11
103:20,21
112:18,19,21,
22 124:13
130:16,19
139:17 176:24
177:2,3

**tension**
129:11,15
165:11

**tenth**
12:17,23 18:11

**terminology**
116:10

**testicles**
65:18 66:12

**testified**
6:6 7:2 62:11
168:18

**testify**
157:9

**testimony**
24:1 111:3

**testing**
102:21 154:21
158:20 159:1

**tests**

**112:15 116:1**
138:8

**The's**
32:13

**therapist**
128:5,7 129:7

**therapy**
128:10,23
129:15,19,23
130:7

**thing**
11:15 41:19
65:17 66:2
88:2 104:16
116:14,15
144:23 167:7

**things**
9:11 13:7
20:21 23:1
26:18 28:12
31:5 34:20
41:16 43:17
69:1 90:20,23
96:23 114:11
120:22,24
127:15,18
128:2 138:9
139:21 165:15,
16

**thinking**
85:12 116:16

**thirteen**
166:6

**thirty**
126:10 159:14

**Thirty-nine**
12:9

**Thomas**
10:14,15,17
11:20 37:3,4,6
45:2,21 46:5,

AHMAD POOLE

March 04, 2022

11,13 47:23
49:10

**Thomas'**
45:13,19 46:1
172:20,21

**thought**
80:10 110:24
139:2,3,8
141:17

**thoughts**
167:23

**thrashing**
65:12,21 66:5
73:1

**throbbing**
100:4 122:22

**throw**
66:24

**throwing**
66:21 67:1

**time**
9:2,16,19 13:4
14:8,10,12,19,
20,21 15:8,10
16:1,4,6
17:14,16 18:8
19:11 21:24
29:7 38:14
41:5,16,20
42:20 43:4
54:16,19
57:20,23 58:10
59:3 61:7
63:18 68:15
71:17 76:1
78:11,14,17
79:1 86:19
89:20 99:1,22,
23 120:12,13
128:17 129:1
130:3 133:2,13
135:9 136:7,19

137:6 139:22,
23 140:1,12,
13,20 141:2
144:4,6 145:17
146:5 148:9,
18,24 150:6
153:7,12,14
154:19,22
159:16 160:3,
20,24 161:8
163:3,20
165:14 166:14,
21 168:21
171:2,17
177:8,10,19

**timeline**
159:15

**times**
67:2 71:24
75:22 89:22
90:9 99:21
100:1,5 133:19
139:17 152:1
155:2 173:18

**timing**
138:23

**Tina**
27:17 28:8,9,
21 32:16 33:15
35:23 36:2,3,9
37:10,12,16,20
41:12,22
42:14,24 43:21
81:9 172:14
173:2,6

**Tina's**
36:6,21

**tired**
65:23

**today**
6:10,15 7:7
8:8,13,17 9:14

12:4 14:1
24:1,4,7 80:23
120:6 124:4,13
132:20 172:11
178:3

**toilet**
67:11

**told**
8:17 34:12,21
35:6 36:22
48:4 53:2
54:2,6,16 55:2
67:3 73:7
80:10 83:1,4,
6,12 90:19
92:11 93:11
94:13 96:8,9
104:7,16,18
108:17,23
109:16 115:5,
16 118:17,22
120:4 127:17
128:1 129:20
160:18 162:23
164:12 165:16
167:4 173:11

**Tomaras**
27:17 28:8,9,
21 32:16,20
33:15 36:3
37:10,12 80:8
81:9 173:6,11

**top**
25:4 51:2
105:23 142:5,
6,17,19 145:4,
16

**total**
67:22

**towel**
65:19

**traffic**

47:10

**training**
13:3,18 32:6
137:23 138:4,
16 154:5

**Tramadol**
22:14,15,16,18
23:4,6 101:5,
8,10

**transcript**
177:14 178:7

**transfer**
134:23

**transferred**
23:4 102:19
108:23 123:23

**transferring**
109:8

**transpired**
26:17 33:20

**transport**
109:13,21
157:23

**transported**
109:14,19
124:2 156:7
157:10 163:16
175:5

**tray**
169:13

**treat**
102:11 108:18
153:1 174:19

**treater**
99:12 101:17,
21

**treaters**
99:9 102:13
104:19,22

AHMAD   POOLE
March 04, 2022

treatment
50:16 98:17
99:5,15 102:10
110:13

trespassing
15:19

triage
160:7 163:11

trial
7:3

triggered
167:23

trough
88:16

true
48:8 50:21
54:9,23 108:4
111:13 115:10,
13,15

truthfully
24:7

turn
40:4 99:24
127:13

turned
64:2 94:9

Turning
45:7

turns
141:10

twenty
76:11 103:24
159:14

twenty-five
126:10

twenty-four
23:13,18

twisted
65:10

twists
141:10

twitching
100:4

two-and-a-half
79:2 141:18

Tylenol
84:6,11 86:1
113:9 123:3,8,
9

type
120:16 142:23

---

**U**

UIC
26:7 99:10,16
102:19 108:24
110:11,14
111:10,15,19
112:22 113:1
114:11,15,18,
22 115:6
116:2,7 117:19
118:8,21 119:2
120:13 123:12,
20 125:1
128:20,22
152:4 161:6,
12,16 163:5

