# THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| AHMAD POOLE (K95348), | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 20-CV-0014 |
| v. | ) |
| | ) Honorable Manish S. Shah |
| DR. E. AGUINALDO, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# Exhibit 3

HANDWRITTEN COPY

MAILED TO WARDEN PFISTER 8-8-17

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE**

Date: 8-18-17
Offender (Please Print): Ahmad Poole
ID#: K-95348

Present Facility:
Facility where grievance issue occurred:

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [x] Other (specify): "POTENTIALLY" BROKEN NECK

- [ ] Disciplinary Report: ___/___/___
  Date of Report / Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance: On 8/17/17 on the 3-11 shift me and my cell mate got into a physical altercation, a fight. I was taken to health care by Lt. Jabarek, I told him I thought my neck was broken because something was popping with every step I took. I felt electric shocks going up and down my neck ~~spine~~ and spine every step. I was in severe pain and could barely hold my head up. It hurt extremely bad but instead of taking me in the healthcare unit to be seen Lt Juburek put me in the outside bullpen by gate 5, and left me in there for 25-30 minutes before I started to holler to get someones attention because the pain was so severe and needed immediate medical attention, but nobody would come. Finally (Major Sawyer) walked past, and I

Relief Requested: I need reasonable medical, as there is a broken in my neck, and I can barely hold my head up. It's popping and constant currents that are excruciating painful.

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Ahmad Poole    K-95348    8/18/17
Offender's Signature    ID#    Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: ___/___/___
- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

Print Counselor's Name    Counselor's Signature    Date of Response

**EMERGENCY REVIEW**

Date Received: ___/___/___

Is this determined to be of an emergency nature?
- [ ] Yes; expe[dite]
- [ ] No; an em[ergency is not substantiated] Offender shou[ld submit this grievance] in the normal [manner]

(Plaintiff's) EXHIBIT "A"

Chief Administrative Officer's Signature    ___/___/___ Date

Distribution: Master File; Offender    Page 1 — 23 —    DOC 0046 (8/2012)

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE (Continued)**

EXPLAINED TO HIM WHAT MY ISSUE WAS (MAJOR SAWYER) WENT INTO HEALTHCARE UNIT AND INFORMED (SGT. MONTEZ) OF THE PROBLEM, WHEN (MAJOR SAWYER) WAS LEAVING HE TOLD ME "THEY KNOW AND SHOULD BE COMING TO GET ME TO SEE THE DOCTOR - SGT MONTEZ SAID HE WOULD TAKE CARE OF YOU" HOWEVER NOBODY CAME SO I SENT SEVERAL OFFICERS TO THE HEALTHCARE UNIT D.R. FINALLY (SGT MONTEZ) CAME OUT AND TOLD ME I HAD TO "WAIT" UNTIL ALL THE "DIABETIC LINES" WERE OUT OF THE HEALTHCARE UNIT GETTING THEIR MEDS SO I REMAINED IN THE OUTSIDE BULLPEN AN ADDITIONAL 30 MINUTES, BEFORE NURSE TINA CAME OUT AND EXAMINED THE CUT UNDER MY EYE. I TOLD TINA ABOUT THE "POPPING SOUNDS" IN MY NECK, HOW EXTREMELY BAD IT HURT JUST TO HOLD MY HEAD UP AND THE "ELECTRIC CURRENTS" RUNNING UP AND DOWN MY NECK AND SPINE". I WAS THEN ESCORTED TO THE BACK OF THE HCU TO BE EXAMINED BY DR. AGUINALDO JR TO PUT STITCHES ON THE CUT UNDER MY EYE. HE ASKED ME TO LIE DOWN, AFTER I HAD EXPLAINED ABOUT MY NECK INJURY AND HOW MY CELLMATE JERKED TWISTED AND PULLED ON MY NECK AS IF TO BREAK IT. FINALLY ONE OF THE NURSES HELD MY HEAD WHILE LYING DOWN TO FINISH THE STITCHES. I ASKED DR. AGUINALDO WHAT ABOUT MY NECK? AND HE SAID "STOP FAKING NOTHING IS WRONG WITH ME". I ASKED FOR AN X-RAY AND SAID "THERE IS NO X-RAY TECHNICIAN AND ASKED ME TO MOVE MY FINGERS ARMS AND LEGS, AND TOLD ME IT WAS NOTHING BUT SORENESS FROM THE FIGHT. HE DID NOT GIVE ME ANY "NECK BRACE" AND LT. JABUREK TOOK ME TO SEGREGATION - NO PILLOW + I'M IN EXCRUCIATING PAIN AND KNOW SOMETHING IS BROKE IN MY NECK - AND NOBODY IS PROVIDING ADEQUATE MEDICAL CARE AND TREATMENT AND ALL OF THEM HAVE SHOWN DELIBERATE INDIFFERENCE TO THIS LIFE THREATENING VERY SERIOUS MEDICAL NEED -- COULD YOU PLEASE GET ME MEDICAL TREATMENT AND SOMETHING FOR THE PAIN -- I CAN'T SLEEP SLEEP, CAN'T HOLD MY HEAD UP. THE PAIN IS TOO GREAT AND TOO MUCH TO DEAL WITH THIS IS (SEVERE BODILY INJURY) THAT I'M NOT BEING TREATED FOR. I'M BEGGING YOU TO GET ME HELP

