**THE UNITED STATES DISTRICT COURT FOR**
**THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| AHMAD POOLE (K95348), | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 20-CV-0014 |
| | ) | |
| | ) | |
| v. | ) | Honorable Manish S. Shah |
| | ) | |
| DR. E. AGUINALDO, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

# Exhibit 4

Evaristo Aguinaldo, M.D., Volume 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

AHMAD POOLE,                          )
                                      )
             Plaintiff,               )
                                      )
    vs.                               )  No. 20 C 0014
                                      )
EVARISTO AGUINALDO, ET AL.,           )
                                      )
             Defendants.              )

CONTINUED DEPOSITION OF:
EVARISTO AGUINALDO, M.D.

The continued deposition of EVARISTO

AGUINALDO, M.D., pursuant to notice and pursuant to

the Federal Rules of Civil Procedure for the United

States District Courts pertaining to the taking of

depositions, taken before SOPHIA KARNEZIS, CSR, RPR,

a Notary Public in and for the County of Will, State

of Illinois, at 15 West Jefferson Street, Joliet,

Illinois, on the 16th day of March, 2022, at

11:08 a.m.

Evaristo Aguinaldo, M.D., Volume 2

---

Page 84

1              A P P E A R A N C E S
2    LOEVY & LOEVY by
       MS. ISABELLA AGUILAR and
3      MS. SARAH GRADY (via Zoom)
       311 North Aberdeen Street, Third Floor
4    Chicago, Illinois  60607
5        on behalf of Plaintiff,
6    CONNOLLY KRAUSE LLC by
       MR. ROBERT S. TENGESDAL
7    500 West Madison Street, Suite 2430
     Chicago, Illinois  60661
8
         on behalf of Defendants Evaristo
9        Aguinaldo, M.D., Tina Tomaras, and
         Logan Giaquinta,
10
     OFFICE OF THE ILLINOIS ATTORNEY GENERAL by
11     MS. KRISTIN K. LINDEMANN
       100 West Randolph Street, 13th Floor
12   Chicago, Illinois  60601
13       on behalf of Defendants Lt. Jaburek
         and Officer Norman.
14
15
16
17
18
19
20
21
22
23
24

---

Page 85

1                    I N D E X
2    EXAMINATIONS:                        PAGE
3    EVARISTO AGUINALDO, M.D.
       Direct (Cont'd)By Ms. Aguilar ............86
4      Cross By Mr. Tengesdal .................210
       Cross By Ms. Lindemann .................232
5      Redirect By Ms. Aguilar .................234
       Recross By Mr. Tengesdal ...............235
6
7           NO EXHIBITS WERE MARKED
8
9           EXHIBITS PREVIOUSLY MARKED
10                    FIRST
     DEPOSITION EXHIBIT                REFERENCED
11
       Exhibit 1 ...............................108
12     Exhibit 2 ...............................130
       Exhibit 3 ...............................136
13     Exhibit 4 ...............................151
       Exhibit 5 ...............................154
14     Group Exhibit 6 ........................157
       Exhibit 7 ...............................159
15     Exhibit 8 ...............................163
       Exhibit 9 ...............................164
16     Exhibit 10 .............................168
       Exhibit 11 .............................170
17     Exhibit 12 .............................172
       Exhibit 13 .............................177
18     Exhibit 14 .............................178
       Exhibit 15 .............................204
19
20           EXHIBITS ATTACHED
21
22
23
24

---

Page 86

1          EVARISTO AGUINALDO, M.D.,
2    called as a witness herein on behalf of the
3    Plaintiff, having been first duly sworn, was examined
4    and testified as follows:
5          DIRECT EXAMINATION (Cont'd)
6    BY MS. AGUILAR:
7      Q   Good morning, Dr. Aguinaldo.
8      A   Good morning, Counselor.
9      Q   I appreciate you meeting me in person, and
10   apologies about the technical difficulties last time.
11   I'm not going to go over the rules with you again
12   just because we already went over them.  Is that okay
13   with you?
14     A   Correct.
15     Q   Okay.
16     A   Just slow down a little bit, okay?
17     Q   Oh, okay.  Sorry.  I do talk very fast, so
18   I will do my best.  Sorry about that.
19         I believe we were discussing generally neck
20   conditions and why a patient would need a neck brace.
21   Does that sound right to you?
22     A   Yes.
23     Q   Okay.  Can you just tell me again why a
24   patient would need a neck brace?

---

Page 87

1      A   Can you repeat your question, please?
2      Q   Yes.  Can you please tell me why a patient
3    would need a neck brace?
4      A   Okay.  Wearing a neck brace, you mean?
5      Q   Yes, a neck brace for their neck.  Do you
6    understand what I mean when I say neck brace?
7      A   Yes, I understand.
8          MR. TENGESDAL:  Objection, incomplete
9    hypothetical.
10   BY MS. AGUILAR:
11     Q   Can you tell me why a patient would need a
12   neck brace?
13     A   Well, the reason why you wear a neck brace
14   is that's to immobilize the neck so it wouldn't cause
15   any kind of further damage.
16     Q   Okay.
17     A   If there is some kind of serious injury.
18     Q   Okay.  And how do you determine if a
19   patient needs a neck brace?
20     A   Well, you have to examine them properly.
21   You have to observe the neck.  You have to see
22   whether there's some kind of physical evidence.  You
23   examine it, you observe, then you palpate.
24     Q   Okay.  And can you expand on physical

---

Evaristo Aguinaldo, M.D., Volume 2

Page 88

1  evidence? What sort of physical evidence would you
2  look for?
3  **A It's just like when you try to examine it,**
4  **there's some kind of tenderness and when you ask your**
5  **patient to move his neck from side to side, up and**
6  **down like that (indicating).**
7  Q Okay. And what if a patient does not
8  get -- strike that.
9  Would it be inappropriate if a patient is
10 complaining of neck pain to not perform a medical
11 examination of the neck?
12 MR. TENGESDAL: Objection, asked and answered.
13 **A What do you mean?**
14 BY MS. AGUILAR:
15 Q If a patient was complaining of neck
16 pain --
17 **A Correct.**
18 Q -- would it be inappropriate to not perform
19 an examination of the neck?
20 MR. TENGESDAL: Objection, asked and answered on
21 page 49 of Dr. Aguinaldo's deposition.
22 MS. AGUILAR: You can answer, Doctor.
23 **A Inappropriate?**
24 Q Would it be inappropriate or incorrect to

Page 89

1  not examine the neck if a patient is complaining of
2  neck pain?
3  MR. TENGESDAL: Again, asked and answered at the
4  prior deposition.
5  **A You have to examine the neck. You have to**
6  **appropriately examine the neck and to check also**
7  **whether there is some kind of neurological findings.**
8  BY MS. AGUILAR:
9  Q Okay. Can you tell me what a C3-C4
10 posterior cervical fusion is?
11 **A What do you mean?**
12 Q Do you know what a C3-C4 posterior cervical
13 fusion is?
14 **A I know the C3-C4 are the cervical**
15 **vertebrae. What fusion means is just like if you**
16 **fuse it together. It's just what is done by surgery**
17 **if you have a fusion.**
18 Q Okay. Can you tell me what a subluxation
19 for the facet joints is?
20 MR. TENGESDAL: Objection, asked and answered at
21 the prior deposition.
22 **A Can you repeat your question, please?**
23 BY MS. AGUILAR:
24 Q Sure. And I also just want to ensure that

Page 90

1  we're all on the same page. I understand that I
2  might be repeating, so I do apologize in advance,
3  Doctor. But can you tell me what a subluxation for
4  the facet joints is?
5  **A Subluxation is just like, you know, the**
6  **alignment of the bone of the neck. Sometimes it's**
7  **either rigid or it could -- or it's hard to move.**
8  Q Okay. And typically if there's no
9  subluxation, is it rigid or is it not rigid?
10 MR. TENGESDAL: What?
11 MS. AGUILAR: He specifically talked about how
12 it's difficult to move.
13 Q I believe you said the neck was difficult
14 to move. Did I misstate your testimony?
15 **A What did you say?**
16 Q I believe you stated it was hard for the
17 neck to move if there's a subluxation, is that right?
18 **A It's hard to move and probably it's painful**
19 **to move if there is some kind of subluxation.**
20 Q Okay. Would you consider the following
21 injury to collectively constitute a serious medical
22 condition: Axial neck pain?
23 MR. TENGESDAL: Objection, asks for a legal
24 conclusion.

Page 91

1  **A Well, is a subluxation, as you said, it**
2  **could be a serious medical condition?**
3  BY MS. AGUILAR:
4  Q Yes.
5  **A Yes.**
6  Q Okay. Would you consider a cervical facet
7  fracture to collectively institute a serious medical
8  condition?
9  MR. TENGESDAL: Objection, calls for a legal
10 conclusion.
11 **A Correct.**
12 BY MS. AGUILAR:
13 Q Okay. Can you please tell me all of the
14 appropriate treatment options for a patient who has
15 suffered a right cervical 3 facet fracture and
16 subluxation?
17 **A Well, you see, I'm not a specialist. If**
18 **there's some kind of -- if there's some kind of**
19 **serious injury to the neck, so I really don't know.**
20 Q Okay. So since you're not a specialist,
21 would you have to refer a patient out if they have
22 complaints of neck pain?
23 **A If just a simple neck pain, then probably**
24 **you can just give them some kind of conservative**

Evaristo Aguinaldo, M.D., Volume 2

Page 92

1  management.
2      Q   Okay. How do you determine if a patient
3  should be sent out to a specialist?
4      A   If there is some kind of evidence of
5  fracture or some kind of evidence of, you know, some
6  kinds of neurological that accompanies the fracture.
7      Q   Okay. Do you have personal knowledge of
8  any risk of harm that might result from doing nothing
9  in response to a cervical 3 facet fracture and
10 subluxation?
11     A   Can you repeat the question?
12     Q   Sure.
13     A   It's a little complicated.
14     Q   Sorry about that. Absolutely. Do you have
15 personal knowledge of any risk of harm that might
16 result from doing nothing in response to a patient
17 who has a right cervical 3 facet fracture and
18 subluxation?
19     MR. TENGESDAL: Objection, calls for medical
20 opinion of a specialist beyond the scope of
21 Dr. Aguinaldo's expertise.
22     A   Well, with that kind of condition, you
23 know, it's a serious type, that basically it has to
24 be referred to a specialist.

Page 93

1  BY MS. AGUILAR:
2      Q   Okay. So you're not able to speak on that,
3  correct?
4      A   What?
5      Q   You're not able to speak on that because
6  you're not a specialist, then; correct?
7      A   Well, I would defer to specialist because
8  they know better than me.
9      Q   Okay. Do you know if the standard of care
10 requires any type of medical brace to be given to a
11 patient with a neck fracture?
12     A   Yes. For a neck fracture.
13     Q   Is it consistent with the standard of care
14 to force a patient to hold up their neck with their
15 hands rather than give them a neck brace if they have
16 a neck fracture?
17     A   Well, as I said, again, if they have a neck
18 fracture, it has to be treated by a specialist.
19     Q   Okay. But should they be given a neck
20 brace?
21     A   Yes.
22     Q   Okay. Why should they be given a neck
23 brace?
24     A   Well, as I said, just to immobilize so it

Page 94

1  won't cause any further damage.
2      Q   Okay. According to Wexford policies and
3  practices, when a patient notifies medical staff that
4  he is suffering shooting pain for days in his neck,
5  should the patient be examined by medical staff?
6      MR. TENGESDAL: Objection, misstates the medical
7  record. Go ahead.
8      A   Can you repeat your question?
9  BY MS. AGUILAR:
10     Q   Sure. According to Wexford policies and
11 practices, when a patient notifies medical staff that
12 he's suffering shooting pain for days in his neck,
13 should that patient be examined by medical staff?
14     A   Correct.
15     Q   Okay. And what is the proper examination
16 for the medical staff to perform in that particular
17 situation according to Wexford policies and
18 practices?
19     A   If the patient complain of neck pain and
20 you have to try to -- you have to observe, you know.
21 You have to try to palpate the neck, and you have to
22 do some kind of neurological examination. You also
23 try to rotate the neck to see the range of motion.
24     MR. TENGESDAL: Can you not type while he's

Page 95

1  answering?
2      MS. AGUILAR: Oh, I'm sorry. I'm just trying to
3  make sure that I don't miss his answer or misstate
4  testimony. You can answer.
5      MR. TENGESDAL: Well, it's just because of the
6  noise. Go ahead, Doctor, finish your answer.
7      A   I give my answer already.
8  BY MS. AGUILAR:
9      Q   Is there anything else that you didn't
10 mention?
11     A   I think that's all.
12     Q   Okay. Can you describe to me how you
13 palpate the neck?
14     A   Well, you have to let the patient sit down.
15 Then you have to examine, you know, you have to check
16 the muscles in the side of the neck, you have to
17 check the spinous process.
18     Q   And do you do that by observing with your
19 eyes or do you use your hands? How exactly do you do
20 that?
21     A   Well, eyes and hands should be there
22 together, you know.
23     Q   Do you know what an axial loading test is?
24     A   Just like pressing like this (indicating).

Evaristo Aguinaldo, M.D., Volume 2

Page 96

1    MS. AGUILAR: Okay.
2    MR. TENGESDAL: Well, can you describe what you
3 just did?
4    A   The loading test, you mean?
5 BY MS. AGUILAR:
6    Q   Yes. Can you please describe what an axial
7 loading test is so that I can understand?
8    A   Okay. The loading test is just like try to
9 press the head like this (indicating), if there's
10 some kind of rigidity or not or she can move it left
11 or right or she can extend it like that, and there
12 would be some kind of pain when you do this kind of
13 test.
14    Q   And when you say there would be some kind
15 of pain, would that be subjective pain that the
16 patient has?
17    A   That's subjective.
18    Q   Okay. And how could a patient express that
19 subjective pain?
20    A   What do you mean?
21    Q   Would a patient tell you explicitly that
22 they have pain? That would be a subjective
23 expression of pain?
24    A   They will tell you they have some kind of a

Page 97

1 pain.
2    Q   Okay. Or, for example, a facial expression
3 such as a grimace?
4    A   Correct.
5    Q   Okay. Do you know what a Spurling test is?
6    A   A Spurling test is some kind of examination
7 of the neck which you can ask the patient to rotate
8 left and right, then on one side to extend the neck
9 like that (indicating).
10    Q   Okay. And when you say extend the neck
11 like that, can you describe that just for the record?
12    A   Like this (indicating). You know, you try
13 to ask the patient to move the neck left and right,
14 then extend it in either right side or -- extend it
15 right or left side.
16    Q   And when a patient presents with neck pain,
17 do you perform Spurling tests on that patient?
18    A   Yes, ma'am.
19    Q   Okay. And when a patient presents with
20 neck pain, do you perform axial loading tests on that
21 patient?
22    A   Yes, ma'am.
23    Q   Okay. In your professional opinion, would
24 it be inappropriate to not perform either of those

Page 98

1 tests?
2    A   You have to also check for neurological
3 symptoms.
4    Q   Okay. But would it be inappropriate to not
5 perform a Spurling test or an axial loading test on a
6 patient with neck pain?
7    A   It should be appropriate to do this test.
8    Q   Okay. Should any testing be done to
9 evaluate if there is a spinal cord injury as well
10 besides the neck pain?
11    A   Can you repeat the question?
12    Q   Sure. I can also rephrase if it's a little
13 confusing.
14    A   Yeah. And speak slowly.
15    Q   Sure. Should any testing be done to
16 evaluate if there is a spinal cord injury if a
17 patient presents with neck pain?
18    A   Yes, I think so. Yes.
19    Q   And can you tell me how that's done?
20    A   Well, as I said, the spinal cord injury --
21 as I said, I'm not a neurologist, a specialist. So
22 as I said, the basic things -- all I know is the one
23 I told you already before.
24    Q   I understand. And I understand that you

Page 99

1 said you're not a specialist.
2    A   Right.
3    Q   But if a patient presents with neck pain,
4 would you perform any sort of testing to evaluate if
5 there's a spinal cord injury?
6    A   Yes. That's the same thing as doing the --
7 as I told you before just like asking the patient,
8 observation of the neck, palpation of the cervical
9 vertebrae, then ask him again to rotate the neck
10 sideways like that and extended -- hyperextension and
11 extension like that (indicating).
12    Q   Okay.
13    A   Those are the test already, the basic
14 tests.
15    Q   Okay. And I believe you stated
16 neurological examination as well, correct?
17    A   Correct.
18    Q   Can you describe that for me as well?
19    A   Okay. For the neurological examination,
20 all you have to do is you can ask the patient, you
21 know, by -- you grab his hand. You see whether
22 there's the muscle tone of the fingers, muscle tone
23 to the muscle like that. You can also -- what do you
24 call it? The reflexes, you try the reflexes of the

Evaristo Aguinaldo, M.D., Volume 2

---

Page 100

1  **biceps and the tricep.**
2  Q   Okay.  Is there any other testing that
3  should be done if a patient presents with neck injury
4  that you haven't already mentioned?
5  **A   Well, there's another test.  They call it**
6  **you extend the thumb to see if there's some kind of**
7  **injury, then the thumb and the little pinkie fingers**
8  **if there's some kind of neck injury.**
9  Q   Okay.  Do you have any personal knowledge
10 of what the risks are associated with a spinal cord
11 injury?
12 **A   Can you repeat the question?**
13 Q   Sure.  Do you have any personal knowledge
14 of what the risks are that are associated with a
15 spinal cord injury?
16 MR. TENGESDAL:  I'm just going to object to the
17 general nature of a spinal cord injury, especially
18 since Mr. Poole doesn't have one.
19 **A   No, I don't have any knowledge.**
20 BY MS. AGUILAR:
21 Q   Okay.  Do you have any knowledge of what
22 the risks are associated with a neck injury?
23 **A   Slow down.  The neck injury -- I can't**
24 **understand.**

---

Page 101

1  Q   Sure.  Do you have any personal knowledge
2  of what the risks are associated with a neck injury?
3  **A   Yes.  There's a lot of risks about neck**
4  **injury.**
5  Q   Okay.  Can you tell me some of the risks
6  that you're aware of?
7  **A   Some of the risks is that, as I said, you**
8  **can be paralyzed from the neck, waist down.**
9  Q   Okay.
10 **A   Paralysis.**
11 Q   Are there any others?
12 **A   And if there's paralysis waist down, then**
13 **they may have some kind of bladder problem.**
14 Q   Okay.  Anything else?
15 **A   That's all I know.  As I said, I'm not a**
16 **specialist in this kind of neck injury.**
17 Q   Okay.  So I would now like to talk to you
18 about the injury that Mr. Poole specifically faced in
19 August of 2017 if that's okay?
20 **A   Correct.**
21 Q   Okay.  So I would like to go over what you
22 remember specifically based on your independent
23 recollection.  When I say independent recollection, I
24 mean what you remember as you sit here right now

---

Page 102

1  based on your memory without looking at any documents
2  or remembering anything anyone else has told you;
3  okay?
4  **A   Okay.**
5  Q   Do you know what I mean when I say memory
6  and independent recollection?
7  **A   Right.**
8  Q   Okay.  I'd like to talk to you specifically
9  about August 17, 2017.  Do you have an independent
10 recollection of that day?
11 **A   No.**
12 MR. TENGESDAL:  Objection, asked and answered at
13 the first deposition.
14 **A   I have to see the chart.  I don't have an**
15 **independent recollection.**
16 BY MS. AGUILAR:
17 Q   Okay.  So fair to say you don't have an
18 independent recollection of speaking with Mr. Ahmad
19 Poole that day?
20 MR. TENGESDAL:  Objection, asked and answered at
21 the first deposition.
22 **A   Correct.  I don't have an independent**
23 **recollection.**
24

---

Page 103

1  BY MS. AGUILAR:
2  Q   Okay.  And you don't have an independent
3  recollection of speaking with Lieutenant Jaburek on
4  that day?
5  **A   Who is that?**
6  Q   So he is a defendant in this case.  He
7  works for the Illinois Department of Corrections.
8  **A   Well, I don't know him.**
9  Q   Okay.  So fair to say you don't remember
10 speaking with him, then; correct?
11 **A   As I said, I don't have an independent**
12 **recollection.  I have to base on my chart.**
13 Q   Is it also fair to say you don't have an
14 independent recollection of speaking with Tina
15 Tomaras on that day?
16 **A   Correct.**
17 Q   Okay.  And you don't have an independent
18 recollection of speaking to anyone else that I
19 haven't mentioned about Ahmad Poole on that day,
20 right?
21 **A   Correct.**
22 Q   Do you have an independent recollection of
23 performing a physical assessment on Ahmad Poole on
24 August 17, 2017?

---

Evaristo Aguinaldo, M.D., Volume 2

Page 104

1     MR. TENGESDAL:  Objection, asked and answered at
2  his first deposition.
3     **A   As I said, I don't have any independent**
4  **recollection whatsoever.  I have to see my chart.**
5  BY MS. AGUILAR:
6     Q   Okay, thank you.  And thank you for bearing
7  with me as I go through these questions.
8        Do you have an independent recollection at
9  all of providing any treatment to Ahmad Poole on
10  August 17, 2017?
11    **A   Not at all.**
12    Q   Okay.  Do you have an independent
13  recollection of seeing Ahmad Poole physically
14  supporting his own neck while he was speaking to you?
15    **A   None.**
16    Q   Okay.  Do you have an independent
17  recollection of ordering a neck brace for Mr. Ahmad
18  Poole on August 17, 2017?
19    **A   Not at all.**
20    Q   Okay.  And do you have an independent
21  recollection of referring Mr. Poole to a specialist
22  on August 17, 2017?
23    **A   None.**
24    Q   I'd like to talk to you now about

Page 105

1  August 24th, 2017.  Do you have an independent
2  recollection of that day?
3     **A   No, I don't.**
4     MR. TENGESDAL:  Objection, asked and answered.
5  BY MS. AGUILAR:
6     Q   Okay.  Do you have an independent
7  recollection of speaking with Ahmad Poole at all on
8  that day?
9     **A   No, ma'am.**
10    Q   And, again, I thank you for bearing with
11  me.  So fair to say you don't have an independent
12  recollection either of speaking with Tina Tomaras on
13  that day, right?
14    **A   Correct.**
15    Q   And fair to say you don't have an
16  independent recollection of speaking to anyone else
17  that I didn't mention about Ahmad Poole on August 24,
18  2017; right?
19    **A   Correct.**
20    Q   Okay.  And you don't have an independent
21  recollection of performing a physical assessment on
22  Mr. Poole on August 24, 2017?
23    **A   Not at all, ma'am.**
24    Q   Okay.  And you don't have an independent

Page 106

1  recollection of providing any treatment to Ahmad
2  Poole on August 24, 2017; correct?
3     **A   Correct.**
4     Q   You don't have an independent recollection
5  of seeing Mr. Poole physically supporting his own
6  neck while speaking to you on that day, right?
7     **A   Correct.**
8     Q   And you don't have an independent
9  recollection of Ahmad Poole telling you about his
10  severe neck pain that he had been experiencing since
11  August 17th of 2017; right?
12    **A   Correct.**
13    Q   Okay.  Fair to say you don't have an
14  independent recollection of Ahmad Poole describing
15  his symptoms to you as a popping sound, electric
16  shocks going down his spine, and explaining he had an
17  inability to hold his head up?
18    **A   Correct.**
19    Q   Okay.  Do you have an independent
20  recollection of ordering a neck brace for Ahmad Poole
21  on August 24, 2017?
22    **A   Correct.**
23    Q   I'm sorry, you do or you do not?
24    **A   No, I don't.**

Page 107

1     Q   Okay.  And fair to say you don't have an
2  independent recollection of referring him to a
3  specialist on that day, right?
4     **A   Correct.**
5     Q   Okay.  Do you have an independent
6  recollection of ordering an X-ray for Mr. Poole on
7  that day?
8     **A   No, not at all.**
9     Q   Okay.  I'd now like to talk to you about
10  August 28, 2017.  Do you have an independent
11  recollection of that specific day?
12    **A   No.**
13    Q   Fair to say you don't have an independent
14  recollection of seeing Mr. Poole on that day?
15    **A   Correct.**
16    Q   Okay.  Do you have an independent
17  recollection of reading the X-ray technician report
18  on that day?
19    **A   Correct.**
20    Q   I'm sorry, you do or you don't?
21    **A   No.  No, I don't have an independent**
22  **recollection.  I have to base on my record.**
23    Q   Okay.  I understand.  So then also fair to
24  say you don't have an independent recollection of

Evaristo Aguinaldo, M.D., Volume 2

Page 108

1 speaking with the X-ray technician who took
2 Mr. Poole's X-rays, then; correct?
3     A  Correct.
4     Q  Okay. Do you have an independent
5 recollection of telling Mr. Poole that he had a
6 fracture in his neck?
7     A  I don't have an independent recollection.
8     Q  And fair to say you don't have an
9 independent recollection of telling Mr. Poole he
10 wouldn't need surgery?
11     A  Yes.
12     Q  Okay. Do you have an independent
13 recollection of sending Mr. Poole to a specialist on
14 August 28, 2017?
15     A  No independent recollection.
16     Q  And fair to say you don't have an
17 independent recollection of providing a meaningful
18 examination of Mr. Poole's neck on August 28, 2017;
19 correct?
20     A  Correct.
21     Q  Okay. Thank you for bearing with me, and
22 I'd now like to talk to you about the documents. So
23 I'd first like to go to what I'll mark as Exhibit 1.
24 It's Bates stamped Illinois Department of Corrections

Page 109

1 IDOC 2 through 7. Just for your knowledge, it's the
2 grievance documents. Let me know once you see them.
3     MR. TENGESDAL: I object. The grievance
4 documents are hearsay, foundation.
5     MS. AGUILAR: Can we go off the record, please.
6         (Discussion off the record.)
7 BY MS. AGUILAR:
8     Q  Doctor, I'm going to ask you some questions
9 about this document, so I would like for you to look
10 at it. Take as much time as you need, and then I'll
11 ask you some questions; okay?
12     A  Okay.
13     MR. TENGESDAL: Just the first page?
14     MS. AGUILAR: No. You can start at Bates
15 stamp 4, and I would ask that you go to Bates
16 stamp 7. Those are the documents I'll be asking you
17 questions about.
18     THE WITNESS: What page?
19     MS. AGUILAR: Page 4 through 7.
20     MR. TENGESDAL: I object to the doctor reviewing
21 this. It's not in his handwriting for him to
22 interpret this, but go ahead.
23     THE WITNESS: (Witness complies.)
24

Page 110

1 BY MS. AGUILAR:
2     Q  Are you ready for me to ask you some
3 questions? You spent time with it, and you feel
4 okay?
5     MR. TENGESDAL: Objection to the form of the
6 question.
7 BY MS. AGUILAR:
8     Q  Do you feel you've had sufficient time or
9 do you need more time?
10     A  What did you say?
11     Q  Do you feel you've had enough time or do
12 you need more time --
13     MR. TENGESDAL: I just object.
14 BY MS. AGUILAR:
15     Q  -- to review the documents?
16     MR. TENGESDAL: Ask him questions.
17     MS. AGUILAR: Okay.
18     MR. TENGESDAL: Doctor, just put the forms aside
19 and wait for a question; okay?
20     THE WITNESS: Okay.
21 BY MS. AGUILAR:
22     Q  I'm going to direct your attention to the
23 third page of the document, which is Bates stamped
24 IDOC 3. Do you see that, Doctor?

Page 111

1     A  Which one?
2     Q  The third page. It's Bates stamped IDOC 3
3 on the bottom of the page.
4     MR. TENGESDAL: It says IDOC 6, page 3 of the
5 document. Do you have a page 3 at the bottom?
6     MS. AGUILAR: I'm sorry, do you have the wrong
7 one?
8     MR. TENGESDAL: I didn't see him reviewing that
9 one. So this (indicating)?
10     MS. AGUILAR: Yes. I'm just asking questions
11 about the very top.
12     MR. TENGESDAL: Okay.
13 BY MS. AGUILAR:
14     Q  Do you see where it says Date Received?
15     MR. TENGESDAL: She's asking if you see it.
16     THE WITNESS: Grievance report?
17     MR. TENGESDAL: No. She's just asking if you
18 see Date Received. Can you see it with your eyes,
19 yes or no?
20     A  Yes.
21 BY MS. AGUILAR:
22     Q  And do you see the committed person that it
23 lists on this document?
24     A  What do you mean this document? This one

Evaristo Aguinaldo, M.D., Volume 2

Page 112

1   (indicating)?
2      Q   Yes.  Right underneath Date Received, do
3   you see the committed person?
4      A   Yes.
5      Q   And who is that person?
6      A   The person is Ahmad Poole.
7      Q   And do you see where it states Nature of
8   the Grievance?
9      A   Medical treatment.
10     Q   Yes.  Okay.  I'm going to represent to you
11  that this is a grievance that was written by
12  Mr. Poole.  Would you agree with me on that?
13     MR. TENGESDAL: I object.
14     A   I don't know.
15     MR. TENGESDAL:  I'm just going to object.  This
16  wasn't written by Mr. Poole.
17  BY MS. AGUILAR:
18     Q   Okay.  I'm going to direct your attention
19  to the next page, which is Bates stamped IDOC 4.
20  It's the fourth page of the seven pages of documents.
21     A   What page?
22     MR. TENGESDAL:  Four.  This one (indicating).
23     A   Yes.  Okay.
24

Page 113

1   BY MS. AGUILAR:
2      Q   Do you see where it states at the very top
3   Offender's Grievance?
4      MR. TENGESDAL:  She's just asking if you see it.
5      A   Ahmad Poole?
6   BY MS. AGUILAR:
7      Q   Yes.  And you see Ahmad Poole's name,
8   correct?
9      A   Yes.
10     Q   And do you see the date?
11     MS. LINDEMANN:  You've got to slow down.  You've
12  got to slow down.
13     THE WITNESS:  4-22-17?
14     MR. TENGESDAL:  She's just asking if you see it.
15  Do you have eyes?  Can you see it?
16     THE WITNESS:  Yeah, I have eyes.
17     MR. TENGESDAL:  Answer the question.
18     THE WITNESS:  Yes.
19     MR. TENGESDAL:  Just listen to her question.
20  She's asking clear questions.  Just listen to her,
21  okay?
22  BY MS. AGUILAR:
23     Q   Okay.  And do you see the signature on the
24  bottom of the page as well towards the -- do you see

Page 114

1   it's like towards the middle of the page?
2      A   You said signature?  Yes.
3      MR. TENGESDAL:  She's just asking if you see it.
4      A   Yes.
5   BY MS. AGUILAR:
6      Q   Whose signature is that?
7      MR. TENGESDAL:  Objection, speculation.
8      A   That's not my signature.
9   BY MS. AGUILAR:
10     Q   No.  I understand, but can you read whose
11  signature it is?
12     A   No. I don't know.
13     Q   Okay.  At the top of the page, you agree
14  with me that it says Ahmad Poole; correct?
15     A   Offender Ahmad Poole.
16     Q   I'm going to represent to you that Ahmad
17  Poole wrote this grievance, okay?
18     A   Okay.
19     MR. TENGESDAL:  Objection, hearsay.
20  BY MS. AGUILAR:
21     Q   Okay.  So let's go to the fifth page of the
22  document, which is IDOC 5.  I'd like for you to read
23  out loud for the record starting with, "I told her
24  about the popping sounds."  Do you see that?

Page 115

1      MR. TENGESDAL:  I'm just going to object to him
2   reading another person's handwriting.  Doctor, can
3   you even read it?
4      A   Yeah, I can read some, but I was just
5   looking for the popping sound you said.
6      MS. AGUILAR:  It's the fifth line down.
7      MR. TENGESDAL:  I'm just going to object to the
8   doctor reading another person's --
9      THE WITNESS:  Is that the one -- is that the one
10  you highlighted?
11     MS. AGUILAR:  Yes.  I highlighted it for you to
12  try to make it easier.
13     MR. TENGESDAL:  I'm going to object to him
14  reading someone else's handwriting.  Doctor, this
15  isn't your handwriting.  Can you accurately read
16  every word?
17     THE WITNESS:  No, actually.
18     MS. GRADY:  Can I just -- I'm sorry.  This is
19  Sarah Grady for the plaintiff.  Can I just ask that
20  speaking objections not occur during this deposition,
21  please.
22     MR. TENGESDAL:  Well, you're not the one taking
23  the deposition, so I object to you even objecting.
24     MS. GRADY:  Okay, sure.  Can we take a break for

Evaristo Aguinaldo, M.D., Volume 2

Page 116

1  a minute, please?
2      MR. TENGESDAL: Sure.
3        (Recess taken.)
4  BY MS. AGUILAR:
5    Q  Doctor, I just want to go back to the
6  document I had brought to your attention which is
7  IDOC No. 5. You see that, correct?
8    **A  Correct.**
9    Q  Can you read out loud for the record
10  starting with, (Reading) I told her about the popping
11  sounds, on the fifth line of the document?
12      MR. TENGESDAL: Objection. Doctor, can you read
13  it?
14    **A  I don't know. I cannot read this one**
15  **(indicating).**
16  BY MS. AGUILAR:
17    Q  I mean, this feels like coaching at this
18  point. You can't ask him if he can read the
19  document. Read the document.
20    **A  I cannot. I cannot read.**
21    Q  You cannot read this document?
22    **A  Yes.**
23    Q  Okay.
24    **A  It's hard for me to read.**

Page 117

1    Q  So you cannot read anything on this
2  document, is that your testimony today?
3    **A  I can read some but not all of them.**
4    Q  Okay. Please read what you can read for
5  the record, please.
6    **A  (Reading) I told her about the -- I don't**
7  **know if that's popping sounds as you said, that it**
8  **was making when -- I don't know that word. That's**
9  **extremely -- what's that?**
10      MS. AGUILAR: I just to want make clear for the
11  record that Dr. Aguinaldo spent time going over this
12  document. He was reading every word, and he was
13  actively laughing out loud while he's reading the
14  document. And he's now trying to come off as if he
15  cannot read the document. I just want the record
16  clear about that.
17      And I also want to make the record clear
18  that counsel specifically asked him if he could even
19  read the document, and then he then responded, "I
20  can't even read this." And now he's actively trying
21  to not read it out loud correctly. I just want the
22  record to reflect that.
23      MR. TENGESDAL: I object to the form of your
24  question.

