**THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| AHMAD POOLE (K95348), ) | |
| ) | |
| Plaintiff, ) | Case No. 20-CV-0014 |
| ) | |
| ) | |
| v. ) | Honorable Manish S. Shah |
| ) | |
| DR. E. AGUINALDO, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# Exhibit 5

JONATHON HERNANDEZ
July 08, 2022

```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF ILLINOIS
                        EASTERN DIVISION
-------------------------------------------------------

AHMAD POOLE,

            Plaintiff,

     -vs-                              Case No. 20 CV 14

DR. EVARISO AGUINALDO, et al.,

            Defendants.

-------------------------------------------------------




              Deposition of JONATHON HERNANDEZ

                APPEARING REMOTELY FROM

                 WILL COUNTY, ILLINOIS

                 Friday July 8th, 2022

                      10:43 a.m.
```

```
              Reported by:  Wendy L. Hanneman, RPR

       APPEARING REMOTELY FROM WAUKESHA COUNTY, WISCONSIN
```

JONATHON HERNANDEZ
July 08, 2022

Page 2

```
 1              Deposition of JONATHON HERNANDEZ, a witness
 2   in the above-entitled action, taken at the instance of
 3   the Defendants, pursuant to the Federal Rules of Civil
 4   Procedure, pursuant to subpoena, before WENDY L.
 5   HANNEMAN, Registered Professional Reporter and Notary
 6   Public in and for the State of Wisconsin, on the 8th day
 7   of July, 2022, commencing at 10:43 a.m. and concluding
 8   at 11:37 a.m.
 9
10   REMOTE APPEARANCES:
11        LOEVY & LOEVY, by
              Ms. Isabella Aguilar
12            311 North Aberdeen Street, 3rd Floor
              Chicago, Illinois 60607
13            aguilar@loevy.com
              Appeared on behalf of the Plaintiff.
14
15   CONNOLLY KRAUSE, LLC, by
              Mr. Logan Giaquinta
16            500 West Madison, Street, Unit 2430
              Chicago, Illinois 60661
17            lgiaquinta@cktrials.com
              Appeared on behalf of Defendants E. Aguinaldo,
18            Jr. and Tina Tomaras.
19
     OFFICE OF THE ILLINOIS ATTORNEY GENERAL, by
20        Ms. Kristin K. Lindemann
              100 West Randolph Street, 13th Floor
21            Chicago, Illinois 60601
              Kristen.Lindemann@ilag.gov
22            Appeared on behalf of Defendants, Lt. Jaburek
              and Lt. Norman.
23
24
25
```

Page 4

```
 1   REPORTED REMOTELY FROM WAUKESHA COUNTY, WISCONSIN
 2        Friday, July 8th, 2022, 10:43 a.m.
 3        THE COURT REPORTER:  The attorneys
 4   participating in this deposition acknowledge that I
 5   am not physically present in the deposition room,
 6   and that I will be reporting this deposition
 7   remotely.
 8        They further acknowledge that in lieu of
 9   an oath administered in person, the witness will
10   verbally declare his/her testimony in this matter
11   under penalty of perjury. The parties and their
12   counsel consent to this arrangement and waive
13   any objections to this manner of reporting.  Please
14   indicate your agreement by stating your name and
15   your agreement on the record.
16        MS. AGUILAR:  Isabella Aguilar, I
17   represent the Plaintiff, and I agree.
18        MR. GIAQUINTA:  Logan Giaquinta on behalf
19   of Defendants Aguinaldo and Tomaras, also in
20   agreement.
21        MS. LINDEMANN:  Kristin Lindemann,
22   assistant attorney general for the State of
23   Illinois on behalf of Defendants Jaburek and
24   Norman, and I'm also in agreement.
25
```

Page 3

```
 1                 I N D E X
 2   EXAMINATION                            PAGE
 3   MR. GIAQUINTA                            5
 4   MS. LINDEMANN                           43
 5   MS. AGUILAR                             47
 6
 7                 E X H I B I T S
 8   NO.        DESCRIPTION        PAGE IDENTIFIED
 9   Exh. 1     Affidavit                    17
10
11   (Exhibit was provided to and marked electronically by
12        the court reporter.  Copies attached to all
13                    transcripts.)
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 5

```
 1        JONATHON HERNANDEZ, called as a witness
 2   herein, having been first duly sworn on oath, was
 3   examined and testified as follows:
 4                 E X A M I N A T I O N
 5   BY MR. GIAQUINTA:
 6   Q    All right, good morning, Mr. Hernandez.  How are
 7        you doing today?
 8   A    I'm all right.
 9   Q    Could you do me a favor and the court reporter a
10        favor and please state and spell your full name.
11   A    Jonathan, J-O-N-A-T-H-A-N.  Hernandez,
12        H-E-R-N-A-N-D-E-Z.
13   Q    All right, Mr. Hernandez, we are taking your
14        deposition today in relation to a lawsuit that was
15        filed by a fellow inmate of yours, his name is
16        Ahmad Poole.  Are you familiar with who Mr. Ahmad
17        Poole is?
18   A    Yes.
19   Q    Okay.  So before we get into that, I want to cover
20        a few rules and background questions with you.
21        Mr. Hernandez, have you ever given a deposition
22        before?
23   A    No.
24   Q    Have you ever testified before, be it at a trial or
25        a hearing?
```

JONATHON HERNANDEZ
July 08, 2022

**Page 6**

1   A   Not quite for someone else, for myself.
2   Q   Okay.  So it will be somewhat similar to that.
3       You're going to be giving testimony today.  We're
4       going to be asking you questions, and you're going
5       to be answering.  Okay?
6   A   All right.
7   Q   So just to go over a few ground rules.  For one, we
8       need to make sure we don't speak over one another
9       So I would appreciate it if you could let me finish
10      asking my question before you start answering, and
11      then I will do my best to return that favor to you.
12      Okay?
13  A   All right.
14  Q   Number two, one of the attorneys on this call this
15      morning might make an objection to one of the
16      questions that I've asked.  Even if someone
17      objects, you can still answer the question, okay?
18      All right?
19  A   Okay.
20  Q   It was only for the record.  And, finally, if you
21      don't hear or quite understand one of the questions
22      that I ask you, or if you need clarification of
23      something that I ask you, I need you to please let
24      me know that, okay.  Because if you answer the
25      question, we're all going to assume that you

**Page 7**

1       understood what was asked of you.  Okay?
2   A   All right.
3   Q   Okay.  Mr. Hernandez, do you have any conditions
4       that might affect your ability to provide truthful
5       and accurate testimony today?
6   A   Repeat that question.  You went a little bit out.
7   Q   Do you have any conditions that might affect your
8       ability to provide truthful and accurate testimony
9       today?
10  A   No.
11  Q   Are you taking any medications that might affect
12      your ability to provide truthful and accurate
13      testimony today?
14  A   Nope.
15  Q   Okay.  Anything else that you think might affect
16      your ability to provide truthful and accurate
17      testimony today?
18  A   I don't believe so.
19  Q   Okay.  Mr. Hernandez, did you review any documents
20      prior to the deposition this morning?
21  A   No.  No, I didn't.
22  Q   Okay.  Did you speak to anyone prior to the
23      deposition this morning in preparation?
24  A   No, not this morning, nobody at all.
25  Q   Did you speak with someone other than this morning?

**Page 8**

1   A   I didn't speak to nobody at all this morning.
2   Q   No, I mean other than this morning.  Because you
3       qualified your answer when I asked you if you spoke
4       with anyone in preparation, and you said not this
5       morning.  What about any other day?
6   A   Yeah, I talked to Ms. Angela, you know, a couple
7       months ago.
8   Q   Ms. Angela?
9   A   Yeah.
10  Q   Who's Ms. Angela?
11  A   Aguilar.
12  Q   Oh, you mean Ms. Isabella Aguilar who's in one of
13      the fun squares you're looking at this morning?
14  A   Yeah, little bit.
15  Q   Okay.  How long ago was it that you spoke with her?
16  A   Um, I'm going to say sometime last month.  I can't
17      remember the exact date that I talked to her.
18  Q   Okay.  What did you two talk about?
19  A   Ah, all she told me was about the deposition we
20      were going to have today, you know, to answer all
21      the questions truthful to the best of my knowledge.
22  Q   Okay.  And you understand that one of the reasons
23      for this deposition this morning is due to the fact
24      that you provided a declaration in this case; is
25      that correct?

**Page 9**

1   A   Yes.
2   Q   Do you recall the declaration you provided?
3   A   Yeah.
4   Q   Did Ms. Aguilar let you know that we would be
5       talking about that declaration this morning?
6   A   Yes.
7   Q   Okay, when was the last time you read that
8       declaration?
9   A   Last time I made my statement?
10  Q   Yeah.
11  A   Like I said, I'm -- the first time was maybe, I
12      don't know, I can't remember the dates, but last
13      month I talked to her, you know, in saying,
14      probably two months ago, two, three months ago.  I
15      can't remember.
16  Q   Okay.  So the last time you looked at it was
17      probably the last time you spoke with Ms. Aguilar?
18  A   The last time I looked at the declaration I made
19      was I think you all had sent me a copy of the
20      papers I had, the declaration I had made.
21  Q   Okay.  Did you speak with anyone else other than
22      Ms. Aguilar about your deposition or this case?
23  A   No.
24  Q   Okay.
25  A   I haven't spoken to nobody else.

JONATHON HERNANDEZ
July 08, 2022

Page 10

1  Q  Have you ever spoken with Mr. Poole about this
2     case?
3  A  No, I haven't spoken -- I haven't spoken to him.  I
4     mean, I see him, but I haven't spoken to him.
5  Q  When's the last time you saw him?
6  A  We live -- I mean, we live in the same cell
7     house -- ah, same building, right.  So I used to be
8     same cell house, so I basically seen him every day
9     when he go to school or he comes out to go eat or
10    something like that.
