THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AHMAD POOLE (K95348), | ) |
| Plaintiff, | ) ) ) Case No. 20-CV-0014 |
| v. | ) ) ) Honorable Manish S. Shah |
| DR. E. AGUINALDO, *et al.*, | ) ) |
| Defendants. | ) ) |

# Exhibit 7

**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER IN CASE NO. 1:20-CV-00014**

## PRESENCE SAINT JOSEPH MEDICAL CENTER
## HEALTH INFORMATION MANAGEMENT
REPORT # : 0830-1094

**NAME:** POOLE,AHMAD K95348   **UNIT #:** DC01881219   **ACCT #:** DC0029381580

16:11: UIC; has accepted transfer under Dr. Charbel; provided clinical information to the neurosurgery resident

Additional Information: Discussed Results, Diagnosis and Follow-Up with Patient.

Clinical Impression:

1. Closed displaced right C3 facet fracture

Disposition: Transferred UIC. Condition: Stable

Electronically signed by Nicholas Sever on 08/30/2017 at 21:04

Direct patient care supervision and electronic documentation review by John Paik MD on 08/30/2017 21:34.

Imaging Study Obtained:
CT CERVICAL SPINE WO CONTRAST, Status:Signed Report Available

PRESENCE SAINT JOSEPH MEDICAL CENTER

333 North Madison Street

Joliet, IL

NAME: POOLE,AHMAD K95348 DOB/AGE/SEX: 12/18/1982 - 34 - M

PHYSICIAN: ADMIT DATE:

UNIT #: DC01881219 DIS DATE:

ACCT #: DC0029381580 LOC/RM/BED: D01EDA-

DIAGNOSTIC IMAGING SERVICES

CT/CT CERVICAL SPINE WO CONTRAST: 0830-0119

ORDER DATE: 08/30/17

REPORT #: 0830-0377

CT Cervical Spine

History: Altercation, neck pain.

Technique: Helical images of the cervical spine were obtained without the use of IV contrast.

Coronal and sagittal reformatted images were created and interpreted.

Doctor A. RTP 0954