# THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| AHMAD POOLE (K95348), ) | |
| ) | |
| Plaintiff, ) | Case No. 20-CV-0014 |
| ) | |
| v. ) | Honorable Manish S. Shah |
| ) | |
| DR. E. AGUINALDO, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# Exhibit 8

**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER IN CASE NO. 1:20-CV-00014**

DC0029381580 DOB: [redacted]
POOLE, AHMAD K95348
DC01881219
08/30/17
M 34

**Presence Saint Joseph Medical Center**

| DATE | Arrival Time | Stated Complaint | | Room | Room Time |
|---|---|---|---|---|---|
| 8-30-17 | 1330 | Neck Pain | | 1 | 1330 |

B/P 147/99  P 68  R 16  T 98.5  ☐AX ☒O ☐R ☐T  SpO2 at 99 Percent  Triage RN: Jenne

ESI/Triage Level: 1 2 3 ④ 5
Weight 185 ☐Scale ☒Estimated
Height 5'7
Pain Score 6 ☒Scale 0-10 ☐Faces ☐FLACC

Allergies: NVDA
Pertinent History: Sickle Cell Trait
Other: _____
LMP: _____  PCP: _____  Time Seen by ERMD/MLP: _____

### Imaging Orders:
- ☐ Chest  ☐ Portable
- ☐ Cervical Spine Acute Trauma  ☐ 5 view
- ☐ Abdominal Series  ☐ KUB  ☐ Flat and Upright
- ☐ Right
- ☐ Left
- ☐ CT Head Without Contrast  ☐ CT Head With Contrast
- ☐ CT Angiogram  ☐ With contrast  ☐ Without contrast  ☐ R/O PE
- ☐ CT
- ☐ US Pelvic OB, Endovaginal IF NECESSARY
- ☐ US Doppler Pelvic Non-OB, Endovaginal IF NECESSARY
- ☐ US
- ☐ Venous Doppler  ☐ Right  ☐ Upper Extremity  ☐ Bilateral
- ☐ Arterial Doppler  ☐ Left  ☐ Lower Extremity  ☐ R/O DVT

### Lab Orders:
- ☐ CBC  ☐ Amylase  ☐ Blood Culture times ___
- ☐ WBBMP  ☐ Lipase  ☐ RBSA
- ☐ CK  ☐ CMP  ☐ Influenza
- ☐ Troponin  ☐ Hepatic FCT.  ☐ Mono. Spot
- ☐ D-Dimer  ☐ ETOH  ☐ RSV
- ☐ CHF-BNP  ☐ DSSQ  ☐ GC
- ☐ DSUR  ☐ Chlamydia
- ☐ Pro-time/PTT  ☐ Accu-check  ☐ Wet Prep
- ☐ Lactic Acid  ☐ HCG ☐ Urine ☐ Serum  ☐ Wound Culture
- ☐ Magnesium  ☐ HCG Quant.  ☐ Type/Screen
- ☐ UA  ☐ C + S  ☐ Hemoccult

### IV/Medication Orders:
- ☐ TD/TT 0.5 ML IM
- ☐ IV 0.9 NaCl at ___ Bolus  ☐ Saline Lock
- ☐ IV 0.9 NaCl at ___ ml/hr

**Pre-Printed Order Set(s):**
- ☐ CAP Order: after Blood Cultures times 2

**Non-ICU patients:**
- ☐ Rocephin 2 grams IVPB PLUS Zithromax 500 mg IVPB
- ❖ If Beta-Lactam allergic:
- ☐ Levaquin 750 mg IVPB

**ICU patients CAP Pneumonia**
- ☐ Rocephin 2 grams IVPB PLUS Zithromax 500 mg IVPB
- ❖ If Beta-Lactam allergic:
- ☐ Levaquin 750 mg IVPB PLUS Azactam 1 gram IVPB

☐ **HEALTHCARE ASSOCIATED PNEUMONIA**
- ☐ Zosyn 4.5 grams IVPB PLUS Levaquin 750 mg IVPB
- ❖ If Beta-Lactam allergic:
- ☐ Levaquin 750 mg IVPB PLUS Azactam 2 gram IVPB

☐ **ASPIRATION PNEUMONIA**
ADD the medication below to the above selected medications
- ☐ Cleocin 600 mg/ IVPB

### Respiratory/CV:
- ☐ 12 Lead EKG  ☐ Cardiac Monitor  ☐ Old Record
- ☐ ABG  ☐ O2 at ___ Liters per minute
- ☐ Nebulizer Treatment
- ☐ PEF before and after Neb
- ☐ Pulse Oximetry

**Behavioral Health Panel - Adult**
- ☐ Regular Diet
- ☐ CBC  ☐ WBBMP  ☐ DSUR (Urine Toxicology)
- ☐ Alcohol  ☐ HCG Urine

| Time: | Subsequent Orders: Order: | RN initials |
|---|---|---|
| | Charbel | |

**Discharge Orders/Instructions:**

Diagnosis:
Diagnosis:
Physician Signature: _____  Time of Initial Orders: _____

EMERGENCY SERVICES PHYSICIAN RECORD
P 2633 (R-3/13)

Doctor A. RTP 0933