THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AHMAD POOLE (K95348), | ) |
| Plaintiff, | ) Case No. 20-CV-0014 |
| v. | ) Honorable Manish S. Shah |
| DR. E. AGUINALDO, *et al.*, | ) |
| Defendants. | ) |

# Exhibit 9

**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER IN CASE NO. 1:20-CV-00014**



| | | |
|---|---|---|
| Patient Name: POOLE, AHMAD J | | MRN: 75692483 |
| Sex: MALE | DOB: | Age: 37 years |
| Discharge Date n/a | | FInancial Number: n/a |

### Admitting History/Physical

Result Type:   History and Physical Note
Result Date:   8/31/2017 00:01 CDT
Result Status:  Auth (Verified)
Performed Information:  Chaudhry MD, Nauman (8/31/2017 08:19 CDT)
Signed Information:  Chaudhry MD, Nauman (9/11/2017 07:00 CDT); Mehta MD, Ankit (9/9/2017 10:58 CDT)

**University of Illinois Medical Center at Chicago**
**NEUROSURGERY ADMISSION HISTORY and PHYSICAL**

**Transferring:**
 Facility: _St. Joseph's Hospital, ER, Joliet, IL
 Physician: _Dr. John Piak
 Phone #: _815-741-7660

**PCP:**

[_] PCP contacted

**Performed by:** _ Nauman Chaudhry, MD

**Attending:** _Dr. Charbel

**Date of Service:** _8/31/17

**Time of Encounter:** _1200

**Chief Complaint / Reason for Admission:** _ C3-4 subluxation, R perched facet

**History of Present Illness (HPI):** _
AP is a 34M prisoner who presents with neck pain and C3-4 subluxation, R perched facet. Pt has had neck pain for last 2 weeks following a wrestling match with another prisoner who placed in a headlock. Since then he had had ongoing axial neck pain. No neuro deficits or paresthesias, sensory changes, b/b incotnience.. Work up revealed the above findngs. Pt txfrd to UIC for higher level of care. Remains in neck collar.

**Review of Systems (ROS):**

- Constitutional: _nad

- Eyes: _

University of Illinois Hospital & Health Sciences System

Page 1 of 80

Report Request ID:  43889645
Print Date/Time:  10/19/2020
06:26 CDT

Poole 127