THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AHMAD POOLE (K95348), | ) |
| Plaintiff, | ) ) Case No. 20-CV-0014 |
| v. | ) ) Honorable Manish S. Shah |
| DR. E. AGUINALDO, *et al.*, | ) |
| Defendants. | ) |

# Exhibit 10

**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER IN CASE NO. 1:20-CV-00014**



Patient Name: POOLE, AHMAD J  MRN: 75692483
Sex: MALE   DOB: ▮   Age: 37 years
Discharge Date  n/a   FInancial Number: n/a

## Nutrition Notes

Result Type:           Nutrition Note
Result Date:           9/6/2017 10:19 CDT
Result Status:         Auth (Verified)
Performed Information: Hrabski ,Teresa M (9/6/2017 10:34 CDT)
Signed Information:    Hrabski ,Teresa M (9/6/2017 14:02 CDT)

**University of Illinois Hospital & Health Sciences System**
**NUTRITION ASSESSMENT**

**Indication for Assessment**:     Prolonged LOS

**Problem List**: 34 y/o who presented to the OSH on 8/30/17 after altercation resulting in a headlock position two weeks ago, now with neck pain. Imaging at OSH demonstrated C3-4 subluxation and right perched facet. Patient was transferred to UIH for further evaluation. Cervical MRI demonstrated right sided inferior C3 facet fracture with perching 8/31/17. Plan for OR 9/6 for posterior cervical fusion.
**PMH/PSH**:  R finger injuries s/p repair

**Pertinent Labs**:  Reviewed

**Pertinent Meds/IVF/IVD**:  NS@80ml/hr, magnesium hydroxide, docusate, bisacodyl, acetaminophen-hydrocodone
**I/O mL (previous 24 hrs):** 1672/0, urinex5, BMx2

**Skin Integrity:** n/a
**Food Allergies**:   NKA per EMR

**Diet Order:**  NPO - 9/6 (previously General diet)
**Anthropometrics:**
(8/31/17)   **Ht**:  170 cm (67 in)    **Wt**: 84 kg (184.8 lbs)   **IBW**: 67.3 kg    **%IBW**: 125%   **BMI**: 29.07 kg/m2

(overweight)
**Wt Hx (kg):** n/a

**Estimated Nutritional Needs:**
Wt used:  84 kg
**Kcal range:**   1680-2100 kcals (20-25 kcals/kg)
**Protein range:**  84-101 g prot (1.0-1.2 g prot/kg)
**Fluid needs:**   1680-2100 ml (1ml/kcal) or per service

University of Illinois Hospital & Health Sciences System          Report Request ID:  43889645
                                                                   Print Date/Time:  10/19/2020
Page 46 of 80                                                                          06:26 CDT

Poole 172