THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AHMAD POOLE (K95348), | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 20-CV-0014 |
| | ) |
| v. | ) |
| | ) Honorable Manish S. Shah |
| DR. E. AGUINALDO, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# Exhibit 11

**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER IN CASE NO. 1:20-CV-00014**



| | | |
|---|---|---|
| Patient Name: POOLE, AHMAD J | | MRN: 75692483 |
| Sex: MALE | DOB: | Age: 37 years |
| Discharge Date n/a | | FInancial Number: n/a |

### Operative Reports

DRAINS: None.

IMPLANTS: DePuy Synthes. Four lateral mass screws measuring 14 x 3.5, 4 set screws, two 40 mm rods.

DISPOSITION: Recovery room and then step-down unit.

INDICATIONS FOR PROCEDURE: Mr. Ahmad Poole is a 34-year-old male who presented to our service as a transfer from a prison facility for evaluation of a right cervical 3 on cervical 4 subluxation and fracture. In brief summary, patient is an incarcerated male who was assaulted and was in severe neck pain for about 2 weeks. The patient then finally underwent imaging of his spine, which revealed the cervical subluxation and fracture. The patient was subsequently transferred to UIC for higher evaluation. The patient was immediately placed in a fitted Miami J collar. The patient was then consented for a surgery to reduce his fracture and stabilize his spine. The patient was apprised of the risks which include, but are not limited to infection, bleeding, motor weakness, sensory loss, other neurological deficit with the worse case scenario being paraparesis, paraplegia, quadriparesis, quadriplegia, MI, coma, DVT, death. Patient agreed to proceed and informed consent was obtained.

DESCRIPTION OF PROCEDURE: On the afternoon of September 6, 2017, the patient was brought to the operating room. Pre verification was performed amongst all staff including the Neurosurgery, Anesthesia and nursing staff. The patient was then intubated uneventfully. A 3-pin point fixation was then placed on the patient's head and the patient's neck was carefully monitored throughout pinning as well as intubation. The patient had all his peripheral IVs and neuro monitoring leads placed. The patient was then positioned prone on a Jackson table and his head was fixed to the Jackson table in a neutral lordotic position. A preoperative fluoroscopy was obtained, which revealed that the subluxation did indeed reduce with the positioning. Neural monitoring baselines were obtained prior to the procedure and everything was electrophysiologically within normal limits. The patient was then cleansed with alcohol and prepped and draped in usual sterile fashion. A time-out was performed amongst all staff. A skin knife was then used to make an incision at the marked area of the cervical spine. Of note, prior to sterile dressing the back, the patient's head had to be shaved minimally just below the inion for exposure. After skin incision, careful hemostasis was obtained with bipolar and monopolar electrocautery. Careful attention was made to dissect

University of Illinois Hospital & Health Sciences System

Page 62 of 80

Report Request ID:  43889645
Print Date/Time:  10/19/2020
06:26 CDT

Doctor A. RTP 1025