# THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| AHMAD POOLE (K95348), ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 20-CV-0014 |
| ) | |
| v. ) | |
| ) | Honorable Manish S. Shah |
| ) | |
| DR. E. AGUINALDO, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# Exhibit 12



**UNIVERSITY OF ILLINOIS**
Hospital & Health Sciences System
— Changing medicine. For good. —

| | |
|---|---|
| Patient Name: POOLE, AHMAD J | MRN: 75692483 |
| Sex: MALE    DOB: 12/18/1982 | Age: 38 years |
| Discharge Date  n/a | FInancial Number:  n/a |

## Surgery-Procedure Documentation

Result Type:                          Surgery / Procedure Documentation
Result Date:                          9/6/2017 13:01 CDT
Result Status:                        Auth (Verified)
Performed Information:                Loeb MD,Jeffrey A (9/6/2017 13:46 CDT)
Signed Information:                   Loeb MD,Jeffrey A (9/6/2017 13:46 CDT); Tun ,Su (9/6/2017 13:43 CDT)

### Intraoperative Monitoring Report

Patient:  **POOLE, AHMAD J**      **MRN: 75692483**      FIN: 75692483-0369
Age:  **34 years**   Sex:  **MALE**    DOB:  **12/18/1982**
Associated Diagnoses:  **None**
Author:  **Tun , Su**

### Basic Information
   **Date of Surgery**: 9/6/2017.
   **Attending Surgeon**: Mehta MD, Ankit.
   **IOM Technologist**: Su Tun.
   **Monitoring Physician**: Loeb MD, Jeffrey A.
   **Procedure**: Procedure
        C 3-4 Posterior cervical fusion..
   **Monitoring Modalities**: Bilateral median and posterir tibial nerves SSEP, TcMEP and free-run EMG : deltoid, biceps.
   **Monitoring Start Time**: 9/6/2017 12:46:00 PM.
   **Monitoring Stop Time**: 9/6/2017 1:33:00 PM.
   **Summary**: Nihon Kohden

```
tunsu1 9/6/2017 1:34:38 PM
[Patient information]
ID: 75692483 Name: POOLE, AHMAD J
Gender: Male Handedness: DOB: 12/18/1982 Age: 34y8m
Height: Weight: In/Out:
Date: 9/6/2017 Exam No:
OR No: 10 Refer dept.: Neurosurgery
Examiner: DR. MEHTA
Surgeon:
Assistant:
Anesthesiologist: DR. KIM
Doctor: DR. MEHTA
Diagnosis:
CERVICAL SUBLUXATION
Surgical procedure:
C 3-4 POSTERIOR CERVICAL FUSION
Comment:
BASELINE AND INTRAOPERATIVE MONITORING FOR C 3-4 POSTERIOR CERVICAL FUSION : BILATERAL
```

University of Illinois Hospital & Health Sciences System                         Report Request ID:   44752083
                                                                                 Print Date/Time:  7/16/2021 13:18
                         Page 43 of 690                                                            CDT

(78000-019) 1392  **43**



| | |
|---|---|
| Patient Name: POOLE, AHMAD J | MRN: 75692483 |
| Sex: MALE DOB: 12/18/1982 | Age: 38 years |
| Discharge Date n/a | FInancial Number: n/a |

## Surgery-Procedure Documentation

```
MEDIAN AND POSTERIOR TIBIAL NERVES SSEP, TCMEP AND FREE-RUN EMG : DELTOID, BICEPS
[Events]
11:26:07 AM 9/6/2017 ARRIVED IN OR 10 @ 11:15 AM
11:26:24 AM ELECTRODE COUNTS : 14 PAIRS, 4 SINGLE, 5 CORKSCREW
11:26:30 AM PT HAS HX OF NECK PAIN FOR 2 WEEKS, C3-4 SUBLUiXATION
11:58:12 AM PATIENT ARRIVED IN OR 10
12:46:02 PM BEGIN MONITORING
12:46:02 PM PATIENT POSITIONED PRONE
12:46:02 PM INHALATION ON BOARD
12:50:42 PM BASELINES ACQUIRED
12:50:42 PM UPPER SSEP RESPONSES SHOWED SYMMETIC WITHIN LIMITS****
12:50:42 PM LEFT LOWER SSEP RESPONSES DECREASED 50% MORE THAN RIGHT LOWER SSEP****
12:50:42 PM TCMEP RESPONSES SHOED BILATERALLY HAND AND FOOT****
12:50:42 PM INFORMED SURGEON
12:51:42 PM INCISION
12:53:15 PM EXPOSURE IN PROGRESS
1:05:55 PM X-RAY
1:05:55 PM TCMEP IN USE
1:05:55 PM TCMEP RESPONSES SHOWED NO CHANGES FROM BASELINE****
1:05:55 PM INFORMED SURGEON
1:12:26 PM PLACEMENT OF SCREWS
1:19:01 PM FINAL X-RAY
1:19:01 PM TCMEP IN USE
1:19:01 PM TCMEP RESPONSES SHOWED NO CHANGES FROM BASELINE****
1:19:01 PM INFORMED SURGEON
1:25:17 PM ALL INSTRUMENTATION IN PLACE
1:26:39 PM FINAL TCMEP IN USE
1:26:44 PM FINAL TCMEP RESPONSES SHOWED NO CHANGES FROM BASELINE****
1:26:57 PM INFORMED SURGEON
1:27:02 PM BEGIN CLOSING
1:33:10 PM END MONITORING
1:33:14 PM NO SIGNIFICANT CHANGES IN SSEP OR TCMEP****
1:33:23 PM FREE-RUN EMG WAS QUIET THROUGH OUT THE CASE****
1:33:23 PM INFORMED SURGEON
1:33:37 PM ELECTRODE COUNTS : 14 PAIRS, 4 SINGLE, 5 CORKSCREW
1:34:12 PM LEAVE FROM OR 10 @ 2:00 PM
SEP/.
```

**Impression**: Bilateral upper and lower extremities SSEP, TcMEP and free-run EMG in target muscels were performed during C 3-4 posterior cervical fusion.

### Baselines

- **UPPER SSEP RESPONSES SHOWED SYMMETIC WITHIN LIMITS****



Patient Name: POOLE, AHMAD J   MRN: 75692483
Sex: MALE   DOB: 12/18/1982   Age: 38 years
Discharge Date  n/a   FInancial Number: n/a

## Surgery-Procedure Documentation

-   LEFT LOWER SSEP RESPONSES DECREASED 50% MORE THAN RIGHT LOWER SSEP****

-   TCMEP RESPONSES SHOED BILATERALLY HAND AND FOOT****


No significant changes in SSEP or TcMEP were observed during surgical procedure. Free-run EMG was quiet throught out the case.

All findings reported to surgical team during surgical procedure.
.