**THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| AHMAD POOLE (K95348), | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 20-CV-0014 |
| | ) | |
| v. | ) | Honorable Manish S. Shah |
| | ) | |
| DR. E. AGUINALDO, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

# Exhibit 13

ANKIT I. MEHTA, M.D.
February 03, 2022

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

AHMAD POOLE (K-95348),          )
                                )
              Plaintiff,        )
                                )
        vs.                     ) No. 20 CV 14
                                )
DR. EVARISO AGUINALDO, et       )
al.,                            )
                                )
              Defendants.       )


DEPOSITION OF ANKIT I. MEHTA, M.D.

APPEARING REMOTELY FROM

COOK COUNTY, ILLINOIS

February 3, 2022

9:00 a.m.




REPORTED BY:

Teresa Resendez, CSR

CSR No. 084-003718

APPEARING REMOTELY FROM COOK COUNTY, ILLINOIS

ANKIT I. MEHTA, M.D.
February 03, 2022

Page 2

1  REMOTE APPEARANCES:
2  LOEVY & LOEVY
   MS. ISABELLA AGUILAR
3  311 North Aberdeen Street
   Third Floor
4  Chicago, Illinois 60607
   Phone: 312.243.5900
5  E-mail: aguilar@loevy.com
6      On behalf of the Plaintiff;
7  CONNOLLY KRAUSE LLC
   MR. ROBERT S. TENGESDAL
8  500 West Madison Street
   Suite 3900
9  Chicago, Illinois 60661
   Phone: 312.253.6200
10 E-mail: rtengesdal@cktrials.com
11     On behalf of the Defendants Melissa Lamesch,
       Claude Owikoti, Wexford Health Sources, Inc.,
12     Jessica Ortegon, and Victoria Plummer;
13 OFFICE OF THE ILLINOIS ATTORNEY GENERAL
   MS. KRISTIN K. LINDEMANN
14 100 West Randolph Street
   13th Floor
15 Chicago, Illinois 60601
   Phone: 312.814.5179
16 E-mail: kristin.lindemann@ilag.gov
17     On behalf of the Defendants Lt. Jaburek and
       Lt. Norman;
18
   JOHNSON & BELL, LTD.
19 MS. LYNN M. REID
   33 West Monroe Street
20 Suite 2700
   Chicago, Illinois 60603
21 Phone: 312.984.0326
   E-mail: reidl@jbltd.com
22
       On behalf of the witness.
23
24         * * * * * *

Page 3

1         I N D E X
2  WITNESS                                    PAGE
3  ANKIT I. MEHTA, M.D.
4     Examination by Mr. Tengesdal............... 5
5     Examination by Ms. Aguilar.................37
6
7         E X H I B I T S
8  DR. MEHTA DEPOSITION                         PAGE
9     No. 1..................................... 5
10    No. 2..................................... 7
11    No. 3..................................... 8
12    No. 3.....................................15
13    No. 4.....................................20
14    No. 5.....................................21
15    No. 6.....................................27
16    No. 7.....................................28
17    No. 9.....................................30
18
19 PLAINTIFF'S EXHIBIT
20    No. 1.....................................56
21    No. 2.....................................58
22 (Exhibits retained by Mr. Tengesdal and Ms. Aguilar)
23
24

Page 4

1      THE REPORTER: The attorneys participating in this
2  deposition acknowledge that I am not physically present
3  in the deposition room and that I will be reporting
4  this deposition remotely. They further acknowledge
5  that, in lieu of an oath administered in person, the
6  witness will verbally declare his testimony in this
7  matter is under penalty of perjury. The parties and
8  their counsel consent to this arrangement and waive any
9  objections to this manner of reporting.
10     Please indicate your agreement by stating
11 your name and your agreement on the record.
12     MS. AGUILAR: Isabella Aguilar on behalf of the
13 plaintiff in this matter, Ahmad Poole. I do consent.
14     MR. TENGESDAL: Robert Tengesdal on behalf of
15 defendants Tomaris and Dr. Aguinaldo, and I consent as
16 well.
17     MS. LINDEMANN: Kristin Lindemann, assistant
18 attorney general for the State of Illinois, on behalf
19 of defendants Norman and Jaburek, and I consent as
20 well.
21     MS. REID: Lynn Reid on behalf of Dr. Mehta,
22 consent.
23
24

Page 5

1  WHEREUPON:
2          ANKIT I. MEHTA, M.D.,
3  called as a witness herein, having been first duly
4  sworn, was examined and testified as follows:
5              EXAMINATION
6  BY MR. TENGESDAL:
7     Q.  Good morning, Dr. Mehta. Could you please
8  state and spell your name for the court reporter.
9     A.  Sure. Ankit I. Mehta. Last name is
10 M-E-H-T-A. First name is A-N-K-I-T.
11    Q.  Dr. Mehta, if we could have you look at what
12 we provided ahead of time, Exhibit 1, which is a copy
13 of your curriculum vitae.
14    A.  Yes. Okay.
15    Q.  All right. Is this a true and accurate copy
16 that you provided to us?
17    A.  Yes, it is.
18    Q.  Okay. I want to ask you a little bit about
19 your medical education, if we could. Could you tell us
20 where you went to medical school, Doctor.
21    A.  Harvard Medical School.
22    Q.  And what year did you graduate from Harvard?
23    A.  2007.
24    Q.  And then after Harvard Medical School, did

ANKIT I. MEHTA, M.D.
February 03, 2022

1 you do a residency?

2     A. Yes, I did.

3     Q. And what was your residency in?

4     A. Neurological surgery.

5     Q. And where did you complete your residency in

6 neurological surgery?

7     A. Duke University.

8     Q. Neurological surgery, is that a six-year

9 residency?

10     A. At Duke, it was a six-year residency, yes.

11     Q. Okay. And what year did you complete the

12 residency at Duke?

13     A. 2013.

14     Q. After you got your residency at Duke in

15 neurological surgery, did you do a fellowship, Doctor?

16     A. Yes, I did.

17     Q. And where was that at?

18     A. Johns Hopkins.

19     Q. And what was your fellowship in?

20     A. It was in spine and spine oncology.

21     Q. And are you board-certified?

22     A. Yes, I am.

23     Q. Is your board certification in neurological

24 surgery?

1     A. Yes, it is.

2     Q. What hospitals are you affiliated with,

3 Doctor?

4     A. The University of Illinois at Chicago, the

5 Veterans -- VA, as well.

6     Q. The one in Chicago?

7     A. Yes, Jesse Brown.

8     Q. Jesse Brown. Okay.

9     We're here to take your deposition for your

10 medical care for a gentleman by the name of Ahmad

11 Poole. Do you have any independent memory of

12 Mr. Poole?

13     A. Not independently, no.

14     Q. Okay. And then if we could have you look at

15 Exhibit 2, Dr. Charbel, is he the head of neurosurgery

16 at UIC?

17     A. Yes. Dr. Charbel, yes.

18     Q. This is a Presence Saint Joseph Medical

19 Center transfer document. Looks like -- Is it your

20 interpretation that Dr. Charbel accepted the transfer

21 of Mr. Poole from out at Presence Saint Joseph in

22 Joliet?

23     A. Yes.

24     Q. Okay. And what is the date of transfer?

1     A. The date in which it looks like they're

2 signing the transfer is August 30th, 2017.

3     Q. Okay. And if we could have you look at

4 Exhibit No. 3 then.

5     A. Sure. Yes.

6     Q. Okay. So Exhibit 3 is a University of

7 Illinois Chicago Medical Center history and physical

8 from August 31, 2017, five pages. Is that what you

9 have on your computer there?

10     A. Yes. Exhibit No. 3, five pages, yes,

11 correct.

12     Q. Okay. And Dr. Chaudhry, was he at the time a

13 fourth-year neurological surgery resident?

14     A. He was a neurosurgical resident, yes, and he

15 was a PGY 4.

16     Q. Okay. And then the History of Present

17 Illness section, is that where the physician such as

18 Dr. Chaudhry charts down basically the history of why

19 the patient is there?

20     A. Yes, that's correct.

21     Q. And what is charted on August 31st by

22 Dr. Chaudhry?

23     A. Would you like me to read the --

24     Q. Yeah, if you could, please. Thank you.

1     A. There is a 34-year-old prisoner who presents

2 with neck pain, a C3-C4 subluxation in the right-sided

3 perched facet. He has neck pain for the last two weeks

4 following a wrestling match with another prisoner who

5 placed him in a headlock. Since then, he has been

6 going on axial neck pain, no neurological deficits or

7 paresthesia, sensory changes, bowel or bladder

8 incontinence. Workup revealed the above findings.

9 Patient transferred to UIC for a higher level of care,

10 remains in neck collar.

11     Q. The History of Present Illness section that

12 you read for us, Doctor, is that something that's

13 obtained from the patient when the physician asks

14 questions to the patient?

15     A. So it's a combination of things. It's from

16 the patient when the patient is interviewed by the

17 resident, and also it's from collaborating evidence,

18 getting from multiple sources, yeah.

19     Q. Okay. And can you tell us what a perched

20 facet is?

21     A. So there are facet joints that allow the

22 cervical spine to articulate with one segment versus

23 the other, and these are joints that are on the

24 posterior aspect of the spine. A perched facet is when

ANKIT I. MEHTA, M.D.
February 03, 2022

Page 10

1    one of the joints is subluxed and is on top of the
2    other and is basically not articulating and shifted.
3        Q.   And in Mr. Poole's case, the perched facet
4    was unilateral, just on the right side; is that
5    correct?
6        A.   It was on the right side, yeah.
7        Q.   Okay.  And then C3-C4 subluxation, was that
8    limited to the perched facet as far as the subluxation?
9        A.   Yes.  So it's all part of the same -- kind of
10   in the similar pathology.
11       Q.   Okay.  The history that was obtained that he
12   had the neck pain following a wrestling match with
13   another prisoner who put him in a headlock, is that
14   consistent with getting a perched facet, that you can
15   get a flexion and distraction and that can cause the
16   perched facet?
17       A.   Yeah.  I mean, it could happen with any type
18   of significant trauma to the cervical spine.  But,
19   yeah, if you do have a flexion -- In this case, there
20   probably was a little bit of a rotary subluxation
21   because the right side was perched.
22       Q.   Okay.  And then can you describe for us, when
23   you say ongoing axial neck pain, what is axial neck
24   pain?

Page 11

1        A.   Central pain that's radiating within the neck
2    when he's trying to basically -- he's in a
3    physiological position, so keeping his head above his
4    body.
5        Q.   According to the history of present illness,
6    on August 31, 2017, he had pain, but would you agree
7    there was no neurological deficits, paresthesias,
8    sensory changes, or bowel and bladder incontinence?
9        A.   That's correct.
10       Q.   Okay.  And paresthesias, that would include
11   if you ask the patient if they feel any numbness,
12   tingling in their upper extremity?
13       A.   Yeah.  Paresthesias reflects if there is
14   nerve compression that was coming in causing those
15   types of effects.
16       Q.   Okay.  And as far as you know, he was
17   transferred to UIC for a higher level of care for you
18   to evaluate him?
19       A.   Exactly.
20       Q.   Okay.  If I could have you look at the fourth
21   page of the document that will have the little number 5
22   in the bottom right-hand corner.
23       A.   Okay.
24       Q.   And do you see the part of the examination

Page 12

1    for muscle strength?
2        A.   Yes.
3        Q.   And was Mr. Poole's muscle strength evaluated
4    for both his upper and lower extremities on
5    August 31st?
6        A.   It was.
7        Q.   And what were the results of that
8    examination?
9        A.   He was full strength.
10       Q.   Okay.  And 5 of 5, that's full strength?
11       A.   Yes.
12       Q.   And then were his reflexes evaluated?
13       A.   Yes.
14       Q.   And how were his reflexes?
15       A.   They were normal reflexes.
16       Q.   Okay.  And then was sensation intact to light
17   touch as well?
18       A.   Yes.
19       Q.   Okay.  So neurologically, the evaluation on
20   August 31st, was he full, intact, no problems?
21       A.   Yes.
22       Q.   If we can have you turn then, Doctor, to the
23   last page where it's the assessment, diagnosis, and
24   plan.

