# THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| AHMAD POOLE (K95348), | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 20-CV-0014 |
| | ) |
| v. | ) |
| | ) Honorable Manish S. Shah |
| DR. E. AGUINALDO, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# Exhibit 14

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

**STATEVILLE CORRECTIONAL** Center

**Offender Information:**

Last Name: Poole  First Name: Ahmad  MI: ___  ID#: K95348

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1-2-18 8:00AM | LPN note: S: "Good morning" O: Pt stopped this nurse during medication pass to return neck brace. Neck brace returned to supply supervisor in HCU. A: Supplies return | P: CPM [signature] |