**THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| AHMAD POOLE (K95348), | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 20-CV-0014 |
| | ) | |
| | ) | |
| v. | ) | Honorable Manish S. Shah |
| | ) | |
| DR. E. AGUINALDO, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

# Exhibit 15

LOUISVILLE   LEXINGTON   LONDON   FLORENCE   CINCINNATI   INDIANAPOLIS   ORLANDO   JACKSONVILLE   TAMPA



# KENTUCKIANA
## — COURT REPORTERS —

**CASE NO. 20 C 0014**

**AHMAD POOLE**

V.

**EVARISTO AGUINALDO, ET AL.**

**DEPONENT:**

**DR. EVARISTO AGUINALDO, VOL. I**

**DATE:**

**January 25, 2022**



a courtroom
**powerhouse**

✉ schedule@kentuckianareporters.com

☎ 877.808.5856 │ 502.589.2273

www.kentuckianareporters.com

1        IN THE UNITED STATES DISTRICT COURT FOR THE

2      NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

3             CASE NO. 20 C 0014

4           HONORARY CHARLES R. NORGLE, SR.

5

6

7

8                  AHMAD POOLE,

9                   Plaintiff

10

11                    V.

12

13         EVARISTO AGUINALDO, et al.,

14               Defendants

15

16

17

18

19

20

21

22

23  DEPONENT:  DR. EVARISTO AGUINALDO, VOL. I

24  DATE:      JANUARY 25, 2022

25  REPORTER:  BETHANY BELLOFATTO



**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 2

1                    APPEARANCES

2

3  ON BEHALF OF THE PLAINTIFF, AHMAD POOLE:

4     Isabella Aguilar, Esquire

5     Sarah Grady, Esquire

6     Loevy & Loevy

7     311 North Aberdeen Street

8     Third Floor

9     Chicago, Illinois 60607

10    Telephone No.: (312) 243-5900

11    E-mail: aguilar@loevy.com

12    (Appeared via videoconference)

13

14  ON BEHALF OF THE DEFENDANTS, DR. EVARISTO AGUINALDO AND

15  NURSE TINA TOMARAS:

16    Robert Tengesdal, Esquire

17    Connolly Krause LLC

18    500 West Madison Street

19    Suite 3900

20    Chicago, Illinois 60661

21    Telephone No.: (312) 253-6200

22    E-mail: rtengesdal@cktrials.com

23    (Appeared via videoconference)

24

25

Page 4

1                      INDEX

2                                              Page

3  PROCEEDINGS                                    6

4  DIRECT EXAMINATION BY MS. AGUILAR             10

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 3

1              APPEARANCES (CONTINUED)

2

3  ON BEHALF OF THE DEFENDANTS, NORMAN AND JABUREK:

4     Kristin Lindemann, Esquire

5     Assistant Attorney General

6     100 West Randolph Street

7     Chicago, Illinois 60601

8     Telephone No.: (312) 814-3000

9     E-mail: kristin.lindemann@ilag.gov

10    (Appeared via videoconference)

11

12  Also Present:  Leah Sharp, videographer

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 5

STIPULATION

1

2

3  The video deposition of DR. EVARISTO AGUINALDO, VOL. I,

4  was taken at KENTUCKIANA COURT REPORTERS, 30 SOUTH

5  WACKER DRIVE, 22ND FLOOR, CHICAGO, ILLINOIS 60606, via

6  videoconference in which all participants attended

7  remotely, on TUESDAY the 25th day of JANUARY, 2022 at

8  approximately 9:23 a.m.; said deposition was taken

9  pursuant to the FEDERAL Rules of Civil Procedure.  The

10 oath in this matter was sworn remotely pursuant to

11 FRCP 30.

12

13 It is agreed that BETHANY BELLOFATTO, being a Notary

14 Public and Court Reporter, may swear the witness.

15

16

17

18

19

20

21

22

23

24

25



**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

**502.589.2273 Phone**
**502.584.0119 Fax**
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 6

```
1                  PROCEEDINGS
2
3       VIDEOGRAPHER:  All right.  We are now on the
4   record.  My name is Leah Sharp.  I am the online
5   technician, and Bethany Bellofatto is the court
6   reporter today, representing Kentuckiana Court
7   Reporters, located at 30 South Wacker Drive in
8   Chicago, Illinois.  Today is the 25th day of
9   January, 2022.  The time is 9:23 a.m. Central
10  Standard Time.  We are convened by videoconference
11  to take the deposition of Dr. Evaristo Aguinaldo --
12      THE WITNESS:  Aguinaldo.
13      VIDEOGRAPHER:  Aguinaldo, thank you.  I knew I
14  was going to butcher it.  I tried.  In the matter of
15  Ahmad Poole versus Isabella Aguinaldo, et al.,
16  pending in the United States District Court for the
17  Northern District of Illinois, Eastern Division,
18  case number 20-C-0014.  Will everyone but the
19  witness please state your appearance, how you are
20  attending, and the location you are attending from,
21  starting with the plaintiff's counsel?
22      MS. AGUILAR:  Thank you.  Isabella Aguilar on
23  behalf of the Plaintiff, Ahmad Poole, appearing by
24  Zoom from Chicago, Illinois.
25      MR. TENGESDAL:  Robert Tengesdal for
```

Page 7

```
1   Dr. Evaristo Aguinaldo in Joliet, Illinois with the
2   doctor.
3       MS. LINDEMANN:  Kristin Lindemann, Assistant
4   Attorney General for the State of Illinois, on
5   behalf of defendants Jaburek and Norman, from
6   Chicago, Illinois.
7       VIDEOGRAPHER:  All right.  And then, Doctor,
8   will you please state your full name for the record?
9       THE WITNESS:  What did you say?
10      VIDEOGRAPHER:  Will you please state your full
11  name for the record?
12      THE WITNESS:  Okay.  My name is Evaristo P.
13  Aguinaldo, Junior.
14      VIDEOGRAPHER:  All right.  And do all parties
15  stipulate that the witness is, in fact,
16  Dr. Aguinaldo?
17      MS. AGUILAR:  Yes.
18      MR. TENGESDAL:  Yes.
19      MS. LINDEMANN:  Yes.
20      VIDEOGRAPHER:  All right.  And will the court
21  reporter swear in the witness?
22      COURT REPORTER:  Doctor, please raise your
23  right hand for me.
24      THE WITNESS:  Okay.  I could hardly understand
25  her.
```

Page 8

```
1       COURT REPORTER:  Will you please raise your
2   right hand, Doctor?
3       THE WITNESS:  Please speak slowly, please.  You
4   speak so fast.
5       COURT REPORTER:  I'm sorry.
6       THE WITNESS:  I could hardly understand you.  I
7   wish I had a headphone.
8       COURT REPORTER:  Can you hear me okay?
9       THE WITNESS:  I think, if I get a headphone,
10  it's much better for me to hear you.
11      COURT REPORTER:  Okay.  Mr. Tengesdal, do we
12  want to take care of that before we get him sworn
13  in?
14      MR. TENGESDAL:  Well, I don't have headphones
15  here.  I can go ask them, but we have speakers --
16      COURT REPORTER:  Is the volume turned up loud
17  enough?
18      MR. TENGESDAL:  Yeah.  I can hear fine.
19      COURT REPORTER:  Okay.  Well, I will try to
20  speak up.  Doctor, can you hear me okay?
21      THE WITNESS:  What do you say?  Let me -- can I
22  stand here?
23      MR. TENGESDAL:  No.  You have to be on the
24  video.
25      THE WITNESS:  Oh, okay.
```

Page 9

```
1       COURT REPORTER:  I just need you to raise your
2   right hand for me.
3       THE WITNESS:  Okay.  All right.
4       COURT REPORTER:  Do you solemnly swear or
5   affirm that the testimony you're about to give will
6   be the truth, the whole truth, and nothing but the
7   truth?
8       THE WITNESS:  Yes, ma'am.
9       COURT REPORTER:  Thank you.  Counsel, you may
10  begin.
11      MR. TENGESDAL:  Can we just -- Isabella, let me
12  get the tech lady in here to see if she could raise
13  the volume a little bit, okay?
14      MS. AGUILAR:  Thank you.  Yes, thank you.
15      VIDEOGRAPHER:  Would you like me to go off the
16  record?
17      MS. AGUILAR:  Yes, please.
18      VIDEOGRAPHER:  Okay.  We are off the record at
19  9:26 a.m.
20      (OFF THE RECORD)
21      VIDEOGRAPHER:  We are back on record at
22  10:27 a.m. [sic] for the deposition of Dr. Evaristo
23  Aguinaldo, being conducted by videoconference.  My
24  name is Leah Sharp.  Today is the 25th day of
25  January, 2022.
```



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 10

```
 1              DIRECT EXAMINATION
 2   BY MS. AGUILAR:
 3      Q    Thank you.  Good morning, Dr. Aguinaldo.
 4      A    Good morning, ma'am.
 5      Q    My name is Isabella Aguilar, and I'm an
 6   attorney for plaintiff Ahmad Poole.  Have you ever been
 7   deposed before?
 8      A    Yes, ma'am.
 9      Q    Okay.  So are you familiar with some of the
10   rules?
11      A    Can you repeat the question?
12      Q    Are you familiar with some of the rules?
13      A    Yes, ma'am.
14      Q    Okay.  I'll just go over them just to make
15   sure that everything is clear and we understand each
16   other.  If there's any confusion about any of my
17   questions, please tell me, and I will repeat the
18   question, okay?
19      A    Yes, ma'am.
20      Q    Otherwise, I'm going to assume you understood
21   the question if you answer it; is that fair?
22      A    Correct.
23      Q    Okay.  I'd ask, also, that you keep all of
24   your answers verbal and audible.  Ms. Bethany is taking
25   down everything we say, and it's difficult for her to
```

Page 11

```
 1   get non-verbal things on the record, so affirmative
 2   answers are best, okay?
 3      A    Yes.
 4      Q    Okay.  I'd ask, also, that you please let me
 5   finish my question before you begin an answer, and don't
 6   interrupt me, and I will, of course, give you the same
 7   courtesy.
 8      A    Yes, ma'am.
 9      Q    Okay.  Your attorney may object to some of the
10   questions that I ask, but unless your attorney
11   specifically tells you not to answer, you can still
12   answer the question, okay?
13      A    Okay.
14      Q    Do you have any conditions today that might
15   affect your ability to provide truthful and accurate
16   testimony?
17      A    Can you repeat the question?
18      Q    Yes.  Do you have any conditions today that
19   might affect your ability to provide truthful and
20   accurate testimony today?
21      A    None.
22      Q    Okay.  Do you have any conditions that are
23   affecting your memory today?
24      A    No, ma'am.
25      Q    Are you on any medications that might affect
```

Page 12

```
 1   your ability to provide truthful and accurate testimony
 2   today?
 3      A    None.
 4      Q    Are you on any medications that are affecting
 5   your memory?
 6      A    None.  Not at all.
 7      Q    Is there anything else that might affect your
 8   ability to provide accurate and truthful testimony
 9   today?
10      A    None.
11      Q    Okay.  Where do you currently work?
12      A    Can you repeat the question?  You're so fast.
13   Can you speak slowly, please?
14      Q    I'm sorry, yes.  Where do you currently work?
15      A    What is the question you said?
16           MR. TENGESDAL:  Where do you currently work?
17      A    I work at Stateville Correctional Center.
18      Q    Okay.  And who is your employer?
19      A    Wexford Health Resources.
20      Q    Okay.  Do you have an independent memory, as
21   you sit here today, of Ahmad Poole?
22      A    No, ma'am.
23      Q    Okay.  And just to clarify, when I say
24   "independent memory," or an "independent recollection,"
25   I'm talking about if you can remember based on your
```

Page 13

```
 1   memory only, without looking at any documents, okay?
 2      A    Yes, ma'am.
 3      Q    Okay.  So you do not have an independent
 4   recollection or an independent memory of Ahmad Poole,
 5   correct?
 6      A    Correct.
 7      Q    Okay.  You cannot recall anything about him?
 8      A    No, not at all, ma'am.
 9      Q    Okay.  Do you have an independent
10   recollection, as you sit here today, of any of the signs
11   or symptoms Ahmad Poole experienced while he was in the
12   HCU at Stateville in August of 2017?
13      A    No.  No, ma'am.
14      Q    Okay.  You cannot recall either way what
15   symptoms he was experiencing and what symptoms he was
16   not experiencing, correct?
17      A    Yes, ma'am.
18      Q    And you cannot recall what signs you
19   personally observed and what signs you personally did
20   not observe, correct?
21      A    Correct.
22      Q    Do you have an independent recollection of
23   whether or not, while Ahmad Poole was at the HCU in
24   August of 2017, Ahmad Poole experienced severe pain in
25   his neck?
```



**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

**502.589.2273 Phone**
**502.584.0119 Fax**
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Page 14

```
 1      A    No, ma'am.
 2      Q    Do you have an independent recollection of
 3 whether or not he complained to you of any pain in his
 4 neck?
 5      A    None at all.
 6      Q    Do you have an independent recollection of
 7 whether or not Ahmad Poole had difficulty keeping his
 8 head up?
 9      A    No, ma'am.
10      Q    Do you have an independent recollection of
11 whether or not Ahmad Poole exhibited any popping sounds
12 in his neck?
13      A    No, ma'am.
14      Q    Do you have an independent recollection of
15 whether or not Ahmad Poole told you he was experiencing
16 shooting pains in his neck and his spine?
17      A    No, ma'am.
18      Q    Do you have an independent recollection of
19 whether or not Ahmad Poole told you he experienced
20 sensations similar to electric shocks?
21      A    No, ma'am.
22      Q    Okay.  Can you tell me everything you did
23 today to prepare for today's deposition?
24      A    What do you mean?
25      Q    I mean, maybe what documents you did to --
```

