**THE UNITED STATES DISTRICT COURT FOR**
**THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| AHMAD POOLE (K95348), | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 20-CV-0014 |
| | ) | |
| | ) | |
| v. | ) | Honorable Manish S. Shah |
| | ) | |
| DR. E. AGUINALDO, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

# Exhibit 16

1    IN THE UNITED STATES DISTRICT COURT FOR THE

2    NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

3    CASE NO.: 20 C 0014    **ORIGINAL**

4    HON. CHARLES R. NORGLE, SR.

5

6

7

8    AHMAD POOLE,

9    Plaintiff

10

11    V.

12

13    EVARISTO AGUINALDO, ET AL.,

14    Defendants

15

16

17

18

19

20

21

22

23    DEPONENT:  DR. GERALD LEEF

24    DATE:      APRIL 13, 2022

25    REPORTER:  LEAH SHARP



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
                                              Page 2
1                  APPEARANCES

2

3   ON BEHALF OF THE PLAINTIFF, AHMAD POOLE:

4      Isabella Aguilar, Esquire

5      Sarah Grady, Esquire

6      Loevy & Loevy

7      311 North Aberdeen Street

8      Third Floor

9      Chicago, Illinois 60607

10     Telephone No.: (312) 243-5900

11     E-mail: aguilar@loevy.com

12     (Appeared via videoconference)

13

14  ON BEHALF OF THE DEFENDANTS, DR. EVARISTO AGUINALDO AND

15  NURSE TINA TOMARAS:

16     Robert Tengesdal, Esquire

17     Connolly Krause LLC

18     500 West Madison Street

19     Suite 3900

20     Chicago, Illinois 60661

21     Telephone No.: (312) 253-6200

22     E-mail: rtengesdal@cktrials.com

23     (Appeared via videoconference)

24

25
```

```
                                              Page 4
1                     INDEX

2                                          Page

3   PROCEEDINGS                              6

4   DIRECT EXAMINATION BY MS. AGUILAR        9

5   CROSS EXAMINATION BY MR. TENGESDAL      48

6   EXAMINATION BY MR. LAMBARDO             53

7   REDIRECT EXAMINATION BY MS. AGUILAR     54

8   RECROSS EXAMINATION BY MR. TENGESDAL    55

9   RE-EXAMINATION EXAMINATION BY MR. LAMBARDO 56

10

11                  EXHIBITS

12  Exhibit                                 Page

13  1 - X-rays Taken on August 25, 2017      27

14  2 - Dr. Leef's Report                    35

15  3 - POOLE_99-POOLE_126                   38

16  4 - Radiology Report from August 31, 2017 42

17  5 - DR A RTP_1024-1028                    45

18

19

20

21

22

23

24

25
```

```
                                              Page 3
1              APPEARANCES (CONTINUED)

2

3   ON BEHALF OF THE DEFENDANTS, NORMAN AND JABUREK:

4      Kristin Lindemann, Esquire

5      Assistant Attorney General

6      100 West Randolph Street

7      Chicago, Illinois 60601

8      Telephone No.: (312) 814-3000

9      E-mail: kristin.lindemann@ilag.gov

10     (Appeared via videoconference)

11

12  ON BEHALF OF THE WITNESS, DR. GERALD LEEF:

13     Joseph J. Lambardo, Esquire

14     Cassiday Schade, LLP

15     222 West Adams Street

16     Suite 2900

17     Chicago, Illinois 60606

18     Telephone No.: (312) 641-3100

19     E-mail: jlambardo@cassiday.com

20     (Appeared via videoconference)

21

22

23

24

25
```

```
                                              Page 5
1                   STIPULATION

2

3   The video deposition of DR. GERALD LEEF was taken at

4   KENTUCKIANA COURT REPORTERS, 30 SOUTH WACKER DRIVE,

5   22ND FLOOR, CHICAGO, ILLINOIS 60606, via videoconference

6   in which all participants attended remotely, on

7   WEDNESDAY the 13TH day of APRIL 2022 at 12:00 p.m. CST;

8   said video deposition was taken pursuant to the FEDERAL

9   Rules of Civil Procedure.  The oath in this matter was

10  sworn remotely pursuant to FRCP 30.

11

12  It is agreed that LEAH SHARP, being a Notary Public and

13  Court Reporter, may swear the witness.

14

15

16

17

18

19

20

21

22

23

24

25
```



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 6

```
1              PROCEEDINGS
2
3          COURT REPORTER:  We are now on the record.  My
4    name is Leah Sharp, I'm the online video technician
5    and court reporter today representing Kentuckiana
6    Reporters located at 30 South Wacker Drive, 22nd
7    floor in Chicago, Illinois.  Today is the 13th day
8    of April 2022.  The time is 12:00 p.m.  We are
9    convened by videoconference to take the deposition
10   of Dr. Gerald Leef in the matter of Ahmad Poole
11   versus Evaristo Aguinaldo et al pending in the
12   United States District Court for the Northern
13   District of Illinois Eastern Division, case number
14   20C0014.  Will everyone but the witness please state
15   your appearance, how you're attending, and the
16   location you're attending from starting with the
17   plaintiff's counsel?
18         MS. AGUILAR:  Thank you.  Good afternoon,
19   Isabella Aguilar on behalf of the plaintiff Ahmad
20   Poole, the law firm Loevy & Loevy.  I'm appearing
21   remotely via Zoom.
22         MR. TENGESDAL:  This is Robert Tengesdal, I'm
23   appearing remotely from my office by Zoom in Chicago
24   for Dr. Evaristo Aguinaldo and Ms. Tomaras.
25         MR. LAMBARDO:  I'm Joe Lambardo representing
```

Page 7

```
1    Dr. Leef, and we are appearing from his home in
2    Hillside, Illinois.
3          MS. LINDEMANN:  Kristin Lindemann, Assistant
4    Attorney General with the State of Illinois on
5    behalf of Lieutenants Norman and Jaburek, appearing
6    from Chicago.
7          COURT REPORTER:  All right.  And then Dr. Leef
8    will you please state your full name for the record?
9          THE WITNESS:  Gerald Sanford Leef.
10         COURT REPORTER:  All right.  And then would all
11   parties be willing to stipulate that the fact -- the
12   doctor is, in fact, Dr. Leef?
13         MS. AGUILAR:  Yes.
14         MR. TENGESDAL:  Yes.
15         MS. LINDEMANN:  Yes.
16         COURT REPORTER:  All right.  Doctor, will you
17   please raise your right hand for me?  Do you
18   solemnly swear or affirm that the testimony you're
19   about to give will be the truth, the whole truth,
20   and nothing but the truth?
21         THE WITNESS:  Yes.
22         COURT REPORTER:  All right, thank you.  You may
23   begin.
24         MS. AGUILAR:  Thank you --
25         MR. LAMBARDO:  Isabella I'm sorry to interrupt
```

Page 8

```
1    you.  I just want to -- one thing is Dr. Leef has a
2    hearing deficit.  We have the volume at 100 percent,
3    he has his hearing aids in.  I would just ask
4    counsel to please speak loudly and clearly, and he's
5    going to pause before he speaks so there's no issues
6    regarding him having hearing problems, okay?  And
7    he'll -- he's going to let you know if he didn't
8    hear anything, okay?
9          MS. AGUILAR:  Okay.  Excellent.  Thank you,
10   Dr. Leef.  And I'll do my best to speak slowly and
11   very clearly for you.  So please let me know if --
12   if you have any difficulties, okay?  I'm sorry, are
13   all counsel ready now for me to proceed?
14         MR. TENGESDAL:  Yeah.  We're ready.  I don't
15   know if Dr. Leef heard you though, he didn't
16   respond.  A lot of feedback.
17         MS. LINDEMANN:  I'm having difficulty with my
18   audio, if we could just -- just pause for a second
19   please?
20         MS. AGUILAR:  Sure.
21         COURT REPORTER:  Absolutely.  Would you like to
22   go off the record while we fix it?
23         MS. AGUILAR:  Yes, please.
24         MS. LINDEMANN:  Yes, please.
25         COURT REPORTER:  Okay.  We are off the record
```

Page 9

```
1    at 12:03.
2          (OFF THE RECORD)
3          COURT REPORTER:  We are back on the record for
4    the deposition of Dr. Gerald Leef being conducted by
5    videoconference.  My name is Leah Sharp.  Today is
6    April 13, 2022, and the time is 12:04 p.m.  You may
7    resume.
8               DIRECT EXAMINATION
9    BY MS. AGUILAR:
10         Q    Thank you.  Good afternoon Dr. Leef.  Please
11   let me know if you cannot hear me or if I'm speaking too
12   quickly, okay?
13         A    Thank you.
14         Q    I'm sorry, I didn't catch that.
15         A    Thank you.
16         Q    Of course.  So, Dr. Leef my name is Isabella
17   Aguilar and I'm an attorney for the plaintiff in this
18   case, Ahmad Poole.  Have you ever been deposed before?
19         A    Yes.
20         Q    I'm sorry, the last part of that cut off.
21         A    It's been several years.  A number of years.
22         MR. TENGESDAL:  Can't hear him.
23         MR. LAMBARDO:  Can you guys hear me okay?
24         MR. TENGESDAL:  Yes.
25         MS. AGUILAR:  Yes.
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
— COURT REPORTERS —

The Deposition of DR. GERALD LEEF, taken on April 13, 2022

10..13

Page 10

1    MR. LAMBARDO: I think you just have to -- you
2    want to maybe move a little closer to the microphone
3    Dr. Leef, if that's okay?
4        THE WITNESS: Yeah, okay I -- because of my
5    hearing loss I sometimes speak very softly, so I'll
6    come closer.
7    BY MS. AGUILAR:
8    Q    No problem. That sounds much better actually,
9    so thank you for that. So, Dr. Leef I'm just going to
10   go over a couple ground rules, even though you did say
11   you've been deposed before. If you have any confusion
12   about my questions please let me know. If not, I'm
13   going to assume that you understood it if you're
14   answering; is that fair?
15   A    Yes. Yes, that's fair.
16   Q    Okay. And I'll ask that you keep your answers
17   verbal and audible, which you're doing a great job of,
18   just because the court reporter is taking down
19   everything we say so it's important to give verbal
20   answers versus inaudible ones like, uh-huh or uh-uh.
21   I'd ask that you please let me finish my questions
22   before you begin your answer, and I will do the same to
23   try to let you finish your answer before I ask another
24   question. And, lastly, attorneys may object but you can
25   still answer unless you're instructed not to do so,

Page 11

1    okay?
2    A    Yes, okay.
3    Q    Okay. Do you have any conditions today that
4    might affect your ability to provide truthful and
5    accurate testimony?
6    A    No.
7    Q    Okay. Do you have any conditions today that
8    are affecting your memory?
9    A    No.
10   Q    Are you on any medications that might affect
11   your ability to provide truthful and accurate testimony
12   today?
13   A    No.
14   Q    Are you on any medications that are affecting
15   your memory today?
16   A    No.
17   Q    okay. And is there anything else that might
18   affect your ability to provide truthful and accurate
19   testimony today, or your memory, that I haven't
20   mentioned?
21   A    No.
22   Q    Okay. And do you understand, Dr. Leef, that
23   you are not a defendant in this case, and you're being
24   deposed as a third-party witness?
25   A    Yes, I understand.

Page 12

1    Q    Okay. Could you just repeat the last part, I
2    think it cut off?
3    A    Yes, I understand.
4    Q    Thank you Dr. Leef. Where, if anywhere, do
5    you currently work?
6    A    I'm sorry, would you repeat that?
7    Q    Absolutely. I believe you asked me to repeat
8    the question; is that correct? Yes? Okay. Dr. Leef
9    where, if anywhere, do you currently work?
10   A    Where do I work?
11   Q    Yes.
12   A    Well I go twice a week to Northern Reception
13   Center.
14       MR. TENGESDAL: All of his words aren't being
15   recorded.
16   A    Correct. I'm sorry, sir. I cannot hear
17   everything that you're saying.
18   A    I -- I work part-time at Stateville Northern
19   Reception Center in Joliet, Illinois in the prison
20   system.
21   Q    Okay. And you currently work in Stateville in
22   the prison system in April of 2022, correct?
23   A    Yes.
24   Q    Okay. And I believe you stated you're
25   part-time, right?

Page 13

1    A    Yes.
2    Q    Okay. What is your typical schedule?
3    A    I go there on Tuesday and Friday mornings.
4    Q    Okay. And about how long is each typical
5    shift?
6    A    Like approximately four hours.
7    Q    Okay. And when you said you -- you worked for
8    Stateville are you contracted to work for Wexford in
9    particular?
10   A    I'm -- I'm an independent contractor.
11       MR. TENGESDAL: I think part of that dropped
12   off.
13   Q    Yes. Dr. Leef, can you please repeat that
14   answer? I think we only heard part of it.
15   A    Yeah, I'm an independent contractor with
16   Wexford.
17   Q    Okay. Unfortunately, the same thing happened
18   and I'm so sorry Dr. Leef these technological
19   difficulties are frustrating. Could you please repeat
20   that just one more time and try to be as close to the
21   camera -- the microphone as possible?
22   A    Yes, I -- I will. I'll do my best.
23   Q    Okay. I'll ask the question again. I believe
24   you stated that you're an independent contractor for
25   Wexford, correct?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

**Page 14**

1    A    Yes, that's correct.
2    Q    Okay. I'd like to talk to you now, Dr. Leef,
3 about your independent memory of Ahmad Poole.
4 Specifically, your independent recollection. Do you
5 have an independent recollection of Mr. Ahmad Poole?
6    A    No.
7    Q    Okay. And just to be clear when I say
8 "independent recollection" I mean without looking at
9 documents. So is your answer still the same, you have
10 no independent recollection?
11    A    The answer is -- is no.
12    Q    I'm sorry. You said, "The answer is no",
13 correct?
14    A    Yes. Yes.
15    Q    Okay. So fair to say you don't have an
16 independent recollection, as you sit here today, of any
17 of the signs or symptoms that Mr. Poole experienced
18 while in the healthcare unit at Stateville in August of
19 2017, right?
20    A    No.
21    Q    Okay. And fair to say you do not recall any
22 symptoms he was experiencing and what symptoms he was
23 not experiencing, correct?
24    A    Correct.
25    Q    Okay. And you do not recall what signs you

**Page 15**

1 observed and what signs you did not observe, correct?
2    A    Correct.
3    Q    Okay. Dr. Leef can you tell me what you did
4 to prepare for today's deposition, specifically any
5 documents that you looked at to prepare for today?
6    A    Just for half an hour looking at copies of old
7 reports.
8    Q    I'm so sorry --
9        MR. TENGESDAL: Can't hear --
10    Q    Yeah. Dr. Leef we cannot hear you. It kind
11 of goes in and out --
12        COURT REPORTER: It might -- yeah. This is the
13 court reporter. It might help if someone calls
14 in --
15        MR. LAMBARDO: All right --
16        COURT REPORTER: -- using a phone audio, just
17 because I think it might be the computer's
18 microphone.
19        MR. LAMBARDO: All right, I'm going to try
20 that.
21        COURT REPORTER: Okay. Would you like to go
22 off the record while we fix that?
23        MS. AGUILAR: Yes please.
24        MR. TENGESDAL: Yes.
25        COURT REPORTER: Okay. We are off the record

**Page 16**

1 at 12:12.
2        (OFF THE RECORD)
3        COURT REPORTER: We are back on the record for
4 the deposition of Dr. Gerald Leef being conducted by
5 videoconference. My name is Leah Sharp. Today's
6 April 13, 2022. The time is 12:14 p.m. You may
7 resume.
8 BY MS. AGUILAR:
9    Q    Thank you. Dr. Leef I believe I had asked you
10 if you reviewed any documents in preparation for today's
11 deposition?
12    A    Yes. The past half hour I've looked at copies
13 of old reports and an old x-ray film of the -- the neck.
14    Q    Okay. And when you say "x-ray film of the
15 neck" are you referring to the x-rays of Mr. Poole in
16 particular?
17    A    Am I referring to this -- this patient? Yes.
18    Q    Yes, okay. Have you reviewed any deposition
19 testimony in this case?
20    A    No.
21    Q    Okay. So, you've not reviewed the deposition
22 testimony of Dr. Aguinaldo, correct?
23    A    That's correct.
24    Q    Okay. I want to talk to you about
25 conversations you had about your deposition today.

**Page 17**

1 Other than any conversation with your attorney did you
2 speak with anyone else about your deposition?
3    A    I believe I talked to you on the phone just to
4 find out what the case was about or who -- who it -- who
5 was involved.
6    Q    Correct. And I believe we talked about if you
7 had a lawyer or not, correct?
8    A    Yeah, I -- that's correct.
9    Q    Correct. And then I didn't continue because I
10 believe I was -- I told you that I was told by defense
11 counsel that you did in fact have a lawyer, right?
12    A    We -- yeah, I'm privileged to have
13 Mr. Lambardo.
14    Q    Absolutely. Is there anyone else that you
15 spoke with about this deposition today, besides myself?
16    A    No, I just -- I confide in my wife but that's
17 -- that's it.
18    Q    Okay. And when you say "confide in your
19 wife" did you talk to her about having a deposition
20 today, for example?
21    A    Yeah. Well, she was well aware of -- that I
22 was having a deposition.
23    Q    Okay. Dr. Leef how did you first learn about
24 this lawsuit?
25    A    When someone came to the door and presented

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA COURT REPORTERS

The Deposition of DR. GERALD LEEF, taken on April 13, 2022

18..21

Page 18
1  the deposition subpoena.
2      Q   Okay.  What is your understanding of what this
3  lawsuit is about?
4      A   That's a very good question.  I assume that
5  there is some difficulty in relations between the -- the
6  patient and the doctors.
7      Q   Okay.  But as I stated you understand that
8  you're not a defendant, right?
9      A   Yes I understand that.
10     Q   Okay.  Have you discussed this lawsuit with
11 anyone who works for Wexford?
12     A   No.
13     Q   Okay.  Have you discussed this lawsuit with
14 anyone who works for the Illinois Department of
15 Corrections?
16     A   No.
17     Q   Okay.  Dr. Leef where did you obtain your
18 medical degree?
19     A   I went to the University of Illinois College
20 of Medicine.  I had my internship at Cook County
21 Hospital.  My residency training at University of
22 Illinois.  And from there I went into the -- after my
23 residency, into the Army for two years.  And when I got
24 out I have been at various hospitals and clinical
25 practice situations.

Page 19
1      Q   Okay.  Thank you for explaining that.  If we
2  can just take a quick step back so I can learn what
3  years you did all those great things?  So, when you
4  graduated from medical school what year was that?
5      A   I believe it was 1959.
6      Q   Okay.  And I believe you said you completed an
7  internship at Cook County, correct?
8      A   Yeah, that's correct.
9      Q   And what year was that?
10     A   It would have been 1959 to 1960.
11     Q   Okay.  And I believe you stated you completed
12 your residency at the University of Illinois; is that
13 right?
14     A   Yeah, that's correct.
15     Q   And what year was that?
16     A   I believe it was 1960 to 1963.
17     Q   Okay.  And what specialization was that
18 residency in?
19     A   It was in radiology.
20     Q   Okay.  Do you have a board certification?
21     A   Yes, in -- I was board certified in 1964.
22     Q   Okay.  And that was in radiology, correct?
23     A   Yes.
24     Q   Okay.  As a radiologist what are your primary
25 duties, Doctor?

