THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AHMAD POOLE (K95348), ) | |
| ) | |
| Plaintiff, ) | Case No. 20-CV-0014 |
| ) | |
| v. ) | Honorable Manish S. Shah |
| ) | |
| DR. E. AGUINALDO, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# Exhibit 19

FAX COMPLETED FORM TO: (412) 937-9151

**WEXFORD**

**EMERGENCY / HOSPITALIZATION NOTIFICATION FORM**

ENTER SITE NAME: Stateville
DATE: 8/30/17
REFERENCE NUMBER: [illegible]
INMATE NAME: Poole Ahmad
INMATE NUMBER: K95348
DOB: [redacted]
REFERRING PHYSICIAN: Dr. Obaisi

TYPE OF SERVICE:
- [X] ER
- [ ] DIRECT ADMIT
- [ ] URGENT RADIOLOGY/X-RAY
- [ ] ADMIT THROUGH ER
- [ ] HOSPITAL-TO-HOSPITAL TRANSFER
- [ ] URGENT OFFICE
- [ ] ER TO OBSERVATION
- [ ] SCHEDULED ADMISSION
- [ ] OTHER

FACILITY/PLACE OF SERVICE:
ADDRESS:
TELEPHONE:
TREATING PHYSICIAN:
TRANSPORTATION:
- [ ] AMBULANCE
- [X] STATE VEHICLE
- [ ] OTHER

**SPECIFIC REASON FOR EMERGENCY TREATMENT OR ADMISSION**

Recent fight.
X-Ray done on 8/25/17 to skull & spine

ADMISSION DATE: _____ TIME: _____
DATE OUT: _____ TIME: _____
RETURN DATE: _____ TIME: _____
JAIL SITE INSURANCE INFO:
TRANSMITTAL DATE: _____ TIME: _____
BY: