# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| AHMAD POOLE (K-95348), | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. 20 C 00014 |
| | ) | |
| DR. EVARISTO AGUINALDO. | ) | The Hon. Manish Shah. |
| | ) | |
| Defendant. | ) | **JURY DEMANDED** |

## DEFENDANT DR. EVARISTO AGUINALDO'S
## RULE 26 (a)(3) PRETRIAL DISCLOSURES

Pursuant to Federal Rule of Civil Procedure 26 (a)(3), Defendant Dr. Evaristo Aguinaldo submits his pre-trial disclosures as follows:

(i)     the name and, if not previously provided, the address and telephone number of each witness, separately identifying those whom the party expects to present and those whom the party may call if the need arises;

Defendant Dr. Aguinaldo reserves the right to add, supplement, withdraw, or modify the following list of witnesses, including but not limited to: (1) as part of the parties' ongoing meeting and conferring about pretrial preparations; (2) in response to any party's trial witness list; or (3) in response to the Court's rulings and how events unfold prior to or during the trial in this case. This witness list does not waive, and instead preserves Defendant Dr. Aguinaldo's objections to the admissibility of any testimony, evidence, or issue, as well as objections to the relevance of any testimony, evidence, or issue, and rights to move for judgment or dismissal on any of Plaintiff's claims based on, among other grounds, the sufficiency of the evidence, if any, admitted to prove any matter at issue with regard to liability or damages at the trial in this case. Defendant Dr. Aguinaldo further reserve the right to elicit testimony from Plaintiff's witnesses or representatives who appear at trial at any time, the right not to call one or more of the trial witnesses identified

below, and the right to object on any ground of admissibility to the testimony of any trial witness and move for exclusion of such testimony.

Without waiver of the foregoing and based on presently available information and subject to the availability of the witnesses, Defendant Dr. Aguinaldo states that he presently intends to call the following witnesses:

(1) Ahmad Poole – c/o counsel Maria Makar of Loevy & Loevy, 311 N. Aberdeen St. Suite 3, Chicago, Illinois 60607. (312) 243-5900.

(2) Dr. Evaristo Aguinaldo, M.D. – c/o counsel Robert Tengesdal of Connolly Krause LLC, 500 W. Madison St., Suite 3900, Chicago, Illinois 60661. (312) 466-0049.

(3) Nurse Tina Tomaras - c/o counsel Robert Tengesdal of Connolly Krause LLC, 500 W. Madison St., Suite 3900, Chicago, Illinois 60661. (312) 466-0049.

(4) Thomas Gleason, M.D. – 900 Rand Rd. Suite 200, Des Plaines, Illinois 60016. (847) 375 – 3000.

(5) Gerald Leef, M.D. – 2308 High Ridge Parkway, Hillside, Illinois 60162. Dr. Leef can be contacted through his counsel Joseph Lombardo of Cassiday Schade LLP, 222 W. Adams St. Suite 2900, Chicago, Illinois 60606. (312) 739-3253.

(6) Ankit Mehta, M.D. – Dr. Mehta can be reached through his counsel Lynn M. Reid of Johnson & Bell, 33 W. Monroe St. unit 2700, Chicago, Illinois 60603. (312) 984-0326.

(7) Brandon McCarter – Sheridan Correctional Center, 4017 E. 2603 Rd, Sheridan, Illinois 60551. (815) 496-2181.

(8) Lt. Derek Jaburek – Stateville Correctional Center, 16830 State Route 53, Crest Hill, Illinois 60403. (815) 727-3607.

(9) Alphonso Norman – Stateville Correctional Center, 16830 State Route 53, Crest Hill, Illinois 60403. (815) 727-3607.

10. Margaret Pajak, Keeper of Records, UI Health/UIC Medical Center, University of Illinois Hospital & Health, Health Information Mgmt., College of Pharmacy Building, Rm. B52, 833 S. Wood Street (MC772) Chicago, Illinois 60612. (312) 996-7000.

11. Keeper of Records, Stateville Correctional Center, 16830 South Broadway Street, P.O. Box 112, Joliet, Illinois 60434. (815) 727-3607.

12. Keeper of Records, Ascension St. Joseph Medical Center f/k/a Presence St. Joseph Medical Center, 333 North Madison St., Joliet, Illinois 60435. (815) 725-7133.

