UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
Eastern Division

Ahmad Poole
                         Plaintiff,

v.                                            Case No.: 1:20−cv−00014
                                                         Honorable Manish S. Shah

Evaristo Aguinaldo, et al.
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 15, 2024:

         MINUTE entry before the Honorable Jeffrey Cole: Settlement conference held on 10/15/24 and the case is settled. Counsel for the parties are to be commended for their patience and effort exhibited at the conference. The plaintiff was represented at the conference by Arthur Loevy and Maria Makar of Loevy and Loevy in Chicago, IL, and the defendant was represented at the conference by Robert Tengesdal of Connell Krause, LLC in Chicago. In addition to their excellent and skillful written assessments of the case and their equally skillful and thoughtful discussions during the conference, special note should be taken of the way in which each approached and conducted the settlement conference. At all times their conduct was dignified, patient, balanced, and cooperative and shows that lawyers can act civilly and courteously in their dealings with each other without sacrificing in the slightest the obligations they owe to their clients or to the court. All matters relating to the referral having been accomplished, the referral is closed and the case returned to Judge Shah. Emailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.