unable
158:16

undergo
117:23

undergoing
116:21

understand
7:24 29:10
42:4 48:6
116:11,13,18
117:1,3 121:3
133:16 156:5

understanding
10:22 30:10
42:22 43:4
101:20,23
103:9 163:22

understood
8:5 116:14
117:5 121:7

underwent
118:4

unit
26:8 34:3,14
71:5,12 74:23
75:14,23 76:16
77:3,22 78:8,
10,24 79:4,15,
18,23 90:4
91:6 141:5,13
149:13,15,23
150:7 155:17
156:22 169:16

units
77:6

unlike
48:12

unplug
63:16

urgent
119:10

---

**V**

vacation
117:13

van
35:14,18
97:11,13,14
156:15 157:9,
13,16,17 158:1
163:15 165:3

varies

76:9,12 134:20
135:1

vary
78:10

vehicle
109:14,20
156:6,10
163:19

verbal
64:2,23

verge
68:16

versus
175:9

video
8:17,21

visible
151:6

visit
8:18,19,21
147:5 168:10

visits
134:2

vitals
32:20

Vocational
12:21

vulnerable
66:8

---

**W**

waist
96:23

wait
63:16 78:14,22
86:8 95:14,23
119:11 160:12,
19 161:2
163:12

AHMAD POOLE
March 04, 2022

waited
  96:2 119:3
  161:7 168:19

waiting
  19:24 149:12
  161:4,6 168:20
  170:2

waive
  177:16

waiving
  177:12 178:2,
  22

walk
  33:24 35:15
  79:22 136:15,
  16 137:12
  141:8 156:10,
  18 165:3,4
  166:5,7,8
  175:9

walked
  34:2 52:8
  156:9,20
  160:10,14
  166:20

walking
  47:3 150:7
  166:2 167:12

walky-talkies
  170:22

walky-talky
  170:13,18
  171:11

wall
  134:22 157:15

wallet
  10:13

wanted
  22:19 29:10
  42:7,14 43:8
  64:8 72:12

132:21 138:24
170:4

wanting
  55:9

warden
  48:14,17 49:1,
  14 50:12 51:4
  52:5,14 53:4
  55:2,17,19

warrant
  15:20

watch
  13:20

watched
  13:22

wear
  22:10

Wee
  171:4

weed
  14:24 15:14

week
  9:4 16:2
  117:11,20,21,
  23 118:3
  119:3,11
  120:13 122:12,
  19

weeks
  9:18 38:7 39:1
  128:12 129:4
  130:4,5,8

weigh
  63:3,4

weight
  66:6

weights
  125:19 126:17,
  18

west
  15:10

wet
  65:11

whatsoever
  101:16 110:8

wheelchair
  35:7,8 96:10,
  11,13 160:21
  164:21 175:9

white
  85:4

wider
  168:7

wild
  66:21

willy-nilly
  167:5

wind
  66:4

window
  120:15 169:1,
  2,11,12

wonderful
  99:3 123:17

wondering
  149:11 168:16

words
  64:3,4,9,13,18
  116:24

wore
  122:4

work
  19:11 36:20
  126:23 131:9
  134:24 162:14

worked
  19:12 20:4
  129:12

worker
  63:16

working
  18:17 136:6
  138:1

world
  122:1

worried
  116:16

wrestling
  69:1

wrists
  158:16

write
  25:11 45:21
  46:13 50:11
  54:8 86:16
  87:4,7,11,14
  99:21

writing
  26:10 87:2

written
  10:12 52:20
  54:18 107:10
  109:24

wrong
  29:11 32:22
  33:8 34:5,21
  44:5 64:11
  82:10 92:10
  100:2 167:2

wronged
  33:4

wrote
  25:19 26:4,12
  36:5 38:9 39:9
  46:6,11 50:11
  51:4 54:20
  87:1 88:3
  146:6

AHMAD   POOLE
March 04, 2022

**wrung**
  65:18

---

**X**

---

**X-**
  33:6

**X-RAY**
  50:15 83:4
  92:6,7 94:7

**X-RAYS**
  82:17,21 83:7,
  14 92:10 94:1,
  3,5,6,9 102:21
  155:23

---

**Y**

---

**yard**
  168:8

**year**
  12:22 15:14
  16:7 17:5,7
  60:4

**years**
  14:13 135:22

**yelled**
  170:17

**You's**
  33:9

**young**
  20:10

---

**Z**

---

**zoom**
  24:14 175:23