(END OF EMERGENCY GRIEVANCE)

(TO: WARDEN RANDY PFISTER)

1 of 4 PAGES

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE**

GRIEVANCE #H572

| | | |
|---|---|---|
| Date: 9/22/17 | Offender: (Please Print) AHMAD Poole | ID#: K-95348 |
| Present Facility: STATEVILLE | Facility where grievance issue occurred: STATEVILLE | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [ ] Other (specify): _____

- [ ] Disciplinary Report: ___/___/___ Date of Report _____ Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
- Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
- Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
- Chief Administrative Officer, only if EMERGENCY grievance.
- Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): ON THE ABOVE DATE 9/17/17 AND SHIFT 3-11 ME AND MY CELLMATE GOT INTO A PHYSICAL ALTERCATION. SGT K.SMITH AND C/O ANASTASIO BROKE UP THE FIGHT. I WAS THEN ESCORTED TO THE HEALTHCARE FACILITY BY LT JABUREK. I TOLD LT. JABUREK THAT IT FELT LIKE SOMETHING WAS BROKE IN MY NECK B/C EVERYSTEP I TOOK I COULD HEAR A POPPING SOUND. NOT ONLY THAT IT HURT EXTREMELY BAD JUST TO HOLD MY HEAD UP. IF I TURNED MY NECK TOO FAST I COULD ~~NEVER~~ FEEL AN ELECTRIC CURRENT SHOOT UP AND DOWN THE BONE IN MY NECK. LT JABUREK PUT ME IN THE OUTSIDE BULLPEN AND LEFT ME THERE FOR 25 TO 30 MIN. I BEGAN TO HOLLER TO GET SOMEONES ATTENTION B/C THE PAIN WAS SEVERE AND I NEEDED IMMEDIATE MEDICAL ASSISTANCE. MAJOR SAWYER CROSSED MY PATH AND I EXPLAINED TO HIM WHAT MY ISSUE WAS. MAJOR SAWYER WENT TO HEALTHCARE AND ENLIGHTEN

**Relief Requested:** TO HAVE DR.AGUINALDO REPRIMANDED SUSPENDED FOR 1 MONTH WITH NO PAY, C/O NORMAN REPRIMANDED SUSPENDED FOR 2 WEEKS WITH NO PAY

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Ahmad Poole | K-95348 | 9/22/17
Offender's Signature | ID# | Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: 10/3/17 | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: A copy of this grievance has been forwarded to the HCU for review and response and the Original Grievance has been forwarded to the Grievance Office. DO NOT send your copy to the HCU or the Grievance Officer. You will Receive a final response when HCU Responds to Same.