Page 118

1      MS. LINDEMANN: And I'll join that objection.
2      MS. AGUILAR: Please read the document.
3      MR. TENGESDAL: Objection, hearsay. Objection.
4  It's not in his handwriting. The witness has already
5  testified that he can read certain words but not all
6  of them. What do you want him to do?
7      MS. AGUILAR: I want him to read the document
8  exactly as I asked. Read the document, Doctor.
9      MR. TENGESDAL: He did. Objection, asked and
10  answered.
11      MS. AGUILAR: Read what you can read out loud,
12  please, for the record.
13      MR. TENGESDAL: Objection. Ask a specific
14  question. What line do you want him to read?
15      MS. AGUILAR: I've said this several times now
16  starting with line 5.
17      MR. TENGESDAL: He already did.
18      MS. AGUILAR: "I told her about the popping
19  sounds."
20    Q  Doctor, can you read and write English?
21    **A  Of course.**
22    Q  Okay.
23    **A  But it's hard for me to read everything**
24  **over here.**

Page 119

1      MR. TENGESDAL: Well, that's a slur against him.
2  Why did you ask --
3      MS. AGUILAR: Absolutely not.
4      MR. TENGESDAL: Yes, it is.
5      MS. AGUILAR: Absolutely not.
6      MR. TENGESDAL: That's a slur.
7      MS. AGUILAR: Counsel, absolutely not.
8      MR. TENGESDAL: Why are you slurring the man
9  like that? He's a licensed medical doctor. You've
10  read his records. That is a racial slur against the
11  man.
12      MS. AGUILAR: Absolutely not. That's a
13  ridiculous accusation, Counsel. I will not stand for
14  that. I'm asking if he can read and write English
15  because this is written in English. That's why I'm
16  asking if he can read this, not at all about his --
17      MR. TENGESDAL: Well, I'm sorry you didn't read
18  his records. He's written it in English. He's been
19  talking to you in English. So that's obviously
20  against the man's nationality.
21      MS. AGUILAR: Absolutely not against the man's
22  nationality. That's very offensive, Counsel. I do
23  not appreciate that accusation.
24      MR. TENGESDAL: Well, your question was very

Evaristo Aguinaldo, M.D., Volume 2

## Page 120

1  offensive.
2      MS. AGUILAR: I'm asking if he can read and
3  write English. If that's the case, then why can he
4  not read this if that is written in English? That
5  was my next question, but you cut me off. This is
6  extremely inappropriate, Counsel. I don't appreciate
7  this.
8      MR. TENGESDAL: Okay. Anything else?
9  BY MS. AGUILAR:
10     Q  Doctor, please read the record.
11     A  I'll try to read as much as I can.
12     MS. AGUILAR: Thank you.
13     MR. TENGESDAL: Do you want him to read the
14 whole page?
15     MS. AGUILAR: I want him to read starting with,
16 "I told her about the popping sounds."
17     MR. TENGESDAL: And where would you like him to
18 stop?
19     MS. AGUILAR: I would like him to stop on
20 August 19, '17. That is many lines down. I have
21 highlighted it for the doctor so it's easy for him to
22 see where to start and stop, which I did not have to
23 do.
24          Doctor, can you please start where the

## Page 121

1  highlighting starts, "I told her about the popping
2  sounds."
3      MR. TENGESDAL: Objection. He's already
4  answered that.
5      MS. AGUILAR: No, he hasn't because you keep
6  interrupting. Please read it.
7      A  (Reading) I told her about the -- I don't
8  know if this says popping or not. I don't understand
9  that word. I cannot read that word, I mean. It was
10 making when -- I don't know the next word. Then I
11 can understand here extremely. I don't know the next
12 word. It hurts just to -- I don't know that -- after
13 that and -- I don't know that word. How it --
14     Q  Okay. Doctor, do you see your name
15 anywhere on this document?
16     MR. TENGESDAL: No, no, no. You're interrupting
17 him. Did you finish reading the entire text that she
18 highlighted?
19     THE WITNESS: No. I could hardly understand
20 some of the words.
21     MR. TENGESDAL: But she asked you the question,
22 and then she interrupted you. So continue to tell
23 her what you can and can't read.
24     MS. AGUILAR: Okay. That's fine. You can

## Page 122

1  continue. You stopped talking --
2      MR. TENGESDAL: Or you can withdraw your
3  question. It's up to you.
4      MS. AGUILAR: The reason I asked is because he
5  stopped speaking, so that's why I put another
6  question in.
7      MR. TENGESDAL: No, I know. I know.
8  BY MS. AGUILAR:
9      Q  So, Doctor, are you done speaking or would
10 you like to attempt to continue to read this?
11     A  You said you wanted me to read the whole
12 words, but some of them I could hardly understand it.
13     Q  Okay. I'll leave that question, then. I
14 have another question for you, Doctor.
15     A  Okay.
16     Q  Do you see your name anywhere on this
17 document?
18     A  Yes. I can see my name.
19     Q  Okay. Where do you see your name?
20     A  You want me to read?
21     Q  If you can read your name, yes, please read
22 where you read it.
23     MR. TENGESDAL: How do you want him to identify
24 it? By line, Isabella?

## Page 123

1      MS. AGUILAR: Sure.
2      MR. TENGESDAL: Because if you say it like
3  lines, I think that's the best for him to do it. So
4  it's up to you, but maybe if you just circle your
5  name, and then you can tell her the lines. I don't
6  know.
7      A  I understand some but not all. (Reading) I
8  was asked to sit down by Dr. Aguinaldo on the medical
9  bed, and he asked me to -- I don't know that next
10 word. I don't know that one. I don't understand
11 that. I did so -- I don't know that. Obviously he
12 could see that the -- I don't know the next word --
13 beneath my eye. I think that's eye. I don't know
14 the next word after that, him about the fight with
15 the cellmate, how he -- I think that's twisted and
16 pulled my hair. I don't know that, then to me being
17 headlock. How he -- I think it looks like jerked,
18 twisted and pulled on my neck as if trying to --
19 trying to -- I don't know that word. Trying to what?
20          Then Dr. Aguinaldo asked me to probably lie
21 down so he can proceed to put, I think, the stitches
22 beneath my eye. I think that's I -- I don't know
23 that word -- lie down on my own so one of the nurse
24 assistants held my head for me.

Evaristo Aguinaldo, M.D., Volume 2

Page 124

1    After Dr. Aguinaldo was finished putting my
2  stitches, asked him about my neck. He told me to
3  stop. Nothing is wrong. Nothing is wrong. I don't
4  know that word. I'm not sure what that word, the
5  next one.
6    Asked for X-ray. He said there was no
7  X-ray technician and asked me to move my fingers,
8  arms, and left arm, asked do I feel any numbness. He
9  said I was just feeling the -- I don't know, probably
10  soreness, I'm not sure, from the fight, and in a
11  couple of days it would go away.
12    Dr. Aguinaldo did not give me any brace. I
13  was handcuffed to the back and walked to the
14  segregation unit by Lieutenant -- I guess it's
15  Lieutenant Jaburek. I received no pillow in
16  segregation, and I think probably could not sleep.
17  If my neck -- I don't know that one -- into the wrong
18  position, it felt as if I was being -- it looks
19  like -- I don't know that, electric -- being
20  electrocuted, I guess, in my neck.
21    The -- I don't know. The only way -- I
22  guess. I don't know that -- the pain would stop was
23  if I braced my head with my hands and -- I don't know
24  the next word -- my neck back -- I don't know is it

Page 125

1  place, race. I don't know. And would hear it shift.
2  I don't know that one. Shift? I don't know. That's
3  probably the back. I don't know that one.
4    For the next two days, the pain get -- I
5  don't know that. I don't know that one. I could not
6  eat, I guess, sleep. I don't know that word. It --
7  I don't know that one -- for me -- I don't know that.
8  It was probably hard for me to move.
9  BY MS. AGUILAR:
10    Q   Okay. Thank you, Doctor. I'd now like to
11  direct your attention towards the bottom of the page,
12  the same page IDOC 5. I believe I highlighted this
13  for you as well starting with 8-24-17, and can you read
14  until the highlight stops before 8-25-17.
15    A   It says, (Reading) Received -- I don't know
16  that one. Oh, received a pass to have the stitches
17  removed. Dr. Aguinaldo decided not to remove them
18  and had one of the nurse assistant -- I don't know
19  that word. Nurse assistant. Then after the
20  assistant was done, I explained to Dr. Aguinaldo
21  again for the second time the problem I was having
22  with my neck, the popping sound, and feeling of
23  electric current. I don't know that word, through
24  my -- I don't know that. Moved the wrong way. How I

Page 126

1  had to brace my neck with both hands to stabilize it.
2    Once again, Dr. Aguinaldo -- I don't know
3  that -- me medical assistance, and stated nothing is
4  wrong with me. Stop acting. I was -- I think, I was
5  then escorted back to segregation.
6    Q   Okay. I'd like to direct your attention
7  now to IDOC 6, which is the next page in the
8  document. I believe I highlighted this for you as
9  well starting with 8-28-17. Please read the
10  highlighted portion.
11    MR. TENGESDAL: Objection, speculation, hearsay
12  of the document.
13    MS. LINDEMANN: And I'll join.
14    MR. TENGESDAL: Go ahead, Doctor.
15    A   (Reading) 8-28, I received a -- what's
16  that? Appearance with Dr. Aguinaldo. He reviewed
17  the documents to the blood work that was done. He
18  stated everything was, I think probably -- I don't
19  know that. When it came -- when it came -- I don't
20  know that -- to read the X-ray -- I don't know.
21  X-ray? I don't know that. And review the X-rays for
22  my neck. He was very apprehensive, and he stated, I
23  think -- I don't know that -- was nothing and that it
24  would, I think, heal on its own. I don't know the

Page 127

1  next one. I -- I don't know that word. I don't
2  know.
3    What I've been saying since the day of the
4  accident 8-17 about the popping sound feeling like I
5  was being shocked, and how it hurt to probably sit up
6  in a regular position for a long period of time. He
7  told me to stop acting like -- I don't know, Bob?
8  I'll be out of segregation. I don't know that. He
9  stated that I had a fracture in my neck, but it
10  wasn't bad and I would not need -- I don't know
11  that -- I would not need -- I don't understand that.
12    Q   Okay. Move on to the next page, please,
13  which is IDOC 7, starting with, "He told me" -- I'm
14  sorry. "He put me in." It's the very first line,
15  and I believe I highlighted this for you as well.
16    MR. TENGESDAL: Objection, speculation, hearsay
17  of the document.
18    MS. LINDEMANN: And I'll join.
19    MR. TENGESDAL: Go ahead, Doctor.
20    A   You said the first one?
21    MR. TENGESDAL: Everywhere she has yellow there.
22    MS. AGUILAR: The first line.
23    A   (Reading) He -- I don't know that -- to see
24  the medical director. He was -- I don't know that

Evaristo Aguinaldo, M.D., Volume 2

Page 128

1   one. I don't know that one. Specialist that this
2   was the third time I've seen Dr. Aguinaldo, and each
3   time he took my -- I don't know -- as -- I don't know
4   that one -- joke and denied me the proper medical
5   treatment, since the day of the -- I don't know that
6   one. I can't understand that, but 8-17-17. He send
7   me out for X-ray, nor did he give me a neck brace
8   after our follow up. Dr. Aguinaldo still did not
9   issue me a neck brace.
10        I was then escorted back to the segregation
11   with fracture in my neck that I've been moving back
12   and forth. I don't know that one. I think that says
13   seven days. 8-30-17 Received a pass to see the
14   medical director, Dr. Obaisi, who had no idea why it
15   was there. He stated he just seen me, when he admit
16   he did not even have the repeat documents from my
17   injury in the record book. Once I told him the
18   reason for my -- I don't understand that -- he sent a
19   nurse assistant to probably retrieve the X-ray report
20   and photos. Dr. Obaisi read the X-ray technician
21   report, the same report that Dr. Aguinaldo viewed
22   first. But -- I don't know that. I don't understand
23   that one -- to give me any type of medical assistant.
24   Dr. Obaisi -- I don't understand that one -- to fill

Page 129

1   out the paperwork and make a phone call and told me
2   I'm heading to the emergency room at St. Joe
3   Hospital. All the highlighted part?
4     Q  Yes.
5     A  (Reading) I was given a neck brace. At UIC
6   Hospital I was given MRI. And I think probably
7   later -- I don't know. Later probably had surgery
8   where a plate -- I don't know that one -- two screws
9   was implanted in my neck and my bones was fused. Due
10   to Dr. Aguinaldo's failure to give me the proper
11   medical treatment, who knows how -- probably -- I
12   don't know that one -- the damage that was done and
13   the damage it would cause in the -- I don't know
14   short/long -- I don't know that's short -- I don't
15   know that's long term.
16        I could of been paralyzed or even worse
17   died B/C -- I don't know that one -- of
18   Dr. Aguinaldo's neglect and not taking my injury
19   serious manner. Dr. Aguinaldo deliberately -- I
20   don't know -- me the proper medical assistance that
21   was needed there. It took a total of 13 days to
22   receive treatment for a fractured neck.
23        I'm just now getting better, but the pain
24   is still severe and still have -- I don't know. I

Page 130

1   don't understand the last word.
2     Q  Okay. Doctor, do you dispute anything
3   that's in this document that you read out loud for
4   the record?
5     A  What's your question?
6     Q  Do you dispute anything that's in this
7   document that you just read out loud for the record?
8     A  I have to base my own findings when I see
9   them.
10     Q  But do you dispute anything that you just
11   read out lout into the record?
12     A  Right.
13     Q  Do you dispute anything?
14     A  I have to dispute some of them.
15     Q  Okay. What do you dispute?
16     A  As I said, I have to see first my record
17   before I can dispute this thing. Let's see what I
18   wrote at that time.
19     Q  Okay. Because you cannot dispute based on
20   independent recollection because you have none,
21   correct?
22     A  Correct.
23     Q  Okay. I'd now like to show you what we'll
24   mark as Exhibit 2. Let me know when you see it,

Page 131

1   Doctor.
2     A  What page?
3     MR. TENGESDAL: There's no marking on it.
4     MS. LINDEMANN: What's Exhibit 2?
5     MS. AGUILAR: I specifically tabbed Exhibit 2.
6   Maybe it's out of order now.
7     MR. TENGESDAL: Oh, the blue things.
8     MS. AGUILAR: Yes. I specifically spent my time
9   yesterday, very much, a lot of time going through and
10   making sure things were easy for the doctor, and I
11   printed out courtesy copies for counsel as well.
12     MR. TENGESDAL: We're sorry you're offended.
13   We're really sorry.
14     MS. AGUILAR: Thank you.
15     MR. TENGESDAL: How about we just say the page
16   number?
17     MS. AGUILAR: I'm going to say the page number.
18     Q  This is Exhibit 2, Bates stamped
19   Doctor A. RTP 0749. Do you see that in front of you,
20   Doctor?
21     A  Yes.
22     Q  Have you seen this document before, Doctor?
23     A  Just now.
24     Q  Have you ever seen this before today?

Page 132

1    A  Yes.
2    Q  Okay.  When did you see this document?
3    A  I think that day I seen, 8-17.
4    Q  Okay.  Have you ever seen it besides 8-17
5    and today?
6    A  What do you mean?
7    Q  Have you seen this document besides
8    August 17, 2017 and today?
9    A  No.
10   Q  Do you see your handwriting anywhere
11   on this document?
12   A  Excuse me?  Too fast.
13   Q  Do you see your handwriting anywhere on
14   this document?
15   A  This is not my handwriting, but I have my
16   signature.
17   Q  Okay.  Where do you see your signature?
18   A  The bottom.
19   Q  Okay.  And do you see when this is dated?
20   A  17, 8-17.
21   Q  Did you write 8-17-17 or did someone else
22   write that?
23   A  I wrote that one, 8-17.
24   Q  And where it says Print Physician Name, do

Page 133

1    you see that?
2    A  Yes.
3    Q  Okay.  You did not write that?
4    A  You mean the evaluation?
5    Q  The bottom where it says Print Physician
6    Name, did you write that or did you not write that?
7    A  Yeah, I wrote this one (indicating).
8    Q  Okay.  So the bottom part where it says,
9    "To Be Completed By Physician," to be clear, you
10   filled out that entire section; correct?
11   A  Yes.
12   Q  Okay.  So when you got this document, who
13   handed this to you if you know?
14   A  I don't recall who handed it to me.
15   Q  Okay.  I'm sorry --
16   A  I don't recall.  I know it's probably the
17   nurse.
18   Q  Okay.  Do you see a nurse's name printed or
19   signed anywhere on this document?
20   A  That says R.N.  That could be a nurse.
21   Q  Okay.  Do you see where it says
22   "K. Carnahan"?  Do you read that?
23   A  Yes.  I see that one.
24   Q  And do you see it's dated August 17, 2017?

Page 134

1    A  Correct.
2    Q  Okay.  And do you see the ID number is
3    K-95348 at the top?
4    A  K-95 -- yes.
5    Q  I'll represent to you that that is Ahmad
6    Poole's ID number in the Illinois Department of
7    Corrections; okay?
8    A  Okay.
9    Q  Okay.  Do you see where it says Subjective
10   Findings?
11   A  It says zero, slash.  Like that could be
12   negative.
13   Q  Okay.  What does that mean?
14   A  Well, probably at that time he isn't
15   complaining.
16   Q  Okay.  And where it says Objective
17   Findings?
18   A  They put here, (Reading) 1-inch laceration
19   to the left cheek, two scratches to the right neck
20   and a scratch to the left forehead.
21   Q  Okay.  And do you see where it says,
22   (Reading) Plaintiff treatment and follow up towards
23   the middle of the page?
24   MS. LINDEMANN:  Where it says what?

Page 135

1    MR. TENGESDAL:  No.  It says Plan.  Plan.  It's
2    for plan, it's not for patient.
3    MS. AGUILAR:  Oh, okay.
4    Q  Treatment and follow up.  Do you see that,
5    P, Treatment and follow up?
6    A  Yes.
7    Q  What does it say there?
8    A  (Reading) Seen by me, four stitches to the
9    left cheek.
10   Q  Okay.  And there's no mention of any neck
11   injuries, correct?
12   A  No.  They didn't mention anything.
13   Q  There is no mention of any sort of
14   complaints that the patient had had?
15   A  Not in this.
16   Q  Okay.  If a patient had been complaining,
17   would it have been written down on this specific
18   document?
19   A  What do you mean?
20   Q  If a patient had made subjective
21   complaints, it should have been written down in this
22   document; correct?
23   A  Correct.
24   Q  Okay.  And when you got this document from

Evaristo Aguinaldo, M.D., Volume 2

Page 136

1    the nurse, did you speak with her at all about Ahmad
2    Poole's symptoms or condition?
3        A   No. Just give it to me.
4        Q   You don't go over anything for accuracy or
5    anything along those lines?
6        A   No.
7        Q   Okay. Do you have Exhibit 3 in front of
8    you, Doctor? It's Bates stamped Doctor A. RTP 1159
9    to Doctor A. RTP 1165 for the record.
10       MR. TENGESDAL: It's multiple pages.
11       MS. LINDEMANN: Is it correct that it goes 1159,
12   718, 1160, or are mine out of order?
13       MS. AGUILAR: Maybe they're out of order. It
14   should be 1159 through 65.
15       MS. LINDEMANN: Okay.
16       MR. TENGESDAL: We don't have a 63 or 64 here.
17   Let me just see.
18       MS. AGUILAR: Okay, that's fine. Just go to
19   1162. So we'll mark Exhibit 3 as 1159 to 1162.
20       MR. TENGESDAL: Okay. Well, you can keep 65 on.
21   I'm just saying 63 and 64 aren't there. There you
22   go.
23   BY MS. AGUILAR:
24       Q   Okay. Doctor, do you recognize this

Page 137

1    document? Have you seen it before?
2        A   Yes. Yes. I recognize the document.
3        Q   What is this document?
4        A   This is the document of Ahmad Poole when I
5    saw him on the 8-17-17.
6        Q   Okay. And you're referencing
7    Doctor A. RTP 1159, correct?
8        A   Yes. 1159.
9        Q   Okay. So is this your handwriting?
10       A   Yes.
11       Q   Okay. Can you please read the date and
12   time for the record, please?
13       A   Date is 8-17-17, 3:50 p.m.
14       Q   And then can you read the subjective and
15   objective assessments that you wrote down on
16   August 17, 2017, please?
17       A   (Reading) Claim had a fight and was hit on
18   the head, face, and neck. Also, pain on both
19   shoulder. That's the subjective. Objective, alert,
20   not in distress. Eyes, PERRLA, means react to lights
21   and accommodation. Left side of the face and orbit,
22   open laceration about 3/4 inch noted. Right side of
23   the neck, abrasion noted. Bruise in the left upper
24   forehead. Neck is supple, slight pain on ROM,

Page 138

1    rotation of motion. Then both shoulder, slight pain
2    on rotation of motion noted.
3        Q   Is that all of the subjective and objective
4    findings?
5        A   Yes.
6        Q   Okay. Can you read for the record Plans?
7        A   Plan is (Reading) Call IA. That's internal
8    affairs. Tetanus toxoid 0.5 cc given, a stock dose.
9    Tylenol 500, two tablet, three times a day times ten
10   days. X-ray of the left orbit, skull, neck and both
11   shoulders. Follow up when result is here. Discuss
12   procedure and side effects and benefit. Understand
13   4-inch silk done under local anesthesia, tolerated
14   well. Ice compress twice a day times three days.
15   Dressing change after two days. Follow up after two
16   days.
17           And 8-21-17. Remove stitches after seven
18   days. RPR -- that's for syphilis -- hepatitis
19   profile and HIV testing. I think that's follow up
20   after lab, laboratory examination ordered.
21   BY MS. AGUILAR:
22       Q   Okay, thank you. Can you now go to what's
23   been Bates stamped as Doctor A. RTP 1161. This is a
24   continuation of the progress notes, correct?

Page 139

1        MR. TENGESDAL: 1161. That's at the bottom.
2        A   Okay.
3    BY MS. AGUILAR:
4        Q   Can you please read the date and time that
5    is written there as well?
6        A   8-21-17, 1 o'clock.
7        Q   Okay.
8        A   Follow up of laceration of the left lower
9    lid.
10       MR. TENGESDAL: She just wanted date and time.
11   Let her ask her questions.
12   BY MS. AGUILAR:
13       Q   Can you please read the Subjective,
14   Objective, Assessment for the record.
15       A   Okay. (Reading) Follow up laceration of
16   the left lower lid. Claim no problem at this time.
17   Objective, alert. 4-inch laceration, look good
18   except the eyeball, little blood red.
19       MR. TENGESDAL: Did you finish the assessment?
20       THE WITNESS: Oh, she said Objective and
21   Subjective.
22       MR. TENGESDAL: She said Subjective, Objective,
23   and Assessment.
24       THE WITNESS: Okay.

Pages 140 to 143

Evaristo Aguinaldo, M.D., Volume 2

Page 140

1    A   (Reading) Assessment, laceration of the
2    left lower lid, subconjunctival hemorrhage left eye.
3    BY MS. AGUILAR:
4        Q   Okay.  And then can you read Plans for the
5    record, please?
6        A   The plan is (Reading) Follow up with eye
7    specialist.  Still waiting for X-rays and blood
8    tests.  Follow up when all lab result is here.
9        Q   Okay.  So just to be clear, you had ordered
10   X-rays on the 17th; correct?
11       A   Yes.
12       Q   Okay.  And why did you order an X-ray for
13   Mr. Poole on the 17th?
14       A   Well, I just want to be sure to see if
15   there's any kind of pathology.
16       Q   Okay.  Was it because of the subjective
17   complaints he was making about his neck?
18       A   Correct.
19       Q   Okay.  Can you point to me in this 8-17-17
20   entry all of the assessments that you did on his neck
21   in your notes, please?
22       A   You want the assessment, the 17th?
23       MR. TENGESDAL:  No.  She wants you to just point
24   to it.  She wants you to point to it.

Page 141

1        MS. AGUILAR:  You can read it for the record as
2    well just so that I'm clear.
3        A   Okay.  The assessment on 8-17?
4        Q   Yes.  Everything that you did for
5    Mr. Poole's neck on August 17, 2017.
6        A   So I have to read it again?
7        Q   Or you can just tell me what you did, but
8    you can base it on your documents because you don't
9    have an independent recollection; right?
10       A   What I did is when I examine him, and I put
11   only the positive findings that I found, and he was
12   not complaining of anything at that time.
13       Q   According to your notes, correct?
14       A   Yes.  It's not there.
15       Q   Okay.
16       A   But, as I said, I just put only the
17   positive findings that I found, but I examined him.
18       Q   Is it possible that you left something out
19   from this document?
20       A   No.  I don't think so.
21       Q   Okay.  So this document encapsulates the
22   entire appointment that you had with Mr. Poole on
23   August 17, 2017?
24       A   Correct, this document.

Page 142

1        Q   So if a patient tells you something, you
2    write everything down in the document?
3        A   No.  This is the only thing I have.
4        MR. TENGESDAL:  Listen to her question.
5        BY MS. AGUILAR:
6        Q   So I understand that this is all you have,
7    but I'm saying if a patient makes a complaint to you,
8    you write everything down in this document; correct?
9        A   Correct.
10       Q   Okay.  So it's your testimony that if it's
11   not in this document, then it didn't happen?
12       A   Yes.
13       Q   Okay.  I'd like to go to 8-21-17.  And I
14   would ask the same question, can you please point me
15   to everything that you did on August 21, 2017 in
16   regards to Mr. Poole's neck?
17       A   Okay.  What number?
18       MR. TENGESDAL:  The 8-21.  That's 1161.
19       THE WITNESS:  1161?
20       MR. TENGESDAL:  Yes.  This page, 8-21.
21       THE WITNESS:  Okay.
22       A   (Reading) 8-21 at 1 p.m.  I think follow up
23   of laceration of the left lower lid.  Claims no
24   problems at this time.

Page 143

1    BY MS. AGUILAR:
2        Q   I'm sorry, Doctor.  I wanted to know what
3    you did for the neck, not for his laceration and not
4    for his eyes but the neck specifically.
5        A   He said no problem at this time.  That
6    means he doesn't have a problem when I saw him that
7    day.
8        Q   Oh.  So that means he didn't have a problem
9    with his neck on August 21, 2017?
10       A   Correct.
11       Q   Okay.  So fair to say that you didn't
12   perform any examination on his neck on this day,
13   then; correct?
14       A   If he complain of anything at that time,
15   then I should have put it over here.
16       Q   Okay.  But that wasn't my question.  So my
17   question is, it's fair to say you didn't perform any
18   examination of his neck on that date; correct?
19       A   As I said, I examined the laceration, and
20   he did -- at that time he did not complain of
21   anything.
22       Q   Okay.  But you didn't perform an
23   examination of his neck on August 21, 2017; correct?
24       A   As I said, I just write only the objective

Evaristo Aguinaldo, M.D., Volume 2

Page 144

1  finding. If he should have complain of neck pain,
2  then I could have put it over here.
3       Q   I understand. So is it your testimony --
4       MR. TENGESDAL: She just wants you to say if you
5  did or didn't do a neck exam.
6  BY MS. AGUILAR:
7       Q   Is it your testimony that he didn't
8  complain, therefore you did not perform an
9  examination of his neck? Correct?
10      A   Correct.
11      Q   Okay. I would now like to go to what's
12  been Bates stamped Doctor A. RTP 1162. Let me know
13  when you see that, Doctor.
14      A   1162?
15      Q   Yes. Do you see that, Doctor?
16      A   Yes.
17      Q   Okay. This is a continuation of the
18  offender outpatient progress notes, correct?
19      A   Correct.
20      Q   Can you please tell me the date and time
21  that is written there?
22      A   8-28, 9:20 a.m.
23      Q   Okay. Can you please read for the record
24  the Subjective and Objective and Assessments, please?

Page 145

1       A   Follow up of lab result. Hepatitis
2  profile --
3           (Interruption.)
4  BY MS. AGUILAR:
5       Q   Can you please start over, Doctor? I
6  honestly didn't hear it.
7       A   (Reading) Follow up of lab result.
8  Hepatitis profile and RPR within normal limit. X-ray
9  done on 8-27-17 within normal limits except cervical
10  spine anterior subluxation of C3 in relation to C4.
11  No problem at this time. Alert. Follow up of lab
12  and X-ray.
13      Q   Okay, thank you. And can you read Plans
14  for me for the record? Thank you.
15      A   (Reading) Explained result and understand.
16  Follow up with medical director, open parenthesis,
17  anterior subluxation of C3 in relation to C4 and
18  A & D ointment daily times three months.
19      Q   Okay. There is no mention on this document
20  of a fracture, correct?
21      A   According to the X-ray report, no fracture.
22      Q   Okay. So you didn't know on August 28,
23  2017 if he had a fracture or not?
24      A   I don't know.

Page 146

1       Q   Okay. Since it's not mentioned here, is
2  there anything that I can -- strike that.
3           If he had had a fracture, would you have
4  written it down here?
5       A   In a heartbeat. I will send him right away
6  if there's a fracture.
7       Q   Okay. So how would you have been able to
8  find out if he had had a fracture or not?
9       A   This is already the X-ray report read by
10  the radiologist, and he did not say anything about
11  fracture.
12      Q   Okay. So the radiology report didn't say
13  anything about a fracture?
14      A   Correct.
15      Q   Okay. Did you speak with the radiologist
16  at all?
17      A   Excuse me? What's your question?
18      Q   Did you speak with the radiologist at all
19  regarding Mr. Poole and his neck injury?
20      A   No. It's just only the report.
21      Q   Okay. And then you sent Mr. Poole to
22  Dr. Obaisi, is that correct?
23      A   Yes.
24      Q   And why did you do that?

Page 147

1       A   Well, I just need only his second opinion
2  because I was a little bit concerned about the
3  anterior subluxation.
4       Q   Okay. And did you perform an examination
5  on Mr. Poole's neck at that time?
6       A   No. It's just only follow up for the lab
7  result.
8       Q   And did you provide Mr. Poole with a neck
9  brace on August 28, 2017 according to your documents?
10      A   There's no neck braces.
11      Q   Okay. You didn't provide him one, did you?
12      A   No.
13      Q   And why didn't you provide him with a neck
14  brace?
15      A   At that time when I saw him, he didn't
16  complain. So I gave him already the pain pills, the
17  Tylenol.
18      Q   Why did you give him pain pills if he
19  wasn't complaining of pain?
20      A   Well, he was complaining at that time when
21  he was complaining of pain. He was complaining of
22  neck pain, initially was complaining of neck pain
23  when he was hit.
24      Q   To be clear, you're saying initially he was

Evaristo Aguinaldo, M.D., Volume 2

---

Page 148

1  complaining of neck pain when he was hit?  Is that
2  what you said?
3      **A   On the first day I saw him.**
4      Q   Okay.  On August 17, 2017?
5      **A   If that's the first day, yes.**
6      Q   Okay.  Do your notes indicate that he was
7  complaining of neck pain on August 17, 2017?
8      **A   Then he was hit in the neck, you know.  He**
9  **had a fight.**
10     Q   I understand.  So the pain medication
11 wasn't for his neck pain, then, was it?
12     **A   That's for the neck pain, the Tylenol.**
13     Q   The Tylenol was for the neck pain?
14     **A   Yes.**
15     Q   Okay.  Can you show me in your notes where
16 you've written that he described neck pain to you?
17     **A   What did you say?**
18     Q   Can you show me in your August 17, 2017
19 notes where he described complaints of neck pain to
20 you?
21     **A   He says -- claims headache.  He had a**
22 **fight, so he has neck pain with it.  See, at the**
23 **examination, in the objective finding, it says here**
24 **suffered slight pain in rotation of motion.**

---

Page 149

1      Q   In the neck?
2      **A   In the neck.**
3      Q   Okay.  So you performed -- you gave him
4  medication on August 17, 2017 because of that
5  subjective complaint he made; correct?
6      **A   The objective finding.**
7      Q   The objective finding of pain?
8      **A   Correct.**
9      Q   Based on the fact that he was in a fight?
10     **A   No.**
11     MR. TENGESDAL:  No.  Based on his exam.  He just
12 told you his exam.  Tell her again.
13 BY MS. AGUILAR:
14     Q   Yes.  Please explain to me again so that I
15 can understand clearly.
16     MR. TENGESDAL:  Tell her what -- the
17 objective --
18     **A   The objective finding is that when I try to**
19 **examine the neck, it's supple.  In other words, when**
20 **you try to rotate it, he complain of pain.  But**
21 **subjectively, he did not complain of pain.  It's just**
22 **only when I examined him objectively, so I gave him**
23 **some pain pills.**
24     Q   Okay.  So that I understand, so when you

---

Page 150

1  were touching him is when he complained of the pain;
2  is that right?
3      **A   Subjectively he's not complain of neck**
4  **pain.**
5      MR. TENGESDAL:  That's not her question.
6  BY MS. AGUILAR:
7      Q   So I'm just trying to understand.  Is it
8  when you were specifically assessing him that he
9  complained of the pain?
10     **A   When I tried to examine him and touch his**
11 **neck, he complained of pain.**
12     Q   Okay.  But besides that, you're saying he
13 was not complaining; is that right?
14     **A   Correct.**
15     Q   Okay, I understand.  Thank you.  So you've
16 said you referred Mr. Poole to Dr. Obaisi because you
17 were concerned about the X-ray report; correct?
18     **A   Correct.**
19     Q   Is it Wexford policy and practice to
20 follow up with the X-ray technician after you read
21 their X-ray report?
22     **A   What do you mean?**
23     Q   Do you speak with the X-ray technician
24 after you read their report?