11 Q  Are you guys still in the same cell house now?
12 A  Yes, we just is different, like different
13    galleries.
14 Q  Okay.  Which cell house are you in right now?
15 A  Charlie-House.
16 Q  Charlie-House, okay.  So you never spoke with
17    Mr. Poole about this case?
18 A  No.  He asked me if I was willing to give a
19    statement.  I said yeah, to, you know, what I know
20    of what happened.  Other than that, I haven't spoke
21    -- I don't speak to him like that anyways.
22 Q  Okay.  When was the first time you met Mr. Poole?
23 A  Ah, back like probably in 2012.  2012, 2013 we
24    were, ah, we were in the same -- on the same
25    gallery.

Page 11

1  Q  Was that in Stateville?
2  A  Yes, here in Stateville.
3  Q  Which cell house was that back in 2012, I'm asking?
4  A  That was in Bobble-House.
5  Q  When was the last time you spoke with Mr. Poole?
6  A  Excuse me?
7  Q  When was the last time you spoke with Mr. Poole?
8  A  Last time I spoke with him, like I said, by passing
9     by, say what's up, that's it.  So like I say, every
10    day I see him.
11 Q  Just casual conversation?
12 A  Yeah.  Yeah.
13 Q  Okay.  Did Mr. Poole ever talk to you about any
14    other cases he might be involved in?
15 A  No.
16           MS. AGUILAR:  Objection, form,
17    foundation.
18 BY MR. GIAQUINTA:
19 Q  Dine you ever speak to Mr. Poole about the
20    deposition you'd be giving this morning?
21 A  No, I didn't even let him know that I was having
22    one.  I didn't let him know.
23 Q  Okay.  And you two were cellmates at one point; is
24    that correct?
25 A  Yes.

Page 12

1  Q  Okay.  Could you describe Mr. Poole for me, what he
2     looked like, or what he looks like now?
3  A  Ah, probably a little bit taller than me, you know
4     what I'm saying.  I'm a short guy.  Ah, he's -- he
5     was, ah, bald -- not bald-headed, but short hair at
6     the time.  You know, stocky, a stocky dude, you
7     know what I'm saying.  Like brown-skinned.  I mean,
8     you know, can't really describe somebody.
9  Q  Stocky dude, like he liked to work out, muscular,
10    fit?
11 A  Yeah.
12 Q  Is that what you mean?
13 A  Yeah.
14 Q  Okay.  What about his personality, what was that
15    like?
16 A  My opinion, he's a quiet, you know, he likes to do
17    his own thing, what I noticed.  I wouldn't say he
18    talked to too many people.  Keep a small circle
19    like I do.
20 Q  Okay.  And how long ago were you two cellmates?
21 A  This was I believe in 2017 we were in seg together.
22    So we were cellmates about -- about a week and a
23    half.
24 Q  Okay.  Which cell house was that?
25 A  That was in -- we were in -- in seg, so that's X

Page 13

1     house.
2  Q  Okay.  Do you remember the cell number by chance?
3  A  I think it was Lower West 1.
4  Q  Okay.  You two were the only ones in the cell
5     together, just you two?
6  A  Yes.
7  Q  Okay.
8  A  It's a two-man cell, so nobody else could be in
9     there.
10 Q  How long were you two in that cell together?
11 A  Like I said, a week and a half, about a week and a
12    half we were in there.
13 Q  Okay.  And while you two guys were together in that
14    cell, you just described Mr. Poole being a pretty
15    thick guy.  You ever see him working out?
16 A  No, not in the cell.  Not in that cell, no, he
17    couldn't.
18 Q  Okay.  Mr. Hernandez, have you ever had the
19    opportunity to look over Mr. Poole's medical
20    records?
21 A  No.
22           MS. AGUILAR:  Objection, form.
23 BY MR. GIAQUINTA:
24 Q  Any of his medical records?
25           MS. AGUILAR:  Objection, form.

JONATHON HERNANDEZ
July 08, 2022

Page 14

1        MR. GIAQUINTA:  I'm not sure as to that
2    objection.  You can answer that, Mr. Hernandez.
3        THE WITNESS:  No.  Why would I?
4  BY MR. GIAQUINTA:
5    Q    I don't have a reason, just maybe you saw it
6         offhandedly, maybe he wanted you to look at them,
7         anything like that?
8    A    No, like I said, I don't talk to him like that for
9         me to, you know, see anything of his personal stuff
10        anyways.
11   Q    So you've never seen any of his grievances in this
12        case either, correct?
13   A    Correct.
14   Q    You've never seen any of the pleadings or motions
15        that have been filed in this case?
16   A    No.
17   Q    Okay.  Do you have any knowledge of the medical
18        treatment that Mr. Poole received in 2017 in
19        relation to this case?
20   A    Can you repeat that again?
21   Q    Do you have knowledge as to the medical treatment
22        Mr. Poole received in relation to this case?
23   A    Ah, if I'm not mistaken, he had a surgery on his
24        neck when he got out of seg.
25   Q    Okay.  Is that the -- is that the extent of your

Page 15

1         knowledge?
2    A    Yeah, that's about the only thing I know.
3    Q    Are you familiar at all about what this lawsuit is
4         about?
5    A    Ah, not very familiar, but kind of.
6    Q    Okay.  What do you know?
7    A    Well, the only thing I know is something about his
8         neck, and I know he wasn't getting no medical
9         treatment while we were in seg.  So, I mean, I'm
10        pretty sure that's -- that got to do with it, but
11        other than that, if there's anything else, no, I
12        don't know.
13   Q    Okay.  So just some quick background questions,
14        Mr. Hernandez.  What's your date of birth?
15   A    August 7th, 1983.
16   Q    How old are you today?
17   A    I am 38, going to be 39 next month.
18   Q    Okay.  And, Mr. Hernandez, what are you currently
19        incarcerated for?
20   A    First-degree murder, attempt murder, and arson.
21   Q    And what year did you begin that sentence?
22   A    In 2005.
23   Q    And how long is that sentence?
24   A    I got 90 -- 90 years.
25   Q    Okay.  Which correctional facility were you first

Page 16

1         at for that sentence?
2    A    Ah, at Menard.
3    Q    Menard?
4    A    Yeah.
5    Q    When did you move from Menard to -- did you move
6         from Menard to Stateville?
7    A    Yes.
8    Q    When did you move from Menard to Stateville?
9    A    In, I believe it was 2009 I came down here.
10   Q    Okay.  So have you been at Stateville since 2009?
11   A    Yes.
12   Q    Okay.  Have you taken any courses that could be
13        considered medical training, like a paramedic
14        course, an anatomy course, anything like that?
15   A    No.
16   Q    Do you have any medical training?
17   A    No, I don't.
18   Q    Okay.  What's the highest level of education that
19        you received?
20   A    Right now I just got my G.E.D.
21   Q    Okay.  All right.  So I'm going to put up your
22        declaration on the screen here so that you and I
23        can talk about it.  Okay?
24   A    All right.
25   Q    Okay, Mr. Hernandez, can you see this?  Should I

Page 17

1         zoom in a little bit for you?
2    A    Would you, please.  Thank you.
3    Q    Okay.  Does that make it better for you?
4    A    Yep.
5    Q    All right.  Can you read everything okay?
6    A    Yeah.
7    Q    Okay.  All right.  So I'm throwing up on my screen
8         here what I'm going to be marking as Defendant's
9         Deposition Exhibit Number 1.  Do you recognize this
10        document, Mr. Hernandez?
11   A    Ah, yes.
12   Q    Okay.  And at the top there you see the case
13        caption and the names of the parties for this case,
14        correct?
15   A    Ah, hold on, there's something going on with this
16        phone issue right here.  It says the connection is
17        weak, so I don't know if I should get somebody to
18        look at it.  Hold on real quick.
19   Q    Sure, no problem.  Let's go off record for a few
20        minutes while he gets this all --
21        MS. AGUILAR:  Sure.
22        (Short recess taken.)
23   BY MR. GIAQUINTA:
24   Q    All right.  So, Mr. Hernandez, you can see this
25        document that I have up on the screen all right?

JONATHON HERNANDEZ
July 08, 2022

Page 18

1  A  Yes.
2  Q  And at the top there, the case caption with the
3     parties' names, you can see that?
4  A  Yeah.
5  Q  And below that it says "declaration," correct?
6  A  Yes.
7  Q  Okay.  I'm going to scroll to the last page here.
8     At the very bottom there there's a signature, and
9     below it it says Jonathon Hernandez.  Is that your
10    signature sir?
11 A  Yes, that's mine.
12 Q  And the date below that, May 10th, 2022, did you
13    sign off on this on May 10th, 2022?
14 A  Yes.
15 Q  Okay, all right.  So scrolling back up.  So as I
16    understand it, this document would be your
17    declaration, correct?
18 A  Yes.
19 Q  Are you familiar with what a declaration is?
20 A  Basically my statement, what I, you know, what I
21    have said, if I'm not mistaken.
22 Q  Okay.  And I assume when you created this document,
23    Ms. Aguilar walked you through what a declaration
24    is?
25 A  Yes.

Page 19

1  Q  Okay.  I think you mentioned earlier that the
2     reason why you decided to provide this in this case
3     was because Mr. Poole asked you to do it?
4        MS. AGUILAR:  Objection, misstates his
5     former testimony.
6  BY MR. GIAQUINTA:
7  Q  Isn't that correct, Mr. Hernandez, Mr. Poole asked
8     you to provide a statement?
9        MS. AGUILAR:  Same objection.
10       MR. GIAQUINTA:  You can answer,
11    Mr. Hernandez.
12       THE WITNESS:  Oh, well, okay, yeah, he --
13    yeah, he asked me if I could, you know, talk to his
14    lawyer about what -- what I saw when we were in
15    seg.