Page 13

1        A.   Yes.
2        Q.   And what did Dr. Chaudhry chart for the
3    assessment, diagnosis, and plan?
4        A.   He charted that a 34-year-old prisoner who
5    presents with neck pain and a C3-C4 subluxation with
6    right-sided perched facet, no neuro -- acute
7    neurosurgical impression is patient is neuro stable but
8    will require either a halo versus operation for perched
9    facet, will require further workup.
10       Q.   During this time at UIC for a resident like
11   Dr. Chaudhry after he saw the patient, would he then
12   call you and the attending to evaluate the patient?
13       A.   Yeah.  He would call me, and then we would go
14   through a plan.
15       Q.   Okay.  And then at the bottom where it says
16   attending's note, is that then basically your plan
17   after you came and evaluated the patient?
18       A.   Yes, that's basically my plan.  Also, in
19   Dr. Chaudhry's notes, he states that he wanted an MRI
20   of the cervical spine, wanted to have a Miami J collar
21   on, pain control.  And you could see, pulmonarywise,
22   all these different factors in terms of management.
23       Q.   Okay.  So Dr. Chaudhry, what you just
24   discussed, his recommendations, you simply added --

ANKIT I.   MEHTA, M.D.
February 03, 2022

Page 14

1 Where he put, Will require either a halo or an
2 operation, you, as the attending, made the
3 determination you were going to go with the operation;
4 is that correct?
5      A.   Yes.
6      Q.   Okay.
7      A.   And I think he -- The way that it works also
8 is that he had a discussion with the chief resident,
9 who is Dr. Arnone, and Dr. Arnone basically, with
10 Dr. Chaudhry, created that plan as well.
11      Q.   Got you.  Thank you.
12           Is there any indication that plain view
13 cervical spine X-rays were transferred with the
14 patient; do you know?
15      A.   I do not know.
16      Q.   Same thing, would you agree there's no
17 indication that any medical records, MRI from a
18 different facility, CT, or plain film X-rays were
19 transferred with the patient?
20      A.   I do not see it listed here.  But by the fact
21 that he's saying that there's a perched facet, I assume
22 there is imaging, perhaps a CT that demonstrates that.
23      Q.   Okay.  And it was your plan, in coordination
24 with Dr. Chaudhry and the chief, Dr. Arnone, to obtain

Page 15

1 the MRI.  Was that because it's a better, more specific
2 imaging?
3      A.   Yes.  And also it would allow us to determine
4 the approach in terms of treating the subluxation.
5      Q.   Okay.  All right.  If we could then -- Let's
6 go right to Exhibit No. 8, which is the MRI report, if
7 we could.
8      A.   Sure.
9      Q.   And was the MRI done same day, August 31st,
10 Doctor?
11      A.   Yes, it was.
12      Q.   Okay.  And prior to surgery, would you have
13 reviewed the actual films, not just the report?
14      A.   Yes.  It is common with my practice.  I look
15 at the -- I look at the films before I intervene on any
16 patient.
17      Q.   And then according to the clinical history,
18 it looks like he did have previously imaging which
19 showed the right perched facet.  Do you know if that
20 was from Saint Joseph, the transferring hospital?
21      A.   I don't know whether it was from Saint
22 Joseph's, but I assume it probably was when he was over
23 there because he was transferred for that.
24      Q.   Okay.  It looks like in your medical

Page 16

1 decision-making, you looked at the actual MRI at UIC
2 from your facility, correct?
3      A.   Yes.
4      Q.   Okay.  And if you can tell us, what were the
5 findings of the MRI from August 31st at UIC?
6      A.   I guess the impression probably -- Is it okay
7 if I read the impression?
8      Q.   Sure.
9      A.   Okay.  It's a fracture of the right-sided
10 inferior C3 facet with perching and minimal
11 anterolisthesis at C3-C4, accompanying edema of the
12 soft tissue surrounding the right C3-C4 facet joint, no
13 evidence of cord compression, coverage within the canal
14 or traumatic disc herniation.
15      Q.   And when -- Edema in the soft tissue
16 surrounding the C3-C4 facet, would that be consistent
17 with a patient that sustained a trauma such as being
18 put in a headlock where Mr. Poole talked about he had
19 long dreadlocks and the guy took his a head and did
20 this?  The trauma to soft tissues, would that be
21 consistent with that finding?
22      A.   No.  Trauma to soft tissues is usually
23 associated with a fracture, an area, and because the
24 patient endorsed that this was the traumatic event that

Page 17

1 he had, I would assume that it could be consistent with
2 that type of -- of that injury.
3      Q.   And with the type of injury that he relayed
4 to you as well as the imaging findings, can all of the
5 soft tissue swelling, the fracture -- can that be a
6 cause of pain?
7      A.   Could that be a cause of pain?
8      Q.   Yes.
9      A.   I mean, in terms of pain, there could be
10 multiple causes of pain.  It could be also from the
11 fracture and from the subluxation as well or -- I mean,
12 this could be a sequelae, but it's all kind of a
13 pathological process of trauma.
14      Q.   So he had multiple areas that could be
15 causing pain, could be from the fracture, soft tissue
16 swelling, sprain/strain from the neck, as well as the
17 facet; would you agree?
18      A.   Yeah.
19      Q.   Okay.  Based on the MRI, would you agree that
20 there was no sign of any injury to the spinal cord?
21      A.   Yes, there was no evidence of any injury to
22 the spinal cord.
23      Q.   Do you agree there was also no sign, based on
24 the MRI, of any nerve root compression on the right at

ANKIT I.   MEHTA, M.D.
February 03, 2022

Page 18

1  C3-C4 or any other levels?
2       A.   Let me see.  I do not know about the nerve
3  root.  Let me just see if they state anything about it
4  based on this report.  Yes, on this report, they don't
5  mention anything about the neural foramina.  So I can't
6  state based on this report.
7       Q.   Would you agree the radiologist, when they
8  looked at that, from C2 to C7, there was no evidence of
9  any disc herniation or pathology to the discs?
10      A.   Yes, there was no disc herniation or
11  pathology to the disc.
12      Q.   So based on the fact the MRI showed no
13  evidence of spinal cord compression, nerve root
14  compression, or herniation of the discs, would that be
15  consistent as to why he only had axial neck pain as
16  opposed to any radiation or referral?
17      A.   For axial neck pain -- So what you're asking
18  is whether this MRI is consistent with the fact the
19  patient had the axial neck pain?
20      Q.   Let me ask it a different way.  Would you
21  agree the MRI showed that he didn't have any spinal
22  cord compression, nerve root compression, or injury to
23  his discs?
24      A.   So I would say the first and the third.  I

Page 19

1  don't know about the nerve root because it's not stated
2  in this explicitly.
3       Q.   Okay.  And he had no evidence of compression
4  of the nerve root because he didn't have any C3-4
5  radiation on the right side in his neck, did he?
6       A.   He didn't have any symptomatic radicular pain
7  at least on our examination.  Yeah.
8       Q.   Okay.  So -- And I guess that's what I'm
9  getting at.  There's no evidence on the MRI report from
10  what you see that there was any injury neurologically?
11  It was mostly he had axial neck pain that would be
12  consistent with the trauma?
13      A.   What I would say is that, from the H and P,
14  there was no neurological -- because an MRI doesn't
15  tell you if there's neurological injury at all.  It's a
16  document based on imaging.  I would say that from -- On
17  the H and P from his examination, there doesn't appear
18  to be a neurological injury.  From the imaging, there
19  doesn't appear to be any compression of the spinal
20  cord, nor disc herniation.
21      Q.   Thank you.
22           And then the small fracture fragment, was
23  that part of the lateral mass?  Where was that?
24      A.   Yeah.  That's part of the facet joint, yes,

Page 20

1  which could consist of also the lateral mass.
2       Q.   Okay.  When the lateral mass is fractured
3  such as what was found on the MRI at C3-C4, small
4  fracture fragment, is it still anchored somehow with,
5  like, ligaments or is it a free-floating fragment?
6       A.   So the ligaments -- And that's kind of what
7  the soft tissue injury is associated, is that there's
8  associated edema and ligamentous damage in that area.
9  So it's a floating fragment there.
10      Q.   Okay.  Based on the MRI, based on your
11  evaluation of the man on August 31st, 2017, was it your
12  determination that the best course of treatment would
13  be an operation for him?
14      A.   Yes.
15      Q.   Okay.  Let's have you look then at
16  Exhibit No. 4, which is your operative report.
17      A.   Okay.
18      Q.   What day did you perform the operation,
19  Dr. Mehta?
20      A.   I performed the operation on the 6th.
21      Q.   Okay.  So it looks about a week after he was
22  transferred from Presence Saint Joseph Hospital to UIC,
23  you'd completed the workup and you scheduled him for
24  surgery about a week later; is that correct?

Page 21

1       A.   That's correct.
2       Q.   And the reason the surgery was done a week
3  later was consistent with the August 31st note that
4  there was no acute neurosurgical need for the
5  operation?
6       A.   Yes.  The patient did not have a neurological
7  deficit, but he had, you know, the significant axial
8  back pain and this fracture.
9       Q.   I guess what I'm saying is, this wasn't the
10  case where he was transferred in for high level of
11  care; you evaluated him and said we've got to schedule
12  the operation immediately.  It could wait a week.
13  Right?
14      A.   Yeah, it could wait.
15      Q.   Okay.  And, Doctor, could you tell us, what
16  was your preoperative diagnosis on September 6th?
17      A.   My preoperative diagnosis was the right
18  Cervical 3 fracture and subluxation of C3 and C4.
19      Q.   Okay.  And postoperative diagnosis, did
20  anything change?
21      A.   No.
22      Q.   Okay.  So I don't know if you need to pull it
23  up.  You could probably answer the questions without
24  looking at it.  But Exhibit 5, I want to ask you a

ANKIT I. MEHTA, M.D.
February 03, 2022

Page 22

1    little bit about the neurological studies that were
2    done during the operation, if we could.
3        A.   Sure.
4        Q.   So when you're doing this type of operation,
5    is it common that you have the patient monitored
6    intraoperatively for somatosensory evoked potentials,
7    the transcranial motor-evoked potentials, and the EMG?
8        A.   Yes.  It's standard in my practice that I
9    utilize neuro monitoring for almost all spinal cases.
10       Q.   Okay.  And was -- According to the neuro
11   monitoring that was done on September 6, Exhibit 5, how
12   was he presurgically?  What was his baseline, I guess?
13       A.   His baseline -- The baseline -- It looked
14   like they had received a baseline on the patient, and
15   he -- His upper extremities were symmetric in terms of
16   the SSEPs.  His baseline, his left side was lower in
17   terms of SSEP by 50 percent more than the right side
18   SSEP at baseline.  And his motor response, he had motor
19   response bilaterally in his hand and foot.  So this was
20   all his baseline.
21       Q.   And then did anything change during the
22   operation during the monitoring?
23       A.   There were no changes in motor sensory
24   responses from the baseline.

Page 23

1        Q.   Thank you.
2             Okay.  Then let's look at -- Go back to your
3    operative report, if we could.
4        A.   Uh-huh.
5        Q.   When I'm looking at your operative report, it
6    looks -- could you just describe how you positioned the
7    patient for this procedure?
8        A.   Yes.  So I place the patient in what we call
9    a Mayfield head holder.  It's basically a three-point
10   fixation.  I place the patient in a prone position, so
11   head down.  And, you know, we shaved the back of his
12   neck.  We prepped and draped in a standard sterile
13   fashion, and then we went about exposing.
14       Q.   Okay.  When you placed him in that position
15   and put the pins on, is one of your goals before
16   surgery to see if you can reduce the subluxation?
17       A.   One of the goals is to see whether we can,
18   yes, fix the subluxation.
19       Q.   In Mr. Poole's case, were you able to reduce
20   the subluxation during your positioning of the patient?
21       A.   Yes, I was.
22       Q.   Okay.  Just describe for us how that occurs.
23       A.   So I have the patient's head in the Mayfield
24   head holder.  And because it's a right-sided facet

Page 24

1    perch, I create some sort of traction.  So I bring the
2    patient's head towards me a little bit, and then I
3    carefully shift the right side over.  And because
4    he's -- There's a torsional component where he's
5    shifted on one side.  And then I place it back towards
6    that area.  I'm taking X-rays throughout this process,
7    fluoroscopy X-rays.  And then I check the monitoring as
8    well to make sure that there's no changes in the
9    monitoring as well.
10       Q.   And when you're performing the procedure with
11   the distraction, Mr. Poole, he's already under general
12   anesthesia?
13       A.   He is already under general anesthesia, and
14   also he has all of the monitoring leads that are on him
15   as well.
16       Q.   Okay.  So in doing what you were describing
17   of distracting when he was in the head-hold device,
18   you were able to remove the subluxation and you're
19   monitoring him neurologically, and everything went
20   fine; is that correct?
21       A.   Everything went fine, yeah.
22       Q.   Okay.  So I take it then you begin the actual
23   surgical procedure of doing the incision, et cetera.
24   Could you just describe for us what you did for