Page 15

```
 1 strike that -- what documents you looked at to prepare
 2 for the deposition?
 3      A    The one that my attorney showed to me?
 4      Q    Yes.
 5      A    Regarding what, Ahmad Poole?
 6      Q    Correct.
 7      A    Yeah.  The only thing I -- the only things
 8 that when I -- when he talked to me yesterday, that's
 9 all.
10      Q    Okay.  I just want to clarify.  I don't want
11 to know anything about the contents of what you and your
12 attorney discussed.  That is privileged information.  I
13 just want to know what you did to prepare for today's
14 deposition.
15      A    We just discussed it yesterday about this case
16 with my lawyer.
17      Q    Okay.  Did your lawyer show you any documents?
18      A    That's the only -- that's the only document.
19      Q    Okay.  What document did he show you?
20      A    The one that he showed my yesterday about
21 Ahmad Poole.
22      Q    Yes.  Do you remember what document it was?
23 Was it a medical care note?  Was it a transfer summary?
24 Was it an x-ray report?  Do you know what document it
25 was?
```

Page 16

```
 1      A    It was the record of Ahmad Poole.
 2      Q    Okay.  It was his medical records?
 3      A    His medical record, correct.
 4      Q    Okay.  And you only looked at that one time
 5 yesterday?
 6      A    And this morning.  He discussed it with me
 7 this morning, too.
 8      Q    Okay.  I want to talk to you about
 9 conversations regarding this deposition.  Did you speak
10 with anyone besides your attorney about this deposition?
11      A    None at all, ma'am.
12      Q    Okay.  You didn't talk to Ms. Tina Tomaras
13 about this deposition?
14      A    No.
15      Q    And you didn't talk to Mr. Jaburek about this
16 deposition?
17      A    No.
18      Q    And you didn't talk to Mr. Norman about this
19 deposition today?
20      A    No.
21      Q    Okay.  And you didn't talk to anyone else I
22 haven't mentioned about this deposition today?
23      A    Correct.
24      Q    Okay.  How many times did you meet with your
25 lawyer to prepare for today's deposition?
```

Page 17

```
 1      A    Yesterday and today.
 2      Q    And how long did those meetings last?
 3      A    Oh, I don't know, probably an hour or so.
 4      Q    Okay.  An hour from today and tomorrow, both
 5 for two hours, or total for one hour?
 6      A    It's probably --
 7           MR. TENGESDAL:  You said "tomorrow."  I didn't
 8 meet with him tomorrow.
 9      Q    Oh, apologies.  Strike that.  Between today
10 and yesterday?
11      A    Correct.
12      Q    Okay.  Was anyone else present during your
13 meetings with your attorney?
14      A    Can you repeat the question, ma'am?
15      Q    Yes.  Was anyone else present during your
16 meetings with your attorney?
17      A    Yes.  Only with the attorney and me.
18      Q    Okay.  How did you first learn about this
19 lawsuit?
20      A    I think they send a letter last year,
21 something like that.
22      Q    Okay.  When you say "they" sent you a letter,
23 who sent you that?
24      A    Can you repeat the question?
25      Q    Yes.  You said "they" sent you a letter.  Who
```



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Page 18

```
 1   is "they?"
 2       A    I think from the lawyer from Wexford.
 3       Q    Okay.  So your attorney sent you a letter
 4   about this lawsuit?
 5       A    Correct.
 6       Q    Okay.  What is your understanding of what this
 7   lawsuit is about?
 8       A    What do you mean?
 9       Q    What do you believe this lawsuit is regarding?
10       A    I don't understand.  Can you speak slowly?
11       Q    Yes.  What is your understanding of why you
12   are being deposed today?
13       A    Well, my understanding is that he sue me or
14   something else about the problem when I saw him.
15       Q    Okay.  And when you say "he" and "him," are
16   you referring to the plaintiff in this case, Ahmad
17   Poole?
18       A    Yes, ma'am.
19       Q    Okay.  You stated that you haven't discussed
20   this lawsuit with anyone who works for Wexford, correct?
21       A    Can you repeat the question?
22       Q    Yes.  Sorry.  Strike that.  Have you discussed
23   this lawsuit with anyone who works for Wexford?
24       A    I don't understand still.
25       Q    Have you talked to anyone about the lawsuit
```

Page 19

```
 1   with anyone --
 2       A    Oh, no.  No, ma'am.
 3       Q    Okay.  You haven't talked to anyone from
 4   Wexford about this lawsuit, correct?
 5       A    No.  No.
 6       Q    Okay.  Have you talked to anyone who works for
 7   the Illinois Department of Corrections about this
 8   lawsuit?
 9       A    No.
10       Q    Okay.  Have you discussed this lawsuit with
11   Dr. Obaisi?
12       A    No.
13       Q    Okay.  Tina Tomaras?
14           MR. TENGESDAL:  Objection.  Asked and answered.
15       Who are those?  I don't even know them.
16           MS. AGUILAR:  Okay.  And just to clarify,
17       Counsel, I asked about if he had spoken about the
18       deposition, not about the lawsuit.
19           MR. TENGESDAL:  Okay.
20   BY MS. AGUILAR:
21       Q    Okay.  But fair to say you haven't discussed
22   this lawsuit with anyone, correct?
23       A    Correct.
24       Q    Okay.  You stated before you've been deposed,
25   right?
```

Page 20

```
 1       A    Yes.
 2       Q    How many times have you been deposed?
 3       A    Well, I don't know.  Probably 15, 20, 25.  I
 4   don't count.
 5       Q    Okay.  So fair to say you've been deposed a
 6   lot, correct?
 7       A    Correct.
 8       Q    Have you ever been retained as an expert
 9   witness?
10       A    No.
11       Q    Okay.  How many depositions concern patients
12   that you treated at Stateville?
13       A    I don't remember.  I don't recall.
14       Q    Okay.  Could you give me a range?  I know you
15   stated somewhere between 15 and 25 depositions have been
16   taken.  Do you know how many were regarding patients at
17   Stateville?
18       A    I don't know.  I didn't pull the numbers, but
19   I think I mentioned several times.
20       Q    Okay.  Would you say that the majority of the
21   depositions you've taken -- I'm sorry, strike that.
22   Would you say the majority of the depositions you've sat
23   for have concerned patients you've treated at
24   Stateville?
25       A    Mostly from Stateville, yes.
```

Page 21

```
 1       Q    Okay.  Were you ever deposed in connection
 2   with patients you treated anywhere else?
 3       A    None.
 4       Q    Okay.  Did you ever sit for a deposition
 5   concerning patients you treated that were not in prison?
 6       A    No.
 7       Q    Okay.  Can you please tell me the name of
 8   every patient that you recall being deposed about?
 9       A    I don't recall.  I don't recall their name.
10       Q    Okay.  You cannot recall their names?
11       A    Correct.
12       Q    Do you recall the names of any patients
13   whose care you were asked questions about in a
14   deposition?
15       A    No.
16       Q    Okay.  Have you ever sat for a deposition
17   concerning a patient who complained about a failure to
18   promptly refer him or her to an outside specialist?
19       A    No.
20       Q    Okay.  How many times, other than this case,
21   have you been sued for an alleged failure to promptly
22   treat a patient?
23       A    I don't recall the numbers, but I've been
24   deposed several times or sued several times.
25       Q    Okay.  Have any of those cases resulted in a
```



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckiana22reporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Page 22

1  settlement, to your knowledge?
2      A   I don't know.  I don't recall.
3      Q   Okay.  Have you ever been accused of failing
4  to examine a patient?
5      A   No.
6      Q   Have you ever been accused of failing to
7  provide a neck brace to a patient who was experiencing
8  neck pain?
9      A   Can you repeat the question?
10     Q   Yes.  Have you ever been accused of failing to
11 provide a neck brace to a patient who was experiencing
12 neck pain?
13     A   I think this is my first time.  I don't know.
14 I don't recall all the -- so I don't recall the cases at
15 all.
16     Q   Okay.  Have you ever been accused of failing
17 to listen to a patient's complaints regarding their
18 symptoms?
19     A   Can you repeat the question?
20     Q   Yes.  Am I going too fast?  Is it better if I
21 slow down more?
22         MR. TENGESDAL:  If I could just say what it is.
23     It's -- it's -- sometimes, it's like a -- when
24     you're talking, if you're talking kind of loud, it's
25     a weird crackle noise here.

Page 23

1          MS. AGUILAR:  Oh, okay.
2          MR. TENGESDAL:  So, like, half of your
3      questions are fine, and then the other ones -- I
4      don't know.  It might be when your voice is raised a
5      little bit.  Then it's, like, a crackle, and it's
6      hard to hear some of the words.
7          MS. AGUILAR:  Okay.  I apologize.  Is this tone
8      better?
9          MR. TENGESDAL:  That's excellent.  I can hear
10     it fine.  Can you hear her?
11         THE WITNESS:  Yeah.  I can hear, but the only
12     thing is that I think when you try to emphasize
13     something and you try to speak louder, that's the
14     time that the voice --
15         MR. TENGESDAL:  Yeah.
16         THE WITNESS:  I cannot understand it that way.
17     If you can speak slowly, please, I would appreciate
18     it, thank you.
19         MS. AGUILAR:  Okay.  I understand.
20 BY MS. AGUILAR:
21     Q   Okay.  Have you ever been accused of failing
22 to listen to a patient's complaints regarding symptoms?
23     A   I don't understand what you're telling me, but
24 I've been sued several times.
25     Q   Okay.  Has a patient ever told you they --

Page 24

1  that you didn't listen to their complaints?
2      A   I don't think so.  I always listen to the
3  complaint.  I'm a good listener.
4      Q   Okay.  Dr. Aguinaldo, where did you grow up?
5      A   Can you repeat the question?  Just the point,
6  you know, when you try to express something, and you're
7  fast already, just slow down a little bit.  I know
8  you're young, okay?  I'm old.
9      Q   I'm sorry.
10         MR. TENGESDAL:  Maybe if you're -- like,
11     sometimes when you ask questions, you, like, lean
12     in.  Maybe it's your distance from the microphone
13     that's causing it.
14         MS. AGUILAR:  Maybe that will help?
15         MR. TENGESDAL:  Yeah.
16         MS. AGUILAR:  That's good?
17         THE WITNESS:  Yeah.  Yes, ma'am.
18 BY MS. AGUILAR:
19     Q   Dr. Aguinaldo, where did you grow up?
20     A   See, that's the point.  What's your last --
21 the last word?
22     Q   Where did you grow up?
23     A   What?
24         MR. TENGESDAL:  I can hear -- I know what
25     you're saying.  You asked him where did he grow up,

Page 25

1  but when you say the last two words, they kind of
2  cut out, but I know what you're getting at, but I
3  think --
4      Q   Yeah.  That's the one.
5          MR. TENGESDAL:  -- I think he has difficulty
6      hearing it.
7      A   I grew up in the Philippines, if you're asking
8  that one.
9  BY MS. AGUILAR:
10     Q   Okay.  And when did you come to America?
11     A   I came here in 1975.
12     Q   Okay.  What year did you graduate high school?
13     A   Wait a minute.  '75, '64, 1963.
14     Q   Following your graduation from high school,
15 tell me what universities or colleges you attended.
16     A   I went to Manila -- I went to University of
17 Santo Tomas in Manila from 1963 to 1967, then medical
18 school, '67 to '71, at Manila Central University, all in
19 the Philippines.
20     Q   Okay.  And you received your MD in 1971,
21 correct?
22     A   Correct.
23     Q   Okay.  Immediately following graduation from
24 medical school, where did you work?
25     A   Before I came here in the States, I worked in

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:20-cv-00014 Document #: 147-16 Filed: 10/30/23 Page 10 of 30 PageID #:3006
The Deposition of DR. EVARISTO AGUINALDO, taken on January 25, 2022
26..29

Page 26

1  my country.  I came here in '75, so between 1971 to
2  1975, I worked in my country, and I was in private
3  practice.  Then came here in '75, and I went to training
4  here in Chicago from '76 to '79 at Norwegian American
5  Hospital in Chicago.  Then went to private practice,
6  1980 to 2001, at Wentworth Medical Center in Chicago.
7  That's in Englewood.  Englewood district.
8       Q    Okay.  And when you say you went to training
9  at Norwegian American Hospital, was that a residency?
10      A    From 1976 to '77, it was a rotating internship
11 in Norwegian American Hospital, and 1977 to 1971, it was
12 a residency for general practice.
13      Q    Okay.  So at Norwegian, you were still
14 practicing general practice, correct?
15      A    Correct.
16      Q    Okay.  When did you first begin working in a
17 correctional setting?
18      A    I went -- probably between 2001 to 2002, I
19 went to -- from 2001 to 2005, I went in different
20 prisons.  Like, Stateville is one, and I went, also, to
21 work at Impana Correctional Center and went to work at
22 Menard Correctional Center here.  In 1975 to present, I
23 work at Stateville Correctional Center.
24      Q    Okay.  You stated that you worked at
25 Stateville and Menard, and what was the other prison you

Page 27

1  stated?
2       A    It's Impana Correctional Center, Menard, and
3  Stateville.  That was between '71 and -- no, no, no.  19
4  -- 2001 or 2002 to 2005 because, at that time, there
5  were different contractors, so they transferred us to
6  different places.  Since 2005, I think, it was only
7  Wexford Correctional Center that gets the contract from
8  Stateville, I think, up to the present time.  I think
9  so.
10      Q    Okay.  So you work under Wexford, and Wexford
11 sends you to the hospital that you're going to work at
12 in various correctional centers, correct?
13      A    Correct.  Under Wexford contract.
14      Q    Okay.  Why did you apply to a job in a
15 correctional setting?
16      A    Well, you might say I was burnt out and ready
17 because I was in private practice for more than 20 years
18 already.  So I don't know, just change.  Change the
19 setting, probably.
20      Q    So you just wanted a change?
21      A    Probably, yes.
22      Q    Okay.  And I believe you stated you started
23 with Wexford in 2001.  Did I get that right?
24      A    I'm not really sure whether it's 2001 or 2002.
25 I'm not really sure about that thing already.  It's been

Page 28

1  too long.
2       Q    Okay.  And what was your job title when you
3  were hired in either 2001 or 2002?
4       A    I was hired, like, staff physician.
5       Q    And you're still currently a staff physician,
6  correct?
7       A    Correct.
8       Q    Okay.  And when did you first begin working in
9  the field of primary care?  That was in 1975?
10      A    No.  1976, when I went to general residency.
11 That's probably -- see, at that time they called it
12 general practice, but right now, I think they call it
13 family practice.
14      Q    Okay.  Do you have any special certifications?
15      A    Excuse me?
16      Q    Do you have any special certifications?
17      A    I don't understand the question.  Can you
18 repeat it and speak slowly, please?
19      Q    Yes.  Are you specially certified in anything?
20      A    Oh, no, ma'am.
21      Q    Okay.  Have you ever received any awards?
22      A    No.  What award?
23      Q    Any sort of awards.
24      A    No.
25      Q    Okay.  Did you ever serve in the armed forces?