Page 20
1      A   I'm sorry, could you repeat that?
2      Q   Absolutely.  As a radiologist what are your
3  primary duties?
4      A   My primary duties are to interpret x-ray
5  examinations.
6      Q   Okay.  Is there anything else that a
7  radiologist's primary duties include?
8      A   Not in my case.
9      Q   Okay.  How does a patient typically present to
10 a radiologist?
11     A   Typically present to a radiologist?
12     Q   Yes.  How does a patient get --
13     A   I think in -- I think in most instances the
14 radiologist wouldn't actually see the patient but simply
15 would interpret the x-ray films.
16     Q   Okay.  So as a radiologist you don't take the
17 x-rays yourself then?
18     A   That's correct.
19     Q   Okay.  Do you interact with the patient at all
20 when you get their x-ray images?
21     A   Extremely rare if the -- if the person is --
22 happens to be getting an x-ray at the same time --
23     Q   Okay.
24     A   -- that I'm there.
25     Q   Okay.  And you have no independent

Page 21
1  recollection of whether or not that was the case with
2  Ahmad Poole, correct?
3      A   No.
4      Q   Okay.  As part of your practice Doctor, do you
5  write reports or document your findings?
6      A   Yes.  On -- on the request form, I handwrite
7  my interpretation.
8      Q   Okay.  And do you know what happens to the
9  request form where you write your documentation?
10     A   The -- typically the -- I know that the report
11 is copied, and one copy stays with the x-ray film and
12 folder and the other is sent to the referring doctors.
13     Q   Okay.  And do you know if your documentation
14 becomes part of a patient's medical file?
15     A   I would think that my interpretation would go
16 into the patient's records.
17     Q   Okay.  And do you ever communicate your
18 findings verbally to the referring doctor?
19     A   Do I ever -- would you repeat that, please?
20     Q   Absolutely.  Do you ever -- I'm sorry, strike
21 that.  Can you read the question back, Ms. Sharp?
22         COURT REPORTER:  Absolutely.  Give me one
23 second.
24         MS. AGUILAR:  Thank you.
25         (REPORTER PLAYS BACK REQUESTED TESTIMONY)

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

Kentuckiana
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 22

1      MS. AGUILAR: Okay. And do you ever
2   communicate your findings verbally to the referring
3   doctor?
4      THE WITNESS: I'm sorry. I can't --
5      MR. LAMBARDO: She asked do you ever verbally
6   your findings to the referring doctor?
7      A    No.
8   BY MS. AGUILAR:
9      Q    Okay. Doctor, about how many x-rays would you
10  say you've interpreted over your career?
11     A    I would say probably over a million x-rays.
12     Q    Okay. So, you're very familiar with
13  interpreting x-rays then, right?
14     A    I would hope so.
15     Q    Okay. Are you familiar with interpreting
16  x-rays where a patient has a broken bone?
17     A    Yes.
18     Q    Okay. Are you familiar with interpreting
19  x-rays where a patient has a fracture?
20     A    Yes.
21     Q    Okay. Are you required as a radiologist to
22  find any fractures if one presents on an x-ray as part
23  of your job?
24     A    What would you repeat that again, please?
25     Q    Absolutely. Are you required as a radiologist

Page 23

1   to find any fractures on a patient's x-ray if one is
2   present?
3      A    Well, no one is requiring you to do anything.
4   As a radiologist, you interpret the study and report it.
5      Q    Okay. Would you agree that it's inappropriate
6   for a radiologist to miss a fracture on an x-ray?
7      MR. LAMBARDO: I'm going to object to form. Go
8   ahead, Doctor.
9      A    You say it's inappropriate to miss a fracture?
10     Q    Yes, correct.
11     A    Well, there are all sorts of fractures and on
12  a certain study, you may not necessarily see a fracture.
13  But additional x-rays, or follow-up x-rays may be needed
14  to confirm or disprove the presence of a fracture.
15     Q    Okay. And how would you determine if a
16  patient needs follow-up x-rays?
17     A    I can dictate to the clinician. I just report
18  what's in front of me, and if -- if the findings are --
19  are such that I'll try and expedite the report to the
20  referring doctors.
21     Q    Okay. And what happens if a follow-up x-ray
22  is not ordered for a patient?
23     A    That's out of my control.
24     Q    Okay. So, I'm just trying to be clear on, on
25  the duties of doctors, because I really don't know. When

Page 24

1   it comes to a patient having a fracture on their neck,
2   who is supposed to catch that?
3      MR. LAMBARDO: Objection, form. Go ahead,
4   doctor.
5      A    Yes. Well --
6      MR. LAMBARDO: Who's supposed to catch a
7   fracture, I believe is the question.
8      A    I'm supposed to catch a fracture?
9      MR. LAMBARDO: Do you want to rephrase the
10  question, Ms. Aguilar?
11     MS. AGUILAR: Sure. Who is supposed to
12  identify if a patient has a fracture?
13     MR. LAMBARDO: Objection, form. Go ahead
14  doctor.
15     A    Well in general, we're looking at bony
16  structures to see if there's a disruption in the contour
17  of the bone.
18  BY MS. AGUILAR:
19     Q    Okay. Thank you for explaining that. I'm
20  just trying to understand if a patient has a fracture,
21  who is supposed to catch that fracture?
22     MR. LAMBARDO: Objection, form. Incomplete
23  hypothetical. You can answer, Doctor.
24     A    Yeah. I mean, if the person has a fracture,
25  he's x-rayed and it's been diagnosed, I don't know what

Page 25

1   else to say. The report goes to the doctor and it's up
2   to them to use their medical knowledge for further
3   treatment or follow up.
4      Q    Okay. I'd like to talk to you about your
5   contract with Stateville -- or I'm sorry, strike that.
6   I'd like to talk to you about your contract with
7   Wexford. So, in August of 2017, were you contracted to
8   work for Wexford Health Services?
9      A    Yeah, I was -- I've been working for Wexford
10  for many, many years.
11     Q    Okay. And when did you begin working for
12  Wexford -- or with Wexford?
13     A    I can't put a -- an exact date because over
14  the years there have been several firms that have
15  managed the medical facilities.
16     Q    Okay. And do you only work at Stateville, or
17  do you work at other facilities in the Illinois
18  Department of Corrections as well?
19     A    Well, I just work part-time at Stateville
20  Northern Reception Center and a clinic in Oakbrook where
21  I read a couple of films every week.
22     Q    Okay. And I'm just like, I just like -- with
23  the -- I'm sorry, strike that. I would just like to
24  talk to you about how a patient would come see you. So,
25  a patient would be referred by a physician, correct?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
— COURT REPORTERS —

Page 26

1    A    Yes, that's correct.
2    Q    Okay.  And when an x-ray is ordered, what
3  happens?  Can you walk me through the process so that I
4  can understand it?
5    A    Well, when the -- eventually when the patient
6  presents himself to the x-ray department for an x-ray
7  that the technician processes, the case takes the films,
8  put the films in a jacket and then it's eventually
9  presented to myself for interpretation.
10   Q    Okay.  And based on the x-rays that you
11 interpret, do you ever diagnose in your practice?
12   A    Do I ever diagnose the fracture?
13   Q    Or do you just diagnose based on the images
14 that you have in your interpretation?
15   A    Yeah.  Based on the images that I have, yes.
16 This would be correct.
17   Q    Okay.  And any diagnosis would be present on
18 your documentation for the referring doctor to see,
19 right?
20   A    Yes.  That's right.
21   Q    Okay.  I'll represent to you, Doctor, that
22 Mr. Poole got into an altercation with a former cellmate
23 on August 17, 2017, and that he had severe pain in his
24 neck as a result.  I'll further represent to you that
25 Mr. Poole had x-rays taken of his neck on August 25,

Page 27

1  2017, okay?
2    A    Yes.  Sure.
3    Q    Okay.  I'd like to show you now what I'll mark
4  plaintiff's Exhibit 1.  I believe your counsel stated
5  you have it in front of you.  These are going to be the
6  x-rays that were taken on August 25, 2017.  But I will
7  also share my screen for counsel to be able to look all
8  together.
9            (EXHIBIT 1 MARKED FOR IDENTIFICATION)
10   MR. LAMBARDO:  You're referring to the actual
11 films, not the reports, correct?
12   MS. AGUILAR:  Yes, thank you.
13   MR. LAMBARDO:  The documents have been tendered
14 to the witness.
15   MS. AGUILAR:  Thank you, Counsel.
16   MR. TENGESDAL:  Does the doctor have the actual
17 x-rays in an x-ray view box?
18   MR. LAMBARDO:  No.  So, I should probably
19 clarify that.  Thank you, Mr. Tengesdal.  I just
20 printed a paper copy of the PDF form that
21 plaintiff's counsel e- mailed me two days ago.  So,
22 he is not viewing them under light.  They're not the
23 original films.  They're just printed copies of the
24 original films.
25   MR. TENGESDAL:  Well then I'm just going to

Page 28

1  object to the exhibit.  We were told he was going to
2  have the actual x-ray films there and best evidence
3  rule, and that paper copies are not diagnostic and
4  prevents the witness from reviewing them.
5    MS. AGUILAR:  Okay.  I will just respond that I
6  made very clear I was making PDF copies.  And you
7  know, based on the communications that we had,
8  Counsel, you did state that they're not necessarily
9  the best, but I never heard an objection until right
10 now that you didn't think they could be presented to
11 the witness.  So, this is the first I'm hearing of
12 that, and your objection is noted for the record.
13   MR. TENGESDAL:  Well, we provided you by
14 e-mail with the copying service so that you could
15 get them copied and given to Dr. Leef's counsel for
16 the deposition.  There's no reason why the original
17 x-rays, duplicate copies of x-rays, couldn't have
18 been provided to his counsel.  None.
19   MS. AGUILAR:  Well, there was clearly
20 miscommunication there because that's not what the
21 e-mail stated.  It was really clear to me that I was
22 doing PDFs of the -- of the copies.  And if this
23 really is an issue cannot go forward and you are not
24 comfortable with him looking at the records that I'm
25 presenting, that you all presented to me, that I've

Page 29

1  now made copies of so that they can be shared with
2  everyone.
3    MR. TENGESDAL:  Well, "us", "you-all" gave you
4  the actual records, the actual x-ray films.  That's
5  what "you-all" being "us" did.  We didn't give you
6  paper copies.  We had copied at our expense the
7  actual x-rays and were provided to you.
8    MS. AGUILAR:  Yes, I understand.  But this was
9  a Zoom, a Zoom deposition.  So that's why I did them
10 in PDF format, which I also made very clear that
11 that's what was my intention to do.  And if this was
12 an issue, I gave the x-rays and I gave all the
13 exhibits two days ago.  So, there should have been
14 objection at that time and there was none, and now
15 there's being one made on the record for the first
16 time today.  And if this is an issue, we can stop
17 this deposition and we can have it in person.  I
18 have no issue with presenting Dr. Leef with the
19 actual copies.  But again, I made clear over e-mail
20 and also when I sent the exhibits two days ago that
21 these are PDF copies.
22   MR. TENGESDAL:  You sent exhibits.  I didn't
23 know what you had discussed with Mr. Lambardo.  I
24 wasn't privy to; I have not talked to Mr. Lambardo
25 about how he was preparing his witness.  All I know

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
— COURT REPORTERS —

The Deposition of DR. GERALD LEEF, taken on April 13, 2022

30..33

Page 30

1  is if you're a radiologist, you review x-ray films.
2  You don't review paper.
3      MS. AGUILAR:  Okay.  Well, every conversation
4  up to this --
5      MS. LINDEMANN:  Isabella.  Ms. Isabella --
6      MS. AGUILAR:  I'm speaking, please don't
7  interrupt me.  Please don't interrupt me.
8      MS. LINDEMANN:  I'm trying to join in with what
9  Robert was saying and I would like to -- I haven't
10  spoken at all yet.  So please give me a moment.  I
11  was also not included in any of the conversations
12  that were had about whether the x-rays were being
13  presented as paper or PDF or the actual films.  And
14  I would like to also agree with Mr. Tengesdal that
15  the doctor reviewing paper copies of x-rays, not
16  even on the screen, not even electronic actual PDFs,
17  is not really appropriate for him to be testifying
18  at this point.  That's all I have to say.  I
19  apologize for interrupting.
20      MS. AGUILAR:  Okay.  Thank you for apologizing
21  for your interruption.  All conversations I've had
22  with Mr. Lambardo have I've included all counsel on
23  those e- mails.  So, I have not had any
24  conversations with Mr. Lambardo that everyone else
25  has not been a part of to be clear.  And I also want

Page 31

1  to state, if this is an issue, we can stop the
2  deposition right now.  I will get him the e-mails --
3  or the physical copies that he needs, and we can
4  continue this at a later time because I will not --
5  I'm having this as an exhibit, and I need this to
6  continue my deposition.
7      MR. TENGESDAL:  Okay, hold on.  So, I'll just,
8  we're not going to necessarily agree to a second
9  deposition here.  I agree that, you know, that
10  there's questions of asking about the actual films
11  I, mean not the answer.  But I think we still have a
12  lot of other questions that can be answered.  So why
13  don't we go forward with the deposition.  He has his
14  reports and let's just see where that takes us.  And
15  we could -- if you feel that there's more questions,
16  we can have a follow-up conversation off the record.
17  But I think -- I think -- I suggest we just keep
18  going forward with this deposition at this time.
19      MS. AGUILAR:  Okay.  Mr. Lambardo, I just don't
20  want to ask him anything unfairly without having
21  any idea what I'm referring to.  I don't want to ask
22  any questions about his report without having sort
23  of any sort of films or copies of films in front of
24  him. So that's, that's why I want to show it to him.
25      MR. LAMBARDO:  So, what -- you know -- what's

Page 32

1  going on here then?  I don't understand.  Are you
2  guys terminating the deposition?  I mean, you know,
3  the way I look at it is if we were not provided
4  proper exhibits, we're not under any obligation to
5  appear for a second deposition.  It's very clear in
6  the rules that you are given one opportunity of
7  seven hours.  So, I certainly did my obligation of
8  bringing the exhibits that were handed to me.  So,
9  we're not agreeing to a second deposition here.
10      MS. AGUILAR:  Okay.  Could we take a --
11      MR. LAMBARDO:  I'm not saying, I'm not saying I
12  won't later.  I'll, I'll listen to your arguments,
13  but I'm just saying, we're not agreeing to that at
14  this time.
15      MS. AGUILAR:  Okay.  I'd like to take a five to
16  10 minute -- actually, let's just take a 10-minute
17  break right now.
18      COURT REPORTER:  All right.  We are off the
19  record at 12:38.
20      (OFF THE RECORD)
21      COURT REPORTER:  We are back on the record for
22  the deposition of Dr. Gerald Leef being conducted by
23  videoconference.  My name is Leah Sharp.  Today is
24  April 13, 2022.  The time is 12:53 p.m.  You may
25  resume.

Page 33

1  BY MS. AGUILAR:
2      Q    Okay.  Dr. Leef, I believe you have
3  plaintiff's Exhibit 1 in front of you.  I just want to
4  ask if you can make a reading based on what you have in
5  front of you?
6      A    Yeah.  These are duplicate paper copies but
7  correlating my written report with the duplicate
8  findings confirm my -- my original written report.
9      Q    Okay.  So, Doctor, you are able to make a
10  reading based on the plaintiff's exhibit or no?
11      A    I'm sorry.  Would you repeat that?
12      Q    Yes.  I'm just trying to understand if you are
13  able to make a reading based on the exhibit?
14      A    Not a finite reading, but I can look at my old
15  -- my report, which listed the significant findings and
16  correlate it with the paper duplicate.
17      Q    Okay, that's fine.  And hold on one second. We
18  can have your -- the -- your report is actually the
19  second exhibit, Dr. Leef, just so that you do know what
20  I will be presenting to you next.
21      A    But -- I didn't understand what you said.
22      Q    I'm just letting you know that your report
23  that you mentioned that I will be showing you that as
24  well.  That's your, that's the second exhibit.
25      A    Yeah.  Okay.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

The Deposition of DR. GERALD LEEF, taken on April 13, 2022

---

**Page 34**

1    Q    Okay. Apologies while I share my screen and
2    counsel's objection is noted for the record.
3         MR. TENGESDAL: Can, can you turn it to the way
4    they would actually review it?
5         MS. AGUILAR: Sure.
6         MR. TENGESDAL: Thank you.
7         MS. AGUILAR: Of course. Okay. Let me know
8    when you all can see my screen.
9         MR. LAMBARDO: I can see it.
10        MS. AGUILAR: Okay. And I believe, Counsel,
11   you wanted me to turn it? I think this is how I do
12   so. Does that look right to everyone?
13        MR. LAMBARDO: Yeah.
14        MS. AGUILAR: Okay.
15   BY MS. AGUILAR:
16        Q    Dr. Leef, I know you stated that it's
17   difficult for you to make a reading, correct?
18        A    It's difficult for me to make a finite reading
19   from these paper duplicate copies where fine details are
20   obscured.
21        Q    Okay. But would you agree with me that this
22   is the -- these are the x-rays that you looked at on
23   August 25, 2017, regarding Mr. Poole? A copy of them?
24        MR. TENGESDAL: Objection, foundation. They're
25   not x-rays, they're paper.

---

**Page 35**

1    A    Yeah. They're just paper.
2    Q    Would you agree with me, Dr. Leef, that these
3    are a paper copy of the x-ray film scans that you looked
4    at on August 25, 2017?
5         MR. LAMBARDO: Objection, foundation.
6    A    They're duplicates of x-rays. These are paper
7    duplicates.
8    Q    Okay. But you would agree with me that these
9    are of Mr. Poole, correct?
10   A    I -- the name is barely made up on the top,
11   but I believe it's --
12   Q    I can zoom in to the third page.
13   A    I believe it's Mr. Poole's, yes.
14   Q    Okay. And it's dated August 25, 2017; you
15   agree with me on that?
16        MR. LAMBARDO: I'm going object. You're only
17   showing him the --
18   A    They're the August 25.
19   Q    Okay. So, Doctor, when you got the x-ray film
20   scans, based on your typical practice, you stated you
21   would've documented your findings, right?
22   A    Right.
23   Q    Okay. I'd now like to show you what I'll mark
24   as Exhibit 2, this is Bates stamp, DR A RTP0718. Do you
25   see this in front of you, Doctor?

---

**Page 36**

1         (EXHIBIT 2 MARKED FOR IDENTIFICATION)
2    A    Wait, I'm sorry. What was -- what did you
3    say?
4    Q    I was just saying the Bates stamp for counsel
5    to know what we're looking at, but this is what I'll
6    mark as Exhibit 2. Do you see that in front of you?
7         MR. LAMBARDO: For the record, I just tendered
8    a actual printed copy of Exhibit 2 to the witness.
9    so he has in front of him.
10   Q    Thank you. Doctor, have you seen this
11   document before?
12   A    Have I seen the document before?
13   Q    Yes.
14   A    Yeah, just a half hour ago.
15   Q    Okay. Do you know what this document is?
16   A    The document?
17   Q    Yes.
18   A    Well, it's a copy of the x-ray report from the
19   State of Illinois Department of Corrections which are
20   labeled "Mr. Poole".
21   Q    Okay. And do you see -- I'm sorry. Sorry. Do
22   you see when this document is dated?
23   A    Wait, I'm sorry. What was that again?
24        MR. LAMBARDO: What is the date of the
25   document?

---

**Page 37**

1    A    The date of the document was 27 August 2017.
2    Q    Okay. And do you see your handwriting
3    anywhere on this document?
4    A    Do I see what?
5         MR. LAMBARDO: Your handwriting?
6    A    Yeah, my handwriting is under the findings.
7    Q    Okay. And do you see your signature as well,
8    Doctor?
9    A    Wait, what was that?
10        MR. LAMBARDO: Do you see your signature on
11   this document?
12   A    Yes.
13   Q    Okay. Are these your findings regarding
14   Mr. Pool's x-ray films that you looked at?
15   A    Yes.
16   Q    Okay. Can you read the findings into the
17   record for me, please?
18   A    "Number one, cervical spine, there was an
19   anterior subluxation of C3 in relation to C4. Otherwise,
20   essentially negative." And then, there was a left hand
21   and a skull, which were -- which appeared normal.
22   Q    Okay. There's no mention of a fracture,
23   right?
24   A    Yes. That's correct.
25   Q    Okay. I'll represent to you, Doctor, that on

---

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
—— COURT REPORTERS ——

Page 38

1  August 30, 2017, Dr. Obaisi saw Mr. Poole and he
2  referred him for outside care. I'd like to show you now
3  what I'll mark as Exhibit 3. This is going to Bates
4  stamped Poole 99 to Poole 126. Let me know when you
5  have that in front of you, Doctor.
6          (EXHIBIT 3 MARKED FOR IDENTIFICATION)
7          MR. LAMBARDO: Witness has been tendered a
8  paper copy of Exhibit 3.
9     Q   Okay. Doctor, on the first page, which is
10 going to be Bates stamped Poole 99, do you see where it
11 states, "Arrival, date and time" at the top of the page?
12    A   Yeah, the time was 08-30-17, 13:37 hours. And
13 then, there's the triage date time, which is the same
14 except for seven minutes further.
15    Q   Okay. And do you see, where it states the
16 chief complaint is neck injury and pain? It's also at
17 the top of the document, or towards the top?
18    A   Yeah. It's stated complaint, neck pain,
19 Stateville. "Chief complaint, neck injury/pain".
20    Q   Okay. And do you see where it states,
21 "Primary impression, closed C3 fracture"?
22    A   Yes.
23    Q   Okay. I'd now like to direct your attention,
24 Doctor, to -- sorry, apology. I go through this
25 document. What's been Bates stamped as Poole 118. It's

Page 39

1  the 20th page of the 28 page document. I could also
2  zoom in; in case you're looking at my screen.
3          MR. LAMBARDO: Yeah. Well, Counsel, I'd like
4  to say that I think he wants to look at the whole --
5  may I give him the opportunity to look at the whole
6  report, which starts on Poole 117?
7          MS. AGUILAR: That's totally fine, Counsel.
8          MR. LAMBARDO: Okay. So, before you ask any
9  questions, I'm going to give Dr. Leef an opportunity
10 to review this CT scan report, okay? So, it starts
11 here and then it goes on to the next page. Let us
12 know when you're done, okay? Can you read -- is
13 that too -- ?
14         THE WITNESS: The CT study?
15         MR. LAMBARDO: This is in August 30, 2017, CT
16 of the cervical spine. This is the report from
17 St. Joseph's emergency room. It starts here. Read
18 the whole thing, let us know when you're done and
19 then the counsel's going to ask you questions, okay?
20         THE WITNESS: Now you can ask away.
21         MR. LAMBARDO: Okay.
22 BY MS. AGUILAR:
23    Q   Okay. You feel ready for me to ask questions,
24 Doctor?
25    A   Yes. This is concerning the computerized

Page 40

1  tomography findings.
2     Q   Okay. I'm sorry. Just let me ask the
3  question first, Doctor. Let's go to page 118, what's
4  been Bates stamped as Poole 118. It's four of five, it
5  says on the bottom. You have that in front of you,
6  correct?
7          MR. LAMBARDO: He does.
8     Q   Okay, great. Doctor. Do you see where it
9  states "findings"?
10    A   Yeah, findings. You want me to repeat what's
11 there or --
12    Q   Yes. Can you please read the findings in the
13 record for everyone?
14    A   "Minimally displaced fractures involving the
15 tip of anterior right C3 articular facet with slight
16 anterior displacement of C3 with respect to C4 measuring
17 one millimeter". And this is -- the anterior
18 displacement of C3 is what I reported on the plain
19 films.
20    Q   Okay. Thank you, Doctor. What does it mean
21 where it states that -- I'm sorry. Did you finish
22 reading that part of the findings? Apologies.
23    A   Where?
24    Q   Do you see where it says "findings, no
25 fractures are noted"?