Defendant Dr. Aguinaldo additionally reserves the right and may call the following individuals as witnesses during trial:

1. Such other or further witnesses as this Defendant has identified as necessary in the course of discovery in this case;

2. Any witnesses identified by any other party in this case;

3. Any and all treating physicians and other healthcare providers identified in Plaintiff's responses to discovery, depositions, and medical records obtained from said treating physicians and other healthcare providers, including but not limited to any and all appropriately qualified document custodians as to Plaintiff's medical records;

4. Any putative expert witness properly identified by any party, including but not limited to, any putative, properly disclosed expert witnesses identified on any party's trial witness list; and

5. Any and all witnesses necessary to provide rebuttal evidence.

6. Jonathon Hernandez – Danville Correctional Center, 3820 E. Main St., Danville, Illinois 61834. (217) 446-0441.

Defendant Dr. Aguinaldo reserves the right to supplement, amend, and/or withdraw witnesses from this witness list.

(ii) the designation of those witnesses whose testimony is expected to be presented by means of a deposition and, if not taken stenographically, a transcript of the pertinent portions of the deposition testimony; and

**2-03-2022 Deposition of Ankit Mehta, M.D.** Dr. Mehta can be reached through his counsel Lynn M. Reid of Johnson & Bell, 33 W. Monroe St. unit 2700, Chicago, Illinois 60603. (312) 984-0326.

| | | | |
|---|---|---|---|
| 5:7-24 | 15:1-24 | 23:2-24 | 33:1-24 |
| 6:1-24 | 16:1-3; 4-5; 9-24 | 24:1-24 | 34:1-24 |
| 7:1-5; 11-24 | 15:1-24 | 25:1-24 | 35:1-17; 20-24 |
| 8:1-2; 6-8; 10-22 | 16:1-5; 9-24 | 26:1-24 | 36:1; 22-24 |
| 9:1-24 | 17:1-22 | 27:1-5 | 37:1-7 |
| 10:1-24 | 18:7-11; 20-24 | 28:13-24 | |
| 11:1-19; 24- | 19:1-20; 22-24 | 29:1-24 | |
| 12:1-21 | 20:1-24 | 30:1-8; 15-24 | |
| 13:2-21; 23--24 | 21:1-21; 24- | 31:1-24 | |
| 14:1-5; 7-10; 12-24 | 22:1-24 | 32:1-24 | |

Exhibits to Dr. Mehta deposition 1-9.

(iii) an appropriate identification of each document or other exhibit, including summaries of other evidence, separately identifying those which the party expects to offer and those which the party may offer if the need arises.

In submitting his exhibit list, identified below, this Defendant reserves the right to add, supplement, withdraw, or modify it, including but not limited to: (1) as part of the parties' ongoing meeting and conferring about pretrial preparations; (2) in response to any party's exhibit list; (3) in response to materials produced or obtained after the date of these pretrial disclosures; or (4) in response to the Court's rulings and how events unfold prior to or during the trial in this case. The submission of this exhibit list also does not waive, and instead preserves, this Defendant's objections to the admissibility of any evidence or issue, objections to the relevance of any evidence or issue, and rights to move for judgment or dismissal on any of Plaintiff's claims based on, among other grounds, the sufficiency of the evidence, if any, admitted to prove any matter at issue with regard to liability or damages at the trial in this case. This Defendant further preserves the right to use at trial any exhibit on any party's exhibit list, any other document that is publicly available or has been produced or referenced during discovery in this case, including but not limited to

documents reviewed and relied upon by the parties' experts, or any other documents produced or obtained after the date of these pretrial disclosures. This Defendant further reserves the right to object on any ground of admissibility to the presentation of any exhibit and move for exclusion of such evidence.