A RIGSBY | [signature] | 10/3/17
Print Counselor's Name | Counselor's Signature | Date of Response

**EMERGENCY REVIEW**

Date Received: ___/___/___ Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____
Chief Administrative Officer's Signature

(PLAINTIFF'S) EXHIBIT "B"

Distribution: Master File; Offender | Page 1

Printed on Recycled Paper
—25—

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE (Continued)**

The Sgt Montez on the problem, once Major Sanner left, Sgt Montez left me out in the bullpen. After constantly having officers knock on the door, Sgt Montez told me, I had to wait until they got the Diary tape out. Shortly after Nurse Tina came out to examine my injuries, she checked the cut beneath my eye, and asked me what is the issue with my neck. I told her about the popping sounds it was making when moved, how extremely bad it hurt just to hold it up, how it felt out of place and it moved, I could feel an electric current running up and down my neck. I was then escorted to the back of the healthcare by Lt. Jaburek. I was asked to sit down by Dr. Aguinaldo on the medical bed. He asked me to explain my injuries, I did so, and obviously he could see the cut beneath my eye. I told him about the fight with the cellmate, how he twisted and pulled on my hair that led to me being in a headlock, how he jerked, twisted and pulled on my neck as if trying to break it. Dr Aguinaldo asked me to lie down, so he can proceed to put the stitches beneath my eye, I couldn't lie down on my own, so one of the nurse assistants held my head for me. After Dr Aguinaldo was finished putting my stitches in, I asked him about my neck. He told me to stop faking nothing is wrong with me. I asked for a X-ray, he said there was no X-ray technician, and asked me to move my fingers, arms, and legs and asked do I feel any numbness. He stated I was just feeling the soreness from the fight and in a couple days it would go away. Dr Aguinaldo didn't give me a neck brace. I was handcuffed to the back and walked to the segregation unit by Lt. Jaburek, I received no pillow in segregation and couldn't sleep. If my neck went into the wrong position, it felt as if I was being electrocuted in my neck, the only way the pain would stop was if I braced my head with both my hands and shift my neck back in place, and you could hear it shift back in place. For the next 2 days the pain got worse, I couldn't eat, sleep, wash up and it was difficult for me to move. 8/19/17 I received a appointment to have a dressing change for the stitches, once I made it to healthcare Nurse Tina looked at my eye, and said send him back. When I tried to explain to her about my neck, but she ignored me. I was then escorted back to segregation. 8/21/17 I was scheduled to have bloodwork done at healthcare from the fight, Stephanie did the procedure, I told her about the situation with my neck from the popping sound, the way it felt out of place, and how I felt violent shocking pains running up and down my neck. Nurse Paige came in to give the AIDS test, and I explained to her the matter also, and still not receiving a X-ray. Stephanie and Paige both stated theres no everyday X-ray technician B/C the one that was here left. 8/22/17 received a pass for X-ray, but it was later cancelled. Five days after the incident and still no X-ray, with all the pain/complications. 8/24/17 I received a pass to have the stitches removed, Dr Aguinaldo decided not to remove them and had one of the nurse assistants to remove them. After the assistant was done I explained to Dr Aguinaldo again for the second time the problems I was having with my neck, the popping sound, the feeling of electric current running through my neck, it moved the wrong way, how I had to brace my neck with both hands to stabilize it. Once again Dr Aguinaldo ignored me medical assistance, and stated nothing is wrong with me stop acting. I was then escorted back to segregation. 8/25/17 I was finally called for a X-ray at NRC eight days later, the X-ray technician took as many pictures as [illegible] she needed, from many different angles. After she was done, I asked from her experience could she tell me, has any damage been done to my neck, she stated from her viewpoint

3 of 4 PAGES

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE**

Date: 9/22/17
Offender (Please Print): AHMAD Poole
IDs: K95348

Present Facility:
Facility where grievance issue occurred:

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [ ] Other (specify):
- [ ] Disciplinary Report: ___/___/___ Date of Report / Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance: EVERYTHING WAS FINE. AND SHE WOULD LET THE DOCTORS TELL ME. I WAS THEN ESCORTED BACK TO SEGREGATION. 8/28/17 I RECIEVED A FOLLOW UP APPEARANCE WITH DR. ABUIWADO. HE REVIEWED THE DOCUMENTS TO THE BLOODWORK THAT WAS DONE, HE STATED EVERYTHING WAS FINE. WHEN IT CAME TIME TO READ THE X-RAY TECHNICIANS REPORT AND REVIEW THE X-RAYS FOR MY NECK. HE WAS VERY APPREHENSIVE. AND STATED THE INJURY WAS NOTHING AND THAT IT WOULD HEAL ON ITS OWN. WHEN I REITERATED WHAT I'VE BEEN SAYING SINCE THE DAY OF THE INCIDENT 8/17/17 ABOUT THE RIPPING SOUND, FEELING LIKE I WAS BEING SHOCKED, AND HOW IT HURTED TO JUST SIT UP IN A REGULAR POSITION FOR A LONG PERIOD OF TIME. HE TOLD ME TO STOP ACTING LIKE A BABY, AND I'LL BE OUT OF SEGREGATION SOON. HE STATED I HAD A FRACTURE IN MY NECK, BUT IT WASN'T BAD AND I WOULDN'T NEED SURGERY.

Relief Requested: ___

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Offender's Signature: Ahmad Poole
IDs: K-95348
Date: 9, 22, 17

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: ___/___/___
- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: ___

Print Counselor's Name / Counselor's Signature / Date of Response

**EMERGENCY REVIEW**

Date Received: ___/___/___
Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature / Date

Distribution: Master File; Offender
Page 1 —27—
DOC 0046 (8/2012)
Printed on Recycled Paper

4 of 4 PAGES

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE (Continued)**

he put me in to see the medical director b/c he wasn't a bone specialist. This was the third time I seen Dr. Aguinaldo, and each time he took my injury/complaints as a joke and denied me the proper medical treatment. Since the day of the incident 8/17/17 he didn't send me out for x-ray nor did he give me a neck brace. After our follow up appointment Dr. Aguinaldo still didn't issue me a neck brace. I was then escorted back to segregation with a fracture in my neck, that I've been moving back + forth with unprotected for eleven days. 8/30/17 recieved a pass to see the medical director Dr. Obaisi, who had no idea why I was there, and stated he just seen me, which he didn't. He didn't even have the recent documents from my injury in the record book. Once I told him the reasons for my presence he sent a nurse assistant to retrieve the x-ray report and photos. Dr. Obaisi read the x-ray technicians report, the same report that Dr. Aguinaldo viewed first, but refused to give me any type of medical assistance. Dr. Obaisi began to fill out paper work, made a phone call and told me, I'm heading to the emergency room St. Joseph Hospital. The out team showed up C/O Norman and C/O Hatchet. Dr. Obaisi said call for a ambulance but C/O Norman said no he'll drive. Dr. Obaisi said give him a wheel chair C/O Norman said no he could walk. I was given a neck brace, shackled from hands to feet and headed to the hospital. Once outside the building C/O Norman had me walk halfway through the parking lot to get in the van. At St. Joseph I was given a CT scan, but was later transferred to UIC Hospital. St. Joseph asked did we need a ambulance, once again C/O Norman said no. At UIC hospital I was given a MRI, later on had surgery, where a plate and 2 two screws was implanted in my neck and my bones was fused together. Due to Dr. Aguinaldo's failure to give me the proper medical treatment, who knows how severe the damage that was done and the damage it would cause in the short/long term. I could of been paralyzed or even worse died. B/c of Dr. Aguinaldo's neglect and not taking my injury as a serious manner! Dr. Aguinaldo deliberately denied me the proper medical assistance that was needed three times. It took a total of 13 days to recieve treatment for a fractured neck.

It took me a minute to write this grievance, b/c I was in segregation with a serious neck injury, that wouldn't allow me to write or sit up for long periods of time. I then had surgery at UIC where I stayed for nine days. I'm just now getting better, but the pain is still severe and still have complications.