---

Page 151

1      **A   No.  I don't see X-ray technician.  They**
2  **are just over there on the other side.**
3      Q   Okay.
4      **A   I just read the report.**
5      Q   Okay.  And what did you tell Dr. Obaisi
6  based on your documents?
7      **A   I did not talk to Dr. Obaisi.  I just make**
8  **it the referral, and it's up to the nurse to make the**
9  **referral to the Dr. Obaisi, the medical director.**
10     Q   Okay.  Are you able to send patients out
11 for outside health care or no?
12     **A   In emergency basis, yes.**
13     Q   Okay.  And what constitutes an emergency
14 basis?
15     **A   Life-threatening condition.**
16     Q   Okay.  Does a neck fracture constitute
17 emergency basis?
18     **A   Neck fracture, yes.  That is an emergency**
19 **basis.**
20     Q   I'm going to show you another exhibit.
21     MR. TENGESDAL:  Can we just get these organized?
22     MS. AGUILAR:  Sure.
23     MR. TENGESDAL:  Thank you.
24

---

Evaristo Aguinaldo, M.D., Volume 2

---

Page 152

BY MS. AGUILAR:
1
2      Q   This is Exhibit 4. It's Bates stamped
3  Doctor A. RTP 0718. Do you see that, Doctor?
4      A   Yes, ma'am.
5      Q   Have you seen this document before?
6      A   Before?
7      Q   Correct.
8      A   Long time ago.
9      Q   Okay. Do you know when you saw this
10  document?
11     A   No, I don't know. I have to get the date.
12     Q   Okay, that's fine. Do you see who this
13  document is about, specifically the inmate's name?
14     A   Yes.
15     Q   Okay. And who is that?
16     A   Yes.
17     MR. TENGESDAL: She asked you who it is.
18  BY MS. AGUILAR:
19     Q   Who is that?
20     A   Ahmad Poole.
21     Q   Okay, thank you. And can you please tell
22  me the date on this document if you can see it at the
23  top?
24     A   8-17-17.

---

Page 153

1      Q   I'm sorry, are you reading that as a "17"
2  or do you see that as a "27"?
3      A   I don't know. It looks like --
4      MR. TENGESDAL: Well, just so we're clear when
5  you say top, are you referencing the area --
6      A   I don't know.
7  BY MS. AGUILAR:
8      Q   Let's go towards the bottom of the page.
9  Do you have a date on that specific spot?
10     A   Yeah. 27.
11     Q   Okay. Would you agree with me that that is
12  likely August 27, 2017 at the top?
13     A   Yes.
14     Q   Okay. Can you please tell me what the
15  reason for the X-ray is? And I understand this is
16  not necessarily -- I'm sorry, strike that.
17         Did you write reason for X-ray?
18     A   The reason for X-ray, yeah, I wrote those.
19     Q   Okay. Can you read it for the record,
20  please?
21     A   (Reading) Skull X-ray, X-ray of the left
22  orbit, X-ray of the neck, both shoulders, and left
23  hand.
24     Q   Okay. And can you read for me the

---

Page 154

1  findings?
2      A   (Reading) Cervical spinal anterior
3  subluxation of C3 in relation to C4, otherwise
4  negative. Left hand and skull, both areas appears
5  normal. Then, refused shoulder film.
6      Q   Okay. And this is the document that you
7  saw on August 28, 2018 when you saw Mr. Poole;
8  correct?
9      A   Correct.
10     MS. AGUILAR: I'd now like to show you what
11  is -- I'm sorry, can we take a quick break?
12     MR. TENGESDAL: Yes, sure.
13         (Recess taken.)
14  BY MS. AGUILAR:
15     Q   Thank you again, Dr. Aguinaldo, for your
16  patience as we're navigating this in-person
17  deposition. It's my first one in person, so I
18  appreciate it.
19         I'd like to show you now what I'll mark as
20  Exhibit 5. This is Bates stamped Doctor A. RTP 1163.
21  Do you see that, Doctor?
22     MR. TENGESDAL: Do you want him to keep 4 in
23  front of him?
24     MS. AGUILAR: No, you don't have to. Thanks.

---

Page 155

1      A   1163?
2      Q   Yes, 1163. Do you know what this is,
3  Doctor?
4      A   I think this is a form of which -- when
5  they send patient to the outside.
6      Q   Is it a Offender Health Status Transfer
7  Summary?
8      A   Yes. The Offender Health Status Transfer
9  Summary.
10     Q   Okay. And do you see when it's dated?
11     A   8-30-17.
12     Q   And do you see who this is about, the
13  offender information in particular?
14     A   Yes.
15     Q   Okay. And who is that?
16     A   Ahmad Poole.
17     Q   Okay. So fair to say this is a status
18  transfer summary regarding Ahmad Poole on August 30,
19  2017, then; right?
20     A   Right.
21     Q   Do you see where it says current or acute
22  conditions at the top of the page under Transfer
23  Screening?
24     A   Yes. (Reading) Recent fight. Patient neck

---

Pages 156 to 159

Evaristo Aguinaldo, M.D., Volume 2

Page 156

1  was squeezed and twisted.
2      Q   And towards the middle of the page do you
3  see where it says Specialty Referrals?
4      A   What do you mean?  Where's that?
5      Q   It's in the first square.  It's towards --
6  one-fourth down or so.
7      A   Oh.  Specialty Referral, St. Joe.
8      Q   Yes.  Sorry.  Can you read that for the
9  record, please?
10     A   (Reading) St. Joe Medical Center ER for CAT
11  scan of the neck.
12     Q   Okay.  Do you have any personal knowledge
13  of whether or not you can see a fracture on an X-ray?
14     A   What did you say?
15     Q   Can you see a fracture on an X-ray?
16     A   I'm not a radiologist, so I don't know
17  whether it's a fracture or not.
18     Q   So you would only rely on the
19  radiologist's records, and you would rely on a
20  radiologist specifically writing "fracture"?
21     A   Correct.
22     Q   Okay.  I'd like to turn your attention to
23  the -- strike that.  We will move on from this
24  document.

Page 157

1      We are now going to go to what I'll mark as
2  Exhibit 6.  It's Bates stamped Doctor A. RTP 431 and
3  Doctor A. RTP 751.
4      MR. TENGESDAL:  We just have one page there.
5      MS. AGUILAR:  Oh, is there not two pages there?
6      MR. TENGESDAL:  No.
7         (Discussion off the record.)
8  BY MS. AGUILAR:
9      Q   This is Exhibit 6, Plaintiff's Group
10  Exhibit 6 Bates stamped RTP 751 and RTP 431.  We'll
11  start with 751, Doctor, if that's okay with you.  Do
12  you see on 751 where it states Medical Special
13  Services Referral and Report?
14     A   Yes.  Ahmad Poole.
15     Q   Okay.  And do you see where he was referred
16  to?
17     A   Referred to St. Joe emergency room.
18     Q   Okay.  Are you familiar with St. Joseph's?
19     A   Yes, St. Joe.  St. Joseph's Hospital,
20  right.
21     Q   Yes.  Is it the hospital that patients are
22  referred out when they need a higher level of care?
23     A   I don't know.  I think it's just when it's
24  an emergency, they send it over there.

Page 158

1      Q   Okay.  And who was the referring
2  practitioner?
3      A   Dr. Obaisi.
4      Q   Okay.  On what date?
5      A   8-30-17.
6      Q   And this was two days after you had last
7  seen him on August 28, 2017 according to your notes;
8  correct?
9      A   Correct.
10     Q   I'm now going to point your attention to
11  Doctor A. RTP 431.  Have you seen this document
12  before, Doctor?
13     A   This is my first time.
14     Q   Do you see at the top where it states
15  Emergency/Hospitalization Notification Form?
16     A   Yes.
17     Q   And do you see who the patient is?
18     A   Ahmad Poole.
19     Q   And who is the referring physician?
20     A   Dr. Obaisi.
21     Q   Okay.  And what type of service is this?
22     A   It says, (Reading) Patient fight.
23     Q   I'm sorry.  Do you see where it says Type
24  of Service?

Page 159

1      A   The reason, for emergency room treatment.
2      Q   Oh, okay.  And the transportation as well,
3  of course; do you see that?
4      A   Yes.
5      Q   Okay.  Can you read for the record where it
6  states Specific Reason For Emergency Treatment Or
7  Admission?
8      A   It's (Reading) Recent fight.  X-ray done on
9  8-25 to skull and spine.
10     Q   Okay.  Do you have any personal knowledge
11  of whether or not Dr. Obaisi was looking at the same
12  documents that you were looking at?
13     A   I don't know.
14     MS. AGUILAR:  Okay.  That's all I have to ask
15  about those exhibits.  I'm now going to move on to
16  Exhibit 7.
17        (Discussion off the record.)
18  BY MS. AGUILAR:
19     Q   Dr. Aguinaldo -- I'm sorry.  Just for the
20  record, this is Exhibit 7.  It's Bates stamped
21  Doctor A. RTP 952 to Doctor A. RTP 956.  Doctor, have
22  you ever seen this document before?
23     A   No.  This is my first time, ma'am.
24     Q   Okay.  Do you see at the top where it says

Pages 160 to 163

Evaristo Aguinaldo, M.D., Volume 2

Page 160

1    Presence Saint Joseph Medical Center?
2        **A    Yes, Presence Saint Joe Medical Center.**
3        Q    Okay.  And where it says the name is Ahmad
4    Poole?
5        **A    Yes.**
6        Q    I'll represent to you that this is a
7    document created by St. Joseph on August 30, 2017;
8    okay?
9        **A    Correct.**
10       Q    Do you see where it states History of
11   Present Illness on the very first page?
12       **A    Yes.**
13       Q    Can you read that out loud for the record,
14   please?
15       **A    (Reading) 34 year old male inmate in police**
16   **custody presents with neck pain times two weeks.**
17   **Patient report was in altercation two weeks ago and**
18   **was placed in a head lock and twisted his neck.**
19   **Since then the patient has had pain in the back of**
20   **the neck.**
21       MR. TENGESDAL:  Read the whole paragraph.
22       **A    (Reading) He reports no weakness, numbness,**
23   **or tingling.  No head injury, no loss of**
24   **consciousness.  No other injuries.  Patient was seen**

Page 161

1    **in the prison infirmary today in plain films showing**
2    **possible C3-C4 subluxation, so he was sent to**
3    **emergency department for further evaluation.**
4    BY MS. AGUILAR:
5        Q    Okay.  And do you see where it says HPI
6    elements?
7        **A    "Onset:  2 weeks ago; Location:  Neck;**
8    **Severity:  Now [10]; Context:  Trauma.**
9        Q    I'd now like to turn your attention to the
10   second page, which is Doctor A. RTP 953.  Do you see
11   that, Doctor?
12       **A    What number?**
13       Q    It's page 2 of 5, Doctor A. RTP 953 on the
14   bottom?
15       **A    Okay.**
16       Q    Do you see that?
17       **A    Yes.**
18       Q    Okay.  Do you see where it says Medical
19   Decision Making?
20       **A    You want me to read it?**
21       Q    Can you please read that for the record and
22   end at, "Patient is agreeable with this plan."
23       **A    Okay.  (Reading) 34 year old male inmate in**
24   **custody presents with neck pain after an altercation**

Page 162

1    **two weeks ago.  He does have some midline tenderness**
2    **on exam but otherwise his neurologic exam is within**
3    **normal limits.  He presented to prison infirmary**
4    **where a plain film of his C-spine was suggestive of**
5    **C3 subluxation according to the report.  I have no**
6    **image accompanying the patient independently verify**
7    **this.**
8        **Plan CT in the ED.  Patient is declining**
9    **offer of pain medication.  CAT scan C-spine does show**
10   **displaced inferior right facet fracture of C3 with**
11   **perching on C4.  There is also translation of C3, on**
12   **C4 of 1 millimeter.  Patient is mid maintained in**
13   **cervical spinal precaution while in the emergency**
14   **department.  We have no spine coverage today.  The**
15   **University of Illinois at Chicago was called for**
16   **consultation.  They recommend transfer.  Patient is**
17   **agreeable with this plan.**
18       Q    Okay.  And do you see where it states
19   "Consults" towards the very bottom of the page?
20       **A    Where is that?**
21       Q    Do you see at the bottom "Consults"?
22       **A    Oh, yes.  (Reading) Dr. Johanek, radiology,**
23   **informed me of clinical read.  There is an inferior**
24   **facet fracture of C3 with perching on C4.**

Page 163

1        MS. AGUILAR:  Okay.  Thank you.  I will now show
2    you what I'll mark as Exhibit 8.  And that should be
3    Bates stamped -- Doctor A. RTP 833 is what it should
4    be Bates stamped.
5            (Discussion off the record.)
6    BY MS. AGUILAR:
7        Q    Okay.  Doctor, have you seen this document
8    before?
9        **A    No, ma'am.  That's my first time.**
10       Q    Okay.  Do you see the date on this
11   document?
12       **A    8-30-17.**
13       Q    Okay.  I'd like to mark this as Exhibit 8,
14   Doctor A. RTP 833 for some and 933 for others.  I'm
15   unsure where the discrepancy is, but we all know this
16   document.
17           I'm sorry.  You stated it was August 30,
18   2017?
19       **A    Correct.**
20       Q    And do you see the stated complaint?
21       **A    Neck pain.**
22       Q    Okay.  And do you see where it states the
23   pain score?
24       **A    Yes.  10.**

Evaristo Aguinaldo, M.D., Volume 2

Page 164

1    Q   And what is the scale?
2    A   **It's probably the highest pain from zero to**
3 **10, the maximum pain.**
4    Q   So based on this document, St. Joseph's
5 noted that the pain that Mr. Poole was facing was 10
6 out of 10; correct?
7    A   **Correct.**
8    Q   Do you have any reason to dispute that?
9    A   **Can you repeat your question?**
10   Q   Do you have any reason to dispute that?
11   A   **No, not at all.**
12   MS. AGUILAR:  Okay.  I'd now like to show you
13 what I would mark as Exhibit 9.
14       (Discussion off the record.)
15 BY MS. AGUILAR:
16   Q   Do you have all five of the documents with
17 you, Doctor?
18   A   **Yes.**
19   Q   Okay.  Doctor A. RTP 964 to
20 Doctor A. RTP 968?  Do you have that?
21   A   **Yes.**
22   Q   Have you ever seen this document before,
23 Doctor?
24   A   **No, ma'am.**

Page 165

1    Q   Okay.  Do you see where it states
2 University of Illinois Hospital & Health Sciences
3 System at the top?
4    A   **Yes.**
5    Q   And the patient?
6    A   **Poole, Ahmad.**
7    Q   I'll represent to you that these are the
8 admission documents from UIC?
9    A   **Yes.**
10   Q   Okay.  Do you see where it states History
11 of Present Illness?
12   A   **(Reading) AP is a 34-year-old male prisoner**
13 **who presents with neck pain and C3-4 subluxation,**
14 **right perched facet.  Patient has had neck pain for**
15 **the last two weeks following a wrestling match with**
16 **another prisoner who placed in a headlock.  Since**
17 **then he had ongoing axial neck pain.  No neuro**
18 **deficit or paresthesia, sensory changes, b/b**
19 **incontinence.  Workup revealed the above findings.**
20 **Patient transferred to UIC for higher level of care.**
21 **Remains in neck collar.**
22   Q   Okay.  And I'll point to Doctor A. RTP 968,
23 which is the last document of the five.  Let me know
24 when you have that in front of you.  At the bottom it

Page 166

1 should say Doctor A. RTP 968.  Do you see that,
2 Doctor?
3    MR. TENGESDAL:  Get all five pages in your hand,
4 and then turn to the last page.
5    THE WITNESS:  This one?
6 BY MS. AGUILAR:
7    Q   That's the first page.  That's the first of
8 five.
9    A   **That's the second.**
10   Q   Yeah.  So it's actually going to be the
11 last page of those documents.  Sorry, I should have
12 stapled them for you, so I do apologize about that.
13 Do you see the last page?  There is some highlighted
14 on there.
15   MR. TENGESDAL:  Turn to the last page.
16 BY MS. AGUILAR:
17   Q   It's the last page with highlight on the
18 last page.
19   A   **This one?**
20   Q   No, that's different.  Sorry about that.  I
21 just want to make sure we're all on the same page.
22 Are you there, Doctor?  It says Doctor A. RTP 968.
23 Do you see that?  On the bottom?
24   MR. TENGESDAL:  He's there.

Page 167

1    A   **Oh.  It's small.  968?**
2 BY MS. AGUILAR:
3    Q   Yes.  Correct.
4    A   **Okay.**
5    Q   So do you see where it says Assessment,
6 Diagnosis and Plan, Doctor?
7    A   **The diagnosis, you mean?**
8    MR. TENGESDAL:  She's just asking if you see it.
9    A   **(Reading) 34M prisoner who present with**
10 **neck pain, C3-4 subluxation, right perched facet.  No**
11 **acute nsg intervention as patient is neurostable, but**
12 **will require either halo versus operation for**
13 **facet -- for perched facet.  Will require further**
14 **workup.**
15 BY MS. AGUILAR:
16   Q   Okay.  And do you see where it says
17 "Attending's Note" at the bottom of the page?
18   A   **Yes.**
19   Q   And what does that say?
20   A   **(Reading) Patient with C3-C4 instability,**
21 **perched facet from traumatic injury.  Operative**
22 **intervention and stabilization planned.**
23   Q   And do you take that to understand -- I'm
24 sorry, strike that.

Evaristo Aguinaldo, M.D., Volume 2

Page 168

1    Based on your professional opinion, would
2  you agree with me that that meant that there was
3  going to be a surgical operation on Mr. Poole?
4    **A   That's what the specialist . . .**
5    Q   Okay. I'm now going to turn your attention
6  to Exhibit 10. And that should be Bates stamped as
7  Doctor A. RTP 1037 to Doctor A. RTP 1041.
8    **A   1039?  Is that the page?**
9    Q   That's fine. I'm just going to ask you
10 questions about 1039, so that's fine. Do you have
11 that in front of you, Doctor?
12   **A   1039?**
13   Q   Yes.
14   **A   Yes.**
15   MR. TENGESDAL:  Is this Exhibit 10?
16   MS. AGUILAR:  Yes. This is Exhibit 10,
17 Plaintiff's Exhibit 10, specifically talking about
18 Doctor A. RTP 1039.
19   Q   Doctor, do you see that this is a radiology
20 report by the University of Illinois Hospital &
21 Health Sciences System?
22   **A   Yes.  This is radiology.**
23   Q   And do you see the patient?
24   **A   Ahmad Poole.**

Page 169

1    Q   And do you see the examination date and
2  time?
3    **A   Yes.**
4    Q   And what is that?
5    **A   X-ray -- do you mean the findings?**
6    Q   No. The exact -- I'm sorry, strike that.
7    The exam date and time. Do you see that?
8  At the very top.
9    **A   Okay. 8-31, 2017. 10:15 CDT.**
10   Q   And do you see the reason for the
11 examination?
12   **A   (Reading) Subluxation, C3-C4 subluxation,**
13 **eval ligament damage.**
14   Q   Can you read for me the findings underneath
15 Report? Do you see that, Doctor?
16   **A   Yes.**
17   Q   Okay. Can you read that for the record,
18 please?
19   **A   Do you want me to read the whole thing?**
20   Q   The first part of the paragraph. It looks
21 like there's two.
22   **A   (Reading) There is a perched facet at the**
23 **C3-C4 level on the right with small fracture**
24 **fragment. There is accompanying increased signal on**

Page 170

1  **STIR images in the surrounding soft tissues,**
2  **suggestive of associated edema.**
3    Q   Can you continue reading, please.
4    **A   (Reading) There is a minimal anterior**
5  **rotational subluxation on the right. There is**
6  **increased T2 signal of the atlantoccipital joints**
7  **bilaterally, nonspecific in nature. Otherwise,**
8  **vertebral body heights appear maintained.**
9    Q   You can stop reading.
10   **A   Okay.**
11   Q   Thank you. Do you see where it states
12 Impression?
13   **A   (Reading) Impression. Fracture of**
14 **right-sided inferior C3 facet with perching and**
15 **minimal anterolisthesis at C3-C4 level. Accompanying**
16 **edema in the soft tissues surrounding the right C3-C4**
17 **facet joint. No evidence of cord compression,**
18 **hemorrhage within the canal, or traumatic disk**
19 **herniation.**
20   Q   Okay. Thank you. I'd like to show you
21 what I'll mark as Exhibit 11. I believe it's Bates
22 stamped Poole 78, but let me pull it up to make sure.
23   **A   Poole 78?**
24   Q   Yes. Do you see that, Doctor?

Page 171

1    **A   Yes, ma'am.**
2    Q   Okay. This is Exhibit 11. Have you seen
3  this document before, Doctor?
4    **A   No, ma'am. This is my first time.**
5    Q   Okay. Can you please read -- I'm sorry,
6  strike that.
7    Do you see the date and time on this
8  document?
9    **A   Yes.**
10   Q   And what is the date and time?
11   **A   10-10-21.**
12   Q   I'm sorry, can you say that one more time?
13 What is the date?
14   **A   The date?**
15   Q   Yes.
16   **A   10-10, 2017. Sorry.**
17   Q   Okay. No problem.
18   **A   10-10, 2017. 15:54:45. The seconds, I**
19 **guess.**
20   Q   And who is the patient listed on this
21 document if you can see that?
22   **A   This is from, I think, post -- from UIC, I**
23 **guess. This is Wexford Health Sources. This is from**
24 **the post-op neurosurgery follow up.**

Evaristo Aguinaldo, M.D., Volume 2

Page 172

1    Q   Okay.  And do you see who the patient is
2  that this is about?
3    A   Poole.  Poole, Ahmad.
4    Q   Okay.  Mr. Poole, the plaintiff in this
5  case; correct?
6    A   Correct.
7    Q   And you stated this was a document by
8  Wexford Health Services or Health Sources?
9    A   That's what it says, Wexford Health Sources
10  Incorporated.
11    Q   Okay.  Can you please read the comment for
12  the record, please?
13    A   (Reading) Comment, postop neurosurgery
14  follow-ups approved by Dr. Ritz in collegial with
15  Dr. Obaisi for a patient admitted to UIC 8-31-17 for
16  R cervical 3 facet fracture and subluxation.  C3-4
17  posterior cervical fusion done 9-6-17 while IP.
18  Discharged 9-6-17.  Neurosurgery requesting follow up
19  in two weeks.
20    Q   Okay.  We're now going to go to -- we've
21  got three more exhibits to go through, Doctor.  Can
22  we go to Exhibit 12, which is Bates stamped
23  Doctor A. RTP 865 and Poole 53-55.  That's what it
24  should be.

Page 173

1    A   865?
2    MS. AGUILAR:  Yes.  That's the first page of it.
3        (Discussion off the record.)
4  BY MS. AGUILAR:
5    Q   So, again, this is Exhibit 12,
6  Doctor A. RTP 865 and Poole 53 to 55.  Do you see
7  those documents, Doctor?
8    A   This is the first time.
9    Q   Okay.  This is the first time you've seen
10  them?
11    A   Yes, ma'am.
12    Q   Okay.  Do you know what these documents
13  are?
14    A   It's Offender Outpatient Progress Notes.
15    Q   And are these the sort of notes that as a
16  physician you write on when you meet with patients?
17    A   Correct.
18    Q   Okay.  And who is the patient in this
19  specific document?
20    A   Poole, Ahmad.
21    Q   And the plaintiff in this case, correct?
22    A   Huh?
23    Q   The plaintiff in this case?
24    A   Yeah.

Page 174

1    Q   Let's start at Poole 53.
2    A   053?
3    Q   Yes.  Do you see the date and time on this
4  document?
5    A   12-6-18.
6    Q   Okay.  And do you see on this document
7  where -- I'm sorry.  Can you read the Subjective and
8  Objective, Assessment out loud for the record,
9  please?
10    MR. TENGESDAL:  I object.  I don't see a
11  Subjective and Objective noted on here.
12  BY MS. AGUILAR:
13    Q   Or can you read the writing that is
14  underneath the heading Subjective, Objective,
15  Assessment, please?
16    A   (Reading) Complaining of muscle tension.
17  Do you want the highlighted, right?
18    Q   Sure.  That's fine.
19    A   Or you want me to read everything?
20    Q   You can read the highlighted.  That's fine.
21    A   Okay.  (Reading) Patient complaining of
22  muscle tension, pain every day.  Patient with -- I
23  don't know that one -- with head side to side
24  (slightly limited).  Pain is subjective.

Page 175

1    Q   Okay.  Would you agree with me that this is
2  over a year since Mr. Poole had his altercation in
3  August of 2017?
4    A   Yes.
5    Q   Okay.  And he's still complaining of pain
6  in his neck, correct?
7    A   Correct.  According to the note.
8    Q   Based on the document.  Okay.  And do you
9  see where it says Plans?
10    A   Add Voltaren, 75 milligrams.
11    Q   Do you know what Voltaren is used for?
12    A   It's one also this nonsteroidal medication
13  for pain pills and muscle relaxer.
14    Q   Oh, okay.  So it's for pain and muscle
15  relaxer?
16    A   Yes, muscle.  It's for pain, nonsteroidal
17  med.
18    Q   Okay.  And then what does the other writing
19  say on this specific section?
20    A   Robaxin.  Robaxin 750 milligrams twice a
21  day times six days.
22    Q   And what is that medication used for?
23    A   That's muscle relaxer.
24    Q   Okay.  And do you see anything underneath

Pages 176 to 179

Evaristo Aguinaldo, M.D., Volume 2

Page 176

1  that?
2      A   Refer back to PT for eval and for eval,
3  probably neck pain and spasm.
4      Q   Okay.  We're now going to go to Poole 55.
5  Do you see that document, Doctor?
6      A   What number?
7      Q   Poole 55.
8      MR. TENGESDAL:  PT note.
9      A   This one?
10 BY MS. AGUILAR:
11     Q   Correct.  Do you see the date and time on
12 this document?
13     A   2-27.  I don't know what year is that.
14 2-22, possibly '19.
15     Q   And you think it's possibly 2019 in
16 particular?
17     A   Yeah.  2-22-19, I think.  I'm not sure.
18     Q   You didn't write this, correct?
19     A   No.
20     Q   Are you able to read this, Doctor?
21     A   It's hard.
22     Q   Okay.  Can you attempt to read the
23 subjective writing that is there in that section?
24     A   (Reading) Subjective.  Inmate, my neck only

Page 177

1  a little stiff now and then, but I can -- I don't
2  know, is that walk two weeks?  I don't understand
3  that.  Patient requesting to treatment from PT.  I
4  don't understand that.
5      Q   Okay.  Are you able to read where it states
6  Exam?
7      A   (Reading) The palpation, mild tenderness in
8  C2 and C3 -- I don't know this thing.  I don't
9  understand this.
10     Q   Okay.  I'm going to show you another
11 exhibit, Doctor, which I will mark as Exhibit 13.  It
12 should be Bates stamped Poole 83.
13     A   83?
14     Q   Correct.  Do you have that in front of you,
15 Doctor?
16     A   Yes.  This (indicating)?
17     Q   Correct.
18     A   Correct.
19     Q   Have you seen this document before, Doctor?
20     A   This is my first time again.
21     Q   Okay.  I'll represent to you that this is a
22 neurosurgery note from UIC on October 5, 2018 written
23 by Dr. Ankit Mehta; okay?  Do you see who the patient
24 is on this case or -- I'm sorry -- on this document?

Page 178

1      A   I've never seen this before but patient
2  name, Ahmad Poole.
3      Q   Yes.  Do you see where it states
4  Subjective?
5      A   (Reading) This is a 35 -- this is a
6  pleasant 35-year-old gentleman who is about one year
7  after C3-C4 posterior cervical fusion done for
8  subluxation of his facet joint.  He's doing fine at
9  this one year, except he does have some occasional
10 neck pain that is stating.
11     Q   Okay.
12     A   That he is stating.
13     Q   Okay.  That's it.  And then I have one last
14 exhibit to show you at this time, and we'll mark this
15 as Exhibit 14.
16     A   What's the number?
17     MS. AGUILAR:  It should be the last document
18 that you have.
19     (Discussion off the record.)
20     A   719?
21 BY MS. AGUILAR:
22     Q   Yes.  These are Bates stamped
23 Doctor A. RTP 719 to Doctor A. RTP 723.  Do you have
24 that in front of you, Doctor?

Page 179

1      A   Yes, I do.
2      Q   Okay.  Do you see your signature on
3  Doctor A. RTP 720?
4      A   Yes.
5      Q   Okay.  So fair to say you've seen this
6  document before, then; correct?
7      A   Probably.
8      Q   Fair enough.  Can you please tell me what
9  it states on Report?
10     A   (Reading) Previous resection spinous
11 processes of C3 and C4, bridging supportive base
12 anchored into lateral elements of C3 and C4.  Slight
13 straightening of curvature.  Otherwise negative.
14     Q   And did you write that, Doctor?
15     A   No.  That's the radiologist.
16     Q   Okay.  Oh, okay.  And do you see where it
17 says Physician's Signature?
18     A   Yes, ma'am.
19     Q   You've signed that, correct?
20     A   Yes.
21     Q   I just have a question of comparing this
22 signature to another signature that you have, and it
23 is -- it was previously Exhibit 4, which was Bates
24 stamped Doctor A. RTP 718.  It was another X-ray

Pages 180 to 183

Evaristo Aguinaldo, M.D., Volume 2

Page 180

1    form.
2    A    What number?
3    Q    It was an X-ray.
4    MR. TENGESDAL:  Doctor, that was previously
5    marked as Exhibit 4.
6    A    Oh, okay.
7    BY MS. AGUILAR:
8    Q    Correct.  And you see your signature on
9    that document you stated previously, correct?
10   A    Correct.
11   Q    So I'm just curious.  On the Exhibit 4
12   where you signed your name, it looks like a different
13   signature than the signature on Doctor A. RTP 720.
14   A    That's the same.  Sometimes in a hurry.
15   Q    Okay.  But you did sign both documents?
16   A    Right.
17   Q    Okay.  You just -- strike that.
18   A    Sometimes you're in a hurry because as you
19   can see, they just write my name.  That's not my
20   penmanship.
21   Q    Handwriting?
22   A    Handwriting.  They just follow up for
23   X-ray, so I just sign it.
24   Q    Okay.  I see.  Versus on Exhibit 4 you

Page 181

1    signed it with more time, I suppose?
2    A    Correct.
3    MS. AGUILAR:  Okay.  I understand.  Okay.  That
4    was my only question.  I just was curious about the
5    discrepancy there.
6    We can take like a longer break if you guys
7    want now that we've gotten through all the exhibits.
8    Would you prefer that, Doctor?
9    MR. TENGESDAL:  I think we need a break to get a
10   stapler and organize this.
11   (Recess taken.)
12   BY MS. AGUILAR:
13   Q    Thank you, Doctor, for your patience.
14   Let's go back to your medical records.  I believe
15   that was Exhibit 3.  And I apologize, but can you
16   read the Subjective, Objective, Assessment for me one
17   more time?
18   MR. TENGESDAL:  Objection, asked and answered.
19   A    What number?
20   BY MS. AGUILAR:
21   Q    On the first page Bates stamped
22   Doctor A. RTP 1159.
23   A    1159?
24   Q    Yes, if you could just read it for me one

Page 182

1    more time.
2    MR. TENGESDAL:  Asked and answered.
3    A    RTP 1159, right?
4    Q    Yes, please.  Thank you.
5    A    (Reading) Subjective, Claim had a fight and
6    was hit on the head, face, and neck.  Also both
7    shoulders.  Also pain in both shoulders.  Objective,
8    alert, not in distress.  Eyes, that's PERRLA, means
9    react to lights and accommodation, pupil react to
10   lights and accommodation.  Left side of the lower
11   orbit, laceration about 3/4 inch noted.  Right side
12   of the neck abrasion noted.  Bruise on the left upper
13   shoulder.  Neck supple, slight pain on rotation of
14   motion.  Both shoulders slight pain noted.
15   Q    Okay.  Do you see on that document anywhere
16   where you mention a Spurling test that's performed?
17   A    Pardon me?
18   Q    I believe a Spurling test is what it was
19   called?
20   A    Bone test?
21   MR. TENGESDAL:  Spurling.
22   BY MS. AGUILAR:
23   Q    A Spurling test.
24   A    No.