16 BY MR. GIAQUINTA:
17 Q  Okay, so what I'm trying to figure out is how this
18    document came to be, how it came to be that you
19    decided you wanted to provide a declaration in this
20    case.  You understand me?
21 A  Well, I -- he asked me if I would be able to -- if
22    I could speak to his lawyer, and I said yeah.  So
23    she asked me if I was willing to give a -- a
24    statement or -- of the events that I recall, I give
25    it to her.

Page 20

1  Q  Okay.  So Ms. Aguilar asked you to provide a
2     statement?
3  A  I give it to her on my own will.  She didn't ask me
4     to do it, I give it on my own behalf.  I told her I
5     would --
6  Q  I mean this document, Mr. Hernandez, she asked you
7     to help her create this document?
8  A  She asked me to help her?  I gave it to her.
9     That's on my own willing.
10 Q  Okay.  So prior to calling Ms. Aguilar, you knew
11    what a declaration was and you knew that you would
12    tell her you would provide one in this case?
13       MS. AGUILAR:  Objection to form,
14    misstates prior testimony, argumentative.  You can
15    answer, Mr. Hernandez.
16       THE WITNESS:  What I'm saying is she
17    asked me questions that -- how can I put this
18    without, ah -- when I talked to her, she -- she
19    asked me what I remember about the time me being
20    over there in seg, and I gave it to her.  That's --
21    if I'm making myself clear, or, you know.
22 BY MR. GIAQUINTA:
23 Q  Okay.  Well, I understand that she interviewed you.
24    We're interviewing you today.  What I'm trying to
25    figure out is how that interview turned into the

Page 21

1     document that I have in front of you today, which
2     is entitled "declaration."  Is that a little
3     clearer?
4  A  Yeah.
5  Q  Okay.  So how did -- how did we go from the phone
6     interview, it was a phone interview that you and
7     Ms. Aguilar had?
8  A  Yes.
9  Q  How did we go from a phone interview to creating
10    this document we have in front of you, the
11    declaration?
12 A  Yeah, she asked me if it's okay for her to make it
13    into a declaration.
14 Q  Okay.  So she asked you if it was okay to
15    type this up for you?
16 A  Yes.
17 Q  Okay.  And what happened after that?
18 A  What you mean what happened?  I mean, it's right
19    there.
20 Q  Well, sure.  Did she send it to you?
21 A  Yes, she sent it to me, you know what I'm saying,
22    make sure that that's what -- what I -- what I had
23    said, everything I told her.
24 Q  Okay.  And after you confirmed that it was
25    everything that you told her, you signed off on it,

JONATHON HERNANDEZ
July 08, 2022

Page 22

1    correct?
2  A  Yes.
3  Q  And then you sent it back to her?
4  A  Yes.
5  Q  Correct, okay, that's what I was just -- that's all
6    I'm trying to figure out, Mr. Hernandez.  It
7    doesn't need to be complicated.  I'm not trying to
8    trick you, I promise you.
9  A  All right.
10 Q  I'm just trying to figure out how this document
11   came to be, all right?
12 A  All right.
13 Q  Mr. Hernandez, did you receive anything in exchange
14   for providing your declaration in this case?
15 A  No.
16 Q  Okay, Mr. Hernandez, do you see the line there
17   under declaration, it states "I, Jonathan
18   Hernandez"?
19 A  Yes.
20 Q  Are you capable of reading this document,
21   Mr. Hernandez?
22 A  Yes.
23 Q  Okay.  Do you understand what it means to give a
24   statement under penalty of perjury?
25 A  Somewhat, yes.

Page 23

1  Q  Do you understand what perjury means?
2  A  I don't know, I guess a little bit.  Making false
3    statements.
4  Q  Correct.
5  A  Basically.
6  Q  Okay.  So moving along here, Line Number 1, "My
7    name is Jonathon Hernandez."  Line 2, "I am
8    currently incarcerated at Stateville Correctional
9    Center in Crest Hill, Illinois."  Do you see that?
10   Am I reading that back to you correctly?
11 A  Yes.
12 Q  Okay.  Could you read Line 3 for me, Mr. Hernandez?
13 A  "In August of 2017, I was cellmate with Ahmad Poole
14   at Stateville Correctional Center for approximately
15   one" -- I think that's 1.5, 2 weeks before he was
16   -- before I was transferred out for -- out of --
17   huh?  For medical care on August 30th.
18 Q  Okay.  And that last bit there, does it say,
19   "Before he was transferred for outpatient medical
20   care on August 30th, 2017"?
21 A  Yes.
22 Q  Okay.
23 A  I believe so.
24 Q  Do you know what outpatient medical care is,
25   Mr. Hernandez?

Page 24

1  A  Not sure what that -- I think that's when they take
2    him out from the cell house to the medical
3    building.
4  Q  Do you know what inpatient medical care is?
5  A  They stay inside the cell with, you know, getting
6    taken care of by somebody else.
7  Q  Did someone explain to you the definition of
8    outpatient medical care before you wrote it down in
9    -- before you -- well, I guess before Ms. Aguilar
10   wrote it into this declaration for you?
11 A  Ah, no.  I somewhat know some of the -- no.  No.
12 Q  Okay.  So when Ms. Aguilar was interviewing you,
13   did you tell her that he was going out for
14   outpatient care?
15 A  Yeah, I told her that they took him out.  You know,
16   pulled medical to get -- took him out for X-ray and
17   stuff like that.
18 Q  Okay.  My question is, was the term "outpatient
19   care" a term that you used when you spoke with
20   Ms. Aguilar?
21 A  Ah, I believe I didn't use it -- use the term --
22   that term right there, so.
23 Q  Do you have an understanding of what outpatient
24   medical care means?
25 A  I'm saying I didn't use that term, that outpatient

Page 25

1    medical.
2  Q  Okay.
3  A  I used that they took him out.
4  Q  Sorry, Mr. Hernandez, what I'm trying to lead up to
5    here is, I'm trying to understand why the term
6    "outpatient medical care" was used in your
7    declaration if you don't really have an
8    understanding as to what that term means?
9  A  Same thing what I'm saying, though, ain't it?  That
10   they took him out for -- for medical help?
11 Q  Well, I'm not going to define it for you, Mr.
12   Hernandez.
13 A  I'm not saying to define it, I'm saying that's what
14   it is, though.
15 Q  Okay, but you didn't tell Ms. Aguilar to put that
16   in there, did you?
17       MS. AGUILAR:  Objection, form,
18   argumentative, misstates prior testimony.
19       MR. GIAQUINTA:  It's not argumentative,
20   it's his testimony.  Go ahead, Mr. Hernandez.
21       THE WITNESS:  Repeat what -- what you
22   want me to answer.
23 BY MR. GIAQUINTA:
24 Q  So just to clarify, and based on what I think you
25   told me before, you didn't use this word when you

JONATHON HERNANDEZ
July 08, 2022

Page 26

1       were speaking with Ms. Aguilar on the phone when
2       you wrote this declaration, right?
3  A   Correct.
4  Q   Okay.  Do you remember the date in August 2017 that
5       you first became cellmates with Ms. -- or
6       Mr. Poole?
7  A   I don't know the exact date.  I know it -- I know
8       it was on a Friday.
9  Q   Okay.  And you were -- you were cellmates with him,
10      looks like you say here 1.5 to 2 weeks.  Were you
11      still cellmates with him on August 30th of 2017?
12  A   I cannot -- I cannot recall that.
13  Q   Okay.  Maybe you were transferred to a different
14      cell prior to August 30th, 2017?
15  A   Like I said, I can't remember the exact date that I
16      was -- that I went to the seg and then, you know
17      what I'm saying, got out of there.  So I cannot
18      recall the exact.
19  Q   Okay.  So kind of a similar question to what I
20      asked you before about what kind of terms you used
21      when you spoke with Ms. Aguilar on the phone.  Did
22      you mention the date August 30th, 2017, when you
23      spoke with Ms. Aguilar on the phone?
24  A   I wouldn't say -- I would say no, I don't recall
25      telling her the exact date.  I know it was the

Page 27

1       morning, but I don't recall the exact date.
2  Q   Do you recall what date Mr. Poole might be
3      transferred out for care?
4  A   Like I said, no.
5  Q   Okay.  So what I'm trying to figure out then, is
6      why it says August 30th, 2017, on here in your
7      declaration if you don't actually know the date?
8          MS. AGUILAR:  Objection, form.
9          MR. GIAQUINTA:  You can answer,
10     Mr. Hernandez.
11          THE WITNESS:  Ah, I can't answer that.  I
12     mean.
13  BY MR. GIAQUINTA:
14  Q   Okay.  Did Ms. Aguilar tell you that was the day?
15  A   No, she didn't.
16  Q   Okay.  But you don't actually know whether anything
17      happened on that day, correct?
18          MS. AGUILAR:  Objection, form.
19          THE WITNESS:  Not on that day, I guess.
20  BY MR. GIAQUINTA:
21  Q   As it relates to medical care, being transferred
22      out to the hospital, you don't -- you don't know
23      anything that might have happened to Ahmad Poole on
24      August 30th, 2017, do you?
25          MS. AGUILAR:  Objection, form,

Page 28

1       foundation.
2          THE WITNESS:  Like I said, I don't know.
3       I can't recall.
4  BY MR. GIAQUINTA:
5  Q   Sure.  All right.  So let's move on to paragraph 4,
6      then.  Could you read that one for me, please?  If
7      you need me to zoom in a little more, just let me
8      know.
9  A   Paragraph 4, "I observed Mr. Poole complaining to
10      the medical staff at IDOC, correctional officers,
11      about the severe pain in his neck after the
12      altercation he had with his cellmate on
13      August 17th, 2017."
14  Q   All right.  So you state in this paragraph 4 that
15      you observed Mr. Poole complaining to medical staff
16      about severe pain in his neck?