Page 25

1    Mr. Poole?
2        A.   So I went down and I exposed the muscle, took
3    the muscle off of the areas of the lateral mass.  After
4    I exposed each of the lateral mass, I inspected the
5    right-sided C3 cervical facet fracture and appreciated
6    the inferior aspect of the lateral mass.  But,
7    basically, because the subluxation has resolved, we
8    could see the fractured fragment because the
9    subluxation was over that area.
10            Next, we basically placed in pilot holes
11   which are -- as well as using this technique, we call
12   the lateral technique of placing screws into the areas
13   of the lateral masses at C3-C4, and then we placed in
14   little screws and little rods on each side and we put
15   bone graft around that area for the fusion.
16       Q.   Are you essentially fusing 3 and 4 together
17   and then you put the bone graft in, and eventually it
18   becomes one unit; 3 and 4 fuses together?
19       A.   Exactly.
20       Q.   Okay.  And can you tell us, what is the
21   purpose?  Why do you do a fusion at C3-C4 for what
22   Mr. Poole had?
23       A.   Because that area is unstable.  There was a
24   fractured facet.  And when he's doing physiological

ANKIT I.  MEHTA, M.D.
February 03, 2022

Page 26

1  loading of that area, which is basically leaning your
2  head over, if that is not stabilized, it could lead to
3  micromotion in that area, stenosis of the spinal cord,
4  myelopathy, neurological injury, other things.
5      Q.   Okay.  And were you able to accomplish the
6  procedure that you wanted to do, the fusion?
7      A.   Yes.
8      Q.   And your fusion surgery that you did on
9  September 6, 2017, is it correct that that's a one-part
10 procedure; you do the surgery, you're done; you don't
11 have to come back for a second surgery?
12     A.   That's correct.
13     Q.   Okay.  And then according to your report, how
14 did it look when you closed him up?  Was everything in
15 alignment, everything, et cetera?
16     A.   Yeah, everything looked like it was in good
17 alignment.
18     Q.   And then when you put in your operative
19 report on the last page, "Neuro monitoring remained
20 baseline throughout the case," that's the goal you're
21 looking for by doing neural monitoring, correct?
22     A.   Yes, that's correct.
23     Q.   Okay.  So after you completed the surgery,
24 does the patient have to stay in the hospital or can he

Page 27

1  go home that day?
2      A.   Common in my practice, the patient stays in
3  the hospital for pain control because usually going
4  through this posterior approach, it could be painful,
5  especially with the muscle dissection.
6      Q.   Then if we could just briefly look at
7  Exhibit 6, I have the main OR intraoperative record.  I
8  just want to ask you about the last page of that long
9  document.
10     A.   Sure.  Give me one second.  Let me go all the
11 way down.
12     Q.   So this is the anesthesia.  And basically
13 what happened, the start times, correct?
14     A.   Yes, anesthesia ready times.  I think this is
15 all with positioning and different things like that,
16 yes.
17     Q.   Okay.  Am I correct it looks like you started
18 the surgery, the actual procedure at 12:51?
19     A.   Surgery start, yes, 12:51.
20     Q.   And what time did you complete the surgery?
21     A.   Surgery stopped is 13:53.
22     Q.   Was the surgery then -- The actual procedure,
23 it looks like it took an hour and two minutes; is that
24 correct?

Page 28

1      A.   Yes.
2      Q.   Is that consistent with how long the surgical
3  procedure typically takes you for -- to fix a facet?
4      A.   There's various factors in terms of the
5  length associated with it, but this was a single level.
6  And from my -- You know, from the description, it
7  doesn't seem like the patient was practically obese or
8  there was significant other factors.  So, yes, this is
9  pretty consistent, yeah.
10     Q.   Okay.  And then after surgery, is it typical
11 they go to the recovery room?
12     A.   Yes.
13     Q.   Okay.  And then let me have you take a look
14 at Exhibit 7, if we could.  That's the discharge
15 summary.
16     A.   Mm-hmm.
17     Q.   What date was Mr. Poole discharged, Doctor?
18     A.   He was discharged on the 8th.
19     Q.   Is that a typical time frame given the nature
20 of Mr. Poole's case, your operation, the two-day stay
21 in the hospital?
22     A.   Yes, it's in that range.
23     Q.   Okay.  And how long, based on the surgery --
24 I know you were describing going in the posterior

Page 29

1  approach, fusing two surgical cervical spine levels.
2  How long would they typically be experiencing pain
3  postsurgically?
4      A.   On average it could be from two to
5  three months afterwards for Mr. Poole.
6      Q.   Okay.  And then is the goal in follow-up care
7  to be monitoring the patient to ensure that the fusion
8  takes and everything is in alignment and the fusion
9  holds?
10     A.   Yeah.  I mean, there's multiple things that
11 we look for.  First is our -- the neurological
12 examination -- nothing has changed there -- secondarily
13 whether the patient is developing a bony fusion through
14 that area, and then thirdly also from a pain standpoint
15 and a functional standpoint, that the patient is
16 working on strengthening.
17     Q.   Okay.  And then just briefly if we could look
18 at Page 2 of this Exhibit 7, looks like there's a
19 Physical Examination section.  Do you see that?
20     A.   Yes.
21     Q.   And then just direct your attention for the
22 physical examination to neurological, would you agree
23 all the findings there were normal?
24     A.   Yes.

ANKIT I.  MEHTA, M.D.
February 03, 2022

Page 30

1    Q.   Okay.  And is that consistent, that during
2  the course of his stay at UIC from August 31st, your
3  surgery, the intraoperative neurological monitoring,
4  the discharge on September 8th, that he remained
5  neurologically intact in his upper extremities the
6  whole time?
7    A.   Yes.  Upper and lower extremities, both,
8  yeah.
9    Q.   Okay.  But his trauma would be upper
10  extremities, right?
11    A.   I mean, it affects everything below.
12    Q.   He's not in a wheelchair -- right? -- so
13  that's good?
14    A.   Yeah.
15    Q.   All right.  Let's look at Exhibit 9, if we
16  could then, Doctor.
17    A.   Okay.
18    Q.   Did you see the patient on March 16, 2018?
19    A.   Yes, I did.
20    Q.   Okay.  Did you review his X-rays of his
21  cervical spine on March 16, 2018?
22    A.   Yes.
23    Q.   And what did you comment on after you
24  reviewed the X-rays?  How did it look?

Page 31

1    A.   It looked like he was developing a good
2  fusion construct.
3    Q.   When you say that I will have had him get
4  X-rays in six months and follow up with you, is that to
5  continue to monitor the fusion construct?
6    A.   Yes.
7    Q.   Okay.  Would you agree that it doesn't look
8  like -- on March 16, 2018, that you charted on this
9  date that Mr. Poole had any complaints of pain?
10    A.   I did not chart that he had any complaints of
11  pain.
12    Q.   Okay.  Let's look at the next note of this
13  Exhibit 9.  That would be -- Did you see the patient on
14  October 5, 2018?
15    A.   October 5th, 2018?
16    Q.   Yes.
17    A.   Okay.  Yes.
18    Q.   Okay.  And were you -- Did you evaluate his
19  fusion on this date?
20    A.   I state that's the plan, is I would like to
21  get X-rays on him to assess his fusion, but I don't
22  explicitly state it.  So most likely I -- the X-rays
23  were not available to me.
24    Q.   Okay.  Did Mr. Poole, on October 5, 2018,

Page 32

1  complain of some occasional neck pain?
2    A.   Yes.
3    Q.   Did he tell you when the occasional neck pain
4  started since, when you saw him back in March, he
5  didn't have any complaints of pain?
6    A.   I don't recall.
7    Q.   Okay.
8    A.   It's not stated in this note, so I can't
9  independently recall that.
10    Q.   And that's what I'm trying to figure out.
11  Since it's not in the note, would you agree you can't
12  independently tell me what, you know, pain level number
13  scale he had, frequency, duration, anything of that
14  sort?
15    A.   I cannot.  I do state it's occasional, yes.
16    Q.   Okay.  And pain, would you agree, that's
17  subjective?  That's why it's -- you put it in the
18  subjective component?
19    A.   Yes.
20    Q.   Okay.  You did do an objective exam on
21  October 5th, correct?
22    A.   I did, yes.
23    Q.   Okay.  And what did you find on the objective
24  exam?

Page 33

1    A.   You know, he -- From a neurological
2  standpoint, he was intact from his motor and sensory
3  standpoint, but he had some tenderness in his neck.
4    Q.   Okay.  And when you just described he had
5  tenderness in the neck, would that be when you're
6  touching, doing palpation of the neck musculature?
7    A.   Yes.
8    Q.   As far as the physical exam, your objective
9  exam, would you agree there were no clinical
10  indications that he had any neurological symptoms?
11    A.   Yes.  I agree that there's no neurological
12  symptoms.
13    Q.   Okay.  Can a patient that gets a fusion at
14  C3-C4, even if everything was done up to standard, good
15  fusion, procedure went well such as yours did -- so
16  this is about a year later -- can they have occasional
17  tenderness just as a normal consequence of having a
18  fusion?
19    A.   Yes.  They can, yeah.
20    Q.   Okay.  All right.  So then it looks like you
21  wanted, on October 5, 2018 -- you said you wanted to
22  get the X-rays to evaluate, I take it, the fusion.
23  Correct?
24    A.   Yes.

ANKIT I.  MEHTA, M.D.
February 03, 2022

Page 34

1    Q.  All right.  So then we have a neurosurgical
2 note from you from November 30, 2018.  Did you see him
3 on that date?
4    A.  Yes, I did.
5    Q.  And did you evaluate the fusion mass at C3-C4
6 based on having the X-rays on this date?
7    A.  Yes, I did.
8    Q.  And what did you find, Doctor?
9    A.  It looked like he was developing a normal
10 fusion mass.  I didn't see any abnormalities on the
11 X-ray with instrumentation.
12    Q.  Okay.  And did you evaluate his neurological
13 status also on November 30th?
14    A.  Yes.  His neuro exam showed normal motor
15 strengths and sensation as well.
16    Q.  Okay.  In your assessment and plan, when you
17 discussed that he had occasional pain, when you say he
18 can use ibuprofen as needed, would that be, like, your
19 standard over-the-counter medication?
20    A.  Yes.
21    Q.  Okay.  So as of November 30, 2018, when you
22 say, Can follow up with me as needed, that's
23 basically -- is that PRN?
24    A.  Yes.

Page 35

1    Q.  Okay.  When you saw him on November 30th,
2 2018, as a neurological surgeon, as of that time, was
3 there anything else that you could offer the guy?
4    A.  No.  As of that time, I felt that he had
5 developed a successful bony fusion.  He was dealing
6 with occasional pain.  So I felt that muscular -- that
7 this pain might be muscular in origin.  So I suggested
8 ibuprofen over-the-counter.  At this point I didn't
9 find that there was any need for any surgical
10 intervention; and so therefore, if things worsened or
11 things changed, then he could follow-up with me.
12    Q.  Okay.  And based on the fact, when you saw
13 him on November 30, 2018, a little more than a year
14 after your surgery, the fusion looked good, would you
15 agree there was no further neurological surgery
16 procedures that needed to be done on this man?
17    A.  I agree with that, yeah.
18    Q.  Okay.
19    A.  Yeah.
20    Q.  Okay.  Based on your evaluation, all the
21 records we went over today, would you agree that
22 there's no evidence that you saw that Mr. Poole
23 suffered a neurological injury to his cervical spine?
24    A.  No, there is no evidence that -- that he

Page 36

1 suffered any neurological injury.
2    Q.  Okay.  All right.  And then the medical
3 records that we went over today at your deposition from
4 UIC, Doctor, to the best of your knowledge, are they a
5 true and accurate copy of all the records for
6 Mr. Poole?
7    A.  From my recollection, yes.  But, you know, my
8 counsel, I think she just sent me something.
9    THE WITNESS:  Lynn, didn't you send me something
10 that was sent over by Attorney Aguilar?
11    MS. REID:  Yeah.  What we're talking about is the
12 exhibits that plaintiff's counsel sent yesterday
13 evening.  So you have those as well, Doctor.
14    THE WITNESS:  Yes.
15 BY THE WITNESS:
16    A.  And I think I would just say that those notes
17 would be in addition to the notes that are provided,
18 you know, just to answer your question in terms of if
19 those were all the notes.
20    Q.  Sure.  Thank you.  And I'm sure Isabella will
21 go over those as soon as I'm done.
22        The records that I showed you today, at least
23 from UIC, were those records made in the regular course
24 of your business as a neurosurgeon and the other