Page 29

1       A    No, ma'am.
2       Q    Okay.  You're licensed to practice medicine in
3  the State of Illinois, correct?
4       A    Yes, ma'am.
5       Q    Are you licensed to practice medicine in any
6  other state?
7       A    No, ma'am.  Illinois only.
8       Q    Okay.  Have you ever been disciplined by any
9  regulatory body that oversees the practice of medicine
10 in the State of Illinois?
11      A    No, ma'am.
12      Q    Have you ever been suspended for any reason in
13 the State of Illinois?
14      A    No, ma'am.
15      Q    Are you board certified in any field of
16 medicine?
17      A    No, ma'am.
18      Q    Okay.  Have you ever failed any medical
19 examinations?
20      A    No, ma'am.
21      Q    Have you ever been fired or demoted from any
22 job involving the practice of medicine for any reason?
23      A    No, ma'am.
24      Q    Have you ever received any discipline while
25 working any job involving the practice of medicine for



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:20-cv-00014 Document #: 147-16 Filed: 10/30/23 Page 11 of 30 PageID #:3007
The Deposition of DR. EVARISTO AGUINALDO, taken on January 25, 2022

30..33

Page 30

1    any reason before?
2        A    No.  No, ma'am.
3        Q    Okay.  I know you stated you're a staff
4    physician at Wexford, and you were a staff physician
5    when you were first hired, correct?
6        A    Correct.
7        Q    And you work full-time in that role?
8        A    Right now?
9        Q    Yes.
10       A    Oh, no.  I'm retired.  I just work only part-
11   time.  They call it PRN.  Once or two -- I think twice a
12   week.
13       Q    Okay.  Before going part-time, you were a
14   full-time employee?
15       A    Yes, ma'am.
16       Q    Okay.  And what was that schedule like?
17       A    Can you repeat your question?
18       Q    Yes.  What was the full-time schedule like?
19       A    8:00 to 5:00, Monday through Friday.  8:00 to
20   4:00, I think.  8:00 to 4:00.
21       Q    Okay.  So you didn't work overnights or
22   weekends?
23       A    Yes.
24       Q    Okay.  And in your part-time role, I know you
25   stated you work two days a week, correct?

Page 31

1        A    Yes.
2        Q    What does that typically look like?
3        A    I usually -- right now, as a part-timer, I
4    usually do clinic.  People with chronic problem.  That's
5    what I do right now.
6        Q    Okay.  And do you pick your schedule, or do
7    you have certain days that you always work?
8        A    Can you repeat the question?
9        Q    Yes.  What does your two-day schedule look
10   like right now, as in the amount of hours, the days, et
11   cetera?
12       A    I work Monday and Tuesday from 8:00 to 4:00.
13       Q    Okay.  Do you know how many other staff
14   physicians at Stateville for Wexford?
15       A    Right now, I think one.  Me and the other
16   doctor, and one medical director.
17       Q    Okay.  And do you know how many nurses are in
18   the HCU at Stateville?
19       A    I don't know.  I don't know how many nurses.  I
20   see them.
21       Q    Okay.  So you don't know, on any given shift,
22   how many nurses or doctors are there?
23            MR. TENGESDAL:  Are you asking currently or
24       during the time of his treatment of Mr. Poole?
25       Q    Currently, right now.

Page 32

1            MR. TENGESDAL:  Thank you.
2        A    Okay.  So one doctor and one medical director,
3    but nurses-wise, I don't know how many are there.
4        Q    Okay.  And was it the same in 2017?
5        A    Are you talking about -- you said 2017?
6        Q    Yes.
7        A    What was your question that time then?
8        Q    Yes.  I believe you stated that there's one
9    medical director, one doctor, and you're not sure how
10   many nurses, correct?
11       A    Correct.  That was in 2017.
12       Q    Okay.  That was also in 2017?
13       A    I think so.  I'm not sure already.  That was
14   2017.  I'm sure about it already.
15       Q    Okay.  And all the physicians and medical
16   staff work for Wexford and not some other employer,
17   right?
18            MR. TENGESGAL:  Objection.  Speculation.
19       A    Are you talking right now?
20       Q    Yes.
21       A    I think so, but I'm not sure.  You know, I'm
22   not sure whether there's some state employer or some
23   Wexford employer.  I'm not sure about that.
24       Q    Okay.  Have your job duties and
25   responsibilities, in any way, changed from the time you

Page 33

1    first began working as a staff physician at Stateville
2    and today, besides going part-time?
3        A    No.
4        Q    What is your day-to-day responsibilities and
5    duties as a staff physician at Stateville?
6        A    Are you talking right now?
7        Q    Yes.
8        A    I -- as I said, I just do only chronic care,
9    like people with diabetes, heart problem, high blood --
10       Q    Okay.
11       A    -- asthma.
12       Q    I'm sorry.  I didn't mean to interrupt you,
13   okay.
14       A    I said I just do chronic care, like people
15   with heart problem, hypertension, diabetes, asthma.
16       Q    Okay.  Do you diagnose patients as a primary
17   care physician?
18       A    Yes, ma'am.  We diagnose them.
19       Q    Okay.  As a primary care doctor at Stateville,
20   can you tell me about your scope of practice?
21       A    What do you mean, my practice?
22       Q    The duties that you're allowed to do.  I know
23   you said you diagnose.  You know, do you assess
24   patients?  Do you examine patients, things along those
25   lines?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Case 1:20-cv-00014 Document #: 147-16 Filed: 10/30/23 Page 12 of 30 PageID #:3008
The Deposition of JOHN EVARISTO, taken on January 25, 2023
34..37

Page 34

1    A    Yes, ma'am.  We examine them.  We assess them.
2  We give them medication.
3    Q    Okay.  And when you say "give them
4  medication," you prescribe medication, correct?
5    A    Correct.
6    Q    Okay.  Do you ever have to refer a patient to
7  a specialist for a higher level of care?
8    A    Yes, ma'am.
9    Q    Okay.  How do you determine if a patient
10  should be referred to a specialist?
11    A    Like, problem -- like, recurring problem that
12  just really doesn't resolve.  Like, say I see it for one
13  time or two times, and after two times, they're still
14  the same, then I have to report it to the medical
15  director.  I'm talking about chronic care right now.
16    Q    Okay.  So you stated that -- you referred to
17  the medical director, correct?
18    A    Correct.
19    Q    So if a patient needs a higher level of care,
20  do you always have to refer that patient to the medical
21  director before they can be sent outpatient?
22    A    Yes, ma'am.
23    Q    Okay.  Is it possible that a patient could be
24  sent out-care from a medical director without being sent
25  there by the primary care physician?

Page 35

1    A    Yes, ma'am.
2    Q    Okay.  When you said you talked to the medical
3  director to refer a patient to a specialist, what do you
4  take into consideration besides the length of the
5  chronic symptoms you stated?
6    A    Let's say, for emergency basis, you can -- you
7  can just send them out, or if the medical director is
8  there, then you can talk to them.  Otherwise, if not
9  there, you can just send them out if it's an emergency
10  basis.
11    Q    Okay.  Do you take a patient's complaints into
12  consideration when referring a patient offsite?
13    A    Yes, ma'am.
14    Q    Okay.  How do you follow up on a patient's
15  complaints?
16    A    What do you mean, "How do you follow up?"
17    Q    If you -- if a patient says, "I have a
18  condition.  This is my symptoms," how do you follow up?
19  Do you perform an assessment?  What is your -- what is
20  your practice?
21    A    My practice is, first of all, you have to
22  listen to the problem.  Then after you listen to the
23  problem, you make an assess -- you examine them
24  physically, then make assessment, and some kind -- if
25  they need some medication, you can give them -- you

Page 36

1  know, prescribe some medication, and if they need some
2  laboratory work, you can order some laboratory work, and
3  probably after several days, that test will be followed.
4    Q    Okay.  I'd like to talk to you about your
5  training when you were first hired by Wexford.  I know
6  you stated you were hired in either 2001 or 2002, but
7  when you were first hired, do you remember anything
8  about Wexford's policies and procedures?
9    A    No.  That's been a long time already.
10    Q    Did you receive training on Wexford's policies
11  and procedures?
12    A    Probably at the time.  I must have seen the
13  policy at that time, the protocol for treatment,
14  probably, at that time.
15    Q    Okay.  Do you receive ongoing training or
16  recurring training?
17    A    I don't understand.  Can you repeat your
18  question, please?
19    Q    Yes.  Do you receive --
20    A    Slowly.
21    Q    Do you    receive ongoing training?
22    A    We get some training because we -- what do you
23  mean, "training"?
24    Q    I mean training about Wexford's policies and
25  practices.

Page 37

1    A    I think they give some policies.
2    Q    Okay.  Do you provide any training to any
3  members of the Wexford staff?
4    A    No.  I don't recall.
5    Q    Okay.  Do you have any supervisory duties?
6    A    Slow down.  Can you repeat the question?
7    Q    Yes.  Do you have any supervisory duties?
8    A    What do you mean?
9    Q    Do you supervise anyone?
10    A    No.  I don't supervise anybody.
11    Q    Okay.  Who is your supervisor?
12    A    Right now, it's the medical director.
13    Q    Okay.  And who is the medical director?
14    A    Dr. Henshie (phonetic) right now.
15    Q    And who was the medical director in 2017?
16    A    I think that could be Dr. Obaisi.
17    Q    Okay.  And as the medical director, what do
18  you know about Dr. Obaisi's, in 2017, responsibilities?
19    A    Well, I don't know his responsibilities.
20    Q    Okay.  Sorry.  I'm just looking over my notes.
21  I know you stated in 2017, Dr. Obaisi was the medical
22  director.  How, to your knowledge, did Dr. Obaisi ensure
23  that your were satisfactorily fulfilling your job
24  responsibilities?
25    A    Can you repeat the question, please?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Case: 1:20-cv-00014 Document #: 147-16 Filed: 10/30/23 Page 13 of 30 PageID #:3009
The Deposition of JOHN EVARISTO, taken on January 25, 2022
38..41

Page 38

1    Q    Sure.  I'll rephrase it.  Did you ever review
2  any reviews of your staff physician performance?
3    A    I don't know.
4    Q    Did anyone talk to you about your performance
5  as a staff physician at Stateville?
6    A    No, not at all.  I don't recall.
7    Q    Okay.  So Dr. Obaisi never talked to you about
8  your -- about your performance as a staff physician,
9  correct?
10   A    I don't know.  I'm not sure about that.
11   Q    Okay.  You don't have any independent
12 recollection of the conversations happening?
13   A    Correct.
14   Q    Have you ever had any discussions with any
15 member of the Wexford staff about any of the lawsuits
16 against you?
17   A    I don't know.  No, I don't think so.
18   Q    Okay.  So none of your supervisors asked you
19 about the allegations in any of the lawsuits, correct?
20   A    Correct.
21   Q    I know you stated you're part-time right now.
22 Has that affected your salary in any way?
23   A    Can you repeat the question?
24   Q    Yes.
25   A    Slow down, too.

Page 39

1    Q    Yes.  I know you stated you're a part-time
2  employee.  Has that affected your salary in any way?
3    A    I don't think so.  It's still the same.
4    Q    Okay.  What is your current salary?
5    A    What do you mean, "current salary"?  I don't
6  know.  I never check about it.
7    Q    You don't know how much you're paid by
8  Wexford?
9    A    I really don't know, to be honest with you.  I
10 don't check it out.  They just do it automatically, but
11 I really don't -- I don't really check this thing.
12   Q    Okay.  So you can't answer questions about the
13 amount of money that you're paid, either -- whether it's
14 decreased or increased, correct?
15   A    Correct.
16   Q    Okay.  Have you ever received a bonus from
17 Wexford?
18   A    Bonus from Wexford?
19   Q    Yes.
20   A    No.  I wish they would.  I would like it.  I've
21 been working there for more than 20 years.  I wish.
22 Right now, I needed it.  No, not at all.
23   Q    Okay.  When you work at Stateville -- you said
24 you work two days a week now?
25   A    Correct.