Page 41

1     A   Yeah. "No additional fractions noted.
2  Intervertebral disc space height appear well maintained.
3  Prevertebral soft tissues are within normal limits.
4  Predental spaces, normal impression. Minimally
5  displaced fracture involving tip anterior right C3
6  articular facet which is perched over the top of
7  superior C4 facet. There is very slight anterior
8  translation of C3 with respect to C4 measuring one
9  millimeter. This is reported to Nicholas".
10    Q   Okay. You can stop reading, Doctor. Do you
11 have any reason to dispute what's written in this
12 report?
13         MR. LAMBARDO: Objection, foundation.
14    A   Well, I don't have any criticisms. I don't
15 have these CT study. And I just see that they reported
16 what I wrote on my report as one of their findings.
17    Q   Correct. But they also reported that
18 Mr. Poole had a fracture, correct?
19    A   Yeah, they reported that. But it's on this
20 computerized tomography findings and you're seeing a
21 three dimensional picture of the area.
22    Q   Okay. I understand. But do you have any
23 reason to dispute what Dr. Johanek wrote, specifically
24 that Mr. Poole had a fracture?
25    A   Did I? Yeah, what about --

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Page 42

```
1    Q  Do you have any reason -- I'm sorry. Continue.
2    A  I don't quite understand what you just said.
3    Q  Sure.  I can ask the question in a different
4  way.  Do you have any reason to dispute what Dr. Johanek
5  has written in these records regarding Mr. Poole having
6  a fracture?
7    A  I have no reason to dispute the
8  interpretation.
9    Q  Okay.  I'd like to show you, Dr. Leef, what
10  I'll mark as plaintiff's Exhibit 4.  I'm going to share
11  my screen again.  And this is Bates stamped, Doctor,
12  ARTP1037 to 10 41.  Mr. -- I'm sorry, Dr. Leef, please
13  let me know when you have that.
14        (EXHIBIT 4 MARKED FOR IDENTIFICATION)
15      MR. LAMBARDO:  The witness has been tendered a
16  paper copy of Exhibit 4.
17    A  Yes.  Okay.
18    Q  Okay.  Dr. Leef, I'll represent to you that
19  after St. Joseph's hospital, Mr. Poole was transferred
20  to UI Health.  While there, an MRI examination of
21  Mr. Pool's cervical spine was taken.  I'll further
22  represent to you, Dr. Leef, that this document is dated
23  August 31, 2017, and this document is the radiology
24  report by Dr. Ozgen and Dr. Kim.  Do you see on, Bates
25  stamp Poole, Doctor -- I'm sorry, strike that.  Do you
```

Page 43

```
1  see where it's Bates stamped, DR A RTP1039?  Do you have
2  that specific document in front of you?
3    A  Yeah.  Now, this is the MRI report.  Says
4  "season for exam, C3-C4 subluxation", which is what I
5  reported on the plain films evaluation of ligament
6  damage.
7    Q  Uh-huh.  Can you read for the record where it
8  states "findings"?
9      MR. LAMBARDO:  Could you just read it, counsel?
10     It takes him a lot longer and he has trouble seeing
11     it.  I think it'll make it go a little faster if you
12     just read it and ask some questions about it.
13  BY MS. AGUILAR:
14    Q  Oh.  Sure.  That's totally fine.  Doctor, I'm
15  going to be in the middle of the page where it states
16  "Findings".  "There is training of the normal cervical
17  lordosis.  There is a perched facet at the C3-C4 level
18  on the right with a small fracture fragment.  There's
19  accompanying increased signal on STIR images in the
20  surrounding soft tissue suggestive of associated edema.
21  There is minimal anterior rotational subluxation on the
22  right side.  There is increased T2 signal of the
23  atlantooccipital joints bilaterally nonspecific in
24  nature.  Otherwise, vertebral body heights appear
25  maintained."  Did I read that correctly, doctor?
```

Page 44

```
1    A  Well, this an interpretation of a MRI.  That's
2  way out of my knowledge.
3      MR. LAMBARDO:  She's just asking, did she read
4     it correctly for now?
5    A  Yeah, well, I believe when you read it
6  correctly.
7    Q  Okay.  And where it says, "impression", it
8  states, "Fracture of the right sided inferior C3 facet
9  with perching and minimal anterior anterolisthesis at
10  C3-C4 level accompany edema in the soft tissue
11  surrounding the right C3-C4 facet joint.  No evidence of
12  cord compression, hemorrhage within the canal or
13  traumatic disc herniation.  The study was reviewed and
14  interpreted with Dr. Ozgen and dictated by Dr. Michael
15  Kim".  Did I read that correctly, Doctor?
16    A  Yes, you read it perfectly.
17    Q  Okay.  Do you have any reason to do dispute
18  that, according to this report, Dr. Ozgen and
19  Dr. Michael Kim wrote that Mr. Poole had a fracture?
20      MR. LAMBARDO:  Objection, foundation.  You can
21     answer to the best of your ability, Doctor.
22    A  Yeah, I have no reason to dispute their
23  findings.
24    Q  Okay.  I'm going to going to show you one last
25  exhibit, Doctor.  Thank you for bearing with me.  And
```

Page 45

```
1  I'll mark this as plaintiff's Exhibit 5.  This is Bates
2  stamped DR A RTP1024 to 1028.  Let me know when you have
3  that in front of you, Doctor?
4        (EXHIBIT 5 MARKED FOR IDENTIFICATION)
5      MR. LAMBARDO:  Witness has been tendered a
6     paper copy of Exhibit 5.  Why don't you give him a
7     second to look it over?  It's an operative report.
8      MS. AGUILAR:  No problem.
9      MR. LAMBARDO:  Are you ready or do you want to
10     take a look at it?
11    A  No, I'm ready.  I just see, under "procedure
12  performed", "Reduction of the right cervical 3 on
13  cervical 4 facet subluxation".  This is what I reported
14  on the -- the subluxation is what I reported on the
15  original study.
16  BY MS. AGUILAR:
17    Q  Okay.  So, Doctor, I'll represent you that
18  this is the operative report of the attending physician
19  named Dr. Mehta, who performed surgery on Mr. Poole's
20  vertebrae on September 6, 2017, okay?  Excuse me.  Do
21  you see, on the first page, where it states,
22  "preoperative diagnosis"?  I believe you read that into
23  the record, actually, so nevermind about that.  Let's go
24  to page 1025, which is the third page in the five page
25  document.  And I'm going to read that for you, Doctor,
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
— COURT REPORTERS —

Page 46

1  just to make it a little quicker.  At the top of the
2  page, it states "Indications for Procedure".
3  "Mr. Ahmad Poole is a 34 year old male who presented to
4  our service as a transfer from a prison facility for
5  evaluation of a right cervical three and cervical four,
6  subluxation and fracture.  In brief summary, patient is
7  an incarcerated male who was assaulted and was in severe
8  neck pain for about two weeks.  The patient then finally
9  underwent imaging of his spine, which revealed the
10  cervical subluxation and fracture.  The patient was
11  subsequently transferred to UIC for higher evaluation.
12  The patient was immediately placed in fitted Miami J
13  collar.  The patient was then consented for a surgery to
14  reduce his fracture and stabilize his spine.  The
15  patient was apprised of the risks which include, but are
16  not limited to infection, bleeding, motor weakness,
17  sensory loss, other neurological deficit with the worst
18  case scenario being paraparesis, paraplegia,
19  quadriparesis, quadriplegia, MI coma, DBI, death.
20  Patient agreed to proceed, and informed consent was
21  obtained".  Did I read that correctly, doctor?
22           MR. TENGESDAL:  Objection, form.  Beyond the
23       scope of a witness expertise.  He's not a
24       neurosurgeon.
25           THE WITNESS:  She's talking about the surgery?

Page 47

1  Or --
2           MR. LAMBARDO:  She just asked -- first question
3       is, she asked if she read that correctly?  Did she
4       read that correctly?
5           THE WITNESS:  Yes.
6           MR. LAMBARDO:  Okay.
7  BY MS. AGUILAR:
8       Q   And you have no reason to dispute what this
9  states, correct?
10          MR. LAMBARDO:  Objection, foundation.  Sorry,
11      Bob.  You can answer the question if you're able to,
12      Doctor.
13      A   I'm unable to answer the question.
14      Q   Okay, and why are you unable to answer the
15  question?
16      A   This is an -- this surgery is beyond my
17  knowledge and training.
18      Q   Okay.  But you have no reason to dispute that
19  the preoperative diagnosis was a right cervical 3 facet
20  fracture and subluxation, correct?
21          MR. TENGESDAL:  Objection.  He just said he
22      can't interpret it.  Foundation.
23          MS. AGUILAR:  Counsel, I'll remind you to
24      please not give speaking objections.
25          MR. TENGESDAL:  I didn't.  I just said you just

Page 48

1  asked the question, he said he can't interpret it.
2           THE WITNESS:  I'm sorry, what was it?
3           MR. LAMBARDO:  Should -- Counsel, can you
4       either repeat it or rephrase the question please?
5  BY MS. AGUILAR:
6       Q   Sure.  I'm just repeating, Doctor, that you
7  have no reason to dispute that Mr. Poole had a right
8  cervical 3 facet fracture and subluxation, correct?
9           MR. TENGESDAL:  Objection, beyond the scope of
10      the witness's expertise.
11          MR. LAMBARDO:  Now you can answer, Doctor.
12      A   No, I have no reason to dispute those
13  findings.
14          MS. AGUILAR:  Okay.  I have nothing further at
15      this time, and I open the floor to other counsel.
16      Dr. Leef, thank you for your time.
17          THE WITNESS:  Thank you, everybody, for
18      being so --
19          MR. LAMBARDO:  We're not quite done yet.
20          MR. TENGESDAL:  We're not done yet, Dr. Leef.
21          MR. LAMBARDO:  Yeah, we got some questions from
22      Dr. Aguinaldo's attorney now, okay?  So --
23              CROSS EXAMINATION
24  BY MR. TENGESDAL:
25      Q   You ready, Dr. Leef?

Page 49

1       A   Am I ready?
2       Q   Yeah, can you hear me okay?
3       A   Yes.  I can hear you, sir.
4       Q   Thank you.  I'm talking loud just to make sure
5  you can hear.  If it's too loud, you let me know, okay?
6       A   Yes, I will.
7       Q   Okay, thank you.  So, you completed your
8  residency in radiology.  Was that in 1963?
9       A   Yeah, that was many years ago.  And then I
10  became board certified in 1964.  And I remember that
11  date because I think we went to New York -- the New York
12  World's Fair.  At any rate, it's many, many years ago.
13      Q   During your radiology training, would you
14  agree MRI had not existed yet, so you were not trained
15  on reading MRIs?
16      A   Yeah, that's absolutely correct.
17      Q   Were they doing CTs, tomograms, back in the
18  1960s?
19      A   They were doing some tomography, but CT was --
20  it had not been developed then.
21      Q   Okay.  And you had discussed earlier in your
22  deposition, that based on your reading of x-rays that
23  sometimes additional studies may be required ;is that
24  right?
25      A   Yeah, that's absolutely correct.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
— COURT REPORTERS —

The Deposition of DR. GERALD LEEF, taken on April 13, 2022

Page 50

1    Q    Could "additional studies that may be
2  required", would that include CT scan and MRIs?
3    A    If they were available.
4    Q    Okay.  Well CT and MRI can be available if you
5  send a patient like Mr. Poole to the hospital; is that
6  right?
7    A    Yes.
8    Q    Can I have you look at your report, doctor?
9  We'll get that in front of you.  Mr. Lambardo can give
10  that to you.  I believe plaintiff marked it as
11  Exhibit 2.
12        MR. LAMBARDO:  A paper copy of Exhibit 2 has
13  been tendered to the witness.
14    Q    Can you just take a look at the findings
15  section, Dr. Leef?
16    A    Yes.
17    Q    Would you agree in the findings section, you
18  did not recommend additional imaging?
19    A    No, I did not recommend any additional
20  imaging.  I just reported the findings as I could see
21  them.
22    Q    Would you agree -- go ahead, I'm sorry.  You
23  done?  Would you agree in your report, it does not state
24  after you had your findings and reviewed the plain film
25  x-rays, that you, Dr. Leef, recommend that the clinician

Page 51

1  order a CT or MRI scan?
2    A    No, I did not make any recommendations.  I
3  don't, as a rule, try and dictate the person's -- or the
4  patient's additional workup.
5    Q    Okay.  Would you agree in your findings
6  section, based on what you saw and charted, that you did
7  not say, "clinically correlate" the findings?
8    A    No.  I didn't write anything further
9    Q    Would you agree after you listed your findings
10  on your report dated August 20, 2017, based on what you
11  saw as a radiologist, you did not inform the clinician
12  to recommend neurosurgical consult?
13    A    No, I didn't.  I would hope that the referring
14  physician would correlate the x-ray findings with
15  clinical findings.
16    Q    Well, did you advise the clinician in your
17  report of August 27, 2017, that there was a fracture, us
18  the word "fracture"?  Did you use the word "fracture"?
19    A    No, I could not -- on the basis of those
20  films, I did not see a fracture.
21    Q    Okay.  And doctor, you know what the facet
22  joints are in the cervical spine, correct?
23    A    These are the smaller joints, I believe.
24    Q    Okay.  And would you agree in the cervical
25  spine, you've got seven vertebra?

Page 52

1    A    Yes, that's correct.
2    Q    Okay.  So, if we're talking about C3-C4, would
3  you agree that the right C3 inferior facet would
4  articulate with the C4 superior facet, the vertebra
5  below?
6    A    Well, that sounds reasonable.  I'd have to
7  look at an anatomy book.
8    Q    Okay.  Would you agree in your report, it does
9  not list that there was a fracture of the C3 right-sided
10  inferior facet?
11    A    Not on the basis of these plain films, sir.
12    Q    Okay.  Would you agree your report also
13  doesn't state that there is a right-sided C4 superior
14  facet fracture?
15    A    Not on these plain films.
16    Q    Would you agree on your x-ray report in the
17  findings section from August 27, 2017, there is no
18  mention of the phrase, "Perched facet"?
19    A    That's absolutely correct.
20    Q    Okay.  Would you agree there's nothing in your
21  report from August 27, 2017, indicating the word
22  "anterolisthesis"?
23    A    No.
24    Q    When you say "no", you agree the word
25  "anterolisthesis" doesn't show up?

Page 53

1    A    It does not show up.
2    Q    Okay.  And then when you -- as a radiologist
3  would you agree you're not there physically with the
4  patient?  You're just getting x-rays, greeting them in a
5  room, putting them up on a view box; is that right?
6    A    Yeah.  That's right.
7    Q    And would you agree that you have never
8  personally saw Mr. Poole?
9    A    As far as I can recall, no.  I never saw him
10  personally.
11        MR. TENGESDAL:  Okay.  Thank you, doctor.
12  That's all the questions I have for you.
13        THE WITNESS:  Thank you.  I was going to say
14  that --
15        MR. LAMBARDO:  Ms. Lindemann, do you have any?
16        MS. LINDEMANN:  I don't have any questions for
17  the doctor.  Thank you.
18        EXAMINATION
19  BY MR. LAMBARDO:
20    Q    I have a couple followup for you, Doctor. Does
21  a CT scan versus an x-ray, give a better opportunity to
22  be able to detect certain fractures of the cervical
23  spine?
24    A    Yeah, certainly.  Because you can see the part
25  in three dimensions.  Whereas on the plain films, you're

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Kentuckiana
COURT REPORTERS

Page 54

1    not having that additional dimension.
2        Q    Are there some fractures of the cervical spine
3    that can be detected by reviewing a CT scan, that could
4    not be detected by reviewing a plain film x-ray?
5        A    Yeah, certainly. As reported in this case,
6    where I believe several tiny fractures were noted.
7        Q    Are plain film x-rays meant to detect soft
8    tissue or nerve damage of the cervical spine?
9        A    No, they're not.
10       Q    Can an MRI be able to give you that kind of
11   information, where a plain x-ray cannot?
12       A    Yeah. MRI has become the goal standard for,
13   especially for evaluating soft tissues.
14           MR. LAMBARDO: I have no further questions.
15   Anyone else have anything?
16               REDIRECT EXAMINATION
17   BY MS. AGUILAR:
18       Q    Yes. I have a followup question based on one
19   of Mr. Tengesdal's questions. I know sorry, Doctor, I'm
20   really close to being done. I know you want to get out
21   of here. But I believe you stated that you agreed in
22   your findings section, you did not recommend additional
23   imaging, right?
24       A    Yeah, that's correct. I didn't write down
25   that I recommended additional x-rays.

Page 55

1        Q    Okay, and why did you not recommend additional
2    imaging?
3        A    When -- I don't recommend it?
4        Q    No. I'm saying in this instance with
5    Mr. Poole, after you looked at his x-rays in August
6    2017, why did you not recommend additional imaging?
7        A    I just report the findings as I see it. And I
8    don't know what -- I don't know what the clinical
9    situation is, how long the person has been -- has had
10   this malady, or anything, any clinical findings.
11       Q    Okay. I think we might be missing each other
12   here. So, Doctor, I'm just trying to understand why you
13   didn't recommend additional imaging. Because I believe
14   you stated CT scan or MRI can detect more than an x-ray.
15       A    Well, to recommend additional imaging, one
16   must be able to know the history, the clinical findings,
17   and taking these factors in mind to therefore go on
18   further to get additional studies.
19       Q    Okay. And you did not have Mr. Poole's
20   clinical findings with you in August 2017?
21       A    I don't know what his clinical findings were.
22           MS. AGUILAR: Okay. I have nothing further at
23   this time. Thank you again. Doctor.
24               RECROSS EXAMINATION
25   BY MR. TENGESDAL:

Page 56

1        Q    Doctor? Doctor, when you made your findings,
2    did you then do anything to review the clinical
3    findings?
4        A    Would I do anything to review the clinical
5    findings?
6        Q    No. My question was once you reviewed the
7    plain film x-rays, you made your findings, you charted
8    them down, was there anything that gave you any
9    suspicion that said, "I need to either call Dr.
10   Aguinaldo, or actually go look at the chart"?
11       A    Not on these -- the plain films that were
12   presented to me.
13           MR. TENGESDAL: Thank you, Doctor. That's all
14   I have.
15               RE-EXAMINATION EXAMINATION
16   BY MR. LAMBARDO:
17       Q    I have one last question for you, Doctor,
18   based on that. As a radiologist who reviews x-rays, do
19   you dictate the -- how a patient's primary care
20   physician should treat that patient?
21       A    No.
22           MR. LAMBARDO: Anything else?
23           MR. TENGESDAL: Nope.
24           MR. LAMBARDO: Okay. We're going to waive
25   signature.

Page 57

1            COURT REPORTER: All right. Give me one moment
2    to take us off the record. We are off the record at
3    1:30 p.m..
4            (DEPOSITION CONCLUDED AT 1:30 P.M. CST)
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of DR. GERALD LEEF, taken on April 13, 2022

Page 58