**Identification of each document or other exhibit that Defendant Dr. Aguinaldo *expects* to offer.**

| Exhibit No. | Page No.'s | Identification of document or other exhibit |
|---|---|---|
| DX-0001 | | Plaintiff's Fourth Amended Complaint |
| DX-0002 | | Dr. Aguinaldo's Answer and Affirmative Defenses to Plaintiff's Fourth Amended Complaint. |
| DX-0003 | | Plaintiff's Rule 26(a)(1) disclosures |
| DX-0004 | | Plaintiff's Supplemental Rule 26(a)(1) disclosures |
| DX-0005 | | Plaintiff's answers to Dr. Aguinaldo's Rule 33 interrogatories |
| DX-0006 | | Plaintiff's responses to Dr. Aguinaldo's Rule 34 requests for production of documents |
| DX-0007 | | Plaintiff's Rule 26(a)(2) Disclosures of October 11, 2022 – 26(a)(2)(B) and 26(a)(2)(C) |
| DX-0008 | | Plaintiff's Rule 26(a)(2)(B) report of John Davis, M.D. |
| DX-0009 | | John G. Davis, M.D. curriculum vitae |
| DX-0010 | | Disclosure of expert John G. Davis, M.D. expert fees |
| DX-0011 | | Defendant Dr. Aguinaldo's Initial Rule 26(a)(1) disclosures |
| DX-0012 | | Defendant Dr. Aguinaldo's First Supplemental Rule 26(a)(1) disclosures. |
| DX-0013 | | Defendant Dr. Aguinaldo's Second Supplemental Rule 26(a)(1) & (e) disclosures 7/11/2022 |
| DX-0014 | | Defendant Dr. Aguinaldo's answers to Plaintiff's First set of Rule 33 interrogatories. |
| DX-0015 | | Defendant Dr. Aguinaldo's answers to Plaintiff's Second set of Rule 33 interrogatories. |
| DX-0016 | | Defendant Dr. Aguinaldo's Responses to Plaintiff's First Rule 34 requests for production. |
| DX-0017 | | Defendant Dr. Aguinaldo's Responses to Plaintiff's Second Rule 34 requests for production. |
| DX-0018 | | Defendant Dr. Aguinaldo's Responses to Plaintiff's First Rule 36 requests for admission. |
| DX-0019 | | Defendant Dr. Aguinaldo's Rule 26(a)(2)(C) disclosures |
| DX-0020 | | Defendant Dr. Aguinaldo's Amended Rule 26 (a)(2)(C) disclosures. |
| DX-0021 | | Defendant Dr. Aguinaldo's Rule 26(a)(2)(B) disclosures |
| DX-0022 | | Defendant Dr. Aguinaldo's Rule 26(a)(2)(B) Expert Report of Thomas Gleason, M.D. |

| | | |
|---|---|---|
| **DX-0023** | | Thomas Gleason, M.D. curriculum vitae |
| **DX-0024** | | Thomas Gleason, M.D. testimonial history |
| **DX-0025** | | Defendant Dr. Aguinaldo's Rule 26(a)(2)(B) Rebuttal Expert Report of Thomas Gleason, M.D. |
| **DX-0026** | | Deposition of Ahmed Poole with exhibits (March 4, 2022) |
| **DX-0027** | | Deposition Evaristo Aguinaldo, M.D. Vol 1 with exhibits (Jan. 25, 2022) |
| **DX-0028** | | Deposition Evaristo Aguinaldo, M.D. Vol 2 with exhibits (Mar. 16, 2022) |
| **DX-0029** | | Deposition Dr. Gerald Leef with exhibits (Apr. 13, 2022). |
| **DX-0030** | | Deposition Ankit Mehta, M.D. with exhibits (Feb. 3, 2022) |
| **DX-0031** | | Deposition Tina Tomaras with exhibits (1/27/2022) |
| **DX-0032** | | Deposition Brandon McCarter with exhibits (1/28/2022) |
| **DX-0033** | | Deposition Alphonso Norman with exhibits (1/31/2022) |
| **DX-0034** | | Deposition Lt. Derek Jaburek with exhibits (2/23/2022) |
| **DX-0035** | | Deposition Jonathon Hernandez with exhibits (7/08/2022) |
| **DX-0036** | | Deposition John Davis, M.D. with exhibits (6/08/2023) |
| **DX-0037** | (78000-019) 000013 | IGRV Inmate History Ahmad Poole |
| **DX-0038** | (78000-019) 000014-000019 | Ahmad Poole IDOC Offender Grievance Documents |
| **DX-0039** | (78000-019) 000147 | Dept. of Corrections Disciplinary Tracking Inmate Disciplinary Card |
| **DX-0040** | (78000-019) 000251 | IDOC Outpatient Progress Note 8/17/2017 - Stateville |
| **DX-0041** | (78000-019) 000252 | IDOC Outpatient Progress Note 8/18/2017 - Stateville |
| **DX-0042** | (78000-019) 000253 | IDOC Outpatient Progress Note 8/21/2017 - Stateville |
| **DX-0043** | (78000-019) 000254 | IDOC Outpatient Progress Note 8/24/2017 - Stateville |
| **DX-0044** | (78000-019) 000255 | IDOC Outpatient Progress Note 8/28/2017 - Stateville |
| **DX-0045** | (78000-019) 000256 | IDOC Outpatient Progress Note 8/30/2017 - Stateville |
| **DX-0046** | (78000-019) 000257 | IDOC Offender Health Status Transfer Summary 8/30/2017 |
| **DX-0047** | (78000-019) 000538 | IDOC – Medication Administration Record |
| **DX-0048** | (78000-019) 000544 | IDOC – Medication Administration Record |
| **DX-0049** | (78000-019) 000691 | IDOC – Prescription Orders 8/17/2017 – 8/30/2017 |