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**RESPONSE TO COMMITTED PERSON'S GRIEVANCE**

E519

### Grievance Officer's Report

**Date Received:** 10/05/17  **Date of Review:** 12/11/17  **Grievance #** H572

**Committed Person:** Ahmad Poole  **ID #:** K95348

**Nature of Grievance:** Medical Treatment

**Facts Reviewed:** Grievant claims on a grievance dated 9/22/17 that he and his cell mate had a physical altercation on 8/17/17 after which he was escorted to the Health Care Unit by Lt. Jaburek. Offender claims that his neck was making popping sounds and he had a cut under his eye and he was examined by a nurse and Dr. Aguinaldo and given stiches. Offender was seen in the Health Care Unit on 8/19/17 to have the dressing changed under his eye. Offender claims that he received a pass for X-ray on 8/22/17 but it was cancelled. Offender claims that he was seen by Dr. Aguinaldo on 8/24/17 and discussed issues with his neck and had X-rays taken on 8/25/17. Offender claims that he was seen by Dr. Aguinaldo for follow up on 8/28/17 and told that he had a fracture in his neck which wouldn't need surgery. Offender claims that he was seen by Medical Director Dr. Obaisi on 8/30/17 and sent to St. Joseph's Hospital where he was given a CT scan. Offender claims that he was transferred to UIC Hospital where he was given an MRI, had surgery where a plate and 2 screws were implanted in his neck and bones were fused together. Offender claims that he did not receive proper medical attention from Dr. Aguinaldo.

Grievance Officer finds according to Health Care Unit staff "After reviewing offender's medical record. He was seen the day it happened 8/17/17; followed up on 8/21/17, still waiting for X-ray to be done; 8/24/17 to get stiches out; and 8/28/17 referred to medical director. X-ray was done on 8/22/17, read on 8/27/17 by radiologist. Seen by Dr. Obaisi on 8/30/17, sent to local hospital."

*Grievance Officer has no medical expertise or authority to contradict the doctor's/DON's/RN's recommendation / diagnosis.*

**Recommendation:** **DENIED as grievant appears to be receiving medical care at this time.**

David Mansfield, CCII
Print Grievance Officer's Name

*David Mansfield, CCII*
Grievance Officer's Signature

(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

### Chief Administrative Officer's Response

**Date Received:** 12.12.17  ☒ I concur  ☐ I do not concur  ☐ Remand

**Comments:**

Chief Administrative Officer's Signature  12.12.17

### Committed Person's Appeal To The Director

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

Committed Person's Signature  ID#

(Plaintiff's) EXHIBIT "C"

-29-

Distribution: Master File; Committed Person  Page 1
Printed on Recycled Paper
(Replaces DC 5657)

Bruce Rauner
Governor



John Baldwin
Acting Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Offender: _Poole, Ahmad_     1/8/18
ID# : _K95348_                Date
Facility: _Stateville_

This is in response to your grievance received on _1/3/18_. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: _9/22/17_ Grievance Number: _11572_ Griev Loc: _Stateville_

☐ Transfer denied by the Facility
☐ Dietary
☐ Personal Property
☐ Mailroom/Publications
☐ Assignment (job, cell)
☐ Commissary / Trust Fund
☐ Conditions (cell conditions, cleaning supplies, etc.)
☐ Disciplinary Report: Dated: _____ Incident # _____
☒ Other _Medical - treatment received f-  ? k injured 8/17/17_

Based on a review of all available information, this office has det...d ... to be:

☐ Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by _____.

☐ [...] ...wing the procedures outlined in DR5.

☐ Denied ... ...ollo... in accordance with DR 420 for remova.../denial of an offender ... ...or an assignment.

☐ Denied, in accordance with DR504F, this is an administrative decision.

☒ Denied, this office finds the issue was appropriately addressed by the facility Administration.

☐ Denied as this office finds no violation of the offender's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offender committed the offense cited in the report.

☐ Other: _Medical records reflect offender assessed and provided medical treatment deemed necessary by the facility medical staff._

FOR THE BOARD: _Debbie Knauer_       CONCURRED: _John R. Baldwin_  1/10/18
Debbie Knauer                                    John R. Baldwin
Administrative Review Board                      Acting Director

CC: Warden, _Stateville_ Correctional Center
    _Poole_, ID# _K95348_

(Plaintiff's) EXHIBIT "D"

Mission: To serve justice in Illinois and increase public safety by promoting ... offender behavior, operating successful reentry programs, and reducir ...

—30— www.illinois.gov/idoc

Poole 2044