Page 183

1    Q    Okay.  So if there's no Spurling test
2    that's written down in this document, does that mean
3    that you didn't perform one on August 17, 2017?
4    A    Well, I just put only, as I said, the
5    positive findings at the time.
6    Q    I'm sorry, can you explain what that means
7    to me?
8    A    Okay.  I examined this patient, as I said
9    before already.  I checked his neck.  I palpate his
10   neck.  I tried to -- I tried to check the head
11   whether -- I tried to observe the head if he's moving
12   forward, the posture of the head.  I did also -- I
13   did also they call it the neurological examination by
14   testing the sensation of the hand and also the
15   grasping of the hand, the integrity of the hand
16   whether there is some kind of weakness or some kind
17   of numbness, like that.  And also some reflexes,
18   check tricep and the bicep.  So I tested, but if
19   there's nothing, then I don't write anything.
20   Q    Okay.  And this is your practice to only
21   write positive findings?
22   A    The one I wrote are only the positive
23   findings.
24   Q    Okay.  But you didn't give him a neck

Evaristo Aguinaldo, M.D., Volume 2

Page 184

1 brace, correct?
2 MR. TENGESDAL: Objection, asked and answered
3 like 12 times. We'll stipulate he didn't give him a
4 neck brace.
5 MS. AGUILAR: Okay.
6 Q Doctor, why do you only put in positive
7 findings in your notes?
8 A The pain -- the positive finding is that
9 when I tried to examine the neck, when I tried to
10 rotate it, he complaining of pain. That's the one I
11 said, supple, slight pain in rotation of motion.
12 Q But why don't you put down any negative
13 findings?
14 A As I said, again, I don't write negative
15 findings. I just write only the positive findings.
16 Q And what is that based on? Is it based on
17 a Wexford practice and policy?
18 A No. It's based on what the patients
19 complain.
20 Q I understand, but you're stating you only
21 write down positive findings; right?
22 A Correct.
23 Q Why don't you also write down negative
24 findings?

Page 185

1 A Well, I said it's just for me. I just only
2 write the positive findings.
3 Q Okay. But you were not --
4 A I don't write the negative findings.
5 Because --
6 Q So this was -- I'm sorry, I didn't mean to
7 interrupt you.
8 A Why should I write the negative findings
9 when I cannot find anything? Just like zero.
10 Q Okay. But how can you be sure that you
11 performed the test if you don't write it down?
12 A Well, as I said, again, I just write only
13 the positive finding when I examine him.
14 Q But you don't have an independent
15 recollection, correct?
16 A I don't have independent recollection.
17 Q And you didn't write it down either,
18 correct?
19 A Correct. But, see, that kind -- that day I
20 did everything neurologically, and I just write only
21 the one that's positive.
22 Q But since you didn't write it down and
23 you're only relying on the documents, how can you be
24 so sure that you did it?

Page 186

1 A That's part of the examination when --
2 that's part of the examination, especially him when
3 he comes over there.
4 Q Okay. So you're making an assumption,
5 correct?
6 A It's not an assumption. It's just that I
7 said I did not put -- if it's negative, I didn't
8 write it. But for him, I did the neurological exam.
9 I examined him properly.
10 Q Okay. And this is what you're required to
11 do?
12 A Excuse me?
13 Q This is what you're required to do?
14 A What do you mean?
15 Q You're required to do these examinations?
16 A I examined him properly.
17 MS. AGUILAR: Okay. I'm sorry. Can you read
18 back the question and answer to me one more time that
19 we just had.
20 (Question and answer read.)
21 MS. AGUILAR: I don't think you actually
22 answered my question, though.
23 MR. TENGESDAL: That was your question.
24

Page 187

1 BY MS. AGUILAR:
2 Q So you're required to do these
3 examinations, correct?
4 A Correct.
5 MR. TENGESDAL: Objection. What examinations?
6 MS. AGUILAR: The examinations that he testified
7 to.
8 MS. LINDEMANN: By who is he required?
9 MS. AGUILAR: That would be my next question.
10 That was going to be my next question.
11 MS. LINDEMANN: Okay.
12 BY MS. AGUILAR:
13 Q Does the standard of care require you to do
14 these examinations on patients who present neck
15 injuries to you?
16 A Yes.
17 Q Okay. I'm going to go to 8-21-17, which is
18 Bates stamped Doctor A. RTP 1161, the same exhibit.
19 A 1161?
20 Q Yes. Did you perform those same
21 neurological exams on this date?
22 MR. TENGESDAL: Objection, asked and answered.
23 Why are we asking the same questions?
24 MS. AGUILAR: I just want to make sure I get it,

Evaristo Aguinaldo, M.D., Volume 2

Page 188

1 Counsel.
2 MR. TENGESDAL: You wrote it down. You got it
3 the first time.
4 MS. AGUILAR: I didn't because you specifically
5 asked me not to type while he was speaking.
6 MR. TENGESDAL: I said write. I didn't say
7 type, did I? I said write it down.
8 MS. AGUILAR: Okay. Well, I didn't write it
9 down.
10 MR. TENGESDAL: You have a pen.
11 BY MS. AGUILAR:
12 Q Can you please answer the question, Doctor?
13 **A As you can see, when he comes that day, he**
14 **doesn't have any problem. If he should have a**
15 **problem at that time, then I could have examined him**
16 **again. But he doesn't have any problem at that time,**
17 **no neck pain, no nothing.**
18 Q And you're basing this off of your notes,
19 correct, because you have no independent recollection
20 of that?
21 **A I don't have a recollection. I just base**
22 **on my findings at the time when he come.**
23 Q So it's your testimony today that as he was
24 telling many other people he has neck pain 10 out of

Page 189

1 10, he told you he had no neck pain?
2 **A What do you mean?**
3 Q I'm stating it's your testimony today as
4 you sit here that on August 21, 2017, Ahmad Poole was
5 not telling you that he had neck pain?
6 **A Correct. Because he did not have any**
7 **problem at that time.**
8 Q Based on your notes, not based on your
9 memory; correct?
10 **A Based on my notes.**
11 Q Okay. And, again, you didn't give him a
12 neck brace; right?
13 **A Right.**
14 Q Okay. And on August 28, 2017, no neck
15 brace again; correct?
16 **A Correct.**
17 Q Okay. But you had seen the radiology
18 report, correct?
19 **A The report.**
20 Q On August 28, 2017?
21 **A Yes. I've seen it.**
22 Q And you sent him to Dr. Obaisi because I
23 believe you stated you had concerns about what the
24 radiology report said, right?

Page 190

1 **A I was just concerned really about the**
2 **subluxation.**
3 Q Okay. So if you were concerned about the
4 subluxation, why didn't you give him a neck brace?
5 **A It's -- at that time he has already some**
6 **kind of pain pills. I think that -- I think that**
7 **would suffice enough or that was sufficient enough**
8 **because he's not complaining of neck pain. This is**
9 **objective.**
10 Q So it's your testimony, again, that on
11 August 28, 2017, he was not complaining of neck pain
12 to you?
13 **A It's just on my physical findings when I**
14 **examined the neck, that's the time he complained of**
15 **pain.**
16 Q Okay. But it's your testimony as you sit
17 here today that on August 28, 2017, Ahmad Poole was
18 not complaining to you of neck pain; correct?
19 MR. TENGESDAL: Objection, asked and answered,
20 what is it? Three or four times now?
21 MS. AGUILAR: You can answer the question,
22 Doctor.
23 **A Yes. He's not complaining of pain. It's**
24 **just only in the objective finding when examining.**

Page 191

1 **That's the time he complain of neck pain.**
2 BY MS. AGUILAR:
3 Q Okay. According to your notes, not
4 according to your memory?
5 **A According to my notes.**
6 MS. AGUILAR: Okay. Counsel, I don't need
7 audible explanations or exasperations. It's very
8 distracting for both counsel actually.
9 MR. TENGESDAL: Well, it's exasperating that you
10 continue to ask the same questions that he's already
11 answered. You keep asking neck brace. We already
12 stipulated he didn't give him a neck brace.
13 MS. AGUILAR: I'm asking about specifically a
14 different day. I asked him about several different
15 days about the neck brace --
16 MR. TENGESDAL: Well, we --
17 MS. AGUILAR: -- so that's incorrect.
18 MR. TENGESDAL: No. We stipulated he's never
19 given him a neck brace.
20 MS. AGUILAR: Okay. Thank you, Counsel.
21 MR. TENGESDAL: It's really simple. That's why
22 I stipulated to it.
23 MS. AGUILAR: Okay.
24 MR. TENGESDAL: And you've already asked him

Evaristo Aguinaldo, M.D., Volume 2

Page 192

1    each day, each day, each day, each day.
2          MS. GRADY: Counsel, this is Sarah Grady for the
3    plaintiff. I'd like to ask that the witness be
4    excused, please.
5          MR. TENGESDAL: No.
6          MS. AGUILAR: Yes. Please excuse the witness.
7    Doctor, can you please go? And can we go off the
8    record if you would like. Doctor, can you please
9    leave the room?
10         MR. TENGESDAL: What? No.
11         MS. AGUILAR: Can you please leave the room?
12         MR. TENGESDAL: Dr. Aguinaldo is fine here.
13         MS. GRADY: All right. I'd just like to make a
14   record here that we have now asked the witness to
15   leave the room so that I can make my record.
16         I want to be clear that I think the level
17   of unprofessionalism from counsel for Dr. Aguinaldo
18   towards plaintiff counsel is unacceptable.
19   Plaintiff's counsel has been appointed in this case.
20   She is here on a pro bono basis performing her
21   responsibilities as appointed by the Court.
22         I have listened to repeated examples of
23   disdain and abuse and harassment frankly from counsel
24   for Dr. Aguinaldo. Dr. Aguinaldo's counsel is

Page 193

1    entitled to provide a defense of Dr. Aguinaldo and
2    the claims against him and his other clients. What
3    he is not entitled to do is berate attorneys for the
4    other side.
5          You may disagree with our position. You
6    may disagree with the questions that we ask, and you
7    may raise objections as appropriate under the federal
8    rules and the precedents of the Court and the
9    Seventh Circuit. What you may not do is treat a younger
10   lawyer inappropriately in the way that you are doing.
11   And if you continue to do that, then I personally
12   will write a motion asking for the Court to issue
13   relief.
14         And I would ask that you extend the level
15   of professionalism that is required of our profession
16   to our attorney. If it continues, I will personally
17   write a motion asking for there to be some corrective
18   action here. Counsel, I'm asking you as a matter of
19   professional courtesy to please extend
20   professionalism toward my colleague.
21         MR. TENGESDAL: May I respond?
22         MS. GRADY: Certainly.
23         MR. TENGESDAL: Sure. We have instructed your
24   counsel numerous times. She's asked the same

Page 194

1    questions repeatedly. We've allowed Dr. Aguinaldo to
2    continue to answer.
3          But at some point, which has occurred in
4    the last five minutes, it's becoming abusive. We
5    stipulated on the record that Dr. Aguinaldo has never
6    given him a neck brace, yet we continue to have
7    question after question about the neck brace. We
8    continue to ask the counsel to stop asking the same
9    questions. That's not unprofessional.
10         I understand she's a young lawyer, and
11   we've given her great latitude. We've helped her
12   with the exhibits. We've helped organize for her
13   understanding that it's her first deposition with the
14   exhibits; okay? The only unprofessionalism that
15   we've had is when counsel for plaintiff has degraded
16   the man by asking him in a very nasty tone, nasty
17   demeanor whether he can read and write and understand
18   the English language.
19         The man is a licensed physician under the
20   Illinois Department of Financial and Professional
21   Regulation. He clearly writes in the English
22   language. He clearly understands it. It's just not
23   proper. But we'll give her the benefit of the doubt.
24         MS. GRADY: I just want to note again that these

Page 195

1    discussions are appropriately held outside of the
2    presence of the witness. Again, counsel is asking
3    about the content of testimony, and that is
4    inappropriate and allows for coaching of the witness.
5          So I just want to note for the record again
6    that we would request that the witness be excused so
7    that this record can be made appropriately outside of
8    the presence of the witness, who does not need to be
9    here for this record.
10         MR. TENGESDAL: Well, just so the record is
11   clear, your counsel has left the room like five, ten
12   minutes ago, so she's not even in the room.
13         MS. GRADY: Okay.
14         MS. LINDEMANN: Dr. Aguinaldo just left as well.
15         MS. GRADY: Thank you. So just to respond to
16   your point, sir, the context of the questioning was
17   entirely appropriate. There was no insinuation or
18   statement that was inappropriate. The questioning
19   was along the lines of whether Dr. Aguinaldo could
20   read, and it was appropriate, and I think the context
21   will show that. I'll recall that counsel asked his
22   own client whether he had eyes. So, you know, I find
23   it quite surprising that counsel is making
24   accusations to plaintiff's counsel given that

Evaristo Aguinaldo, M.D., Volume 2

Page 196

1    context.
2           But nevertheless, I think what would be
3    best here is if we took a break, and I'd just remind
4    counsel that comments like, "I'm sorry to have
5    offended you," and comments about the feelings of
6    counsel are inappropriate. What's appropriate is to
7    raise objections, not speaking objections but
8    objections to our line of questioning.
9           And if you feel that the questioning has
10   gotten to a place where Rule 30 permits you to
11   adjourn the deposition, then so be it. And we can do
12   this through motion practice. But I'm asking you as
13   one attorney to another, especially one who has even
14   more experience than I do that you kindly exercise
15   the level of professionalism that I think is
16   appropriate given this appointed case.
17          We are all here to try and complete
18   discovery in this case and move the case forward.
19   And I don't find it to be helpful to continue to
20   degrade the plaintiff's attorney or to try and
21   exercise repeated speaking objections in an attempt
22   to berate her.
23          So if that continues then, yes, we are
24   going to have to seek intervention by the Court. I

Page 197

1    would hope that what we can do is avoid any further
2    type of that misconduct by just agreeing to take a
3    break, reset, and continue on to conclude this
4    deposition. Okay?
5           MR. TENGESDAL: Sure. I just disagree. You're
6    not even physically present here. You don't have
7    your video on. What you've been stating hasn't been
8    occurring. We mainly are objecting, and I've allowed
9    Dr. Aguinaldo to continue to answer. But, again,
10   when you stipulate that the man never gave him a neck
11   brace, the issue is closed.
12          MS. GRADY: Well, no, that's not true, sir. So
13   you've agreed to stipulate in the midst of this
14   deposition, and there's no rule or precedent that I
15   am aware of that allows you to offer to stipulate in
16   the midst of a deposition in a way that, then,
17   precludes us from questioning the witness. It's our
18   time. And so, you know, from my perspective, I would
19   like to move forward and conclude rather than sit
20   here and continue.
21          The reason I'm not there is because I am
22   eight and a half months pregnant, and so my doctor
23   has advised me not to be present around people to the
24   extent that I can avoid it given COVID even though,

Page 198

1    thankfully, COVID is on the decline.
2           So, you know, if there's an objection that
3    I can't be appearing because I'm not physically
4    present, then we can address that. But, again, I
5    would hope that we can just move forward here. All
6    I'm asking, again, is for the professional courtesy
7    that you make your objections. I'm not seeking to
8    keep you from doing any sort of defense on behalf of
9    your client.
10          I'm simply asking that you extend the level
11   of professionalism that I assume you received when
12   you were a newer attorney, that I certainly received
13   from lawyers representing Wexford and the IDOC when I
14   was a new attorney. We're all working to get this
15   case done, especially in light of the nature of the
16   case, an appointed case. We're here because we're
17   appointed, and we intend to fulfill our
18   responsibilities that the Court asked us to fulfill.
19          So with that, you know, I think that the
20   record is clear. I understand you disagree. I've
21   been listening here. I don't think there's anything
22   about my physical presence that would change
23   anything. But I am certainly understanding that
24   you've put on the record that you believe that the

Page 199

1    physical presence would show that what I've been
2    hearing is not happening. And, you know, I'd just,
3    again, ask for the degree of professionalism that I
4    think courts expect of us.
5           MR. TENGESDAL: Congratulations on your upcoming
6    birth of your child. I was unaware. All I'm saying
7    is that you haven't been present in the room, and I
8    don't -- other than in the last five minutes when we
9    were objecting that all these questions have been
10   asked and answered, that's fine. But I will extend
11   professional courtesy to a young lawyer because
12   Isabella has been nothing but great in this case.
13   She works very hard. She works very diligently on
14   this case, so let's move forward.
15          MS. GRADY: Excellent.
16          MS. AGUILAR: Thank you. We should let
17   Dr. Aguinaldo come back in the room.
18          (Recess taken.)
19   BY MS. AGUILAR:
20      Q   I apologize about that, Dr. Aguinaldo. I
21   believe we were talking about Exhibit 3, specifically
22   Doctor A. RTP 1162. Counsel has acknowledged that
23   you have stipulated that no neck brace was given.
24   And I believe I was just asking why that was the case

Evaristo Aguinaldo, M.D., Volume 2

Page 200

1    on August 28, 2017?
2         MR. TENGESDAL:  We'll just object for the record
3    that that was asked and answered.  But go ahead,
4    Doctor, I'll let you one more time to answer.
5         A   What's that?
6         MR. TENGESDAL:  Answer Isabella's question.
7    BY MS. AGUILAR:
8         Q   Why didn't you give him a neck brace on
9    August 28, 2017?
10        A   At that time when I examined him, he
11   doesn't complain of anything.  He doesn't complain,
12   only some -- the only thing is that I gave him
13   some -- I did not give him neck brace because at that
14   time he was not complaining of anything.  The only
15   problem is that when I did examination on his neck,
16   there was a slight pain initiated when I tried to
17   rotate his neck.
18        Q   Is a neck brace specifically for pain,
19   though?
20        A   What do you mean?
21        Q   Is a neck brace for pain or is it to
22   stabilize the neck?
23        A   To stabilize the neck, immobilize the neck.
24        Q   Okay.  So if you're trying to -- strike

Page 201

1    that.
2             So then neck pain wouldn't be if he's
3    complaining of pain, then; right?
4         A   He's not complaining of any pain when I
5    first saw him.
6         Q   Right.  So if he's not complaining of pain
7    according to you on August 28, 2017, what does it
8    have to do with giving him a neck brace?
9         A   I just gave him a Tylenol at the time.
10   That's good enough for him at the time.  As I said
11   again, it's just only the objective finding that he
12   complained of pain.  So I give him the Tylenol
13   just -- I just give him Tylenol just to give him the
14   benefit of the doubt, but neck brace at that time is
15   not necessary.
16        Q   I understand.  I'm specifically talking
17   about August 28th.  Maybe that's where we're missing
18   each other.  On August 28th, it's already been
19   stipulated you didn't give him a neck brace, and I
20   believe you stated because he didn't have pain; is
21   that right?
22        A   Correct.
23        Q   Okay.  But if a neck brace isn't for pain,
24   then that couldn't be the reason?

Page 202

1         A   Okay.  Neck brace is just to stabilize the
2    neck, as I said again.
3         Q   Correct.
4         A   He's not complaining here of any pain.
5    Okay?  So at that time when I saw him on the 28th, he
6    was not complaining of anything.  He just come there
7    just for the X-ray result.
8         Q   Okay.  So if Mr. Poole had a C3-C4 anterior
9    subluxation, did his neck need to be stabilized?
10        A   Yes.  You have to give him.
11        Q   Okay.  If his neck --
12        A   Wait, wait, wait.  What was your question?
13        Q   I said if Mr. Poole has a C3-C4 subluxation
14   according to the radiology report, doesn't his neck
15   have to be stabilized?
16        A   Okay.  That kind really I don't know.  But
17   as I said already, as I said, X-ray result is
18   subluxation.
19        Q   Okay.  On August 30, 2017, Mr. Poole saw
20   Dr. Obaisi; correct?
21        MR. TENGESDAL:  Objection, asked and answered.
22        A   What day?
23   BY MS. AGUILAR:
24        Q   On August 30 of 2017, two days after you

Page 203

1    saw him, after you referred him to Dr. Obaisi.
2         A   I don't know.  I don't have the note here.
3         Q   Okay.  We can go back to an exhibit, then.
4    We will go to Exhibit 6.  And this is Bates stamped
5    Doctor A. RTP 751 and Doctor A. RTP 431.
6         A   Exhibit 6, you said?
7         Q   Correct.
8         A   St. Joe?
9         Q   Yes.  This is the referral report that
10   Dr. Obaisi filled out.  Do you remember we went over
11   this earlier in the deposition?
12        A   Yes.  That's the one when he went to change
13   the hospital.
14        Q   Correct.  I'm just using this exhibit to
15   show that Dr. Obaisi did see Mr. Poole on August 30,
16   2017.
17        A   I think so.
18        Q   He did.  I'm representing to you that he,
19   in fact, did see him.
20        A   Okay.
21        Q   And Dr. Obaisi, in fact, gave him a neck
22   brace on August 30, 2017.
23        A   I don't know.  I don't have the notes here.
24        Q   Okay.  I'm representing to you that he did.

Evaristo Aguinaldo, M.D., Volume 2

Page 204

1    A  If he did, then he did.
2    MS. AGUILAR: Okay.
3    MR. TENGESDAL: I thought you marked it as an
4  exhibit, didn't you?  The August 30th note that you
5  showed him of Obaisi?
6    MS. AGUILAR: I believe I did.
7    MR. TENGESDAL: I'm trying to find it here.  I
8  don't see it.
9    MS. LINDEMANN: I don't see it either.
10    MR. TENGESDAL: I have it.  Do you want me to
11  give you a copy and you can mark it as an exhibit?
12    MS. AGUILAR: I will.  Thank you.  We'll mark
13  this as Exhibit 15.  This is Bates stamped
14  (78000-019) 000256.
15    Q  Do you see, Doctor, what date this is
16  dated?
17    A  (No response.)
18    Q  Do you see August 30, 2017?
19    A  Yes.  August 30, '17.  Correct.
20    Q  And this is a note by Dr. Obaisi, correct?
21    A  I think so.  Yes.
22    Q  Okay.  I don't necessarily want to make you
23  read this into the record if you don't want to, but
24  it's fine.  You can read this for the record out loud

Page 205

1  if you would like starting at Subjective, Objective,
2  Assessment.
3    MR. TENGESDAL: I'll just object.  I think he
4  actually read this before.  But since we can't find
5  the record, I have no objection to him doing it again
6  if he can read it.
7    A  You want me to read?
8  BY MS. AGUILAR:
9    Q  No.  It's okay.  I'll retract that because
10  you already read it into the record.  And I would
11  like to also show you again Exhibit 1, grievance
12  documents Bates stamped --
13    A  What number?
14    Q  It's Bates stamped IDOC 7.
15    MR. TENGESDAL: Do you mind if I show him the
16  page?
17    MS. AGUILAR: That's fine.  Thank you, Counsel.
18    Q  And thank you for bearing with me, Doctor.
19  I know it's a lot of documents.  Do you see on
20  August 30th, Mr. Poole wrote that he was given a neck
21  brace?  It's towards the middle of the page.
22    MS. LINDEMANN: I think we're looking at this
23  one (indicating).
24    A  Where can I find that?  The highlighted

Page 206

1  one?
2  BY MS. AGUILAR:
3    Q  Yes.  I believe I highlighted it for you.
4    A  Which one?  The bottom part?
5    Q  It's towards the middle of the document.
6    A  In the middle?  Is this it, (Reading) I was
7  given neck brace?
8    Q  Correct.
9    A  Is that the one?
10    Q  Correct.  I'm just showing you this to show
11  that Mr. Poole was, in fact, given a neck brace on
12  August 30, 2017, according to the documents.
13    A  According to the note of Dr. Obaisi.
14  August 30, right?
15    Q  Correct.
16    A  Yes.  This is August 30, cervical collar.
17  That's the neck brace.
18    Q  Correct.  So Dr. Obaisi also gave him --
19  I'm sorry, strike that.
20    Correct.  So the document Exhibit 15 shows
21  that Dr. Obaisi did, in fact, give him a neck brace;
22  correct?
23    A  Correct.  When he went to emergency room.
24    Q  Okay.  Thank you.  Do you have any personal

Page 207

1  knowledge of why Dr. Obaisi gave him a neck brace on
2  August 30, 2017, two days after you had seen him?
3    A  Well, that's probably -- he give him the
4  neck brace.
5    Q  But do you have any personal knowledge as
6  to why he did that?
7    A  Can you slow down?
8    Q  Sure.  Do you have any personal knowledge
9  as to why he did that?
10    A  I don't know.
11    Q  Okay.  You never spoke with Dr. Obaisi
12  about that?
13    A  No.
14    Q  Okay.  Dr. Aguinaldo, do you have any
15  knowledge of your reputation among patients at
16  Stateville Correctional Center?
17    A  What do you mean?
18    Q  Do you have any knowledge of what your
19  patients have said about you in terms of the
20  treatment that you give?
21    A  No.
22    Q  Okay.  Do you have any opinion on the
23  medical care patients receive at Stateville
24  Correctional Center?

Evaristo Aguinaldo, M.D., Volume 2

Page 208

1    A   No. I don't know. It's up to them to make
2  their own medical opinion.
3    Q   Okay. But do you have an opinion on the
4  treatment that patients receive at Stateville
5  Correctional Center?
6    A   Yes.
7    Q   And what is that opinion?
8    A   What do you mean? What kind of opinion are
9  you asking about?
10    Q   I'm asking if you have an opinion on the
11  medical care that patients receive at Stateville
12  Correctional Center?
13    A   Yes.
14    Q   You do have an opinion?
15    A   Of course. We follow the standard of care
16  in the community.
17    Q   Okay. Doctor, your deposition has lasted
18  over two days, about five to six hours; correct?
19    A   Correct.
20    Q   And we've gone through many, many
21  documents; correct?
22    A   Correct.
23    Q   Okay. And some documents you had seen in
24  advance of today's deposition, correct?

Page 209

1    A   Correct.
2    Q   And nothing I've shown you has refreshed
3  your recollection past what you already testified to,
4  correct?
5    A   Correct.
6    Q   Is there anything else I can show you that
7  would further refresh your recollection past what
8  you've already testified to?
9    A   What do you mean?
10    Q   Is there any other documents I could show
11  you that would make you remember these specific dates
12  that we have gone over in this deposition?
13    A   No. I don't have any recollection.
14    Q   Okay. So there's nothing I could show you,
15  then; correct?
16    A   Correct.
17    MS. AGUILAR: Okay. Let's take a five-minute
18  break, but I'm pretty sure that I'm basically done.
19    MR. TENGESDAL: No problem.
20    (Recess taken.)
21    MS. AGUILAR: Thank you, Dr. Aguinaldo, for your
22  time. I appreciate the fact that you did this over
23  two days, and I don't have any questions for you at
24  this time. But I will open the floor to other

Page 210

1  counsel.
2    MR. TENGESDAL: Thank you, Isabella.
3    CROSS-EXAMINATION
4  BY MR. TENGESDAL:
5    Q   Could you please pull out Exhibit 4? It's
6  the radiology report.
7    A   This one (indicating)? Okay.
8    Q   Ready?
9    A   Yes, sir.
10    MR. TENGESDAL: You got it, Isabella?
11    MS. AGUILAR: Yes. Thank you.
12  BY MR. TENGESDAL:
13    Q   All right, Doctor. Do you recall on
14  August 17, 2017 following the subjective history,
15  objective exam you formed an assessment, and you
16  ordered X-rays for Mr. Poole?
17    A   Yes, sir.
18    Q   Okay. And that was on August 17th,
19  correct?
20    A   Correct.
21    Q   Okay. If you look at the upper right-hand
22  corner there, does that look like it could be what
23  you testified earlier, '17?
24    A   Correct, sir.

Page 211

1    Q   The X-rays, once they're taken by the
2  technologist, are they sent to a radiologist, a
3  medical doctor licensed to interpret the diagnostic
4  imaging?
5    A   Yes, sir.
6    Q   And in this case, the report, is it signed
7  by a Dr. Gerald Leef, a radiologist?
8    A   Yes, sir.
9    Q   And have you sent other X-rays to Dr. Leef
10  before?
11    A   Yes, sir.
12    Q   Would you agree you don't have any
13  training, education, experience as a radiologist?
14    A   I think he's well qualified to interpret
15  X-rays. He's a radiologist.
16    Q   Would you agree you're not a radiologist?
17    A   What do you mean?
18    Q   Are you a radiologist?
19    A   No, no, no. I'm not.
20    Q   Okay. Are you board certified in
21  radiology?
22    A   No, sir.
23    Q   Okay. Do you rely on the radiologist to
24  interpret the films?

Evaristo Aguinaldo, M.D., Volume 2

Page 212

1    A   Yes, sir.
2    Q   Okay.  So in the Findings section, would
3  you agree that Dr. Leef never reported to you that
4  there was a fracture on the right side of the
5  inferior aspect of the C3 facet going to the superior
6  aspect of the C4 facet?
7    A   No, sir.  It wasn't written here.
8    Q   Okay.  We know from the CT scan on
9  August 30th and the MRI on August 31st there was a
10  fracture of the facet; correct?
11    A   That's what -- that's what they say, sir.
12    Q   Okay.  And you testified earlier you never
13  spoke to Dr. Leef, is that right?
14    A   Correct.
15    Q   Would you agree Dr. Leef never called you
16  up to give you his findings?  He merely wrote them
17  down on Exhibit 4?
18    A   Yes, sir.
19    Q   Okay.  Would you agree Dr. Leaf, he missed
20  the fracture at C3-C4?
21    A   Well, according to the report, probably,
22  yes.  It's not there.
23    Q   Okay.  Were you aware that Dr. Leef, a
24  medical doctor, radiologist who missed the fracture,

Page 213

1  didn't report to you a fracture, has not been named a
2  defendant in this case?
3    A   Yes, sir.
4    Q   Did Dr. Leef, did he suggest based on his
5  review of the plain films, cervical spine films to
6  follow up with either a CT or an MRI?
7    A   Not on this report, sir.
8    Q   Okay.  If the radiologist doesn't recommend
9  a CT or an MRI, would there be any reason for you to
10  do it?
11    A   I'll send him out right away, sir.
12    Q   Right.  You testified earlier if Dr. Leef
13  had reported to you that there was a fracture on the
14  plain film X-rays in his cervical spine, what would
15  you have done?
16    A   I'll send him out right away to the
17  emergency room.
18    Q   Okay.  Did Dr. Leef, after he reviewed the
19  X-rays as a board certificated radiologist, did he
20  ever opine and make a recommendation to suggest
21  neurosurgical consult?
22    A   Not on his report.
23    Q   Okay.  Oh.  Did Dr. Leef say that the
24  anterior subluxation C3 in relation to C4, did he say

Page 214

1  other than that, the X-ray films were otherwise
2  negative?
3    A   Yes, sir.
4    Q   Okay.  Without being informed that there
5  was a fracture at C3-C4, would you agree that there's
6  no instability?
7    A   I agree, sir.
8    Q   If there's no instability, why would you --
9  without being told that, why would you give a neck
10  brace?
11    A   Well, just probably just to -- just like a
12  conservative management.
13    Q   So would Dr. Obaisi -- on August 30th, when
14  he saw him -- would you agree that you were not
15  present with the evaluation of Mr. Ahmad Poole?
16    A   Yes, sir.
17    Q   Do you know if Dr. Obaisi actually had the
18  films to put up and look at?
19    A   No, sir.
20    Q   Do you know if Dr. Obaisi looked at the
21  plain film X-rays, not the report but the films, and
22  he saw a perched facet?
23    A   I don't, sir.  I wasn't there.
24    Q   So you don't know what medical decision

Page 215

1  making Dr. Obaisi did when he determined that a
2  cervical collar was appropriate?
3    A   Yes, sir.
4    Q   So let's go to the actual operative report,
5  which is Exhibit 9.  Could you get that in front of
6  you?
7    A   This one (indicating)?
8    Q   Yes.  No.
9    A   No.
10    Q   Exhibit 9.
11    MS. AGUILAR:  I believe there are several
12  documents along with that, Doctor.  I don't know if
13  you see them.
14    MR. TENGESDAL:  Here (indicating).
15    THE WITNESS:  Oh, okay.
16    Q   Doctor, we have what's previously been
17  marked Exhibit No. 9 for your deposition.  It's UIC
18  Admitting History and Physical from August 31, 2017
19  at one minute past midnight.  Do you see that?
20    A   Yes, sir.
21    Q   All right.  Turn to the last page of the
22  exhibit, last page.
23    A   This one?
24    Q   Yes.  Turn to the last page.