17  A   Yes.
18  Q   What date did you observe Mr. Poole complaining?
19  A   Yes.
20  Q   Which date, Mr. Hernandez?  Sorry.
21  A   That time I was in the cell with him.  The date,
22      like I said, I don't -- I don't recall the exact
23      dates that I went to seg, you know what I'm saying?
24      So the dates -- on the date, I can't recall the
25      dates that was.

Page 29

1  Q   So it was just at some point in time while you two
2      were together in that same cell?
3  A   Yes.
4  Q   During that 1.5 to 2-week period of time?
5  A   Yes.
6  Q   And you observed that from the cell, correct?
7  A   Yes, we were -- we were cellmates.
8  Q   So Mr. Poole was making complaints from his cell to
9      medical staff?
10  A   Yes.
11  Q   Was this on multiple days, or did you just observe
12      this on one date?
13  A   No, the whole period I was in the cell with him, he
14      was complaining to the staff and the medical
15      nurses, whoever come by passing out meds.
16  Q   So it would have been the medical staff who came by
17      to pass out pills is who he complained to?
18  A   That's the only people we could complain to.
19  Q   Okay.
20  A   And they got to write it down to see somebody, but
21      they never do.
22  Q   Do you remember the names of any of the medical
23      staff who came by to the cell?
24  A   No, I don't.
25  Q   Did you recognize any of the medical staff?

JONATHON HERNANDEZ
July 08, 2022

Page 30

1  A    No, they change here so much, it's hard to keep
2       track of what medical staff is working.
3  Q    Okay.  Mr. Hernandez, are you familiar with a
4       doctor by the name of Evariso Aguinaldo?
5  A    No.
6  Q    What about a nurse by the name of Tina Tomaras, are
7       you familiar with who that is?
8  A    I believe so.
9  Q    How are you familiar with Ms. Tomaras?
10  A    She be the one passing out medications around the
11       cell houses, if I'm not mistaken.
12  Q    So she's one of the medical staff who was
13       responsible for handing out pills in the cell
14       house?
15  A    If I'm not mistaken, yes.
16  Q    Did you ever see Ms. Tomaras during that 1.5 to
17       2-week period?
18  A    I can't recall.
19  Q    Okay.  And in this paragraph 4, you write that
20       Mr. Poole was complaining to not only medical
21       staff, but to IDOC correctional officers, correct?
22  A    Correct.
23  Q    And same thing as the medical staff, you would have
24       observed that at some point in time, or repeatedly
25       over a 1.5. to 2-week period that you and Mr. Poole

Page 31

1       were together in the same cell?
2  A    Yes.
3  Q    Okay.  And do you know the names of any of the
4       correctional officers that you saw Mr. Poole
5       complaining to?
6  A    No, I don't.
7  Q    If I mention the name Derek Jaburek, would you know
8       who that is?
9  A    No, I wouldn't know.  I don't -- I don't talk to
10       the staff like that to get to know their names or
11       anything like that, so.
12  Q    Okay, sure.  Just to clear up one more name, what
13       about Alphonso Norman, do you know who that is?
14  A    No.
15  Q    Okay.  And all these interactions with Mr. Poole
16       and the IDOC officers, you saw that from the cell?
17  A    Yeah, we were in the cell.
18  Q    Okay, did you observe any of these interactions
19       between Mr. Poole and the medical staff outside of
20       the cell?
21  A    No, not that I -- I wouldn't know, but no.
22  Q    Okay.  What about the correctional officers, you
23       never observed any interaction with Mr. Poole and
24       the correctional officers outside of the cell?
25  A    No, not that I would know.

Page 32

1  Q    All right.  So your paragraph 4 mentions the date
2       here again, August 17th, 2017, correct?
3  A    Yes.
4  Q    And it mentions that he had an altercation with his
5       cellmate on August 17th, 2017.  Am I reading that
6       back to you correctly?
7  A    Yes.
8  Q    Okay.  And when you say "altercation with his
9       cellmate," do you know what happened?
10  A    I heard he got into a fight with his cellmate that
11       date, or at that time.
12  Q    Okay.  And just to be sure here, you weren't his
13       cellmate on August 17th, 2017, were you?
14             MS. AGUILAR:  Objection to form.  You can
15       answer.
16             THE WITNESS:  I don't believe so.
17  BY MR. GIAQUINTA:
18  Q    Well, if you had been, you would have been the
19       cellmate that he got into a fight with, right?
20  A    Right.
21  Q    So you weren't his cellmate on August 17th, 2017?
22  A    I don't believe so.
23  Q    Okay.  Do you know who his cellmate was on
24       August 17th of 2017?
25  A    Ah, no.

Page 33

1  Q    Were you present at all for the altercation, or did
2       you have the opportunity to observe the altercation
3       as it happened?
4  A    No.  Ah, I seen him when they took him out of the
5       cell house that he was in, because I was a worker
6       at the time working outside the cell house.  And
7       they brought him down -- they were bringing him to
8       health care, I guess to take -- take the pepper
9       spray out.  But other than that, no, I didn't see
10       the fight or see the altercation he had with his
11       cellmate at the time.
12  Q    Okay.  So I guess my question is more in lines of
13       this specific date, August 17th, 2017.  How do you
14       know he had an altercation with his cellmate on
15       that specific day?
16  A    Because the very next day I went to seg.
17  Q    Okay.  So you became his cellmate you think on the
18       next day?
19  A    Yes.
20  Q    Okay.  You were never his cellmate prior to
21       August 17th, 2017, were you?
22  A    No.
23  Q    Okay.  So you mentioned that Mr. Poole was
24       complaining about severe pain in his neck?
25  A    Yes.

JONATHON HERNANDEZ
July 08, 2022

**Page 34**

1  Q  Did he ever complain to you about severe pain in
2     his neck?
3  A  He would tell me just, you know, they didn't give
4     us no pillows, no nothing, so he would tell me he
5     couldn't sleep because of the pain.  He couldn't
6     even move his neck at all.  He had to move like he
7     was stiff or something.
8  Q  And the way that I read this paragraph 4, it reads
9     as you telling me that the severe pain in his neck
10    started on August 17th, 2017; am I reading that
11    correctly?
12 A  Ah, you probably are, but I don't think -- no, you
13    reading that wrong.
14 Q  Okay.  So what I'm reading is he complained to
15    medical staff and IDOC correctional officers about
16    severe pain in his neck after the altercation he
17    had.  So the way that I read that is that the
18    severe pain started after the altercation; is that
19    correct?
20 A  Right.  The next day or whatever, you know what I'm
21    saying.  Like I said, when I became his cellmate,
22    he was complaining to staff, medical, anyone he
23    would see, he would tell them about his pain in his
24    neck.
25 Q  Okay.  And so your knowledge about this severe

**Page 35**

1     pain, it's based on what Mr. Poole was telling
2     everyone, correct?
3  A  Yes.
4  Q  You don't actually know --
5  A  And from what he told me.
6  Q  Okay.  But you don't actually know otherwise when
7     his pain started, just that he told you it started
8     on that date or that's when his complaints started?
9  A  Exactly.
10 Q  Okay, all right.  So paragraph 5, could you read it
11    for me, please, Mr. Hernandez?
12 A  "He described the pain as electric shocks up and
13    down his spine, and couple -- coupled with popping
14    sounds."
15 Q  Okay.  And just to be clear here, the "he" that you
16    use in this paragraph 4, is that Mr. Poole?
17 A  Yes.
18 Q  Okay.  Did you ever hear the popping sounds that he
19    described?
20 A  Not me personally.  I mean, he would have to be,
21    like I said, a medical doctor or something to know
22    what type of popping sounds that would make, but
23    no.
24 Q  And you don't have any medical training, right?
25 A  Exactly, I don't.

**Page 36**

1  Q  So you don't know otherwise whether or not he
2     actually had these electrical shocks, it's just
3     based on him telling you that, right?
4  A  Him telling me and telling the staff, I mean.
5  Q  Okay.  Did anyone else ever tell you that Mr. Poole
6     had electrical shocks going up and down his spine?
7  A  No.
8  Q  Just Mr. Poole?
9  A  Yep.
10 Q  Okay.  Now, Paragraph Number 6 I'm going to let you
11    look at that real quickly, read that to yourself.
12    And Paragraph Number 7.  Those look to be about
13    whether or not you were given pillows in
14    segregation; is that right?
15 A  Exactly.
16 Q  And you state in these paragraphs that Mr. Poole
17    was complaining about or asking for a pillow.  Who
18    was he asking for a pillow?
19 A  The staff -- the COs that work the seg unit.
20 Q  Okay.  And you don't recall the names of any of
21    those officers, right?
22 A  No.
23 Q  Did he ever ask medical staff for a pillow?
24 A  Ah, I can't recall if he did.  I know he was
25    complaining about the pain, but I don't recall if

**Page 37**

1     he gave him -- if he asked for a pillow or not.
2  Q  Okay.  So when Mr. Poole asked the officers for a
3     pillow, what did they say to him?
4  A  They just say, yeah, we'll bring it later.  But
5     they never did, because I didn't even have one
6     either, so we both were asking for them.
7  Q  Sort of same questions as before about these
8     complaints to medical staff and IDOC correctional
9     officers, you observed these from the cell?
10 A  Yes.
11 Q  Okay.  And you don't remember any of the specific
12    names for any of these medical staff or
13    correctional officers to who he complained to about
14    his neck bothering him and his inability to sleep,
15    correct?
16 A  Correct.
17 Q  Okay.  Now, Paragraph Number 8, please read that
18    for me, Mr. Hernandez.
19 A  "Mr. Poole was taken for an X-ray.  He told me that
20    medical staff told him something was wrong with his
21    neck.  He immediately returned to his segregation
22    cell without any sort of treatment such as a
23    collar." Collar, curve, whatever.
24 Q  Okay.  Do you remember the day that Mr. Poole was
25    taken for an X-ray?