Page 37

1 physicians at UIC?
2    A.  Yes.
3    Q.  Okay.  And, your records, obviously they're
4 made by you and your resident, by people who have
5 knowledge of the information in the records since
6 you're the doctor?
7    A.  Yes.
8    MR. TENGESDAL:  I appreciate your time.  I'm done,
9 and I'm sure Isabella has some questions for you.
10    MS. AGUILAR:  Yes, I do.
11        EXAMINATION
12 BY MS. AGUILAR:
13    Q.  Good morning, Dr. Mehta.
14    A.  Good morning.  How are you?
15    Q.  I'm good.  How are you?  I want to ask you a
16 couple follow-up questions from what defense counsel
17 asked you.
18        I believe, Dr. Mehta, you stated that you're
19 board-certified in neurosurgery.  Is that right?
20    A.  That's correct.
21    Q.  Okay.  Do you teach at UIC in addition to
22 your clinical practice?
23    A.  I do.
24    Q.  Okay.  And have you published any literature

ANKIT I.   MEHTA, M.D.
February 03, 2022

Page 38

1  on the topic of anterior subluxation of the spine?
2       A.   I've published, I think, about 180
3  publications.  Some -- You know, there are things with
4  cervical fusion that are in the publication, some
5  trauma as well, but I don't think exactly with the
6  subluxation.
7       Q.   Okay.  Have you published any literature on
8  the topic of laminectomies?
9       A.   Laminectomies, yes.
10      Q.   And have you published any literature on the
11 topic of neck trauma?
12      A.   Neck trauma, yes.
13      Q.   Okay.  Can you explain, in lay terms, your
14 practice as a neurosurgeon?
15      A.   So my academic medical practice as a
16 neurosurgeon?
17      Q.   I'm sorry.  Your clinical medical practice as
18 a neurosurgeon.
19      A.   So my clinical medical practice, I typically
20 deal with complex fine pathologies that are involving
21 degenerative spine, oncological spine, traumatic spine
22 injuries, as well as scoliotic deformities.
23      Q.   Okay.  Does part of your work involve
24 assessing patients to determine whether spinal surgery

Page 39

1  is appropriate?
2       A.   Yes.
3       Q.   And sometimes you determine that it is
4  appropriate?
5       A.   Yeah.
6       Q.   And sometimes you determine that it is not
7  appropriate?
8       A.   That's correct.
9       Q.   Okay.  And can you explain in lay terms to me
10 how you go about making that determination?
11      A.   Yeah.  So, you know, in terms of
12 determining -- I look at the risks involved with the
13 procedure, the benefits associated with the procedure,
14 and then the natural history of the pathology.
15      Q.   Okay.  Do you conduct an examination as well
16 in that process?
17      A.   Yes, I do.
18      Q.   Okay.  And do you perform and review imaging
19 in that process?
20      A.   Do I perform imaging?
21      Q.   Yes.  And review imaging.
22      A.   I do review imaging, yeah.
23      Q.   Okay.  And I believe you said you weigh the
24 risks and benefits.  Correct?

Page 40

1       A.   Yes.
2       Q.   And what are some risks of surgery,
3  generally?
4       A.   General risk of surgery are anesthesia risks,
5  stress on the heart and lungs.  There's a risk of
6  bleeding.  There's a risk of infection.  There's a risk
7  of further procedures in the future.  There's a risk of
8  neurological injury from the procedure as well.
9       Q.   Okay.  What sort of neurological injuries are
10 possibly as a risk of surgery?
11      A.   Spinal cord injury, nerve injury.  You know,
12 there's a risk of -- You know, always, whenever we're
13 doing any type of surgery, there's a very small risk of
14 death, of course, too.
15      Q.   Okay.  So fair to say surgery is not a --
16 Strike that.
17           Fair to say surgery is not the first
18 treatment that you consider?
19      A.   It depends on the pathology.
20      Q.   Okay.  Can you talk to me about a
21 laminectomy?  I'm sorry if you already said this.  I
22 think I might have missed it.  What exactly is a
23 laminectomy?
24      A.   A laminectomy, it's a process in which you

Page 41

1  remove the lamina, which is the posterior aspect of the
2  neuro elements of the spine.  So it's removing that,
3  and basically it's a decompression of the spinal canal.
4       Q.   Okay.  And what are the risks associated with
5  a laminectomy in particular?
6       A.   The risks associated with a laminectomy in
7  particular are -- you could injure the spinal cord.
8  You could injure the neuro elements.  You could injure
9  the nerves.  There's as risk of durotomy, which is --
10 Basically, there's a thin layer that covers the
11 cerebrospinal fluid and the neuro elements, and that
12 could get torn, would require repair.  It might be a
13 cerebrospinal fluid leak.  There's a risk of a
14 hematoma.  There's a risk of paralysis and such.
15      Q.   Okay.  And is there also a risk of death with
16 a laminectomy?
17      A.   I think any surgery in general there's always
18 a risk of death.
19      Q.   Okay.  Would you consider a laminectomy a
20 major operation?
21      A.   No.
22      Q.   Okay.  How would you define a major
23 operation?
24      A.   Major operation, I would -- at least in

ANKIT I. MEHTA, M.D.
February 03, 2022

Page 42

1    spine, I would consider it where you're doing a complex
2    reconstruction of the spine, creating a large deformity
3    correction or removing a large -- you know, significant
4    neural elements or tumor elements in the spine.
5         Q.   Okay.  What is the typical recovery time for
6    someone who has a laminectomy?
7         A.   Where is the laminectomy, though?
8         Q.   Laminectomy specifically for this patient, a
9    C3-C4 subluxation.
10        A.   Okay.  I mean, this was more of a -- This was
11   a fixation of the spine.  I wouldn't consider this as a
12   laminectomy.  This is -- This is more of a fusion, a
13   cervical facet fusion.  A laminectomy in the cervical
14   spine, how long is recovery typically?
15        Q.   Yes.
16        A.   That could be -- If you did solely just a
17   laminectomy alone, then I would say about, you know,
18   two, three months from a pain standpoint.
19        MS. AGUILAR:  Can we just take a quick five-minute
20   break while I look at some documents, and then we can
21   come back?
22        MS. REID:  Okay.  That's fine.
23             If you're doing okay on time, Doctor.
24        THE WITNESS:  Sure.

Page 43

1                  (A short break was had.)
2    BY MS. AGUILAR:
3         Q.   Dr. Mehta, I would like to turn your
4    attention to Defendant's Exhibit 3.  This was the
5    admitting history, physical you went over with defense
6    counsel already?
7         A.   Yes.
8         Q.   Okay.  I believe, when you were discussing
9    this with defense counsel, you stated that there was
10   some neck pain that the patient had been describing --
11   correct? -- in the history of present illness on
12   Page 2?
13        A.   Yes.  Okay.
14        Q.   Okay.  And I believe you also said that the
15   neck pain had been documented based on a patient
16   interview by the resident as well as collaborating
17   evidence from multiple sources.  Is that right?
18        A.   Yes.
19        Q.   Okay.  What are those multiple sources?  I
20   wasn't sure if you had answered that.
21        A.   I stated in general that's where we would get
22   the H and P information from.  It would be from the
23   patient, and it would be from multiple sources, meaning
24   that it could be from the transfer summary, it could be

Page 44

1    from the records that -- you know, that came with the
2    patient when they did come over.  And so that can be
3    part of the history as well.
4         Q.   Okay.  Do you have an independent
5    recollection of whether or not Mr. Poole had medical
6    records with him when you saw him?
7         A.   I do not.
8         Q.   Okay.  I believe you also stated that
9    Mr. Poole had ongoing axial neck pain.  Is that right?
10        A.   So when I saw him, yes, he was having ongoing
11   axial neck pain, yes.
12        Q.   Is that a concern?
13        A.   Yeah.  Yeah, it's a concern.
14        Q.   Why is it concerning?
15        A.   Because he had this -- he was in this
16   altercation two weeks ago, and he was still having a
17   significant amount of neck pain.
18        Q.   And is consistent neck pain a concerning
19   symptom for a patient with neck trauma?
20        A.   Yes.
21        Q.   Okay.  And why is that?
22        A.   Because it tells you that there could be
23   something else going on or just concerns of instability
24   in the spine which were confirmed on the CT scan.

Page 45

1         Q.   Okay.  And what's concerning about
2    instability of the spine in particular?
3         A.   Well, instability of the spine, under
4    physiological loads, over time it could potentially
5    cause neurological deficit.
6         Q.   Okay.  I understand.
7              I would like to go now to Page 6 of
8    Exhibit 3, defense counsel's exhibit, specifically the
9    attending note.
10        A.   Yeah.
11        Q.   Okay.  And this was your determination,
12   correct, Doctor, that operative intervention was
13   needed?
14        A.   Yes.
15        Q.   Okay.  And why was an operative intervention
16   necessary in this particular case?
17        A.   In this particular case, because there was a
18   perched facet, there was instability at the C3-C4 area.
19   And under physiological loads, basically, this patient
20   would not be able to sustain that over time.
21        Q.   Okay.  So would it have been appropriate to
22   do nothing with this diagnosis?
23        A.   Would it have been -- Sorry.  Your question
24   was, would it be appropriate to doing nothing; is that

ANKIT I.  MEHTA, M.D.
February 03, 2022

Page 46

1  right?
2      Q.    Yes.
3      A.    It would not be appropriate to do nothing.
4      Q.    Okay.  Could this heal on its own?
5      A.    No.
6      Q.    Okay.  I would like to show you another
7  medical record.  Let me pull it up.  Okay.  I would
8  like to show you what was previously marked as
9  Defendant Exhibit 4.  Do you have that in front of you?
10  It is the operative report.
11      A.    Yes, I do have it.
12      Q.    Okay.  Specifically the procedure performed.
13      A.    Mm-hmm.
14      Q.    Actually, let's talk about the fusion at the
15  C3-C4 level.  I believe you stated previously that the
16  area was unstable.  Right?
17      A.    Yes.
18      Q.    I believe you said physiological loading
19  could lead to stenosis of the spinal cord?
20      A.    Yes.
21      Q.    Can you explain in lay terms what that means?
22      A.    So when the area is unstable in the spine, so
23  basically there -- this area moves abnormally, and
24  there's something called micromotion that happens.  So

Page 47

1  as that happens, the ligaments become hypertrophied or
2  thickened in that area where the fracture is.  And so
3  as those ligaments thicken, it starts compressing on
4  the neuro elements which are the spinal cord or the
5  nerve roots.
6      Q.    And so that was the risk of not doing
7  anything in this case?
8      A.    Yeah.
9      Q.    Okay.  Can you tell me the typical courses of
10  treatment for a C3-C4 subluxation with a perched facet?
11      A.    What do you mean, the typical treatment?
12  Typical treatment usually is stabilization, fusion of
13  those areas.
14      Q.    Okay.  Does that treatment always consist of
15  surgery?
16      A.    So it could also mean potentially -- Usually
17  it requires surgery, but it could also mean sometimes
18  putting people in a halo fixation, which is basically
19  putting them in -- Basically it's a device where you
20  link the torso up to the head.  If you are able to
21  reposition that area, you could potentially put them in
22  a halo fixation.
23      Q.    And is that a less invasive course of
24  treatment than surgery?

Page 48

1      A.    It depends on how you -- Are you talking
2  about morbidity, or are you talking invasiveness?
3  Because the morbidity, actually, with the halo probably
4  might be worse because you have to put these skull pins
5  in the patient's head and they have to be with that for
6  at least three months plus.
7      Q.    Okay.  Would there be more risk with surgery
8  or more risk with the halo intervention?
9      A.    It's -- You know, there's been various
10  literature going back and forth regarding that.
11  Anesthesia risk would be higher, of course, with
12  surgery.  Halo risk would have actually more
13  infections, more fractures of -- potential fractures of
14  the skull, halo displacement, pain associated with
15  that, as well as difficulty to return back to function.
16      Q.    Okay.  I understand.
17      I would like to go to Exhibit 9, Defense
18  Exhibit 9.  Please let me know when you have that in
19  front of you.
20      A.    Sure.
21      Q.    Okay.  I believe it states that -- Page 86 is
22  the first page, neurosurgery notes.
23      A.    Okay.
24      Q.    I believe you wrote, "In addition, I would

Page 49

1  recommend he work on physical therapy to strengthen his
2  upper extremities and lower extremities as well"?
3      A.    Mm-hmm.
4      Q.    Why did you -- Why do you recommend that?
5      A.    So the patient was involved in this traumatic
6  injury, and he underwent surgery for this.  So in
7  general, he was not active because there were
8  restrictions on him after the surgery in terms of
9  lifting, twisting his neck, and such.  So I wanted to
10  make sure that he was trying to get back to his daily
11  activities and work on his strengthening.
12      Q.    Okay.  I would like to turn your attention to
13  Page 84, which is the second page.
14      A.    Mm-hmm.
15      Q.    Okay.  I believe you stated that pain is
16  subjective.  Correct?
17      A.    84?  Where?
18      Q.    Page 84.
19      MR. TENGESDAL:  October 5th.
20  BY MS. AGUILAR:
21      Q.    Do you see that?  So we're on Exhibit 9.
22  It's the second page, but it's, like, Bates-stamped
23  Page 84 on the bottom.
24      A.    Oh, okay.  Okay.  Yeah, I see what you mean.