Page 40

1    Q    How many patients, on average, do you see on
2  any given day?
3    A    Right now, it ranges -- because I see chronic
4  care, right now, it's probably, from a ballpark, 15 to
5  20.
6    Q    Okay.  And how long do you see your patients
7  for?
8    A    Probably -- one patient, probably ten to 15 --
9  it depends.  Ten to 15 to 20 minutes, or sometimes
10 longer.  It depends.  It's not always -- I can -- I can
11 -- I don't know.  Probably ten to 20 minutes.  It
12 depends upon what kind of problem is here.
13   Q    Okay.  Do you ever see patients on a scheduled
14 basis, or is it usually when they just come in and
15 present an issue?
16   A    They usually schedule patients because, as of
17 now, I just only do chronic care, so they are scheduled
18 already.
19   Q    Okay.  And in 2017, were you doing chronic
20 care?
21   A    No.  I don't think so.
22   Q    Okay.  What were you doing in 2017 as a staff
23 physician?
24   A    I think I must be seeing patients in the
25 healthcare unit, in the emergency room -- in the

Page 41

1  emergency room in the healthcare unit.
2    Q    Okay.  And in the healthcare unit, patients
3  just presented themselves?  These were not prescheduled
4  appointments, correct?
5    A    Correct.  They can just come any time.
6    Q    Okay.  In 2017, how is it that a patient would
7  be -- would come to be seen by you face-to-face?
8    A    Yes.
9    Q    That's presenting themselves, correct?
10   A    Can you repeat the question you said?
11   Q    Yes.  How is it, in 2017, a patient would come
12 to be seen by you, you know, face-to-face?
13   A    Yeah.  They come -- they come to the
14 healthcare unit ER face-to-face.  We see them.
15   Q    Okay.  Do they encounter a nurse first before
16 seeing the doctor?
17   A    Of course, there's a nurse over there.
18   Q    Okay.  And then does the nurse tell you about
19 the patient?
20   A    Yes.
21   Q    Is it possible that a patient could come to
22 the HCU, talk to a nurse, and then never see the doctor?
23   A    It's possible.
24   Q    Okay.  And in what circumstances would that
25 occur?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:20-cv-00014 Document #: 147-16 Filed: 10/30/23 Page 14 of 30 PageID #:3010
The Deposition of JOHN DOE NURSE, taken on January 25, 2023
42..45

Page 42

1    A    Can you repeat your question -- your last
2  question?
3    Q    Yes.  In what circumstances would a patient
4  present to the HCU, see a nurse, and then not see a
5  doctor?
6    A    Possible.
7    Q    Yes, but in what instance would that happen?
8    A    It was some kind of emergency basis.
9    Q    Okay.  Is it fair to say it would be because
10 the nurse doesn't believe a doctor needs to see them?
11   A    It's possible.
12   Q    Okay.  And in that case, would they just be
13 sent back to their cell?
14   A    Possible.
15   Q    Okay.  What else is possible?
16   A    Well, anything is possible.  They can just
17 come any time they want.
18   Q    Okay.  But if a patient doesn't see a doctor,
19 what happens then?
20   A    I think the nurse will reschedule them again
21 if they don't see them -- if he don't see them.
22   Q    Okay.  And you said that the nurse would
23 schedule them again, but I thought that you said that in
24 the emergency room, there wasn't pre-scheduled visits.
25   A    In emergency case, they can just come any time

Page 43

1  they want.  That's an emergency case only.  They can
2  come any time they want.  It's an emergency.
3    Q    Okay.  So just so that I understand, so the
4  nurse would give him a schedule to see someone else, not
5  to see the emergency doctor then, in that case?
6    A    If it's not an emergency, just like a
7  scheduled one, then the nurse will do the scheduling,
8  but on an emergency basis, they can just come anytime
9  they want.
10   Q    Okay.  I understand.  When you encounter a
11 patient, they've now been referred to you -- I'm sorry.
12 Strike that.  They've now been sent to you, and you can
13 now see a patient face-to-face.  When you see a patient,
14 do you have any records or other documents that pertain
15 to the patient that you're with?
16   A    The nurse will take the name, the vital signs,
17 and they ask them questions.  Then after that, I will
18 see them.
19   Q    And so you see the documentation that the
20 nurse has created, correct?
21   A    Correct.
22   Q    Okay.  Are there any other records that you
23 would have in front of you?
24   A    None at all.
25   Q    Okay.  So you only have the nurse's notes in

Page 44

1  front of you when you're seeing a patient, then?
2    A    Correct.
3    Q    Okay.  Do you know what's contained within a
4  patient's medical file at Stateville?
5    A    Can you repeat your question, please?
6    Q    Yes.  Do you know what's contained in a
7  patient's medical file at Stateville?
8    A    I don't understand still.  Excuse me.
9    Q    In the medical -- have you ever seen a
10 patient's medical file before?
11   A    Which file?
12   Q    A patient's medical file.
13   A    No.  They usually get it from the medical
14 record.  If it's an emergency, they get it from the
15 medical record.  They get the file from the medical
16 record and give it to us.
17   Q    Okay.  But you've seen one before, correct?
18   A    Correct.
19   Q    Okay.  Do you know what's contained inside of
20 that medical file that you've seen before?
21   A    Can you, a little bit, slow down?  Can you
22 repeat your question?
23   Q    Yes.  Do you know what's contained in a
24 patient's medical file?
25   A    What do you mean, "medical file"?  You're

Page 45

1  talking about the paper?
2    Q    Yes.  The paperwork that you see in a
3  patient's -- I'm sorry.  Strike that.  Yes, the
4  paperwork.
5    A    Yes.
6    Q    What paperwork is in there?
7    A    You want the name of the patient, then the
8  vital signs, then whatever problem it is.
9    Q    Okay.  And if there was an x-ray ordered,
10 would x-ray -- x-ray images be in that file?
11   A    Correct.
12   Q    Is there anything else that you didn't mention
13 that would be in a patient's medical file?
14   A    What do you mean, "anything else"?
15   Q    Just anything else you didn't mention?
16   A    Whatever the problem is, you can put it to the
17 medical record.
18   Q    Okay.  Are sick-call request forms kept in a
19 patient's medical files?
20   A    Can you repeat your question?  You said it so
21 fast.  Slow down.
22   Q    I'm sorry.  Are sick-call request forms kept
23 in a patient's file?
24        MR. TENGESDAL:  She asked if -- are sick-call
25   request forms kept in --



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Case: 1:20-cv-00014 Document #: 147-16 Filed: 10/30/23 Page 15 of 30 PageID #:3011
The Deposition of DR. EVARISTO AGUINALDO, taken on January 25, 2021
46..49

Page 46

1   A   Yeah.  They have a sick-call request form.

2   Q   **Okay.  And are progress notes from prior**

3 **encounters in the medical file?**

4   A   I think so.

5   Q   **Okay.  Do you consider it important to be able**

6 **to read the notes from the prior encounters?**

7   A   Can you repeat the question?

8   Q   **Yes.  Do you consider it important to be able**

9 **to read the notes from prior encounters?**

10   A   Sometimes it's related to the first question.

11 If it's related to the -- if it's related to the problem

12 right now, then you have to go back and check for it.

13   Q   **Okay.  So it's important to ensure that**

14 **there's a continuity of care, correct?**

15   A   Correct.

16   Q   **When you're looking at the notes, do you see**

17 **them before you see the patient or while you're seeing**

18 **the patient?**

19   A   What do you mean?  Do I have --

20   Q   **I'm sorry.  Can you continue what you said?**

21   A   Can you repeat the question?

22   Q   **Yes.  So when do you look at the medical file**

23 **or the progress notes, while you're with the patient or**

24 **before the patient has stepped in the room with you?**

25   A   It depends.  Just, like, in an emergency right

Page 47

1 now, you have to do it right away, but it's just, like,

2 a scheduled visit, then you have to read the record.

3 Then whatever the problem -- the presenting problem

4 right now, when you see them.

5   Q   **Okay.  So in 2017, when you were working in**

6 **the emergency care unit, you would have seen the medical**

7 **records while you're talking with the patient, correct?**

8   A   Yes.

9   Q   **Okay.  Do you ever read medical records from**

10 **outside medical care providers?**

11   A   No.

12   Q   **Okay.  I want to talk to you a little bit**

13 **about the x-rays.  How are x-rays ordered at Stateville?**

14   A   Can you repeat the question?

15   Q   **Yes.  How are x-rays ordered at Stateville?**

16   A   What do you mean, "ordered"?  Like, order of

17 lab, or what kind of order?  It just depends what kind

18 of order.

19   Q   **I mean, who orders x-rays?**

20   A   I can order x-rays if it's related to the

21 problem.

22   Q   **Okay.  So you could order an x-ray as a staff**

23 **physician, correct?**

24   A   Correct.

25   Q   **Can anyone else order x-rays?**

Page 48

1   A   I think, right now, nurse practitioner can

2 order x-rays.  Physician's assistant can order x-rays.

3   Q   **Okay.  So multiple people can order x-rays,**

4 **not only the staff physician who sees a patient,**

5 **correct?**

6   A   Correct.

7   Q   **Okay.  When do you order x-rays for patients?**

8   A   When do you consider x-ray to the patient?  If

9 they really needed the x-rays, then we can order the x-

10 rays.

11   Q   **Okay.  And how do you determine if a patient**

12 **"really needs it"?**

13   A   Well, if the -- you have to analyze the

14 problem.  You have to examine the patient.  If it's

15 necessary, then you can order some x-rays.

16   Q   **Okay.  When you say, "examine a patient," can**

17 **you describe the examination process to me?**

18   A   Correct.

19   MR. TENGESDAL:  She wants you to describe it

20 for her, the examination process.

21   A   Can you repeat the question?

22   Q   **Yes.  When you examine a patient for an x-ray,**

23 **how do you examine them?  How is that process done?**

24   A   You have to examine the patient.

25   Q   **Yes.**

Page 49

1   A   You have to determine --

2   Q   **I'm sorry.  I don't mean to interrupt you, but**

3 **how do you do it?  Do you do a physical examination? You**

4 **know, do you -- do you touch them?  What do you do to**

5 **examine a patient for an x-ray?**

6   A   Well, you have to do a physical examination --

7 you have to do a physical examination.  If the physical

8 examination, you find something out, then you can order

9 some x-rays.

10   Q   **Okay.  But how is that done?  Do you touch the**

11 **spot where they tell you there's pain?  How do you, as a**

12 **staff physician, examine --**

13   A   You have to touch the patient to determine

14 whether it's related to the examination -- if they

15 really need an x-ray or not.  You have to examine them.

16   Q   **Okay.  So you agree it would be inappropriate**

17 **to not examine a patient if they're telling you of**

18 **severe pain and that they want an x-ray, correct?**

19   A   Correct.

20   Q   **When do you get the x-ray after you've ordered**

21 **it?**

22   A   Can you repeat the question?

23   Q   **Yes.  When do you get the x-ray after you've**

24 **ordered it?  How much time passes between the moment**

25 **you've ordered it to when you have it in your hands?**

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:20-cv-00014 Document #: 147-16 Filed: 10/30/23 Page 16 of 30 PageID #:3012
The Deposition of DR. EVARISTO AGUINALDO, taken on January 25, 2022

50..53

Page 50

1    A    Well, it depends because we don't do -- okay.
2  We have to -- Stateville recorded -- I stay in
3  Stateville proper, and all x-rays are done in the other
4  side, NRC.  They call it the receiving section.  All the
5  x-rays are done at NRC.  Now, it depends on NRC because
6  you know, NRC is the receiving section.  They see a lot
7  of patients over there.
8    Q    Okay.  So it just depends on the backup in the
9  NRC then, correct?
10   A    Correct.
11   Q    Okay.  And when you order an x-ray and it gets
12 sent to the NRC, what happens next?
13   A    What happens next is that you have to see
14 them.  You have to seen them when the x-ray itself is
15 finished.
16   Q    Okay.  And do you schedule a follow-up
17 appointment with that patient to go over the x-ray
18 results?
19   A    Correct.
20   Q    Okay.  And do you diagnose based on the x-ray?
21   A    It's the radiologist that will diagnose with
22 the results.  They are the expert.
23   Q    Okay.  So the radiologist diagnoses based on
24 the x-ray, and you don't, correct?
25   A    Correct.  The x-ray result, they will diagnose

Page 51

1  it.
2    Q    Okay.  And do you provide follow-up care after
3  reviewing the x-ray with the patient?
4    A    After reviewing the report from the
5  radiologist, then I have to follow-up with the patient.
6    Q    Okay.  And what -- how could you follow up?
7  Could you send that patient to an outside specialist?
8    A    It depends.
9    Q    Okay.  But is it possible?
10   A    It's possible.
11   Q    Okay.  Do you conduct a physical examination
12 of every patient that you see who presents a medical
13 complaint?
14   A    Yes.
15   Q    Okay.  So are there any circumstances where
16 you would not perform a physical examination on a
17 patient presenting a medical complaint?
18   A    None.
19   Q    How do you document your encounter with
20 patients?
21   A    You write down a progress note.  You have to
22 document everything, whatever they say.
23   Q    Okay.  So the progress notes contain
24 everything that's said between you and the patient from
25 that encounter, correct?

Page 52

1    A    Correct.  Whatever they say.
2    Q    Okay.  Is it important to include any
3  objective findings that you make during the physical
4  examination or observation of the patient?
5    A    Yes.
6    Q    Okay.  Why is that important?
7    A    You have to document whatever the objective
8  findings.  You can report it to the patient.  You have
9  to report it to the progress note.
10   Q    But why is it important to do that?
11   A    That's very important, so you know what's
12 going on, so you can diagnose, so you can order
13 something.
14   Q    Okay.  And would you agree with me that you
15 cannot remember everything, so the documentation
16 encapsulates what happened, right?
17   A    Correct.
18   Q    And would you agree that it's important to
19 write legibly?
20   A    Yes, ma'am.  Sorry.
21   Q    No, it's okay.
22   A    I'm sorry.  I'm trying my best, okay?  I've
23 been working on that since years and years ago.  I
24 understand.
25   Q    No problem.  When you encounter a patient

Page 53

1  face-to-face, how do you decide whether or not to
2  schedule a follow-up appointment to see the patient
3  again?
4    A    Whenever I see a patient, I always tell them
5  to come back if you don't feel any much better, or
6  whenever there's a lab result, I always tell them to
7  come back.  I always put it in my progress notes that
8  they will come back and share with me.
9    Q    Okay.  So nurses can verify that then,
10 correct?
11   A    Correct.
12   Q    Okay.  Without focusing on any particular
13 case, can you tell me generally when the standard of
14 care requires scheduling an appointment for a follow-up
15 and when there's not a follow-up required?
16   A    For me, I always tell them to come back for
17 follow-up, whether they have x-ray, or whether they have
18 any complaint.  I just want to be sure that they're
19 okay.
20   Q    Okay.  How do you note your decision to
21 schedule a patient for the follow-up?  Is it in the
22 progress note?
23   A    Yes, ma'am.  It's in the progress note.
24   Q    Okay.  How does your staff keep track of what
25 follow-up appointments have been requested and when



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Case: 1:20-cv-00014 Document #: 147-16 Filed: 10/30/23 Page 17 of 30 PageID #:3013
The Deposition of EVARISTO AGUINALDO, taken on January 25, 2022

54..57

Page 54

1  they're scheduled, if you know?
2      A   I think they usually schedule it.  They
3  usually -- the nurses will do the scheduling for
4  follow-up, whatever you write in the progress note.
5      Q   Okay.  So the nurses will write in the
6  progress note that that's a schedule-up -- a follow-up
7  appointment scheduled, then?
8      A   Correct.
9      Q   Okay.  And is there, like, a calendar that is
10 maintained with the follow-up appointments or
11 scheduling?
12     A   Can you repeat the question?
13     Q   Yes.  Is there a calendar that's maintained
14 with the schedule for follow-up appointments?
15     A   Sometimes.
16     Q   Is it, like, a printed calendar, or an
17 electronic calendar?
18     MR. TENGESDAL:  We only heard "printed."  Could
19 you repeat it?  We didn't -- can you repeat it?  It
20 broke up, the last part of the --
21     MS. AGUILAR:  Sure.  Sorry about that.
22 BY MS. AGUILAR:
23     Q   Is it a printed or electronic calendar?
24     THE WITNESS:  Wait.  Can you -- can you give me
25 a break, please?  My eyes.