```
 1              CERTIFICATE OF REPORTER
 2
 3    I do hereby certify that the witness in the foregoing
 4    transcript was taken on the date, and at the time and
 5    place set out on the Title page hereof by me after first
 6    being duly sworn to testify the truth, the whole truth,
 7    and nothing but the truth; and that the said matter was
 8    recorded digitally  by me and then reduced to
 9    typewritten form under my direction, and constitutes a
10    true record of the transcript as taken, all to the best
11    of my skills and ability. I certify that I am not a
12    relative or employee of either counsel, and that I am in
13    no way interested financially, directly or indirectly,
14    in this action.
15
16
17
18
19
20
21
22    LEAH SHARP,
23    COURT REPORTER / NOTARY
24    COMMISSION EXPIRES ON: 11/01/2023
25    SUBMITTED ON:  04/22/2022
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

Kentuckiana
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of DR. GERALD LEEF, taken on April 13, 2022

---

**Exhibits**

**Exhibit 1_Leef** 27:4,9 33:3

**Exhibit 2_Leef** 35:24 36:1,6,8 50:11,12

**Exhibit 3_Leef** 38:3,6,8

**Exhibit 4_Leef** 42:10,14,16

**Exhibit 5_Leef** 45:1,4,6

---

**0**

08-30-17 38:12

---

**1**

**1** 27:4,9 33:3

**10** 32:16 42:12

**10-minute** 32:16

**100** 8:2

**1025** 45:24

**1028** 45:2

**117** 39:6

**118** 38:25 40:3,4

**126** 38:4

**12:00** 6:8

**12:03** 9:1

**12:04** 9:6

**12:12** 16:1

**12:14** 16:6

**12:38** 32:19

**12:53** 32:24

**13** 9:6 16:6 32:24

**13:37** 38:12

**13th** 6:7

**17** 26:23

**1959** 19:5,10

**1960** 19:10,16

**1960s** 49:18

**1963** 19:16 49:8

**1964** 19:21 49:10

**1:30** 57:3,4

---

**2**

**2** 35:24 36:1,6,8 50:11,12

**20** 51:10

**2017** 14:19 25:7 26:23 27:1,6 34:23 35:4,14 37:1 38:1 39:15 42:23 45:20 51:10,17 52:17,21 55:6,20

**2022** 6:8 9:6 12:22 16:6 32:24

**20C0014** 6:14

**20th** 39:1

**22nd** 6:6

**25** 26:25 27:6 34:23 35:4,14,18

**27** 37:1 51:17 52:17,21

**28** 39:1

---

**3**

**3** 38:3,6,8 45:12 47:19 48:8

**30** 6:6 38:1 39:15

**31** 42:23

---

**34** 46:3

---

**4**

**4** 42:10,14,16 45:13

**41** 42:12

---

**5**

**5** 45:1,4,6

---

**6**

**6** 45:20

---

**9**

**99** 38:4,10

---

**A**

**ability** 11:4,11,18 44:21

**absolutely** 8:21 12:7 17:14 20:2 21:20,22 22:25 49:16,25 52:19

**accompany** 44:10

**accompanying** 43:19

**accurate** 11:5,11,18

**actual** 27:10,16 28:2 29:4,7,19 30:13,16 31:10 36:8

**additional** 23:13 41:1 49:23 50:1,18,19 51:4 54:1,22,25 55:1,6,13,15,18

**advise** 51:16

**affect** 11:4,10,

**18**

**affecting** 11:8,14

**affirm** 7:18

**afternoon** 6:18 9:10

**agree** 23:5 30:14 31:8,9 34:21 35:2,8,15 49:14 50:17,22,23 51:5,9,24 52:3,8,12,16,20,24 53:3,7

**agreed** 46:20 54:21

**agreeing** 32:9,13

**Aguilar** 6:18,19 7:13,24 8:9,20,23 9:9,17,25 10:7 15:23 16:8 21:24 22:1,8 24:10,11,18 27:12,15 28:5,19 29:8 30:3,6,20 31:19 32:10,15 33:1 34:5,7,10,14,15 39:7,22 43:13 45:8,16 47:7,23 48:5,14 54:17 55:22

**Aguinaldo** 6:11,24 16:22 56:10

**Aguinaldo's** 48:22

**ahead** 23:8 24:3,13 50:22

**Ahmad** 6:10,19 9:18 14:3,5 21:2 46:3

**aids** 8:3

**altercation** 26:22

**anatomy** 52:7

**answering** 10:14

**answers** 10:16,20

**anterior** 37:19 40:15,16,17 41:5,7 43:21 44:9

**anterolisthesis** 44:9 52:22,25

**Apologies** 34:1 40:22

**apologize** 30:19

**apologizing** 30:20

**apology** 38:24

**appearance** 6:15

**appeared** 37:21

**appearing** 6:20,23 7:1,5

**apprised** 46:15

**approximately** 13:6

**April** 6:8 9:6 12:22 16:6 32:24

**area** 41:21

**arguments** 32:12

**Army** 18:23

**Arrival** 38:11

**articular** 40:15 41:6

**articulate** 52:4

**ARTP1037** 42:12

**assaulted** 46:7

**Assistant** 7:3

**assume** 10:13 18:4

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Kentuckiana
— COURT REPORTERS —

atlantooccipital 43:23

attending 6:15,16 45:18

attention 38:23

attorney 7:4 9:17 17:1 48:22

attorneys 10:24

audible 10:17

audio 8:18 15:16

August 14:18 25:7 26:23,25 27:6 34:23 35:4,14,18 37:1 38:1 39:15 42:23 51:10,17 52:17,21 55:5, 20

aware 17:21

**B**

back 9:3 16:3 19:2 21:21,25 32:21 49:17

barely 35:10

based 26:10, 13,15 28:7 33:4,10,13 35:20 49:22 51:6,10 54:18 56:18

basis 51:19 52:11

Bates 35:24 36:4 38:3,10,25 40:4 42:11,24 43:1 45:1

bearing 44:25

begin 7:23 10:22 25:11

behalf 6:19 7:5

bilaterally

43:23

bleeding 46:16

board 19:20,21 49:10

Bob 47:11

body 43:24

bone 22:16 24:17

bony 24:15

book 52:7

bottom 40:5

box 27:17 53:5

break 32:17

bringing 32:8

broken 22:16

**C**

C3 37:19 38:21 40:15,16,18 41:5,8 44:8 52:3,9

C3-c4 43:4,17 44:10,11 52:2

C4 37:19 40:16 41:7,8 52:4,13

call 56:9

calls 15:13

camera 13:21

canal 44:12

care 38:2 56:19

career 22:10

case 6:13 9:18 11:23 16:19 17:4 20:8 21:1 26:7 39:2 46:18 54:5

catch 9:14 24:2,6,8,21

cellmate 26:22

Center 12:13, 19 25:20

certification 19:20

certified 19:21 49:10

cervical 37:18 39:16 42:21 43:16 45:12,13 46:5,10 47:19 48:8 51:22,24 53:22 54:2,8

chart 56:10

charted 51:6 56:7

Chicago 6:7, 23 7:6

chief 38:16,19

clarify 27:19

clear 14:7 23:24 28:6,21 29:10,19 30:25 32:5

clinic 25:20

clinical 18:24 51:15 55:8,10, 16,20,21 56:2,4

clinically 51:7

clinician 23:17 50:25 51:11,16

close 13:20 54:20

closed 38:21

closer 10:2,6

collar 46:13

College 18:19

coma 46:19

comfortable 28:24

communicate 21:17 22:2

communications 28:7

complaint 38:16,18,19

completed 19:6,11 49:7

compression 44:12

computer's 15:17

computerized 39:25 41:20

CONCLUDED 57:4

conditions 11:3,7

conducted 9:4 16:4 32:22

confide 17:16, 18

confirm 23:14 33:8

confusion 10:11

consent 46:20

consented 46:13

consult 51:12

continue 17:9 31:4,6 42:1

contour 24:16

contract 25:5, 6

contracted 13:8 25:7

contractor 13:10,15,24

control 23:23

convened 6:9

conversation 17:1 30:3 31:16

conversations 16:25 30:11,21, 24

Cook 18:20 19:7

copied 21:11 28:15 29:6

copies 15:6 16:12 27:23 28:3,6,17,22 29:1,6,19,21 30:15 31:3,23 33:6 34:19

copy 21:11 27:20 34:23 35:3 36:8,18 38:8 42:16 45:6 50:12

copying 28:14

cord 44:12

correct 12:8, 16,22 13:25 14:1,13,23,24 15:1,2 16:22,23 17:6,7,8,9 19:7, 8,14,22 20:18 21:2 23:10 25:25 26:1,16 27:11 34:17 35:9 37:24 40:6 41:17,18 47:9, 20 48:8 49:16, 25 51:22 52:1, 19 54:24

Corrections 18:15 25:18 36:19

correctly 43:25 44:4,6,15 46:21 47:3,4

correlate 33:16 51:7,14

correlating 33:7

counsel 6:17 8:4,13 17:11 27:4,7,15,21 28:8,15,18 30:22 34:10 36:4 39:3,7 43:9 47:23 48:3,15

counsel's 34:2 39:19

County 18:20 19:7



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of DR. GERALD LEEF, taken on April 13, 2022

61

couple 10:10
25:21 53:20

court 6:3,5,12
7:7,10,16,22
8:21,25 9:3
10:18 15:12,13,
16,21,25 16:3
21:22 32:18,21
57:1

criticisms
41:14

CROSS 48:23

CST 57:4

CT 39:10,14,15
41:15 49:19
50:2,4 51:1
53:21 54:3
55:14

CTS 49:17

cut 9:20 12:2

_____

D

damage 43:6
54:8

date 25:13
36:24 37:1
38:11,13 49:11

dated 35:14
36:22 42:22
51:10

day 6:7

days 27:21
29:13,20

DBI 46:19

death 46:19

defendant
11:23 18:8

defense 17:10

deficit 8:2
46:17

degree 18:18

department
18:14 25:18
26:6 36:19

deposed 9:18
10:11 11:24

deposition 6:9
9:4 15:4 16:4,
11,18,21,25
17:2,15,19,22
18:1 28:16
29:9,17 31:2,6,
9,13,18 32:2,5,
9,22 49:22 57:4

details 34:19

detect 53:22
54:7 55:14

detected 54:3,
4

determine
23:15

developed
49:20

diagnose
26:11,12,13

diagnosed
24:25

diagnosis
26:17 45:22
47:19

diagnostic
28:3

dictate 23:17
51:3 56:19

dictated 44:14

difficult 34:17,
18

difficulties
8:12 13:19

difficulty 8:17
18:5

dimension
54:1

dimensional
41:21

dimensions
53:25

direct 9:8
38:23

disc 41:2 44:13

discussed
18:10,13 29:23
49:21

displaced
40:14 41:5

displacement
40:16,18

disprove
23:14

dispute 41:11,
23 42:4,7
44:17,22 47:8,
18 48:7,12

disruption
24:16

District 6:12,
13

Division 6:13

doctor 7:12,16
19:25 21:4,18
22:3,6,9 23:8
24:4,14,23 25:1
26:18,21 27:16
30:15 33:9
35:19,25 36:10
37:8,25 38:5,9,
24 39:24 40:3,
8,20 41:10
42:11,25 43:14,
25 44:15,21,25
45:3,17,25
46:21 47:12
48:6,11 50:8
51:21 53:11,17,
20 54:19 55:12,
23 56:1,13,17

doctors 18:6
21:12 23:20,25

document
21:5 36:11,12,
15,16,22,25
37:1,3,11
38:17,25 39:1
42:22,23 43:2
45:25

documentatio
n 21:9,13 26:18

documented
35:21

documents
14:9 15:5 16:10
27:13

door 17:25

Drive 6:6

dropped 13:11

duplicate
28:17 33:6,7,16
34:19

duplicates
35:6,7

duties 19:25
20:3,4,7 23:25

_____

E

e- 27:21 30:23

e-mail 28:14,21
29:19

e-mails 31:2

earlier 49:21

Eastern 6:13

edema 43:20
44:10

electronic
30:16

emergency
39:17

essentially
37:20

et al 6:11

evaluating
54:13

evaluation
43:5 46:5,11

Evaristo 6:11,
24

eventually
26:5,8

evidence 28:2
44:11

exact 25:13

exam 43:4

examination
9:8 42:20 48:23
53:18 54:16
55:24 56:15

examinations
20:5

Excellent 8:9

Excuse 45:20

exhibit 27:4,9
28:1 31:5 33:3,
10,13,19,24
35:24 36:1,6,8
38:3,6,8 42:10,
14,16 44:25
45:1,4,6 50:11,
12

exhibits 29:13,
20,22 32:4,8

existed 49:14

expedite 23:19

expense 29:6

experienced
14:17

experiencing
14:22,23

expertise
46:23 48:10

explaining
19:1 24:19

Extremely
20:21

_____

F

facet 40:15
41:6,7 43:17
44:8,11 45:13
47:19 48:8
51:21 52:3,4,
10,14,18

facilities
25:15,17

facility 46:4



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

fact 7:11,12 17:11

factors 55:17

fair 10:14,15 14:15,21 49:12

familiar 22:12, 15,18

faster 43:11

feedback 8:16

feel 31:15 39:23

file 21:14

film 16:13,14 21:11 35:3,19 50:24 54:4,7 56:7

films 20:15 25:21 26:7,8 27:11,23,24 28:2 29:4 30:1, 13 31:10,23 37:14 40:19 43:5 51:20 52:11,15 53:25 56:11

finally 46:8

find 17:4 22:22 23:1

findings 21:5, 18 22:2,6 23:18 33:8,15 35:21 37:6,13,16 40:1,9,10,12, 22,24 41:16,20 43:8,16 44:23 48:13 50:14,17, 20,24 51:5,7,9, 14,15 52:17 54:22 55:7,10, 16,20,21 56:1, 3,5,7

fine 33:17 34:19 39:7 43:14

finish 10:21,23 40:21

finite 33:14 34:18

firm 6:20

firms 25:14

fitted 46:12

fix 8:22 15:22

floor 6:7 48:15

folder 21:12

follow 25:3

follow-up 23:13,16,21 31:16

followup 53:20 54:18

form 21:6,9 23:7 24:3,13,22 27:20 46:22

format 29:10

forward 28:23 31:13,18

foundation 34:24 35:5 41:13 44:20 47:10,22

fractions 41:1

fracture 22:19 23:6,9,12,14 24:1,7,8,12,20, 21,24 26:12 37:22 38:21 41:5,18,24 42:6 43:18 44:8,19 46:6,10,14 47:20 48:8 51:17,18,20 52:9,14

fractures 22:22 23:1,11 40:14,25 53:22 54:2,6

fragment 43:18

Friday 13:3

front 23:18 27:5 31:23 33:3,5 35:25 36:6,9 38:5 40:5 43:2 45:3

50:9

frustrating 13:19

full 7:8

G

gave 29:3,12 56:8

general 7:4 24:15

Gerald 6:10 7:9 9:4 16:4 32:22

give 7:19 10:19 21:22 29:5 30:10 39:5,9 45:6 47:24 50:9 53:21 54:10 57:1

goal 54:12

good 6:18 9:10 18:4

graduated 19:4

great 10:17 19:3 40:8

greeting 53:4

ground 10:10

guys 9:23 32:2

H

half 15:6 16:12 36:14

hand 7:17 37:20

handed 32:8

handwrite 21:6

handwriting 37:2,5,6

happened 13:17

he'll 8:7

Health 25:8 42:20

healthcare 14:18

hear 8:8 9:11, 22,23 12:16 15:9,10 49:2,3, 5

heard 8:15 13:14 28:9

hearing 8:2,3,6 10:5 28:11

height 41:2

heights 43:24

hemorrhage 44:12

herniation 44:13

higher 46:11

Hillside 7:2

history 55:16

hold 31:7 33:17

home 7:1

hope 22:14 51:13

hospital 18:21 42:19 50:5

hospitals 18:24

hour 15:6 16:12 36:14

hours 13:6 32:7 38:12

hypothetical 24:23

I

idea 31:21

IDENTIFICATI ON 27:9 36:1 38:6 42:14 45:4

identify 24:12

Illinois 6:7,13 7:2,4 12:19 18:14,19,22 19:12 25:17 36:19

images 20:20 26:13,15 43:19

imaging 46:9 50:18,20 54:23 55:2,6,13,15

immediately 46:12

important 10:19

impression 38:21 41:4 44:7

inappropriate 23:5,9

inaudible 10:20

incarcerated 46:7

include 20:7 46:15 50:2

included 30:11,22

Incomplete 24:22

increased 43:19,22

independent 13:10,15,24 14:3,4,5,8,10, 16 20:25

indicating 52:21

Indications 46:2

infection 46:16

inferior 44:8 52:3,10

inform 51:11

information 54:11



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

informed 46:20

injury 38:16

injury/pain 38:19

instance 55:4

instances 20:13

instructed 10:25

intention 29:11

interact 20:19

internship 18:20 19:7

interpret 20:4, 15 23:4 26:11 47:22 48:1

interpretation 21:7,15 26:9,14 42:8 44:1

interpreted 22:10 44:14

interpreting 22:13,15,18

interrupt 7:25 30:7

interrupting 30:19

interruption 30:21

Intervertebral 41:2

involved 17:5

involving 40:14 41:5

Isabella 6:19 7:25 9:16 30:5

issue 28:23 29:12,16,18 31:1

issues 8:5

**J**

Jaburek 7:5

jacket 26:8

job 10:17 22:23

Joe 6:25

Johanek 41:23 42:4

join 30:8

joint 44:11

joints 43:23 51:22,23

Joliet 12:19

Joseph's 39:17 42:19

**K**

Kentuckiana 6:5

Kim 42:24 44:15,19

kind 15:10 54:10

knowledge 25:2 44:2 47:17

Kristin 7:3

**L**

labeled 36:20

Lambardo 6:25 7:25 9:23 10:1 15:15,19 17:13 22:5 23:7 24:3,6,9,13,22 27:10,13,18 29:23,24 30:22, 24 31:19,25 32:11 34:9,13 35:5,16 36:7,24 37:5,10 38:7 39:3,8,15,21 40:7 41:13 42:15 43:9 44:3,20 45:5,9

47:2,6,10 48:3, 11,19,21 50:9, 12 53:15,19 54:14 56:16,22, 24

lastly 10:24

law 6:20

lawsuit 17:24 18:3,10,13

lawyer 17:7,11

Leah 6:4 9:5 16:5 32:23

learn 17:23 19:2

Leef 6:10 7:1,7, 9,12 8:1,10,15 9:4,10,16 10:3, 9 11:22 12:4,8 13:13,18 14:2 15:3,10 16:4,9 17:23 18:17 29:18 32:22 33:2,19 34:16 35:2 39:9 42:9, 12,18,22 48:16, 20,25 50:15,25