| | | |
|---|---|---|
| **DX-0050** | (78000-019) 000718 | IDOC – Xray Report Dr. Leef 8/27/2017 |
| **DX-0051** | (78000-019) 000719 | IDOC – Xray Report Dr. Leef 11/03/2017 |
| **DX-0052** | (78000-019) 000720 | IDOC – Xray Report Dr. Leef 06/05/2018 |
| **DX-0053** | (78000-019) 000722 | IDOC – Xray Report Dr. Leef 10/12/2018 |
| **DX-0054** | (78000-019) 000723 | IDOC – Xray Report Dr. Leef 9/20/2019 |
| **DX-0055** | (78000-019) 000725 | IDOC Outpatient Progress Note 6/25/2020 – Stateville |
| **DX-0056** | (78000-019) 000738-739 | IDOC Inmate Injury Report 3/09/07 |
| **DX-0057** | (78000-019) 000749-000750 | IDOC Inmate Injury Report 8/17/2017 |
| **DX-0058** | (78000-019) 000751 | IDOC Medical Special Services Referral and Report 8/30/2017 |
| **DX-0059** | (78000-019) 000752 | IDOC Medical Permit |
| **DX-0060** | (78000-019) 000767 | IDOC Medical Authorization |
| **DX-0061** | (78000-019) 000771 | IDOC Medical Records Receipt |
| **DX-0062** | (78000-019) 000776-000777 | IDOC Inmate Injury Report 9/09/2019 |
| **DX-0063** | (78000-019) 000779 | IDOC Medical Permit/Receipt |
| **DX-0064** | (78000-019) 000791 | Dept. of Corrections Disciplinary Tracking Inmate Disciplinary Card |
| **DX-0065** | (78000-019) 000792-000796 | IDOC Offender Disciplinary Report |
| **DX-0066** | (78000-019) 000804 | Grievance Response |
| **DX-0067** | (78000-019) 000805-000806 | IDOC Adjustment Committee Report/Offender Disciplinary Report |
| **DX-0068** | (78000-019) 000825-000828 | IDOC Adjustment Committee Report/Offender Disciplinary Report |
| **DX-0069** | (78000-019) 000430 | Medical Director QA Emergency Reporting Form |

| | | |
|---|---|---|
| **DX-0070** | (78000-019) 000465 | IDOC – Segregation Sick Call Rounds Chart |
| **DX-0071** | (78000-019) 3103 | St. Joseph Medical Center Note 8/30/2017 |
| **DX-0072** | (78000-019) 3104-3106 | St. Joseph Medical Center Note Transfer |
| **DX-0073** | (78000-019) 3119 | St. Joseph Medical Center Note |
| **DX-0074** | (78000-019) 3122-3126 | St. Joseph Medical Center ER Physician Documentation |
| **DX-0075** | (78000-019) 3127-3129 | St. Joseph Medical Center ER Physician Documentation |
| **DX-0076** | (78000-019) 3130-3131 | St. Joseph Medical Center CT Report |
| **DX-0077** | (78000-019) 1349 | UIC Certification of Medical Records |
| **DX-0078** | (78000-019) 1351-1355 | UIC Neurosurgery Admission History & Physical |
| **DX-0079** | (78000-019) 1364-1368 | UIC Discharge Summary |
| **DX-0080** | (78000-019) 1392-1394 | UIC Surgery/Procedure Documentation |
| **DX-0081** | (78000-019) 1438-1441 | Operative Report-Ankit Mehta, M.D. |
| **DX-0082** | (78000-019) 1442 | UIC – Post Op Note |
| **DX-0083** | (78000-019) 1435 | UIC Neurosurgery Note 3/16/2018 |
| **DX-0084** | (78000-019) 1433-1434 | UIC Neurosurgery Note 10/05/2018 |
| **DX-0085** | (78000-019) 1431 | UIC Neurosurgery Note 11/30/2018 |
| **DX-0086** | (78000-019) 1742-1743 | UIC MRI Report 8/31/2017 |
| **DX-0087** | (78000-019) 1741 | UIC X-Ray Report 9/6/2017 |
| **DX-0088** | (78000-019) 1740 | UIC X-Ray Report 9/29/2017 |
| **DX-0089** | (78000-019) 1739 | UIC X-Ray Report 11/30/2018 |
| **DX-0090** | (78000-019) #000001-000032 | Ahmad Poole's Illinois Department of Corrections – Administrative Review Board Records |
| **DX-0091** | (78000-019) #000033-000837 | Ahmad Poole's Master File from Stateville Correctional Center and Illinois Department of Corrections |