Evaristo Aguinaldo, M.D., Volume 2

---

Page 216

1    A   Last page?
2    Q   Yes.
3    A   (Witness complies.)
4    Q   Bates stamped page 968 of Exhibit 9, do you
5  see the Assessment/Diagnosis/Plan section?
6    A   Where is that?  Admitting?  Is this the
7  one?
8    Q   I'll ask you again.  Ready?  Take a look at
9  the document.  Do you see the
10  Assessment/Diagnosis/Plan section?
11    A   Yes, sir.
12    Q   Okay.  Can you read that into the record,
13  for us, please?
14    A   (Reading) 34M prisoner who presents with
15  **neck pain, C3-C4 sublaxation, right perched facet.**
16  **No acute probably -- "nsg" is probably unnecessary**
17  **intervention, as patient is neurostable, but will**
18  **require either halo versus operation for perched**
19  **facet.  Will require further workup.**
20    Q   Would you agree it says the operation
21  requirement is because he has a perched facet?
22    A   That's what this is, sir.
23    Q   And would you have any reason to disagree
24  with Dr. Mehta, the neurosurgeon who actually

---

Page 217

1  performed the surgery, in that he did it for the
2  perched facet, the fracture and not the
3  anterolisthesis that was a minimum of 1 millimeter?
4    A   No, sir.
5    Q   Okay.  Do you know if Dr. Leef was ever
6  made aware that he missed a fracture at C3-C4 that
7  was causing a perched facet?
8    A   I don't know.  It's not there.
9    Q   Okay.  All right.  Let's go to, if we
10  could, the -- Isabella marked this as Exhibit 7.
11  Could you get Exhibit 7?  And that's the Presence
12  St. Joseph's Medical Center records.
13    A   Thank you.
14    Q   And if I can call your attention to the
15  History of Present Illness section from August 30,
16  2017 for Mr. Ahmad Poole, which is Dr. A. RTP 952.
17  Do you see that section?
18    A   Yes, sir.
19    Q   Okay.  Do you see the area that was not
20  highlighted by plaintiff's counsel?
21    A   Yes, sir.
22    Q   Okay.  I want you to read the section
23  that's not highlighted.
24    A   (Reading) He reports no weakness, numbness

---

Page 218

1  **or tingling.  No head injury, no loss of**
2  **consciousness.  No other injuries.**
3    Q   Okay.  Doctor, would you agree when a
4  patient says they have no weakness, no numbness, no
5  tingling, that means they're neurologically intact?
6    A   Correct, sir.
7    Q   Okay.  The fact that Mr. Poole on
8  August 30, 2017 reported no weakness, no numbness, no
9  tingling, is that consistent with your neurologic
10  examination on August 17th where you found no
11  weakness, numbness, or tingling?
12    A   Yes, sir.
13    Q   Okay.  Let's have you turn to the next page
14  of this Exhibit No. 7, which is Doctor A. RTP 953.
15    A   (Witness complies.)
16    Q   You were shown some documents earlier that
17  Mr. Poole was reporting 10 out of 10 pain.  Do you
18  recall that?
19    A   (No response.)
20    Q   No, not on the note.  Do you recall
21  Isabella earlier asked you and showed you the
22  documents that it was 10 out of 10 pain?
23    A   I think that's one of the documents that
24  **says 10 out of 10.**

---

Page 219

1    Q   Okay.  So on August 30, 2017, according to
2  the Medical Decision Making in also an area that's
3  not highlighted for some reason, do you see where it
4  says, "Patient is declining offer of pain
5  medication?"
6    A   (No response.)
7    Q   I'll withdraw the question and ask again.
8        Can I have you turn to page 953, Medical
9  Decision Making?
10    A   Okay.
11    Q   All right.  Now, I want you, before I ask
12  you the question, review all of the materials that
13  are not highlighted.
14    A   Okay.
15    Q   Just read it to yourself.
16    A   (Witness complies.)  Patient is --
17    Q   I didn't ask you a question.  Are you done
18  reading?
19    A   Yes.
20    Q   Dr. Aguinaldo, August 30, 2017, Mr. Poole,
21  he arrives at Presence St. Joseph's Medical Center.
22  He's in the ER.  Does the note indicate, "Patient is
23  declining offer of pain medication"?
24    A   Yes, sir.  That's what they said over

---

Evaristo Aguinaldo, M.D., Volume 2

Page 220

1    there.
2      Q   So he's got 10 out of 10 pain, and when
3    he's offered pain medicine he says, "No, thanks.  I
4    don't want any pain medicine"?
5      MS. AGUILAR:  Objection, form, foundation,
6    speculation.
7      **A   Well, it depends who is the examiner.**
8    BY MR. TENGESDAL:
9      Q   Doctor, did Mr. Poole receive any pain
10   medication?  Have you been shown any note that when
11   he goes to Presence St. Joseph he's in so much pain,
12   10 out of 10, that they give him pain medicine?
13     MS. AGUILAR:  Object --
14     **A   When he went to the emergency room he**
15   **declined pain medication.**
16     MS. AGUILAR:  I was just going to say objection,
17   form, foundation.  You answered too quickly.  Sorry
18   about that.
19   BY MR. TENGESDAL:
20     Q   Does the note also indicate that he was
21   declining ambulance transport?
22     **A   I don't know.  He was transported by state**
23   **vehicle.  He's declining ambulance transport.**
24     Q   Okay.  So Mr. Poole, when he was offered an

Page 221

1    ambulance, he said, "No.  I'd prefer to ride in a
2    state vehicle, same one that brought me here"; right?
3      MS. AGUILAR:  Objection, form, foundation,
4    speculation.
5      **A   Yes.  That's what they said over here.**
6    BY MR. TENGESDAL:
7      Q   Okay.  So you think the emergency room
8    people were lying or were they accurately accounting
9    that Mr. Poole, he declined an ambulance?
10     MS. AGUILAR:  Objection, form, foundation,
11   speculation and the word -- I'm sorry, strike that.
12     MR. TENGESDAL:  Take your time.  If you want to
13   object again, go ahead.
14     MS. AGUILAR:  Can you ask the question one more
15   time, Counsel, please?
16     MR. TENGESDAL:  Yes.  Sure.
17     Q   Dr. Aguinaldo, do you have any reason to
18   disagree that Mr. Poole, when offered an ambulance,
19   declined an ambulance?
20     MS. AGUILAR:  Objection, form, foundation,
21   speculation.
22     **A   According with him -- according to him, he**
23   **declined ambulance.  He want the state car.**
24

Page 222

1    BY MR. TENGESDAL:
2      Q   Doctor, are you taught in medical school
3    examination procedures for certain areas of the body?
4      **A   Yes, sir.**
5      Q   Okay.  And when you see patients that
6    present with complaints of neck pain, do you have a
7    typical habit, course, and practice that you do for
8    examinations for people with neck pain?
9      **A   I'll just follow the standard procedure**
10   **examining a patient with neck pain.**
11     Q   Okay.  And do you do that for all patients
12   that you see with neck pain?
13     **A   Yes, sir.**
14     Q   And in this case, did you apply what you
15   normally do as your custom, habit, and practice for
16   your standard neck exam for Mr. Poole?
17     MS. AGUILAR:  Objection, leading.
18     **A   Yes, sir.**
19   BY MR. TENGESDAL:
20     Q   Okay.  Now, Mr. Poole, he didn't file a
21   grievance when he was still at Stateville in
22   August 2017; right?
23     MS. AGUILAR:  Objection, form, foundation,
24   speculation.

Page 223

1      MR. TENGESDAL:  You've got to answer.
2      **A   Yes.**
3      Q   You were shown grievance documents today
4    from September 22, 2017.  Is that right?
5      **A   That's what he say.**
6      Q   Okay.  Did Mr. Poole -- after he saw you on
7    August 17, 2017, were you shown any grievance today
8    that on the 18th of August, the 19th, the 20th, that
9    he ever said, I'm being treated inappropriately by
10   Dr. Aguinaldo?  I'm going to file a grievance"?  Were
11   you shown that today?
12     MS. AGUILAR:  Objection, form, foundation.
13     **A   No, sir.**
14   BY MR. TENGESDAL:
15     Q   After you saw him on August 21st and
16   Mr. Poole says, "I'm not being treated right by this
17   Dr. Aguinaldo," did you see that he filed a grievance
18   on either the 21st of August, the 22nd or 23rd?  Were
19   you shown that today?
20     MS. AGUILAR:  Objection, form, foundation,
21   leading.
22     **A   Well, I never -- I never see the grievance.**
23   **I don't know.**
24

Evaristo Aguinaldo, M.D., Volume 2

Page 224

BY MR. TENGESDAL:
2    Q   Okay.  Well, the only grievance I see today
3  is after Mr. Poole got surgery; would you agree?
4        **A   I think so, sir.**
5    Q   Okay.  Did Mr. Poole, when he saw you on
6  August 24th, did you see today -- did they give you a
7  grievance that says, hey, after you saw him on the
8  24th that anytime in August that he filed a grievance
9  against you?
10       MS. AGUILAR:  Objection, form.
11       **A   I didn't see any kind of grievances.**
12  BY MR. TENGESDAL:
13   Q   Okay.  Do you recall reading your grievance
14  earlier where Mr. Poole talked extensively about the
15  examination and the neurological exam that you
16  performed on him?
17       **A   Well, it's hard for me to understand the**
18  **penmanship.**
19   Q   Well, if Mr. Poole put in his grievance
20  that you performed a neurological exam on him, would
21  that be consistent with how you saw him on the 17th?
22       **A   Yes, sir.**
23   Q   Okay.  So Mr. Poole accurately charted that
24  you did a neurological exam, is that right?

Page 225

1        **A   Yes, sir.**
2    Q   When a patient has a traumatic cervical
3  spine injury, do you do Spurling tests on all
4  patients?
5        **A   That's part of the examination for the**
6  **spine.**
7    Q   And if Mr. Poole exhibited positive
8  compression findings with the Spurling test, is that
9  something that you would have charted in your
10  ordinary course of practice?
11       **A   Yes, sir.**
12   Q   Did you treat Mr. Poole for his cervical
13  spine condition after August 28th?
14       **A   No, sir.**
15   Q   You were shown a lot of records today about
16  subsequent treatment of Mr. Poole.  Would you agree
17  you were not his primary care physician treating him
18  at that time?
19       **A   Yes, sir.**
20   Q   All right.  Can you pull out number 12
21  exhibit that was shown to you by Isabella today.
22       **A   (Witness complies.)**
23   Q   Can you read what the first page of
24  Exhibit 12 is.

Page 226

1        **A   This radiology note?**
2    Q   Doctor, can you please -- Isabella is
3  sitting all the way on the other side.  Can you just
4  tell her what the first page is so she has reference.
5        MS. LINDEMANN:  This page right here
6  (indicating).
7        **A   RTP 0865.**
8  BY MR. TENGESDAL:
9    Q   Is this a radiology note from November 1,
10  2017?
11       **A   Yes, sir.**
12   Q   Okay.  It says in this radiology note, "He
13  recently 'strained' neck."  Do you know how Mr. Poole
14  reinjured himself close in time to November 1 of
15  2017?
16       **A   I don't know, sir.**
17   Q   Do you know if any of Mr. Poole's current
18  symptomatology is causally related to his injury
19  after surgery in September of 2017?
20       MS. AGUILAR:  Objection, form, foundation,
21  speculation, leading.
22       **A   Possible, sir.**
23  BY MR. TENGESDAL:
24   Q   Okay.  Can we have you look at Exhibit 15

Page 227

1  again.
2        **A   (Witness complies.)**
3    Q   This is the August 30th note.  All right.
4  Do you see in Dr. Obaisi's objective section?
5        **A   Yes, sir.**
6    Q   When Dr. Obaisi charts no neurological
7  deficit, do you know what that means?
8        **A   There's no problem with him.  There's no**
9  **problem neurologically.  That's what it means.**
10   Q   Do you know why Mr. Poole is stating and
11  giving testimony that he had neurologic complaints of
12  radiation referral, numbness, tingling, weakness in
13  his upper extremities; when he goes to St. Joe's
14  Hospital on the 30th, reports no neurological
15  findings; goes to UIC the next day and reports to
16  their neurosurgeons that he has no neurological
17  findings?
18       **A   That's what --**
19       MS. AGUILAR:  Objection, form, foundation,
20  speculation, leading.
21       **A   That's what they say.**
22  BY MR. TENGESDAL:
23   Q   Okay.  Well, in order to have neurological
24  findings, would you agree you have to have either --

Pages 228 to 231

Evaristo Aguinaldo, M.D., Volume 2

Page 228

1 in the cervical spine going into upper extremities
2 you either need to have spinal cord compression or
3 peripheral nerve compression?
4     MS. AGUILAR: Objection, form.
5     A  Yes, sir.
6 BY MR. TENGESDAL:
7     Q  Okay. You were asked questions about
8 spinal cord injury. Did you know Dr. Ankit Mehta,
9 neurosurgeon at UIC, testified there is no spinal
10 cord injury?
11     MS. AGUILAR: Objection, form.
12     A  That's what they said.
13 BY MR. TENGESDAL:
14     Q  Well, do you know why we're being asked
15 questions about neurological injury, spinal cord
16 injury when the neurosurgeon has already testified
17 there is none?
18     MS. AGUILAR: Objection, form, speculation,
19 foundation.
20     A  That's what they say, sir.
21 BY MR. TENGESDAL:
22     Q  Okay. Were you aware that the MRI report
23 that we reviewed today stated that there's no
24 herniated disks?

Page 229

1     A  That's what the report say.
2     Q  So if we have no cord compression, no
3 herniated disks, no peripheral nerve compression,
4 would you agree that Mr. Poole -- it's anatomically
5 impossible that he's getting numbness, electrical
6 shooting sensations in his arms?
7     MS. AGUILAR: Objection, form, foundation,
8 speculation, leading.
9     A  Yes, sir.
10 BY MR. TENGESDAL:
11     Q  Okay. Did you have any involvement in the
12 transfer decision of Mr. Poole by Dr. Obaisi to
13 Presence St. Joseph Hospital?
14     A  No, sir.
15     Q  August 30th, 2017, do you know why Presence
16 St. Joseph Hospital doesn't chart that Mr. Poole
17 complained that he couldn't hold his head up, so he
18 had to hold it in his hand?
19     MS. AGUILAR: Objection, speculation, form,
20 foundation.
21     A  That's what they say.
22 BY MR. TENGESDAL:
23     Q  Okay. Have you seen any records shown to
24 you today from a provider outside of yourself,

Page 230

1 Dr. Obaisi, St. Joseph, Dr. Mehta at UIC that said
2 that Mr. Poole stated that he couldn't hold his head
3 up, so he had to hold it in his hands?
4     MS. AGUILAR: Objection, form.
5     A  I don't see any of the record.
6 BY MR. TENGESDAL:
7     Q  Okay. I didn't see in the August 30th note
8 from St. Joseph that Mr. Poole, when he's out there
9 in the hospital and he's being evaluated, that he
10 said that he had popping sounds in his neck. Would
11 you agree?
12     MS. AGUILAR: Objection, form.
13     A  That's what they say over here.
14 BY MR. TENGESDAL:
15     Q  Did you see today anybody -- did Mr. Poole
16 tell the hospital that he had popping sounds in his
17 neck?
18     MS. AGUILAR: Same objection.
19     A  No, sir.
20 BY MR. TENGESDAL:
21     Q  Okay. Did Mr. Poole ever tell you that he
22 had popping sounds in his neck?
23     MS. AGUILAR: Objection, form.
24     A  No, sir.

Page 231

1 BY MR. TENGESDAL:
2     Q  Okay. Well, if he had a perched facet that
3 was locked up and was subluxated, do you know how he
4 would be having popping sounds since his neck is not
5 moving? It's actually locked up?
6     MS. AGUILAR: Objection, form.
7     A  I don't know that. That's really too far
8 for me to understand.
9 BY MR. TENGESDAL:
10     Q  Okay. Well, do you know if Mr. Poole has
11 any neurological training because all of his
12 subjective complaints and his grievances are
13 inconsistent with established neurology?
14     MS. AGUILAR: Objection, form, foundation,
15 argumentative, speculation.
16     A  Most of the notes I read here or I saw,
17 there was no neurological finding.
18 BY MR. TENGESDAL:
19     Q  Okay. Doctor, did you provide adequate
20 pain medication to Mr. Poole based at least on his
21 subjective complaints made to you?
22     A  I think he has adequate pain pills at the
23 time.
24     MR. TENGESDAL: Okay, thanks. That's all I got

Pages 232 to 235

Evaristo Aguinaldo, M.D., Volume 2

Page 232

1    for you, sir.
2          CROSS-EXAMINATION
3    BY MS. LINDEMANN:
4          Q   I have just a couple questions for you,
5    Doctor.  In general, at Stateville when a fight
6    breaks out and inmates are being brought to the
7    health care unit to be evaluated, how are the medical
8    professionals working that shift made aware of the
9    circumstance?
10         A   Okay.  When there's a fight, most of the
11   time they usually bring them -- sometimes it depends
12   on the officer, whether they will handcuff them or
13   not.  Sometimes.  And they will just bring them to
14   the emergency room in the ER -- I mean, in our area.
15   Then the nurse will try to evaluate them, get the
16   vital signs.  Then they have to write an injury
17   report.  Then after the injury report, they will call
18   the provider.  It's either the doctors or the nurse
19   practitioners or the PA.
20         Q   Okay.  Do you have a radio in the health
21   care unit that broadcasts emergency messages across
22   the entire facility?
23         A   They have a radio, but I don't have a
24   radio.  The nurses, they have the radio because they

Page 233

1    are the one that moves around.  They are the one that
2    go to the cell houses.
3          Q   So the nurses that are working in the
4    health care unit are the first ones that would hear
5    that message?
6          A   Correct.
7          Q   Okay.  My other question is when a
8    patient -- when an individual in custody is being
9    transported off site for medical treatment --
10         A   Correct.
11         Q   -- who would make a decision about whether
12   or not the inmate or individual in custody would need
13   to be in a wheelchair or if they were capable of
14   walking?
15         A   Well, if it's an emergency, the doctors or
16   the medical directors or nurse practitioner can make
17   a decision right then and there because it's an
18   emergency basis.
19         Q   Okay.  Do correctional officers ever make a
20   decision about whether or not somebody needs to be in
21   a wheelchair at Stateville?
22         A   Not in medical -- not in medical problem.
23   They don't have any kind of decision making.
24         MS. LINDEMANN:  Okay.  I think that's all the

Page 234

1    questions I have.  Thank you so much for your time,
2    Doctor.
3          THE WITNESS:  Thank you.
4          REDIRECT EXAMINATION
5    BY MS. AGUILAR:
6          Q   I just have one follow-up question, Doctor,
7    if that's okay with you.
8          A   Yes, ma'am.
9          Q   Okay.  Counsel asked you about radiologists
10   when he was speaking with you.  Do you remember that
11   line of questioning?
12         A   Radiologists.
13         Q   Yes.
14         A   Right.
15         Q   Specifically Dr. Leef, correct?
16         A   Yes.  That's the radiologist.
17         Q   Okay.  Is it typical for radiologists to
18   opine about further imaging or treatment required for
19   patients?
20         A   What do you mean?
21         Q   Do they typically call you and follow up
22   with you?
23         A   No.
24         MS. AGUILAR:  Okay.  I have nothing further.

Page 235

1          RECROSS-EXAMINATION
2    BY MR. TENGESDAL:
3          Q   Do radiologists, when they recommend
4    further imaging, put in their report recommend CT and
5    MRI?
6          A   Yes.
7          MR. TENGESDAL:  Okay.  That's all I have.
8          MS. LINDEMANN:  Nothing further.
9          MR. TENGESDAL:  We'll reserve signature.
10         (The deposition ended at 3:05 p.m., and
11          the witness was excused.)
12
13
14
15
16
17
18
19
20
21
22
23
24

Evaristo Aguinaldo, M.D., Volume 2

---

Page 236

1      IN THE UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF ILLINOIS
2                  EASTERN DIVISION
3    AHMAD POOLE,                    )
                                     )
4              Plaintiff,            )
                                     )
5       vs.                         )  No. 20 C 0014
                                     )
6    EVARISTO AGUINALDO, ET AL.,     )
                                     )
7              Defendants.           )
8    DATE OF DEPOSITION: March 16th, 2022.
9
10        I hereby certify that I have read the
11   foregoing transcript of my deposition given at the
12   time and place aforesaid, and I do again subscribe
13   and make oath that the same is a true, correct and
14   complete transcript of my deposition so given as
15   aforesaid, and includes changes, if any, so made by
16   me.
17
     _____
18     Evaristo Aguinaldo, M.D.
19   SUBSCRIBED AND SWORN TO
     before me this _____ day
20   of _____, A.D. 2022.
21
     _____
22     Notary Public
23
24

---

Page 237

1    STATE OF ILLINOIS  )
                        )  SS:
2    COUNTY OF W I L L  )
3         I, SOPHIA KARNEZIS, CSR, RPR, a Notary
4    Public in and for the County of Will, State of
5    Illinois, do hereby certify EVARISTO AGUINALDO, M.D.
6    was first duly sworn by me to testify the truth; that
7    the above deposition, Page 83 through 235, was
8    recorded stenographically and reduced to typewriting
9    under my personal direction; and that the foregoing
10   transcript of the said deposition is a true and
11   correct transcript of the testimony given by the said
12   witness at the time and place previously specified.
13        I further certify that I am not counsel for
14   nor in any way related to any of the parties to this
15   suit, nor am I in any way interested in the outcome
16   thereof.
17        IN WITNESS WHEREOF, I do hereunto set my
18   hand and affix my seal this 29th day of March, 2022.
19
20
21   _____
22     Sophia Karnezis, CSR, RPR
         IL CSR No. 084-003792
23
24

---

Page 238

1       GEORGE E. RYDMAN & ASSOCIATES, LTD.
2              15 West Jefferson Street
               Joliet, Illinois 60432
                   (815) 727-4363
3
              March 29, 2022
4    EVARISTO AGUINALDO, M.D.
     c/o CONNOLLY KRAUSE LLC
5    500 West Madison Street, Suite 2430
     Chicago, Illinois 60661
6    Attention: Mr. Robert S. Tengesdal
7       Case: Poole vs. Aguinaldo, et al.
        No.: 20 C 0014
8
     Dear Dr. Aguinaldo:
9
10   Please find enclosed herein a copy of your deposition
     transcript taken on March 16th, 2022, which you
11   desired to read and sign.

     Please read the transcript carefully and on the
12   enclosed correction sheet, indicating the page number
     and line number, list any change you feel necessary
13   and the reason for that change.
14   When you have completed reading the transcript, sign
     the Signature Page which we have enclosed and have
15   your signature notarized by a Notary Public.
16   Please return the enclosed Signature Page and the
     correction sheet to this office within 28 days, as
17   required by Statute. We will then forward any
     corrections and the Signature Page to all parties
18   concerned.
19   Your prompt attention in regard to this matter is
     greatly appreciated.
20
          Yours very truly,
21        GEORGE E. RYDMAN & ASSOC., LTD.
22
          BY:_____
23           Sophia Karnezis, CSR, RPR
     cc: Ms. Isabella Aguilar
24       Ms. Kristin K. Lindemann

---

Page 239

1    NAME: Evaristo Aguinaldo, M.D.
2    DATE OF DEPOSITION: March 16th, 2022
3    RE: Poole vs. Aguinaldo, et al.
4
     Page _____ Change _____
5
     Line _____ Reason _____
6
7    Page _____ Change _____
8    Line _____ Reason _____
9
     Page _____ Change _____
10
     Line _____ Reason _____
11
12   Page _____ Change _____
13   Line _____ Reason _____
14
     Page _____ Change _____
15
     Line _____ Reason _____
16
17   Page _____ Change _____
18   Line _____ Reason _____
19
     Page _____ Change _____
20
     Line _____ Reason _____
21
22   _____
       Date      Evaristo Aguinaldo, M.D.
23
24

---

Evaristo Aguinaldo, M.D., Volume 2

**A**

**A.D** 236:20
**a.m** 83:19 144:22
**Aberdeen** 84:3
**able** 93:2,5 146:7
151:10 176:20
177:5
**abrasion** 137:23
182:12
**absolutely** 92:14
119:3,5,7,12,21
**abuse** 192:23
**abusive** 194:4
**accident** 127:4
**accommodation**
137:21 182:9,10
**accompanies** 92:6
**accompanying**
162:6 169:24
170:15
**accounting** 221:8
**accuracy** 136:4
**accurately** 115:15
221:8 224:23
**accusation** 119:13
119:23
**accusations**
195:24
**acknowledged**
199:22
**acting** 126:4
127:7
**action** 193:18
**actively** 117:13,20
**actual** 215:4
**acute** 155:21
167:11 216:16
**Add** 175:10
**address** 198:4
**adequate** 231:19
231:22
**adjourn** 196:11
**admission** 159:7
165:8
**admit** 128:15
**admitted** 172:15

**Admitting** 215:18
216:6
**advance** 90:2
208:24
**advised** 197:23
**affairs** 138:8
**affix** 237:18
**aforesaid** 236:12
236:15
**ago** 152:8 160:17
161:7 162:1
195:12
**agree** 112:12
114:13 153:11
168:2 175:1
211:12,16 212:3
212:15,19 214:5
214:7,14 216:20
218:3 224:3
225:16 227:24
229:4 230:11
**agreeable** 161:22
162:17
**agreed** 197:13
**agreeing** 197:2
**Aguilar** 84:2 85:3
85:5 86:6 87:10
88:14,22 89:8
89:23 90:11
91:3,12 93:1
94:9 95:2,8 96:1
96:5 100:20
102:16 103:1
104:5 105:5
109:5,7,14,19
110:1,7,14,17
110:21 111:6,10
111:13,21
112:17 113:1,6
113:22 114:5,9
114:20 115:6,11
116:4,16 117:10
118:2,7,11,15
118:18 119:3,5
119:7,12,21
120:2,9,12,15

120:19 121:5,24
122:4,8 123:1
125:9 127:22
131:5,8,14,17
135:3 136:13,18
136:23 138:21
139:3,12 140:3
141:1 142:5
145:4 149:13
150:6 151:22
152:1,18 153:7
154:10,14,24
157:5,8 159:14
159:18 161:4
163:1,6 164:12
164:15 166:6,16
167:2,15 168:16
173:2,4 174:12
176:10 178:17
178:21 180:7
181:3,12,20
182:22 184:5
186:17,21 187:1
187:6,9,12,24
188:4,8,11
190:21 191:2,6
191:13,17,20,23
192:6,11 199:16
199:19 200:7
202:23 204:2,6
204:12 205:8,17
206:2 209:17,21
210:11 215:11
220:5,13,16
221:3,10,14,20
222:17,23
223:12,20
224:10 226:20
227:19 228:4,11
228:18 229:7,19
230:4,12,18,23
231:6,14 234:5
234:24 238:23
**Aguinaldo** 83:6,9
83:12 84:9 85:3

86:1,7 117:11
123:8,20 124:1
124:12 125:17
125:20 126:2,16
128:2,8,21
129:19 154:15
159:19 192:12
192:17,24 193:1
194:1,5 195:14
195:19 197:9
199:17,20
207:14 209:21
219:20 221:17
223:10,17 236:6
236:18 237:5
238:4,7,8 239:1
239:3,22
**Aguinaldo's**
88:21 92:21
129:10,18
192:24
**ahead** 94:7 95:6
109:22 126:14
127:19 200:3
221:13
**Ahmad** 83:3
102:18 103:19
103:23 104:9,13
104:17 105:7,17
106:1,9,14,20
112:6 113:5,7
114:14,15,16
134:5 136:1
137:4 152:20
155:16,18
157:14 158:18
160:3 165:6
168:24 172:3
173:20 178:2
189:4 190:17
214:15 217:16
236:3
**al** 83:6 236:6
238:7 239:3
**alert** 137:19
139:17 145:11

182:8
**alignment** 90:6
**allowed** 194:1
197:8
**allows** 195:4
197:15
**altercation**
160:17 161:24
175:2
**ambulance**
220:21,23 221:1
221:9,18,19,23
**anatomically**
229:4
**anchored** 179:12
**anesthesia** 138:13
**Ankit** 177:23
228:8
**answer** 88:22
95:3,4,6,7
113:17 186:18
186:20 188:12
190:21 194:2
197:9 200:4,6
223:1
**answered** 88:12
88:20 89:3,20
102:12,20 104:1
105:4 118:10
121:4 181:18
182:2 184:2
186:22 187:22
190:19 191:11
199:10 200:3
202:21 220:17
**answering** 95:1
**anterior** 145:10
145:17 147:3
154:2 170:4
202:8 213:24
**anterolisthesis**
170:15 217:3
**anybody** 230:15
**anytime** 224:8
**AP** 165:12
**apologies** 86:10

Evaristo Aguinaldo, M.D., Volume 2

**apologize** 90:2
166:12 181:15
199:20
**appear** 170:8
**Appearance**
126:16
**appearing** 198:3
**appears** 154:4
**apply** 222:14
**appointed** 192:19
192:21 196:16
198:16,17
**appointment**
141:22
**appreciate** 86:9
119:23 120:6
154:18 209:22
**appreciated**
238:19
**apprehensive**
126:22
**appropriate**
91:14 98:7
193:7 195:17,20
196:6,16 215:2
**appropriately**
89:6 195:1,7
**approved** 172:14
**area** 153:5 217:19
219:2 232:14
**areas** 154:4 222:3
**argumentative**
231:15
**arm** 124:8
**arms** 124:8 229:6
**arrives** 219:21
**aside** 110:18
**asked** 88:12,20
89:3,20 102:12
102:20 104:1
105:4 117:18
118:8,9 121:21
122:4 123:8,9
123:20 124:2,6
124:7,8 152:17
181:18 182:2

184:2 187:22
188:5 190:19
191:14,24
192:14 193:24
195:21 198:18
199:10 200:3
202:21 218:21
228:7,14 234:9
**asking** 99:7
109:16 111:10
111:15,17 113:4
113:14,20 114:3
119:14,16 120:2
167:8 187:23
191:11,13
193:12,17,18
194:8,16 195:2
196:12 198:6,10
199:24 208:9,10
**asks** 90:23
**aspect** 212:5,6
**assessing** 150:8
**assessment**
103:23 105:21
139:14,19,23
140:1,22 141:3
167:5 174:8,15
181:16 205:2
210:15
**Assessment/Dia...**
216:5,10
**assessments**
137:15 140:20
144:24
**assistance** 126:3
129:20
**assistant** 125:18
125:19,20
128:19,23
**assistants** 123:24
**ASSOC** 238:21
**associated** 100:10
100:14,22 101:2
170:2
**ASSOCIATES**
238:1

**assume** 198:11
**assumption** 186:4
186:6
**atlantoccipital**
170:6
**ATTACHED**
85:20
**attempt** 122:10
176:22 196:21
**Attending's**
167:17
**attention** 110:22
112:18 116:6
125:11 126:6
156:22 158:10
161:9 168:5
217:14 238:6,19
**attorney** 84:10
193:16 196:13
196:20 198:12
198:14
**attorneys** 193:3
**audible** 191:7
**August** 101:19
102:9 103:24
104:10,18,22
105:1,17,22
106:2,11,21
107:10 108:14
108:18 120:20
132:8 133:24
137:16 141:5,23
142:15 143:9,23
145:22 147:9
148:4,7,18
149:4 153:12
154:7 155:18
158:7 160:7
163:17 175:3
183:3 189:4,14
189:20 190:11
190:17 200:1,9
201:7,17,18
202:19,24
203:15,22 204:4
204:18,19

205:20 206:12
206:14,16 207:2
210:14,18 212:9
212:9 214:13
215:18 217:15
218:8,10 219:1
219:20 222:22
223:7,8,15,18
224:6,8 225:13
227:3 229:15
230:7
**avoid** 197:1,24
**aware** 101:6
197:15 212:23
217:6 228:22
232:8
**axial** 90:22 95:23
96:6 97:20 98:5
165:17

——————
**B**
——————
**b/b** 165:18
**B/C** 129:17
**back** 116:5
124:13,24 125:3
126:5 128:10,11
160:19 176:2
181:14 186:18
199:17 203:3
**bad** 127:10
**base** 103:12
107:22 130:8
141:8 179:11
188:21
**based** 101:22
102:1 130:19
149:9,11 151:6
164:4 168:1
175:8 184:16,16
184:18 189:8,8
189:10 213:4
231:20
**basic** 98:22 99:13
**basically** 92:23
209:18
**basing** 188:18

**basis** 151:12,14
151:17,19
192:20 233:18
**Bates** 108:24
109:14,15
110:23 111:2
112:19 131:18
136:8 138:23
144:12 152:2
154:20 157:2,10
159:20 163:3,4
168:6 170:21
172:22 177:12
178:22 179:23
181:21 187:18
203:4 204:13
205:12,14 216:4
**bearing** 104:6
105:10 108:21
205:18
**becoming** 194:4
**bed** 123:9
**behalf** 84:5,8,13
86:2 198:8
**believe** 86:19
90:13,16 99:15
125:12 126:8
127:15 170:21
181:14 182:18
189:23 198:24
199:21,24
201:20 204:6
206:3 215:11
**beneath** 123:13
123:22
**benefit** 138:12
194:23 201:14
**berate** 193:3
196:22
**best** 86:18 123:3
196:3
**better** 93:8
129:23
**beyond** 92:20
**bicep** 183:18
**biceps** 100:1