JONATHON HERNANDEZ
July 08, 2022

Page 38

1  A   Ah, no, I can't recall the date.
2  Q   Do you remember how many days it might have been
3      after you became his cellmate?
4  A   Ah, this had to be about maybe four days, four to
5      five days me being in the cell with him.
6  Q   Did he tell you which -- which medical staff he saw
7      on that day?
8  A   No.
9  Q   Did Mr. Poole ever speak with you about any of his
10     other appointments?
11 A   No.
12 Q   Did he ever speak with you about medical staff that
13     he might have seen for those appointments?
14 A   No.
15 Q   Other than the day that you describe in this
16     paragraph -- strike that.
17         This conversation described in Paragraph 8
18     where he told you that medical staff told him
19     something was wrong with his neck, did that
20     conversation take place in your cell?
21 A   Yes.
22 Q   And he didn't tell you which of the medical staff
23     told him something was wrong with his neck?
24 A   No.
25 Q   Did he -- did he know what was wrong with his neck?

Page 39

1  A   No, he didn't know -- he didn't know until that
2      day.  All he knew, he, ah, he was in pain, and so
3      no.  I believe -- I believe so.  Only he knows.
4  Q   And you weren't -- you weren't personally present
5      and you didn't observe the appointment or the
6      interaction between Mr. Poole and the medical
7      staff, correct?
8  A   No.
9  Q   You haven't observed any of his appointments with
10     medical staff?
11 A   No.
12 Q   Were you ever present in the health care unit with
13     Mr. Poole?
14 A   No.
15 Q   So this conversation described in paragraph 8 where
16     you say that medical staff told him something was
17     wrong with his neck, that's just all based on what
18     Mr. Poole told you, correct?
19 A   Yes.
20 Q   The fact that he was taken for an X-ray on that
21     day, that's based on Mr. Poole telling you that?
22 A   No, I knew he went to an X-ray, they came to the
23     cell and told him get ready, he's going to X-ray.
24 Q   Okay.  Do you know who came to the cell to take
25     him?

Page 40

1  A   Staff.
2  Q   Medical staff or correctional officers?
3  A   Correctional officers.
4  Q   Do you know their names?
5  A   No.
6  Q   Okay.  How many correctional officers?
7  A   Ah, that I recall, two officers came to the cell.
8  Q   Okay.  So looking a little bit further in this
9      Paragraph 8, you state that, "Mr. Poole immediately
10     returned to his cell without any sort of treatment
11     such as a cervical collar."  How do you know
12     Mr. Poole didn't receive any sort of treatment?
13 A   Well, he would have had some type of pain pills,
14     some type of -- something to calm the pain that he
15     had, or else he wouldn't keep complaining.
16     And, again, you weren't present for the interaction
17     between Mr. Poole and medical staff on that day,
18     were you?
19 A   Correct.
20 Q   So you can't be sure that he didn't receive some
21     type of treatment on that day, correct?
22 A   Correct.
23 Q   Just that he didn't come back to the cell with any
24     pain pills?
25 A   Correct.  Or he wouldn't keep complaining.  He was

Page 41

1      complaining still that day.
2  Q   Okay.  And at the very end of this Paragraph 8, you
3      use the term "cervical collar."  Do you know what a
4      cervical collar is?
5  A   Yes, the thing that goes around the neck.
6  Q   Do you know what a cervical collar is used for?
7  A   To hold your neck straight so you won't be moving
8      -- moving -- moving too much while you sleep.
9  Q   So when you had your interview with Ms. Aguilar,
10     did you use this term, cervical collar?
11 A   I didn't know the -- what was the name of the
12     collar, but I described it to her what it was.  I,
13     you know --
14 Q   And the reason for you describing it to her, was
15     that because you thought he should have been given
16     a cervical collar?
17 A   Yeah.
18 Q   But you're not a medical doctor, correct?
19 A   Correct, but if I'm complaining about pain, I would
20     want something to help my neck stay steady.
21 Q   Okay.  And, finally, this Paragraph 10, could you
22     read that for me, please?
23 A   "I did not observe the nurses or IDOC correctional
24     officers address any of Mr. Poole's concerns while
25     we were in segregation together."

JONATHON HERNANDEZ
July 08, 2022

Page 42

1  Q  And just to beat a dead horse here, you were never
2     present with Mr. Poole in the health care unit with
3     any staff, were you?
4  A  Correct.
5  Q  If medical care staff had addressed Mr. Poole's
6     concerns, you wouldn't have been able to observe
7     that, because you wouldn't have been present in the
8     health care unit, correct?
9  A  Correct.
10 Q  So you don't actually know what happened in the
11    health care unit, correct?
12 A  Correct.
13 Q  Just based on what Mr. Poole might have told you
14    when he returned to the cell?
15 A  Correct.
16 Q  Okay. Mr. Hernandez, I think that's all I have for
17    you right now. Kristin, Isabella, if you have any
18    questions.
19       MS. LINDEMANN:  I just have a couple.
20       MR. GIAQUINTA:  Also, do you want me to
21    keep this up on the screen, or should I take this
22    down?
23       MS. LINDEMANN:  That would be great.
24    And, actually, if you could move it back to page 2,
25    that would be awesome.

Page 43

1        MR. GIAQUINTA:  Just tell me what you
2     want me to do. I don't know, WebEx has this weird
3     thing with the host.
4        MS. LINDEMANN:  Yeah, I just want to look
5     at Paragraph 7 and 10 real quick.
6        MR. GIAQUINTA:  Okay.
7        MS. LINDEMANN:  Okay, great, thank you.
8          E X A M I N A T I O N
9  BY MS. LINDEMANN:
10 Q  Hi, Mr. Hernandez, my name is Kristin Lindemann, I
11    work with the Illinois Attorney General, and I
12    represent two of the defendants in this case,
13    Lieutenant Jaburek and Officer Norman. And I
14    wanted to ask you just a couple questions about the
15    declaration that you provided.
16       So in Paragraph 7 you reference that
17    Mr. Poole had been complaining about his neck to
18    medical staff and IDOC correctional officers?
19 A  Correct.
20 Q  Do you remember the names of any of the officers
21    that Mr. Poole complained to?
22 A  No.
23 Q  Okay. Do you remember any of the dates that
24    Mr. Poole complained to the IDOC officers about his
25    pain?

Page 44

1  A  I can't recall the dates. I just know it was the
2     whole time I was in the cell with him. I can't
3     recall the dates.
4  Q  Okay. Do you know -- do you have any idea how many
5     officers he complained to while you were cellmates?
6  A  Ah, I want to say near everybody that worked
7     segregation, which would be five officers per
8     shift. So I would say ten.
9  Q  Okay.
10 A  You know, and, like I say, I can't recall no names.
11 Q  Okay. Okay. And then in Paragraph 10 you also
12    said that you did not observe the nurses or the
13    IDOC correctional officers address any of
14    Mr. Poole's concerns in segregation. Do you recall
15    any of the officers that -- that would have --
16 A  Not while we were --
17 Q  -- that you were referencing to in this paragraph?
18 A  Right. No.
19 Q  Okay. You can't -- you can't provide any names of
20    any of those officers?
21 A  No, I can't recall none of the names.
22 Q  Okay. I guess the only other question I have is in
23    Paragraph 6 you mention that you weren't given any
24    pillows in segregation. Does anybody get pillows
25    in seg?

Page 45

1  A  Yes.
2  Q  Who gets -- who gets a pillow?
3  A  You could say everybody gets a pillow that goes to
4     -- ends up being in seg, as long as we ask the
5     officer or one of the workers that be there. But
6     mostly the correction officers be the one that give
7     the permission to get the pillows.
8  Q  Okay. I don't think you answered my question. I
9     have a couple other questions, though, about what
10    you just said. So my question was who -- you said
11    some people get pillows when they're in
12    segregation. Who -- who gets a pillow, as opposed
13    to who does not?
14 A  Everybody that goes to seg gets a pillow, right.
15    If we don't have one, we ask the correctional
16    officers for a pillow. They're the ones that be
17    providing the pillows for us. I don't know if I
18    answered the question.
19 Q  Sure, I think so. So what you're saying is
20    everybody is supposed to get a pillow?
21 A  Exactly.
22 Q  Okay. But for -- but you and Mr. Poole did not get
23    pillows while you were there in segregation in
24    August of 2017?
25 A  Yes.

JONATHON HERNANDEZ
July 08, 2022

Page 46

1   Q   Okay.  You requested pillows?
2   A   Yes.
3   Q   Who did you request them from?
4   A   To the staff, to the correction officers, the ones
5       that be working.
6   Q   Okay.
7   A   The shifts, whatever shift they -- morning or
8       second shift.
9   Q   Okay.  And what was the response when you requested
10      a pillow?
11  A   Ah, all they told us that we're going to go get
12      some, we'll send them to you later, and never get
13      them.
14  Q   Okay.  Do you know if any of the other people in
15      segregation around you were -- had pillows, or were
16      they complaining that they did not have a pillow,
17      either?
18  A   To my knowledge, they had pillows.
19  Q   Okay.  Okay.  Okay, I don't think I have any other
20      questions at the moment.  Thank you so much,
21      Mr. Hernandez, for your time.
22  A   Okay.
23          MS. AGUILAR:  Mr. Hernandez, I just have
24      a couple questions.
25          MR. GIAQUINTA:  Isabella, sorry, do you

Page 47

1       need me to keep this up, or can I take it down?
2           MS. AGUILAR:  You can take it down.
3           MR. GIAQUINTA:  Okay.
4           MS. AGUILAR:  Thanks, Logan.
5               E X A M I N A T I O N
6   BY MS. AGUILAR:
7   Q   Mr. Hernandez, you know I represent Mr. Ahmad Poole
8       in this case, he's the plaintiff, and I just have a
9       couple questions for you, if that's okay.  So
10      August 2017 was nearly five years ago, correct?
11  A   Correct.
12  Q   Are you able to recall most dates exactly from
13      incidents that occurred nearly five years ago?