ANKIT I.  MEHTA, M.D.
February 03, 2022

Page 50

1    Q.    And you stated pain is subjective, correct?
2    A.    Yeah.
3    Q.    Okay.  But then you also stated tenderness in
4    the neck is objective, right?
5    A.    Yeah.
6    Q.    Okay.  Would tenderness in the neck be
7    consistent with the patient's subjective statement of
8    pain?
9    A.    So it -- Basically what it tells me is
10   that -- Objective is what I'm -- you know, the kind
11   of grimaces in pain when he's being palpated.
12   Subjectively, he tells me that he does have occasional
13   neck pain.  The reason why this is something that I
14   would like to analyze is because -- that's why I would
15   like to get X-rays on him, to make sure he's developed
16   a successful fusion.
17   Q.    I understand.
18         But you would agree that a grimace is an
19   objective statement of pain on the part of the patient?
20   A.    Yeah.  It's an objective thing while I was
21   examining him, yeah.
22   Q.    Okay.  And in your practice, are you allowed
23   to diagnose a patient as malingering?
24   A.    Am I allowed to?

Page 51

1    MS. REID:  I have to object to the form, Counsel.
2         But go ahead and try to answer if you can,
3    Doctor.
4    BY THE WITNESS:
5    A.    Malingering, I can just say personally in my
6    practice, I usually give the patient the benefit of the
7    doubt in terms of what they're stating is going on with
8    their symptoms.  So that's not the first, second, or
9    third thing that I jump to in terms of assessing a
10   patient.
11   Q.    Okay.  If you thought that a patient was
12   malingering or faking their symptoms, would you note
13   that in your reporting?
14   A.    You know, my role necessarily would not be to
15   figure out whether a patient is malingering or not.  My
16   job is to try to see if there's something objective
17   towards why they are having that type of pain, so
18   whether it's they formed a nonunion, whether this is
19   just a, you know, posttraumatic muscular injury or
20   whether there's something else that's going on.  So I
21   wouldn't necessarily jump to the malingering argument.
22         Now, if there's a question of potential
23   malingering or other reasons, I would probably have
24   other specialists assess the patient, maybe psychiatry

Page 52

1    or somebody else.
2    Q.    Okay.  And did you have anyone else assess
3    Ahmad Poole in this case?
4    A.    Well, I didn't state anything that I felt
5    that he was malingering.  So I don't believe that was
6    stated in my opinion.
7    Q.    Okay.  I would like to go to Defendant's
8    Exhibit 8.  Let me know once you have that, Doctor.
9    A.    Okay.
10   Q.    This is the findings of the MRI, correct?
11   A.    Yes.
12   Q.    I believe, when you were discussing this with
13   defense counsel, you stated that there could be
14   multiple causes of neck pain.  Right?
15   A.    Yeah.
16   Q.    Okay.  That it's the pathological process of
17   trauma consistent with the injury?
18   A.    Sorry.  What was that?  Can you ask me that
19   question again?
20   Q.    I believe you stated that there could be
21   multiple causes of pain for the neck, that it's a
22   pathological process of trauma consistent with the
23   injury?
24   A.    Yes.

Page 53

1    Q.    Okay.  Could you talk to me about what the
2    multiple causes of pain for this particular injury
3    could be?
4    MR. TENGESDAL:  Objection:  asked and answered.
5    BY MS. AGUILAR:
6    Q.    You can answer, Dr. Mehta.
7    A.    So multiple causes of pain could be from the
8    fracture that was at C3 facet, the malalignment of the
9    spine with the subluxation.  It could be from the facet
10   joint where there's inflammation around the joint
11   itself, capsule.  It could be from muscular pain that's
12   in the soft tissues in that area.  So at least --
13   There's multiple areas where pain could be.  It could
14   also be from the disc level as well.
15   Q.    Okay.  I believe myself and defense counsel
16   have some of the same exhibits.  So I don't want to
17   confuse you with different names for them.  I would
18   like to go to the discharge summary which I believe is
19   Exhibit 7, Defense Exhibit 7.
20   A.    Yes.
21   Q.    I would like to go to -- I believe it's the
22   fourth page of the five pages of the document.
23   A.    Uh-huh.
24   Q.    The discharge summary discussing medications.

ANKIT I.  MEHTA, M.D.
February 03, 2022

Page 54

1     A.   Yeah.
2     Q.   Okay.  Did you prescribe these medications to
3   Mr. Poole?
4     A.   So, yes, my nurse practitioner probably wrote
5   these out for the patient.  But, yes, we prescribed
6   this for the patient.
7     Q.   Okay.  Can you tell me what the medications
8   are and what their purposes are starting with --
9   correct me if I say this incorrectly -- the
10  acetaminophen hydrocodone?
11    A.   Okay.  Wait.  Are you on the -- You're on the
12  page where it says "medications," and the first one is
13  Norco, then acetaminophen, and then Valium; is that
14  right?
15    Q.   No.  I'm on the page after that.
16    A.   Okay.
17    Q.   The medication says "home medications."  Do
18  you see that?
19    A.   Yes, yes.
20    Q.   Okay.
21    A.   So this is also known as Norco.  It's a
22  narcotic medication.  It's for incisional surgical
23  muscle pain associated with that.  Diazepam is a muscle
24  relaxer, also known as Valium, and that's done because

Page 55

1   of the muscular dissection and the muscle spasms that
2   are in the neck, both from the posttraumatic event and
3   also from the fact that he had this posterior surgical
4   surgery.  And then colace is docusate, is basically a
5   stool softener because the patient is on Norco.  So a
6   lot of the side effects associated with that is
7   constipation.  So it's a stool softener for
8   constipation.
9     Q.   Okay.  I understand.
10         I would like to now show you what I'll mark
11  as Plaintiff's Exhibit 1.  I think you said you had it
12  in front of you.  It's going to be the document
13  Bates-stamped, Doctor, ARTP 0933.  It is the Saint
14  Joseph Medical Center record.  I'm not sure the order
15  that you have it open on your computer.  I can also
16  show you my screen, but I know you're on an iPhone.
17    A.   You can show me on the screen.  I'm able to
18  see things.
19    Q.   Okay.  I'll show you on my screen.  That
20  might be easier.  Let me know once you can see my
21  screen.
22    A.   I can see it.
23    Q.   Okay.  So this is the Saint Joseph Medical
24  Center records, as I mentioned, Doctor, ARTP 0933.  Do

Page 56

1   you see this?
2     A.   Yes, I do.
3     Q.   Okay.  Do you see when this was dated?
4     A.   Yeah.  It says August 30th.
5     Q.   What year?
6     A.   2017.
7     Q.   Okay.  And I'll represent to you that this is
8   about the plaintiff Ahmad Poole.  This is his records.
9   It also states right here, Ahmad Poole, on the top.  Do
10  you see where it states his pain?  It's right here.
11    A.   So chief complaint, are you talking about?
12    Q.   It's at the top where it says "pain score."
13    A.   Yeah.
14    Q.   Do you see where it says that?
15    A.   Yeah.
16    Q.   Could you read that for the record, please?
17    A.   It looks like a 10.
18    Q.   Right.
19         And do you see the scale?
20    A.   Yes, I do.
21    Q.   What is that scale?
22    A.   Scale from zero to 10.
23    Q.   Okay.  So fair to say he was reporting his
24  pain from a 10 out of 10?

Page 57

1     A.   Yes.
2     Q.   Okay.  I'll stop sharing my screen right now.
3         I would like to share my screen again.  I'm
4   going to show you what I'll mark as Plaintiff's
5   Exhibit 2.  I'll just share my screen.  I think that's
6   easier.
7     A.   Okay.
8     Q.   This is Bates-stamped, Doctor, ARTP 0754.
9   Doctor, do you see your writing on this document
10  anywhere?
11    A.   Yes, I do.
12    Q.   Okay.  And where do you see your writing at?
13    A.   All throughout the document.
14    Q.   Okay.  Do you see your signature as well?
15    A.   Yes, I do.
16    Q.   Okay.  And when is this dated?
17    A.   This is dated September 29, 2017.
18    Q.   Okay.  So this was less then a month after
19  Mr. Poole was operated on, correct?
20    A.   Yes.
21    Q.   Okay.  And do you see where it discusses a
22  recommendation and plan?
23    A.   Yes.
24    Q.   Okay.  And what does it say, if you can read

ANKIT I.  MEHTA, M.D.
February 03, 2022

Page 58

1   for the record for us?

2       A.   It says, X-ray of cervical spine; bring film

3   for appointment; follow up in three months; physical

4   therapy in one month.  And then it says, Cervical

5   collar, keep on for one month.

6       Q.   Okay.  I'll stop sharing my screen now.

7            So based on that document, is it fair to say

8   that you prescribed him a cervical collar?

9       A.   Yeah.

10      Q.   Okay.  And why is that?

11      A.   So after I put in the instrumentation in the

12  bone graft in that area, I wanted to make sure that

13  there was at least some level of stability.  So there's

14  internal stability, and I didn't want him to twist

15  around his neck and stress the fusion area.

16      Q.   So what would have happened if he twisted his

17  neck or stressed the fusion area?  What are the risks

18  associated with that?

19      A.   I mean, it could potentially have caused a

20  nonunion or maybe a nonfusion of that area.  But, you

21  know, mostly likely it wouldn't have caused a major

22  issue for him.

23      Q.   Okay.  I would like to go back to the

24  discharge summary.  I believe that was marked

Page 59

1   Defendant's Exhibit 7.

2       A.   Okay.

3       Q.   Okay.  I would like to go back to the fourth

4   page of that document where it says Page 9 out of -- or

5   I'm not sure how it looks on your screen.

6       A.   Let's see.

7       Q.   Do you see that?  I can also share my screen.

8       A.   The discharge summary, Exhibit 7.  So is it

9   17 now to 690?

10      Q.   Okay.  Let me pull up the one that you have

11  in front of you.  So it's going to be Page 18 out of

12  690 for you.

13      A.   Yes, I see it.

14      Q.   Do you see where it states, Activity?

15      A.   Yeah.

16      Q.   Okay.  And where it says, No heavy lifting?

17      A.   Yes.

18      Q.   Over 10 pounds, I believe?

19      A.   Yes.

20      Q.   Why is that?

21      A.   So if he lifts over 10 pounds, it could

22  increase the stress on his neck because you're using a

23  lot of the musculature when you're lifting.  So he had

24  this posterior -- He had this traumatic event and also

Page 60

1   this posterior cervical operation.  So I didn't want to

2   cause him any pain in that area.

3       Q.   I understand.

4            MS. AGUILAR:  Gentlemen, let's take a five-minute

5   break.  I'm near the end of my questions, Doctor.  If

6   that's okay with everyone, just give me a quick

7   five-minute break.

8            MS. REID:  I'm okay with that if the doctor is

9   okay.

10           THE WITNESS:  Yeah, that's fine.

11                     (A short break was had.)

12  BY MS. AGUILAR:

13      Q.   Dr. Mehta, in your professional and medical

14  opinion, is it important to attend to neck and spinal

15  injuries quickly?

16           MS. REID:  Object to form.

17           You can answer if you can, though, Doctor.

18  BY THE WITNESS:

19      A.   It really depends on the pathology as well as

20  the neurological deficit as well as other

21  considerations as well, including comorbidities and

22  other aspects.

23      Q.   Okay.  Is there a risk of waiting to attend

24  to neck and spinal injuries?

Page 61

1            MS. REID:  Object to form.

2            Go ahead.

3   BY THE WITNESS:

4       A.   I mean, there's three categories, things that

5   are emergent, things that are urgent, and things that

6   are elective.  And so it just really depends on the

7   pathology that's involved.

8            MS. AGUILAR:  Okay.  I have nothing further at

9   this time.  I will open the floor to other counsel to

10  ask questions.

11           MS. LINDEMANN:  I don't have any questions for you

12  today, Doctor, but thank you so much for your time.

13           MR. TENGESDAL:  Lynn, you can ask about signature.

14  I don't have anything else.

15           MS. REID:  Okay.  I think we'll waive signature.

16  Is that right, Doctor?

17           THE WITNESS:  Yeah.

18           MS. REID:  Okay.  We'll show it waived, and we'll

19  just send an invoice for his time.

20                     (Witness excused.)

21

22

23

24

ANKIT I. MEHTA, M.D.
February 03, 2022

Page 62

1    STATE OF ILLINOIS    )
                          )  SS.
2    COUNTY OF COOK       )

3

4         I, Teresa Resendez, Certified Shorthand

5    Reporter, do hereby certify that on February 3, 2022,

6    the deposition of the witness, ANKIT I. MEHTA, M.D.,

7    called by the Defendants, was taken remotely before me,

8    reported stenographically, and was thereafter reduced

9    to typewriting under my direction.