Page 55

1      MS. AGUILAR:  That's okay.  We can take a
2  break.
3      THE WITNESS:  I've been doing like that
4  (indicating) for you.
5      MR. TENGESDAL:  It's fine.  We'll take -- we'll
6  take -- is ten minutes okay?
7      MS. AGUILAR:  That's fine.
8      THE WITNESS:  All right, then.
9      VIDEOGRAPHER:  We are off the record at
10 10:20 a.m.
11     (OFF THE RECORD)
12     VIDEOGRAPHER:  We are back on the record for
13 the deposition of Evaristo Aguinaldo, being
14 conducted by videoconference.  My name is Leah
15 Sharp.  Today is the 25th day of January, 2022, and
16 the time is 10:31 a.m. Central Standard Time.
17 BY MS. AGUILAR:
18     Q   Thank you.  Hi, again, Dr. Aguinaldo.
19     A   I just feel cold.
20     Q   I know.  I see you have your coat on.
21     A   I know.
22     Q   I want to talk to you again about the policies
23 and practices of Wexford.  I know you stated you came
24 back -- you started at 2001 or 2002, right?
25     A   Correct.

Page 56

1      MR. TENGESDAL:  I think you froze.
2      MS. AGUILAR:  Oh, can you see me?
3      MR. TENGESDAL:  Now, I can see you.
4      MS. AGUILAR:  Sorry about that.
5      MR. TENGESDAL:  Your screen froze.
6      MS. AGUILAR:  Sorry about that.
7  BY MS. AGUILAR:
8      Q   Dr. Aguinaldo, did you hear the question I
9  asked, or should I repeat it?
10     A   Oh, I can hear.  You said --
11     MR. TENGESDAL:  Let her repeat the question
12 because she froze.  We didn't hear it.
13     A   Can you repeat the question again?
14     Q   Yes.  So I believe you stated you started at
15 Wexford in 2001 or 2002, correct?
16     A   Correct.
17     Q   And you also stated that there is some ongoing
18 training regarding Wexford's policies and practices,
19 right?
20     A   Yes.
21     Q   Okay.  So you're familiar with the policies
22 and practices of Wexford Health Services?
23     A   Can you repeat the question?
24     Q   Yes.  So you're familiar with Wexford's
25 policies and practices, correct?

Page 57

1      A   Correct.
2      Q   Okay.  And you're familiar with the
3  expectations of staff physicians who work for Wexford
4  Health Services?
5      A   Correct.
6      Q   Okay.  And just to clarify, are you having any
7  difficulty hearing my questions because of a language
8  barrier, or is there anything that I can do to make it
9  easier for you?  Just because I am repeating a lot of
10 questions, and it is taking into a lot of my time.
11     A   That's okay.  I'm good.  When I do like that,
12 you know, my neck.
13     Q   You don't need a translator to make this any
14 easier or anything like that?
15     A   No, it's okay.
16     MR. TENGESDAL:  Well, I mean, if you came out
17 here live, it would probably be -- work easier
18 because he can hear things fine live.  It's just the
19 -- there's an audio problem going on, so unless you
20 can fix the audio or come here live, there's really
21 not much we can do.
22     MS. AGUILAR:  Okay.  I just want to ensure that
23 I'm able to answer all the questions that I have
24 planned because I would say I'm repeating about
25 75 percent of the questions, unfortunately.

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

**502.589.2273 Phone**
**502.584.0119 Fax**
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Case: 1:20-cv-00014 Document #: 147-16 Filed: 10/30/23 Page 18 of 30 PageID #: 3014
The Deposition of DR. EVARISTO AGUINALDO, taken on January 25, 2022
58..61

Page 58

1          MR. TENGESDAL:  Right.  And I'm also concerned
2     because he's having difficulty hearing it, so if he
3     doesn't improve, we may have to reschedule to
4     complete it because I understand your concern.
5     You're trying to ask questions, and it's at least 50
6     -- probably, you're right, 75 percent, he's unable
7     to hear the question, so, you know, we'll give it a
8     few more minutes, but if it continues on, then we're
9     going to have to make a decision here.
10    BY MS. AGUILAR:
11        Q    Okay.  I'm going to try to ask some more
12    questions if that's okay, Dr. Aguinaldo.
13        A    Okay.
14        Q    Okay.  Have you ever heard of a grievance
15    before?
16        A    No.  I've seen grievance before, yes.
17        Q    Okay.  When have you seen them?
18        A    I've seen before, but if they showed it to me,
19    I see it.
20        Q    Yes.  When do you see them?  Does someone --
21    who shows them to you?
22        A    Nobody showed to me any grievance at all.
23        Q    Okay.  So you have seen a grievance before or
24    you've not seen a grievance before?
25        A    Okay.  Let me clarify myself.  I've never seen

Page 59

1     a grievance before.
2         Q    Okay.  Has anyone ever told you of a grievance
3     filed against you?
4         A    No.
5         Q    Okay.  So no one has ever discussed the
6     contents of a grievance with you before?
7         A    Yes.
8         Q    I'm sorry.  That answer confuses me a little
9     bit.  So someone has spoken with you about the contents
10    of a grievance, or someone has not spoken with you about
11    the contents of a grievance report?
12        A    As I said again, I've never seen a grievance
13    before, so I really don't know.
14        Q    I want to talk to you about your
15    communication with the nursing staff.  I know you
16    stated, when a patient would come into the emergency
17    room in 2017, a nurse would talk to the patient, and
18    then you would see the patient after, correct?
19        A    Correct.
20        Q    Okay.  What would the nursing staff
21    communicate with you about the patient before you saw
22    them?
23        A    Whatever they tell it to the nurses, they put
24    into the progress note, and I read the progress note,
25    and at the time, I saw the patient, and then I write --

Page 60

1     I write my own findings.
2         Q    Okay.  So you would write your own findings
3     based on your own assessment as well as the nurse's
4     assessment, correct?
5         A    I just sort of base on my assessment, but I
6     just try -- I tried whatever the nurses there --
7     whatever they wrote in the progress note.
8         Q    Okay.  So essentially, your assessment is a
9     combination of the nurse's assessment and your own then?
10        A    Correct.
11        Q    Okay.  Do nurses tell you regarding patients'
12    subjective complaints?
13        A    Yes, subjective complaint.
14        Q    Okay.  And then you also talk to the patient
15    about their complaints as well?
16        A    Correct.
17        Q    Okay.  I'd like to talk to you generally about
18    the anatomy of the neck and spine.  Generally speaking,
19    what's the importance of the neck?
20        A    Can you repeat your question, please?
21        Q    Yes.  Generally speaking, what's the
22    importance of the neck?
23        A    Well, the importance of the neck is -- what do
24    you mean, "Generally speaking, what is the importance of
25    the neck?"  Do you mean anatomically, or whatever the

Page 61

1     problem of the neck?
2         Q    Anatomically.
3         A    Anatomically, it's related to your body.  If
4     there's something wrong with your neck, then you'll have
5     some kind of problem, like, maybe paralyzed from neck,
6     waist down.
7         Q    Okay.  So is it fair to say that a neck injury
8     could be very serious?
9         A    Yes.
10        Q    Okay.  And generally speaking, what is the
11    anatomical importance of the spine?
12        A    You're talking about the spine of the neck, or
13    are you talking about the spine of the back?
14        Q    The spine of the neck and the back.
15        A    Okay.  That's very important for us because if
16    there's something wrong with that, then as I said,
17    again, you might be paralyzed, even if -- or you cannot
18    walk.
19        Q    Okay.  So you'd agree with me that a spinal
20    injury could be potentially very serious?
21        A    Yes.
22        Q    Okay.  Can you talk to me about best practices
23    when someone comes into the emergency room with a neck
24    injury?
25        A    What do you mean?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    Q   What should a staff physician do when someone
2  presents with a neck injury in the emergency room?
3    A   Well, if they come -- if they come to the --
4  if they have neck injury and they come to the emergency
5  room, we -- we usually, they let them lay down and
6  put something on.
7    Q   You said, "They put something on"?  Is that
8  what you said?  Did I hear that correctly?
9    A   It is a serious neck injury, they would call
10 it neck collar, collar neck.
11   Q   Okay.  So if there's a neck injury, a best
12 practice would be to provide a patient with a neck
13 collar or a neck brace, correct?
14   A   Correct.
15   Q   Okay.  And to have that patient lie down, you
16 said, correct?
17   A   Yes.
18   Q   Okay.  Is there anything else that a staff
19 physician should do when a patient presents with a neck
20 injury to the emergency room?
21      MR. TENGESDAL:  I'm just going to object.  The
22      witness is not an emergency room physician.  It's
23      beyond the scope of his expertise.  Go ahead.  You
24      can answer.
25   A   Could you repeat your question, please?

1  BY MS. AGUILAR:
2    Q   Yes.  Can you talk to me about further best
3  practices when a patient presents in the emergency room
4  of the HCU at Stateville with a neck injury?
5    A   If a serious -- if a patient has a serious
6  neck injury, they usually put them -- there is this
7  board and then the collar.  If it's a serious one, then
8  we have to send it outside, you know.
9    Q   Okay.  And who -- who decides if it's serious
10 or not?
11   A   Well, as I said, again, if they're serious,
12 you can decide it right away that is has to be sent
13 outside.
14   Q   Okay.  So is it fair to say a staff physician
15 makes the determination if a neck injury is serious or
16 not?
17   A   Yes.
18   Q   Okay.  And how does a staff physician
19 determine if a neck injury is serious or not?
20   A   Well, you have to do a physical examination,
21 and you -- from -- basically, in your physical
22 examination, and if you think it's a serious neck
23 injury, then you -- you have to send him outside.
24   Q   Okay.  It's important to do the physical
25 examination to determine if something is wrong, correct?

1    A   Correct.
2    Q   And it's important to do the physical
3  examination to stabilize the patient, correct?
4    A   Correct.
5    Q   Okay.  What are some causes for concern
6  regarding a neck injury?
7    A   If the problem with neck injury is that, if
8  they have serious neck injury, then they might have some
9  serious complication, and that's the reason why you have
10 to send the patient outside.
11   Q   Okay.  Is recent trauma to the neck a cause
12 for concern?
13   A   Can you repeat your question?
14   Q   Yes.  Is recent trauma to the neck a cause for
15 concern?
16   A   Yes.
17   Q   Is pain for multiple days in the neck a cause
18 for concern?
19   A   Well, it depends how -- the severity of the
20 pain.
21   Q   Okay.  If pain is so excessive that a patient
22 cannot hold their head up without using their hands, is
23 that a cause for concern?
24   A   Of course.
25   Q   Is shooting pain in the neck a cause for

1  concern?
2    A   Yes.
3    Q   Should restricted movement in the neck be a
4  cause for concern?
5    A   Yes.
6    Q   Okay.  Is pain similar to electric shocks in
7  the neck a cause for concern?
8    A   Can you repeat your question?
9    Q   Yes.  Is pain similar to electric shocks in
10 the neck a cause for concern?
11   A   Yes, a cause of concern.
12   Q   Okay.  And can you tell me why it's a cause
13 for concern?
14   A   Can you repeat your question, the last one?
15   Q   Yes.  Can you tell me why that's a cause for
16 concern?
17   A   Well, because as I said, again, if there's a
18 serious problem of the neck, then it can cause concern
19 of that.
20   Q   Okay.  So would you agree with me that it
21 could be a cause for concern if there's something more
22 serious going on then what you can physically see,
23 right?
24   A   Yes.
25   Q   Okay.  And that's why it's important to assess

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:20-cv-00014 Document #: 147-16 Filed: 10/30/23 Page 20 of 30 PageID #:3016
The Deposition of DR. EVARISTO AGUINALDO, on January 25, 2016
66..69

Page 66

1  the neck injury and take it seriously, correct?
2      A    Correct.
3      Q    Because if it's serious, you want to make sure
4  that you rule out that possibility, right?
5      A    Correct.
6      Q    And would you agree with me that it's
7  important to do that quickly, as well?
8      A    Well, you have to get an x-ray.
9      Q    Okay.  Why do you have to get the x-ray?
10     A    Well, just to be sure that there's nothing
11 wrong with the cervical spine.  There's nothing wrong
12 with the cervical spine.
13     Q    And how quickly should you order the x-ray?
14     A    Well, we can order it in our area.  We can
15 order the x-rays.
16     Q    And it's important to do so once the patient
17 presents with a neck injury, correct?
18     A    Correct.
19     Q    Okay.  Because if a patient is not assessed in
20 a timely manner, that injury could worsen and become
21 more severe, right?
22     A    I think so.
23     Q    Okay.  What's your -- your -- I'm sorry.
24 Strike that.  What is the purpose of a neck brace or a
25 neck collar?