Leef's 28:15

left 37:20

letting 33:22

level 43:17 44:10

Lieutenants 7:5

ligament 43:5

light 27:22

limited 46:16

limits 41:3

Lindemann 7:3,15 8:17,24 30:5,8 53:15,16

list 52:9

listed 33:15 51:9

listen 32:12

located 6:6

location 6:16

Loevy 6:20

long 13:4 55:9

longer 43:10

looked 15:5 16:12 34:22 35:3 37:14 55:5

lordosis 43:17

loss 10:5 46:17

lot 8:16 31:12 43:10

loud 49:4,5

loudly 8:4

**M**

made 28:6 29:1,10,15,19 35:10 56:1,7

mailed 27:21

mails 30:23

maintained 41:2 43:25

make 33:4,9,13 34:17,18 43:11 46:1 49:4 51:2

making 28:6

malady 55:10

male 46:3,7

managed 25:15

mark 27:3 35:23 36:6 38:3 42:10 45:1

marked 27:9 36:1 38:6 42:14 45:4 50:10

matter 6:10

meant 54:7

measuring 40:16 41:8

medical 18:18 19:4 21:14 25:2,15

medications 11:10,14

Medicine 18:20

Mehta 45:19

memory 11:8, 15,19 14:3

mention 37:22 52:18

mentioned 11:20 33:23

MI 46:19

Miami 46:12

Michael 44:14, 19

microphone 10:2 13:21 15:18

middle 43:15

millimeter 40:17 41:9

million 22:11

mind 55:17

minimal 43:21 44:9

Minimally 40:14 41:4

minute 32:16

minutes 38:14

miscommunic ation 28:20

missing 55:11

moment 30:10 57:1

mornings 13:3

motor 46:16

move 10:2

MRI 42:20 43:3 44:1 49:14 50:4 51:1 54:10,12



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

55:14

**MRIS** 49:15
50:2

---

**N**

---

**named** 45:19

**nature** 43:24

**necessarily**
23:12 28:8 31:8

**neck** 16:13,15
24:1 26:24,25
38:16,18,19
46:8

**needed** 23:13

**negative** 37:20

**nerve** 54:8

**neurological**
46:17

**neurosurgeon**
46:24

**neurosurgical**
51:12

**nevermind**
45:23

**Nicholas** 41:9

**nonspecific**
43:23

**normal** 37:21
41:3,4 43:16

Norman 7:5

**Northern** 6:12
12:12,18 25:20

**noted** 28:12
34:2 40:25 41:1
54:6

**number** 6:13
9:21 37:18

---

**O**

---

**Oakbrook**
25:20

**Obaisi** 38:1

**object** 10:24
23:7 28:1 35:16

**objection**
24:3,13,22
28:9,12 29:14
34:2,24 35:5
41:13 44:20
46:22 47:10,21
48:9

**objections**
47:24

**obligation**
32:4,7

**obscured**
34:20

**observe** 15:1

**observed** 15:1

**obtain** 18:17

**obtained** 46:21

**office** 6:23

**online** 6:4

**open** 48:15

**operative**
45:7,18

**opportunity**
32:6 39:5,9
53:21

**order** 51:1

**ordered** 23:22
26:2

original 27:23,
24 28:16 33:8
45:15

**Ozgen** 42:24
44:14,18

---

**P**

---

**p.m** 57:3

**p.m.** 6:8 9:6
16:6 32:24 57:4

**pain** 26:23
38:16,18 46:8

**paper** 27:20

28:3 29:6 30:2,
13,15 33:6,16
34:19,25 35:1,
3,6 38:8 42:16
45:6 50:12

**paraparesis**
46:18

**paraplegia**
46:18

**part** 9:20 12:1
13:11,14 21:4,
14 22:22 30:25
40:22 53:24

**part-time**
12:18,25 25:19

**parties** 7:11

**past** 16:12

**patient** 16:17
18:6 20:9,12,
14,19 22:16,19
23:16,22 24:1,
12,20 25:24,25
26:5 46:6,8,10,
12,13,15,20
50:5 53:4 56:20

**patient's**
21:14,16 23:1
51:4 56:19

**pause** 8:5,18

**PDF** 27:20 28:6
29:10,21 30:13

**PDFS** 28:22
30:16

**pending** 6:11

**percent** 8:2

**perched** 41:6
43:17 52:18

**perching** 44:9

**perfectly**
44:16

**performed**
45:12,19

**person** 20:21
24:24 29:17
55:9

**person's** 51:3

**personally**
53:8,10

**phone** 15:16
17:3

**phrase** 52:18

**physical** 31:3

**physically**
53:3

**physician**
25:25 45:18
51:14 56:20

**picture** 41:21

**plain** 40:18
43:5 50:24
52:11,15 53:25
54:4,7,11 56:7,
11

**plaintiff** 6:19
9:17 50:10

**plaintiff's** 6:17
27:4,21 33:3,10
42:10 45:1

**PLAYS** 21:25

**point** 30:18

**Pool's** 37:14
42:21

**Poole** 6:10,20
9:18 14:3,5,17
16:15 21:2
26:22,25 34:23
35:9 36:20
38:1,4,10,25
39:6 40:4
41:18,24 42:5,
19,25 44:19
46:3 48:7 50:5
53:8 55:5

**Poole's** 35:13
45:19 55:19

**practice** 18:25
21:4 26:11
35:20

**Predental** 41:4

**preoperative**
45:22 47:19

**preparation**
16:10

**prepare** 15:4,5

**preparing**
29:25

**presence**
23:14

**present** 20:9,
11 23:2 26:17

**presented**
17:25 26:9
28:10,25 30:13
46:3 56:12

**presenting**
28:25 29:18
33:20

**presents**
22:22 26:6

**prevents** 28:4

**Prevertebral**
41:3

**primary** 19:24
20:3,4,7 38:21
56:19

**printed** 27:20,
23 36:8

**prison** 12:19,
22 46:4

**privileged**
17:12

privy 29:24

problem 10:8
45:8

**problems** 8:6

**procedure**
45:11 46:2

**proceed** 8:13
46:20

**PROCEEDING
S** 6:1

**process** 26:3

**processes**
26:7

**proper** 32:4

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

provide 11:4, 11:18

provided 28:13,18 29:7 32:3

put 25:13 26:8

putting 53:5

**Q**

quadriparesis 46:19

quadriplegia 46:19

question 10:24 12:8 13:23 18:4 21:21 24:7,10 40:3 42:3 47:2, 11,13,15 48:1,4 54:18 56:6,17

questions 10:12,21 31:10, 12,15,22 39:9, 19,23 43:12 48:21 53:12,16 54:14,19

quick 19:2

quicker 46:1

quickly 9:12

**R**

radiologist 19:24 20:2,10, 11,14,16 22:21, 25 23:4,6 30:1 51:11 53:2 56:18

radiologist's 20:7

radiology 19:19,22 42:23 49:8,13

raise 7:17

rare 20:21

rate 49:12

**RE-EXAMINATIO N** 56:15

read 21:21 25:21 37:16 39:12,17 40:12 43:7,9,12,25 44:3,5,15,16 45:22,25 46:21 47:3,4

reading 33:4, 10,13,14 34:17, 18 40:22 41:10 49:15,22

ready 8:13,14 39:23 45:9,11 48:25 49:1

reason 28:16 41:11,23 42:1, 4,7 44:17,22 47:8,18 48:7,12

reasonable 52:6

recall 14:21,25 53:9

Reception 12:12,19 25:20

recollection 14:4,5,8,10,16 21:1

recommend 50:18,19,25 51:12 54:22 55:1,3,6,13,15

recommendations 51:2

recommended 54:25

record 6:3 7:8 8:22,25 9:2,3 15:22,25 16:2,3 28:12 29:15 31:16 32:19,20, 21 34:2 36:7 37:17 40:13 43:7 45:23 57:2

recorded 12:15

records 21:16 28:24 29:4 42:5

**RECROSS** 55:24

**REDIRECT** 54:16

reduce 46:14

**Reduction** 45:12

referred 25:25 38:2

referring 16:15,17 21:12, 18 22:2,6 23:20 26:18 27:10 31:21 51:13

relation 37:19

relations 18:5

remember 49:10

remind 47:23

remotely 6:21, 23

repeat 12:1,6,7 13:13,19 20:1 21:19 22:24 33:11 40:10 48:4

repeating 48:6

rephrase 24:9 48:4

report 21:10 23:4,17,19 25:1 31:22 33:7,8, 15,18,22 36:18 39:6,10,16 41:12,16 42:24 43:3 44:18 45:7,18 50:8,23 51:10,17 52:8, 12,16,21 55:7

reported 40:18 41:9,15,17,19 43:5 45:13,14 50:20 54:5

reporter 6:3,5 7:7,10,16,22

8:21,25 9:3 10:18 15:12,13, 16,21,25 16:3 21:22,25 32:18, 21 57:1

**Reporters** 6:6

reports 15:7 16:13 21:5 27:11 31:14

represent 26:21,24 37:25 42:18,22 45:17

representing 6:5,25

request 21:6,9

**REQUESTED** 21:25

required 22:21,25 49:23 50:2

requiring 23:3

residency 18:21,23 19:12, 18 49:8

respect 40:16 41:8

respond 8:16 28:5

result 26:24

resume 9:7 16:7 32:25

revealed 46:9

review 30:1,2 34:4 39:10 56:2,4

reviewed 16:10,18,21 44:13 50:24 56:6

reviewing 28:4 30:15 54:3,4

reviews 56:18

right-sided 52:9,13

risks 46:15

Robert 6:22 30:9

room 39:17 53:5

rotational 43:21

**RTP0718** 35:24

**RTP1024** 45:2

**RTP1039** 43:1

rule 28:3 51:3

rules 10:10 32:6

**S**

Sanford 7:9

scan 39:10 50:2 51:1 53:21 54:3 55:14

scans 35:3,20

scenario 46:18

schedule 13:2

school 19:4

scope 46:23 48:9

screen 27:7 30:16 34:1,8 39:2 42:11

season 43:4

section 50:15, 17 51:6 52:17 54:22

send 50:5

sensory 46:17

September 45:20

service 28:14 46:4

Services 25:8

severe 26:23 46:7



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
— COURT REPORTERS —

share 27:7
34:1 42:10

shared 29:1

Sharp 6:4 9:5
16:5 21:21
32:23

shift 13:5

show 27:3
31:24 35:23
38:2 42:9 44:24
52:25 53:1

showing 33:23
35:17

side 43:22

sided 44:8

signal 43:19,22

signature
37:7,10 56:25

significant
33:15

signs 14:17,25
15:1

simply 20:14

sir 12:16 49:3
52:11

sit 14:16

situation 55:9

situations
18:25

skull 37:21

slight 40:15
41:7

slowly 8:10

small 43:18

smaller 51:23

soft 41:3 43:20
44:10 54:7,13

softly 10:5

solemnly 7:18

sort 31:22,23

sorts 23:11

sounds 10:8
52:6

South 6:6

space 41:2

spaces 41:4

speak 8:4,10
10:5 17:2

speaking 9:11
30:6 47:24

speaks 8:5

specialization
19:17

specific 43:2

specifically
14:4 15:4 41:23

spine 37:18
39:16 42:21
46:9,14 51:22,
25 53:23 54:2,8

spoke 17:15

spoken 30:10

St 39:17 42:19

stabilize 46:14

stamp 35:24
36:4 42:25

stamped 38:4,
10,25 40:4
42:11 43:1 45:2

standard
54:12

starting 6:16

starts 39:6,10,
17

state 6:14 7:4,8
28:8 31:1 36:19
50:23 52:13

stated 12:24
13:24 18:7
19:11 27:4
28:21 34:16
35:20 38:18
54:21 55:14

states 6:12
38:11,15,20

40:9,21 43:8,15
44:8 45:21 46:2
47:9

Stateville
12:18,21 13:8
14:18 25:5,16,
19 38:19

stays 21:11

step 19:2

stipulate 7:11

STIR 43:19

stop 29:16 31:1
41:10

strike 21:20
25:5,23 42:25

structures
24:16

studies 49:23
50:1 55:18

study 23:4,12
39:14 41:15
44:13 45:15

subluxation
37:19 43:4,21
45:13,14 46:6,
10 47:20 48:8

subpoena
18:1

subsequently
46:11

suggest 31:17

suggestive
43:20

summary 46:6

superior 41:7
52:4,13

supposed
24:2,6,8,11,21

surgery 45:19
46:13,25 47:16

surrounding
43:20 44:11

suspicion 56:9

swear 7:18

symptoms
14:17,22

system 12:20,
22

———————

T

T2 43:22

takes 26:7
31:14 43:10

taking 10:18
55:17

talk 14:2 16:24
17:19 25:4,6,24

talked 17:3,6
29:24

talking 46:25
49:4 52:2

technician 6:4
26:7

technological
13:18

tendered
27:13 36:7 38:7
42:15 45:5
50:13

Tengesdal
6:22 7:14 8:14
9:22,24 12:14
13:11 15:9,24
27:16,19,25
28:13 29:3,22
30:14 31:7
34:3,6,24 46:22
47:21,25 48:9,
20,24 53:11
55:25 56:13,23

Tengesdal's
54:19

terminating
32:2

testifying
30:17

testimony
7:18 11:5,11,19
16:19,22 21:25

thing 8:1 13:17

39:18

things 19:3

third-party
11:24

time 6:8 9:6
13:20 16:6
20:22 29:14,16
31:4,18 32:14,
24 38:11,12,13
48:15,16 55:23

tiny 54:6

tip 40:15 41:5

tissue 43:20
44:10 54:8

tissues 41:3
54:13

today 6:5,7 9:5
11:3,7,12,15,19
14:16 15:5
16:25 17:15,20
29:16 32:23

today's 15:4
16:5,10

told 17:10 28:1

Tomaras 6:24

tomograms
49:17

tomography
40:1 41:20
49:19

top 35:10
38:11,17 41:6
46:1

totally 39:7
43:14

trained 49:14

training 18:21
43:16 47:17
49:13

transfer 46:4

transferred
42:19 46:11

translation
41:8

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

traumatic 44:13

treat 56:20

treatment 25:3

triage 38:13

trouble 43:10

truth 7:19,20

truthful 11:4, 11,18

Tuesday 13:3

turn 34:3,11

typical 13:2,4 35:20

typically 20:9, 11 21:10

**U**

uh-huh 10:20 43:7

uh-uh 10:20

UI 42:20

UIC 46:11

unable 47:13, 14

understand 11:22,25 12:3 18:7,9 24:20 26:4 29:8 32:1 33:12,21 41:22 42:2 55:12

understanding 18:2

understood 10:13

underwent 46:9

unfairly 31:20

unit 14:18

United 6:12

University 18:19,21 19:12

**V**

verbal 10:17, 19

verbally 21:18 22:2,5

versus 6:11 10:20 53:21

vertebra 51:25 52:4

vertebrae 45:20

vertebral 43:24

video 6:4

videoconference 6:9 9:5 16:5 32:23

view 27:17 53:5

viewing 27:22

volume 8:2

**W**

Wacker 6:6

Wait 36:2,23 37:9

waive 56:24

walk 26:3

wanted 34:11

weakness 46:16

week 12:12 25:21

weeks 46:8

Wexford 13:8, 16,25 18:11 25:7,8,9,12

wife 17:16,19

witness's 48:10

word 51:18 52:21,24

words 12:14

work 12:5,9,10, 18,21 13:8 25:8,16,17,19

worked 13:7

working 25:9, 11

works 18:11,14

workup 51:4

World's 49:12

worst 46:17

would've 35:21

write 21:5,9 51:8 54:24

written 33:7,8 41:11 42:5

wrote 41:16,23 44:19

**X**

x-ray 16:13,14 20:4,15,20,22 21:11 22:22 23:1,6,21 26:2, 6 27:17 28:2 29:4 30:1 35:3, 19 36:18 37:14 51:14 52:16 53:21 54:4,11 55:14

x-rayed 24:25

x-rays 16:15 20:17 22:9,11, 13,16,19 23:13, 16 26:10,25 27:6,17 28:17 29:7,12 30:12, 15 34:22,25 35:6 49:22 50:25 53:4 54:7,25 55:5 56:7,18

**Y**

year 19:4,9,15 46:3

years 9:21 18:23 19:3 25:10,14 49:9, 12

York 49:11

you-all 29:3,5

**Z**

zoom 6:21,23 29:9 35:12 39:2

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS











Poole, Ahmad
XLW01

12-1882

AUG 2 2 2017

STATEVILLE CORRECTIONAL CENTER
FOR X-RAY TECH ONLY

STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS

X-RAY REPORT

Inmate's Name: Poole AHMad    Number: K95348    Date: 8-17-17

Age: _____

Reason for X-Ray: Skull Y-Ray for (L) Orbit Y-Ray
Neck    Head & Both Skull & Tram

(R) Hand?
                                    ~ Acute
                                    Ordering Physician

Findings: ① Cerv-Spine: Anterior Subluxation    Muscle
of C3 in relation to C4; Otherwise neg.    shoulder
                                    films

② Left Hand    ⎰ Both areas appear
③ Skull    ⎱ normal

Date: _____    _____ M.D.
                        27 Aug 2017

FOR CORRECTIONAL CENTER HEALTH CARE UNIT PERSONNEL ONLY

☐ I have reviewed the recommendations contained in this report.

Date: _____    _____
                        Signature and Title

IL 426-18393    OCA 42066

AUG 2 5 2017    (Rogers, RT(R))

Doctor A. RTP 0718

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER IN CASE NO. 1:20-CV-00014

```
DATE: 09/08/17 @ 0126      Saint Joseph Medical Center EDM *LIVE*           PAGE 1
USER: DO1QUISA                    EDM Patient Record

Patient  POOLE,AHMAD.K95348                       Account No  DC0029381580
Age/Sex  34/M                                     Unit No  DC01881219

    ——ER Caregivers——                        Arrival Date/Time  08/30/17 1337
Physician     Paik,John M M.D.                Triage Date/Time  08/30/17 1344
Practitioner  Nicholas A Sever P.A.
Nurse         Melissa Bertoletti             Date of Birth  ███████████
PCP           Unknown,Unknown

Stated Complaint NECK PAIN STATEVILLE
Chief Complaint  Neck Injury/Pain
        Priority  L3

Primary Impression
Closed C3 fracture
Secondary Impressions

Departure Disposition  02 GENERAL HOSPITAL      Departure Date/Time  08/30/17 2057
Departure Comment       TRANSFER TO UIC
Departure Condition     Good
```

```
                              Allergies

Allergy or Adverse Reaction                Type    Severity    Date      Ver
No Known Drug Allergy                      Allergy             08/30/17  N
```

```
                              Assessments

Fall Risk Assessment

By Jenna N Sarna, RN                                     on 08/30/17 at 1344


Fall History/Anticoagulant Therapy
    History of Falls            No
    Is patient receiving the following medication therapy?
    Other Fall Risk Considerations

Hendrich II - SELECT ALL THAT APPLY
    Confusion / Disorientation
    Depression
    Altered Elimination
    Dizziness / Vertigo
    Gender (Male)                        1
    Antiepileptics / Anticonvulsants
    Benzodiazepines

Get Up and GO Test (Rising from Chair)
    Get Up and Go Test           Able to Rise/Single Movat

Hendrich II - Total Risk Score
    Total (5 or greater = High Risk)
                                  1
    Score is less than 5, however pt is still a fall risk

Prevention Measures (ALL Patients)
    Standard Fall Prevention Measures (For ALL Patients)
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER IN CASE NO. 1:20-CV-00014

```
DATE: 09/08/17 @ 0126       Saint Joseph Medical Center EDM *LIVE*              PAGE 2
USER: DO1QUISA                    EDM Patient Record

Patient  POOLE,AHMAD K95348                        Account No. DC0029381580
Age/Sex  34/M                                      Unit No. DC01801219
                        Adequate Lighting; Bed Down, Brakes Locked
Prevention Measures-For Pt. at HIGH RISK
    Fall Prevention Measures for Patient at Fall Risk

Additional Prevention Measures
    Additonal Fall Prevention Measures (select all that apply)

Comment
    Comment

Historical Med Review

By Jenna N Sarna, RN                                        on 08/30/17 at 1344


Historical Med Review
    Historical Meds entered/reviewed?
                                    Yes
    Source of Medication List       Patient/Family recall
    Disposition of Home Medications
                                    No Meds brought in
    Historical Med Comment          NO MEDS

MD - Smoking History/Exposure

By Jenna N Sarna, RN                                        on 08/30/17 at 1344


Smoking History & Exposure
    Patient age                     13 Years or older
    Smoking Status                  Smoker,current status UNK
    Past Smoke Exposure             No
    Current Smoke Exposure          No
    Provide Information on Smoking Cessation
                                    No
    Have You Smoked in the Last 12 Months
                                    No
    Approximately how many cigarettes per day?
    If you are a former smoker, when did you quit?
    Do you dip or chew tobacco?
    Level of dependence
    Patient Requests Smoking Cessation Referral
    Other Types of Smoking

Triage (Primary)

By Jenna N Sarna, RN                                        on 08/30/17 at 1344


Arrival
    Reason for visit                NECK PAIN X 2 WEEKS
    Onset of Chief Complaint        08/30/17
    Time                            1345
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER IN CASE NO. 1:20-CV-00014

```
DATE: 09/08/17 @ 0126      Saint Joseph Medical Center EDM *LIVE*          PAGE 3
USER: DO1QUISA                      EDM Patient Record
```

Patient: POOLE, AHMAD X95348                              Account No. DC0029381580
Age/Sex: 34/M                                             Unit No. DC01881219

| | |
|---|---|
| *Mode of Arrival* | Police |
| *Other mode of arrival* | |
| *Accompanied by* | Police |
| *Accompanied by other* | |
| *Patient age under 18/ OB patient/ Behavioral Health patient?* | |
| | No |
| *Have you been hospitalized within the last 30 days* | |
| | No |
| *Date of discharge* | |
| *Name of Hospital, City/State* | |
| *Why were you hospitalized* | |

**Communication**
| | |
|---|---|
| *Preferred Language* | English |
| *Communication Barriers* | |
| *Communication Barrier Comment* | |

**Temperature**
| | |
|---|---|
| *Temperature (Fahrenheit)* | 98.5 (degrees F) |
| *Temperature (Calculated Celsius)* | |
| | 36.94740 (degrees C) |
| *Source* | Oral |
| *Temperature Comment* | |
| *Temperature Result for SIRS* | Does not meet criteria |