| | | |
|---|---|---|
| **DX-0092** | (78000-019) #000838-001336 | Ahmad Poole's Medical Records from Illinois Department of Corrections – Springfield |
| **DX-0093** | (78000-019) #001337-002041 | Ahmad Poole's Medical Records from Illinois Department of Corrections – Springfield |
| **DX-0094** | (78000-019) #002042-003084 | Ahmad Poole's Medical Records and Correctional Facility Records from State of Illinois and Illinois Department of Corrections |
| **DX-0095** | (78000-019) #003085-003133 | Ahmad Poole's Medical Records from St. Joseph Medical Center Joliet |
| **DX-0096** | | Ahmad Poole 8/25/2017 Cervical Spine X-rays (4) (a-d) - imaging |
| **DX-0097** | | Ahmad Poole 11/01/2017 Stateville Cervical Spine X-rays - imaging |
| **DX-0098** | | Ahmad Poole 06/04/2018 Stateville Cervical Spine X-rays - imaging |
| **DX-0099** | | Ahmad Poole 10/10/2018 Stateville Cervical Spine X-rays - imaging |
| **DX-0100** | | Ahmad Poole 04/29/2019 Stateville Cervical Spine X-rays - imaging |
| **DX-0101** | | Ahmad Poole 09/18/2019 Stateville Cervical Spine X-rays - imaging |
| **DX-0102** | | Ahmad Poole 08/30/2017 CT Scans/Films Imaging from St. Joseph Medical Center |
| **DX-0103** | | Ahmad Poole 8/31/2017 MRI Cervical Spine Imaging |
| **DX-0104** | | Ahmad Poole 09/06/2017 UIC Cervical Spine X-rays - imaging |
| **DX-0105** | | Ahmad Poole 09/29/2017 UIC Cervical Spine X-rays - imaging |
| **DX-0106** | | Ahmad Poole 11/30/2018 UIC Cervical Spine X-rays - imaging |
| **DX-0107** | (78000-019) 000290 | IDOC Outpatient Progress Note 03/16/2018 - Stateville |
| **DX-0108** | | Demonstrative – Anatomic Physical Model of the Spine |
| **DX-0109** | | Demonstrative – Anatomic Model of Spine (board) |
| **DX-0110** | | Demonstrative – C2-T1 Lateral View Cervical Spine (board) |
| **DX-0111** | | Demonstrative – C1-C7 Left Lateral View Cervical Spine (board) |
| **DX-0112** | | Demonstrative – Cervical Spine Mid-sagittal left lateral view (board) |
| **DX-0113** | | Demonstrative – posterior/anterior Cervical Spine Articular Processes (board) |
| **DX-0114** | | Demonstrative – Lateral Cervical Spine depicting ligaments/soft tissues (board) |

| DX-0115 | | Demonstrative – Typical Cervical Vertebrae (board) |
|---|---|---|
| DX-0116 | | Demonstrative – Joints of Vertebral Column Overview (board) |
| DX-0117 | | Demonstrative – Medical Imaging Timeline |
| DX-0118 | | Demonstrative – Dr. Aguinaldo Treatment Timeline |
| DX-0119 | | Demonstrative – Medical Treatment Timeline |

**Identification of each document or other exhibit that Defendant Dr. Aguinaldo *may* offer.**

Of the above chart of documents and exhibits, Defendant Dr. Aguinaldo may offer the following exhibits identified in the chart above (Dx 97-101; Dx 104-106).

This Defendant reserves the right to supplement, amend, and/or withdraw exhibits from the exhibit list submitted herein, and reserve the right to rely upon any exhibit or document for rebuttal and/or impeachment purposes.

Date:   October 7, 2024                     Respectfully submitted,

                                                **CONNOLLY KRAUSE LLC**

                                                */s/ Robert S. Tengesdal*
                                                One of the Attorneys for Defendants

Robert S. Tengesdal #6288650
Logan N. Giaquinta #6326945
CONNOLLY KRAUSE LLC
500 West Madison Street
Suite 3900
Chicago, IL 60661
Phone: (312) 253-6200
Email(s): rtengesdal@cktrials.com
         lgiaquinta@cktrials.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on the date set forth below, I caused the foregoing document to be filed electronically with the Clerk of the Court through ECF and served on all counsel of record.

Dated: October 7, 2024

                 */s/ Robert S. Tengesdal*
                 One of the Attorneys for Defendants

Robert S. Tengesdal #6288650
Logan N. Giaquinta #6326945
CONNOLLY KRAUSE LLC
500 West Madison Street
Suite 3900
Chicago, IL 60661
Phone: (312) 253-6200
Email(s): rtengesdal@cktrials.com
     lgiaquinta@cktrials.com