Evaristo Aguinaldo, M.D., Volume 2

bilaterally 170:7
birth 199:6
bit 86:16 147:2
bladder 101:13
blood 126:17
  139:18 140:7
blue 131:7
board 211:20
  213:19
Bob 127:7
body 170:8 222:3
bone 90:6 182:20
bones 129:9
bono 192:20
book 128:17
bottom 111:3,5
  113:24 125:11
  132:18 133:5,8
  139:1 153:8
  161:14 162:19
  162:21 165:24
  166:23 167:17
  206:4
brace 86:20,24
  87:3,4,5,6,12,13
  87:19 93:10,25
  93:20,23 104:17
  106:20 124:12
  126:1 128:7,9
  129:5 147:9,14
  184:1,4 189:12
  189:15 190:4
  191:11,12,15,19
  194:6,7 197:11
  199:23 200:8,13
  200:18,21 201:8
  201:14,19,23
  202:1 203:22
  205:21 206:7,11
  206:17,21 207:1
  207:4 214:10
braced 124:23
braces 147:10
break 115:24
  154:11 181:6,9
  196:3 197:3

209:18
breaks 232:6
bridging 179:11
bring 232:11,13
broadcasts
  232:21
brought 116:6
  221:2 232:6
Bruise 137:23
  182:12

C

C 83:5 84:1 236:5
  238:7
C-spine 162:4,9
c/o 238:4
C2 177:8
C3 145:10,17
  154:3 162:5,10
  162:11,24
  170:14 177:8
  179:11,12 212:5
  213:24
C3-4 165:13
  167:10 172:16
C3-C4 89:9,12,14
  161:2 167:20
  169:12,23
  170:15,16 178:7
  202:8,13 212:20
  214:5 216:15
  217:6
C4 145:10,17
  154:3 162:11,12
  162:24 179:11
  179:12 212:6
  213:24
call 99:24 100:5
  129:1 138:7
  183:13 217:14
  232:17 234:21
called 86:2 162:15
  182:19 212:15
calls 91:9 92:19
canal 170:18
capable 233:13

car 221:23
care 93:9,13
  151:11 157:22
  165:20 187:13
  207:23 208:11
  208:15 225:17
  232:7,21 233:4
carefully 238:11
Carnahan 133:22
case 103:6 120:3
  172:5 173:21,23
  177:24 192:19
  196:16,18,18
  198:15,16,16
  199:12,14,24
  211:6 213:2
  222:14 238:7
CAT 156:10
  162:9
causally 226:18
cause 87:14 94:1
  129:13
causing 217:7
cc 138:8 238:23
CDT 169:9
cell 233:2
cellmate 123:15
Center 156:10
  160:1,2 207:16
  207:24 208:5,12
  217:12 219:21
certain 118:5
  222:3
certainly 193:22
  198:12,23
certificated
  213:19
certified 211:20
certify 236:10
  237:5,13
cervical 89:10,12
  89:14 91:6,15
  92:9,17 99:8
  145:9 154:2
  162:13 172:16
  172:17 178:7

206:16 213:5,14
  215:2 225:2,12
  228:1
change 138:15
  198:22 203:12
  238:12,13 239:4
  239:7,9,12,14
  239:17,19
changes 165:18
  236:15
chart 102:14
  103:12 104:4
  229:16
charted 224:23
  225:9
charts 227:6
check 89:6 95:15
  95:17 98:2
  183:10,18
checked 183:9
cheek 134:19
  135:9
Chicago 84:4,7,12
  162:15 238:5
child 199:6
circle 123:4
Circuit 193:9
circumstance
  232:9
Civil 83:13
Claim 137:17
  139:16 182:5
claims 142:23
  148:21 193:2
clear 113:20
  117:10,16,17
  133:9 140:9
  141:2 147:24
  153:4 192:16
  195:11 198:20
clearly 149:15
  194:21,22
client 195:22
  198:9
clients 193:2
clinical 162:23

close 226:14
closed 197:11
coaching 116:17
  195:4
collar 165:21
  206:16 215:2
colleague 193:20
collectively 90:21
  91:7
collegial 172:14
come 117:14
  188:22 199:17
  202:6
comes 186:3
  188:13
comment 172:11
  172:13
comments 196:4,5
committed 111:22
  112:3
community
  208:16
comparing
  179:21
complain 94:19
  143:14,20 144:1
  144:8 147:16
  149:20,21 150:3
  184:19 191:1
  200:11,11
complained 150:1
  150:9,11 190:14
  201:12 229:17
complaining
  88:10,15 89:1
  134:15 135:16
  141:12 147:19
  147:20,21,22
  148:1,7 150:13
  174:16,21 175:5
  184:10 190:8,11
  190:18,23
  200:14 201:3,4
  201:6 202:4,6
complaint 142:7
  149:5 163:20

Evaristo Aguinaldo, M.D., Volume 2

**complaints** 91:22
135:14,21
140:17 148:19
222:6 227:11
231:12,21
**complete** 196:17
236:14
**completed** 133:9
238:14
**complicated**
92:13
**complies** 109:23
216:3 218:15
219:16 225:22
227:2
**compress** 138:14
**compression**
170:17 225:8
228:2,3 229:2,3
**concerned** 147:2
150:17 190:1,3
238:18
**concerns** 189:23
**conclude** 197:3,19
**conclusion** 90:24
91:10
**condition** 90:22
91:2,8 92:22
136:2 151:15
225:13
**conditions** 86:20
155:22
**confusing** 98:13
**Congratulations**
199:5
**CONNOLLY**
84:6 238:4
**consciousness**
160:24 218:2
**conservative**
91:24 214:12
**consider** 90:20
91:6
**consistent** 93:13
218:9 224:21
**constitute** 90:21

151:16
**constitutes** 151:13
**consult** 213:21
**consultation**
162:16
**Consults** 162:19
162:21
**Cont'd** 86:5
**Cont'd)By** 85:3
**content** 195:3
**context** 161:8
195:16,20 196:1
**continuation**
138:24 144:17
**continue** 121:22
122:1,10 170:3
191:10 193:11
194:2,6,8
196:19 197:3,9
197:20
**continued** 83:9,11
**continues** 193:16
196:23
**copies** 131:11
**copy** 204:11 238:9
**cord** 98:9,16,20
99:5 100:10,15
100:17 170:17
228:2,8,10,15
229:2
**corner** 210:22
**correct** 86:14
88:17 91:11
93:3,6 94:14
97:4 99:16,17
101:20 102:22
103:10,16,21
105:14,19 106:2
106:3,7,12,18
106:22 107:4,15
107:19 108:2,3
108:19,20 113:8
114:14 116:7,8
130:21,22
133:10 134:1
135:11,22,23

136:11 137:7
138:24 140:10
140:18 141:13
141:24 142:8,9
143:10,13,18,23
144:9,10,18,19
145:20 146:14
146:22 149:5,8
150:14,17,18
152:7 154:8,9
156:21 158:8,9
160:9 163:19
164:6,7 167:3
172:5,6 173:17
173:21 175:6,7
176:11,18
177:14,17,18
179:6,19 180:8
180:9,10 181:2
184:1,22 185:15
185:18,19 186:5
187:3,4 188:19
189:6,9,15,16
189:18 190:18
201:22 202:3,20
203:7,14 204:19
204:20 206:8,10
206:15,18,20,22
206:23 208:18
208:19,21,22,24
209:1,4,5,15,16
210:19,20,24
212:10,14 218:6
233:6,10 234:15
236:13 237:11
**correction** 238:12
238:16
**correctional**
207:16,24 208:5
208:12 233:19
**corrections** 103:7
108:24 134:7
238:17
**corrective** 193:17
**correctly** 117:21
**counsel** 117:18

119:7,13,22
120:6 131:11
188:1 191:6,8
191:20 192:2,17
192:18,19,23,24
193:18,24 194:8
194:15 195:2,11
195:21,23,24
196:4,6 199:22
205:17 210:1
217:20 221:15
234:9 237:13
**Counselor** 86:8
**County** 83:16
237:2,4
**couple** 124:11
232:4
**course** 118:21
159:3 208:15
222:7 225:10
**Court** 83:1
192:21 193:8,12
196:24 198:18
236:1
**courtesy** 131:11
193:19 198:6
199:11
**courts** 83:14
199:4
**coverage** 162:14
**COVID** 197:24
198:1
**created** 160:7
**Cross** 85:4,4
**CROSS-EXAM...**
210:3 232:2
**CSR** 83:15 237:3
237:21,22
238:23
**CT** 162:8 212:8
213:6,9 235:4
**curious** 180:11
181:4
**current** 125:23
155:21 226:17
**curvature** 179:13

**custody** 160:16
161:24 233:8,12
**custom** 222:15
**cut** 120:5

_____

**D**

**D** 85:1 145:18
**daily** 145:18
**damage** 87:15
94:1 129:12,13
169:13
**date** 111:14,18
112:2 113:10
137:11,13 139:4
139:10 143:18
144:20 152:11
152:22 153:9
158:4 163:10
169:1,7 171:7
171:10,13,14
174:3 176:11
187:21 204:15
236:8 239:2,22
**dated** 132:19
133:24 155:10
204:16
**dates** 209:11
**day** 83:18 102:10
102:19 103:4,15
103:19 105:2,8
105:13 106:6
107:3,7,11,14
107:18 127:3
128:5 132:3
138:9,14 143:7
143:12 148:3,5
174:22 175:21
185:19 188:13
191:14 192:1,1
192:1,1 202:22
227:15 236:19
237:18
**days** 94:4,12
124:11 125:4
128:13 129:21
138:10,14,15,16

Evaristo Aguinaldo, M.D., Volume 2

138:18 158:6
175:21 191:15
202:24 207:2
208:18 209:23
238:16
**Dear** 238:8
**decided** 125:17
**decision** 161:19
214:24 219:2,9
229:12 233:11
233:17,20,23
**decline** 198:1
**declined** 220:15
221:9,19,23
**declining** 162:8
219:4,23 220:21
220:23
**defendant** 103:6
213:2
**Defendants** 83:7
84:8,13 236:7
**defense** 193:1
198:8
**defer** 93:7
**deficit** 165:18
227:7
**degrade** 196:20
**degraded** 194:15
**degree** 199:3
**deliberately**
129:19
**demeanor** 194:17
**denied** 128:4
**department** 103:7
108:24 134:6
161:3 162:14
194:20
**depends** 220:7
232:11
**deposition** 83:9
83:11 85:10
88:21 89:4,21
102:13,21 104:2
115:20,23
154:17 194:13
196:11 197:4,14

197:16 203:11
208:17,24
209:12 215:17
235:10 236:8,11
236:14 237:7,10
238:9 239:2
**depositions** 83:15
**describe** 95:12
96:2,6 97:11
99:18
**described** 148:16
148:19
**describing** 106:14
**desired** 238:10
**determine** 87:18
92:2
**determined** 215:1
**diagnosis** 167:6,7
**diagnostic** 211:3
**died** 129:17
**different** 166:20
180:12 191:14
191:14
**difficult** 90:12,13
**difficulties** 86:10
**diligently** 199:13
**direct** 85:3 86:5
110:22 112:18
125:11 126:6
**direction** 237:9
**director** 127:24
128:14 145:16
151:9
**directors** 233:16
**disagree** 193:5,6
197:5 198:20
216:23 221:18
**Discharged**
172:18
**discovery** 196:18
**discrepancy**
163:15 181:5
**Discuss** 138:11
**discussing** 86:19
**Discussion** 109:6
157:7 159:17

163:5 164:14
173:3 178:19
**discussions** 195:1
**disdain** 192:23
**disk** 170:18
**disks** 228:24
229:3
**displaced** 162:10
**dispute** 130:2,6
130:10,13,14,15
130:17,19 164:8
164:10
**distracting** 191:8
**distress** 137:20
182:8
**District** 83:1,1,14
236:1,1
**DIVISION** 83:2
236:2
**doctor** 88:22 90:3
95:6 109:8,20
110:18,24 115:2
115:8,14 116:5
116:12 118:8,20
119:9 120:10,21
120:24 121:14
122:9,14 125:10
126:14 127:19
130:2 131:1,10
131:19,20,22
136:8,8,9,24
137:7 138:23
143:2 144:12,13
144:15 145:5
152:3,3 154:20
154:21 155:3
157:2,3,11
158:11,12
159:21,21,21
161:10,11,13
163:3,7,14
164:17,19,20,23
165:22 166:1,2
166:22,22 167:6
168:7,7,11,18
168:19 169:15

170:24 171:3
172:21,23 173:6
173:7 176:5,20
177:11,15,19
178:23,23,24
179:3,14,24
180:4,13 181:8
181:13,22 184:6
187:18 188:12
190:22 192:7,8
197:22 199:22
200:4 203:5,5
204:15 205:18
208:17 210:13
211:3 212:24
215:12,16 218:3
218:14 220:9
222:2 226:2
231:19 232:5
234:2,6
**doctors** 232:18
233:15
**document** 109:9
110:23 111:5,23
111:24 114:22
116:6,11,19,19
116:21 117:2,12
117:14,15,19
118:2,7,8
121:15 122:17
126:8,12 127:17
130:3,7 131:22
132:2,7,11,14
133:12,19
135:18,22,24
137:1,2,3,4
141:19,21,24
142:2,8,11
145:19 152:5,10
152:13,22 154:6
156:24 158:11
159:22 160:7
163:7,11,16
164:4,22 165:23
171:3,8,21
172:7 173:19

174:4,6 175:8
176:5,12 177:19
177:24 178:17
179:6 180:9
182:15 183:2
206:5,20 216:9
**documents** 102:1
108:22 109:2,4
109:16 110:15
112:20 126:17
128:16 141:8
147:9 151:6
159:12 164:16
165:8 166:11
173:7,12 180:15
185:23 205:12
205:19 206:12
208:21,23
209:10 215:12
218:16,22,23
223:3
**doing** 92:8,16
99:6 178:8
193:10 198:8
205:5
**dose** 138:8
**doubt** 194:23
201:14
**Dr** 86:7 88:21
92:21 117:11
123:8,20 124:1
124:12 125:17
125:20 126:2,16
128:2,8,14,20
128:21,24
129:10,18,19
146:22 150:16
151:5,7,9
154:15 158:3,20
159:11,19
162:22 172:14
172:15 177:23
189:22 192:12
192:17,24,24
193:1 194:1,5
195:14,19 197:9

Evaristo Aguinaldo, M.D., Volume 2

199:17,20
202:20 203:1,10
203:15,21
204:20 206:13
206:18,21 207:1
207:11,14
209:21 211:7,9
212:3,13,15,19
212:23 213:4,12
213:18,23
214:13,17,20
215:1 216:24
217:5,16 219:20
221:17 223:10
223:17 227:4,6
228:8 229:12
230:1,1 234:15
238:8
**Dressing** 138:15
**Due** 129:9
**duly** 86:3 237:6

**E**
**E** 84:1,1 85:1
238:1,21
**earlier** 203:11
210:23 212:12
213:12 218:16
218:21 224:14
**easier** 115:12
**EASTERN** 83:2
236:2
**easy** 120:21
131:10
**eat** 125:6
**ED** 162:8
**edema** 170:2,16
**education** 211:13
**effects** 138:12
**eight** 197:22
**either** 90:7 97:14
97:24 105:12
167:12 185:17
204:9 213:6
216:18 223:18
227:24 228:2

232:18
**electric** 106:15
124:19 125:23
**electrical** 229:5
**electrocuted**
124:20
**elements** 161:6
179:12
**else's** 115:14
**emergency** 129:2
151:12,13,17,18
157:17,24 159:1
159:6 161:3
162:13 206:23
213:17 220:14
221:7 232:14,21
233:15,18
**Emergency/Hos...**
158:15
**encapsulates**
141:21
**enclosed** 238:9,12
238:14,16
**ended** 235:10
**English** 118:20
119:14,15,18,19
120:3,4 194:18
194:21
**ensure** 89:24
**entire** 121:17
133:10 141:22
232:22
**entirely** 195:17
**entitled** 193:1,3
**entry** 140:20
**ER** 156:10 219:22
232:14
**escorted** 126:5
128:10
**especially** 100:17
186:2 196:13
198:15
**established**
231:13
**et** 83:6 236:6
238:7 239:3

**eval** 169:13 176:2
176:2
**evaluate** 98:9,16
99:4 232:15
**evaluated** 230:9
232:7
**evaluation** 133:4
161:3 214:15
**Evaristo** 83:6,9
83:11 84:8 85:3
86:1 236:6,18
237:5 238:4
239:1,22
**evidence** 87:22
88:1,1 92:4,5
170:17
**exact** 169:6
**exactly** 95:19
118:8
**exam** 144:5
149:11,12 162:2
162:2 169:7
177:6 186:8
210:15 222:16
224:15,20,24
**examination** 86:5
88:11,19 94:15
94:22 97:6
99:16,19 108:18
138:20 143:12
143:18,23 144:9
147:4 148:23
169:1,11 183:13
186:1,2 200:15
218:10 222:3
224:15 225:5
234:4
**examinations**
85:2 186:15
187:3,5,6,14
222:8
**examine** 87:20,23
88:3 89:1,5,6
95:15 141:10
149:19 150:10
184:9 185:13

**examined** 86:3
94:5,13 141:17
143:19 149:22
183:8 186:9,16
188:15 190:14
200:10
**examiner** 220:7
**examining** 190:24
222:10
**example** 97:2
**examples** 192:22
**exams** 187:21
**exasperating**
191:9
**exasperations**
191:7
**Excellent** 199:15
**excuse** 132:12
146:17 186:12
192:6
**excused** 192:4
195:6 235:11
**exercise** 196:14
196:21
**exhibit** 85:10,11
85:12,12,13,13
85:14,14,15,15
85:16,16,17,17
85:18,18 108:23
130:24 131:4,5
131:18 136:7,19
151:20 152:2
154:20 157:2,9
157:10 159:16
159:20 163:2,13
164:13 168:6,15
168:16,17
170:21 171:2
172:22 173:5
177:11,11
178:14,15
179:23 180:5,11
180:24 181:15
187:18 199:21
203:3,4,6,14
204:4,11,13

205:11 206:20
210:5 212:17
215:5,10,17,22
216:4 217:10,11
218:14 225:21
225:24 226:24
**exhibited** 225:7
**exhibits** 85:7,9,20
159:15 172:21
181:7 194:12,14
**expand** 87:24
**expect** 199:4
**experience** 196:14
211:13
**experiencing**
106:10
**expertise** 92:21
**explain** 149:14
183:6
**explained** 125:20
145:15
**explaining** 106:16
**explanations**
191:7
**explicitly** 96:21
**express** 96:18
**expression** 96:23
97:2
**extend** 96:11 97:8
97:10,14,14
100:6 193:14,19
198:10 199:10
**extended** 99:10
**extension** 99:11
**extensively**
224:14
**extent** 197:24
**extremely** 117:9
120:6 121:11
**extremities**
227:13 228:1
**eye** 123:13,13,22
140:2,6
**eyeball** 139:18
**eyes** 95:19,21
111:18 113:15

Evaristo Aguinaldo, M.D., Volume 2

113:16 137:20
143:4 182:8
195:22

**F**
**face** 137:18,21
182:6
**faced** 101:18
**facet** 89:19 90:4
91:6,15 92:9,17
162:10,24
165:14 167:10
167:13,13,21
169:22 170:14
170:17 172:16
178:8 212:5,6
212:10 214:22
216:15,19,21
217:2,7 231:2
**facial** 97:2
**facility** 232:22
**facing** 164:5
**fact** 149:9 203:19
203:21 206:11
206:21 209:22
218:7
**failure** 129:10
**fair** 102:17 103:9
103:13 105:11
105:15 106:13
107:1,13,23
108:8,16 143:11
143:17 155:17
179:5,8
**familiar** 157:18
**far** 231:7
**fast** 86:17 132:12
**federal** 83:13
193:7
**feel** 110:3,8,11
124:8 196:9
238:12
**feeling** 124:9
125:22 127:4
**feelings** 196:5
**feels** 116:17

**felt** 124:18
**fifth** 114:21 115:6
116:11
**fight** 123:14
124:10 137:17
148:9,22 149:9
155:24 158:22
159:8 182:5
232:5,10
**file** 222:20 223:10
**filed** 223:17 224:8
**fill** 128:24
**filled** 133:10
203:10
**film** 154:5 162:4
213:14 214:21
**films** 161:1
211:24 213:5,5
214:1,18,21
**Financial** 194:20
**find** 146:8 185:9
195:22 196:19
204:7 205:4,24
238:9
**finding** 144:1
148:23 149:6,7
149:18 184:8
185:13 190:24
201:11 231:17
**findings** 89:7
130:8 134:10,17
138:4 141:11,17
154:1 165:19
169:5,14 183:5
183:21,23 184:7
184:13,15,15,21
184:24 185:2,4
185:8 188:22
190:13 212:2,16
225:8 227:15,17
227:24
**fine** 121:24
136:18 152:12
168:9,10 174:18
174:20 178:8
192:12 199:10

204:24 205:17
**fingers** 99:22
100:7 124:7
**finish** 95:6 121:17
139:19
**finished** 124:1
**first** 85:10 86:3
102:13,21 104:2
108:23 109:13
127:14,20,22
128:22 130:16
148:3,5 154:17
156:5 158:13
159:23 160:11
163:9 166:7,7
169:20 171:4
173:2,8,9
177:20 181:21
188:3 194:13
201:5 225:23
226:4 233:4
237:6
**five** 164:16
165:23 166:3,8
194:4 195:11
199:8 208:18
**five-minute**
209:17
**floor** 84:3,11
209:24
**follow** 128:8
134:22 135:4,5
138:11,15,19
139:8,15 140:6
140:8 142:22
145:1,7,11,16
147:6 150:20
171:24 172:18
180:22 208:15
213:6 222:9
234:21
**follow-up** 234:6
**follow-ups** 172:14
**following** 90:20
165:15 210:14
**follows** 86:4

**force** 93:14
**foregoing** 236:11
237:9
**forehead** 134:20
137:24
**form** 110:5
117:23 155:4
158:15 180:1
220:5,17 221:3
221:10,20
222:23 223:12
223:20 224:10
226:20 227:19
228:4,11,18
229:7,19 230:4
230:12,23 231:6
231:14
**formed** 210:15
**forms** 110:18
**forth** 128:12
**forward** 183:12
196:18 197:19
198:5 199:14
238:17
**found** 141:11,17
218:10
**foundation** 109:4
220:5,17 221:3
221:10,20
222:23 223:12
223:20 226:20
227:19 228:19
229:7,20 231:14
**four** 112:22 135:8
190:20
**fourth** 112:20
**fracture** 91:7,15
92:5,6,9,17
93:11,12,16,18
108:6 127:9
128:11 145:20
145:21,23 146:3
146:6,8,11,13
151:16,18
156:13,15,17,20
162:10,24

169:23 170:13
172:16 212:4,10
212:20,24 213:1
213:13 214:5
217:2,6
**fractured** 129:22
**fragment** 169:24
**frankly** 192:23
**front** 131:19
136:7 154:23
165:24 168:11
177:14 178:24
215:5
**fulfill** 198:17,18
**further** 87:15
94:1 161:3
167:13 197:1
209:7 216:19
234:18,24 235:4
235:8 237:13
**fuse** 89:16
**fused** 129:9
**fusion** 89:10,13
89:15,17 172:17
178:7

**G**
**general** 84:10
100:17 232:5
**generally** 86:19
**gentleman** 178:6
**GEORGE** 238:1
238:21
**Gerald** 211:7
**getting** 129:23
229:5
**Giaquinta** 84:9
**give** 91:24 93:15
95:7 124:12
128:7,23 129:10
136:3 147:18
183:24 184:3
189:11 190:4
191:12 194:23
200:8,13 201:12
201:13,13,19

Evaristo Aguinaldo, M.D., Volume 2

202:10 204:11
206:21 207:3,20
212:16 214:9
220:12 224:6
**given** 93:10,19,22
129:5,6 138:8
191:19 194:6,11
195:24 196:16
197:24 199:23
205:20 206:7,11
236:11,14
237:11
**giving** 201:8
227:11
**go** 86:11 94:7
95:6 101:21
104:7 108:23
109:5,15,22
114:21 116:5
124:11 126:14
127:19 136:4,18
136:22 138:22
142:13 144:11
153:8 157:1
172:20,21,22
176:4 181:14
187:17 192:7,7
200:3 203:3,4
215:4 217:9
221:13 233:2
**goes** 136:11
220:11 227:13
227:15
**going** 86:11
100:16 106:16
109:8 110:22
112:10,15,18
114:16 115:1,7
115:13 117:11
131:9,17 151:20
157:1 158:10
159:15 166:10
168:3,5,9
172:20 176:4
177:10 187:10
187:17 196:24

212:5 220:16
223:10 228:1
**good** 86:7,8
139:17 201:10
**gotten** 181:7
196:10
**grab** 99:21
**Grady** 84:3
115:18,19,24
192:2,2,13
193:22 194:24
195:13,15
197:12 199:15
**grasping** 183:15
**great** 194:11
199:12
**greatly** 238:19
**grievance** 109:2,3
111:16 112:8,11
113:3 114:17
205:11 222:21
223:3,7,10,17
223:22 224:2,7
224:8,13,19
**grievances** 224:11
231:12
**grimace** 97:3
**Group** 85:14
157:9
**guess** 124:14,20
124:22 125:6
171:19,23
**guys** 181:6

**H**

**habit** 222:7,15
**hair** 123:16
**half** 197:22
**halo** 167:12
216:18
**hand** 99:21
153:23 154:4
166:3 183:14,15
183:15 229:18
237:18
**handcuff** 232:12

**handcuffed**
124:13
**handed** 133:13,14
**hands** 93:15
95:19,21 124:23
126:1 230:3
**handwriting**
109:21 115:2,14
115:15 118:4
132:10,13,15
137:9 180:21,22
**happen** 142:11
**happening** 199:2
**harassment**
192:23
**hard** 90:7,16,18
116:24 118:23
125:8 176:21
199:13 224:17
**harm** 92:8,15
**head** 96:9 106:17
123:24 124:23
137:18 160:18
160:23 174:23
182:6 183:10,11
183:12 218:1
229:17 230:2
**headache** 148:21
**heading** 129:2
174:14
**headlock** 123:17
165:16
**heal** 126:24
**health** 151:11
155:6,8 165:2
168:21 171:23
172:8,8,9 232:7
232:20 233:4
**hear** 125:1 145:6
233:4
**hearing** 199:2
**hearsay** 109:4
114:19 118:3
126:11 127:16
**heartbeat** 146:5
**heights** 170:8

**held** 123:24 195:1
**helped** 194:11,12
**helpful** 196:19
**hemorrhage**
140:2 170:18
**hepatitis** 138:18
145:1,8
**hereunto** 237:17
**herniated** 228:24
229:3
**herniation** 170:19
**hey** 224:7
**higher** 157:22
165:20
**highest** 164:2
**highlight** 125:14
166:17
**highlighted**
115:10,11
120:21 121:18
125:12 126:8,10
127:15 129:3
166:13 174:17
174:20 205:24
206:3 217:20,23
219:3,13
**highlighting**
121:1
**history** 160:10
165:10 210:14
215:18 217:15
**hit** 137:17 147:23
148:1,8 182:6
**HIV** 138:19
**hold** 93:14 106:17
229:17,18 230:2
230:3
**honestly** 145:6
**hope** 197:1 198:5
**hospital** 129:3,6
157:19,21 165:2
168:20 203:13
227:14 229:13
229:16 230:9,16
**hours** 208:18
**houses** 233:2

**HPI** 161:5
**Huh** 173:22
**hurry** 180:14,18
**hurt** 127:5
**hurts** 121:12
**hyperextension**
99:10
**hypothetical** 87:9

**I**

**IA** 138:7
**Ice** 138:14
**ID** 134:2,6
**idea** 128:14
**identify** 122:23
**IDOC** 109:1
110:24 111:2,4
112:19 114:22
116:7 125:12
126:7 127:13
198:13 205:14
**IL** 237:22
**Illinois** 83:1,17,18
84:4,7,10,12
103:7 108:24
134:6 162:15
165:2 168:20
194:20 236:1
237:1,5 238:2,5
**Illness** 160:11
165:11 217:15
**image** 162:6
**images** 170:1
**imaging** 121:4
234:18 235:4
**immobilize** 87:14
93:24 200:23
**implanted** 129:9
**impossible** 229:5
**Impression**
170:12,13
**in-person** 154:16
**inability** 106:17
**inappropriate**
88:9,18,23,24
97:24 98:4

Evaristo Aguinaldo, M.D., Volume 2

120:6 195:4,18
196:6
**inappropriately**
193:10 223:9
**inch** 137:22
182:11
**includes** 236:15
**incomplete** 87:8
**inconsistent**
231:13
**incontinence**
165:19
**Incorporated**
172:10
**incorrect** 88:24
191:17
**increased** 169:24
170:6
**independent**
101:22,23 102:6
102:9,15,18,22
103:2,11,14,17
103:22 104:3,8
104:12,16,20
105:20,24 106:4
106:8,14,19
107:2,5,10,13
107:16,21,24
108:4,7,9,12,15
108:17 130:20
141:9 185:14,16
188:19
**independently**
162:6
**indicate** 148:6
219:22 220:20
**indicating** 88:6
95:24 96:9 97:9
97:12 99:11
111:9 112:1,22
116:15 133:7
177:16 205:23
210:7 215:7,14
226:6 238:12
**individual** 233:8

233:12
**inferior** 162:10,23
170:14 212:5
**infirmary** 161:1
162:3
**information**
155:13
**informed** 162:23
214:4
**initially** 147:22,24
**initiated** 200:16
**injuries** 135:11
160:24 187:15
218:2
**injury** 87:17
90:21 91:19
98:9,16,20 99:5
100:3,7,8,11,15
100:17,22,23
101:2,4,16,18
128:17 129:18
146:19 160:23
167:21 218:1
225:3 226:18
228:8,10,15,16
232:16,17
**inmate** 160:15
161:23 176:24
233:12
**inmate's** 152:13
**inmates** 232:6
**insinuation**
195:17
**instability** 167:20
214:6,8
**institute** 91:7
**instructed** 193:23
**intact** 218:5
**integrity** 183:15
**intend** 198:17
**interested** 237:15
**internal** 138:7
**interpret** 109:22
211:3,14,24
**interrupt** 185:7
**interrupted**

121:22
**interrupting**
121:6,16
**Interruption**
145:3
**intervention**
167:11,22
196:24 216:17
**involvement**
229:11
**IP** 172:17
**Isabella** 84:2
122:24 199:12
210:2,10 217:10
218:21 225:21
226:2 238:23
**Isabella's** 200:6
**issue** 128:9
193:12 197:11

---

**J**

**Jaburek** 84:13
103:3 124:15
**Jefferson** 83:17
238:1
**jerked** 123:17
**Joe** 129:2 156:7
156:10 157:17
157:19 160:2
203:8
**Joe's** 227:13
**Johanek** 162:22
**join** 118:1 126:13
127:18
**joint** 170:17 178:8
**joints** 89:19 90:4
170:6
**joke** 128:4
**Joliet** 83:17 238:2
**Joseph** 160:1,7
220:11 229:13
229:16 230:1,8
**Joseph's** 157:18
157:19 164:4
217:12 219:21

---

**K**

**K** 84:11 133:22
238:24
**K-95** 134:4
**K-95348** 134:3
**Karnezis** 83:15
237:3,21 238:23
**keep** 121:5 136:20
154:22 191:11
198:8
**kind** 87:15,17,22
88:4 89:7 90:19
91:18,18,24
92:4,5,22 94:22
96:10,12,12,14
96:24 97:6
100:6,8 101:13
101:16 140:15
183:16,16
185:19 190:6
202:16 208:8
224:11 233:23
**kindly** 196:14
**kinds** 92:6
**know** 89:12,14
90:5 91:19 92:5
92:23 93:8,9
94:20 95:15,22
95:23 97:5,12
98:22 99:21
101:15 102:5
103:8 109:2
112:14 114:12
116:14 117:7,8
121:8,10,11,12
121:13 122:7,7
123:6,9,10,11
123:12,13,16,19
123:22 124:4,9
124:17,19,21,22
124:23,24 125:1
125:2,2,3,5,5,6
125:7,7,15,18
125:23,24 126:2
126:19,20,20,21
126:23,24 127:1

127:2,7,8,10,23
127:24 128:1,3
128:3,5,12,22
129:7,8,12,13
129:14,15,17,20
129:24 130:24
133:13,16 143:2
144:12 145:22
145:24 148:8
152:9,11 153:3
153:6 155:2
156:16 157:23
159:13 163:15
165:23 173:12
174:23 175:11
176:13 177:2,8
195:22 197:18
198:2,19 199:2
202:16 203:2,23
205:19 207:10
208:1 212:8
214:17,20,24
215:12 217:5,8
220:22 223:23
226:13,16,17
227:7,10 228:8
228:14 229:15
231:3,7,10
**knowledge** 92:7
92:15 100:9,13
100:19,21 101:1
109:1 156:12
159:10 207:1,5
207:8,15,18
**knows** 129:11
**KRAUSE** 84:6
238:4
**Kristin** 84:11
238:24