14  A   No.
15  Q   Okay.  Mr. Hernandez, have you ever received
16      medical care at Stateville before?
17  A   No, I haven't.  To this day I've been complaining
18      about numbness in my hands, and I haven't seen a
19      doctor -- I've seen a doctor, but they haven't done
20      anything to tell me what's wrong, why I got
21      numbness on my hands.  So, no, I haven't received
22      any type of medical for issues I have.
23  Q   Okay.  What's your opinion of the medical care at
24      Stateville, given that you haven't seen any care
25      for the numbness in your hands?

Page 48

1           MR. GIAQUINTA:  Objection to form.
2           THE WITNESS:  They don't care.  I'm dying
3       in here.  Basically they killing us.  The health
4       care system here is not great.  So, I mean, if I'm
5       complaining about six months for my numbness, I
6       could just see how they treated everybody else.
7           MS. AGUILAR:  Okay, I have no further
8       questions at this time.  Thank you so much,
9       Mr. Hernandez, for taking time to speak with us
10      today.
11          THE WITNESS:  No problem.
12          MR. GIAQUINTA:  All right.  So,
13      Mr. Hernandez, I'm just going to instruct you as to
14      signature here.  You have the opportunity to look
15      over the transcript today based on what Wendy has
16      written down from our questions and our answers;
17      I'm sure Wendy did a great job.  And when you
18      review the transcript, you can't change anything
19      substantive like red to blue or orange to apple,
20      all you can really do is look at it for typos.
21          So when I ask you whether or not you'd like
22      to waive or reserve your signature, would you like
23      to have the opportunity to look at the transcript
24      before it's finalized to see if there's any typos
25      in there, or would you like to waive your

Page 49

1       signature?
2           THE WITNESS:  I'll waive my signature.
3           MR. GIAQUINTA:  Okay.  Wendy, we'll
4       order.
5           MS. LINDEMANN:  I'll take a copy.
6           THE COURT REPORTER:  Just electronic
7       copies?  E-mails?
8           MR. GIAQUINTA:  Yes.
9           MS. LINDEMANN:  That's fine.
10          (Deposition concluded at 11:37 a.m.)

JONATHON HERNANDEZ
July 08, 2022

Page 50

1   STATE OF WISCONSIN  )
                  ) SS:
2   COUNTY OF WAUKESHA  )

3         I, Wendy L. Hanneman, Registered
4   Professional Reporter and Notary Public in and for the
5   State of Wisconsin, do hereby certify that prior to
6   being examined, the witness in the foregoing proceedings
7   was by me duly sworn to testify to the truth, the whole
8   truth, and nothing but the truth.

9         I further certify that said deposition was
10  taken remotely at the time and places therein set forth
11  and were taken down by me in shorthand and thereafter
12  transcribed into typewriting under my direction and
13  supervision, on the 8th day of July 2022, commencing at
14  10:43 a.m. and concluding at 11:37 a.m.

15        I further certify that I am not a relative
16  or employee or attorney or counsel of any of the
17  parties, or a relative or employee of such attorney or
18  counsel, or financially interested directly or
19  indirectly in this action.

20        In witness whereof, I have hereunto set my
21  hand and affixed my seal of office at Milwaukee,
22  Wisconsin, this 19th day of July, 2022.

23                Wendy L. Hanneman - Notary Public
                     in and for the State of Wisconsin
24

        My Commission Expires:  October 9, 2025.
25

JONATHON HERNANDEZ
July 08, 2022

---

**Exhibits**

**EX 0001 Jonathon Hernandez (R-66487) 070822**
  3:9  17:9

---

**1**

**1**
  13:3  17:9  23:6

**1.5**
  23:15  26:10
  29:4  30:16,25

**10**
  41:21  43:5
  44:11

**10th**
  18:12,13

**11:37**
  49:10

**17th**
  28:13  32:2,5,
  13,21,24
  33:13,21  34:10

**1983**
  15:15

---

**2**

**2**
  23:7,15  26:10
  42:24

**2-week**
  29:4  30:17,25

**2005**
  15:22

**2009**
  16:9,10

---

**2012**
  10:23  11:3

**2013**
  10:23

**2017**
  12:21  14:18
  23:13,20  26:4,
  11,14,22  27:6,
  24  28:13  32:2,
  5,13,21,24
  33:13,21  34:10
  45:24  47:10

**2022**
  18:12,13

---

**3**

**3**
  23:12

**30th**
  23:17,20
  26:11,14,22
  27:6,24

**38**
  15:17

**39**
  15:17

---

**4**

**4**
  28:5,9,14
  30:19  32:1
  34:8  35:16

---

**5**

**5**
  35:10

---

**6**

**6**
  36:10  44:23

---

**7**

**7**
  36:12  43:5,16

**7th**
  15:15

---

**8**

**8**
  37:17  38:17
  39:15  40:9
  41:2

---

**9**

**90**
  15:24

---

**A**

**a.m.**
  49:10

**ability**
  7:4,8,12,16

**accurate**
  7:5,8,12,16

**address**
  41:24  44:13

**addressed**
  42:5

**affect**
  7:4,7,11,15

**Aguilar**
  8:11,12  9:4,

---

  17,22  11:16
  13:22,25  17:21
  18:23  19:4,9
  20:1,10,13
  21:7  24:9,12,
  20  25:15,17
  26:1,21,23
  27:8,14,18,25
  32:14  41:9
  46:23  47:2,4,6
  48:7

**Aguinaldo**
  30:4

**ahead**
  25:20

**Ahmad**
  5:16  23:13
  27:23  47:7

**Alphonso**
  31:13

**altercation**
  28:12  32:4,8
  33:1,2,10,14
  34:16,18

**anatomy**
  16:14

**Angela**
  8:6,8,10

**answering**
  6:5,10

**answers**
  48:16

**apple**
  48:19

**appointment**
  39:5

**appointments**
  38:10,13  39:9

**approximately**
  23:14

---

JONATHON HERNANDEZ
July 08, 2022

argumentative
  20:14 25:18,19
arson
  15:20
assume
  6:25 18:22
attempt
  15:20
Attorney
  43:11
attorneys
  6:14
August
  15:15 23:13,
  17,20 26:4,11,
  14,22 27:6,24
  28:13 32:2,5,
  13,21,24
  33:13,21 34:10
  45:24 47:10
awesome
  42:25

────────────
B
────────────

back
  10:23 11:3
  18:15 22:3
  23:10 32:6
  40:23 42:24
background
  5:20 15:13
bald
  12:5
bald-headed
  12:5
based
  25:24 35:1
  36:3 39:17,21
  42:13 48:15

basically
  10:8 18:20
  23:5 48:3
beat
  42:1
begin
  15:21
behalf
  20:4
birth
  15:14
bit
  7:6 8:14 12:3
  17:1 23:2,18
  40:8
blue
  48:19
Bobble-house
  11:4
bothering
  37:14
bottom
  18:8
bring
  37:4
bringing
  33:7
brought
  33:7
brown-skinned
  12:7
building
  10:7 24:3

────────────
C
────────────

call
  6:14

called
  5:1
calling
  20:10
calm
  40:14
capable
  22:20
caption
  17:13 18:2
care
  23:17,20,24
  24:4,6,8,14,
  19,24 25:6
  27:3,21 33:8
  39:12 42:2,5,
  8,11 47:16,23,
  24 48:2,4
case
  8:24 9:22
  10:2,17 14:12,
  15,19,22
  17:12,13 18:2
  19:2,20 20:12
  22:14 43:12
  47:8
cases
  11:14
casual
  11:11
cell
  10:6,8,11,14
  11:3 12:24
  13:2,4,8,10,
  14,16 24:2,5
  26:14 28:21
  29:2,6,8,13,23
  30:11,13 31:1,
  16,17,20,24
  33:5,6 37:9,22
  38:5,20 39:23,
  24 40:7,10,23

42:14 44:2
cellmate
  23:13 28:12
  32:5,9,10,13,
  19,21,23
  33:11,14,17,20
  34:21 38:3
cellmates
  11:23 12:20,22