10        The said witness, ANKIT I. MEHTA, M.D., was

11   first duly sworn to tell the truth, the whole truth,

12   and nothing but the truth, and was then examined upon

13   oral interrogatories.

14        I further certify that the foregoing is a

15   true, accurate, and complete record of the questions

16   asked of and answers made by the said witness,

17   ANKIT I. MEHTA, M.D., at the time and place hereinabove

18   referred to.

19

20

21

22

23

24

Page 63

1         The signature of the witness, ANKIT I. MEHTA,

2    M.D., was waived by agreement of counsel.

3         The undersigned is not interested in the

4    within case, nor of kin or counsel to any of the

5    parties.

6         Witness my official signature as a Certified

7    Shorthand Reporter in the State of Illinois on

8    March 9, 2020.

9

10

11

12

13
     _____
     TERESA RESENDEZ, CSR

14   CSR No. 084-003718

15

16

17

18

19

20

21

22

23

24

ANKIT I. MEHTA, M.D.
February 03, 2022

**0**

**0754**
  57:8
**0933**
  55:13,24

**1**

**1**
  5:12  55:11
**10**
  56:17,22,24
**12:51**
  27:18,19
**13:53**
  27:21
**16**
  30:18,21  31:8
**180**
  38:2

**2**

**2**
  7:15  29:18
  43:12  57:5
**2007**
  5:23
**2013**
  6:13
**2017**
  8:2,8  11:6
  20:11  26:9
  56:6  57:17
**2018**
  30:18,21  31:8,
  14,15,24  33:21
  34:2,21  35:2,
  13

**29**
  57:17

**3**

**3**
  8:4,6,10  21:18
  25:16,18  43:4
  45:8
**30**
  34:2,21  35:13
**30th**
  8:2  34:13  35:1
  56:4
**31**
  8:8  11:6
**31st**
  8:21  12:5,20
  15:9  16:5
  20:11  21:3
  30:2
**34-year-old**
  9:1  13:4

**4**

**4**
  8:15  20:16
  25:16,18  46:9

**5**

**5**
  11:21  12:10
  21:24  22:11
  31:14,24  33:21
**50**
  22:17
**5th**
  31:15  32:21
  49:19

**6**

**6**
  22:11  26:9
  27:7  45:7
**6th**
  20:20  21:16

**7**

**7**
  28:14  29:18
  53:19

**8**

**8**
  15:6  52:8
**84**
  49:13,17,18,23
**86**
  48:21
**8th**
  28:18  30:4

**9**

**9**
  30:15  31:13
  48:17,18  49:21

**A**

**A-N-K-I-T**
  5:10
**abnormalities**
  34:10
**abnormally**
  46:23
**academic**

  38:15
**accepted**
  7:20
**accompanying**
  16:11
**accomplish**
  26:5
**accurate**
  5:15  36:5
**acetaminophen**
  54:10,13
**active**
  49:7
**activities**
  49:11
**actual**
  15:13  16:1
  24:22  27:18,22
**acute**
  13:6  21:4
**added**
  13:24
**addition**
  36:17  37:21
  48:24
**admitting**
  43:5
**affects**
  30:11
**affiliated**
  7:2
**agree**
  11:6  14:16
  17:17,19,23
  18:7,21  29:22
  31:7  32:11,16
  33:9,11  35:15,
  17,21  50:18

ANKIT I. MEHTA, M.D.
February 03, 2022

Aguilar
  36:10 37:10,12
  42:19 43:2
  49:20 53:5
ahead
  5:12 51:2
Ahmad
  7:10 52:3
  56:8,9
alignment
  26:15,17 29:8
allowed
  50:22,24
altercation
  44:16
amount
  44:17
analyze
  50:14
anchored
  20:4
anesthesia
  24:12,13
  27:12,14 40:4
  48:11
Ankit
  5:2,9
anterior
  38:1
anterolisthesis
  16:11
appreciated
  25:5
approach
  15:4 27:4 29:1
area
  16:23 20:8
  24:6 25:9,15,
  23 26:1,3

29:14 45:18
46:16,22,23
47:2,21 53:12
areas
  17:14 25:3,12
  47:13 53:13
argument
  51:21
Arnone
  14:9,24
articulate
  9:22
articulating
  10:2
ARTP
  55:13,24 57:8
asks
  9:13
aspect
  9:24 25:6 41:1
assess
  31:21 51:24
  52:2
assessing
  38:24 51:9
assessment
  12:23 13:3
  34:16
assume
  14:21 15:22
  17:1
attending
  13:12 14:2
  45:9
attending's
  13:16
attention
  29:21 43:4
  49:12

Attorney
  36:10
August
  8:2,8,21 11:6
  12:5,20 15:9
  16:5 20:11
  21:3 30:2 56:4
average
  29:4
axial
  9:6 10:23
  18:15,17,19
  19:11 21:7
  44:9,11

_____

B

back
  21:8 23:2,11
  24:5 26:11
  32:4 42:21
  48:10,15 49:10
based
  17:19,23 18:4,
  6,12 19:16
  20:10 28:23
  34:6 35:12,20
  43:15
baseline
  22:12,13,14,
  16,18,20,24
  26:20
basically
  8:18 10:2 11:2
  13:16,18 14:9
  23:9 25:7,10
  26:1 27:12
  34:23 41:3,10
  45:19 46:23
  47:18,19 50:9
  55:4
Bates-stamped

49:22 55:13
57:8
begin
  24:22
benefit
  51:6
benefits
  39:13,24
bilaterally
  22:19
bit
  5:18 10:20
  22:1 24:2
bladder
  9:7 11:8
bleeding
  40:6
board
  6:23
board-certified
  6:21 37:19
body
  11:4
bone
  25:15,17
bony
  29:13 35:5
bottom
  11:22 13:15
  49:23
bowel
  9:7 11:8
break
  42:20 43:1
briefly
  27:6 29:17
bring
  24:1

ANKIT I. MEHTA, M.D.
February 03, 2022

Brown
  7:7,8
business
  36:24

_____
          C
_____

C2
  18:8
C3
  16:10 21:18
  25:5 53:8
C3-4
  19:4
C3-c4
  9:2 10:7 13:5
  16:11,12,16
  18:1 20:3
  25:13,21 33:14
  34:5 42:9
  45:18 46:15
  47:10
C4
  21:18
C7
  18:8
call
  13:12,13 23:8
  25:11
called
  5:3 46:24
canal
  16:13 41:3
capsule
  53:11
care
  7:10 9:9 11:17
  21:11 29:6
carefully
  24:3

case
  10:3,19 21:10
  23:19 26:20
  28:20 45:16,17
  47:7 52:3
cases
  22:9
causing
  11:14 17:15
Center
  7:19 8:7
  55:14,24
Central
  11:1
cerebrospinal
  41:11,13
certification
  6:23
cervical
  9:22 10:18
  13:20 14:13
  21:18 25:5
  29:1 30:21
  35:23 38:4
  42:13
cetera
  24:23 26:15
change
  21:20 22:21
changed
  29:12 35:11
Charbel
  7:15,17,20
chart
  13:2 31:10
charted
  8:21 13:4 31:8
charts
  8:18

Chaudhry
  8:12,18,22
  13:2,11,23
  14:10,24
Chaudhry's
  13:19
check
  24:7
Chicago
  7:4,6 8:7
chief
  14:8,24 56:11
clinical
  15:17 33:9
  37:22 38:17,19
closed
  26:14
colace
  55:4
collaborating
  9:17 43:16
collar
  9:10 13:20
combination
  9:15
comment
  30:23
common
  15:14 22:5
  27:2
complain
  32:1
complaint
  56:11
complaints
  31:9,10 32:5
complete
  6:5,11 27:20

completed
  20:23 26:23
complex
  38:20 42:1
component
  24:4 32:18
compressing
  47:3
compression
  11:14 16:13
  17:24 18:13,
  14,22 19:3,19
computer
  8:9 55:15
concern
  44:12,13
concerns
  44:23
conduct
  39:15
confirmed
  44:24
confuse
  53:17
consequence
  33:17
consist
  20:1 47:14
consistent
  10:14 16:16,21
  17:1 18:15,18
  19:12 21:3
  28:2,9 30:1
  44:18 50:7
  52:17,22
constipation
  55:7,8
construct
  31:2,5

ANKIT I. MEHTA, M.D.
February 03, 2022

continue
  31:5

control
  13:21 27:3

coordination
  14:23

copy
  5:12,15 36:5

cord
  16:13 17:20,22
  18:13,22 19:20
  26:3 40:11
  41:7 46:19
  47:4

corner
  11:22

correct
  8:11,20 10:5
  11:9 14:4 16:2
  20:24 21:1
  24:20 26:9,12,
  21,22 27:13,
  17,24 32:21
  33:23 37:20
  39:8,24 43:11
  45:12 49:16
  50:1 52:10
  54:9 57:19

correction
  42:3

counsel
  36:8,12 37:16
  43:6,9 51:1
  52:13 53:15

counsel's
  45:8

couple
  37:16

courses
  47:9

court
  5:8

coverage
  16:13

covers
  41:10

create
  24:1

created
  14:10

creating
  42:2

CT
  14:18,22 44:24

curriculum
  5:13

---

**D**

daily
  49:10

damage
  20:8

date
  7:24 8:1 28:17
  31:9,19 34:3,6

dated
  56:3 57:16,17

day
  15:9 20:18
  27:1

deal
  38:20

dealing
  35:5

death
  40:14 41:15,18

decision-making
  16:1

decompression
  41:3

Defendant
  46:9

Defendant's
  43:4 52:7

defense
  37:16 43:5,9
  45:8 48:17
  52:13 53:15,19

deficit
  21:7 45:5

deficits
  9:6 11:7

define
  41:22

deformities
  38:22

deformity
  42:2

degenerative
  38:21

demonstrates
  14:22

depends
  40:19 48:1

deposition
  7:9 36:3

describe
  10:22 23:6,22
  24:24

describing
  24:16 28:24
  43:10

description
  28:6

determination
  14:3 20:12
  39:10 45:11

determine
  15:3 38:24
  39:3,6

determining
  39:12

developed
  35:5 50:15

developing
  29:13 31:1
  34:9

device
  24:17 47:19

diagnose
  50:23

diagnosis
  12:23 13:3
  21:16,17,19
  45:22

Diazepam
  54:23

difficulty
  48:15

direct
  29:21

disc
  16:14 18:9,10,
  11 19:20 53:14

discharge
  28:14 30:4
  53:18,24

discharged
  28:17,18

discs
  18:9,14,23

discussed
  13:24 34:17

discusses
  57:21

ANKIT I. MEHTA, M.D.
February 03, 2022

discussing
   43:8 52:12
   53:24

discussion
   14:8

displacement
   48:14

dissection
   27:5 55:1

distracting
   24:17

distraction
   10:15 24:11

doctor
   5:20 6:15 7:3
   9:12 12:22
   15:10 21:15
   28:17 30:16
   34:8 36:4,13
   37:6 42:23
   45:12 51:3
   52:8 55:13,24
   57:8,9

document
   7:19 11:21
   19:16 27:9
   53:22 55:12
   57:9,13

documented
   43:15

documents
   42:20

docusate
   55:4

doubt
   51:7

draped
   23:12

dreadlocks
   16:19

Duke
   6:7,10,12,14

duly
   5:3

duration
   32:13

durotomy
   41:9

E

easier
   55:20 57:6

edema
   16:11,15 20:8

education
   5:19

effects
   11:15 55:6

elements
   41:2,8,11 42:4
   47:4

EMG
   22:7

endorsed
   16:24

ensure
   29:7

essentially
   25:16

evaluate
   11:18 13:12
   31:18 33:22
   34:5,12

evaluated
   12:3,12 13:17
   21:11

evaluation
   12:19 20:11

35:20

evening
   36:13

event
   16:24 55:2

eventually
   25:17

evidence
   9:17 16:13
   17:21 18:8,13
   19:3,9 35:22,
   24 43:17

evoked
   22:6

exam
   32:20,24 33:8,
   9 34:14

examination
   5:5 11:24 12:8
   19:7,17 29:12,
   19,22 37:11
   39:15

examined
   5:4

examining
   50:21

exhibit
   5:12 7:15 8:4,
   6,10 15:6
   20:16 21:24
   22:11 27:7
   28:14 29:18
   30:15 31:13
   43:4 45:8 46:9
   48:17,18 49:21
   52:8 53:19
   55:11 57:5