Page 67

1      A    I think you can -- that's the same, neck brace
2  or a neck collar.  I think the same.
3      Q    Okay.  What's the purpose of one?
4      A    Well, they immobilize the neck.
5      Q    I'm sorry.  I didn't understand that.
6      A    In other words, to --
7           MR. TENGESDAL:  He said to "immobilize the
8  neck."
9      Q    To immobilize the neck?
10          MR. TENGESDAL:  Yes.  That's -- I don't know if
11 you could hear him.  He said, "immobilize the neck."
12     Q    Okay.  And, Doctor, why is it important to
13 immobilize the neck?
14     A    To prevent further damage.
15     Q    Okay.  When should a patient receive a neck
16 brace?
17     A    Can you repeat the question, the last one?
18     Q    Yes.  When should a patient receive a neck
19 brace?
20     A    What do you mean?
21     Q    What neck injury would be appropriate to get a
22 neck brace?
23     A    I don't understand your question.
24     Q    Okay.  I'll rephrase.  Why would a patient
25 need a neck brace?

Page 68

1      A    To determine whether he has some kind of
2  problem with the cervical spine, whether there's a
3  fracture or not.
4      Q    Okay.  I believe you stated, Dr. Aguinaldo,
5  that the neck brace immobilizes the neck, correct?
6      A    Correct.
7      Q    So is it fair to say that a neck brace is
8  preventative care and prevents further injury?
9      A    Correct.
10     Q    Okay.  Do you know what a C3-C4 subluxation
11 is?
12     A    Subluxation means just like -- what do we call
13 -- it's just like misalignment, or, like, spasm of the
14 neck, or the bone is not aligned, or there's some kind
15 of spasm of the neck.  That's subluxation.
16     Q    Are there any risks with a neck subluxation?
17     A    Well, I'm not sure about it because I'm not a
18 neck specialist.
19     Q    Okay.  And since you're not a specialist,
20 you'd refer that person to a specialist to find out and
21 rule out anything serious, correct?
22     A    Correct.
23     Q    That's the proper practice?
24     A    Yes.
25     Q    Okay.  Do you know what is the purpose of the

Page 69

1  C3-C4 bones in the spine?
2      A    What's your question?  Can you repeat your
3  question you said?
4      Q    Yes.  Do you know what the purpose of the C3,
5  C4 bones in the spine, anatomically, are?
6      A    Well, that's the part of the verte -- that's
7  the part of the cervical column, the cervical vertebrae.
8      Q    Okay.  And what is its purpose, or what is its
9  function?
10     A    It's function is to prevent your neck -- so
11 it's just like -- the purpose of the thing, the cervical
12 spine is just so you can move your neck from side to
13 side.
14     Q    Okay.  Do you know what a perched facet is?
15     A    What's your question?
16     Q    Do you know what a perched facet is?
17          MR. TENGESDAL:  A facet.
18     Q    I'm sorry, a perched facet.  Thank you.
19     A    What?
20     Q    Do you know what -- do you know what a perched
21 facet is?
22          MR. TENGESDAL:  Are you able -- are you able to
23 hear the question, Doctor?
24          THE WITNESS:  No.  I don't understand the
25 question.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckiana22reporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Case: 1:20-cv-00014 Document #: 147-16 Filed: 10/30/23 Page 21 of 30 PageID #:3017
The Deposition of DR. EVARISTO AGUINALDO, taken on January 25, 2022

70..73

Page 70

1    MR. TENGESDAL:  My question is can you hear
2  Isabella's question to you?
3    THE WITNESS:  Yeah.  I can hear the question,
4  but the last one, you know, sometimes it's hard for
5  me to hear.
6    MR. TENGESDAL:  Okay.  Well, that's why I'm
7  asking you if you can hear.
8    THE WITNESS:  I can hear it, but it's hard for
9  me to -- what do you call it -- to understand.
10  That's why some headphones is easier for me to
11  understand.
12    MR. TENGESDAL:  Do you have any headphones with
13  you?
14    THE WITNESS:  No.  I don't have --
15    MR. TENGESDAL:  Let's take a two-minute break.
16  Let me go across the hall and see if they have any
17  headphones so that we could try to fix this problem.
18    THE WITNESS:  It's much easier.  That's why I
19  have --
20    MS. AGUILAR:  And if it doesn't work, Robert, I
21  think we should call it and do it live because this
22  is important.
23    MR. TENGESDAL:  Yeah.  And you can -- this is a
24  nice room here.  What you suggested before, come up
25  to Joliet, to this office, but yeah.  So let me see

Page 71

1  if they have headphones or something.
2    MS. AGUILAR:  Thank you.
3    VIDEOGRAPHER:  All right.  We are off the
4  record at 11:49.
5    (OFF THE RECORD)
6    VIDEOGRAPHER:  We are back on the record at
7  10:53 a.m. for the deposition of Dr. Evaristo
8  Aguinaldo, being conducted by videoconference.  My
9  name is Leah Sharp, and today is the 25th day of
10  January, 2022.
11    MS. AGUILAR:  Thank you.  At this time, I think
12  that all the parties are in agreement that we will
13  be adjourning the deposition of Dr. Aguinaldo via
14  Zoom.  It has become too difficult with
15  technological difficulties to continue this
16  deposition at this time.  We will be reconvening at
17  another date after speaking regarding availability,
18  and so we reserve the rest of the time.  It has been
19  one hour and 13 minutes on record.  I think we will
20  continue at another time in person.
21    MR. TENGESDAL:  For Dr. Aguinaldo, I agree.  I
22  appreciated it.  Thank you, Isabella.
23    MS. LINDEMANN:  Yes.  And defendants Jaburek
24  and Norman are in agreement, as well.
25    VIDEOGRAPHER:  All right.  Thank you.  We are

Page 72

1  off the record at 10:54.
2    (DEPOSITION ADJOURNED AT 10:54 A.M.)

Page 73

CERTIFICATE OF REPORTER

4    I do hereby certify that the witness in the foregoing
5  transcript was taken on the date, and at the time and
6  place set out on the Stipulation page hereof, by me
7  after first being duly sworn to testify the truth, the
8  whole truth, and nothing but the truth; and that the
9  said matter was recorded by me and then reduced to
10  typewritten form under my direction, and constitutes a
11  true record of the transcript as taken, all to the best
12  of my skill and ability. I certify that I am not a
13  relative or employee of either counsel and that I am in
14  no way interested financially, directly or indirectly,
15  in this action.



22  BETHANY BELLOFATTO
23  COURT REPORTER/NOTARY
24  MY COMMISSION EXPIRES: 09/11/2025
25  SUBMITTED ON:  02/03/2022

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Case: 1:20-cv-00014 Document #: 147-16 Filed: 10/30/23 Page 22 of 30 PageID #:3018

**1**

**10:20** 55:10
**10:27** 9:22
**10:31** 55:16
**10:53** 71:7
**10:54** 72:1,2
**11:49** 71:4
**13** 71:19
**15** 20:3,15 40:4, 8,9
**19** 27:3
**1963** 25:13,17
**1967** 25:17
**1971** 25:20 26:1,11
**1975** 25:11 26:2,22 28:9
**1976** 26:10 28:10
**1977** 26:11
**1980** 26:6

**2**

**20** 20:3 27:17 39:21 40:5,9,11
**20-C-0014** 6:18
**2001** 26:6,18, 19 27:4,23,24 28:3 36:6 55:24 56:15
**2002** 26:18 27:4,24 28:3 36:6 55:24 56:15
**2005** 26:19 27:4,6
**2017** 13:12,24 32:4,5,11,12,14 37:15,18,21 40:19,22 41:6,

11 47:5 59:17
**2022** 6:9 9:25 55:15 71:10
**25** 20:3,15
**25th** 6:8 9:24 55:15 71:9

**3**

**30** 6:7

**4**

**4:00** 30:20 31:12

**5**

**50** 58:5
**5:00** 30:19

**6**

**64** 25:13
**67** 25:18

**7**

**71** 25:18 27:3
**75** 25:13 26:1,3 57:25 58:6
**76** 26:4
**77** 26:10
**79** 26:4

**8**

**8:00** 30:19,20 31:12

**9**

**9:23** 6:9
**9:26** 9:19

**A**

**a.m.** 6:9 9:19, 22 55:10,16 71:7 72:2
**ability** 11:15,19 12:1,8
**accurate** 11:15,20 12:1,8
**accused** 22:3, 6,10,16 23:21
**ADJOURNED** 72:2
**adjourning** 71:13
**affect** 11:15, 19,25 12:7
**affected** 38:22 39:2
**affecting** 11:23 12:4
**affirm** 9:5
**affirmative** 11:1
**agree** 49:16 52:14,18 61:19 65:20 66:6 71:21
**agreement** 71:12,24
**Aguilar** 6:22 7:17 9:14,17 10:2,5 19:16,20 23:1,7,19,20 24:14,16,18 25:9 54:21,22 55:1,7,17 56:2, 4,6,7 57:22 58:10 63:1 70:20 71:2,11
**Aguinaldo** 6:11,12,13,15 7:1,13,16 9:23 10:3 24:4,19 55:13,18 56:8 58:12 68:4 71:8,13,21

**ahead** 62:23
**Ahmad** 6:15,23 10:6 12:21 13:4,11,23,24 14:7,11,15,19 15:5,21 16:1 18:16
**aligned** 68:14
**allegations** 38:19
**alleged** 21:21
**allowed** 33:22
**America** 25:10
**American** 26:4,9,11
**amount** 31:10 39:13
**analyze** 48:13
**anatomical** 61:11
**anatomically** 60:25 61:2,3 69:5
**anatomy** 60:18
**answers** 10:24 11:2
**anytime** 43:8
**apologies** 17:9
**apologize** 23:7
**appearance** 6:19
**appearing** 6:23
**apply** 27:14
**appointment** 50:17 53:2,1 54:7
**appointments** 41:4 53:25 54:10,14
**appreciated** 71:22
**area** 66:14

**armed** 28:25
**assess** 33:23 34:1 35:23 65:25
**assessed** 66:19
**assessment** 35:19,24 60:3, 4,5,8,9
**assistant** 7:3 48:2
**assume** 10:20
**asthma** 33:11, 15
**attended** 25:15
**attending** 6:20
**attorney** 7:4 10:6 11:9,10 15:3,12 16:10 17:13,16,17 18:3
**audible** 10:24
**audio** 57:19,20
**August** 13:12, 24
**automatically** 39:10
**availability** 71:17
**average** 40:1
**award** 28:22
**awards** 28:21, 23

**B**

**back** 9:21 42:13 46:12 53:5,7,8,16 55:12,24 61:13, 14 71:6
**backup** 50:8
**ballpark** 40:4
**barrier** 57:8



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

**base** 60:5

**based** 12:25
50:20,23 60:3

**basically**
63:21

**basis** 35:6,10
40:14 42:8 43:8

**began** 33:1

**begin** 9:10
11:5 26:16 28:8

**behalf** 6:23 7:5

**Bellofatto** 6:5

**Bethany** 6:5
10:24

**bit** 9:13 23:5
24:7 44:21
47:12 59:9

**blood** 33:9

**board** 29:15
63:7

**body** 29:9 61:3

**bone** 68:14

**bones** 69:1,5

**bonus** 39:16,
18

**brace** 22:7,11
62:13 66:24
67:1,16,19,22,
25 68:5,7

**break** 54:25
55:2 70:15

**broke** 54:20

**burnt** 27:16

**butcher** 6:14

———————

**C**

**C3** 69:4

**C3-c4** 68:10
69:1

**C4** 69:5

**calendar** 54:9,
13,16,17,23

**call** 28:12
30:11 50:4 62:9
68:12 70:9,21

**called** 28:11

**care** 8:12 15:23
21:13 28:9
33:8,14,17,19
34:7,15,19,25
40:4,17,20
46:14 47:6,10
51:2 53:14 68:8

**case** 6:18
15:15 18:16
21:20 42:12,25
43:1,5 53:13

**cases** 21:25
22:14

**causing** 24:13

**cell** 42:13

**Center** 12:17
26:6,21,22,23
27:2,7

**centers** 27:12

**Central** 6:9
25:18 55:16

**certifications**
28:14,16

**certified** 28:19
29:15

**cervical** 66:11,
12 68:2 69:7,11

**cetera** 31:11

**change** 27:18,
20

**changed** 32:25

**check** 39:6,10,
11 46:12

**Chicago** 6:8,
24 7:6 26:4,5,6

**chronic** 31:4
33:8,14 34:15
35:5 40:3,17,19

**circumstance**
**s** 41:24 42:3
51:15

**clarify** 12:23
15:10 19:16
57:6 58:25

**clear** 10:15

**clinic** 31:4

**coat** 55:20

**cold** 55:19

**collar** 62:10,13
63:7 66:25 67:2

**colleges** 25:15

**column** 69:7

**combination**
60:9

**communicate**
59:21

**communicatio**
**n** 59:15

**complained**
14:3 21:17

**complaint**
24:3 51:13,17
53:18 60:13

**complaints**
22:17 23:22
24:1 35:11,15
60:12,15

**complete** 58:4

**complication**
64:9

**concern** 20:11
58:4 64:5,12,
15,18,23 65:1,
4,7,10,11,13,
16,18,21

**concerned**
20:23 58:1

**condition**
35:18

**conditions**
11:14,18,22

**conduct** 51:11

**conducted**
9:23 55:14 71:8

**confuses** 59:8

**confusion**
10:16

**connection**
21:1

**consideration**
35:4,12

**contained**
44:3,6,19,23

**contents** 15:11
59:6,9,11

**continue** 46:20
71:15,20

**continues**
58:8

**continuity**
46:14

**contract** 27:7,
13

**contractors**
27:5

**convened** 6:10

**conversations**
16:9 38:12

**correct** 10:22
13:5,6,16,20,21
15:6 16:3,23
17:11 18:5,20
19:4,22,23
20:6,7 21:11
25:21,22 26:14,
15 27:12,13
28:6,7 29:3
30:5,6,25
32:10,11 34:4,
5,17,18 38:9,
13,19,20 39:14,
15,25 41:4,5,9
43:20,21 44:2,
17,18 45:11
46:14,15 47:7,
23,24 48:5,6,18
49:18,19 50:9,
10,19,24,25
51:25 52:1,17
53:10,11 54:8
55:25 56:15,16,
25 57:1,5
59:18,19 60:4,
10,16 62:13,14,