**Pulse**
*Occurrence #1*
| | |
|---|---|
| *Pulse Rate* | 68 (bpm) |
| *Side* | |
| *Location* | Monitor |
| *Pulse Comment* | |
| *Pulse Result for SIRS* | Does not meet criteria |

**Respirations**
| | |
|---|---|
| *Respiratory Rate* | 16 (bpm) |
| *Respiratory Comment* | |
| *Respiration Result for SIRS* | Does not meet criteria |

**Pulse Oximetry**
| | |
|---|---|
| *Saturation* | 99 (%) |
| *Oxygen Delivery Method* | Room Air |
| *Pulse Oximeter Comment* | |
| *Saturation result for SIRS* | Does not meet criteria |

**Blood Pressure**
*Occurrence #1*
| | |
|---|---|
| *Blood Pressure Systolic* | 147 (mm Hg) |
| *Blood Pressure Diastolic* | 99 (mm Hg) |
| *Blood Pressure Mean* | 115 (mm Hg) |
| *Side* | Left |
| *Blood Pressure Comment* | |
| *SBP Result for SIRS* | Does not meet criteria |

**Presence of Pain**

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER IN CASE NO. 1:20-CV-00014

```
DATE: 09/08/17 @ 0126       Saint Joseph Medical Center EDM *LIVE*          PAGE 4
USER: DO1QUISA                   EDM Patient Record
```

Patient: POOLE AHMAD K95848                    Account No. DC0029381980
Age/Sex: 34/M                                      Unit No. DC01881219

```
  Pain Present?                    Yes
  Pain Intensity                   10 (out of 10)
  Pain Scale Used                  0-10
  Acceptable Level of Pain

Weight/Height
  Weight (Kilograms)               84.00 (kg)
  Weight (Calculated Pounds)       184.800 (lbs)
  Weight Measurement Method
  Height (Feet)                    5 (ft)
  Height (Inches)                  7 (in.)
  Height (Calculated Inches)       67 (in)
  Height (Calculated Centimeters)

                                   170.18 (cm)

Suspected Infection (18+ Yr)
  Pt hx suggest new/suspected/confirmed inf or high-risk cond?
                                   No

Sepsis Screening Tool (18+ Yr)
  Additional Signs and symptoms of infection, present and new
                                   No additional criteria
  SIRS Result                      Negative

Neutropenic/Sepsis Screening
  Do you have Cancer and treated w/Chemo w/in the last 14 days
                                   No
  Fever (Temperature of 100.4F in Triage or at home)
                                   No
  Comment

Triage (Secondary)

By Jenna N Sarna, RN                              on 08/30/17 at 1344


Medical History
  Information provided by          Patient
  Other Information provided by
  Past Medical History
  Past Surgical History            None
  Other Medical History            SICKLE CELL TRAIT
  Has patient reached menarche?
  Date Last Menstrual Period
  COMMENT
  Is the patient pregnant?
  Are you being followed by Palliative Care?

Infectious Disease
  Hx Drug Resistant Organism       No
  Colonized with resistant organism:
                                   NONE
  Explain other colonized w/ resist organism
```

Poole 102

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER IN CASE NO. 1:20-CV-00014

```
DATE: 09/08/17 @ 0126      Saint Joseph Medical Center EDM *LIVE*           PAGE 5
USER: DO1QUISA                     EDM Patient Record

Patient: POOLE,AHNAD K95348                      Account No: DC0029381580
Age/Sex: 34/M                                    Unit No: DC01081219

Tuberculosis(TB) Risk Screening
    TB Exposure                    No
    TB Risk Factors                None
    TB Symptoms                    None

Recent Travel Screening
    Have you traveled in the last month
                                    No
    Regions visited in the last month
    Region Comment
    Date of departure
    Date of return

Exposure Screening
    Contact w/ someone with a communicable disease in last month
                                    No
    Diseases exposed to
    Specify Other
    Exposure date

Symptoms
    Symptoms in the last week
    Other symptoms in the last week

Violence Screening
    Does Patient have a history of:
                                    Violence
    Is patient currently seeking treatment for:
                                    Assault
    Is patient under the influence of alcohol/drugs?
                                    No
    Patient Placed in Private Room:
    Violence screening comment      PT ASSAULTED BY ANOTHER INMATE 2 WEEKS AGO

Suicide Screening (13+ Yr)
    In last 14 days have you experienced or had concerns about
                                    Denies Experience/Concern
    Comment
    Report Positive Findings to the Clinician/Physician
                                    No Positive Findings

Abuse Screen
    Current or History of Abuse/Neglect in the last 6 months
                                    None
    Suspected Abuse?               No
    Abuse Screen Comment

Pediatric Screening (0-15 Yr)
    Any concern for safety at home?
    Hx Physical Abuse
    Presenting injuries consistent with patient's explanation?
    If concerns are present, referral made to
    Referral Comment:
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER IN CASE NO. 1:20-CV-00014

```
DATE: 09/08/17 @ 0126      Saint Joseph Medical Center EDM *LIVE*        PAGE 6
USER: DO1QUISA                    EDM Patient Record

Patient  POOLE,AHMAD X95348                        Account No  DC0029381580
Age/Sex  34/M                                      Unit No  DC01081219

Trauma Categorization for Trauma Centers
     GCS
     RTS
     Trauma Category

Vital Signs Adult

By Jenna N Sarna, RN                                       on 08/30/17 at 1718


Temperature
     Temperature Source
     Temperature - Unit of Measure

Temperature - Celcius
     Temperature (Celsius)
     Temperature (Calculated Fahrenheit)

Temperature - Fahrenheit
     Temperature (Fahrenheit)
     Temperature (Calculated Celsius)

Pulse
  Occurrence #1
     Pulse Rate                    77 (bpm)
     Rhythm                        Regular
     Side
     Location                      Monitor
     Strength
     Method
     Pulse Position

Respirations
     Respiratory Rate              18 (bpm)
     Depth                         Normal
     Effort                        Normal: Non-Labored
     Pattern                       Regular

Pulse Oximetry
     Saturation                    99 (%)
     Oxygen Delivery Method        Room Air
     Oxygen Flow Rate
     FI02
     EtCO2

Blood Pressure
  Occurrence #1
     Blood Pressure Systolic       141 (mm Hg)
     Blood Pressure Diastolic      94 (mm Hg)
     Blood Pressure Mean           110 (mm Hg)
     Location                      Left Arm
     Source                        Automatic Cuff
     Blood Pressure Position       Sitting
```

Poole 104

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER IN CASE NO. 1:20-CV-00014

```
DATE: 09/08/17 @ 0126     Saint Joseph Medical Center EDM *LIVE*          PAGE 7
USER: D01QUISA                   EDM Patient Record

Patient  POOLE, AHNAD K9534B                          Account No. DC0029381580
Age/Sex  34/M                                         Unit No. DC01881219

Pain
    Pain Intensity
    Nonverbal / Cognitively Impaired
    Pain Scale

Major Medical Assessment

By Melissa Bertoletti, RN                             on 08/30/17 at 1929


Neurological System Assessment
    Neurological System Within Normal Limits
                                          Yes
    Neurological Symptoms                 No Symptoms
    Arousable To                          Alert
    Oriented To                           Person; Place; Time; Events
    Hand Grips Equal                      Grips Equal
    Fontanelle (if applicable)

Glasgow Coma Scale (Adult)
    Glasgow Coma Scale Eye Opening        Spontaneous
    Glasgow Coma Scale Verbal             Oriented
    Glasgow Coma Scale Motor              Obeys Commands
    Glasgow Coma Scale Total              15 (points)

Glasgow Coma Scale (Pediatric)
    Eye Opening
    Verbal Response
    Motor Response
    Glasgow Coma Score Total (Infant)

Eye Opening
    Occurrence #1
        Side                              Both
        Reaction                          Brisk
        Size                              4 (mm)
        Equality                          PERL

Neurological
    Neurological Comment

Psychosocial
    Psychosocial Comment

Cardiovascular Assessment
    Cardiovascular System Within Normal Limits
                                          Yes
    Cardiovascular Symptoms
    Jugular Vein Distention               No
    Capillary Refill                      Less Than 3 Seconds
    Circulatory Tenderness Description

Edema
    Occurrence #
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER IN CASE NO. 1:20-CV-00014

```
DATE: 09/08/17 @ 0126      Saint Joseph Medical Center EDM *LIVE*              PAGE 8
USER: DO1QUISA                      EDM Patient Record
Patient: POOLE AHMAD K95348                            Account No: DC0029381580
Age/Sex : 34/M                                         Unit No: DC01881219
          Side
          Location
          Type
          Degree

Cardiovascular
     Cardiovascular Comment

Respiratory System Assessment
     Respiratory System Within Normal Limits
                                            Yes
     Respiratory Symptoms
     Depth                                  Normal
     Respiratory Effort                     Non-Labored
     Lung Expansion                         Symmetrical

Auscultation
  Occurrence #1
     Location                               Throughout
     Modifier                               Anterior
     Phase                                  Inspiratory/Expiratory
     Lung Sounds                            Clear
  Occurrence #2
     Location                               Throughout
     Modifier                               Posterior
     Phase                                  Inspiratory/Expiratory
     Lung Sounds                            Clear

Cough
     Cough Description
     Sputum Amount
     Sputum Consistency
     Sputum Color
     Sputum Comment

Respiratory
     Respiratory Comment

Gastrointestinal Assessment
     Gastrointestinal Assessment: WNL
                                            Yes
     Gastrointestinal Symptoms
     Abdomen Description                    Non-Tender; Soft

Bowel Sounds
     Bowel Sound                            Active

Nausea/Vomiting
     Nausea/Emesis                          No
     Emesis Description

Gastrointestinal
     Gastrointestinal Comment
```

Poole 106

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER IN CASE NO. 1:20-CV-00014

```
DATE: 09/08/17 @ 0126      Saint Joseph Medical Center EDM *LIVE*          PAGE 9
USER: D01QUISA                    EDM Patient Record

Patient: POOLE,AHMAD K95348                        Account No: DC0029301580
Age/Sex: 34/M                                         Unit No: DC01801219

Urinary Assessment
    Genitourinary System Within Normal Limits
                                   Yes
    Genitourinary Symptoms         No Symptoms
    Associated Symptoms - Genitourinary
                                   No Symptoms

Voiding Pattern
    Bladder Pattern                Normal

Urine
    Urine Appearance               Clear
    Urine Color                    Amber
    Urine Odor
    Diapers

Musculoskeletal
    Musculoskeletal System Within Normal Limits
                                   No
    Musculoskeletal Comment        C/O NECK PAIN

Integumentary Assessment
    Integumentary Assessment Within Normal Limits
                                   Yes
    Integumentary comment

Vital Signs Adult

By Melissa Bertoletti, RN                                    on 08/30/17 at 1929


Temperature
    Temperature Source             Oral
    Temperature - Unit of Measure  Fahrenheit

Temperature - Celcius
    Temperature (Celsius)
    Temperature (Calculated Fahrenheit)

Temperature - Fahrenheit
    Temperature (Fahrenheit)       98.6 (degrees F)
    Temperature (Calculated Celsius)
                                   37.00296 (degrees C)
Pulse
  Occurrence #1
    Pulse Rate                     62 (bpm)
    Rhythm                         Regular
    Side                           Left
    Location                       Monitor
    Strength                       Normal
    Method                         Mechanical
    Pulse Position                 Sitting
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER IN CASE NO. 1:20-CV-00014

```
DATE: 09/08/17 @ 0126       Saint Joseph Medical Center EDM *LIVE*      PAGE 10
USER: D01QUISA                    EDM Patient Record

Patient: POOLE,AHMAD X95348                         Account No. DC002938158O
Age/Sex: 34/M                                           Unit No. DC01881219
```

**Respirations**
```
    Respiratory Rate          16 (bpm)
    Depth                     Normal
    Effort                    Normal
    Pattern                   Regular
```

**Pulse Oximetry**
```
    Saturation                98 (%)
    Oxygen Delivery Method    Room Air
    Oxygen Flow Rate
    FIO2
    EtCO2
```

**Blood Pressure**
```
  Occurrence #1
    Blood Pressure Systolic   128 (mm Hg)
    Blood Pressure Diastolic  71 (mm Hg)
    Blood Pressure Mean       90 (mm Hg)
    Location                  Left Arm
    Source                    Automatic Cuff
    Blood Pressure Position   Sitting
```

**Pain**
```
    Pain Intensity            4 (out of 10)
    Nonverbal / Cognitively Impaired
    Pain Scale                0-10
```

**Intake and Output**

By Melissa Bertoletti, RN                              on 08/30/17 at 1930

**Intake**
```
    Oral Intake
    Tube Feeding Amount
    Tube Feeding Flush
    Number of Breastfeeding Episodes
    Blood Product Type
    Intake, Blood Product Amount (non-TAR)
    Intake, Autotransfusion Amount
    Intake, Peritoneal Dialysis Amount
    Intake, Continuous Bladder Irrigation
    Drain Flush
    Intake, Other Amount
```

**Total Intake**
```
    Total, Intake Amount
```

**Output**
```
    Output, Urine Amount      300.00 (ml)
    Void Measurement Method   Measured
    Urinary Output Device
    Number of Continent Voids
    Number of Incontinent Voids
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER IN CASE NO. 1:20-CV-00014

```
DATE: 09/08/17 @ 0126      Saint Joseph Medical Center EDM *LIVE*        PAGE 11
USER: DO1QUISA                    EDM Patient Record

Patient POOLE,AHMAD X95348                      Account No DC0029381580
Age/Sex 34/M                                    Unit No DC01881219
   Total Number of Voids
   Output, Autotransfusion Blood Amount
   Output, Peritoneal Dialysis Amount
   Output, Net Hemodialysis Amount
   Actual CRRT UF
   Output, Continuous Bladder Irrigation
   Output, Stool Amount
   Stool Output Method
   Number of Continent Bowel Movements
   Number of Incontinent Bowel Movements
   Total Number of Bowel Movements
   Output, Urine/Stool Mix Amount
   Output, Emesis Amount
   Episodes of Emesis
   Estimated Blood Loss
   Quantified (Actual) Blood Loss
   Other Output Amount

Gastric Drainage
   Occurrence #
   Gastric Tube Types
   Gastric Tube Location
   Output, Gastric Drainage Amount

Chest Tube Output
   Occurrence #
   Chest Tube Position
   Chest Tube Location
   Drainage Color
   Suction Amount
   Output, Chest Tube Drainage Amount

Drain Output
   Occurrence #
   Drain Position
   Drain Location
   Drain Type
   Drainage Color
   Drainage Odor
   Output, Drainage Amount

Total Output
   Total, Output Amount          300.00 (ml)

Vital Signs Adult

By Melissa Bartolotti, RN                        on 08/30/17 at 2030


Temperature
   Temperature Source            Oral
   Temperature - Unit of Measure  Fahrenheit
Temperature - Celcius
```

Poole 109

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER IN CASE NO. 1:20-CV-00014

```
DATE: 09/08/17 @ 0126      Saint Joseph Medical Center EDM *LIVE*        PAGE 12
USER: D01QUISA                    EDM Patient Record
```

```
Patient  POOLE,ABNAD K95348                     Account No  DC0029301580
Age/Sex  34/M                                   Unit No  DC01881219
```

```
     Temperature (Celsius)
     Temperature (Calculated Fahrenheit)

Temperature - Fahrenheit
     Temperature (Fahrenheit)         98.3 (degrees F)
     Temperature (Calculated Celsius)
                                      36.83628 (degrees C)

Pulse
  Occurrence #1
     Pulse Rate                       64 (bpm)
     Rhythm                           Regular
     Side
     Location                         Monitor
     Strength                         Normal
     Method                           Mechanical
     Pulse Position                   Sitting

Respirations
     Respiratory Rate                 16 (bpm)
     Depth                            Normal
     Effort                           Normal
     Pattern                          Regular

Pulse Oximetry
     Saturation                       100 (%)
     Oxygen Delivery Method           Room Air
     Oxygen Flow Rate
     FIO2
     EtCO2

Blood Pressure
  Occurrence #1
     Blood Pressure Systolic          126 (mm Hg)
     Blood Pressure Diastolic         70 (mm Hg)
     Blood Pressure Mean              88 (mm Hg)
     Location                         Left Arm
     Source                           Automatic Cuff
     Blood Pressure Position          Sitting

Pain
     Pain Intensity                   4 (out of 10)
     Nonverbal / Cognitively Impaired
     Pain Scale                       0-10

Disposition/Discharge

By Melissa Bertoletti, RN                          on 08/30/17 at 2040

Disposition
     Departure Mode                   Ambulatory
     Report Given to RN name          WILLIAM R.N.
     Transferred to Room Number       UIC
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER IN CASE NO. 1:20-CV-00014

```
DATE: 09/08/17 @ 0126      Saint Joseph Medical Center EDM *LIVE*        PAGE 13
USER: D01QUISA                     EDM Patient Record

Patient: POOLE AHMAD X9534B                       Account No. DC0029381580
Age/Sex: 34/M                                     Unit No. DC01881219


Accompanied by
    Accompanied by                 GUARDS

IV/Equipment/Foley
    IV Fluids Infusing on Admission/Transfer
    IV Discontinued/Catheter Intact
    IV Discontinued Date
    IV Discontinued Time
    Equipment/ Accompanied on Admission/Transfer
    Foley on Disposition from ED
    DC Foley Date
    DC Foley Time

Vital Signs Prior to Discharge/Transfer
  Occurrence #
    Blood Pressure Location
    Blood Pressure Systolic
    Blood Pressure Diastolic

    Pulse Rate
    Respiratory Rate
    O2 Sat by Pulse Oximetry
    Temperature (Fahrenheit)
    Temperature Source
    Pain Intensity
    Pain Scale
    GCS Score                      15

Instructions
    Teaching Recipient             Patient; Other
    Primary Language               English
    Return to ED for
    Return to ED on
    Patient offered ability to access their Health Information
                                   Yes
    Was Patient Discharged by Ambulance?
                                   No
    Was patient treated for Opioid/Heroin overdose?
                                   No

Tests Pending at Discharge
    Tests Pending at Discharge

School/Work Release
    No Physical Education or Sports until
    Return to work or school
    Return to work with restrictions
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER IN CASE NO. 1:20-CV-00014

```
DATE: 09/08/17 @ 0126      Saint Joseph Medical Center EDM *LIVE*        PAGE 14
USER: DO1QUISA                    EDM Patient Record

Patient: POOLE,AHMAD K95348                    Account No. DC002938158O
Age/Sex: 34/M                                  Unit No. DC01881219

                              Patient Notes

By: Jenna N Sarna, RN                          On: 08/30/17 - 1340
   PT IS INMATE AT STATESVILLE HERE TODAY FOR A CT SCAN. PER PT, HE WAS IN A
   PHYSICAL ALTERCATION 2 WEEKS AGO THAT RESULTED IN NECK PAIN. PER PT, HE WAS IN
   A HEAD LOCK WHEN HE WAS PULLED AND HAD HIS NECK STRAINED. PT STATES THAT PAIN
   HAS IMPROVED, BUT HE STILL RATES IT AS 10/10. SECURITY NOTIFIED. PT UNDRESSED
   AND PUT IN GOWN. PT WANDED. CORRECTION OFFICERS AT BEDSIDE. AWAITING
   EVALUATION.

By: Sarah E Quigley, RN                        On: 08/30/17 - 1420
   ERPA AT BEDSIDE EVALUATING PT.

By: Sarah E Quigley, RN                        On: 08/30/17 - 1425
   PT TO CT VIA CART IN STABLE CONDITION.

By: Jenna N Sarna, RN                          On: 08/30/17 - 1530
   PT IN ROOM RESTING ON CART IN STABLE CONDITION. NO QUESTIONS OR CONCERNS AT
   THIS TIME.

By: Jenna N Sarna, RN                          On: 08/30/17 - 1540
   C-SPINE PRECAUTIONS TO REMAIN IN PLACE.

By: Jenna N Sarna, RN                          On: 08/30/17 - 1620
   PT TO BE TRANSFERRED TO UIC FOR SPECIALTY CARE. TRANSFER CONSENT FORM SIGNED
   AND OBTAINED. PT WILL BE TRANSFERRED DOWNTOWN VIA POLICE TRANSPORT.

By: Jenna N Sarna, RN                          On: 08/30/17 - 1626
   DISC OF IMAGES REQUESTED.

By: Jenna N Sarna, RN                          On: 08/30/17 - 1717
   PT RESTING ON BED COMFORTABLY AWAITING TRANSPORT NOTIFICATION. VSS ON MONITOR.
   PT REMAINS NPO

By: Jenna N Sarna, RN                          On: 08/30/17 - 1818
   STILL AWAITING CALL BACK WITH BED NOTIFICATION FROM UIC. PT RESTING IN BED WITH
   POLICE AT BEDSIDE. C-SPINE PRECAUTIONS STILL IN PLACE.

By: Jenna N Sarna, RN                          On: 08/30/17 - 1821
   UIC CALLED - PT HAS BED AND IT IS BEING CLEANED. UIC WILL CALL AS SOON AS BED
   IS CLEAN AND READY. WILL NOT PROVIDE ROOM NUMBER AT THIS TIME. HOA NOTIFIED AND
   AWARE.

By: Melissa Bertoletti, RN                     On: 08/30/17 - 1929
   ASSUMED CARE OF PT FROM JENNA R.N. PT IS ALERT AND ORIENTED X 3. CERVICAL
   COLLAR IN PLACE. PT'S LEFT ARM IS SHACKLED TO THE ED CART AND THERE ARE 2
   STATESVILLE GUARDS AT THE BEDSIDE. PT IS COOPERATIVE. C/O NECK PAIN 4/10 AT
   THIS TIME. WAITING FOR UIC TO CALL WITH A ROOM NUMBER FOR THE PT. PT AND THE
   STATESVILLE GUARDS UPDATED ON PT'S PLAN OF CARE. WILL CONTINUE TO MONITOR.

By: Melissa Bertoletti, RN                     On: 08/30/17 - 1930
   PT DENIES ANY NUMBNESS, WEAKNESS OR TINGLING.
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER IN CASE NO. 1:20-CV-00014