---

**L**

**L** 237:2,2
**lab** 138:20 140:8
145:1,7,11
147:6
**laboratory** 138:20

Evaristo Aguinaldo, M.D., Volume 2

laceration 134:18
137:22 139:8,15
139:17 140:1
142:23 143:3,19
182:11
language 194:18
194:22
lasted 208:17
lateral 179:12
latitude 194:11
laughing 117:13
lawyer 193:10
194:10 199:11
lawyers 198:13
leading 222:17
223:21 226:21
227:20 229:8
Leaf 212:19
leave 122:13
192:9,11,15
Leef 211:7,9
212:3,13,15,23
213:4,12,18,23
217:5 234:15
left 96:10 97:8,13
97:15 124:8
134:19,20 135:9
137:21,23
138:10 139:8,16
140:2,2 141:18
142:23 153:21
153:22 154:4
182:10,12
195:11,14
legal 90:23 91:9
let's 114:21
130:17 153:8
174:1 181:14
199:14 209:17
215:4 217:9
218:13
level 157:22
165:20 169:23
170:15 192:16
193:14 196:15
198:10

licensed 119:9
194:19 211:3
lid 139:9,16 140:2
142:23
lie 123:20,23
Lieutenant 103:3
124:14,15
Life-threatening
151:15
ligament 169:13
light 198:15
lights 137:20
182:9,10
limit 145:8
limited 174:24
limits 145:9 162:3
Lindemann 84:11
85:4 113:11
118:1 126:13
127:18 131:4
134:24 136:11
136:15 187:8,11
195:14 204:9
205:22 226:5
232:3 233:24
235:8 238:24
line 115:6 116:11
118:14,16
122:24 127:14
127:22 196:8
234:11 238:12
239:5,8,10,13
239:15,18,20
lines 120:20 123:3
123:5 136:5
195:19
list 238:12
listed 171:20
listen 113:19,20
142:4
listened 192:22
listening 198:21
lists 111:23
little 86:16 92:13
98:12 100:7
139:18 147:2

177:1
LLC 84:6 238:4
loading 95:23
96:4,7,8 97:20
98:5
local 138:13
Location 161:7
lock 160:18
locked 231:3,5
LOEVY 84:2,2
Logan 84:9
long 127:6 129:15
152:8
longer 181:6
look 88:2 109:9
139:17 210:21
210:22 214:18
216:8 226:24
looked 214:20
looking 102:1
115:5 159:11,12
205:22
looks 123:17
124:18 153:3
169:20 180:12
loss 160:23 218:1
lot 101:3 131:9
205:19 225:15
loud 114:23 116:9
117:13,21
118:11 130:3,7
160:13 174:8
204:24
lout 130:11
lower 139:8,16
140:2 142:23
182:10
Lt 84:13
lying 221:8

_____

**M**

M.D 83:9,12 84:9
85:3 86:1
236:18 237:5
238:4 239:1,22
ma'am 97:18,22

105:9,23 152:4
159:23 163:9
164:24 171:1,4
173:11 179:18
234:8
Madison 84:7
238:5
maintained
162:12 170:8
making 117:8
121:10 131:10
140:17 161:19
186:4 195:23
215:1 219:2,9
233:23
male 160:15
161:23 165:12
man 119:8,11
194:16,19
197:10
man's 119:20,21
management 92:1
214:12
manner 129:19
March 83:18
236:8 237:18
238:3,10 239:2
mark 108:23
130:24 136:19
154:19 157:1
163:2,13 164:13
170:21 177:11
178:14 204:11
204:12
marked 85:7,9
180:5 204:3
215:17 217:10
marking 131:3
match 165:15
materials 219:12
matter 193:18
238:19
maximum 164:3
mean 87:4,6
88:13 89:11
96:4,20 101:24

102:5 111:24
116:17 121:9
132:6 133:4
134:13 135:19
150:22 156:4
167:7 169:5
183:2 185:6
186:14 189:2
200:20 207:17
208:8 209:9
211:17 232:14
234:20
meaningful
108:17
means 89:15
137:20 143:6,8
182:8 183:6
218:5 227:7,9
meant 168:2
med 175:17
medical 88:10
90:21 91:2,7
92:19 93:10
94:3,5,6,11,13
94:16 112:9
119:9 123:8
126:3 127:24
128:4,14,23
129:11,20
145:16 151:9
156:10 157:12
160:1,2 161:18
181:14 207:23
208:2,11 211:3
212:24 214:24
217:12 219:2,8
219:21 222:2
232:7 233:9,16
233:22,22
medication
148:10 149:4
162:9 175:12,22
219:5,23 220:10
220:15 231:20
medicine 220:3,4
220:12

Evaristo Aguinaldo, M.D., Volume 2

meet 173:16
meeting 86:9
Mehta 177:23
  216:24 228:8
  230:1
memory 102:1,5
  189:9 191:4
mention 95:10
  105:17 135:10
  135:12,13
  145:19 182:16
mentioned 100:4
  103:19 146:1
merely 212:16
message 233:5
messages 232:21
mid 162:12
middle 114:1
  134:23 156:2
  205:21 206:5,6
midline 162:1
midnight 215:19
midst 197:13,16
mild 177:7
milligrams
  175:10,20
millimeter 162:12
  217:3
mind 205:15
mine 136:12
minimal 170:4,15
minimum 217:3
minute 116:1
  215:19
minutes 194:4
  195:12 199:8
misconduct 197:2
missed 212:19,24
  217:6
missing 201:17
misstate 90:14
  95:3
misstates 94:6
months 145:18
  197:22
morning 86:7,8

motion 94:23
  138:1,2 148:24
  182:14 184:11
  193:12,17
  196:12
move 88:5 90:7,12
  90:14,17,18,19
  96:10 97:13
  124:7 125:8
  127:12 156:23
  159:15 196:18
  197:19 198:5
  199:14
Moved 125:24
moves 233:1
moving 128:11
  183:11 231:5
MRI 129:6 212:9
  213:6,9 228:22
  235:5
multiple 136:10
muscle 99:22,22
  99:23 174:16,22
  175:13,14,16,23
muscles 95:16

**N**

N 84:1 85:1
name 113:7
  121:14 122:16
  122:18,19,21
  123:5 132:24
  133:6,18 152:13
  160:3 178:2
  180:12,19 239:1
named 213:1
nasty 194:16,16
nationality
  119:20,22
nature 100:17
  112:7 170:7
  198:15
navigating 154:16
necessarily
  153:16 204:22
necessary 201:15

238:12
neck 86:19,20,24
  87:3,4,5,5,6,12
  87:13,14,19,21
  88:5,10,11,15
  88:19 89:1,2,5,6
  90:6,13,17,22
  91:19,22,23
  93:11,12,14,15
  93:16,17,19,22
  94:4,12,19,21
  94:23 95:13,16
  97:7,8,10,13,16
  97:20 98:6,10
  98:17 99:3,8,9
  100:3,8,22,23
  101:2,3,8,16
  104:14,17 106:6
  106:10,20 108:6
  108:18 123:18
  124:2,17,20,24
  125:22 126:1,22
  127:9 128:7,9
  128:11 129:5,9
  129:22 134:19
  135:10 137:18
  137:23,24
  138:10 140:17
  140:20 141:5
  142:16 143:3,4
  143:9,12,18,23
  144:1,5,9
  146:19 147:5,8
  147:10,13,22,22
  148:1,7,8,11,12
  148:13,16,19,22
  149:1,2,19
  150:3,11 151:16
  151:18 153:22
  155:24 156:11
  160:16,18,20
  161:7,24 163:21
  165:13,14,17,21
  167:10 175:6
  176:3,24 178:10
  182:6,12,13

183:9,10,24
184:4,9 187:14
188:17,24 189:1
189:5,12,14
190:4,8,11,14
190:18 191:1,11
191:12,15,19
194:6,7 197:10
199:23 200:8,13
200:15,17,18,21
200:22,23,23
201:2,8,14,19
201:23 202:1,2
202:9,11,14
203:21 205:20
206:7,11,17,21
207:1,4 214:9
216:15 222:6,8
222:10,12,16
226:13 230:10
230:17,22 231:4
need 86:20,24
  87:3,11 108:10
  109:10 110:9,12
  127:10,11 147:1
  157:22 181:9
  191:6 195:8
  202:9 228:2
  233:12
needed 129:21
needs 87:19
  233:20
negative 134:12
  154:4 179:13
  184:12,14,23
  185:4,8 186:7
  214:2
neglect 129:18
nerve 228:3 229:3
neuro 165:17
neurologic 162:2
  218:9 227:11
neurological 89:7
  92:6 94:22 98:2
  99:16,19 183:13
  186:8 187:21

224:15,20,24
227:6,14,16,23
228:15 231:11
231:17
neurologically
  185:20 218:5
  227:9
neurologist 98:21
neurology 231:13
neurostable
  167:11 216:17
neurosurgeon
  216:24 228:9,16
neurosurgeons
  227:16
neurosurgery
  171:24 172:13
  172:18 177:22
neurosurgical
  213:21
never 178:1
  191:18 194:5
  197:10 207:11
  212:3,12,15
  223:22,22
nevertheless
  196:2
new 198:14
newer 198:12
noise 95:6
nonspecific 170:7
nonsteroidal
  175:12,16
normal 145:8,9
  154:5 162:3
normally 222:15
Norman 84:13
North 84:3
NORTHERN
  83:1 236:1
notarized 238:15
Notary 83:16
  236:22 237:3
  238:15
note 167:17 175:7
  176:8 177:22

Evaristo Aguinaldo, M.D., Volume 2

194:24 195:5
203:2 204:4,20
206:13 218:20
219:22 220:10
220:20 226:1,9
226:12 227:3
230:7
**noted** 137:22,23
138:2 164:5
174:11 182:11
182:12,14
**notes** 138:24
140:21 141:13
144:18 148:6,15
148:19 158:7
173:14,15 184:7
188:18 189:8,10
191:3,5 203:23
231:16
**notice** 83:12
**Notification**
158:15
**notifies** 94:3,11
**November** 226:9
226:14
**nsg** 167:11 216:16
**number** 131:16
131:17 134:2,6
142:17 161:12
176:6 178:16
180:2 181:19
205:13 225:20
238:12,12
**numbness** 124:8
160:22 183:17
217:24 218:4,8
218:11 227:12
229:5
**numerous** 193:24
**nurse** 123:23
125:18,19
128:19 133:17
133:20 136:1
151:8 232:15,18
233:16
**nurse's** 133:18

**nurses** 232:24
233:3

**O**

**o'clock** 139:6
**oath** 236:13
**Obaisi** 128:14,20
128:24 146:22
150:16 151:5,7
151:9 158:3,20
159:11 172:15
189:22 202:20
203:1,10,15,21
204:5,20 206:13
206:18,21 207:1
207:11 214:13
214:17,20 215:1
227:6 229:12
230:1
**Obaisi's** 227:4
**object** 100:16
109:3,20 110:13
112:13,15 115:1
115:7,13,23
117:23 174:10
200:2 205:3
220:13 221:13
**objecting** 115:23
197:8 199:9
**objection** 87:8
88:12,20 89:20
90:23 91:9
92:19 94:6
102:12,20 104:1
105:4 110:5
114:7,19 116:12
118:1,3,3,9,13
121:3 126:11
127:16 181:18
184:2 187:5,22
190:19 198:2
202:21 205:5
220:5,16 221:3
221:10,20
222:17,23
223:12,20

224:10 226:20
227:19 228:4,11
228:18 229:7,19
230:4,12,18,23
231:6,14
**objections** 115:20
193:7 196:7,7,8
196:21 198:7
**objective** 134:16
137:15,19 138:3
139:14,17,20,22
143:24 144:24
148:23 149:6,7
149:17,18 174:8
174:11,14
181:16 182:7
190:9,24 201:11
205:1 210:15
227:4
**objectively**
149:22
**observation** 99:8
96:1,8,18 97:2,5
97:10,19,23
98:4,8 99:12,15
99:19 100:2,9
100:21 101:5,9
101:14,17,19,21
102:3,4,8,17
103:2,9,17
104:6,12,16,20
105:6,20,24
106:13,19 107:1
107:5,9,16,23
108:4,12,21
109:11,12 110:4
110:17,19,20
111:12 112:10
112:18,23
113:21,23
114:13,17,18,21
115:24 116:23
117:4 118:22
120:8 121:14,24
122:13,15,19
125:10 126:6
127:12 130:2,15

**officer** 84:13
232:12
**officers** 233:19
**Oh** 86:17 95:2
125:16 131:7
135:3 139:20
143:8 156:7
157:5 159:2
162:22 167:1
175:14 179:16
180:6 213:23
215:15
**ointment** 145:18
**okay** 86:12,15,16
86:17,23 87:4
87:16,18,24
88:7 89:9,18
90:8,20 91:6,13
91:20 92:2,7
93:2,9,19,22
94:2,15 95:12
96:1,8,18 97:2,5
97:10,19,23
98:4,8 99:12,15
99:19 100:2,9
100:21 101:5,9
101:14,17,19,21
102:3,4,8,17
103:2,9,17
104:6,12,16,20
105:6,20,24
106:13,19 107:1
107:5,9,16,23
108:4,12,21
109:11,12 110:4
110:17,19,20
111:12 112:10
112:18,23
113:21,23
114:13,17,18,21
115:24 116:23
117:4 118:22
120:8 121:14,24
122:13,15,19
125:10 126:6
127:12 130:2,15

130:19,23 132:2
132:4,10,17,19
133:3,8,12,15
133:18,21 134:2
134:7,8,9,13,16
134:21 135:3,10
135:16,24 136:7
136:15,18,20,24
137:6,9,11
138:6,22 139:2
139:7,15,24
140:4,9,12,16
140:19 141:3,15
141:21 142:10
142:13,17,21
143:11,16,22
144:11,17,23
145:13,19,22
146:1,7,12,15
146:21 147:4,11
148:4,6,15
149:3,24 150:12
150:15,19 151:3
151:5,10,13,16
152:9,12,15,21
153:11,14,19,24
154:6 155:10,15
155:17 156:12
156:18,22
157:11,15,18
158:1,4,21
159:2,5,10,14
159:24 160:3,8
161:5,15,18,23
162:18 163:1,7
163:10,13,22
164:12,19 165:1
165:10,22 167:4
167:16 168:5
169:9,17 170:10
170:20 171:2,5
171:17 172:1,4
172:11,20 173:9
173:12,18 174:6
174:21 175:1,5
175:8,14,18,24

Evaristo Aguinaldo, M.D., Volume 2

176:4,22 177:5
177:10,21,23
178:11,13 179:2
179:5,16,16
180:6,15,17,24
181:3,3 182:15
183:1,8,20,24
184:5 185:3,10
186:4,10,17
187:11,17 188:8
189:11,14,17
190:3,16 191:3
191:6,20,23
194:14 195:13
197:4 200:24
201:23 202:1,5
202:8,11,16,19
203:3,20,24
204:2,22 205:9
206:24 207:11
207:14,22 208:3
208:17,23
209:14,17 210:7
210:18,21
211:20,23 212:2
212:8,12,19,23
213:8,18,23
214:4 215:15
216:12 217:5,9
217:19,22 218:3
218:7,13 219:1
219:10,14
220:24 221:7
222:5,11,20
223:6 224:2,5
224:13,23
226:12,24
227:23 228:7,22
229:11,23 230:7
230:21 231:2,10
231:19,24
232:10,20 233:7
233:19,24 234:7
234:9,17,24
235:7
**old** 160:15 161:23

**once** 109:2 126:2
128:17 211:1
**one-fourth** 156:6
**ones** 233:4
**ongoing** 165:17
**Onset** 161:7
**open** 137:22
145:16 209:24
**operation** 167:12
168:3 216:18,20
**operative** 167:21
215:4
**opine** 213:20
234:18
**opinion** 92:20
97:23 147:1
168:1 207:22
208:2,3,7,8,10
208:14
**options** 91:14
**orbit** 137:21
138:10 153:22
182:11
**order** 131:6
136:12,13
140:12 227:23
**ordered** 138:20
140:9 210:16
**ordering** 104:17
106:20 107:6
**ordinary** 225:10
**organize** 181:10
194:12
**organized** 151:21
**outcome** 237:15
**outpatient** 144:18
173:14
**outside** 151:11
155:5 195:1,7
229:24

---

**P**

**P** 84:1,1 135:5
**p.m** 137:13
142:22 235:10
**PA** 232:19

**page** 85:2 88:21
90:1 109:13,18
109:19 110:23
111:2,3,4,5
112:19,20,21
113:24 114:1,13
114:21 120:14
125:11,12 126:7
127:12 131:2,15
131:17 134:23
142:20 153:8
155:22 156:2
157:4 160:11
161:10,13
162:19 166:4,7
166:11,13,15,17
166:18,21
167:17 168:8
173:2 181:21
205:16,21
215:21,22,24
216:1,4 218:13
219:8 225:23
226:4,5 237:7
238:12,14,16,17
239:4,7,9,12,14
239:17,19
**pages** 112:20
136:10 157:5
166:3
**pain** 88:10,16
89:2 90:22
91:22,23 94:4
94:12,19 96:12
96:15,15,19,22
96:23 97:1,16
97:20 98:6,10
98:17 99:3
106:10 124:22
125:4 129:23
137:18,24 138:1
144:1 147:16,18
147:19,21,22,22
148:1,7,10,11
148:12,13,16,19
148:22,24 149:7

149:20,21,23
150:1,4,9,11
160:16,19
161:24 162:9
163:21,23 164:2
164:3,5 165:13
165:14,17
167:10 174:22
174:24 175:5,13
175:14,16 176:3
178:10 182:7,13
182:14 184:8,10
184:11 188:17
188:24 189:1,5
190:6,8,11,15
190:18,23 191:1
200:16,18,21
201:2,3,4,6,12
201:20,23 202:4
216:15 218:17
218:22 219:4,23
220:2,3,4,9,11
220:12,15 222:6
222:8,10,12
231:20,22
**painful** 90:18
**palpate** 87:23
94:21 95:13
183:9
**palpation** 99:8
177:7
**paperwork** 129:1
**paragraph**
160:21 169:20
**paralysis** 101:10
101:12
**paralyzed** 101:8
129:16
**Pardon** 182:17
**parenthesis**
145:16
**paresthesia**
165:18
**part** 129:3 133:8
169:20 186:1,2
206:4 225:5

**particular** 94:16
155:13 176:16
**parties** 237:14
238:17
**pass** 125:16
128:13
**pathology** 140:15
**patience** 154:16
181:13
**patient** 86:20,24
87:2,11,19 88:5
88:7,9,15 89:1
91:14,21 92:2
92:16 93:11,14
94:3,5,11,13,19
95:14 96:16,18
96:21 97:7,13
97:16,17,19,21
98:6,17 99:3,7
99:20 100:3
135:2,14,16,20
142:1,7 155:5
155:24 158:17
158:22 160:17
160:19,24
161:22 162:6,8
162:12,16 165:5
165:14,20
167:11,20
168:23 171:20
172:1,15 173:18
174:21,22 177:3
177:23 178:1
183:8 216:17
218:4 219:4,16
219:22 222:10
225:2 233:8
**patients** 151:10
157:21 173:16
184:18 187:14
207:15,19,23
208:4,11 222:5
222:11 225:4
234:19
**pen** 188:10
**penmanship**

Evaristo Aguinaldo, M.D., Volume 2

180:20 224:18
people 188:24
    197:23 221:8
    222:8
perched 165:14
    167:10,13,21
    169:22 214:22
    216:15,18,21
    217:2,7 231:2
perching 162:11
    162:24 170:14
perform 88:10,18
    94:16 97:17,20
    97:24 98:5 99:4
    143:12,17,22
    144:8 147:4
    183:3 187:20
performed 149:3
    182:16 185:11
    217:1 224:16,20
performing
    103:23 105:21
    192:20
period 127:6
peripheral 228:3
    229:3
permits 196:10
PERRLA 137:20
    182:8
person 86:9
    111:22 112:3,5
    112:6 154:17
person's 115:2,8
personal 92:7,15
    100:9,13 101:1
    156:12 159:10
    206:24 207:5,8
    237:9
personally 193:11
    193:16
perspective
    197:18
pertaining 83:14
phone 129:1
photos 128:20
physical 87:22,24

88:1 103:23
    105:21 190:13
    198:22 199:1
    215:18
physically 104:13
    106:5 197:6
    198:3
physician 132:24
    133:5,9 158:19
    173:16 194:19
    225:17
Physician's
    179:17
pillow 124:15
pills 147:16,18
    149:23 175:13
    190:6 231:22
pinkie 100:7
place 125:1
    196:10 236:12
    237:12
placed 160:18
    165:16
plain 161:1 162:4
    213:5,14 214:21
plaintiff 83:4 84:5
    86:3 115:19
    134:22 172:4
    173:21,23 192:3
    192:18 194:15
    236:4
plaintiff's 157:9
    168:17 192:19
    195:24 196:20
    217:20
plan 135:1,1,2
    138:7 140:6
    161:22 162:8,17
    167:6
planned 167:22
Plans 138:6 140:4
    145:13 175:9
plate 129:8
pleasant 178:6
please 87:1,2
    89:22 91:13

96:6 109:5
    115:21 116:1
    117:4,5 118:2
    118:12 120:10
    120:24 121:6
    122:21 126:9
    127:12 137:11
    137:12,16 139:4
    139:13 140:5,21
    142:14 144:20
    144:23,24 145:5
    149:14 152:21
    153:14,20 156:9
    160:14 161:21
    169:18 170:3
    171:5 172:11,12
    174:9,15 179:8
    182:4 188:12
    192:4,6,7,8,11
    193:19 210:5
    216:13 221:15
    226:2 238:9,11
    238:16
point 116:18
    140:19,23,24
    142:14 158:10
    165:22 194:3
    195:16
police 160:15
policies 94:2,10
    94:17
policy 150:19
    184:17
Poole 83:3 100:18
    101:18 102:19
    103:19,23 104:9
    104:13,18,21
    105:7,17,22
    106:2,5,9,14,20
    107:6,14 108:5
    108:9,13 112:6
    112:12,16 113:5
    114:14,15,17
    137:4 140:13
    141:22 146:19
    146:21 147:8

150:16 152:20
    154:7 155:16,18
    157:14 158:18
    160:4 164:5
    165:6 168:3,24
    170:22,23 172:3
    172:3,4,23
    173:6,20 174:1
    175:2 176:4,7
    177:12 178:2
    189:4 190:17
    202:8,13,19
    203:15 205:20
    206:11 210:16
    214:15 217:16
    218:7,17 219:20
    220:9,24 221:9
    221:18 222:16
    222:20 223:6,16
    224:3,5,14,19
    224:23 225:7,12
    225:16 226:13
    227:10 229:4,12
    229:16 230:2,8
    230:15,21
    231:10,20 236:3
    238:7 239:3
Poole's 108:2,18
    113:7 134:6
    136:2 141:5
    142:16 147:5
    226:17
popping 106:15
    114:24 115:5
    116:10 117:7
    118:18 120:16
    121:1,8 125:22
    127:4 230:10,16
    230:22 231:4
portion 126:10
position 124:18
    127:6 193:5
positive 141:11,17
    183:5,21,22
    184:6,8,15,21
    185:2,13,21

225:7
possible 141:18
    161:2 226:22
possibly 176:14
    176:15
post 171:22
post-op 171:24
posterior 89:10
    89:12 172:17
    178:7
postop 172:13
posture 183:12
practice 150:19
    183:20 184:17
    196:12 222:7,15
    225:10
practices 94:3,11
    94:18
practitioner
    158:2 233:16
practitioners
    232:19
precaution
    162:13
precedent 197:14
precedents 193:8
precludes 197:17
prefer 181:8
    221:1
pregnant 197:22
presence 160:1,2
    195:2,8 198:22
    199:1 217:11
    219:21 220:11
    229:13,15
present 160:11
    165:11 167:9
    187:14 197:6,23
    198:4 199:7
    214:15 217:15
    222:6
presented 162:3
presents 97:16,19
    98:17 99:3
    100:3 160:16
    161:24 165:13

Evaristo Aguinaldo, M.D., Volume 2

**press** 96:9
**pressing** 95:24
**pretty** 209:18
**Previous** 179:10
**previously** 85:9
  179:23 180:4,9
  215:16 237:12
**primary** 225:17
**Print** 132:24
  133:5
**printed** 131:11
  133:18
**prior** 89:4,21
**prison** 161:1
  162:3
**prisoner** 165:12
  165:16 167:9
  216:14
**pro** 192:20
**probably** 90:18
  91:23 123:20
  124:9,16 125:3
  125:8 126:18
  127:5 128:19
  129:6,7,11
  133:16 134:14
  164:2 176:3
  179:7 207:3
  212:21 214:11
  216:16,16
**problem** 101:13
  125:21 139:16
  143:5,6,8
  145:11 171:17
  188:14,15,16
  189:7 200:15
  209:19 227:8,9
  233:22
**problems** 142:24
**procedure** 83:13
  138:12 222:9
**procedures** 222:3
**proceed** 123:21
**process** 95:17
**processes** 179:11
**profession** 193:15

**professional**
  97:23 168:1
  193:19 194:20
  198:6 199:11
**professionalism**
  193:15,20
  196:15 198:11
  199:3
**professionals**
  232:8
**profile** 138:19
  145:2,8
**progress** 138:24
  144:18 173:14
**prompt** 238:19
**proper** 94:15
  128:4 129:10,20
  194:23
**properly** 87:20
  186:9,16
**provide** 147:8,11
  147:13 193:1
  231:19
**provider** 229:24
  232:18
**providing** 104:9
  106:1 108:17
**PT** 176:2,8 177:3
**Public** 83:16
  236:22 237:4
  238:15
**pull** 170:22 210:5
  225:20
**pulled** 123:16,18
**pupil** 182:9
**pursuant** 83:12
  83:12
**put** 110:18 122:5
  123:21 127:14
  134:18 141:10
  141:16 143:15
  144:2 183:4
  184:6,12 186:7
  198:24 214:18
  224:19 235:4
**putting** 124:1

**Q**
**qualified** 211:14
**question** 87:1
  89:22 92:11
  94:8 98:11
  100:12 110:6,19
  113:17,19
  117:24 118:14
  119:24 120:5
  121:21 122:3,6
  122:13,14 130:5
  142:4,14 143:16
  143:17 146:17
  150:5 164:9
  179:21 181:4
  186:18,20,22,23
  187:9,10 188:12
  190:21 194:7,7
  200:6 202:12
  219:7,12,17
  221:14 233:7
  234:6
**questioning**
  195:16,18 196:8
  196:9 197:17
  234:11
**questions** 104:7
  109:8,11,17
  110:3,16 111:10
  113:20 139:11
  168:10 187:23
  191:10 193:6
  194:1,9 199:9
  209:23 228:7,15
  232:4 234:1
**quick** 154:11
**quickly** 220:17
**quite** 195:23

**R**
**R** 84:1 172:16
**R.N** 133:20
**race** 125:1
**racial** 119:10
**radiation** 227:12
**radio** 232:20,23

232:24,24
**radiologist**
  146:10,15,18
  156:16,20
  179:15 211:2,7
  211:13,15,16,18
  211:23 212:24
  213:8,19 234:16
**radiologist's**
  156:19
**radiologists** 234:9
  234:12,17 235:3
**radiology** 146:12
  162:22 168:19
  168:22 189:17
  189:24 202:14
  210:6 211:21
  226:1,9,12
**raise** 193:7 196:7
**Randolph** 84:11
**range** 94:23
**react** 137:20
  182:9,9
**read** 114:10,22
  115:3,4,15
  116:9,12,14,18
  116:19,20,21,24
  117:1,3,4,4,15
  117:19,20,21
  118:2,5,7,8,11
  118:11,14,20,23
  119:10,14,16,17
  120:2,4,10,11
  120:13,15 121:6
  121:9,23 122:10
  122:11,20,21,21
  122:22 125:13
  126:9,20 128:20
  130:3,7,11
  133:22 137:11
  137:14 138:6
  139:4,13 140:4
  141:1,6 144:23
  145:13 146:9
  150:20,24 151:4
  153:19,24 156:8

159:5 160:13,21
  161:20,21
  162:23 169:14
  169:17,19 171:5
  172:11 174:7,13
  174:19,20
  176:20,22 177:5
  181:16,24
  186:17,20
  194:17 195:20
  204:23,24 205:4
  205:6,7,10
  216:12 217:22
  219:15 225:23
  231:16 236:10
  238:10,11
**reading** 107:17
  115:2,8,14
  116:10 117:6,12
  117:13 121:7,17
  123:7 125:15
  126:15 127:23
  129:5 134:18,22
  135:8 137:17
  138:7 139:15
  140:1,6 142:22
  145:7,15 153:1
  153:21 154:2
  155:24 156:10
  158:22 159:8
  160:15,22
  161:23 162:22
  165:12 167:9,20
  169:12,22 170:3
  170:4,9,13
  172:13 174:16
  174:21 176:24
  177:7 178:5
  179:10 182:5
  206:6 216:14
  217:24 219:18
  224:13 238:14
**ready** 110:2 210:8
  216:8
**really** 91:19
  131:13 190:1

Evaristo Aguinaldo, M.D., Volume 2

191:21 202:16
231:7
**reason** 87:13
122:4 128:18
153:15,17,18
159:1,6 164:8
164:10 169:10
197:21 201:24
213:9 216:23
219:3 221:17
238:13 239:5,8
239:10,13,15,18
239:20
**recall** 133:14,16
195:21 210:13
218:18,20
224:13
**receive** 129:22
207:23 208:4,11
220:9
**received** 111:14
111:18 112:2
124:15 125:15
125:16 126:15
128:13 198:11
198:12
**Recess** 116:3
154:13 181:11
199:18 209:20
**recognize** 136:24
137:2
**recollection**
101:23,23 102:6
102:10,15,18,23
103:3,12,14,18
103:22 104:4,8
104:13,17,21
105:2,7,12,16
105:21 106:1,4
106:9,14,20
107:2,6,11,14
107:17,22,24
108:5,7,9,13,15
108:17 130:20
141:9 185:15,16
188:19,21 209:3

209:7,13
**recommend**
162:16 213:8
235:3,4
**recommendation**
213:20
**record** 94:7 97:11
107:22 109:5,6
114:23 116:9
117:5,11,15,17
117:22 118:12
120:10 128:17
130:4,7,11,16
136:9 137:12
138:6 139:14
140:5 141:1
144:23 145:14
153:19 156:9
157:7 159:5,17
159:20 160:13
161:21 163:5
164:14 169:17
172:12 173:3
174:8 178:19
192:8,14,15
194:5 195:5,7,9
195:10 198:20
198:24 200:2
204:23,24 205:5
205:10 216:12
230:5
**recorded** 237:8
**records** 119:10,18
156:19 181:14
217:12 225:15
229:23
**Recross** 85:5
**RECROSS-EX...**
235:1
**red** 139:18
**Redirect** 85:5
234:4
**reduced** 237:8
**refer** 91:21 176:2
**reference** 226:4
**REFERENCED**

85:10
**referencing** 137:6
153:5
**referral** 151:8,9
156:7 157:13
203:9 227:12
**Referrals** 156:3
**referred** 92:24
150:16 157:15
157:17,22 203:1
**referring** 104:21
107:2 158:1,19
**reflect** 117:22
**reflexes** 99:24,24
183:17
**refresh** 209:7
**refreshed** 209:2
**refused** 154:5
**regard** 238:19
**regarding** 146:19
155:18
**regards** 142:16
**regular** 127:6
**Regulation**
194:21
**reinjured** 226:14
**related** 226:18
237:14
**relation** 145:10
145:17 154:3
213:24
**relaxer** 175:13,15
175:23
**relief** 193:13
**rely** 156:18,19
211:23
**relying** 185:23
**Remains** 165:21
**remember** 101:22
101:24 103:9
203:10 209:11
234:10
**remembering**
102:2
**remind** 196:3
**remove** 125:17

138:17
**removed** 125:17
**repeat** 87:1 89:22
92:11 94:8
98:11 100:12
128:16 164:9
**repeated** 192:22
196:21
**repeatedly** 194:1
**repeating** 90:2
**rephrase** 98:12
**report** 107:17
111:16 128:19
128:21,21
145:21 146:9,12
146:20 150:17
150:21,24 151:4
157:13 160:17
162:5 168:20
169:15 179:9
189:18,19,24
202:14 203:9
210:6 211:6
212:21 213:1,7
213:22 214:21
215:4 228:22
229:1 232:17,17
235:4
**reported** 212:3
213:13 218:8
**reporting** 218:17
**reports** 160:22
217:24 227:14
227:15
**represent** 112:10
114:16 134:5
160:6 165:7
177:21
**representing**
198:13 203:18
203:24
**reputation** 207:15
**request** 195:6
**requesting** 172:18
177:3
**require** 167:12,13