  26:5,9,11 29:7
  44:5
Center
  23:9,14
cervical
  40:11 41:3,4,
  6,10,16
chance
  13:2
change
  30:1 48:18
Charlie-house
  10:15,16
circle
  12:18
clarification
  6:22
clarify
  25:24
clear
  20:21 31:12
  35:15
clearer
  21:3
collar
  37:23 40:11
  41:3,4,6,10,
  12,16
complain
  29:18 34:1

JONATHON HERNANDEZ
July 08, 2022

complained
  29:17 34:14
  37:13 43:21,24
  44:5

complaining
  28:9,15,18
  29:14 30:20
  31:5 33:24
  34:22 36:17,25
  40:15,25 41:1,
  19 43:17 46:16
  47:17 48:5

complaints
  29:8 35:8 37:8

complicated
  22:7

concerns
  41:24 42:6
  44:14

concluded
  49:10

conditions
  7:3,7

confirmed
  21:24

connection
  17:16

considered
  16:13

conversation
  11:11 38:17,20
  39:15

copies
  49:7

copy
  9:19 49:5

correct
  8:25 11:24
  14:12,13 17:14
  18:5,17 19:7

22:1,5 23:4
26:3 27:17
29:6 30:21,22
32:2 34:19
35:2 37:15,16
39:7,18 40:19,
21,22,25
41:18,19 42:4,
8,9,11,12,15
43:19 47:10,11

correction
  45:6 46:4

correctional
  15:25 23:8,14
  28:10 30:21
  31:4,22,24
  34:15 37:8,13
  40:2,3,6 41:23
  43:18 44:13
  45:15

correctly
  23:10 32:6
  34:11

COS
  36:19

couple
  8:6 35:13
  42:19 43:14
  45:9 46:24
  47:9

coupled
  35:13

courses
  16:12

court
  5:9 49:6

cover
  5:19

create
  20:7

created
  18:22

creating
  21:9

Crest
  23:9

curve
  37:23

— D —

date
  8:17 15:14
  18:12 26:4,7,
  15,22,25 27:1,
  2,7 28:18,20,
  21,24 29:12
  32:1,11 33:13
  35:8 38:1

dates
  9:12 28:23,24,
  25 43:23 44:1,
  3 47:12

day
  8:5 10:8 11:10
  27:14,17,19
  33:15,16,18
  34:20 37:24
  38:7,15 39:2,
  21 40:17,21
  41:1 47:17

days
  29:11 38:2,4,5

dead
  42:1

decided
  19:2,19

declaration
  8:24 9:2,5,8,
  18,20 16:22
  18:5,17,19,23

19:19 20:11
21:2,11,13
22:14,17 24:10
25:7 26:2 27:7
43:15

Defendant's
  17:8

defendants
  43:12

define
  25:11,13

definition
  24:7

deposition
  5:14,21 7:20,
  23 8:19,23
  9:22 11:20
  17:9 49:10

Derek
  31:7

describe
  12:1,8 38:15

describing
  41:14

Dine
  11:19

doctor
  30:4 35:21
  41:18 47:19

document
  17:10,25
  18:16,22 19:18
  20:6,7 21:1,10
  22:10,20

documents
  7:19

dude
  12:6,9

due
  8:23

JONATHON HERNANDEZ
July 08, 2022

duly
5:2

dying
48:2

—————————
**E**
—————————

E-MAILS
49:7

earlier
19:1

eat
10:9

education
16:18

electric
35:12

electrical
36:2,6

electronic
49:6

end
41:2

ends
45:4

entitled
21:2

Evariso
30:4

events
19:24

exact
8:17 26:7,15,
18,25 27:1
28:22

examined
5:3

exchange
22:13

Excuse
11:6

Exhibit
17:9

explain
24:7

extent
14:25

—————————
**F**
—————————

facility
15:25

fact
8:23 39:20

false
23:2

familiar
5:16 15:3,5
18:19 30:3,7,9

favor
5:9,10 6:11

fellow
5:15

fight
32:10,19 33:10

figure
19:17 20:25
22:6,10 27:5

filed
5:15 14:15

finalized
48:24

finally
6:20 41:21

fine
49:9

finish
6:9

First-degree
15:20

fit
12:10

form
11:16 13:22,25
20:13 25:17
27:8,18,25
32:14 48:1

foundation
11:17 28:1

Friday
26:8

front
21:1,10

full
5:10

fun
8:13

—————————
**G**
—————————

G.E.D.
16:20

galleries
10:13

gallery
10:25

gave
20:8,20 37:1

General
43:11

GIAQUINTA
5:5 11:18
13:23 14:1,4
17:23 19:6,10,
16 20:22
25:19,23 27:9,
13,20 28:4
32:17 42:20

43:1,6 46:25
47:3 48:1,12
49:3,8

give
10:18 19:23,24
20:3,4 22:23
34:3 45:6

giving
6:3 11:20

good
5:6

great
42:23 43:7
48:4,17

grievances
14:11

ground
6:7

guess
23:2 24:9
27:19 33:8,12
44:22

guy
12:4 13:15

guys
10:11 13:13

—————————
**H**
—————————

H-E-R-N-A-N-D-E-
Z
5:12

hair
12:5

half
12:23 13:11,12

handing
30:13

hands
47:18,21,25

JONATHON HERNANDEZ

July 08, 2022

happened
  10:20 21:17,18
  27:17,23 32:9
  33:3 42:10

hard
  30:1

health
  33:8 39:12
  42:2,8,11 48:3

hear
  6:21 35:18

heard
  32:10

hearing
  5:25

Hernandez
  5:1,6,11,13,21
  7:3,19 13:18
  14:2 15:14,18
  16:25 17:10,24
  18:9 19:7,11
  20:6,15 22:6,
  13,16,18,21
  23:7,12,25
  25:4,12,20
  27:10 28:20
  30:3 35:11
  37:18 42:16
  43:10 46:21,23
  47:7,15 48:9,
  13

highest
  16:18

Hill
  23:9

hold
  17:15,18 41:7

horse
  42:1

hospital
  27:22

host
  43:3

house
  10:7,8,11,14
  11:3 12:24
  13:1 24:2
  30:14 33:5,6

houses
  30:11

**I**

idea
  44:4

IDOC
  28:10 30:21
  31:16 34:15
  37:8 41:23
  43:18,24 44:13

Illinois
  23:9 43:11

immediately
  37:21 40:9

inability
  37:14

incarcerated
  15:19 23:8

incidents
  47:13

inmate
  5:15

inpatient
  24:4

inside
  24:5

instruct
  48:13

interaction
  31:23 39:6
  40:16

interactions
  31:15,18

interview
  20:25 21:6,9
  41:9

interviewed
  20:23

interviewing
  20:24 24:12

involved
  11:14

Isabella
  8:12 42:17
  46:25

issue
  17:16

issues
  47:22

**J**

J-O-N-A-T-H-A-N
  5:11

Jaburek
  31:7 43:13

job
  48:17

Jonathan
  5:11 22:17

Jonathon
  5:1 18:9 23:7

**K**

killing
  48:3

kind
  15:5 26:19,20

knew

interactions
  20:10,11 39:2,
  22

knowledge
  8:21 14:17,21
  15:1 34:25
  46:18

Kristin
  42:17 43:10

**L**

lawsuit
  5:14 15:3

lawyer
  19:14,22

lead
  25:4

level
  16:18

Lieutenant
  43:13

likes
  12:16

Lindemann
  42:19,23 43:4,
  7,9,10 49:5,9

lines
  33:12

live
  10:6

Logan
  47:4

long
  8:15 12:20
  13:10 15:23
  45:4

looked
  9:16,18 12:2

Lower

JONATHON HERNANDEZ
July 08, 2022

13:3

## M

**made**
9:9,18,20

**make**
6:8,15 17:3
21:12,22 35:22

**making**
20:21 23:2
29:8

**marking**
17:8

**means**
22:23 23:1
24:24 25:8

**medical**
13:19,24
14:17,21 15:8
16:13,16
23:17,19,24
24:2,4,8,16,24
25:1,6,10
27:21 28:10,15
29:9,14,16,22,
25 30:2,12,20,
23 31:19
34:15,22
35:21,24 36:23
37:8,12,20
38:6,12,18,22
39:6,10,16
40:2,17 41:18
42:5 43:18
47:16,22,23

**medications**
7:11 30:10

**meds**
29:15

**Menard**
16:2,3,5,6,8

**mention**
26:22 31:7
44:23

**mentioned**
19:1 33:23

**mentions**
32:1,4

**met**
10:22

**mine**
18:11

**minutes**
17:20

**misstates**
19:4 20:14
25:18

**mistaken**
14:23 18:21
30:11,15

**moment**
46:20

**month**
8:16 9:13
15:17

**months**
8:7 9:14 48:5

**morning**
5:6 6:15 7:20,
23,24,25 8:1,
2,5,13,23 9:5
11:20 27:1
46:7

**motions**
14:14

**move**
16:5,8 28:5
34:6 42:24

**moving**
23:6 41:7,8

**multiple**
29:11

**murder**
15:20

**muscular**
12:9

## N

**names**
17:13 18:3
29:22 31:3,10
36:20 37:12
40:4 43:20
44:10,19,21

**neck**
14:24 15:8
28:11,16 33:24
34:2,6,9,16,24
37:14,21
38:19,23,25
39:17 41:5,7,
20 43:17

**Norman**
31:13 43:13

**noticed**
12:17

**number**
6:14 13:2 17:9
23:6 36:10,12
37:17

**numbness**
47:18,21,25
48:5

**nurse**
30:6

**nurses**
29:15 41:23
44:12

## O

**oath**
5:2

**objection**
6:15 11:16
13:22,25 14:2
19:4,9 20:13
25:17 27:8,18,
25 32:14 48:1

**objects**
6:17

**observe**
28:18 29:11
31:18 33:2
39:5 41:23
42:6 44:12

**observed**
28:9,15 29:6
30:24 31:23
37:9 39:9

**occurred**
47:13

**offhandedly**
14:6

**officer**
43:13 45:5

**officers**
28:10 30:21
31:4,16,22,24
34:15 36:21
37:2,9,13
40:2,3,6,7