exhibits
   36:12 53:16

experiencing

29:2

explain
   38:13 39:9
   46:21

explicitly
   19:2 31:22

exposed
   25:2,4

exposing
   23:13

extremities
   12:4 22:15
   30:5,7,10 49:2

extremity
   11:12

F

facet
   9:3,20,21,24
   10:3,8,14,16
   13:6,9 14:21
   15:19 16:10,
   12,16 17:17
   19:24 23:24
   25:5,24 28:3
   42:13 45:18
   47:10 53:8,9

facility
   14:18 16:2

fact
   14:20 18:12,18
   35:12 55:3

factors
   13:22 28:4,8

fair
   40:15,17 56:23

faking
   51:12

fashion

ANKIT I. MEHTA, M.D.
February 03, 2022

23:13

**feel**
11:11

**fellowship**
6:15,19

**felt**
35:4,6 52:4

**figure**
32:10 51:15

**film**
14:18

**films**
15:13,15

**find**
32:23 34:8
35:9

**finding**
16:21

**findings**
9:8 16:5 17:4
29:23 52:10

**fine**
24:20,21 38:20
42:22

**five-minute**
42:19

**fix**
23:18 28:3

**fixation**
23:10 42:11
47:18,22

**flexion**
10:15,19

**floating**
20:9

**fluid**
41:11,13

**fluoroscopy**

24:7

**follow**
31:4 34:22

**follow-up**
29:6 35:11
37:16

**foot**
22:19

**foramina**
18:5

**form**
51:1

**formed**
51:18

**found**
20:3

**fourth**
11:20 53:22

**fourth-year**
8:13

**fracture**
16:9,23 17:5,
11,15 19:22
20:4 21:8,18
25:5 47:2 53:8

**fractured**
20:2 25:8,24

**fractures**
48:13

**fragment**
19:22 20:4,5,9
25:8

**frame**
28:19

**free-floating**
20:5

**frequency**
32:13

**front**
46:9 48:19
55:12

**full**
12:9,10,20

**function**
48:15

**functional**
29:15

**fuses**
25:18

**fusing**
25:16 29:1

**fusion**
25:15,21 26:6,
8 29:7,8,13
31:2,5,19,21
33:13,15,18,22
34:5,10 35:5,
14 38:4 42:12,
13 46:14 47:12
50:16

**future**
40:7

---

**G**

**general**
24:11,13 40:4
41:17 43:21
49:7

**generally**
40:3

**gentleman**
7:10

**give**
27:10 51:6

**goal**
26:20 29:6

**goals**

23:15,17

**good**
5:7 26:16
30:13 31:1
33:14 35:14
37:13,14,15

**graduate**
5:22

**graft**
25:15,17

**grimace**
50:18

**grimaces**
50:11

**guess**
16:6 19:8 21:9
22:12

**guy**
16:19 35:3

---

**H**

**halo**
13:8 14:1
47:18,22 48:3,
8,12,14

**hand**
22:19

**happen**
10:17

**happened**
27:13

**Harvard**
5:21,22,24

**head**
7:15 11:3
16:19 23:9,11,
23,24 24:2
26:2 47:20
48:5

ANKIT I.  MEHTA, M.D.
February 03, 2022

head-holder
  24:17
headlock
  9:5 10:13
  16:18
heal
  46:4
heart
  40:5
hematoma
  41:14
herniation
  16:14 18:9,10,
  14 19:20
high
  21:10
higher
  9:9 11:17
  48:11
history
  8:7,16,18 9:11
  10:11 11:5
  15:17 39:14
  43:5,11 44:3
holder
  23:9,24
holds
  29:9
holes
  25:10
home
  27:1 54:17
Hopkins
  6:18
hospital
  15:20 20:22
  26:24 27:3
  28:21
hospitals

7:2
hour
  27:23
hydrocodone
  54:10
hypertrophied
  47:1

_____

**I**

ibuprofen
  34:18 35:8
Illinois
  7:4 8:7
illness
  8:17 9:11 11:5
  43:11
imaging
  14:22 15:2,18
  17:4 19:16,18
  39:18,20,21,22
immediately
  21:12
impression
  13:7 16:6,7
incision
  24:23
incisional
  54:22
include
  11:10
incontinence
  9:8 11:8
incorrectly
  54:9
independent
  7:11 44:4
independently
  7:13 32:9,12

indication
  14:12,17
indications
  33:10
infection
  40:6
infections
  48:13
inferior
  16:10 25:6
inflammation
  53:10
information
  37:5 43:22
injure
  41:7,8
injuries
  38:22 40:9
injury
  17:2,3,20,21
  18:22 19:10,
  15,18 20:7
  26:4 35:23
  36:1 40:8,11
  49:6 51:19
  52:17,23 53:2
inspected
  25:4
instability
  44:23 45:2,3,
  18
instrumentation
  34:11
intact
  12:16,20 30:5
  33:2
interpretation
  7:20
intervene

15:15
intervention
  35:10 45:12,15
  48:8
interview
  43:16
interviewed
  9:16
intraoperative
  27:7 30:3
intraoperatively
  22:6
invasive
  47:23
invasiveness
  48:2
involve
  38:23
involved
  39:12 49:5
involving
  38:20
iphone
  55:16
Isabella
  36:20 37:9

_____

**J**

Jesse
  7:7,8
job
  51:16
Johns
  6:18
joint
  16:12 19:24
  53:10

ANKIT I.   MEHTA, M.D.
February 03, 2022

joints
  9:21,23 10:1
Joliet
  7:22
Joseph
  7:18,21 15:20
  20:22 55:14,23
Joseph's
  15:22
jump
  51:9,21

**K**

keeping
  11:3
kind
  10:9 17:12
  20:6 50:10
knowledge
  36:4 37:5

**L**

lamina
  41:1
laminectomies
  38:8,9
laminectomy
  40:21,23,24
  41:5,6,16,19
  42:6,7,8,12,
  13,17
large
  42:2,3
lateral
  19:23 20:1,2
  25:3,4,6,12,13
lay
  38:13 39:9

46:21
layer
  41:10
lead
  26:2 46:19
leads
  24:14
leak
  41:13
leaning
  26:1
left
  22:16
length
  28:5
level
  9:9 11:17
  21:10 28:5
  32:12 46:15
  53:14
levels
  18:1 29:1
lifting
  49:9
ligamentous
  20:8
ligaments
  20:5,6 47:1,3
light
  12:16
limited
  10:8
link
  47:20
listed
  14:20
literature
  37:24 38:7,10

48:10
loading
  26:1 46:18
loads
  45:4,19
long
  16:19 27:8
  28:2,23 29:2
  42:14
looked
  16:1 18:8
  22:13 26:16
  31:1 34:9
  35:14
lot
  55:6
lower
  12:4 22:16
  30:7 49:2
lungs
  40:5
Lynn
  36:9

**M**

M-E-H-T-A
  5:10
M.D.
  5:2
made
  14:2 36:23
  37:4
main
  27:7
major
  41:20,22,24
make
  24:8 49:10
  50:15

making
  39:10
malalignment
  53:8
malingering
  50:23 51:5,12,
  15,21,23 52:5
man
  20:11 35:16
management
  13:22
March
  30:18,21 31:8
  32:4
mark
  55:10 57:4
marked
  46:8
mass
  19:23 20:1,2
  25:3,4,6 34:5,
  10
masses
  25:13
match
  9:4 10:12
Mayfield
  23:9,23
meaning
  43:23
means
  46:21
medical
  5:19,20,21,24
  7:10,18 8:7
  14:17 15:24
  36:2 38:15,17,
  19 44:5 46:7
  55:14,23

ANKIT I. MEHTA, M.D.
February 03, 2022

medication
  34:19 54:17,22

medications
  53:24 54:2,7,
  12,17

Mehta
  5:2,7,9,11
  20:19 37:13,18
  43:3 53:6

memory
  7:11

mention
  18:5

mentioned
  55:24

Miami
  13:20

micromotion
  26:3 46:24

minimal
  16:10

minutes
  27:23

missed
  40:22

Mm-hmm
  28:16 46:13
  49:3,14

monitor
  31:5

monitored
  22:5

monitoring
  22:9,11,22
  24:7,9,14,19
  26:19,21 29:7
  30:3

month
  57:18

months
  29:5 31:4
  42:18 48:6

morbidity
  48:2,3

morning
  5:7 37:13,14

motor
  22:18,23 33:2
  34:14

motor-evoked
  22:7

moves
  46:23

MRI
  13:19 14:17
  15:1,6,9 16:1,
  5 17:19,24
  18:12,18,21
  19:9,14 20:3,
  10 52:10

multiple
  9:18 17:10,14
  29:10 43:17,
  19,23 52:14,21
  53:2,7,13

muscle
  12:1,3 25:2,3
  27:5 54:23
  55:1

muscular
  35:6,7 51:19
  53:11 55:1

musculature
  33:6

myelopathy
  26:4

**N**

names
  53:17

narcotic
  54:22

natural
  39:14

nature
  28:19

necessarily
  51:14,21

neck
  9:2,3,6,10
  10:12,23 11:1
  13:5 17:16
  18:15,17,19
  19:5,11 23:12
  32:1,3 33:3,5,
  6 38:11,12
  43:10,15 44:9,
  11,17,18,19
  49:9 50:4,6,13
  52:14,21 55:2

needed
  34:18,22 35:16
  45:13

nerve
  11:14 17:24
  18:2,13,22
  19:1,4 40:11
  47:5

nerves
  41:9

neural
  18:5 26:21
  42:4

neuro
  13:6,7 22:9,10
  26:19 34:14

41:2,8,11 47:4

neurological
  6:4,6,8,15,23
  8:13 9:6 11:7
  19:14,15,18
  21:6 22:1 26:4
  29:11,22 30:3
  33:1,10,11
  34:12 35:2,15,
  23 36:1 40:8,9
  45:5

neurologically
  12:19 19:10
  24:19 30:5

neurosurgeon
  36:24 38:14,
  16,18

neurosurgery
  7:15 37:19
  48:22

neurosurgical
  8:14 13:7 21:4
  34:1

nonunion
  51:18

Norco
  54:13,21 55:5

normal
  12:15 29:23
  33:17 34:9,14

note
  13:16 21:3
  31:12 32:8,11
  34:2 45:9
  51:12

notes
  13:19 36:16,
  17,19 48:22

November
  34:2,13,21
  35:1,13

ANKIT I. MEHTA, M.D.
February 03, 2022

**number**
  11:21 32:12

**numbness**
  11:11

**nurse**
  54:4

——————————

O

——————————

**obese**
  28:7

**object**
  51:1

**Objection**
  53:4

**objective**
  32:20,23 33:8
  50:4,10,19,20
  51:16

**obtain**
  14:24

**obtained**
  9:13 10:11

**occasional**
  32:1,3,15
  33:16 34:17
  35:6 50:12

**occurs**
  23:22

**October**
  31:14,15,24
  32:21 33:21
  49:19

**offer**
  35:3

**oncological**
  38:21

**oncology**
  6:20

**one-part**
  26:9

**ongoing**
  10:23 44:9,10

**open**
  55:15

**operated**
  57:19

**operation**
  13:8 14:2,3
  20:13,18,20
  21:5,12 22:2,
  4,22 28:20
  41:20,23,24

**operative**
  20:16 23:3,5
  26:18 45:12,15
  46:10

**opinion**
  52:6

**opposed**
  18:16

**order**
  55:14

**origin**
  35:7

**over-the-counter**
  34:19 35:8

——————————

P

——————————

**pages**
  8:8,10 53:22

**pain**
  9:2,3,6 10:12,
  23,24 11:1,6
  13:5,21 17:6,
  7,9,10,15
  18:15,17,19
  19:6,11 21:8

**27**:3 29:2,14
  31:9,11 32:1,
  3,5,12,16
  34:17 35:6,7
  42:18 43:10,15
  44:9,11,17,18
  48:14 49:15
  50:1,8,11,13,
  19 51:17
  52:14,21 53:2,
  7,11,13 54:23
  56:10,12,24

**painful**
  27:4

**palpated**
  50:11

**palpation**
  33:6

**paralysis**
  41:14

**paresthesia**
  9:7

**paresthesias**
  11:7,10,13

**part**
  10:9 11:24
  19:23,24 38:23
  44:3 50:19

**pathological**
  17:13 52:16,22

**pathologies**
  38:20

**pathology**
  10:10 18:9,11
  39:14 40:19

**patient**
  8:19 9:9,13,
  14,16 11:11
  13:7,11,12,17
  14:14,19 15:16
  16:17,24 18:19

**21**:6 22:5,14
  23:7,8,10,20
  26:24 27:2
  28:7 29:7,13,
  15 30:18 31:13
  33:13 42:8
  43:10,15,23
  44:2,19 45:19
  49:5 50:19,23
  51:6,10,11,15,
  24 54:5,6 55:5