16 63:25 64:1,
3,4 66:1,2,5,17,
18 68:5,6,9,21,
22

**correctional**
12:17 26:17,21,
22,23 27:2,7,
12,15

**Corrections**
19:7

**correctly** 62:8

**counsel** 6:21
9:9 19:17

**count** 20:4

**country** 26:1,2

**court** 6:5,6,16
7:20,22 8:1,5,8,
11,16,19 9:1,4,
9

**courtesy** 11:7

**crackle** 22:25
23:5

**created** 43:20

**current** 39:4,5

**cut** 25:2

———————

**D**

**damage** 67:14

**date** 71:17

**day** 6:8 9:24
40:2 55:15 71:9

**day-to-day**
33:4

**days** 30:25
31:7,10 36:3
39:24 64:17

**decide** 53:1
63:12

**decides** 63:9

**decision** 53:20
58:9

**decreased**
39:14



**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**defendants**
7:5 71:23

**demoted** 29:21

**Department**
19:7

**depends** 40:9,
10,12 46:25
47:17 50:1,5,8
51:8 64:19

**deposed** 10:7
18:12 19:24
20:2,5 21:1,8,
24

**deposition**
6:11 9:22 14:23
15:2,14 16:9,
10,13,16,19,22,
25 19:18 21:4,
14,16 55:13
71:7,13,16 72:2

**depositions**
20:11,15,21,22

**describe**
48:17,19

**determination**
63:15

**determine**
34:9 48:11
49:1,13 63:19,
25 68:1

**diabetes** 33:9,
15

**diagnose**
33:16,18,23
50:20,21,25
52:12

**diagnoses**
50:23

**difficult** 10:25
71:14

**difficulties**
71:15

**difficulty** 14:7
25:5 57:7 58:2

**DIRECT** 10:1

**director** 31:16
32:2,9 34:15,

17,21,24 35:3,7
37:12,13,15,17,
22

**discipline**
29:24

**disciplined**
29:8

**discussed**
15:12,15 16:6
18:19,22 19:10,
21 59:5

**discussions**
38:14

**distance** 24:12

**district** 6:16,17
26:7

**Division** 6:17

**doctor** 7:2,7,22
8:2,20 31:16
32:2,9 33:19
41:16,22 42:5,
10,18 43:5
67:12 69:23

**doctors** 31:22

**document**
15:18,19,22,24
51:19,22 52:7

**documentatio
n** 43:19 52:15

**documents**
13:1 14:25
15:1,17 43:14

**Drive** 6:7

**duties** 32:24
33:5,22 37:5,7

---

**E**

---

**easier** 57:9,14,
17 70:10,18

**Eastern** 6:17

**electric** 14:20
65:6,9

**electronic**
54:17,23

**emergency**
35:6,9 40:25
41:1 42:8,24,25
43:1,2,5,6,8
44:14 46:25
47:6 59:16
61:23 62:2,4,
20,22 63:3

**emphasize**
23:12

**employee**
30:14 39:2

**employer**
12:18 32:16,22,
23

**encapsulates**
52:16

**encounter**
41:15 43:10
51:19,25 52:25

**encounters**
46:3,6,9

**Englewood**
26:7

**ensure** 37:22
46:13 57:22

**ER** 41:14

**essentially**
60:8

**et al** 6:15

**Evaristo** 6:11,
15 7:1,12 9:22
55:13 71:7

**examination**
10:1 48:17,20
49:3,6,7,8,14
51:11,16 52:4
63:20,22,25
64:3

**examinations**
29:19

**examine** 22:4
33:24 34:1
35:23 48:14,16,
22,23,24 49:5,
12,15,17

**excellent** 23:9

**excessive**
64:21

**Excuse** 28:15
44:8

**exhibited**
14:11

**expectations**
57:3

**experienced**
13:11,24 14:19

**experiencing**
13:15,16 14:15
22:7,11

**expert** 20:8
50:22

**expertise**
62:23

**express** 24:6

**eyes** 54:25

---

**F**

---

**face-to-face**
41:7,12,14
43:13 53:1

**facet** 69:14,16,
17,18,21

**fact** 7:15

**failed** 29:18

**failing** 22:3,6,
10,16 23:21

**failure** 21:17,
21

**fair** 10:21 19:21
20:5 42:9 61:7
63:14 68:7

**familiar** 10:9,
12 56:21,24
57:2

**family** 28:13

**fast** 8:4 12:12
22:20 24:7
45:21

**feel** 53:5 55:19

**field** 28:9 29:15

**file** 44:4,7,10,
11,12,15,20,24,
25 45:10,13,23
46:3,22

**filed** 59:3

**files** 45:19

**find** 49:8 68:20

**findings** 52:3,8
60:1,2

**fine** 8:18 23:3,
10 55:5,7 57:18

**finish** 11:5

**finished** 50:15

**fired** 29:21

**fix** 57:20 70:17

**focusing** 53:12

**follow** 35:14,
16,18 51:6

**follow-up**
50:16 51:2,5
53:2,14,15,17,
21,25 54:4,6,
10,14

**forces** 28:25

**form** 46:1

**forms** 45:18,
22,25

**fracture** 68:3

**Friday** 30:19

**front** 43:23
44:1

**froze** 56:1,5,12

**fulfilling** 37:23

**full** 7:8,10

**full-time** 30:7,
14,18

**function** 69:9,
10



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**G**

general 7:4
26:12,14 28:10,
12

generally
53:13 60:17,18,
21,24 61:10

give 9:5 11:6
20:14 34:2,3
35:25 37:1 43:4
44:16 54:24
58:7

good 10:3,4
24:3,16 57:11

graduate
25:12

graduation
25:14,23

grew 25:7

grievance
58:14,16,22,23,
24 59:1,2,6,10,
11,12

grow 24:4,19,
22,25

**H**

half 23:2

hall 70:16

hand 7:23 8:2
9:2

hands 49:25
64:22

happen 42:7

happened
52:16

happening
38:12

hard 23:6 70:4,
8

HCU 13:12,23
31:18 41:22
42:4 63:4

head 14:8
64:22

headphone
8:7,9

headphones
8:14 70:10,12,
17 71:1

Health 12:19
56:22 57:4

healthcare
40:25 41:1,2,4

hear 8:8,10,18,
20 23:6,9,10,11
24:24 56:8,10,
12 57:18 58:7
62:8 67:11
69:23 70:1,3,5,
7,8

heard 54:18
58:14

hearing 25:6
57:7 58:2

heart 33:9,15

Henshie 37:14

high 25:12,14
33:9

higher 34:7,19

hired 28:3,4
30:5 36:5,6,7

hold 64:22

honest 39:9

hospital 26:5,
9,11 27:11

hour 17:3,4,5
71:19

hours 17:5
31:10

hypertension
33:15

**I**

Illinois 6:8,17,
24 7:1,4,6 19:7
29:3,7,10,13

images 45:10

Immediately
25:23

immobilize
67:4,7,9,11,13

immobilizes
68:5

Impana 26:21
27:2

importance
60:19,22,23,24
61:11

important
46:5,8,13 52:2,
6,10,11,18
61:15 63:24
64:2 65:25
66:7,16 67:12
70:22

improve 58:3

inappropriate
49:16

include 52:2

increased
39:14

independent
12:20,24 13:3,
4,9,22 14:2,6,
10,14,18 38:11

indicating
55:4

information
15:12

injury 61:7,20,
24 62:2,4,9,11,
20 63:4,6,15,
19,23 64:6,7,8
66:1,17,20
67:21 68:8

inside 44:19

instance 42:7

internship
26:10

interrupt 11:6
33:12 49:2

involving
29:22,25

Isabella 6:22
9:11 10:5 71:22

Isabella's 70:2

issue 40:15

**J**

Jaburek 7:5
16:15 71:23

January 6:9
9:25 55:15
71:10

job 27:14 28:2
29:22,25 32:24
37:23

Joliet 7:1 70:25

Junior 7:13

**K**

keeping 14:7

Kentuckiana
6:6

kind 22:24 25:1
35:24 40:12
42:8 47:17 61:5
68:1,14

knew 6:13

knowledge
22:1 37:22

Kristin 7:3

**L**

lab 47:17 53:6

laboratory
36:2

lady 9:12

language 57:7

lawsuit 17:19
18:4,7,9,20,23,
25 19:4,8,10,
18,22

lawsuits
38:15,19

lawyer 15:16,
17 16:25 18:2

lay 62:5

Leah 6:4 9:24
55:14 71:9

lean 24:11

learn 17:18

legibly 52:19

length 35:4

letter 17:20,22,
25 18:3

level 34:7,19

licensed 29:2,
5

lie 62:15

Lindemann
7:3,19 71:23

lines 33:25

listen 22:17
23:22 24:1,2
35:22

listener 24:3

live 57:17,18,
20 70:21

located 6:7

location 6:20

long 17:2 28:1
36:9 40:6

longer 40:10

looked 15:1
16:4

lot 20:6 50:6
57:9,10

loud 8:16 22:24

louder 23:13

**M**

maintained
54:10,13



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

**majority** 20:20, 22

**make** 10:14 35:23,24 52:3 57:8,13 58:9 66:3

**makes** 63:15

**Manila** 25:16, 17,18

**manner** 66:20

**matter** 6:14

**MD** 25:20

**means** 68:12

**medical** 15:23 16:2,3 25:17,24 26:6 29:18 31:16 32:2,9,15 34:14,17,20,24 35:2,7 37:12, 13,15,17,21 44:4,7,9,10,12, 13,15,20,24,25 45:13,17,19 46:3,22 47:6,9, 10 51:12,17

**medication** 34:2,4 35:25 36:1

**medications** 11:25 12:4

**medicine** 29:2, 5,9,16,22,25

**meet** 16:24 17:8

**meetings** 17:2, 13,16

**member** 38:15

**members** 37:3

**memory** 11:23 12:5,20,24 13:1,4

**Menard** 26:22, 25 27:2

**needed** 39:22 48:9

**mention** 45:12, 15

**mentioned** 16:22 20:19

**microphone** 24:12

**minute** 25:13

**minutes** 40:9, 11 55:6 58:8 71:19

**misalignment** 68:13

**moment** 49:24

**Monday** 30:19 31:12

**money** 39:13

**morning** 10:3, 4 16:6,7

**move** 69:12

**movement** 65:3

**multiple** 48:3 64:17

―――――――

**N**

**names** 21:10, 12

**neck** 13:25 14:4,12,16 22:7,8,11,12 57:12 60:18,19, 22,23,25 61:1, 4,5,7,12,14,23 62:2,4,9,10,11, 12,13,19 63:4, 6,15,19,22 64:6,7,8,11,14, 17,25 65:3,7, 10,18 66:1,17, 24,25 67:1,2,4, 8,9,11,13,15, 18,21,22,25 68:5,7,14,15, 16,18 69:10,12

**nice** 70:24

**noise** 22:25

**non-verbal** 11:1

**Norman** 7:5 16:18 71:24

**Northern** 6:17

**Norwegian** 26:4,9,11,13

**note** 15:23 51:21 52:9 53:20,22,23 54:4,6 59:24 60:7

**notes** 37:20 43:25 46:2,6,9, 16,23 51:23 53:7

**NRC** 50:4,5,6,9, 12

**number** 6:18

**numbers** 20:18 21:23

**nurse** 41:15, 17,18,22 42:4, 10,20,22 43:4, 7,16,20 48:1 59:17

**nurse's** 43:25 60:3,9

**nurses** 31:17, 19,22 32:10 53:9 54:3,5 59:23 60:6,11

**nurses-wise** 32:3

**nursing** 59:15, 20

―――――――

**O**

**Obaisi** 19:11 37:16,21,22 38:7

**Obaisi's** 37:18

**object** 11:9 62:21

**Objection** 19:14 32:18

**objective** 52:3, 7

**observation** 52:4

**observe** 13:20

**observed** 13:19

**occur** 41:25

**office** 70:25

**offsite** 35:12

**ongoing** 36:15,21 56:17

**online** 6:4

**order** 36:2 47:16,17,18,20, 22,25 48:2,3,7, 8,9,15 49:8 50:11 52:12 66:13,14,15

**ordered** 45:9 47:13,15,16 49:20,24,25

**orders** 47:19

**out-care** 34:24

**outpatient** 34:21

**overnights** 30:21

**oversees** 29:9

―――――――

**P**

**paid** 39:7,13

**pain** 13:24 14:3 22:8,12 49:11, 18 64:17,20,21, 25 65:6,9

**pains** 14:16

**paper** 45:1

**paperwork** 45:2,4,6

**paralyzed** 61:5,17

**part** 54:20 69:6, 7

**part-** 30:10

**part-time** 30:13,24 33:2 38:21 39:1

**part-timer** 31:3

**parties** 7:14 71:12

**passes** 49:24

**patient** 21:8, 17,22 22:4,7,11 23:25 34:6,9, 19,20,23 35:3, 12,17 40:8 41:6,11,19,21 42:3,18 43:11, 13,15 44:1 45:7 46:17,18,23,24 47:7 48:4,8,11, 14,16,22,24 49:5,13,17 50:17 51:3,5,7, 12,17,24 52:4, 8,25 53:2,4,21 59:16,17,18,21, 25 60:14 62:12, 15,19 63:3,5 64:3,10,21 66:16,19 67:15, 18,24

**patient's** 22:17 23:22 35:11,14 44:4,7,10,12,24 45:3,13,19,23

**patients** 20:11, 16,23 21:2,5,12 33:16,24 40:1, 6,13,16,24 41:2 48:7 50:7 51:20

**patients'** 60:11

**pending** 6:16

**people** 31:4 33:9,14 48:3

**percent** 57:25 58:6

**perched** 69:14, 16,18,20



**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

perform 35:19 51:16

performance 38:2,4,8

person 68:20 71:20

personally 13:19

pertain 43:14

Philippines 25:7,19

phonetic 37:14

physical 49:3, 6,7 51:11,16 52:3 63:20,21, 24 64:2

physically 35:24 65:22

physician 28:4,5 30:4 33:1,5,17 34:25 38:2,5,8 40:23 47:23 48:4 49:12 62:1,19, 22 63:14,18