```
DATE: 09/08/17 @ 0126      Saint Joseph Medical Center EDH *LIVE*           PAGE 15
USER: DO1QUISA                    EDH Patient Record
```

| Patient: POOLE,AHMAD K95348 | Account No. DC0029381580 |
|---|---|
| Age/Sex: 34/M | Unit No. DC01981219 |

**By: Melissa Bertoletti, RN**          On: 08/30/17 - 1931
PT VOIDED 300MLS CLEAR YELLOW URINE PER URINAL.

**By: Melissa Bertoletti, RN**          On: 08/30/17 - 2030
TRANSFER CENTER FROM UIC CALLED, PT HAS A BED 594 EAST.

**By: Melissa Bertoletti, RN**          On: 08/30/17 - 2031
REPORT CALLED TO WILLIAM R.N.

**By: Melissa Bertoletti, RN**          On: 08/30/17 - 2040
PT ALERT AND ORIENTED X 3.  PT WILL BE TRANSFERRED TO UIC PER STATESVILLE
GUARDS.  CERVICAL COLLAR IN PLACE.  TRANSFER PAPERWORK GIVEN TO THE STATESVILLE
GUARDS.  AMBULATED OUT OF FACILITY WITH THE STATESVILLE GUARDS.

### Diagnoses

| | |
|---|---|
| M54.2 | CERVICALGIA |
| S12.290A | OTH DISP FX OF THIRD CERVICAL VERTEBRA, INIT FOR CLOS FX |
| Y04.0XXA | ASSAULT BY UNARMED BRAWL OR FIGHT, INITIAL ENCOUNTER |
| Y92.149 | UNSP PLACE IN PRISON AS PLACE |
| D57.3 | SICKLE-CELL TRAIT |

### Orders

| Date | Time | Procedure | Ordering Provider |
|---|---|---|---|
| 08/30/17 | 1422 | CT CERVICAL SPINE WO CONTRAST | Sever,Nicholas A P.A. |

### Patient Instructions

Micromedex Instr given to pt.

### Referrals

POOLE,AHMAD K95348 has been referred to the below for follow up care:

Unknown,Unknown
Phone: (111)222-3456:2222

### Departure Forms

Additional Preventative Instr
AFTERCARE INSTRUCTIONS
Patient Portal Instructions

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER IN CASE NO. 1:20-CV-00014



CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER IN CASE NO. 1:20-CV-00014

PRESENCE SAINT JOSEPH MEDICAL CENTER
333 N. Madison
Joliet, IL

## HEALTH INFORMATION MANAGEMENT

NAME: POOLE,AHMAD K95348          DOB/AGE/SEX: ███████ - 34 – M
HOME PHONE: (815)727-6141
PHYSICIAN:                        ADMIT DATE:
NONSTAFF:
NONSTAFF FAX #:
UNIT #: DC01881219
ACCT#: DC0029381580               DIS DATE: 08/30/17
                                  LOC/RM/BED: D01EDA -

ER PHYSICIAN DOCUMENTATION
REPORT # : 0830-1094

Chart created at 08/30/2017 15:02 by Nicholas Sever

Chart closed at 08/30/2017 21:04

Patient Registered at 08/30/2017 13:29, departure at 08/30/2017 20:57

Patient Registered at: 08/30/2017 13:29  Patient Seen at: 08/30/2017 14:34  Historian: Patient and Transfer  PCP: Unknown,Unknown MD

Chief Complaint:NECK PAIN STATEVILLE

Initial Vital Signs reviewed.

I confirm that the attending physician has examined the patient, reviewed my documentation on the patient's chart, and discussed the evaluation, plan of care and disposition of the patient with me..

Patient interviewed by me.

Temperature: 36.9 C (98.4 F). Pulse: 68. Respiratory Rate: 16. Blood-pressure: 147/99. Oxygen Saturation: 99% room air; Normal.

History of Present Illness:

34 Year old male inmate in police custody presents with neck pain x2 weeks. Patient reports he was in an altercation 2 weeks ago, was placed in a head lock and twisted his neck. Since then, the patient has had pain in the back of the neck. He reports no weakness, numbness or tingling. No head injury, no loss of consciousness. No other injuries. Patient was seen in the prison infirmary today, had plain films showing possible C3-C4 subluxation so he was sent to the ED for further evaluation.

HPI Elements: Onset: 2 Weeks ago; Location: neck; Severity: now [10]; Context: Trauma

Review of Systems. Constitutional: negative for Chills or Fever Eyes: negative for Eye Pain or Vis. Changes Ear/Nose/Throat: negative for Congestion or Sore Throat Cardio-Vascular: negative for Chest Pain or Palpitations Skin: negative

Page 1 of 5
Print time:  at

Poole 115

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER IN CASE NO. 1:20-CV-00014

PRESENCE SAINT JOSEPH MEDICAL CENTER
HEALTH INFORMATION MANAGEMENT
REPORT # : 0830-1094

**NAME:** POOLE,AHMAD K95348      **UNIT #:** DC01881219      **ACCT #:** DC0029381580

for Itch or Rash Respiratory: negative for Cough or Dyspnea GI: negative for Nausea or Vomiting GU: negative for Dysuria or Hematuria Musculo-Skeletal: negative for Back Pain Neurological: negative for Confusion, Numbness or Weakness.

Past Medical History:

Sickle cell trait

Medications: None.

Allergies: Reviewed RN Note

Social History:

Incarcerated/Police custody

Physical Examination: General: Alert; no apparent distress
HEENT:  Head: Atraumatic.   Oropharynx /
Throat: Moist mucous membranes. Neck: No Lymphadenopathy; C-collar in place. Midline tenderness in C3-C4 area. No palpable deformity. Respiratory: No Resp Distress Cardio-Vascular: RRR Extremity: Normal Equal pulses Neurological: Alert, Oriented X3, Normal Sensation, No Gross Weakness, Speech Normal and 5/5 UE/LE Strength Skin: No rash, Warm and Dry Psychological: Mood/Affect Normal

Medical Decision Making

34 Year old male inmate in custody presents with neck pain after an altercation 2 weeks ago. He does have some midline tenderness on exam but otherwise is neurologic exam is within normal limits. He presented the prison infirmary were a plain film of his c-spine was suggestive of C3 subluxation according to the report. I have no images accompanying the patient independently verify this. Plan for CT in the ED. Patient is declining offer of pain medication. CT c-spine does show a displaced inferior right facet fracture at C3 with perching on C4. There is also anterior translation of C3 on C4 of 1 mm. Patient is mid maintained in cervical spinal precautions while in the emergency department. We have no spine coverage today. The University Illinois at Chicago was called for consultation. They recommend transfer. Patient is agreeable with this plan. Risks and benefits of transfer were discussed. Patient will be transported by state vehicle, he is declining ambulance transport.

Re-Evaluation:

16:27: Updated patient on plan for transfer to UIC. He's agreeable. NPO for now..

Consults:

15:02: Dr. Johanek; radiology; Informed me of critical read: there is an inferior facet fracture at C3 with perching on C4

Poole 116

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER IN CASE NO. 1:20-CV-00014

PRESENCE SAINT JOSEPH MEDICAL CENTER
HEALTH INFORMATION MANAGEMENT
REPORT # : 0830-1094

NAME: POOLE,AHMAD K95348          UNIT #: DC01881219          ACCT #:DC0029381580

16:11: UIC; has accepted transfer under Dr. Charbel; provided clinical information to the neurosurgery resident

Additional Information: Discussed Results, Diagnosis and Follow-Up with Patient.

Clinical Impression:

1. Closed displaced right C3 facet fracture

Disposition: Transferred UIC. Condition: Stable

Electronically signed by Nicholas Sever on 08/30/2017 at 21:04

Direct patient care supervision and electronic documentation review by John Paik MD on 08/30/2017 21:34.

Imaging Study Obtained:
CT CERVICAL SPINE WO CONTRAST, Status:Signed Report Available

PRESENCE SAINT JOSEPH MEDICAL CENTER

333 North Madison Street

Joliet, IL

NAME: POOLE,AHMAD K95348 DOB/AGE/SEX: 12/18/1982 - 34 - M

PHYSICIAN: ADMIT DATE:

UNIT #: DC01881219 DIS DATE:

ACCT #: DC0029381580 LOC/RM/BED: D01EDA-

DIAGNOSTIC IMAGING SERVICES

CT/CT CERVICAL SPINE WO CONTRAST: 0830-0119

ORDER DATE: 08/30/17

REPORT #: 0830-0377

CT Cervical Spine

History: Altercation, neck pain.

Technique: Helical images of the cervical spine were obtained without the use of IV contrast.

Coronal and sagittal reformatted images were created and interpreted.

Poole 117

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER IN CASE NO. 1:20-CV-00014

**PRESENCE SAINT JOSEPH MEDICAL CENTER**
**HEALTH INFORMATION MANAGEMENT**
REPORT # : 0830-1094

NAME: POOLE,AHMAD K95348        UNIT #: DC01881219        ACCT #:DC0029381580

Patients undergoing CT with documentation that one or more of the following dose reductions

techniques were used:

Automated exposure control

Adjustment of the mA and/or kV according to patient size

Use of iterative reconstruction technique

Comparison: None.

Findings:

There is a minimally displaced fractures seen involving the tip of the inferior right C3 articular

facet with slight anterior displacement of C3 with respect to C4 measuring 1 mm. The right inferior

C3 articular facet is perched over the right superior C4 facet. The left-sided C3-4 articulation is

well-maintained.

The remaining cervical levels appear normal in height, mineralization and alignment. No additional

fractures are noted.

Intervertebral disc heights appear well-maintained.

Pre-vertebral soft tissues are within normal limits.

Pre-dental space is normal.

Impression:

There is a minimally displaced fracture identified involving the tip of the inferior right C3

articular facet which is perched over the top of the right superior C4 facet, There is very slight

anterior translation of C3 with respect to C4 noted measuring 1 mm. This was reported to Nicholas

Sever, PA-C by myself via telephone on August 30, 2017 at 1500 hours.

Page 4 of 5
Print time:  at

Poole 118

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER IN CASE NO. 1:20-CV-00014

**PRESENCE SAINT JOSEPH MEDICAL CENTER**
**HEALTH INFORMATION MANAGEMENT**
REPORT # : 0830-1094

NAME: POOLE,AHMAD K95348    UNIT #: DC01881219    ACCT #:DC0029381580

DICTATED: Andrew Johanek D.O.

<Electronically signed by Andrew Johanek D.O. in OV>

Andrew Johanek D.O.

08/30/17 1509

DRAFT UNTIL SIGNED

S: Signed

D: 08/30/17 1459

T: 08/30/17 1459 PS

REPORT#:0830-0377

CC: Nicholas A Sever, P.A.; Unknown Unknown

of 2

Radiology: Discussed with Radiologist, Image Reviewed and Interpreted by
Radiologist.

DICTATED: Nicholas A Sever P.A.
<Electronically signed by Nicholas A Sever P.A. in OV>

Nicholas A Sever P.A.
08/31/17 0105
DRAFT UNTIL SIGNED

S: Signed
D: 08/31/17 0105
T: 08/31/17 0105 FS

REPORT#:0830-1094

CC:

Page 5 of 5
Print time: at

Poole 119

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER IN CASE NO. 1:20-CV-00014

PRESENCE SAINT JOSEPH MEDICAL CENTER
333 N. Madison
Joliet, IL

## HEALTH INFORMATION MANAGEMENT

**NAME:** POOLE,AHMAD K95348     **DOB/AGE/SEX:** ███████ 34 – M
**HOME PHONE:** (815)727-6141
**PHYSICIAN:**                     **ADMIT DATE:**
**NONSTAFF:**
**NONSTAFF FAX #:**
**UNIT #:** DC01881219         **DIS DATE:**
**ACCT#:** DC0029381580       **LOC/RM/BED:** D01EDA -

ER PHYSICIAN DOCUMENTATION
REPORT # : 0830-1159

Chart created at 08/30/2017 16:35 by John Paik MD

Chart closed at 08/30/2017 16:35

Patient Registered at 08/30/2017 13:29

Patient Registered at: 08/30/2017 13:29  Patient Seen at: 08/30/2017
14:34  Historian: Patient   PCP: Unknown,Unknown MD

Chief Complaint:NECK PAIN STATEVILLE

Triage Note reviewed and Initial Vital Signs reviewed.

Documented by kaur,navedeep for Paik,John at 30 Aug 2017, 16:29.

I have independently evaluated the patient \T\ agree with the advanced practice
provider's diagnostic and treatment plan unless elsewhere noted.

All medical record entries made by the Scribe were at my direction and
personally dictated by me. I have reviewed the chart and agree that the record
accurately reflects my personal performance of the history, physical exam,
assessment and plan. I have also personally directed, reviewed, and agree with
the discharge instructions. .

Patient interviewed by me.

Discussed the evaluation, plan of care, and disposition of the patient with
the mid-level provider.

Temperature: 36.9 C (98.4 F). Pulse: 68. Respiratory
Rate: 16. Blood pressure: 147/99. Oxygen Saturation: 99% room air; Normal.

History of Present Illness:

All medical record entries made by the Scribe were at my direction and
personally dictated by me. I have reviewed the chart and agree that the record
accurately reflects my personal performance of the history, physical exam,
assessment and plan. I have also personally directed, reviewed, and agree with

Page 1 of 3
Print time: at

Poole 120

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER IN CASE NO. 1:20-CV-00014

**PRESENCE SAINT JOSEPH MEDICAL CENTER**
**HEALTH INFORMATION MANAGEMENT**
REPORT # : 0830-1159

NAME: POOLE,AHMAD K95348        UNIT#: DC01881219        ACCT #:DC0029381580

the discharge instructions.
By signing my name below, I, Navedeep Kaur, attest that this documentation has
been prepared under the direction and in the presence of Dr. Paik.
Electronically signed: Navedeep Kaur, Scribe. 8/30/17.
*****************************************

I saw and evaluated the patient after discussion with the PA-C. The patient's
symptoms and history were reviewed with the patient. Briefly, the pt is a 34
y/o male with PMHx of sickle cell trait who presents to the ED in c-collar
from Statesville with complaint of neck pain x2 weeks. The pain is moderate
and worse with movement. Pt was involved in a physical altercation two weeks
ago. He had an x-ray on 8/23/17 and a repeat x-ray today at a clinic and was
sent to the ED for further evaluation. No numbness or tingling. No vision
changes. Physical exam findings: no eyelid droop, PERRL, equal and intact hand
grip strength, sensation intact throughout upper extremity, no c-spine
tenderness.

Essentially, 34 year old sent from Statesville after being in a physical
altercation two weeks ago and had neck pain and subsequently had an x-ray done
at Statesville that showed possible subluxation of C3-C4 and sent to our ED
for further evaluation with a C-collar. Initial vital signs show that patient
is afebrile and hemodynamically stable. On exam, he has no cervical spine
tenderness. There is no eyelid droop. Pupils are equal and reactive to light.
Strength and sensation intact in the upper extremity. We do not have spine
surgery on call and it neurosurgeon would not provide any recommendations were
reviewed imaging given that they are not on spine call today. Therefore, I did
speak to Dr. Charbelle who stated that he could not give further
recommendations without image review and evaluation and recommended admission
to UIC to a med surg bed. We will keep the c-collar in place.

Consults:

16:00: Dr. Charbelle; Discussed case.

Clinical Impression:

1. Closed displaced right C3 facet fracture

Electronically signed by John Paik, MD on 08/30/2017 at 16:35

Radiology: Image Reviewed and Interpreted by Radiologist.

DICTATED: John M Paik M.D.
<Electronically signed by John M Paik M.D. in OV>

John M Paik M.D.
08/30/17 2040
**DRAFT UNTIL SIGNED**

S: Signed
D: 08/30/17 2040
T: 08/30/17 2040 FS

Page 2 of 3
Print time: at

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER IN CASE NO. 1:20-CV-00014

**PRESENCE SAINT JOSEPH MEDICAL CENTER**
**HEALTH INFORMATION MANAGEMENT**
REPORT # : 0830-1159

**NAME:** POOLE,AHMAD K95348        **UNIT #:** DC01881219        **ACCT #:** DC0029381580

REPORT#:0830-1159

CC:

Page 3 of 3
Print time:  at

Poole 122

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER IN CASE NO. 1:20-CV-00014

Sasan Payvar, M.D.    Medical Director                    PRESENCE SAINT JOSEPH MEDICAL CENTER
Michael Arthofer, M.D.    Edward Bruno, M.D.              333 North Madison Street
Brian Fagan, M.D.    John S. Groch, M.D.                  Joliet, IL
Mickey B. Jester, D.O.    Andrew Johanek, D.O
Terry Kushner, M.D.    Noah Schwind, M.D
Joshua Tepper, M.D.    Raj Vasnani, M.D.
Alex Wu, M.D.

### DIAGNOSTIC IMAGING SERVICES

**NAME:** POOLE,AHMAD K95348                 **DOB/AGE/SEX:** ▮▮▮▮▮ 34 - M
**ORDERING:** Nicholas A Sever P.A.          **ADMIT DATE:**
**ATTENDING:**                                **NONSTAFF:**

**UNIT #:** DC01881219                        **DIS DATE:**
**ACCT #:** DC0029381580                      **LOC/RM/BED:** D01EDA -

### DIAGNOSTIC IMAGING
CT/CT CERVICAL SPINE WO CONTRAST : 0830-0119
DATE PERFORMED: 08/30/17
REPORT #: 0830-0377

CT Cervical Spine

History: Altercation, neck pain.

Technique: Helical images of the cervical spine were obtained without the use of IV contrast. Coronal and sagittal reformatted images were created and interpreted.

Patients undergoing CT with documentation that one or more of the following dose reductions techniques were used:
Automated exposure control
Adjustment of the mA and/or kV according to patient size
Use of iterative reconstruction technique

Comparison: None.

Findings:

There is a minimally displaced fractures seen involving the tip of the inferior right C3 articular facet with slight anterior displacement of C3 with respect to C4 measuring 1 mm. The right inferior C3 articular facet is perched over the right superior C4 facet. The left-sided C3-4 articulation is well-maintained.

The remaining cervical levels appear normal in height, mineralization and alignment. No additional fractures are noted.

Intervertebral disc heights appear well-maintained.

Pre-vertebral soft tissues are within normal limits.

Pre-dental space is normal.

Impression:

There is a minimally displaced fracture identified involving the tip of the inferior right C3 articular facet which is perched over the top of the right superior C4 facet. There is very slight anterior translation of C3

1
Print time: at

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER IN CASE NO. 1:20-CV-00014

**PRESENCE SAINT JOSEPH MEDICAL CENTER**
**DIAGNOSTIC IMAGING SERVICES**

**NAME:** POOLE,AHMAD K95348          **UNIT #:** DC01881219          **ACCT #:**DC0029381580

with respect to C4 noted measuring 1 mm. This was reported to Nicholas Sever, PA-C by myself via
telephone on August 30, 2017 at 1500 hours.

DICTATED: Andrew Johanek D.O.
<Electronically signed by Andrew Johanek D.O. in OV>

Andrew Johanek D.O.
08/30/17 1509
**DRAFT UNTIL SIGNED**

S: Signed
D: 08/30/17 1459
T: 08/30/17 1459 PS

REPORT#:0830-0377

CC: Nicholas A Sever, P.A.; Unknown Unknown

2
Print time:  at

Poole 124

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER IN CASE NO. 1:20-CV-00014

```
DATE: 08/31/17 @ 0138      Saint Joseph Medical Center RXH *LIVE*                    PAGE 1
USER: BKG DAEMON           Ambulatory Prescriptions and Procedures

Patient Name: POOLE,AHMAD K95340          Admission/Registration Date: 08/30/17
Unit Number: DC01881219                   Discharge Date: 08/30/17
Account Number: DC0029381580              Admitting Physican:
Date of Birth: ■■■■■■■■    Age/Sex: 34 M  Attending Physican:
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER IN CASE NO. 1:20-CV-00014

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER IN CASE NO. 1:20-CV-00014



| | | | |
|---|---|---|---|
| **UNIVERSITY OF ILLINOIS** Hospital & Health Sciences System — Changing medicine. For good. — | Patient Name: POOLE, AHMAD J | MRN: 75692483 | |
| | Sex: MALE DOB: | Age: 37 years | |
| | Discharge Date n/a | Financial Number: n/a | |

| *Radiology* |
|---|

| ACCESSION | EXAM DATE/TIME | STATUS |
|---|---|---|
| XR-17-0066633 | 9/29/2017 10:56 CDT | Auth(Verified) & Reviewed |

**Reason For Exam**
s/p C3-C4 fusion

**Report**
EXAMINATION: XR Spine Cervical 4 or 5 Views.

DATE:    9/29/2017

COMPARISONS: Intraoperative images of 9/6/2017.