187:13 216:18
216:19
**required** 186:10
186:13,15 187:2
187:8 193:15
234:18 238:17
**requirement**
216:21
**requires** 93:10
**resection** 179:10
**reserve** 235:9
**reset** 197:3
**respond** 193:21
195:15
**responded** 117:19
**response** 92:9,16
204:17 218:19
219:6
**responsibilities**
192:21 198:18
**result** 92:8,16
138:11 140:8
145:1,7,15
147:7 202:7,17
**retract** 205:9
**retrieve** 128:19
**return** 238:16
**revealed** 165:19
**review** 110:15
126:21 213:5
219:12
**reviewed** 126:16
213:18 228:23
**reviewing** 109:20
111:8
**ride** 221:1
**ridiculous** 119:13
**right** 86:21 90:17
91:15 92:17
96:11 97:8,13
97:14,15 99:2
101:24 102:7
103:20 105:13
105:18 106:6,11
107:3 112:2
130:12 134:19

Evaristo Aguinaldo, M.D., Volume 2

137:22 141:9
146:5 150:2,13
155:19,20
157:20 162:10
165:14 167:10
169:23 170:5,16
174:17 180:16
182:3,11 184:21
189:12,13,24
192:13 201:3,6
201:21 206:14
210:13 212:4,13
213:11,12,16
215:21 216:15
217:9 219:11
221:2 222:22
223:4,16 224:24
225:20 226:5
227:3 233:17
234:14
**right-hand**
210:21
**right-sided**
170:14
**rigid** 90:7,9,9
**rigidity** 96:10
**risk** 92:8,15
**risks** 100:10,14
100:22 101:2,3
101:5,7
**Ritz** 172:14
**Robaxin** 175:20
175:20
**Robert** 84:6 238:6
**ROM** 137:24
**room** 129:2
157:17 159:1
192:9,11,15
195:11,12 199:7
199:17 206:23
213:17 220:14
221:7 232:14
**rotate** 94:23 97:7
99:9 149:20
184:10 200:17
**rotation** 138:1,2

148:24 182:13
184:11
**rotational** 170:5
**RPR** 83:15
138:18 145:8
237:3,21 238:23
**RTP** 131:19 136:8
136:9 137:7
138:23 144:12
152:3 154:20
157:2,3,10,10
158:11 159:21
159:21 161:10
161:13 163:3,14
164:19,20
165:22 166:1,22
168:7,7,18
172:23 173:6
178:23,23 179:3
179:24 180:13
181:22 182:3
187:18 199:22
203:5,5 217:16
218:14 226:7
**rule** 196:10
197:14
**rules** 83:13 86:11
193:8
**RYDMAN** 238:1
238:21

---

**S**

**S** 84:1,6 238:6
**Saint** 160:1,2
**Sarah** 84:3
115:19 192:2
**saw** 137:5 143:6
147:15 148:3
152:9 154:7,7
201:5 202:5,19
203:1 214:14,22
223:6,15 224:5
224:7,21 231:16
**saying** 127:3
136:21 142:7
147:24 150:12

199:6
**says** 111:4,14
114:14 121:8
125:15 128:12
132:24 133:5,8
133:20,21 134:9
134:11,16,21,24
135:1 148:21,23
155:21 156:3
158:22,23
159:24 160:3
161:5,18 166:22
167:5,16 172:9
175:9 179:17
216:20 218:4,24
219:4 220:3
223:16 224:7
226:12
**scale** 164:1
**scan** 156:11 162:9
212:8
**school** 222:2
**Sciences** 165:2
168:21
**scope** 92:20
**score** 163:23
**scratch** 134:20
**scratches** 134:19
**Screening** 155:23
**screws** 129:8
**seal** 237:18
**second** 125:21
147:1 161:10
166:9
**seconds** 171:18
**section** 133:10
175:19 176:23
212:2 216:5,10
217:15,17,22
227:4
**see** 87:21 91:17
94:23 99:21
100:6 102:14
104:4 109:2
110:24 111:8,14
111:15,18,18,22

112:3,7 113:2,4
113:7,10,14,15
113:23,24 114:3
114:24 116:7
120:22 121:14
122:16,18,19
123:12 127:23
128:13 130:8,16
130:17,24
131:19 132:2,10
132:13,17,19
133:1,18,21,23
133:24 134:2,9
134:21 135:4
136:17 140:14
144:13,15
148:22 151:1
152:3,12,22
153:2,9 154:21
155:10,12,21
156:3,13,15
157:12,15
158:14,17,23
159:3,24 160:10
161:5,10,16,18
162:18,21
163:10,20,22
165:1,10 166:1
166:13,23 167:5
167:8,16 168:19
168:23 169:1,7
169:10,15
170:11,24 171:7
171:21 172:1
173:6 174:3,6
174:10 175:9,24
176:5,11 177:23
178:3 179:2,16
180:8,19,24
182:15 185:19
188:13 203:15
203:19 204:8,9
204:15,18
205:19 215:13
215:19 216:5,9
217:17,19 219:3

222:5,12 223:17
223:22 224:2,6
224:11 227:4
230:5,7,15
**seeing** 104:13
106:5 107:14
**seek** 196:24
**seeking** 198:7
**seen** 128:2,15
131:22,24 132:3
132:4,7 135:8
137:1 152:5
158:7,11 159:22
160:24 163:7
164:22 171:2
173:9 177:19
178:1 179:5
189:17,21 207:2
208:23 229:23
**segregation**
124:14,16 126:5
127:8 128:10
**send** 128:6 146:5
151:10 155:5
157:24 213:11
213:16
**sending** 108:13
**sensation** 183:14
**sensations** 229:6
**sensory** 165:18
**sent** 92:3 128:18
146:21 161:2
189:22 211:2,9
**September** 223:4
226:19
**serious** 87:17
90:21 91:2,7,19
92:23 129:19
**service** 158:21,24
**Services** 157:13
172:8
**set** 237:17
**seven** 112:20
128:13 138:17
**Seventh** 193:8
**severe** 106:10

Evaristo Aguinaldo, M.D., Volume 2

129:24
**Severity** 161:8
**sheet** 238:12,16
**shift** 125:1,2
  232:8
**shocked** 127:5
**shocks** 106:16
**shooting** 94:4,12
  229:6
**short** 129:14
**short/long** 129:14
**shoulder** 137:19
  138:1 154:5
  182:13
**shoulders** 138:11
  153:22 182:7,7
  182:14
**show** 130:23
  148:15,18
  151:20 154:10
  154:19 162:9
  163:1 164:12
  170:20 177:10
  178:14 195:21
  199:1 203:15
  205:11,15
  206:10 209:6,10
  209:14
**showed** 204:5
  218:21
**showing** 161:1
  206:10
**shown** 209:2
  218:16 220:10
  223:3,7,11,19
  225:15,21
  229:23
**shows** 206:20
**side** 88:5,5 95:16
  97:8,14,15
  137:21,22
  138:12 151:2
  174:23,23
  182:10,11 193:4
  212:4 226:3
**sideways** 99:10

**sign** 180:15,23
  238:10,14
**signal** 169:24
  170:6
**signature** 113:23
  114:2,6,8,11
  132:16,17 179:2
  179:17,22,22
  180:8,13,13
  235:9 238:14,15
  238:16,17
**signed** 133:19
  179:19 180:12
  181:1 211:6
**signs** 232:16
**silk** 138:13
**simple** 91:23
  191:21
**simply** 198:10
**sir** 195:16 197:12
  210:9,17,24
  211:5,8,11,22
  212:1,7,11,18
  213:3,7,11
  214:3,7,16,19
  214:23 215:3,20
  216:11,22 217:4
  217:18,21 218:6
  218:12 219:24
  222:4,13,18
  223:13 224:4,22
  225:1,11,14,19
  226:11,16,22
  227:5 228:5,20
  229:9,14 230:19
  230:24 232:1
**sit** 95:14 101:24
  123:8 127:5
  189:4 190:16
  197:19
**site** 233:9
**sitting** 226:3
**situation** 94:17
**six** 175:21 208:18
**skull** 138:10
  153:21 154:4

159:9
**slash** 134:11
**sleep** 124:16
  125:6
**slight** 137:24
  138:1 148:24
  179:12 182:13
  182:14 184:11
  200:16
**slightly** 174:24
**slow** 86:16 100:23
  113:11,12 207:7
**slowly** 98:14
**slur** 119:1,6,10
**slurring** 119:8
**small** 167:1
  169:23
**soft** 170:1,16
**somebody** 233:20
**Sophia** 83:15
  237:3,21 238:23
**soreness** 124:10
**sorry** 86:17,18
  92:14 95:2
  106:23 107:20
  111:6 115:18
  119:17 127:14
  131:12,13
  133:15 143:2
  153:1,16 154:11
  156:8 158:23
  159:19 163:17
  166:11,20
  167:24 169:6
  171:5,12,16
  174:7 177:24
  183:6 185:6
  186:17 196:4
  206:19 220:17
  221:11
**sort** 88:1 99:4
  135:13 173:15
  198:8
**sound** 86:21
  106:15 115:5
  125:22 127:4

**sounds** 114:24
  116:11 117:7
  118:19 120:16
  121:2 230:10,16
  230:22 231:4
**Sources** 171:23
  172:8,9
**spasm** 176:3
**speak** 93:2,5
  98:14 136:1
  146:15,18
  150:23
**speaking** 102:18
  103:3,10,14,18
  104:14 105:7,12
  105:16 106:6
  108:1 115:20
  122:5,9 188:5
  196:7,21 234:10
**Special** 157:12
**specialist** 91:17
  91:20 92:3,20
  92:24 93:6,7,18
  98:21 99:1
  101:16 104:21
  107:3 108:13
  128:1 140:7
  168:4
**Specialty** 156:3,7
**specific** 107:11
  118:13 135:17
  153:9 159:6
  173:19 175:19
  209:11
**specifically** 90:11
  101:18,22 102:8
  117:18 131:5,8
  143:4 150:8
  152:13 156:20
  168:17 188:4
  191:13 199:21
  200:18 201:16
  234:15
**specified** 237:12
**speculation** 114:7
  126:11 127:16

220:6 221:4,11
  221:21 222:24
  226:21 227:20
  228:18 229:8,19
  231:15
**spent** 110:3
  117:11 131:8
**spinal** 98:9,16,20
  99:5 100:10,15
  100:17 154:2
  162:13 228:2,8
  228:9,15
**spine** 106:16
  145:10 159:9
  162:14 213:5,14
  225:3,6,13
  228:1
**spinous** 95:17
  179:10
**spoke** 207:11
  212:13
**spot** 153:9
**Spurling** 97:5,6
  97:17 98:5
  182:16,18,21,23
  183:1 225:3,8
**square** 156:5
**squeezed** 156:1
**SS** 237:1
**St** 129:2 156:7,10
  157:17,18,19,19
  160:7 164:4
  203:8 217:12
  219:21 220:11
  227:13 229:13
  229:16 230:1,8
**stabilization**
  167:22
**stabilize** 126:1
  200:22,23 202:1
**stabilized** 202:9
  202:15
**staff** 94:3,5,11,13
  94:16
**stamp** 109:15,16
**stamped** 108:24

Evaristo Aguinaldo, M.D., Volume 2

110:23 111:2
112:19 131:18
136:8 138:23
144:12 152:2
154:20 157:2,10
159:20 163:3,4
168:6 170:22
172:22 177:12
178:22 179:24
181:21 187:18
203:4 204:13
205:12,14 216:4
**stand** 119:13
**standard** 93:9,13
187:13 208:15
222:9,16
**stapled** 166:12
**stapler** 181:10
**start** 109:14
120:22,24 145:5
157:11 174:1
**starting** 114:23
116:10 118:16
120:15 125:13
126:9 127:13
205:1
**starts** 121:1
**state** 83:16 220:22
221:2,23 237:1
237:4
**stated** 90:16
99:15 126:3,18
126:22 127:9
128:15 163:17
163:20 172:7
180:9 189:23
201:20 228:23
230:2
**statement** 195:18
**states** 83:1,14
112:7 113:2
157:12 158:14
159:6 160:10
162:18 163:22
165:1,10 170:11
177:5 178:3

179:9 236:1
**Stateville** 207:16
207:23 208:4,11
222:21 232:5
233:21
**stating** 178:10,12
184:20 189:3
197:7 227:10
**status** 155:6,8,17
**Statute** 238:17
**stenographically**
237:8
**stiff** 177:1
**stipulate** 184:3
197:10,13,15
**stipulated** 191:12
191:18,22 194:5
199:23 201:19
**STIR** 170:1
**stitches** 123:21
124:2 125:16
135:8 138:17
**stock** 138:8
**stop** 120:18,19,22
124:3,22 126:4
127:7 170:9
194:8
**stopped** 122:1,5
**stops** 125:14
**straightening**
179:13
**strained'** 226:13
**Street** 83:17 84:3
84:7,11 238:1,5
**strike** 88:8 146:2
153:16 156:23
167:24 169:6
171:6 180:17
200:24 206:19
221:11
**subconjunctival**
140:2
**subjective** 96:15
96:17,19,22
134:9 135:20
137:14,19 138:3

139:13,21,22
140:16 144:24
149:5 174:7,11
174:14,24
176:23,24 178:4
181:16 182:5
205:1 210:14
231:12,21
**subjectively**
149:21 150:3
**subluxated** 231:3
**subluxation** 89:18
90:3,5,9,17,19
91:1,16 92:10
92:18 145:10,17
147:3 154:3
161:2 162:5
165:13 167:10
169:12,12 170:5
172:16 178:8
190:2,4 202:9
202:13,18
213:24 216:15
**subscribe** 236:12
**SUBSCRIBED**
236:19
**subsequent**
225:16
**suffered** 91:15
148:24
**suffering** 94:4,12
**suffice** 190:7
**sufficient** 110:8
190:7
**suggest** 213:4,20
**suggestive** 162:4
170:2
**suit** 237:15
**Suite** 84:7 238:5
**summary** 155:7,9
155:18
**superior** 212:5
**supple** 137:24
149:19 182:13
184:11
**supporting**

104:14 106:5
**supportive**
179:11
**suppose** 181:1
**sure** 89:24 92:12
94:10 95:3
98:12,15 100:13
101:1 115:24
116:2 123:1
124:4,10 131:10
140:14 151:22
154:12 166:21
170:22 174:18
176:17 185:10
185:24 187:24
193:23 197:5
207:8 209:18
221:16
**surgery** 89:16
108:10 129:7
217:1 224:3
226:19
**surgical** 168:3
**surprising** 195:23
**surrounding**
170:1,16
**sworn** 86:3
236:19 237:6
**symptomatology**
226:18
**symptoms** 98:3
106:15 136:2
**syphilis** 138:18
**System** 165:3
168:21

———————

**T**

**T2** 170:6
**tabbed** 131:5
**tablet** 138:9
**take** 109:10
115:24 154:11
167:23 181:6
197:2 209:17
216:8 221:12
**taken** 83:15 116:3

154:13 181:11
199:18 209:20
211:1 238:10
**talk** 86:17 101:17
102:8 104:24
107:9 108:22
151:7
**talked** 90:11
224:14
**talking** 119:19
122:1 168:17
199:21 201:16
**taught** 222:2
**technical** 86:10
**technician** 107:17
108:1 124:7
128:20 150:20
150:23 151:1
**technologist**
211:2
**tell** 86:23 87:2,11
89:9,18 90:3
91:13 96:21,24
98:19 101:5
121:22 123:5
141:7 144:20
149:12,16 151:5
152:21 153:14
179:8 226:4
230:16,21
**telling** 106:9
108:5,9 188:24
189:5
**tells** 142:1
**ten** 138:9 195:11
**tenderness** 88:4
162:1 177:7
**Tengesdal** 84:6
85:4,5 87:8
88:12,20 89:3
89:20 90:10,23
91:9 92:19 94:6
94:24 95:5 96:2
100:16 102:12
102:20 104:1
105:4 109:3,13

Evaristo Aguinaldo, M.D., Volume 2

109:20 110:5,13 110:16,18 111:4 111:8,12,15,17 112:13,15,22 113:4,14,17,19 114:3,7,19 115:1,7,13,22 116:2,12 117:23 118:3,9,13,17 119:1,4,6,8,17 119:24 120:8,13 120:17 121:3,16 121:21 122:2,7 122:23 123:2 126:11,14 127:16,19,21 131:3,7,12,15 135:1 136:10,16 136:20 139:1,10 139:19,22 140:23 142:4,18 142:20 144:4 149:11,16 150:5 151:21,23 152:17 153:4 154:12,22 157:4 157:6 160:21 166:3,15,24 167:8 168:15 174:10 176:8 180:4 181:9,18 182:2,21 184:2 186:23 187:5,22 188:2,6,10 190:19 191:9,16 191:18,21,24 192:5,10,12 193:21,23 195:10 197:5 199:5 200:2,6 202:21 204:3,7 204:10 205:3,15 209:19 210:2,4 210:10,12 215:14 220:8,19 221:6,12,16

222:1,19 223:1 223:14 224:1,12 226:8,23 227:22 228:6,13,21 229:10,22 230:6 230:14,20 231:1 231:9,18,24 235:2,7,9 238:6 tension 174:16,22 term 129:15 terms 207:19 test 95:23 96:4,7,8 96:13 97:5,6 98:5,5,7 99:13 100:5 182:16,18 182:20,23 183:1 185:11 225:8 tested 183:18 testified 86:4 118:5 187:6 209:3,8 210:23 212:12 213:12 228:9,16 testify 237:6 testimony 90:14 95:4 117:2 142:10 144:3,7 188:23 189:3 190:10,16 195:3 227:11 237:11 testing 98:8,15 99:4 100:2 138:19 183:14 tests 97:17,20 98:1 99:14 140:8 225:3 Tetanus 138:8 text 121:17 thank 104:6,6 105:10 108:21 120:12 125:10 131:14 138:22 145:13,14 150:15 151:23 152:21 154:15 163:1 170:11,20

181:13 182:4 191:20 195:15 199:16 204:12 205:17,18 206:24 209:21 210:2,11 217:13 234:1,3 thankfully 198:1 thanks 154:24 220:3 231:24 thereof 237:16 thing 99:6 130:17 142:3 169:19 177:8 200:12 things 98:22 131:7,10 think 95:11 98:18 123:3,13,15,17 123:21,22 124:16 126:4,18 126:23,24 128:12 129:6 132:3 138:19 141:20 142:22 155:4 157:23 171:22 176:15 176:17 181:9 186:21 190:6,6 192:16 195:20 196:2,15 198:19 198:21 199:4 203:17 204:21 205:3,22 211:14 218:23 221:7 224:4 231:22 233:24 third 84:3 110:23 111:2 128:2 thought 204:3 three 138:9,14 145:18 172:21 190:20 thumb 100:6,7 time 86:10 109:10 110:3,8,9,11,12 117:11 125:21

127:6 128:2,3 130:18 131:8,9 134:14 137:12 139:4,10,16 141:12 142:24 143:5,14,20 144:20 145:11 147:5,15,20 152:8 158:13 159:23 163:9 169:2,7 171:4,7 171:10,12 173:8 173:9 174:3 176:11 177:20 178:14 181:1,17 182:1 183:5 186:18 188:3,15 188:16,22 189:7 190:5,14 191:1 197:18 200:4,10 200:14 201:9,10 201:14 202:5 209:22,24 221:12,15 225:18 226:14 231:23 232:11 234:1 236:12 237:12 times 118:15 138:9,9,14 145:18 160:16 175:21 184:3 190:20 193:24 Tina 84:9 103:14 105:12 tingling 160:23 218:1,5,9,11 227:12 tissues 170:1,16 today 117:2 131:24 132:5,8 161:1 162:14 188:23 189:3 190:17 223:3,7 223:11,19 224:2 224:6 225:15,21

228:23 229:24 230:15 today's 208:24 told 98:23 99:7 102:2 114:23 116:10 117:6 118:18 120:16 121:1,7 124:2 127:7,13 128:17 129:1 149:12 189:1 214:9 tolerated 138:13 Tomaras 84:9 103:15 105:12 tone 99:22,22 194:16 top 111:11 113:2 114:13 134:3 152:23 153:5,12 155:22 158:14 159:24 165:3 169:8 total 129:21 touch 150:10 touching 150:1 toxoid 138:8 training 211:13 231:11 transcript 236:11 236:14 237:10 237:11 238:10 238:11,14 transfer 155:6,8 155:18,22 162:16 229:12 transferred 165:20 translation 162:11 transport 220:21 220:23 transportation 159:2 transported 220:22 233:9 Trauma 161:8

Evaristo Aguinaldo, M.D., Volume 2

**traumatic** 167:21
170:18 225:2
**treat** 193:9
225:12
**treated** 93:18
223:9,16
**treating** 225:17
**treatment** 91:14
104:9 106:1
112:9 128:5
129:11,22
134:22 135:4,5
159:1,6 177:3
207:20 208:4
225:16 233:9
234:18
**tricep** 100:1
183:18
**tried** 150:10
183:10,10,11
184:9,9 200:16
**true** 197:12
236:13 237:10
**truly** 238:20
**truth** 237:6
**try** 88:3 94:20,21
94:23 96:8
97:12 99:24
115:12 120:11
149:18,20
196:17,20
232:15
**trying** 95:2
117:14,20
123:18,19,19
150:7 200:24
204:7
**turn** 156:22 161:9
166:4,15 168:5
215:21,24
218:13 219:8
**twice** 138:14
175:20
**twisted** 123:15,18
156:1 160:18
**two** 125:4 129:8

134:19 138:9,15
138:15 157:5
158:6 160:16,17
162:1 165:15
169:21 172:19
177:2 202:24
207:2 208:18
209:23
**Tylenol** 138:9
147:17 148:12
148:13 201:9,12
201:13
**type** 92:23 93:10
94:24 128:23
158:21,23 188:5
188:7 197:2
**typewriting** 237:8
**typical** 222:7
234:17
**typically** 90:8
234:21

---
**U**
---
**UIC** 129:5 165:8
165:20 171:22
172:15 177:22
215:17 227:15
228:9 230:1
**unacceptable**
192:18
**unaware** 199:6
**underneath** 112:2
169:14 174:14
175:24
**understand** 87:6
87:7 90:1 96:7
98:24,24 100:24
107:23 114:10
121:8,11,19
122:12 123:7,10
127:11 128:6,18
128:22,24 130:1
138:12 142:6
144:3 145:15
148:10 149:15
149:24 150:7,15

153:15 167:23
177:2,4,9 181:3
184:20 194:10
194:17 198:20
201:16 224:17
231:8
**understanding**
194:13 198:23
**understands**
194:22
**unit** 124:14 232:7
232:21 233:4
**United** 83:1,13
236:1
**University** 162:15
165:2 168:20
**unnecessary**
216:16
**unprofessional**
194:9
**unprofessionali...**
192:17 194:14
**unsure** 163:15
**upcoming** 199:5
**upper** 137:23
182:12 210:21
227:13 228:1
**use** 95:19
**usually** 232:11

---
**V**
---
**vehicle** 220:23
221:2
**verify** 162:6
**versus** 167:12
180:24 216:18
**vertebrae** 89:15
99:9
**vertebral** 170:8
**video** 197:7
**viewed** 128:21
**vital** 232:16
**Voltaren** 175:10
175:11
**vs** 83:5 236:5
238:7 239:3

---
**W**
---
**W** 237:2
**waist** 101:8,12
**wait** 110:19
202:12,12,12
**waiting** 140:7
**walk** 177:2
**walked** 124:13
**walking** 233:14
**want** 89:24 116:5
117:10,15,17,21
118:6,7,14
120:13,15
122:20,23
140:14,22
154:22 161:20
166:21 169:19
174:17,19 181:7
187:24 192:16
194:24 195:5
204:10,22,23
205:7 217:22
219:11 220:4
221:12,23
**wanted** 122:11
139:10 143:2
**wants** 140:23,24
144:4
**wasn't** 112:16
127:10 143:16
147:19 148:11
212:7 214:23
**way** 124:21
125:24 193:10
197:16 226:3
237:14,15
**we'll** 130:23
136:19 157:10
178:14 184:3
194:23 200:2
204:12 235:9
**we're** 90:1 131:12
131:13 153:4
154:16 166:21
172:20 176:4
198:14,16,16

201:17 205:22
228:14
**we've** 172:20
181:7 194:1,11
194:11,12,15
208:20
**weakness** 160:22
183:16 217:24
218:4,8,11
227:12
**wear** 87:13
**Wearing** 87:4
**weeks** 160:16,17
161:7 162:1
165:15 172:19
177:2
**went** 86:12
203:10,12
206:23 220:14
**West** 83:17 84:7
84:11 238:1,5
**Wexford** 94:2,10
94:17 150:19
171:23 172:8,9
184:17 198:13
**whatsoever** 104:4
**wheelchair**
233:13,21
**WHEREOF**
237:17
**withdraw** 122:2
219:7
**witness** 86:2
109:18,23,23
110:20 111:16
113:13,16,18
115:9,17 118:4
121:19 139:20
139:24 142:19
142:21 166:5
192:3,6,14
195:2,4,6,8
197:17 215:15
216:3 218:15
219:16 225:22
227:2 234:3

Evaristo Aguinaldo, M.D., Volume 2

235:11 237:12
237:17
**word** 115:16
117:8,12 121:9
121:9,10,12,13
123:10,12,14,19
123:23 124:4,4
124:24 125:6,19
125:23 127:1
130:1 221:11
**words** 118:5
121:20 122:12
149:19
**work** 126:17
**working** 198:14
232:8 233:3
**works** 103:7
199:13,13
**workup** 165:19
167:14 216:19
**worse** 129:16
**wouldn't** 87:14
108:10 201:2
**wrestling** 165:15
**write** 118:20
119:14 120:3
132:21,22 133:3
133:6,6 142:2,8
143:24 153:17
173:16 176:18
179:14 180:19
183:19,21
184:14,15,21,23
185:2,4,8,11,12
185:17,20,22
186:8 188:6,7,8
193:12,17
194:17 232:16
**writes** 194:21
**writing** 156:20
174:13 175:18
176:23
**written** 112:11,16
119:15,18 120:4
135:17,21 139:5
144:21 146:4

148:16 177:22
183:2 212:7
**wrong** 111:6
124:3,3,17
125:24 126:4
**wrote** 114:17
130:18 132:23
133:7 137:15
153:18 183:22
188:2 205:20
212:16

---

**X**

**X** 85:1
**X-ray** 107:6,17
108:1 124:6,7
126:20,21 128:7
128:19,20
138:10 140:12
145:8,12,21
146:9 150:17,20
150:21,23 151:1
153:15,17,18,21
153:21,22
156:13,15 159:8
169:5 179:24
180:3,23 202:7
202:17 214:1
**X-rays** 108:2
126:21 140:7,10
210:16 211:1,9
211:15 213:14
213:19 214:21

---

**Y**

**yeah** 98:14 113:16
115:4 133:7
153:10,18
166:10 173:24
176:17
**year** 160:15
161:23 175:2
176:13 178:6,9
**yellow** 127:21
**yesterday** 131:9
**young** 194:10

199:11
**younger** 193:9

---

**Z**

**zero** 134:11 164:2
185:9
**Zoom** 84:3

---

**0**

**0.5** 138:8
**000256** 204:14
**0014** 83:5 236:5
238:7
**053** 174:2
**0718** 152:3
**0749** 131:19
**084-003792**
237:22
**0865** 226:7

---

**1**

**1** 85:11 108:23
139:6 142:22
162:12 205:11
217:3 226:9,14
**1-inch** 134:18
**10** 85:16 161:8
163:24 164:3,5
164:6 168:6,15
168:16,17
188:24 189:1
218:17,17,22,22
218:24,24 220:2
220:2,12,12
**10-10** 171:16,18
**10-10-21** 171:11
**10:15** 169:9
**100** 84:11
**1037** 168:7
**1039** 168:8,10,12
168:18
**1041** 168:7
**108** 85:11
**11** 85:16 170:21
171:2
**11:08** 83:19

**1159** 136:8,11,14
136:19 137:7,8
181:22,23 182:3
**1160** 136:12
**1161** 138:23 139:1
142:18,19
187:18,19
**1162** 136:19,19
144:12,14
199:22
**1163** 154:20 155:1
155:2
**1165** 136:9
**12** 85:17 172:22
173:5 184:3
225:20,24
**12-6-18** 174:5
**13** 85:17 129:21
177:11
**130** 85:12
**136** 85:12
**13th** 84:11
**14** 85:18 178:15
**15** 83:17 85:18
204:13 206:20
226:24 238:1
**15:54:45** 171:18
**151** 85:13
**154** 85:13
**157** 85:14
**159** 85:14
**163** 85:15
**164** 85:15
**168** 85:16
**16th** 83:18 236:8
238:10 239:2
**17** 102:9 103:24
104:10,18,22
120:20 132:8,20
133:24 137:16
141:5,23 148:4
148:7,18 149:4
153:1 183:3
204:19 210:14
210:23 223:7
**170** 85:16

**172** 85:17
**177** 85:17
**178** 85:18
**17th** 106:11
140:10,13,22
210:16 218:10
224:21
**18th** 223:8
**19** 120:20 176:14
**19th** 223:8

---

**2**

**2** 85:12 109:1
130:24 131:4,5
131:18 161:7,13
**2-22** 176:14
**2-22-19** 176:17
**2-27** 176:13
**20** 83:5 236:5
238:7
**2017** 101:19 102:9
103:24 104:10
104:18,22 105:1
105:18,22 106:2
106:11,21
107:10 108:14
108:18 132:8
133:24 137:16
141:5,23 142:15
143:9,23 145:23
147:9 148:4,7
148:18 149:4
153:12 155:19
158:7 160:7
163:18 169:9
171:16,18 175:3
183:3 189:4,14
189:20 190:11
190:17 200:1,9
201:7 202:19,24
203:16,22
204:18 206:12
207:2 210:14
215:18 217:16
218:8 219:1,20
222:22 223:4,7

Evaristo Aguinaldo, M.D., Volume 2

226:10,15,19
229:15
**2018** 154:7 177:22
**2019** 176:15
**2022** 83:18 236:8
236:20 237:18
238:3,10 239:2
**204** 85:18
**20th** 223:8
**21** 142:15 143:9
143:23 189:4
**210** 85:4
**21st** 223:15,18
**22** 223:4
**22nd** 223:18
**232** 85:4
**234** 85:5
**235** 85:5 237:7
**23rd** 223:18
**24** 105:17,22
106:2,21
**2430** 84:7 238:5
**24th** 105:1 224:6
224:8
**27** 153:2,10,12
**28** 107:10 108:14
108:18 145:22
147:9 154:7
158:7 189:14,20
190:11,17 200:1
200:9 201:7
238:16
**28th** 201:17,18
202:5 225:13
**29** 238:3
**29th** 237:18

------

**3**
**3** 85:12 91:15
92:9,17 110:24
111:2,4,5 136:7
136:19 172:16
181:15 199:21
**3/4** 137:22 182:11
**3:05** 235:10
**3:50** 137:13

**30** 155:18 160:7
163:17 196:10
202:19,24
203:15,22
204:18,19
206:12,14,16
207:2 217:15
218:8 219:1,20
**30th** 204:4 205:20
212:9 214:13
227:3,14 229:15
230:7
**31** 215:18
**311** 84:3
**31st** 212:9
**34** 160:15 161:23
**34-year-old**
165:12
**34M** 167:9 216:14
**35** 178:5
**35-year-old** 178:6

------

**4**
**4** 85:13 109:15,19
112:19 152:2
154:22 179:23
180:5,11,24
210:5 212:17
**4-22-17** 113:13
**4-inch** 138:13
139:17
**431** 157:2,10
158:11 203:5
**49** 88:21

------

**5**
**5** 85:13 114:22
116:7 118:16
125:12 154:20
161:13 177:22
**500** 84:7 138:9
238:5
**53** 173:6 174:1
**53-55** 172:23
**55** 173:6 176:4,7

------

**6**
**6** 85:14 111:4
126:7 157:2,9
157:10 203:4,6
**60432** 238:2
**60601** 84:12
**60607** 84:4
**60661** 84:7 238:5
**63** 136:16,21
**64** 136:16,21
**65** 136:14,20

------

**7**
**7** 85:14 109:1,16
109:19 127:13
159:16,20
205:14 217:10
217:11 218:14
**718** 136:12 179:24
**719** 178:20,23
**720** 179:3 180:13
**723** 178:23
**727-4363** 238:2
**75** 175:10
**750** 175:20
**751** 157:3,10,11
157:12 203:5
**78** 170:22,23
**78000-019** 204:14

------

**8**
**8** 85:15 163:2,13
**8-17** 127:4 132:3
132:4,20,23
141:3
**8-17-17** 128:6
132:21 137:5,13
140:19 152:24
**8-21** 142:18,20,22
**8-21-17** 138:17
139:6 142:13
187:17
**8-24-17** 125:13
**8-25** 159:9
**8-25-17** 125:14
**8-27-17** 145:9

**8-28** 126:15
144:22
**8-28-17** 126:9
**8-30-17** 128:13
155:11 158:5
163:12
**8-31** 169:9
**8-31-17** 172:15
**815** 238:2
**83** 177:12,13
237:7
**833** 163:3,14
**86** 85:3
**865** 172:23 173:1
173:6

------

**9**
**9** 85:15 164:13
215:5,10,17
216:4
**9-6-17** 172:17,18
**9:20** 144:22
**933** 163:14
**952** 159:21 217:16
**953** 161:10,13
218:14 219:8
**956** 159:21
**964** 164:19
**968** 164:20 165:22
166:1,22 167:1
216:4