41:24 43:18,
20,24 44:5,7,
13,15,20 45:6,
16 46:4

**opinion**
12:16 47:23

**opportunity**

JONATHON HERNANDEZ
July 08, 2022

13:19 33:2
48:14,23

**opposed**
45:12

**orange**
48:19

**order**
49:4

**outpatient**
23:19,24 24:8,
14,18,23,25
25:6

---

**P**

---

**pain**
28:11,16 33:24
34:1,5,9,16,
18,23 35:1,7,
12 36:25 39:2
40:13,14,24
41:19 43:25

**papers**
9:20

**paragraph**
28:5,9,14
30:19 32:1
34:8 35:10,16
36:10,12 37:17
38:16,17 39:15
40:9 41:2,21
43:5,16 44:11,
17,23

**paragraphs**
36:16

**paramedic**
16:13

**parties**
17:13

**parties'**
18:3

**pass**
29:17

**passing**
11:8 29:15
30:10

**penalty**
22:24

**people**
12:18 29:18
45:11 46:14

**pepper**
33:8

**period**
29:4,13 30:17,
25

**perjury**
22:24 23:1

**permission**
45:7

**personal**
14:9

**personality**
12:14

**personally**
35:20 39:4

**phone**
17:16 21:5,6,9
26:1,21,23

**pillow**
36:17,18,23
37:1,3 45:2,3,
12,14,16,20
46:10,16

**pillows**
34:4 36:13
44:24 45:7,11,
17,23 46:1,15,
18

**pills**
29:17 30:13

40:13,24

**place**
38:20

**plaintiff**
47:8

**pleadings**
14:14

**point**
11:23 29:1
30:24

**Poole**
5:16,17 10:1,
17,22 11:5,7,
13,19 12:1
13:14 14:18,22
19:3,7 23:13
26:6 27:2,23
28:9,15,18
29:8 30:20,25
31:4,15,19,23
33:23 35:1,16
36:5,8,16
37:2,19,24
38:9 39:6,13,
18,21 40:9,12,
17 42:2,13
43:17,21,24
45:22 47:7

**Poole's**
13:19 41:24
42:5 44:14

**popping**
35:13,18,22

**preparation**
7:23 8:4

**present**
33:1 39:4,12
40:16 42:2,7

**pretty**
13:14 15:10

**prior**
7:20,22 20:10,
14 25:18 26:14
33:20

**problem**
17:19 48:11

**promise**
22:8

**provide**
7:4,8,12,16
19:2,8,19
20:1,12 44:19

**provided**
8:24 9:2 43:15

**providing**
22:14 45:17

**pulled**
24:16

**put**
16:21 20:17
25:15

---

**Q**

---

**qualified**
8:3

**question**
6:10,17,25 7:6
24:18 26:19
33:12 44:22
45:8,10,18

**questions**
5:20 6:4,16,21
8:21 15:13
20:17 37:7
42:18 43:14
45:9 46:20,24
47:9 48:8,16

**quick**
15:13 17:18
43:5

JONATHON HERNANDEZ
July 08, 2022

**quickly**
  36:11

**quiet**
  12:16

———————————

**R**

———————————

**read**
  9:7 17:5 23:12
  28:6 34:8,17
  35:10 36:11
  37:17 41:22

**reading**
  22:20 23:10
  32:5 34:10,13,
  14

**reads**
  34:8

**ready**
  39:23

**real**
  17:18 36:11
  43:5

**reason**
  14:5 19:2
  41:14

**reasons**
  8:22

**recall**
  9:2 19:24
  26:12,18,24
  27:1,2 28:3,
  22,24 30:18
  36:20,24,25
  38:1 40:7
  44:1,3,10,14,
  21 47:12

**receive**
  22:13 40:12,20

**received**
  14:18,22 16:19

47:15,21

**recess**
  17:22

**recognize**
  17:9 29:25

**record**
  6:20 17:19

**records**
  13:20,24

**red**
  48:19

**reference**
  43:16

**referencing**
  44:17

**relates**
  27:21

**relation**
  5:14 14:19,22

**remember**
  8:17 9:12,15
  13:2 20:19
  26:4,15 29:22
  37:11,24 38:2
  43:20,23

**repeat**
  7:6 14:20
  25:21

**repeatedly**
  30:24

**reporter**
  5:9 49:6

**represent**
  43:12 47:7

**request**
  46:3

**requested**
  46:1,9

**reserve**
  48:22

**response**
  46:9

**responsible**
  30:13

**return**
  6:11

**returned**
  37:21 40:10
  42:14

**review**
  7:19 48:18

**rules**
  5:20 6:7

———————————

**S**

———————————

**school**
  10:9

**screen**
  16:22 17:7,25
  42:21

**scroll**
  18:7

**scrolling**
  18:15

**seg**
  12:21,25 14:24
  15:9 19:15
  20:20 26:16
  28:23 33:16
  36:19 44:25
  45:4,14

**segregation**
  36:14 37:21
  41:25 44:7,14,
  24 45:12,23
  46:15

**send**

21:20 46:12

**sentence**
  15:21,23 16:1

**severe**
  28:11,16 33:24
  34:1,9,16,18,
  25

**shift**
  44:8 46:7,8

**shifts**
  46:7

**shocks**
  35:12 36:2,6

**short**
  12:4,5 17:22

**sign**
  18:13

**signature**
  18:8,10 48:14,
  22 49:1,2

**signed**
  21:25

**similar**
  6:2 26:19

**sir**
  18:10

**sleep**
  34:5 37:14
  41:8

**small**
  12:18

**sort**
  37:7,22 40:10,
  12

**sounds**
  35:14,18,22

**speak**
  6:8 7:22,25
  8:1 9:21 10:21

JONATHON HERNANDEZ
July 08, 2022

11:19 19:22
38:9,12 48:9

**speaking**
26:1

**specific**
33:13,15 37:11

**spell**
5:10

**spine**
35:13 36:6

**spoke**
8:3,15 9:17
10:16,20 11:5,
7,8 24:19
26:21,23

**spoken**
9:25 10:1,3,4

**spray**
33:9

**squares**
8:13

**staff**
28:10,15 29:9,
14,16,23,25
30:2,12,21,23
31:10,19
34:15,22 36:4,
19,23 37:8,12,
20 38:6,12,18,
22 39:7,10,16
40:1,2,17
42:3,5 43:18
46:4

**start**
6:10

**started**
34:10,18 35:7,
8

**state**
5:10 28:14

36:16 40:9

**statement**
9:9 10:19
18:20 19:8,24
20:2 22:24

**statements**
23:3

**states**
22:17

**Stateville**
11:1,2 16:6,8,
10 23:8,14
47:16,24

**stay**
24:5 41:20

**steady**
41:20

**stiff**
34:7

**stocky**
12:6,9

**straight**
41:7

**strike**
38:16

**stuff**
14:9 24:17

**substantive**
48:19

**supposed**
45:20

**surgery**
14:23

**sworn**
5:2

**system**
48:4

———————————

**T**

**taking**
5:13 7:11 48:9

**talk**
8:18 11:13
14:8 16:23
19:13 31:9

**talked**
8:6,17 9:13
12:18 20:18

**talking**
9:5

**taller**
12:3

**telling**
26:25 34:9
35:1 36:3,4
39:21

**ten**
44:8

**term**
24:18,19,21,
22,25 25:5,8
41:3,10

**terms**
26:20

**testified**
5:3,24

**testimony**
6:3 7:5,8,13,
17 19:5 20:14
25:18,20

**thick**
13:15

**thing**
12:17 15:2,7
25:9 30:23
41:5 43:3

**thought**
41:15

**throwing**
17:7

**time**
9:7,9,11,16,
17,18 10:5,22
11:5,7,8 12:6
20:19 28:21
29:1,4 30:24
32:11 33:6,11
44:2 46:21
48:8,9

**Tina**
30:6

**today**
5:7,14 6:3
7:5,9,13,17
8:20 15:16
20:24 21:1
48:10,15

**told**
8:19 20:4
21:23,25 24:15
25:25 35:5,7
37:19,20
38:18,23
39:16,18,23
42:13 46:11

**Tomaras**
30:6,9,16

**top**
17:12 18:2

**track**
30:2

**training**
16:13,16 35:24

**transcript**
48:15,18,23

**transferred**
23:16,19 26:13

JONATHON HERNANDEZ
July 08, 2022

27:3,21

**treated**
  48:6

**treatment**
  14:18,21  15:9
  37:22  40:10,
  12,21

**trial**
  5:24

**trick**
  22:8

**truthful**
  7:4,8,12,16
  8:21

**turned**
  20:25

**two-man**
  13:8

**type**
  21:15  35:22
  40:13,14,21
  47:22

**typos**
  48:20,24

---

**U**

**understand**
  6:21  8:22
  18:16  19:20
  20:23  22:23
  23:1  25:5

**understanding**
  24:23  25:8

**understood**
  7:1

**unit**
  36:19  39:12
  42:2,8,11

---

**W**

**waive**
  48:22,25  49:2

**walked**
  18:23

**wanted**
  14:6  19:19
  43:14

**weak**
  17:17

**Webex**
  43:2

**week**
  12:22  13:11

**weeks**
  23:15  26:10

**weird**
  43:2

**Wendy**
  48:15,17  49:3

**West**
  13:3

**When's**
  10:5

**word**
  25:25

**work**
  12:9  36:19
  43:11

**worked**
  44:6

**worker**
  33:5

**workers**
  45:5

**working**
  13:15  30:2

---

33:6  46:5

**write**
  29:20  30:19

**written**
  48:16

**wrong**
  34:13  37:20
  38:19,23,25
  39:17  47:20

**wrote**
  24:8,10  26:2

---

**X**

**X-RAY**
  24:16  37:19,25
  39:20,22,23

---

**Y**

**year**
  15:21

**years**
  15:24  47:10,13

---

**Z**

**zoom**
  17:1  28:7