**patient's**
  23:23 24:2
  48:5 50:7

**patients**
  38:24

**people**
  37:4 47:18

**percent**
  22:17

**perch**
  24:1

**perched**
  9:3,19,24
  10:3,8,14,16,
  21 13:6,8
  14:21 15:19
  45:18 47:10

**perching**
  16:10

**perform**
  20:18 39:18,20

**performed**
  20:20 46:12

**performing**
  24:10

**personally**
  51:5

**PGY**
  8:15

ANKIT I. MEHTA, M.D.
February 03, 2022

physical
  8:7 29:19,22
  33:8 43:5 49:1

physician
  8:17 9:13

physicians
  37:1

physiological
  11:3 25:24
  45:4,19 46:18

pilot
  25:10

pins
  23:15 48:4

place
  23:8,10 24:5

placing
  25:12

plain
  14:12,18

plaintiff
  56:8

plaintiff's
  36:12 55:11
  57:4

plan
  12:24 13:3,14,
  16,18 14:10,23
  31:20 34:16
  57:22

point
  35:8

Poole
  7:11,12,21
  16:18 24:11
  25:1,22 28:17
  29:5 31:9,24
  35:22 36:6
  44:5,9 52:3
  54:3 56:8,9

57:19

Poole's
  10:3 12:3
  23:19 28:20

position
  11:3 23:10,14

positioned
  23:6

positioning
  23:20 27:15

possibly
  40:10

posterior
  9:24 27:4
  28:24 41:1
  55:3

postoperative
  21:19

postsurgically
  29:3

posttraumatic
  51:19 55:2

potential
  48:13 51:22

potentially
  45:4 47:16,21

potentials
  22:6,7

practically
  28:7

practice
  15:14 22:8
  27:2 37:22
  38:14,15,17,19
  50:22 51:6

practitioner
  54:4

preoperative
  21:16,17

prepped
  23:12

prescribe
  54:2

prescribed
  54:5

Presence
  7:18,21 20:22

present
  8:16 9:11 11:5
  43:11

presents
  9:1 13:5

presurgically
  22:12

pretty
  28:9

previously
  15:18 46:8,15

prior
  15:12

prisoner
  9:1,4 10:13
  13:4

PRN
  34:23

problems
  12:20

procedure
  23:7 24:10,23
  26:6,10 27:18,
  22 28:3 33:15
  39:13 40:8
  46:12

procedures
  35:16 40:7

process
  17:13 24:6
  39:16,19 40:24

52:16,22

prone
  23:10

provided
  5:12,16 36:17

psychiatry
  51:24

publication
  38:4

publications
  38:3

published
  37:24 38:2,7,
  10

pull
  21:22 46:7

pulmonarywise
  13:21

purpose
  25:21

purposes
  54:8

put
  10:13 14:1
  16:18 23:15
  25:14,17 26:18
  32:17 47:21
  48:4

putting
  47:18,19

---

## Q

question
  36:18 45:23
  51:22 52:19

questions
  9:14 21:23
  37:9,16

ANKIT I. MEHTA, M.D.
February 03, 2022

**quick**
42:19

---

**R**

---

**radiating**
11:1

**radiation**
18:16 19:5

**radicular**
19:6

**radiologist**
18:7

**range**
28:22

**read**
8:23 9:12 16:7
56:16 57:24

**ready**
27:14

**reason**
21:2 50:13

**reasons**
51:23

**recall**
32:6,9

**received**
22:14

**recollection**
36:7 44:5

**recommend**
49:1,4

**recommendation**
57:22

**recommendations**
13:24

**reconstruction**
42:2

**record**
27:7 46:7
55:14 56:16

**records**
14:17 35:21
36:3,5,22,23
37:3,5 44:1,6
55:24 56:8

**recovery**
28:11 42:5,14

**reduce**
23:16,19

**referral**
18:16

**reflects**
11:13

**reflexes**
12:12,14,15

**regular**
36:23

**REID**
36:11 42:22
51:1

**relaxer**
54:24

**relayed**
17:3

**remained**
26:19 30:4

**remains**
9:10

**remove**
24:18 41:1

**removing**
41:2 42:3

**repair**
41:12

**report**
15:6,13 18:4,6

19:9 20:16
23:3,5 26:13,
19 46:10

**reporter**
5:8

**reporting**
51:13 56:23

**reposition**
47:21

**represent**
56:7

**require**
13:8,9 14:1
41:12

**requires**
47:17

**residency**
6:1,3,5,9,10,
12,14

**resident**
8:13,14 9:17
13:10 14:8
37:4 43:16

**resolved**
25:7

**response**
22:18,19

**responses**
22:24

**restrictions**
49:8

**results**
12:7

**return**
48:15

**revealed**
9:8

**review**
30:20 39:18,

21,22

**reviewed**
15:13 30:24

**right-hand**
11:22

**right-sided**
9:2 13:6 16:9
23:24 25:5

**risk**
40:4,5,6,7,10,
12,13 41:9,13,
14,15,18 47:6
48:7,8,11,12

**risks**
39:12,24 40:2,
4 41:4,6

**rods**
25:14

**role**
51:14

**room**
28:11

**root**
17:24 18:3,13,
22 19:1,4

**roots**
47:5

**rotary**
10:20

---

**S**

---

**Saint**
7:18,21 15:20,
21 20:22
55:13,23

**scale**
32:13 56:19,
21,22

ANKIT I. MEHTA, M.D.
February 03, 2022

scan
44:24

schedule
21:11

scheduled
20:23

school
5:20,21,24

scoliotic
38:22

score
56:12

screen
55:16,17,19,21
57:2,3,5

screws
25:12,14

secondarily
29:12

section
8:17 9:11
29:19

segment
9:22

send
36:9

sensation
12:16 34:15

sensory
9:7 11:8 22:23
33:2

September
21:16 22:11
26:9 30:4
57:17

sequelae
17:12

share
57:3,5

sharing
57:2

shaved
23:11

shift
24:3

shifted
10:2 24:5

short
43:1

show
46:6,8 55:10,
16,17,19 57:4

showed
15:19 18:12,21
34:14 36:22

side
10:4,6,21 19:5
22:16,17 24:3,
5 25:14 55:6

sign
17:20,23

signature
57:14

significant
10:18 21:7
28:8 42:3
44:17

signing
8:2

similar
10:10

simply
13:24

single
28:5

six-year
6:8,10

skull
48:4,14

small
19:22 20:3
40:13

soft
16:12,15,20,22
17:5,15 20:7
53:12

softener
55:5,7

solely
42:16

somatosensory
22:6

sort
24:1 32:14
40:9

sources
9:18 43:17,19,
23

spasms
55:1

specialists
51:24

specific
15:1

specifically
42:8 45:8
46:12

spell
5:8

spinal
17:20,22
18:13,21 19:19
22:9 26:3
38:24 40:11
41:3,7 46:19
47:4

spine
6:20 9:22,24
10:18 13:20
14:13 29:1
30:21 35:23
38:1,21 41:2
42:1,2,4,11,14
44:24 45:2,3
46:22 53:9

sprain/strain
17:16

SSEP
22:17,18

SSEPS
22:16

stabilization
47:12

stabilized
26:2

stable
13:7

standard
22:8 23:12
33:14 34:19

standpoint
29:14,15 33:2,
3 42:18

start
27:13,19

started
27:17 32:4

starting
54:8

starts
47:3

state
5:8 18:3,6
31:20,22 32:15
52:4

ANKIT I. MEHTA, M.D.
February 03, 2022

**stated**
19:1 32:8
37:18 43:9,21
44:8 46:15
49:15 50:1,3
52:6,13,20

**statement**
50:7,19

**states**
13:19 48:21
56:9,10

**stating**
51:7

**status**
34:13

**stay**
26:24 28:20
30:2

**stays**
27:2

**stenosis**
26:3 46:19

**sterile**
23:12

**stool**
55:5,7

**stop**
57:2

**stopped**
27:21

**strength**
12:1,3,9,10

**strengthen**
49:1

**strengthening**
29:16 49:11

**strengths**
34:15

**stress**
40:5

**Strike**
40:16

**studies**
22:1

**subjective**
32:17,18 49:16
50:1,7

**Subjectively**
50:12

**subluxation**
9:2 10:7,8,20
13:5 15:4
17:11 21:18
23:16,18,20
24:18 25:7,9
38:1,6 42:9
47:10 53:9

**subluxed**
10:1

**successful**
35:5 50:16

**suffered**
35:23 36:1

**suggested**
35:7

**summary**
28:15 43:24
53:18,24

**surgeon**
35:2

**surgery**
6:4,6,8,15,24
8:13 15:12
20:24 21:2
23:16 26:8,10,
11,23 27:18,
19,20,21,22
28:10,23 30:3

35:14,15 38:24
40:2,4,10,13,
15,17 41:17
47:15,17,24
48:7,12 49:6,8
55:4

**surgical**
24:23 28:2
29:1 35:9
54:22 55:3

**surrounding**
16:12,16

**sustain**
45:20

**sustained**
16:17

**swelling**
17:5,16

**sworn**
5:4

**symmetric**
22:15

**symptom**
44:19

**symptomatic**
19:6

**symptoms**
33:10,12 51:8,
12

---

**T**

**takes**
28:3 29:8

**taking**
24:6

**talk**
40:20 46:14
53:1

**talked**
16:18

**talking**
36:11 48:1,2
56:11

**teach**
37:21

**technique**
25:11,12

**tells**
44:22 50:9,12

**tenderness**
33:3,5,17
50:3,6

**TENGESDAL**
5:6 37:8 49:19
53:4

**terms**
13:22 15:4
17:9 22:15,17
28:4 36:18
38:13 39:9,11
46:21 49:8
51:7,9

**testified**
5:4

**therapy**
49:1

**thicken**
47:3

**thickened**
47:2

**thin**
41:10

**thing**
14:16 50:20
51:9

**things**
9:15 26:4
27:15 29:10

ANKIT I.   MEHTA, M.D.

February 03, 2022

35:10,11 38:3
55:18

**thirdly**
29:14

**thought**
51:11

**three-point**
23:9

**time**
5:12 8:12
13:10 27:20
28:19 30:6
35:2,4 37:8
42:5,23 45:4,
20

**times**
27:13,14

**tingling**
11:12

**tissue**
16:12,15 17:5,
15 20:7

**tissues**
16:20,22 53:12

**today**
35:21 36:3,22

**top**
10:1 56:9,12

**topic**
38:1,8,11

**torn**
41:12

**torsional**
24:4

**torso**
47:20

**touch**
12:17

**touching**
33:6

**traction**
24:1

**transcranial**
22:7

**transfer**
7:19,20,24 8:2
43:24

**transferred**
9:9 11:17
14:13,19 15:23
20:22 21:10

**transferring**
15:20

**trauma**
10:18 16:17,
20,22 17:13
19:12 30:9
38:5,11,12
44:19 52:17,22

**traumatic**
16:14,24 38:21
49:5

**treating**
15:4

**treatment**
20:12 40:18
47:10,11,12,
14,24

**true**
5:15 36:5

**tumor**
42:4

**turn**
12:22 43:3
49:12

**twisting**
49:9

**two-day**
28:20

**type**
10:17 17:2,3
22:4 40:13
51:17

**types**
11:15

**typical**
28:10,19 42:5
47:9,11,12

**typically**
28:3 29:2
38:19 42:14

---

**U**

**Uh-huh**
23:4 53:23

**UIC**
7:16 9:9 11:17
13:10 16:1,5
20:22 30:2
36:4,23 37:1,
21

**understand**
45:6 48:16
50:17 55:9

**underwent**
49:6

**unilateral**
10:4

**unit**
25:18

**University**
6:7 7:4 8:6

**unstable**
25:23 46:16,22

**upper**
11:12 12:4

22:15 30:5,7,9
49:2

**utilize**
22:9

---

**V**

**VA**
7:5

**Valium**
54:13,24

**versus**
9:22 13:8

**Veterans**
7:5

**view**
14:12

**vitae**
5:13

---

**W**

**wait**
21:12,14 54:11

**wanted**
13:19,20 26:6
33:21 49:9

**week**
20:21,24 21:2,
12

**weeks**
9:3 44:16

**weigh**
39:23

**wheelchair**
30:12

**work**
38:23 49:1,11

**working**

ANKIT I.  MEHTA, M.D.
February 03, 2022

29:16

**works**
14:7

**workup**
9:8 13:9 20:23

**worse**
48:4

**worsened**
35:10

**wrestling**
9:4 10:12

**writing**
57:9,12

**wrote**
48:24 54:4

---

**X**

---

**X-RAY**
34:11

**X-RAYS**
14:13,18 24:6,
7 30:20,24
31:4,21,22
33:22 34:6
50:15

---

**Y**

---

**year**
5:22 6:11
33:16 35:13
56:5

**yesterday**
36:12