Physician's 48:2

physicians 31:14 32:15 57:3

pick 31:6

places 27:6

plaintiff 6:23 10:6 18:16

plaintiff's 6:21

planned 57:24

point 24:5,20

policies 36:8, 10,24 37:1 55:22 56:18,21, 25

policy 36:13

Poole 6:15,23 10:6 12:21 13:4,11,23,24

14:7,11,15,19 15:5,21 16:1 18:17 31:24

popping 14:11

possibility 66:4

potentially 61:20

practice 26:3, 5,12,14 27:17 28:12,13 29:2, 5,9,22,25 33:20,21 35:20, 21 62:12 68:23

practices 36:25 55:23 56:18,22,25 61:22 63:3

practicing 26:14

practitioner 48:1

pre-scheduled 42:24

prepare 14:23 15:1,13 16:25

prescheduled 41:3

prescribe 34:4 36:1

present 17:12, 15 26:22 27:8 40:15 42:4

presented 41:3

presenting 41:9 47:3 51:17

presents 51:12 62:2,19 63:3 66:17

prevent 67:14 69:10

preventative 68:8

prevents 68:8

primary 28:9 33:16,19 34:25

printed 54:16, 18,23

prior 46:2,6,9

prison 21:5 26:25

prisons 26:20

private 26:2,5 27:17

privileged 15:12

PRN 30:11

problem 18:14 31:4 33:9,15 34:11 35:22,23 40:12 45:8,16 46:11 47:3,21 48:14 52:25 57:19 61:1,5 64:7 65:18 68:2 70:17

procedures 36:8,11

PROCEEDINGS 6:1

process 48:17, 20,23

progress 46:2, 23 51:21,23 52:9 53:7,22,23 54:4,6 59:24 60:7

promptly 21:18,21

proper 50:3 68:23

protocol 36:13

provide 11:15, 19 12:1,8 22:7, 11 37:2 51:2 62:12

providers 47:10

pull 20:18

purpose 66:24 67:3 68:25 69:4,8,11

put 45:16 53:7 59:23 62:6,7 63:6

---

Q

question 10:11,18,21 11:5,12,17 12:12,15 17:14, 24 18:21 22:9, 19 24:5 28:17 30:17 31:8 32:7 36:18 37:6,25 38:23 41:10 42:1,2 44:5,22 45:20 46:7,10, 21 47:14 48:21 49:22 54:12 56:8,11,13,23 58:7 60:20 62:25 64:13 65:8,14 67:17, 23 69:2,3,15, 23,25 70:1,2,3

questions 10:17 11:10 21:13 23:3 24:11 39:12 43:17 57:7,10, 23,25 58:5,12

quickly 66:7, 13

---

R

radiologist 50:21,23 51:5

raise 7:22 8:1 9:1,12

raised 23:4

range 20:14

ranges 40:3

rays 48:10

read 46:6,9 47:2,9 59:24

purpose 66:24 (see left)

ready 27:16

reason 29:12, 22 30:1 64:9

recall 13:7,14, 18 20:13 21:8, 9,10,12,23 22:2,14 37:4 38:6

receive 36:10, 15,19,21 67:15, 18

received 25:20 28:21 29:24 39:16

receiving 50:4, 6

recent 64:11, 14

recollection 12:24 13:4,10, 22 14:2,6,10, 14,18 38:12

reconvening 71:16

record 6:4 7:8, 11 9:16,18,20, 21 11:1 16:1,3 44:14,15,16 45:17 47:2 55:9,11,12 71:4,5,6,19 72:1

recorded 50:2

records 16:2 43:14,22 47:7,9

recurring 34:11 36:16

refer 21:18 34:6,20 35:3 68:20

referred 34:10, 16 43:11

referring 18:16 35:12

regulatory 29:9



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**related** 46:10, 11 47:20 49:14 61:3

**remember** 12:25 15:22 20:13 36:7 52:15

**repeat** 10:11, 17 11:17 12:12 17:14,24 18:21 22:9,19 24:5 28:18 30:17 31:8 36:17 37:6,25 38:23 41:10 42:1 44:5,22 45:20 46:7,21 47:14 48:21 49:22 54:12,19 56:9, 11,13,23 60:20 62:25 64:13 65:8,14 67:17 69:2

**repeating** 57:9,24

**rephrase** 38:1 67:24

**report** 15:24 34:14 51:4 52:8,9 59:11

**reporter** 6:6 7:21,22 8:1,5,8, 11,16,19 9:1,4, 9

**Reporters** 6:7

**representing** 6:6

**request** 45:18, 22,25 46:1

**requested** 53:25

**required** 53:15

**requires** 53:14

**reschedule** 42:20 58:3

**reserve** 71:18

**residency** 26:9,12 28:10

**resolve** 34:12

**Resources** 12:19

**responsibilities** 32:25 33:4 37:18,19,24

**rest** 71:18

**restricted** 65:3

**result** 50:25 53:6

**resulted** 21:25

**results** 50:18, 22

**retained** 20:8

**retired** 30:10

**review** 38:1

**reviewing** 51:3,4

**reviews** 38:2

**risks** 68:16

**Robert** 6:25 70:20

**role** 30:7,24

**room** 40:25 41:1 42:24 46:24 59:17 61:23 62:2,5, 20,22 63:3 70:24

**rotating** 26:10

**rule** 66:4 68:21

**rules** 10:10,12

---

**S**

**salary** 38:22 39:2,4,5

**Santo** 25:17

**sat** 20:22 21:16

**satisfactorily** 37:23

**schedule** 30:16,18 31:6,9

40:16 42:23 43:4 50:16 53:2,21 54:2,14

**schedule-up** 54:6

**scheduled** 40:13,17 43:7 47:2 54:1,7

**scheduling** 43:7 53:14 54:3,11

**school** 25:12, 14,18,24

**scope** 33:20 62:23

**screen** 56:5

**section** 50:4,6

**sees** 48:4

**send** 17:20 35:7,9 51:7 63:8,23 64:10

**sends** 27:11

**sensations** 14:20

**serve** 28:25

**Services** 56:22 57:4

**setting** 26:17 27:15,19

**settlement** 22:1

**severe** 13:24 49:18 66:21

**severity** 64:19

**share** 53:8

**Sharp** 6:4 9:24 55:15 71:9

**shift** 31:21

**shocks** 14:20 65:6,9

**shooting** 14:16 64:25

**show** 15:17,19

**showed** 15:3, 20 58:18,22

**shows** 58:21

**sic** 9:22

**sick-call** 45:18,22,24 46:1

**side** 50:4 69:12,13

**signs** 13:10,18, 19 43:16 45:8

**similar** 14:20 65:6,9

**sit** 12:21 13:10 21:4

**slow** 22:21 24:7 37:6 38:25 44:21 45:21

**slowly** 8:3 12:13 18:10 23:17 28:18 36:20

**solemnly** 9:4

**sort** 28:23 60:5

**sounds** 14:11

**South** 6:7

**spasm** 68:13, 15

**speak** 8:3,4,20 12:13 16:9 18:10 23:13,17 28:18

**speakers** 8:15

**speaking** 60:18,21,24 61:10 71:17

**special** 28:14, 16

**specialist** 21:18 34:7,10 35:3 51:7 68:18,19,20

**specially** 28:19

**specifically** 11:11

**Speculation** 32:18

**spinal** 61:19

**spine** 14:16 60:18 61:11,12, 13,14 66:11,12 68:2 69:1,5,12

**spoken** 19:17 59:9,10

**spot** 49:11

**stabilize** 64:3

**staff** 28:4,5 30:3,4 31:13 32:16 33:1,5 37:3 38:2,5,8, 15 40:22 47:22 48:4 49:12 53:24 57:3 59:15,20 62:1, 18 63:14,18

**stand** 8:22

**standard** 6:10 53:13 55:16

**started** 27:22 55:24 56:14

**starting** 6:21

**state** 6:19 7:4, 8,10 29:3,6,10, 13 32:22

**stated** 18:19 19:24 20:15 26:24 27:1,22 30:3,25 32:8 34:16 35:5 36:6 37:21 38:21 39:1 55:23 56:14,17 59:16 68:4

**States** 6:16 25:25

**Stateville** 12:17 13:12 20:12,17,24,25 26:20,23,25 27:3,8 31:14,18 33:1,5,19 38:5



**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

39:23 44:4,7
47:13,15 50:2,3
63:4

**stay** 50:2

**stepped** 46:24

**stipulate** 7:15

**strike** 15:1
17:9 18:22
20:21 43:12
45:3 66:24

**subjective**
60:12,13

**subluxation**
68:10,12,15,16

**sue** 18:13

**sued** 21:21,24
23:24

**suggested**
70:24

**summary**
15:23

**supervise**
37:9,10

**supervisor**
37:11

**supervisors**
38:18

**supervisory**
37:5,7

**suspended**
29:12

**swear** 7:21 9:4

**sworn** 8:12

**symptoms**
13:11,15 22:18
23:22 35:5,18

---

**T**

---

**taking** 10:24
57:10

**talk** 16:8,12,15,
18,21 35:8 36:4
38:4 41:22
47:12 55:22

59:14,17 60:14,
17 61:22 63:2

**talked** 15:8
18:25 19:3,6
35:2 38:7

**talking** 12:25
22:24 32:5,19
33:6 34:15 45:1
47:7 61:12,13

**tech** 9:12

**technician** 6:5

**technological**
71:15

**telling** 23:23
49:17

**tells** 11:11

**ten** 40:8,9,11
55:6

**Tengesdal**
6:25 7:18 8:11,
14,18,23 9:11
12:16 17:7
19:14,19 22:22
23:2,9,15
24:10,15,24
25:5 31:23 32:1
45:24 48:19
54:18 55:5
56:1,3,5,11
57:16 58:1
62:21 67:7,10
69:17,22 70:1,
6,12,15,23
71:21

**TENGESGAL**
32:18

**test** 36:3

**testimony** 9:5
11:16,20 12:1,8

**thing** 15:7
23:12 27:25
39:11 69:11

**things** 11:1
15:7 33:24
57:18

**thought** 42:23

**time** 6:9,10

16:4 22:13
23:14 27:4,8
28:11 30:11
31:24 32:7,25
34:13 36:9,12,
13,14 41:5
42:17,25 43:2
49:24 55:16
57:10 59:25
71:11,16,18,20

**timely** 66:20

**times** 16:24
20:2,19 21:20,
24 23:24 34:13

**Tina** 16:12
19:13

**title** 28:2

**today** 6:6,8
9:24 11:14,18,
20,23 12:2,9,21
13:10 14:23
16:19,22 17:1,
4,9 18:12 33:2
55:15 71:9

**today's** 14:23
15:13 16:25

**told** 14:15,19
23:25 59:2

**Tomaras**
16:12 19:13

**Tomas** 25:17

**tomorrow**
17:4,7,8

**tone** 23:7

**total** 17:5

**touch** 49:4,10,
13

**track** 53:24

**training** 26:3,8
36:5,10,15,16,
21,22,23,24
37:2 56:18

**transfer** 15:23

**transferred**
27:5

**translator**

57:13

**trauma** 64:11,
14

**treat** 21:22

**treated** 20:12,
23 21:2,5

**treatment**
31:24 36:13

**truth** 9:6,7

**truthful** 11:15,
19 12:1,8

**Tuesday** 31:12

**turned** 8:16

**two-day** 31:9

**two-minute**
70:15

**typically** 31:2

---

**U**

---

**unable** 58:6

**understand**
7:24 8:6 10:15
18:10,24 23:16,
19,23 28:17
36:17 43:3,10
44:8 52:24 58:4
67:5,23 69:24
70:9,11

**understanding**
18:6,11,13

**understood**
10:20

**unit** 40:25 41:1,
2,14 47:6

**United** 6:16

**universities**
25:15

**University**
25:16,18

---

**V**

---

**verbal** 10:24

**verify** 53:9

**versus** 6:15

**verte** 69:6

**vertebrae** 69:7

**video** 8:24

**videoconferen
ce** 6:10 9:23
55:14 71:8

**VIDEOOGRAP
HER** 6:3 7:14

**visit** 47:2

**visits** 42:24

**vital** 43:16 45:8

**voice** 23:4,14

**volume** 8:16
9:13

---

**W**

---

**Wacker** 6:7

**waist** 61:6

**Wait** 25:13
54:24

**walk** 61:18

**wanted** 27:20

**week** 30:12,25
39:24

**weekends**
30:22

**weird** 22:25

**Wentworth**
26:6

**Wexford** 12:19
18:2,20,23 19:4
27:7,10,13,23
30:4 31:14
32:16,23 36:5
37:3 38:15
39:8,17,18
55:23 56:15,22
57:3

**Wexford's**
36:8,10,24
56:18,24



**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

**KENTUCKIANA**
COURT REPORTERS

**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

woold 65:20

word 24:21

words 23:6
25:1 67:6

work 12:11,14,
16,17 25:24
26:21,23 27:10,
11 30:7,10,21,
25 31:7,12,14
32:16 36:2
39:23,24 57:3,
17 70:20

worked 25:25
26:2,24

working 26:16
28:8 29:25 33:1
39:21 47:5
52:23

works 18:20,23
19:6

worsen 66:20

write 51:21
52:19 54:4,5
59:25 60:1,2

wrong 61:4,16
63:25 66:11

wrote 60:7

———————
X
———————

x- 48:9

x-ray 15:24
45:9,10 47:22
48:22 49:5,15,
18,20,23 50:11,
14,17,20,24,25
51:3 53:17
66:8,9,13

x-rays 47:13,
15,19,20,25
48:2,3,7,8,9,15
49:9 50:3,5
66:15

———————
Y
———————

year 17:20
25:12

years 27:17
39:21 52:23

yesterday
15:8,15,20 16:5
17:1,10

young 24:8

———————
Z
———————

Zoom 6:24
71:14



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com