TECHNIQUE: Frontal and lateral radiographs of the cervical spine were obtained intraoperatively.

INDICATION: s/p C3-C4 fusion .

FINDINGS:

There is a posterior fixation device seen at the C3 and C4 vertebral levels with 4 total posterior screws, as well as C3-C4 laminectomy. This is unchanged from previous

IMPRESSION:

No change in the fusion between C3 and C4 when compared to the study obtained approximately one month ago

***************FINAL***************

*Attending Radiologist: Michals MD, Edward A*
*Date Signed off: 09.29.2017 13:11*
*Dictated By: Michals MD, Edward A   09/29/2017 13:11*
*Transcribed By: PT  09/29/2017 13:11*

Doctor A. RTP 1037

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER IN CASE NO. 1:20-CV-00014


UNIVERSITY OF ILLINOIS
Hospital & Health Sciences System
······ Changing medicine. For good. ······

| | |
|---|---|
| Patient Name: POOLE, AHMAD J | MRN: 75692483 |
| Sex: MALE    DOB: ▮▮▮▮▮ | Age: 37 years |
| Discharge Date  n/a | FInancial Number: n/a |

## *Radiology*

| | | |
|---|---|---|
| ACCESSION | EXAM DATE/TIME | STATUS |
| XR-17-0060651 | 9/6/2017 13:38 CDT | Auth(Verified) & Reviewed |

**Reason For Exam**
Neck Pain, C4 Fracture (C3-4 PCF)

**Report**
EXAMINATION: XR Spine Cervical 3 views or Less.

DATE:    9/6/2017

COMPARISONS: MRI cervical spine 8/31/2017.

TECHNIQUE: Frontal and lateral radiographs of the cervical spine were obtained intraoperatively.

INDICATION: Neck Pain, C4 Fracture (C3-4 PCF) .

FINDINGS:

There is a posterior fixation device seen at the C3 and C4 vertebral levels with 4 total posterior
screws, as well as C3-C4 laminectomy.

IMPRESSION:

Imaging performed in the operating theater for localization purposes.

These images were reviewed and interpreted with attending radiologist Dr. Michals before dictation
of this final report by resident Dr. Carlos Manuel de Castro IV

***************FINAL***************

*I HAVE REVIEWED THE IMAGES AND INTERPRETATIONS AND AGREE WITH THE FINDING*

*Attending Radiologist: Michals MD, Edward A*
*Date Signed off: 09.06.2017 14:41*
*Radiology Resident: De Castro MD, Carlos*
*Dictated By: De Castro MD, Carlos  09/06/2017 14:41*
*Transcribed By: PT  09.06.2017 14:41*

University of Illinois Hospital & Health Sciences System

Report Request ID:  43889645
Print Date/Time:  10/19/2020
06:26 CDT

Doctor A. RTP 1038

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER IN CASE NO. 1:20-CV-00014



| UNIVERSITY OF ILLINOIS Hospital & Health Sciences System — Changing medicine. For good. — | Patient Name: POOLE, AHMAD J<br>Sex:MALE    DOB: ▓▓▓▓▓<br>Discharge Date  n/a | MRN: 75692483<br>Age: 37 years<br>Financial Number: n/a |
|---|---|---|

| *Radiology* |
|---|

| ACCESSION<br>MR-17-0014236 | EXAM DATE/TIME<br>8/31/2017 10:15 CDT | STATUS<br>Auth(Verified) & Reviewed |
|---|---|---|

**Reason For Exam**
C3-4 subluxation, eval ligament damange

**Report**
Procedure: MRI examination of the cervical spine without contrast.

Examination date: 8/31/2017 at 09:06 hours.

Clinical history: 34-year-old male being evaluated for C3-C4 subluxation and ligamentous damage. Patient had previous imaging demonstrating a right perched facet and a history of neck pain for 2 weeks.

Comparison studies: None available.

Technique: Routine MR imaging through the cervical spine was performed including coronal T2-weighted images; sagittal T1-weighted and T2-weighted and STIR images, axial gradient echo and T2-weighted images.

Findings: There is straightening of the normal cervical lordosis. There is a perched facet at the C3-C4 level on the right with a small fracture fragment . There is accompanying increased signal on STIR images in the surrounding soft tissues, suggestive of associated edema. There is minimal anterior rotational subluxation on the right side. There is increased T2 signal of the atlantooccipital joints bilaterally, nonspecific in nature. Otherwise, vertebral body heights appear maintained.
The craniocervical junction is not compromised. The canal size is maintained. Cord signal and caliber appear normal. No evidence of hemorrhage within the canal. There is mild decreased T2 signal of the cervical disks from C2-C7 with preservation of disc height and no evidence of focal disc herniation.

Impression:
Fracture of the right-sided inferior C3 facet with perching and minimal anterolisthesis at C3-C4 level. Accompanying edema in the soft tissues surrounding the right C3-C4 facet joint. No evidence of cord compression, hemorrhage within the canal or traumatic disc herniation.

This study was reviewed and interpreted with Dr. Ozgen and dictated by Dr. Michael Kim.

Doctor A. RTP 1039

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER IN CASE NO. 1:20-CV-00014

# UNIVERSITY OF ILLINOIS
### Hospital & Health Sciences System
*Changing medicine. For good.*

| | |
|---|---|
| Patient Name: POOLE, AHMAD J | MRN: 75692483 |
| Sex: MALE          DOB: | Age: 37 years |
| Discharge Date  n/a | Financial Number: n/a |

## Radiology

| ACCESSION | EXAM DATE/TIME | STATUS |
|---|---|---|
| MR-17-0014236 | 8/31/2017 10:15 CDT | Auth(Verified) & Reviewed |

**Report**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*FINAL \*\*\*\*\*\*\*\*\*\*\*\*\*\*

*I HAVE REVIEWED THE IMAGES AND INTERPRETATIONS AND AGREE WITH THE FINDING*

*Attending Radiologist: Ozgen MD, Burce*
*Date Signed off: 08.31.2017 14:55*
*Radiology Resident: Kim MD, Michael*
*Dictated By: Kim MD, Michael  08/31/2017 14:55*
*Transcribed By: PT  08.31.2017 14:55*

Report Request ID:  43889645
Print Date/Time:  10/19/2020
06:26 CDT

Doctor A. RTP 1040

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER IN CASE NO. 1:20-CV-00014

 **UNIVERSITY OF ILLINOIS**
Hospital & Health Sciences System
— Changing medicine. For good. —

| | |
|---|---|
| Patient Name: POOLE, AHMAD J | MRN: 75692483 |
| Sex: MALE    DOB: ███████ | Age: 37 years |
| Discharge Date: n/a | FInancial Number: n/a |

| *Radiology* |
|---|

| ACCESSION | EXAM DATE/TIME | STATUS |
|---|---|---|
| XR-17-0059262 | 8/31/2017 00:56 CDT | Auth (Verified) |

**Reason For Exam**
preop

**Report**
EXAM: CHEST RADIOGRAPH, SINGLE FRONTAL VIEW

HISTORY:  34-year-old man referred for preoperative imaging.

DATE: 8/31/2017 5:38 AM

COMPARISON: None available

FINDINGS:
The cardiomediastinal silhouette is normal in size. Central pulmonary vascularity is within normal limits. The trachea projects over midline. The lungs are well expanded without focal consolidation, large pleural effusion or pneumothorax. There is mild left convex curvature of the thoracolumbar spine.

IMPRESSION:
No acute cardiopulmonary process.

******************
Preliminary report issued by resident radiologist Dr. A. Allen at 8/31/2017 5:39 AM.

*************FINAL*************

*I HAVE REVIEWED THE IMAGES AND INTERPRETATIONS AND AGREE WITH THE FINDING*

*Attending Radiologist: Menchaca MD, Martha*
*Date Signed off: 08.31.2017 07:58*
*Radiology Resident: Allen DO, Amanda*
*Dictated By: Allen DO, Amanda  08/31/2017 07:58*
*Transcribed By:  PT  08.31.2017 07:58*

Report Request ID:  43889645
Print Date/Time:  10/19/2020
06:26 CDT

Doctor A. RTP 1041

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER IN CASE NO. 1:20-CV-00014



| | |
|---|---|
| **UNIVERSITY OF ILLINOIS** Hospital & Health Sciences System — Changing medicine. For good. — | Patient Name: POOLE, AHMAD J    MRN: 75692483<br>Sex:MALE    DOB: ▓▓▓▓▓    Age: 37 years<br>Discharge Date n/a    FInancial Number: n/a |

---

### Operative Reports

Result Type:                                    Operative Report
Result Date:                                    9/6/2017 00:00 CDT
Result Status:                                  Auth (Verified)
Performed Information:                           Mehta MD,Ankit (9/6/2017 14:28 CDT)
Signed Information:                              Mehta MD,Ankit (9/11/2017 09:31 CDT)

**Operative Report- ATTENDING:.Ankit Mehta, MD**


University of Illinois Hospital & Health Science Systems

REPORT OF OPERATION                    PATIENT:  POOLE, AHMAD J

DICT:   NAUMAN CHAUDHRY, MD            MRN:  075692483
ATTNG:  ANKIT MEHTA, MD               DATE OF SURGERY:  09/06/2017


PREOPERATIVE DIAGNOSIS:  Right cervical 3 facet fracture and subluxation.

POSTOPERATIVE DIAGNOSIS:  Right cervical 3 facet fracture and subluxation.

PROCEDURE PERFORMED:
1. Reduction of right cervical 3 on cervical 4 facet subluxation.
2. Placement of bilateral cervical lateral mass screws at C3 and C4.
3. Allograft for spine surgery only.
4. Arthrodesis from bilateral C3 to C4.
5. Intraoperative fluoroscopy and data interpretation.
6. Intraoperative neurophysiological monitoring with SSEP, MEP, EMG.

ATTENDING NEUROSURGEON:  Ankit Mehta, MD.

RESIDENT NEUROSURGEON:  Nauman Chaudhry, MD.

ANESTHESIA:  General endotracheal anesthesia.

ESTIMATED BLOOD LOSS:  20 cc.

COMPLICATIONS:  None.


University of Illinois Hospital & Health Sciences System

Report Request ID:  43889645
Print Date/Time:  10/19/2020
06:26 CDT

Doctor A. RTP 1024

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER IN CASE NO. 1:20-CV-00014



| | |
|---|---|
| **UNIVERSITY OF ILLINOIS** Hospital & Health Sciences System ·········· Changing medicine. For good. ·········· | Patient Name: POOLE, AHMAD J      MRN:75692483 <br> Sex:MALE    DOB: ▮▮▮▮    Age: 37 years <br> Discharge Date n/a      Financial Number: n/a |

| Operative Reports |
|---|

DRAINS: None.

IMPLANTS: DePuy Synthes. Four lateral mass screws measuring 14 x 3.5, 4 set screws, two 40
mm rods.

DISPOSITION: Recovery room and then step-down unit.

INDICATIONS FOR PROCEDURE: Mr. Ahmad Poole is a 34-year-old male who
presented to our service as a transfer from a prison facility for evaluation
of a right cervical 3 on cervical 4 subluxation and fracture. In brief
summary, patient is an incarcerated male who was assaulted and was in severe
neck pain for about 2 weeks. The patient then finally underwent imaging of
his spine, which revealed the cervical subluxation and fracture. The patient
was subsequently transferred to UIC for higher evaluation. The patient was
immediately placed in a fitted Miami J collar. The patient was then consented
for a surgery to reduce his fracture and stabilize his spine. The patient was
apprised of the risks which include, but are not limited to infection,
bleeding, motor weakness, sensory loss, other neurological deficit with the
worse case scenario being paraparesis, paraplegia, quadriparesis,
quadriplegia, MI, coma, DVT, death. Patient agreed to proceed and informed
consent was obtained.

DESCRIPTION OF PROCEDURE: On the afternoon of September 6, 2017, the patient
was brought to the operating room. Pre verification was performed amongst all
staff including the Neurosurgery, Anesthesia and nursing staff. The patient
was then intubated uneventfully. A 3-pin point fixation was then placed on
the patient's head and the patient's neck was carefully monitored throughout
pinning as well as intubation. The patient had all his peripheral IVs and
neuro monitoring leads placed. The patient was then positioned prone on a
Jackson table and his head was fixed to the Jackson table in a neutral
lordotic position. A preoperative fluoroscopy was obtained, which revealed
that the subluxation did indeed reduce with the positioning. Neural
monitoring baselines were obtained prior to the procedure and everything was
electrophysiologically within normal limits. The patient was then cleansed
with alcohol and prepped and draped in usual sterile fashion. A time-out was
performed amongst all staff. A skin knife was then used to make an incision
at the marked area of the cervical spine. Of note, prior to sterile dressing
the back, the patient's head had to be shaved minimally just below the inion
for exposure. After skin incision, careful hemostasis was obtained with
bipolar and monopolar electrocautery. Careful attention was made to dissect

Doctor A. RTP 1025

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER IN CASE NO. 1:20-CV-00014



| | |
|---|---|
| **UNIVERSITY OF ILLINOIS**<br>Hospital & Health Sciences System<br>——— Changing medicine. For good. ——— | Patient Name: POOLE, AHMAD J    MRN: 75692483<br>Sex: MALE    DOB: [redacted]    Age: 37 years<br>Discharge Date  n/a    FInancial Number: n/a |

| *Operative Reports* |
|---|

down the nuchal plane to maintain an avascular plane with minimal to no blood
loss during paraspinal muscle dissection. Once we reached the spinous
processes, the attachments at the planned levels of cervical 3, 4 and
partially at cervical 2 were dissected away. We exposed up to the lateral
masses of both C3 and C4 bilaterally until we had a good view. Again, careful
hemostasis was maintained the entire time. A pilot hole was then drilled at
the right cervical 3 lateral mass. The right cervical 3 facet fracture was
appreciated on the inferior aspect of the lateral mass. However,
intraoperatively with gross inspection it did appear that the fracture was
present, however, the subluxation had resolved from careful mayfield positioning, which
confirmed the findings on our intraoperative x-ray. A pilot hole was then
drilled according to standard anatomic landmarks of the lateral mass aiming
superiorly and laterally to avoid the vertebral artery and nerve root. The
pilot hole was then tapped and confirmed with a Feeler probe to
confirm good cortical drilling on all aspects. Once good cortical purchase was
appreciated on all 5 corners, a lateral mass screw was placed. Intraoperative
fluoroscopy was then obtained, which showed that we were at the correct level
of C3, however, our screw did need to be repositioned slightly for ideal
placement. Thus after fluoroscopy, we reposition the right C3 screw. We then
placed pilot holes at the right C4 lateral mass, as well as a left C3 lateral
mass, and left C4 lateral mass. For all these pilot holes, we then
subsequently used a drill to drill to a depth of 12 mm in the same superior
and lateral trajectory in order to avoid the nerve root and the vertebral
artery. Good cortical bone purchase was appreciated in all 5 corners with a
Feeler probe. The holes were then tapped. The lateral mass screws
were then placed with no issues. Of note, the right C3 initial lateral mass
screw did have to be replaced. After placement of the screws, we fashioned
lordotic rods into the tulips of both screws and placed set screws into both
screws. We then final tightened. A final intraoperative x-ray was taken to
confirm good positioning of hardware in both the AP and lateral films with
good bony purchase. Next, we turned our attention to the closure. We
irrigated the wound with bacitracin solution. Allograft for spine surgery
only was placed along the hardware after we decorticated the adjacent lamina
and lateral masses of the instrumented segments to assist with bony fusion.
Vancomycin powder was then placed in the wound. Next, we turned our attention
to the closure. Careful hemostasis was obtained throughout the procedure,
thus a drain was not needed. The wound was then closed in layers beginning
with the muscle layer using 0 Vicryl sutures interrupted. We then used 0
Vicryl sutures for the fascial layer interrupted. We then used 0 Vicryl
sutures interrupted for the subdermal layer, followed by staples on the skin.
We then cleaned the incision superficially and dressed it with bacitracin

University of Illinois Hospital & Health Sciences System

Report Request ID:  43889645
Print Date/Time:  10/19/2020
                  06:26 CDT

Doctor A. RTP 1026

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER IN CASE NO. 1:20-CV-00014



| | |
|---|---|
| UNIVERSITY OF ILLINOIS<br>Hospital & Health Sciences System<br>— Changing medicine. For good. — | Patient Name: POOLE, AHMAD J    MRN: 75692483<br>Sex: MALE    DOB:    Age: 37 years<br>Discharge Date n/a    Financial Number: n/a |

## Operative Reports

ointment, and an Aquacel dressing.  The patient was then carefully positioned back supine onto his bed cart.  Neuromonitoring remained baseline throughout the case.  The patient was extubated uneventfully and was taken to the recovery room.  All sponge and needle counts were correct x2.  I must say that antibiotics were administered within 1 hour of incision time.

I, Ankit Mehta, was present and participated in the critical portions of this case that include positioning and placement of the lateral mass screws to reduce the perched facet at C3-C4.

```
DD:  09/06/2017 14:28:14
DT:  09/06/2017 15:42:40
NC/MedQ
JOB:  686745/756353240
86,V!×²
```

University of Illinois Hospital & Health Sciences System

Report Request ID:  43889645
Print Date/Time:  10/19/2020
06:26 CDT

Doctor A. RTP 1027

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER IN CASE NO. 1:20-CV-00014



UNIVERSITY OF ILLINOIS
Hospital & Health Sciences System
Changing medicine. For good.

Patient Name: POOLE, AHMAD J          MRN: 75692483
Sex: MALE          DOB: ▓▓▓▓          Age: 37 years
Discharge Date  n/a          Financial Number: n/a

---

**Operative Reports**

Result Type:
Result Date:
Result Status:
Performed Information:
Signed Information:

Post-op Note
9/6/2017 14:00 CDT
Auth (Verified)
Chaudhry MD, Nauman (9/6/2017 14:01 CDT)
Chaudhry MD, Nauman (9/6/2017 14:01 CDT)

**Post Operative/Procedure Note: General**

Patient:  **POOLE, AHMAD J**          **MRN: 75692483**          **FIN: 75692483-0369**
Age:  **34 years**    Sex:  **MALE**    DOB: ▓▓▓▓
Associated Diagnoses:  **None**
Author:  **Chaudhry MD, Nauman**

**Postoperative Information**
  Postoperative Info:  Procedure Date/Time:  9/6/2017 2:00:00 PM.
    Pre-Procedure Diagnosis/Indication:: Cervical fracture.
    Postoperative Diagnosis: Same as preoperative Dx.
    Procedure Performed:: C3-4 PCF.
    Practicioner Performing Procedure: Mehta MD, Ankit.
    Findings: successful instrumentation and reduction of fx.
    Specimens Removed: None.
    Estimated Blood Loss: 20 ml.
    Medications Administered: See anesthesia record.
    Blood and Blood Components Administered: None.
    Unanticipated Events/Complications: None.
    CDC Surgical Wound Class/Wound Status: Clean.
    Patient's Status Post Procedure: See anesthesia record.
    Level of Consciousness: See anesthesia record.

---

University of Illinois Hospital & Health Sciences System

Report Request ID:  43889645
Print Date/Time:  10/19/2020
06:26 CDT

Doctor A. RTP 1028